# EXHIBIT 2

**Step 1**



**Step 2**



**Step 3





# Step 4



# Step 5

