Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

Hank Bates (SBN 167688)
hbates@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 3:18-cv-05062<br><br>**NOTICE OF APPEARANCE OF ABBYE KLAMANN** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Abbye Klamann of the law firm Lieff Cabraser Heimann & Bernstein LLP hereby appears in the above-captioned case on behalf of Plaintiff Napoleon Patacsil and the proposed Classes.

| | |
|---|---|
| Dated:  August 17, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: ____/s/ *Abbye R. Klamann*____<br>          Abbye R. Klamann |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Abbye R. Klamann (SBN 311112)<br>aklamann@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 |
| | *Attorney for Plaintiff, individually and on behalf of all others similarly situated* |