*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas
in the Supreme Court

I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that James Allen Carney, Jr. was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on August 23, 1994; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 26th day of January, 2018.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk