Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 West 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiff, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062<br><br>**NOTICE OF APPEARANCE OF HANK BATES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE THAT attorney Hank Bates of the law firm Carney Bates & Pulliam, PLLC hereby appears in the above-captioned case on behalf of Plaintiff Napoleon Patacsil and the proposed Classes.

1

2  Dated:  August 20, 2018              **CARNEY BATES & PULLIAM, PLLC**

3                                        By:   /s/ *Hank Bates*
4                                               Hank Bates

5                                        Hank Bates (State Bar No. 167688)
                                         hbates@cbplaw.com
6                                        CARNEY BATES & PULLIAM, PLLC
                                         519 West 7th St.
7                                        Little Rock, AR 72201
                                         Telephone:  501.312.8500
8                                        Facsimile:  501.312.8505

9
                                         *Attorney for Plaintiff, individually and*
10                                       *on behalf of all others similarly situated*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28