*Supreme Court*

# State of Arkansas

*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

    I, Stacey Pectol, Clerk of the Supreme Court of Arkansas, do hereby certify that David Finlayson Slade was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 9, 2013; that no disbarment proceedings have been filed against him in this court, that he has not had any adverse disciplinary action whatsoever during the past three year period, and that his private and professional character appear to be good.

    In Testimony Whereof, I hereunto
set my hand as Clerk and affix the seal of Said Court
this the 20th day of August, 2018.

STACEY PECTOL
(CLERK SUPREME COURT OF ARKANSAS)

By _____

Deputy Clerk