# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,
        Plaintiff(s),

v.

GOOGLE, INC.
        Defendant(s).

Case No: 5:18-cv-05062

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Allen Carney, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Michael W. Sobol, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 519 W. 7th Street<br>Little Rock, Arkansas 72201 | 275 Battery Street, 29th Floor<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (501) 312-8500 | (415) 956-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| acarney@cbplaw.com | msobol@lchb.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 94122.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 20, 2018
                          /s/ Allen Carney
                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Allen Carney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 21, 2018

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT/MAGISTRATE JUDGE