| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Michael W. Sobol (SBN 194857) <br> msobol@lchb.com <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: 415.956.1000 <br> Facsimile: 415.956.1008 <br><br> **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Nicholas Diamand <br> ndiamand@lchb.com <br> Abbye R. Klamann (SBN 311112) <br> aklamann@lchb.com <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013-1413 <br> Telephone: 212.355.9500 <br> Facsimile: 212.355.9592 | **CARNEY BATES & PULLIAM, PLLC** <br> Hank Bates (SBN 167688) <br> hbates@cbplaw.com <br> Allen Carney <br> acarney@cbplaw.com <br> David Slade <br> dslade@cbplaw.com <br> 519 West 7th St. <br> Little Rock, AR 72201 <br> Telephone: 501.312.8500 <br> Facsimile: 501.312.8505 |

*Attorneys for Plaintiff, individually and on behalf of all others similar situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, INC., <br><br> Defendant. | Case No. 5:18-cv-05062-NC <br><br> **PLAINTIFF'S CERTIFICATE OF <u>INTERESTED ENTITIES</u>** |

1  Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiff Napoleon
2  Patacsil hereby certify that as of this date, other than Plaintiff, there is no such interest to report.

3  Dated: August 24, 2018    Respectfully Submitted,

   */s/ Michael W. Sobol*

   Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
   Telephone:  415.956.1000
   Facsimile:  415.956.1008

   Nicholas Diamand
   ndiamand@lchb.com
   Abbye R. Klamann (State Bar No. 31112)
   aklamann@lchb.com
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
   New York, NY  10013-1413
   Telephone:  212.355.9500
   Facsimile:  212.355.9592

   Hank Bates (State Bar No. 167688)
   hbates@cbplaw.com
   Allen Carney
   acarney@cbplaw.com
   David Slade
   dslade@cbplaw.com
   CARNEY BATES & PULLIAM, PLLC
   519 W. 7th St.
   Little Rock, AR 72201
   Telephone:  501.312.8500
   Facsimile:  501.312.8505

   *Attorneys for Plaintiff, individually and on behalf of all others similar situated*