# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>        Defendants. | CASE NO.: 5:18-CV-05062-NC<br><br>**STIPULATION EXTENDING DEFENDANT GOOGLE LLC'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Nathanael M. Cousins |

1  Pursuant to Civil Local Rule 6-1(a), Defendant Google LLC (sued as Google, Inc.) and
2  Plaintiff Napoleon Patacsil, through their undersigned counsel, hereby stipulate that the time for
3  Defendant to answer, move, or otherwise respond to the Complaint shall be extended from
4  September 11, 2018 until October 22, 2018.  This extension does not alter the date of any event
5  or any deadline already fixed by Court order.

Respectfully submitted,

Dated: August 31, 2018

By:   */s/ Nora M. Puckett*
         Nora M. Puckett

*Attorney for Defendant*
GOOGLE LLC (sued as Google, Inc.)

Dated: August 31, 2018            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   [signature]
         Michael W. Sobol

*Attorney for Plaintiff*
NAPOLEON PATACSIL

**ATTORNEY ATTESTATION**

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING DEFENDANT GOOGLE LLC'S TIME TO RESPOND TO COMPLAINT. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Michael W. Sobol
Michael W. Sobol