THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
501 W. Broadway, Ste. 1490
San Diego, Ca 92101
Telephone: (619) 501-6550
andrewb@thebrownlawfirm.com

THE BRANDI LAW FIRM
THOMAS J. BRANDI, #53208
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Attorneys for Plaintiff
Domenic J. Lombardo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE, INC.<br><br>　　　　　　　　Defendant. | Case No.   5:18-cv-05062-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge:  Hon. Edward J. Davila<br><br>Action Filed:  08/24/2018<br><br><u>Potentially Related Case:</u><br><br>*Lombardo v. Google, Inc.*<br>Case No.: 3:18-cv-05288-LB |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Domenic J. Lombardo ("Lombardo"), who filed a class action complaint on August 28, 2018 in the United States District Court for the Northern District of California, *Lombardo v. Google, Inc.*, Case No. 3:18-cv-05288-LB, respectfully submits this administrative motion to deem the *Lombardo* action related to the instant action herein:  *Patacsil v. Google, Inc.*, Case No. 5:18-cv-05062 EJD.

Under Rule 3-12(a), actions are related to one another when "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Both of these criteria are met.

With the exception of the named plaintiffs, the parties and the privacy interests at issue in these cases are the same.  Plaintiffs Lombardo and Patacsil are both bringing a case on behalf of a nationwide class of consumers, suing Google for the same misconduct.  That is, both plaintiffs allege Google surreptitiously obtained, recorded, and used class members' private location information without class members' knowledge or permission, while simultaneously representing to class members that Google would not do that.  Both plaintiffs assert causes of action for violations of state consumer protection statutes and common law.  Thus, the interests of judicial economy would be served if the cases are related and conducted before the same judge.  It would avoid conflicting rulings on same or similar issues, and greatly reduce the risk of duplication of effort.

Accordingly, Plaintiff Lombardo respectfully requests that the cases be deemed related and assigned to the same Judge for all purposes.

| DATED:  September 14, 2018 | Respectfully submitted, |
|---|---|
| | THE LAW OFFICES OF ANDREW J. BROWN |
| | */s/ Andrew J. Brown* |
| | 501 W. Broadway, Ste. 1490 |
| | San Diego, CA  92101 |
| | Telephone:  (619) 501-6550 |
| | andrewb@thebrownlawfirm.com |
| | *Attorneys for Plaintiff Domenic J. Lombardo and the Proposed Class* |

# CERTIFICATE OF SERVICE

I, Andrew J. Brown, hereby certify that on September 14, 2018, I caused to be electronically filed a true and correct copy of the following documents with the Clerk of the Court using CM/ECF:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11;**

2. **DECLARATION OF ANDREW J. BROWN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE XCASES PURSUANT TO CIVIL LOCAL RULES 3-12(B) AND 7-11; and**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(B) AND 7-11**

which will send notification that such filing is available for viewing and downloading to all known counsel of record, who are registered CM/ECF users with this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of September 2018, at San Francisco, California.

                                                  */s/ Andrew J. Brown*
                                                  Andrew J. Brown

Case 5:18-cv-05062-EJD   Document 22   Filed 09/14/18   Page 4 of 4

**PROOF OF SERVICE VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

I, the undersigned, certify and declare under penalty of perjury:

I am employed in the County of San Francisco, State of California and not a party to the above-entitled cause.  My business address is 354 Pine Street, Third Floor, San Francisco, California 94104.

On September 14, 2018, I took a copy of the following document:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11;**

2. **DECLARATION OF ANDREW J. BROWN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE XCASES PURSUANT TO CIVIL LOCAL RULES 3-12(B) AND 7-11; and**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(B) AND 7-11**

in a Box, prepaid, marked for Overnight, Next Business Day Delivery, and took it to the Federal Express Office located at 369 Pine Street, San Francisco, California before 5:00 p.m., addressed as follows:

GOOGLE, INC.
Attn:  Legal Department
1001 N. Shoreline Blvd.
Mountain View, CA 94043

I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 14th day of September 2018 at San Francisco, California.

_____
MICHAEL SCHIRALDI