THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
501 W. Broadway, Ste. 1490
San Diego, Ca 92101
Telephone: (619) 501-6550
andrewb@thebrownlawfirm.com

THE BRANDI LAW FIRM
THOMAS J. BRANDI, #53208
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Attorneys for Plaintiff
Domenic J. Lombardo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE, INC.<br><br>    Defendant. | Case No.  5:18-cv-05062-EJD<br><br>**DECLARATION OF ANDREW J. BROWN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: 08/24/2018<br><br><u>Potentially Related Case:</u><br><br>*Lombardo v. Google, Inc.*<br>Case No.: 3:18-cv-05288-LB |

- 1 -
DECLARATION OF ANDREW J. BROWN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES

I, ANDREW J. BROWN, declare as follows:

1. I am an attorney duly admitted to practice in the State of California. I am the principal of the law firm Law Offices of Andrew J. Brown, attorneys for Plaintiff Domenic J. Lombardo, individually and on behalf of all others similarly situated. Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Plaintiff Lombardo's Administrative Motion to Consider Whether Cases Should Be Related. If called to testify as a witness, I could and would competently testify to the matters stated herein.

2. I have reviewed the complaints filed in the above-captioned actions. Both actions appear to be related in that they are both proposed class actions filed by individual consumers who owned or used smartphones with Google operating systems and "apps". The actions all name Google as a defendant, and allege similar causes of action, including violations of state unfair competition or consumer protection statutes.

3. While the Complaint in both of these actions have been served on Google, no counsel has yet appeared. Therefore, I am unable to meet and confer with counsel on this motion.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct, and that this declaration was executed on this 14th day of September, 2018 at San Diego, California.

*/s/ Andrew J. Brown*
Andrew J. Brown
Attorney for Plaintiff Domenic J. Lombardo