THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
501 W. Broadway, Ste. 1490
San Diego, Ca 92101
Telephone: (619) 501-6550
andrewb@thebrownlawfirm.com

THE BRANDI LAW FIRM
THOMAS J. BRANDI, #53208
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

Attorneys for Plaintiff
Domenic J. Lombardo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>GOOGLE, INC.<br><br>            Defendant. | Case No.  5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: 08/24/2018<br><br>Potentially Related Case:<br><br>*Lombardo v. Google, Inc.*<br>Case No.: 3:18-cv-05288-LB |

1   The Court, having considered the administrative motion by Plaintiff Robert Gilson to
2   consider whether cases should be related pursuant to Civil Local rules 3-12(b) and 7-11, HEREBY
3   ORDERS THAT the case *Lombardo v. Google, Inc*., Case No. 3:18-cv-05288-LB be related to the
4   first filed action, *Patacsil v. Google, Inc.*, Case No. 5:18-cv-05062-EJD.
5   Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above-cases to the
6   undersigned.

8   IT IS SO ORDERED.

10  Dated: __

Hon. Edward J. Davila
United States District Court Judge

- 2 -
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES