1  **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  Melissa Gardner (SBN 289096)
   mgardner@lchb.com
4  275 Battery Street, 29th Floor
   San Francisco, CA  94111
5  Telephone:  415.956.1000
   Facsimile:  415.956.1008

6  **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
7  Nicholas Diamand  (*pro hac vice*)
   ndiamand@lchb.com
8  Abbye R. Klamann (SBN 311112)
   aklamann@lchb.com
9  250 Hudson Street, 8th Floor
   New York, NY  10013
10 Telephone:  212.355.9500
   Facsimile:  212.355.9592

11 *Attorneys for Plaintiff individually and on behalf of all others similarly situated*
12

13                    UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                           SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF MELISSA GARDNER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Melissa Gardner of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, telephone (415) 956-1000, facsimile (415) 956-1008, e-mail mgardner@lchb.com, hereby appears as an additional attorney of record for Plaintiff and the proposed class.

Dated:  September 18, 2018          **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: _____/s/ Melissa Gardner_____
    Melissa Gardner