**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Abbye R. Klamann (SBN 311112)
aklamann@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

1    Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Napoleon Patacsil agrees that
2  Domenic J. Lombardo's recently filed case, *Lombardo v. Google, Inc.*, Case No. 3:18-cv-05288-
3  LB (N.D. Cal., filed Aug. 28, 2018) (hereafter, "*Lombardo*"), should be related to the already
4  pending, first-filed case *Patacsil v. Google, Inc.*, Case No. 5:18-cv-05062 EJD (N.D. Cal., filed
5  Aug. 17, 2018) (hereafter, "*Patacsil*").
6    The requirements for relating cases under Local 3-12 are met.  Indeed, the complaints in
7  each action are substantially similar; the *Lombardo* complaint variously adopts identical language
8  to the *Patacsil* complaint.  *See, e.g.*, *Lombardo* Compl. ¶¶ 4, 15-23; *Patacsil* Compl. ¶¶ 3, 12-21.
9  In light of the substantial overlap between the factual allegations in each case, and the identical
10 defendant, parallel actions would result in an unduly burdensome duplication of time, labor, and
11 expense, or conflicting results. *See, e.g.*, *Ervin v. Judicial Council of California*, No. C 06-7479
12 CW, 2007 WL 1489165, at *2 (N.D. Cal. May 18, 2007) (relating cases where the "only
13 difference between the two" was "new parties and causes of action").
14   For these reasons, Plaintiff Napoleon Patacsil agrees with having the later filed *Lombardo*
15 case related with the originally filed *Patacsil* case.

16 Dated: September 18, 2018              Respectfully Submitted,

17                                       /s/ Michael W. Sobol

18                                       Michael W. Sobol (State Bar No. 194857)
                                         msobol@lchb.com
19                                       Melissa Gardner (State Bar No. 289096)
                                         mgardner@lchb.com
20                                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
21                                       San Francisco, CA  94111
                                         Telephone:  415.956.1000
22                                       Facsimile:  415.956.1008

23                                       Nicholas Diamand (*pro hac vice*)
                                         ndiamand@lchb.com
24                                       Abbye R. Klamann (State Bar No. 311112)
                                         aklamann@lchb.com
25                                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         250 Hudson Street, 8th Floor
26                                       New York, NY 10013
                                         Telephone:  212.355.9500
27                                       Facsimile:  212.355.9592

28

- 1 -                                    STATEMENT IN SUPPORT OF
                                         MOTION TO RELATE
                                         CASE NO. 5:18-CV-05062-EJD

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney (*pro hac vice*)
acarney@cbplaw.com
David Slade (*pro hac vice*)
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiff, individually and
on behalf of all others similarly situated*