KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF BENEDICT Y. HUR**<br><br>Judge:        Hon. Edward J. Davila<br><br>Date Filed:  August 17, 2018<br><br>Trial Date:  None set |

1303828.01

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that Benedict Y. Hur is an active member of the State Bar of

3    California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  He hereby makes

4    an appearance as counsel of record on behalf of Defendant Google LLC (misnamed as "Google,

5    Inc."), and he consents to electronic service of all papers in this action.  His address, telephone,

6    fax and email are listed below as follows:

7          BENEDICT Y. HUR
             State Bar No. 224018
8            Email: bhur@keker.com
          KEKER, VAN NEST & PETERS LLP
9         633 Battery Street
          San Francisco, CA  94111-1809
10        Telephone: 415 391 5400
          Facsimile:  415 397 7188

11

12

13   Dated:  September 24, 2018                          KEKER, VAN NEST & PETERS LLP

14
                                              By:   /s/ Benedict Y. Hur
15                                                  BENEDICT Y. HUR

16                                                  Attorneys for Defendant GOOGLE LLC

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF BENEDICT Y. HUR
Case No. 5:18-cv-05062-EJD

1303828.01