| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENEDICT Y. HUR - # 224018 |
| 2 | bhur@keker.com |
| | BENJAMIN BERKOWITZ - # 244441 |
| 3 | bberkowitz@keker.com |
| | THOMAS E. GORMAN - # 279409 |
| 4 | tgorman@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone:   415 391 5400 |
| 6 | Facsimile:    415 397 7188 |

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF BENJAMIN BERKOWITZ**<br><br>Judge:       Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Benjamin Berkowitz is an active member of the State Bar of California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  He hereby makes an appearance as counsel of record on behalf of Defendant Google LLC (misnamed as "Google, Inc."), and he consents to electronic service of all papers in this action.  His address, telephone, fax and email are listed below as follows:

> BENJAMIN BERKOWITZ
>    State Bar No. 244441
>    Email: bberkowitz@keker.com
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone: 415 391 5400
> Facsimile:  415 397 7188

Dated:  September 24, 2018                                KEKER, VAN NEST & PETERS LLP

                                                By:    /s/ *Benjamin Berkowitz*
                                                       BENJAMIN BERKOWITZ

                                                       Attorneys for Defendant GOOGLE LLC