1   KEKER, VAN NEST & PETERS LLP
    BENEDICT Y. HUR - # 224018
2   bhur@keker.com
    BENJAMIN BERKOWITZ - # 244441
3   bberkowitz@keker.com
    THOMAS E. GORMAN - # 279409
4   tgorman@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendant GOOGLE LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  NAPOLEON PATACSIL, individually, and          Case No. 5:18-cv-05062-EJD
    on behalf of other persons similarly situated,
12                                                 **NOTICE OF APPEARANCE OF**
                Plaintiff,                         **THOMAS E. GORMAN**
13
          v.                                       Judge:      Hon. Edward J. Davila
14
    GOOGLE, INC.,                                  Date Filed: August 17, 2018
15
                Defendant.                         Trial Date: None set
16

17

18

19

20

21

22

23

24

25

26

27

28

1303832.01

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Thomas E. Gorman is an active member of the State Bar of

3   California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  He hereby makes

4   an appearance as counsel of record on behalf of Defendant Google LLC (misnamed as "Google,

5   Inc.") and he consents to electronic service of all papers in this action.  His address, telephone,

6   fax and email are listed below as follows:

7       THOMAS E. GORMAN
            State Bar No. 279409
8           Email: tgorman@keker.com
        KEKER, VAN NEST & PETERS LLP
9       633 Battery Street
        San Francisco, CA  94111-1809
10      Telephone: 415 391 5400
        Facsimile:  415 397 7188
11

12

13  Dated:  September 24, 2018                     KEKER, VAN NEST & PETERS LLP

14
                                        By:   /s/ *Thomas E. Gorman*
15                                            THOMAS E. GORMAN

16                                            Attorneys for Defendant GOOGLE LLC

17

18

19

20

21

22

23

24

25

26

27

28

1

1303832.01