KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>         Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Kathryn Bowen is an active member of the State Bar of

3  California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  She hereby

4  makes an appearance as counsel of record on behalf of Defendant Google LLC (misnamed as

5  "Google, Inc.") and she consents to electronic service of all papers in this action.  Her address,

6  telephone, fax and email are listed below as follows:

KATHRYN BOWEN
State Bar No. 312649
Email: kbowen@keker.com

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone: 415 391 5400
Facsimile:  415 397 7188

Dated:  October 12, 2018                                        KEKER, VAN NEST & PETERS LLP

                                                        By:    */s/ Kathryn Bowen*
                                                                BENEDICT Y. HUR
                                                                BENJAMIN BERKOWITZ
                                                                THOMAS E. GORMAN
                                                                KATHRYN BOWEN

                                                                Attorneys for Defendant GOOGLE LLC