1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   BENJAMIN BERKOWITZ - # 244441
3  bberkowitz@keker.com
   THOMAS E. GORMAN - # 279409
4  tgorman@keker.com
   KATHRYN BOWEN - # 312649
5  kbowen@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant GOOGLE LLC

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated, | Case No. 5:18-cv-05062-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| v. | Judge:      Hon. Edward J. Davila |
| GOOGLE, INC., | Date Filed: August 17, 2018 |
| Defendant. | Trial Date: None set |

1 | The Court, having considered the motion to dismiss, and having considered all papers filed in support thereof and the respective arguments of counsel, and good cause appearing, hereby GRANTS Google's motion and dismisses plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief.

IT IS ORDERED that this action be dismissed, in its entirety, with prejudice.

**IT IS HEREBY ORDERED.**

Dated: _____        _____
                                     Honorable Edward J. Davila