KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF KATHRYN BOWEN IN SUPPORT OF GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   January 31, 2019<br>Time:   9:00 a.m.<br>Dept:   Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

I, Kathryn Bowen, declare as follows:

I am an attorney licensed to practice in the State of California and before this Court. I am an associate at Keker, Van Nest & Peters, LLP, counsel of record for defendant Google LLC (misnamed as "Google, Inc.") in the above-captioned action. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1. Attached hereto as **Exhibit 1A** is a true and correct copy of Google's current Privacy Policy, with an effective date of May 25, 2018, available at https://policies.google.com/privacy (downloaded on October 15, 2018);

2. Google also maintains a publicly-accessible archive of previous versions of its Privacy Policy, available at https://policies.google.com/privacy/archive. Attached hereto as **Exhibit 1B** is a true and correct copy of the previous version of Google's Privacy Policy, with an effective date of December 18, 2017. I have reviewed this version and all other publicly-available archived versions of Google's Privacy Policy dated from December 19, 2014 to the present. Based upon my review, the following paragraph appears in every publicly-available archived version of Google's Privacy Policy from December 19, 2014 through December 18, 2017:

> When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Google's current Terms of Service, available at https://policies.google.com/terms (downloaded on October 15, 2018);

4. Attached hereto as **Exhibit 3** is a true and correct copy of Google's "See & control your search activity" web page, available at https://support.google.com/websearch/answer/54068, (downloaded on October 19, 2018);

5. Attached hereto as **Exhibit 4** is a true and correct copy of Senate Committee on Public Safety Analysis, Privacy: Electronic Tracking Device, Senate Bill No. 1667, as amended March 24, 1998 (1997–98 Reg. Sess.);

6. Attached hereto as **Exhibit 5** is a true and correct copy of Office of Senate Floor Analyses, Statement on Senate Bill No. 1667—Electronic Tracking Devices;

7. Attached hereto as **Exhibit 6** is a true and correct copy of Office of Senate Floor Analyses, Third Reading and Special Consent Calendar regarding Senate Bill No. 1667;

8. Attached hereto as **Exhibit 7** is a true and correct copy of Letter from Senator John Burton to Governor Pete Wilson regarding Senate Bill No. 1667, dated August 20, 1998;

9. Attached hereto as **Exhibit 8** is a true and correct copy of Office of Senate Floor Analyses, Unfinished Business Analysis of Senate Bill No. 1667;

10. Attached hereto as **Exhibit 9** is a true and correct copy of Office of Senate Floor Analyses, 1998 Digest of Legislation regarding Senate Bill No. 1667; and

11. Attached hereto as **Exhibit 10** is a true and correct copy of Senate Bill No. 21 (2017–18 Reg. Sess.), as amended August 21, 2017.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, CA on October 22, 2018.

By:   */s/ Kathryn Bowen*
      KATHRYN BOWEN