# Exhibit 4

# SENATE COMMITTEE ON PUBLIC SAFETY
Senator John Vasconcellos, Chair
1997-98 Regular Session

S
B
1
6
6
7

SB 1667 (Burton)
As Amended March 23, 1998
Hearing date: March 24, 1998
Penal Code
MK:js

## PRIVACY: ELECTRONIC TRACKING DEVICE

### HISTORY

Source:   Author

Prior Legislation:   SB 443 (Burton) 1997 - Vetoed

Support:   American Civil Liberties Union

Opposition:   None Known

---

### KEY ISSUE

SHOULD IT BE A MISDEMEANOR FOR ANY PERSON WHO IS NOT A PEACE OFFICER TO PLACE AN ELECTRONIC TRACKING DEVICE ON AN AUTOMOBILE WITHOUT THE PERMISSION OF THE OWNER?

---

### PURPOSE

*The purpose of this bill is to prohibit the placing of an electronic tracking device on an automobile by a person who is not the registered owner.*

Existing law does not regulate the placing of electronic tracking devices on automobiles.

(More)

This bill would make it a misdemeanor to place an electronic tracking device on an automobile without the permission of the owner.

This bill does not prohibit the placing of an electronic tracking device on an automobile by a peace officer.

## COMMENTS

1. <u>Need for the bill</u>

According to the author:

> This bill protects private individuals from having their movements tracked by other private individuals. It does not restrict the use of electronic tracking devices by law enforcement agencies, nor does it prohibit the use of electronic tracking devices by persons who choose to use them on their own vehicle.

2. <u>History</u>

Last year the Legislature passed Senate Bill 443 (Burton) which was vetoed by the Governor. SB 443, with limited exceptions, required peace officers to get a warrant in order to place an electronic tracking device on a vehicle. The Governor vetoed the bill in part because he did not believe the placing of an electronic tracking device constituted a seizure. However, the Governor did express concern about private individuals using these devices to track other individuals without their knowledge and encouraged the author to draft a bill to "craft a remedy which would address potential abuses without necessitating the exclusion of valuable probative evidence."

3. <u>Misdemeanor to Place a Device on Another's Automobile</u>

This bill makes it a misdemeanor for an individual to place an electronic tracking device on an automobile of which he or she is not the registered owner. The bill does not however prohibit a peace officer from placing the device on an automobile.

Thus, this bill would allow a person to place one of these devices on their own automobile to be used as an anti-theft device but it would not allow a private investigator to place a device on the automobile of an individual he or she was trying to follow.

***************