# Exhibit 5

## Statement on SB 1667 -- Electronic Tracking Devices

Electronic tracking devices are used to monitor the movements of a vehicle via satellite and computerized map. They are utilized by law enforcement to track the movements of suspects, by shipping companies for fleet management, and by average citizens for theft prevention.

Unfortunately, electronic tracking devices may also be used to violate privacy rights. For a fee, any person can use an electronic tracking device to monitor the movements of any other person. I could put one on your car and could know everywhere you went over the course of the day.

This bill would make it a misdemeanor to place an electronic tracking device on someone else's vehicle. It does not prohibit in any way the use of electronic tracking devices by persons or companies who choose to place them on their own vehicle.

Last year, SB 443, which also restricted the use of electronic tracking devices, passed both houses with overwhelming bipartisan support (Senate: 33-4, Assembly: 66-7). It was vetoed by the Governor, however, because the bill required law enforcement agencies to obtain a search warrant before placing an electronic tracking device on a suspect's vehicle. This bill addresses the Governor's concerns by **exempting law enforcement from any restrictions on the use of electronic tracking devices.**