# Exhibit 7

SACRAMENTO OFFICE
STATE CAPITOL, ROOM 205
SACRAMENTO, CA 95814
(916) 445-1412

DISTRICT OFFICES
601 VAN NESS AVENUE
SUITE 2030
SAN FRANCISCO, CA 94102
(415) 447-1240

MARIN CIVIC CENTER
3501 CIVIC CENTER, ROOM 425
SAN RAFAEL, CA 94903
(415) 479-6612

# California State Senate

JOHN L. BURTON
PRESIDENT PRO TEMPORE
THIRD SENATORIAL DISTRICT

COMMITTEES:
RULES
CHAIRMAN



August 20, 1998

Governor Pete Wilson
State Capitol
Sacramento, California 95814

Dear Governor Wilson:

Before you for consideration is my SB 1667 which would restrict the use of electronic tracking devices. Electronic tracking devices are used to monitor the movements of a vehicle via satellite and computerized map. This measure would make it a misdemeanor to place an electronic tracking device on someone else's vehicle, and would provide that a person could loose her professional license if she uses one unlawfully. The bill would not prohibit in any way the use of electronic tracking devices by persons or companies who choose to place them on their own vehicle or a vehicle they lease. In response to a concern you raised in your veto message on SB 443 (Johnson/ Burton), SB 1667 would also exempt law enforcement from any restrictions on electronic tracking devices.

As you are aware, California recognizes privacy as a right worthy of Constitutional protection. SB 1667 was introduced in an effort to further the privacy rights of Californians.

SB 1667 has received unanimous bipartisan support in both houses, passing the Senate by a vote of 34-0 and the Assembly by a vote of 73-0.

Thank you for your consideration.

Peace and Friendship,

John Burton
President Pro Tempore

JB:dm



LEGISLATIVE INTENT SERVICE    (800) 666-1917

A - 33