# Exhibit 8

**SENATE RULES COMMITTEE**  SB 1667
Office of Senate Floor Analyses
1020 N Street, Suite 524
(916) 445-6614     Fax: (916) 327-4478

## UNFINISHED BUSINESS

Bill No:   SB 1667
Author:    Burton (D)
Amended:   7/2/98
Vote:      21

<u>SENATE PUBLIC SAFETY COMMITTEE</u>: 7-0, 3/24/98
AYES: Vasconcellos, Rainey, Burton, Kopp, Polanco, Schiff, Watson
NOT VOTING: McPherson

<u>SENATE APPROPRIATIONS COMMITTEE</u>: Senate Rule 28.8

<u>SENATE FLOOR</u>: 34-0, 4/30/98 (Consent)
AYES: Alpert, Ayala, Brulte, Burton, Calderon, Costa, Dills, Greene, Hayden, Haynes, Hughes, Hurtt, Johannessen, Johnson, Johnston, Karnette, Kelley, Knight, Kopp, Lockyer, McPherson, Monteith, Mountjoy, O'Connell, Peace, Polanco, Rainey, Rosenthal, Schiff, Sher, Solis, Thompson, Vasconcellos, Wright
NOT VOTING: Craven, Leslie, Lewis, Maddy, Watson

<u>ASSEMBLY FLOOR</u>: 73-0, 8/17/98 - See last page for vote

**SUBJECT**:   Privacy: electronic tracking device

**SOURCE**:    Author

**DIGEST**: This bill prohibits the placing of an electronic tracking device on an automobile by a person who is not the registered owner, lessor or lessee of that vehicle.



Assembly Amendments add clarifying language relative to specified individuals who would lose their license if they violated the provisions of this bill.

Senate Floor Amendments of 4/23/98 added clarifying language that allows a lessor or lessee to place a tracking device in a vehicle.

**ANALYSIS:** Existing law does not regulate the placing of electronic tracking devices on automobiles.

This bill would make it a misdemeanor to place an electronic tracking device on an automobile without the knowledge of the owner, lessor or lessee of that vehicle.

The bill would also provide that a violation of these provisions by a person or entity required by the state to be licensed as a business or profession would constitute grounds for the revocation of the private investing license issued to that person or entity.

This bill does not prohibit the placing of an electronic tracking device on an automobile by a peace officer.

Prior legislation:

SB 443 (Burton) passed the Senate Floor 33-4, 9/12/97 and was vetoed by the Governor. (Noes: Brulte, Karnette, Rainey and Schiff)

SB 443, with limited exceptions, required peace officers to get a warrant in order to place an electronic tracking device on a vehicle. The Governor vetoed the bill in part because he did not believe the placing of an electronic tracking device constituted a seizure. However, the Governor did express concern about private individuals using these devices to track other individuals without their knowledge and encouraged the author to draft a bill to "craft a remedy which would address potential abuses without necessitating the exclusion of valuable probative evidence."

**FISCAL EFFECT:** Appropriation: No  Fiscal Com.: Yes  Local: Yes

LEGISLATIVE INTENT SERVICE    (800) 666-1917



CONTINUED     SFA - 2b

**SUPPORT**:  (Verified 8/18/98)

ACLU

**ARGUMENTS IN SUPPORT:**  According to the author's office, this bill protects private individuals from having their movements tracked by other private individuals.  It does not restrict the use of electronic tracking devices by law enforcement agencies, nor does it prohibit the use of electronic tracking devices by persons who choose to use them on their own vehicle.

**ASSEMBLY FLOOR:**
AYES:  Ackerman, Aguiar, Alby, Alquist, Aroner, Ashburn, Baca, Battin, Baugh, Bordonaro, Bowen, Bowler, Brewer, Brown, Bustamante, Campbell, Cardenas, Cardoza, Cedillo, Cunneen, Davis, Ducheny, Escutia, Figueroa, Firestone, Floyd, Frusetta, Gallegos, Goldsmith, Granlund, Havice, Hertzberg, Honda, House, Kaloogian, Keeley, Knox, Kuehl, Kuykendall, Leach, Lempert, Leonard, Machado, Margett, Martinez, Mazzoni, Migden, Miller, Morrissey, Murray, Olberg, Oller, Ortiz, Pacheco, Papan, Poochigian, Prenter, Pringle, Richter, Runner, Scott, Shelley, Strom-Martin, Sweeney, Thompson, Thomson, Torlakson, Vincent, Washington, Wayne, Wildman, Woods, Villaraigosa
NOT VOTING:  Baldwin, McClintock, Morrow, Napolitano, Perata, Takasugi, Wright

RJG:jk/cm/sl  8/18/98  Senate Floor Analyses
        SUPPORT/OPPOSITION:   SEE ABOVE
              **** END ****

