# Exhibit 9

FLOOR ANALYSES
OVERSIGHT COMMITTEE

RALPH C. DILLS
LEROY R. GREENE
ROB HURTT
ROSS JOHNSON
BETTY KARNETTE
QUENTIN L. KOPP
TIM LESLIE
KEN MADDY
JACK O'CONNELL
STEVE PEACE
HILDA SOLIS

California Legislature

# Senate Rules Committee

*JOHN L. BURTON*
*Chairman*

OFFICE OF SENATE FLOOR ANALYSES
David L. Wilkening, Director

MEMBERS

JOHN R. LEWIS
  VICE CHAIRMAN
RUBEN S. AYALA
TERESA HUGHES
WILLIAM J. KNIGHT

GREG SCHMIDT
  SECRETARY OF THE SENATE

# 1998

# DIGEST OF LEGISLATION

February 5, 1998 through August 31, 1998

## VOLUME I

November 1998

Prepared by
Office of Senate Floor Analyses

### Consultants

Lou Bromley
Nora Crowley
Robert Graham
Claudia Peterson
David Wilkening

Timothy Mello, Research Assistant

LIS - 15

1020 N STREET  •  SUITE 524  •  SACRAMENTO, CALIFORNIA 95814  •  (916) 445-6614

(800) 666-1917
LEGISLATIVE INTENT SERVICE

### SB 1463 (Peace-D) Enhancements: burglary

Includes, for enhancement purposes, first degree burglary in the list of violent felonies, if (1) it was a first degree residential burglary, (2) it was committed between sunset and sunrise, (3) the defendant entered without consent, (4) the premises were occupied by a person who was not a principal in the burglary, who had a right to be in the residence and was present at the time of the burglary, and (5) the defendant personally used a dangerous or deadly weapon.

**(Died in Senate Appropriations Committee)**

### SB 1465 (Monteith-R) Murder

Removes the "intent to kill" requirement from first degree murder perpetrated by a drive-by shooting.

**(Died in Senate Public Safety Committee)**

### SB 1659 (Kopp-I) Animal euthanasia: carbon monoxide gas

Prohibits, beginning January 1, 2000, the use of carbon monoxide gas for the purpose of killing dogs or cats.

Chapter 751, Statutes of 1998

### SB 1667 (Burton-D) Privacy: electronic tracking device

Prohibits the placing of an electronic tracking device on an automobile by a person who is not the registered owner, lessor or lessee of that vehicle. Exempts a lessor or lessee from the provisions of the bill.

Chapter 449, Statutes of 1998

### SB 1668 (Haynes-R) Voluntary intoxication

Specifies that any person who commits a violent felony while voluntarily intoxicated, under circumstance which, but for the intoxication, is sufficient to prove the mental state required for the crime, is guilty of that offense. Specifies that evidence of voluntary intoxication is admissible on the issue of whether or not the defendant formed a required specific intent in a crime other than a violent felony.

**(Died in Assembly Appropriations Committee)**

LEGISLATIVE INTENT SERVICE (800) 666-1917