| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>KATHRYN BOWEN - # 312649<br>kbowen@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505<br><br>Attorneys for Plaintiff, individually and<br>on behalf of all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>GOOGLE, INC.,<br><br>             Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE FROM GOOGLE INC. TO GOOGLE LLC**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

1  Pursuant to Civil Local Rule 7-12, Defendant Google Inc., now known as Google LLC,
2  and Plaintiff Napoleon Patacsil (collectively, the "Parties"), by and through their respective
3  counsel of record, hereby stipulate as follows:
4  WHEREAS Google Inc. filed a Certificate of Conversion with the Delaware Secretary of
5  State, in which Google Inc. converted from a corporation to a limited liability company and
6  changed its name to Google LLC on September 30, 2017, before this action was filed;
7  WHEREAS Google LLC filed a Certificate of Formation with the Delaware Secretary of
8  State on September 30, 2017;
9  WHEREAS Google LLC expressly assumes all liabilities and obligations of Google Inc.
10 for purposes of this action;
11 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
12 through their respective counsel and subject to the Court's approval, that Google Inc. should now
13 be known as Google LLC in this action and the caption of the case shall be revised to reflect that
14 change, as follows:

> NAPOLEON PATACSIL, individually, and
> on behalf of other persons similarly situated,
>
> Plaintiff,
>
> v.
>
> GOOGLE LLC,
>
> Defendant.

Dated:  October 24, 2018                              KEKER, VAN NEST & PETERS LLP

By:  */s/ Thomas E. Gorman*
BENEDICT Y. HUR
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
KATHRYN BOWEN

Attorneys for Defendant GOOGLE LLC

///

1
STIPULATION AND [PROPOSED] ORDER TO REFLECT NAME CHANGE
FROM GOOGLE INC. TO GOOGLE LLC
Case No. 5:18-cv-05062-EJD

1307752.01

| | |
|---|---|
| Dated:  October 24, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:  */s/ Michael W. Sobol*<br>MICHAEL W. SOBOL |
| | Hank Bates<br>CARNEY BATES & PULLIAM, PLLC |
| | Attorneys for Plaintiff, individually and on behalf of all others similarly situated |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  October 24, 2018                              */s/ Thomas E. Gorman*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be revised to reflect that change, as follows:

> NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,
>
> Plaintiff,
>
> v.
>
> GOOGLE LLC,
>
> Defendant.

Dated: _____        _____
                                                                        Honorable Edward J. Davila