UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AICHI ALI,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>  Defendant. | Case No. 18-cv-06262-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Patacsil v. Google, Inc.*, Case No. 18-cv-05062-EJD.

**IT IS SO ORDERED.**

Dated: October 24, 2018

_____
JON S. TIGAR
United States District Judge