| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>KATHRYN BOWEN - # 312649<br>kbowen@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505<br><br>Attorneys for Plaintiff, individually and<br>on behalf of all others similarly situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT AND MOTION TO DISMISS**<br><br>Judge:　　Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

1    Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC, and Plaintiff
2  Napoleon Patacsil (collectively, the "Parties") hereby stipulate to extend the deadline for Plaintiff
3  to file an amended complaint, set a proposed schedule for Google's anticipated motion to dismiss,
4  and to continue the date set for the initial case-management conference.

5                                **RECITALS**

6    WHEREAS Plaintiff filed an initial complaint on August 17, 2018 (Dkt. 1);
7    WHEREAS the Parties previously stipulated to extend Google's time to respond to the
8  complaint from September 11, 2018 to October 22, 2018 (Dkt. 19);
9    WHEREAS Google filed its motion to dismiss the complaint in its entirety on October 22
10  (Dkt. 32);
11   WHEREAS Plaintiff has decided to amend his complaint under Federal Rule of Civil
12  Procedure 15(a)(1)(B) rather than file an opposition to Google's motion to dismiss;
13   WHEREAS, the Parties agree that a stipulated schedule is appropriate to give both sides
14  adequate time to prepare their pleadings and motions, especially considering pre-existing
15  scheduling conflicts and holiday travel;
16   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,
17  through their respective counsel and subject to the Court's approval, that:
18     1. Plaintiff's amended complaint shall be due on November 19, 2018;
19     2. Google's motion to dismiss the amended complaint shall be due on December 19,
20        2018;
21     3. Plaintiff's opposition to Google's motion to dismiss shall be due on January 23, 2019;
22     4. Google's reply in support of its motion to dismiss shall be due on February 13, 2019;
23     5. The hearing on Google's motion to dismiss shall be set on February 28, 2019;
24     6. The initial case-management conference in this matter, currently scheduled for
25        February 7, 2019, shall be reset for the first available hearing date after the motion to
26        dismiss is heard, which is _____, 2019 at _____ a.m. / p.m.

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

| | | |
|---|---|---|
| Dated: November 5, 2018 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Thomas E. Gorman* |
| | | BENEDICT Y. HUR |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | KATHRYN BOWEN |
| | | Attorneys for Defendant GOOGLE LLC |
| Dated: November 5, 2018 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Michael W. Sobol* |
| | | MICHAEL W. SOBOL |
| | | Hank Bates |
| | | CARNEY BATES & PULLIAM, PLLC |
| | | Attorneys for Plaintiff, individually and on behalf of all others similarly situated |

2
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: _____     _____
                                                              Honorable Edward J. Davila

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  November 5, 2018                                     */s/ Thomas E. Gorman*

4
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273