KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

Attorneys for Plaintiff, individually and
on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CHANGE TIME ON AMENDED COMPLAINT AND MOTION TO DISMISS**<br><br>Judge:　　Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC, and Plaintiff Napoleon Patacsil (collectively, the "Parties") hereby stipulate to extend the deadline for Plaintiff to file an amended complaint, set a proposed schedule for Google's anticipated motion to dismiss, and to continue the date set for the initial case-management conference.

## RECITALS

WHEREAS Plaintiff filed an initial complaint on August 17, 2018 (Dkt. 1);

WHEREAS the Parties previously stipulated to extend Google's time to respond to the complaint from September 11, 2018 to October 22, 2018 (Dkt. 19);

WHEREAS Google filed its motion to dismiss the complaint in its entirety on October 22 (Dkt. 32);

WHEREAS Plaintiff has decided to amend his complaint under Federal Rule of Civil Procedure 15(a)(1)(B) rather than file an opposition to Google's motion to dismiss;

WHEREAS, the Parties agree that a stipulated schedule is appropriate to give both sides adequate time to prepare their pleadings and motions, especially considering pre-existing scheduling conflicts and holiday travel;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. Plaintiff's amended complaint shall be due on November 19, 2018;
2. Google's motion to dismiss the amended complaint shall be due on December 19, 2018;
3. Plaintiff's opposition to Google's motion to dismiss shall be due on January 23, 2019;
4. Google's reply in support of its motion to dismiss shall be due on February 13, 2019;
5. The hearing on Google's motion to dismiss shall be set on February 28, 2019; at 9:00 a.m.
6. The initial case-management conference in this matter, currently scheduled for February 7, 2019, shall be reset for the first available hearing date after the motion to dismiss is heard, which is __March 28__, 2019 at __10__ a.m. / ~~p.m.~~

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

Dated: November 5, 2018            KEKER, VAN NEST & PETERS LLP

By: */s/ Thomas E. Gorman*
BENEDICT Y. HUR
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
KATHRYN BOWEN

Attorneys for Defendant GOOGLE LLC

Dated: November 5, 2018            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL

Hank Bates
CARNEY BATES & PULLIAM, PLLC

Attorneys for Plaintiff, individually and on behalf of all others similarly situated

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: November 6, 2018

Honorable Edward J. Davila

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  November 5, 2018                                   /s/ Thomas E. Gorman

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME ON AMENDED COMPLAINT
AND MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1309273