IVY T. NGO (CA State Bar No. 249860)
ngoi@fdazar.com
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone:   (303) 757-3300
Facsimile:    (720) 213-5131
*Counsel for Plaintiffs Lee, Smedley, and Davis*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC.<br><br>Defendant. | Case No.: 18-cv-05062-EHD |
| LESLIE LEE, AN INDIVIDUAL AND WYOMING RESIDENT, STACY SMEDLEY, AN INDIVIDUAL AND COLORADO RESIDENT, AND FREDRICK DAVIS, AN INDIVIDUAL AND COLORADO RESIDENT,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE, INC. AND ALPHABET, INC.,<br><br>Defendants. | Case No.: 18-cv-06416-NC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 22, 2018, the case titled *Lee et al., v. Google, Inc. et al. ("Lee"),* Case No. 18-cv-06416-NC, was filed in the United States District Court for the Northern District of California.

Pursuant to Rules 3-12(b) and 7-11, United States District Court, Northern District of California, Civil Local Rules ("Civil L.R."), Plaintiffs Leslie Lee, Stacy Smedley, and Fredrick Davis (collectively, "Plaintiffs") respectfully request this Honorable Court to relate the *Lee* action to the earlier filed action titled, *Napoleon Patacsil v. Google, Inc.,* Case No. 18-cv-05062-EJD (*"Patacsil"* Case). As good cause, Plaintiffs state the following:

## SUMMARY OF THE CASE

Plaintiffs originally filed this action on October 22, 2018. (Doc. No. 1) (the "*Lee* Complaint"). The *Patacsil* Case was filed on August 17, 2018 in the United States District Court for the Northern District of California. Complaint, *Patacsil* Case, Doc. No. 1 (the "*Patacsil* Complaint"). On October 25, 2018, Judge Edward J. Davila signed an Order to reflect the name change of the defendant from Google, Inc. to Google, LLC. "(Defendant" or "Google") based a Stipulation filed by the parties indicating a name change for the Defendant. A true and correct copy of the *Patacsil* and *Lee* Complaints and Dockets are attached hereto as Exhibit A. The *Patacsil* Complaint shares common questions of fact and law with, and is premised on the same core issues as, the action pending before this Court. In addition, the *Patacsil* Case similarly seeks to hold Google responsible for the surreptitious location tracking of millions of mobile phone users.

The *Patacsil* Complaint relies substantially and significantly on the allegations presented in the *Lee* Complaint, including Defendant's deficiencies regarding its policies, processes, and procedures involving the tracking and storing time-stamped location data without the consent from the User. The *Patacsil* Complaint seeks this relief via three causes of action, all of which are plead in Plaintiffs' current class action complaint: 1) Violations of CIPA, Cal. Pen. Code §§630, *et seq.,* 2) Intrusion Upon Seclusion, and 3) California Constitutional Right to Privacy.

## LEGAL STANDARD

An action in the Northern District of California is related to another action when:

> (1) The actions concern substantially the same parties, property, transaction or event; and
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil L.R. 3-12(a). When a party knows or learns that an action is related, the party is required to "file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

## ARGUMENT

### A. The Cases Concern Substantially the Same Parties, Property, Transaction, and Event

Not only did Plaintiffs and the *Patacsil* Plaintiff both sue a common defendant – Google, Inc. a/k/a Google, LLC.) – but both cases concern the same property, which is the Plaintiffs' and Class Members' location tracking. Moreover, both cases concern the same transaction and event, specifically Google technology embedded upon millions of smartphones, storing individuals' location information even if users activate a privacy setting. Therefore, there can be no dispute that these cases concern substantially the same parties, property, transactions, and events, satisfying the first prong of Civil L.R. 3-12(a).

### B. There is a Likelihood of Unduly Burdensome Duplication of Labor and Expenses, as well as Conflicting Results

Plaintiffs' case is currently before the Honorable Nathanael M. Cousins, while the *Patacsil* Case is before the Honorable Edward Davila. Because the cases involve the same Defendant (Google, Inc. a/k/a Google LLC), deceptively tracking and storing time-stamped location and data, litigating these cases separately would result in unduly burdensome duplication of labor and expenses. Also, because the cases are not currently before the same judge, there is a likelihood of conflicting results if the cases are permitted to be litigated before different judges, on different tracks, with different discovery motions and rulings, and potentially conflicting dispositive motions practice. It is in the best interests of judicial economy and the parties to relate these cases before this Court to prevent conflicting results. Civil L.R. 3-12(a)(2). Accordingly, relating these Actions will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil L.R. 3-12.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request this Court order that the *Lee* matter be deemed related to the *Patacsil* Case and be reassigned to this Court for all further proceedings.

DATED:  November 6, 2018

Respectfully submitted,

*/s/ Ivy T. Ngo*
Ivy T. Ngo (249860)
Franklin D. Azar & Associates, P.C.
14426 E. Evans Avenue
Aurora, CO  80014
Telephone: 303-757-3300
Facsimile:  720-213-5131
Email:       ngoi@fdazar.com

*Counsel for Plaintiffs Lee, Smedley, and Davis*

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that on November 6, 2018, I caused to be electronically filed a true and correct copy of the Administrative Motion to Consider Whether Cases Should be Related with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to all known counsel of record, who are registered CM/ECF users with this Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of November, 2018, at Aurora, Colorado.

*/s/ Ivy T. Ngo*_____
Ivy T. Ngo