Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Courtney Maccarone (to be admitted *pro hac vice*)
Email: cmaccarone@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff GEORGE JACK*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: August 24, 2018 |
| **This document also relates to:**<br><br>GEORGE JACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:18-cv-06652-NC<br><br>Magistrate Judge: Hon. Nathanael M. Cousins<br><br>Action Filed: November 1, 2018 |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff George Jack, who filed a class action complaint on November 1, 2018 in the United States District Court for the Northern District of California titled, *Jack v. Google Inc.*, Case No. 5:18-cv-06652-NC ("*Jack* Action"), respectfully submits this administrative motion to deem the *Jack* Action related to the instant action herein: *Patacsil v. Google, Inc.*, Case No. 5:18-cv-05062-EJD ("*Patacsil* Action").  Additionally, two other actions captioned, *Lombardo v. Google, Inc.*, Case No. 18-cv-05288-LB, and *Ali v Google, Inc.*, Case No. 3:18-cv-06262-JST, were ordered related and re-assigned to this Court (*see Patacsil* Action Dkt. Nos. 26, 38).

Under Rule 3-12(a), actions are related to one another when "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Both of these criteria are met.

With the exception of the named plaintiffs, the parties and the privacy interests at issue in these cases are the same.  Plaintiffs Jack and Patacsil are both bringing a case on behalf of a nationwide class of consumers against Google for the same alleged misconduct.  Specifically, both plaintiffs allege that Google surreptitiously obtained, recorded, and used class members' private location information without Class members' knowledge or permission, while simultaneously representing to Class members that Google would not do that if they opted-out of location tracking.  All plaintiffs assert causes of action for violations of state consumer protection statutes and common law.  Thus, the interests of judicial economy would be served if the cases are related and conducted before the same judge.  It would avoid conflicting rulings on the same or similar issues, and greatly reduce the risk of duplication of effort.

Accordingly, Plaintiff Jack respectfully requests that the cases be deemed related and assigned to the Honorable Edward J. Davila for all purposes.

Respectfully submitted,

Dated: November 6, 2018

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
Rosanne L. Mah
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Courtney Maccarone (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff George Jack*

**PROOF OF SERVICE**

I hereby certify that on November 6, 2018, I authorized the electronic filing of the foregoing, the Stipulation re Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12(B) and 7-11, Declaration Of Rosemary M. Rivas in Support, and the Proposed Order using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this Court, and I hereby certify that I caused to be mailed the foregoing documents via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List maintained by this Court.[1]

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 6, 2018, in San Francisco, California.

   */s/ Rosemary M. Rivas*
   Rosemary M. Rivas

---

[1] Pursuant to Local Rule 3-12, a copy of this motion and the supporting documents are also being lodged with the judges in each apparently related cases, as well as served U.S. Mail on the parties to those actions.