Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Courtney Maccarone (to be admitted *pro hac vice*)
Email: cmaccarone@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff GEORGE JACK*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF ROSEMARY M. RIVAS IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: August 24, 2018 |
| **This document also relates to:**<br><br>GEORGE JACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 5:18-cv-06652-NC<br><br>Magistrate Judge: Hon. Nathanael M. Cousins<br><br>Action Filed: November 1, 2018 |

I, Rosemary M. Rivas, declare as follows:

1. I am a member in good standing of the State Bar of California, and a partner in the law firm of Levi & Korsinsky, LLP, counsel of record for Plaintiff George Jack in the action titled, *Jack v. Google Inc.*, Case No. 5:18-cv-6652-NC ("*Jack* Action"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration as required under Civil Local Rule 7-11 in support of Plaintiffs' Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "motion").

3. My firm contacted counsel for defendant Google LLC, formerly known as Google Inc. ("Google"), Mr. Ben Berkowitz of Keker, Van Nest & Peters LLP, and asked if Google would stipulate to relation. Mr. Berkowitz stated that Google does not oppose this motion.

4. I also contacted counsel for Plaintiffs Napoleon Patacsil, Aichi Ali, and Domenic Lombardo, Mr. Michael Sobol of Lieff Cabraser Heimann & Bernstein, LLP. Mr. Sobol stated that his clients do not oppose this motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge. Executed on November 6, 2018, in San Francisco, California.

                                 */s/ Rosemary M. Rivas*
                                 Rosemary M. Rivas