# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12 AND 7-11**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: August 24, 2018 |
| **This document also relates to:**<br><br>GEORGE JACK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 5:18-cv-06652-NC<br><br>Magistrate Judge: Hon. Nathanael M. Cousins<br><br>Action Filed: November 1, 2018 |

1 | The Court, having considered the administrative motion by Plaintiff George Jack to consider
2 | whether cases should be related pursuant to Civil Local rules 3-12(b) and 7-11, **HEREBY ORDERS** that
3 | the case *Jack v. Google, Inc.*, Case No. 5:18-cv-06652-NC be related to the first filed action, *Patacsil v.*
4 | *Google, Inc.*, Case No. 5:18-cv-05062-EJD.
5 | Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above-case to the undersigned.
6 | **IT IS SO ORDERED.**

Dated: _____

Hon. Edward J. Davila
United States District Court Judge