**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Abbye R. Klamann (SBN 311112)
aklamann@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiff individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

1  Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Napoleon Patacsil submits this
2  statement in support of the pending administrative motions to relate two recently-filed cases, *Lee*
3  *et al., v. Google, Inc. et al.*, No. 18-cv-06416 (N.D. Cal. filed Oct. 22, 2018) (hereafter, "*Lee*")
4  (Dkt. No. 43) and *Jack v. Google Inc.*, No. 18-cv-06652 (N.D. Cal. filed Nov. 1, 2018) (hereafter,
5  "*Jack*") (Dkt. No. 44) to the first-filed case, *Patacsil v. Google, LLC*, No. 18-cv-05062 (N.D.
6  Cal., filed Aug. 17, 2018) (hereafter, "*Patacsil*"), and two previously-related cases: *Lombardo v.
7  Google, LLC*, No. 18-cv-05288 (N.D. Cal.) (hereafter, "*Lombardo*") and *Ali v Google, LLC*, No.
8  18-cv-06262 (N.D. Cal.) (hereafter, "*Ali*").  *See* Dkt. Nos. 26, 38.

9  The requirements for relating cases under Local Rule 3-12 are met: each action
10 "concern[s] substantially the same parties, property, transaction or event" and "[i]t appears likely
11 that there will be an unduly burdensome duplication of labor and expense or conflicting results if
12 the cases are conducted before different Judges."  L.R. 3-12(a).  Like *Patacsil*, *Lee* and *Jack* each
13 allege that Google surreptitiously stored the location data of users of Google's apps and operating
14 system, in contravention of those users' privacy settings and Google's own representations.  *See,
15 e.g.*, *Jack* Compl. ¶¶ 1, 3-4; *Lee* Compl. ¶¶ 1-3; *Patacsil* Compl. ¶ 1.  Each brings claims on
16 behalf of a nationwide class of similarly-situated users.  *Jack* Compl. ¶ 37; *Lee* Compl. ¶ 49;
17 *Patacsil* Compl. ¶ 35.  In light of substantial overlap between the factual allegations in each case
18 and the identical primary defendant, parallel actions would result in an unduly burdensome
19 duplication of time, labor, and expense, or conflicting results. *See, e.g.*, *Ervin v. Judicial Council
20 of California*, No. 06-7479, 2007 WL 1489165, at *2 (N.D. Cal. May 18, 2007) (relating cases
21 where the "only difference between the two" was "new parties and causes of action").

22 For these reasons, Plaintiff Napoleon Patacsil agrees that relating the later-filed *Lee* and
23 *Jack* cases with the first-filed *Patacsil* case and the subsequently related *Lombardo* and *Ali* cases
24 is appropriate under Civil Local Rule 3-12.

26 Dated: November 9, 2018                    Respectfully Submitted,

- 1 -

STATEMENT IN SUPPORT OF
MOTIONS TO RELATE
CASE NO. 5:18-CV-05062-EJD

1  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
2  Melissa Gardner (State Bar No. 289096)
   mgardner@lchb.com
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111
   Telephone:  415.956.1000
5  Facsimile:  415.956.1008

6  Nicholas Diamand (*pro hac vice*)
   ndiamand@lchb.com
7  Abbye R. Klamann (State Bar No. 311112)
   aklamann@lchb.com
8  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   250 Hudson Street, 8th Floor
9  New York,  NY 10013
   Telephone:  212.355.9500
10 Facsimile:  212.355.9592

11 Hank Bates (State Bar No. 167688)
   hbates@cbplaw.com
12 Allen Carney (*pro hac vice*)
   acarney@cbplaw.com
13 David Slade (*pro hac vice*)
   dslade@cbplaw.com
14 CARNEY BATES & PULLIAM, PLLC
   519 W. 7th St.
15 Little Rock, AR 72201
   Telephone:  501.312.8500
16 Facsimile:  501.312.8505

17 *Attorneys for Plaintiff, individually and
   on behalf of all others similarly situated*

- 2 -

STATEMENT IN SUPPORT OF
MOTIONS TO RELATE
CASE NO. 5:18-CV-05062-EJD