**INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT**

| No. | Description |
|---|---|
| 1. | Ryan Nakashima, *AP Exclusive: Google tracks your movements, like it or not*, The Associated Press (August 13, 2018), available at https://www.apnews.com/828aefab64d4411bac257a07c1af0ecb. |
| 2. | Archived Web Capture (https://archive.org/web/) dated August 16, 2018 of URL https://support.google.com/accounts/answer/3118687?hl=en; *Manage or delete your Location History*, available at https://web.archive.org/web/20180816004907/%20https:/support.google.com/accounts/answer/3118687?hl=en. |
| 3. | Google, *Google Terms of Service* last modified October 25, 2017, available at https://policies.google.com/terms?hl=en&gl=ZZ  (printed on September 20, 2018). |
| 4. | Pew Research Center, *Mobile Fact Sheet* (February 5, 2018), available at http://www.pewinternet.org/fact-sheet/mobile/. |
| 5. | Excerpts (pp. 1-2, 11, 14, 104-105) of David George et al., *Global Mobile Trends 2017,* GSMA Intelligence (September 2017), available at https://www.gsmaintelligence.com/research/2017/09/global-mobile-trends-2017/639/. |
| 6. | James Vincent, *99.6 percent of new smartphones run Android or iOS*, The Verge (February 16, 2017), available at https://www.theverge.com/2017/2/16/14634656/android-ios-market-share-blackberry-2016. |
| 7. | Archived Web Capture (https://archive.org/web/) dated July 30, 2018 of URL https://support.google.com/accounts/answer/4388034; *Location history for iPhone & iPad*, available at https://web.archive.org/web/20180730190907/https://support.google.com/accounts/answer/4388034. |
| 8. | Douglas C. Schmidt, *Google Data Collection*, Digital Content Next (August 15, 2018), available at https://digitalcontentnext.org/wp-content/uploads/2018/08/DCN-Google-Data-Collection-Paper.pdf. |
| 9. | Douglas MacMillan and Robert McMillan, *Google Exposed User Data, Feared Repercussions of Disclosing to the Public*, The Wall Street Journal (October 8, 2018), available at https://www.wsj.com/articles/google-exposed-user-data-feared-repercussions-of-disclosing-to-public-1539017194?mod=e2tw. |

| No. | Description |
|---|---|
| 10. | Screenshots demonstrating process for disabling Web & App Activity location storage; Exhibit prepared by Plaintiffs' counsel (August 17, 2018). |
| 11. | Emily Dreyfuss, *How to Stop Google From Tracking Your Location*, Wired (August 13, 2018), available at https://www.wired.com/story/google-location-tracking-turn-off/. |
| 12. | Associated Press, *Google found to track the location of users who have opted out*, NBC News (August 13, 2018), available at https://www.nbcnews.com/tech/tech-news/google-tracks-your-movements-it-or-not-n900106. |
| 13. | Google Account Help, *Manage Your Location History*, available at https://support.google.com/accounts/answer/3118687 (printed on November 16, 2018; last visited November 19, 2018). |
| 14. | Archived Web Capture (https://archive.org/web/) dated November 3, 2018 of URL https://myaccount.google.com/intro/activitycontrols?hl=en-US; *Activity Controls,* available at https://web.archive.org/web/20181103224740/https://myaccount.google.com/intro/activitycontrols. |
| 15. | Archived Web Captures (https://archive.org/web/) dated October 8, 2016 and May 18, 2018 of URL https://myaccount.google.com/intro/activitycontrols?hl=en-US; *Activity Controls*, available at https://web.archive.org/web/20161008213925/https://myaccount.google.com/intro/activitycontrols and https://web.archive.org/web/20180518184409/https://myaccount.google.com/intro/activitycontrols, respectively. |
| 16. | Google Search Help, *See & control your search activity*, available at https://support.google.com/websearch/answer/54068?co=GENIE.Platform%3DDesktop&hl=en  (printed on November 16, 2018). |
| 17. | Archived Web Capture (https://archive.org/web/) dated August 18, 2018 of URL https://support.google.com/accounts/answer/3118687; *Manage or delete your Location History*, available at http://web.archive.org/web/20180818160356/https://support.google.com/accounts/answer/3118687. |

| No. | Description |
|---|---|
| 18. | Archived Web Capture (https://archive.org/web/) dated August 16, 2018 of URL https://support.google.com/accounts/answer/3467281; *Turn location on or off for your device*, available at http://web.archive.org/web/20180729212714/https://support.google.com/accounts/answer/3467281. |
| 19. | Archived Web Capture (https://archive.org/web/) dated July 29, 2018 of URL https://support.google.com/android/answer/6179507; *Manage location settings for Android apps*, available at https://web.archive.org/web/20180729104542/https://support.google.com/accounts/answer/6179507?hl=en. |
| 20. | Lee Rainie and Kathryn Zickuhr, *Americans' Views on Mobile Etiquette*, Pew Research Center (August 26, 2015), available at http://www.pewinternet.org/2015/08/26/chapter-1-always-on-connectivity/. |
| 21. | Written Testimony of Keith Enright Chief Privacy Officer, United States Senate Committee on Commerce, Science, and Transportation, *Examining Safeguards for Consumer Data Privacy*, (September 26, 2018), available at https://www.commerce.senate.gov/public/_cache/files/5d32673e-d11d-4ee1-a7f3-8b03e407128d/5D20DB4443BCCDA548DD5577BB28F01D.09-24-18enright-testimony.pdf. |
| 22. | Mary Madden and Lee Rainie, *Americans' Attitudes About Privacy, Security and Surveillance,* Pew Research Center (May 20, 2015), available at http://www.pewinternet.org/2015/05/20/americans-attitudes-about-privacy-security-and-surveillance/. |
| 23. | Lee Rainie et. al., *Anonymity, Privacy, and Security Online,* Pew Research Center (September 5, 2013), available at http://www.pewinternet.org/2013/09/05/anonymity-privacy-and-security-online/. |
| 24. | Chris Jay Hoofnagle or et. al., *How Different are Young Adults from Older Adults When it Comes to Information Privacy Attitudes and Policies?*, University of Pennsylvania Scholarly Commons (April 14, 2010), available at https://repository.upenn.edu/asc_papers/399/. |
| 25. | *S. 2326: Children's Online Privacy Protection Act of 1998*, Hearing before Senate Subcommittee on Communications, Statement of Sen. Bryan, S. Hrg. 105-1069, at 4 (Sept. 23, 1998). |
| 26. | Kristien Daems, et al., *Advertisers' perceptions regarding the ethical appropriateness of new advertising formats aimed at minors*, J. Marketing Comms. 8 (2017). |

INDEX OF EXHIBITS FOR PLAINTIFFS'
FIRST AMENDED COMPLAINT
CASE NO. 5:18-CV-05062-EJD

| No. | Description |
|---|---|
| 27. | Children's Advertising Review Unit, *Self-Regulatory Program for Children's Advertising* (2014), *available at* http://www.asrcreviews.org/wp-content/uploads/2012/04/Self-Regulatory-Program-for-Childrens-Advertising-Revised-2014-.pdf. |
| 28. | *Mobile Advertising Network InMobi Settles FTC Charges It Tracked Hundreds of Millions of Consumers' Locations Without Permission*, Federal Trade Commission, (June 22, 2016), available at https://www.ftc.gov/news-events/press-releases/2016/06/mobile-advertising-network-inmobi-settles-ftc-charges-it-tracked. |
| 29. | Stipulated Order for Permanent Injunction and Civil Penalty Judgment, *United States of America v. InMobi Pte, Ltd.*, Case No. 3:16-cv-3474 (N.D. Cal. [June 22, 2016]) (Dkt. No. 2-1), available at https://www.ftc.gov/system/files/documents/cases/160622inmobistip.pdf. |
| 30. | Harish Jonnalagadda, *How to view your location history in Google Maps*, Android Central (July 20, 2018), available at https://www.androidcentral.com/how-view-your-location-history-google-maps. |
| 31. | Matt Boddy, *The Google tracking feature you didn't know you'd switched on*, Naked Security by Sophos (October 3, 2017), available at https://nakedsecurity.sophos.com/2017/10/03/the-google-tracking-feature-you-didnt-know-youd-switched-on/. |
| 32. | WikiHow, *How to Disable Google Location History*, available at https://www.wikihow.com/Disable-Google-Location-History (printed on November 19, 2018). |

INDEX OF EXHIBITS FOR PLAINTIFFS'
FIRST AMENDED COMPLAINT
CASE NO. 5:18-CV-05062-EJD