# EXHIBIT 1

# AP Exclusive: Google tracks your movements, like it or not

**AP** apnews.com/828aefab64d4411bac257a07c1af0ecb

August 13, 2018

https://apnews.com/828aefab64d4411bac257a07c1af0ecb

Related topics

By RYAN NAKASHIMAAugust 13, 2018

SAN FRANCISCO (AP) — Google wants to
know where you go so badly that it records
your movements even when you explicitly tell
it not to.

An Associated Press investigation found that
many Google services on Android devices
and iPhones store your location data even if
you've used a privacy setting that says it will
prevent Google from doing so.

Computer-science researchers at Princeton
confirmed these findings at the AP's request.

For the most part, Google is upfront about
asking permission to use your location
information. An app like Google Maps will remind you to allow access to location if you use it
for navigating. If you agree to let it record your location over time, Google Maps will display
that history for you in a "timeline" that maps out your daily movements.

Storing your minute-by-minute travels carries privacy risks and has been used by police to
determine the location of suspects — such as a warrant that police in Raleigh, North Carolina,
served on Google last year to find devices near a murder scene. So the company lets you
"pause" a setting called Location History.

Google says that will prevent the company from remembering where you've been. Google's
support page on the subject states: "You can turn off Location History at any time. With
Location History off, the places you go are no longer stored."

That isn't true. Even with Location History paused, some Google apps automatically store
time-stamped location data without asking. (It's possible, although laborious, to delete it .)

For example, Google stores a snapshot of where you are when you merely open its Maps app.
Automatic daily weather updates on Android phones pinpoint roughly where you are. And
some searches that have nothing to do with location, like "chocolate chip cookies," or "kids
science kits," pinpoint your precise latitude and longitude — accurate to the square foot — and
save it to your Google account.

The privacy issue affects some two billion users of devices that run Google's Android
operating software and hundreds of millions of worldwide iPhone users who rely on Google for
maps or search.

Storing location data in violation of a user's preferences is wrong, said Jonathan Mayer, a
Princeton computer scientist and former chief technologist for the Federal Communications
Commission's enforcement bureau. A researcher from Mayer's lab confirmed the AP's

findings on multiple Android devices; the AP conducted its own tests on several iPhones that found the same behavior.

"If you're going to allow users to turn off something called 'Location History,' then all the places where you maintain location history should be turned off," Mayer said. "That seems like a pretty straightforward position to have."

Google says it is being perfectly clear.

"There are a number of different ways that Google may use location to improve people's experience, including: Location History, Web and App Activity, and through device-level Location Services," a Google spokesperson said in a statement to the AP. "We provide clear descriptions of these tools, and robust controls so people can turn them on or off, and delete their histories at any time."

Google's explanation did not convince several lawmakers.

Sen. Mark Warner of Virginia told the AP it is "frustratingly common" for technology companies "to have corporate practices that diverge wildly from the totally reasonable expectations of their users," and urged policies that would give users more control of their data. Rep. Frank Pallone of New Jersey called for "comprehensive consumer privacy and data security legislation" in the wake of the AP report.

To stop Google from saving these location markers, the company says, users can turn off another setting, one that does not specifically reference location information. Called "Web and App Activity" and enabled by default, that setting stores a variety of information from Google apps and websites to your Google account.

When paused, it will prevent activity on any device from being saved to your account. But leaving "Web & App Activity" on and turning "Location History" off only prevents Google from adding your movements to the "timeline," its visualization of your daily travels. It does not stop Google's collection of other location markers.

You can delete these location markers by hand, but it's a painstaking process since you have to select them individually, unless you want to delete all of your stored activity.

You can see the stored location markers on a page in your Google account at myactivity.google.com, although they're typically scattered under several different headers, many of which are unrelated to location.

To demonstrate how powerful these other markers can be, the AP created  a visual map of the movements of Princeton postdoctoral researcher Gunes Acar, who carried an Android phone with Location history off, and shared a record of his Google account.

The map includes Acar's train commute on two trips to New York and visits to The High Line park, Chelsea Market, Hell's Kitchen, Central Park and Harlem. To protect his privacy, The AP didn't plot the most telling and frequent marker — his home address.

Huge tech companies are under increasing scrutiny over their data practices, following a series of privacy scandals at Facebook and new data-privacy rules recently adopted by the European Union. Last year, the business news site Quartz found that Google was tracking Android users by collecting the addresses of nearby cellphone towers even if all location services were off. Google changed the practice and insisted it never recorded the data anyway.

Critics say Google's insistence on tracking its users' locations stems from its drive to boost advertising revenue.

"They build advertising information out of data," said Peter Lenz, the senior geospatial analyst at Dstillery, a rival advertising technology company. "More data for them presumably means more profit."

The AP learned of the issue from K. Shankari, a graduate researcher at UC Berkeley who studies the commuting patterns of volunteers in order to help urban planners. She noticed that her Android phone prompted her to rate a shopping trip to Kohl's, even though she had turned Location History off.

"So how did Google Maps know where I was?" she asked in a  blog post .

The AP wasn't able to recreate Shankari's experience exactly. But its attempts to do so revealed Google's tracking. The findings disturbed her.

"I am not opposed to background location tracking in principle," she said. "It just really bothers me that it is not explicitly stated."

Google offers a more accurate description of how Location History actually works in a place you'd only see if you turn it off — a popup that appears when you "pause" Location History on your Google account webpage . There the company notes that "some location data may be saved as part of your activity on other Google services, like Search and Maps."

Google offers additional information in a popup that appears if you re-activate the "Web & App Activity" setting — an uncommon action for many users, since this setting is on by default. That popup states that, when active, the setting "saves the things you do on Google sites, apps, and services ... and associated information, like location."

Warnings when you're about to turn Location History off via Android and iPhone device settings are more difficult to interpret. On Android, the popup explains that "places you go with your devices will stop being added to your Location History map." On the iPhone, it simply reads, "None of your Google apps will be able to store location data in Location History."

The iPhone text is technically true if potentially misleading. With Location History off, Google Maps and other apps store your whereabouts in a section of your account called "My Activity," not "Location History."

Since 2014, Google has let advertisers track the effectiveness of online ads at  driving foot traffic , a feature that Google has said relies on user location histories.

The company is pushing further into such location-aware tracking to drive ad revenue, which rose 20 percent last year to $95.4 billion. At a Google Marketing Live summit in July, Google executives unveiled a new tool called "local campaigns" that dynamically uses ads to boost in-person store visits. It says it can measure how well a campaign drove foot traffic with data pulled from Google users' location histories.

Google also says location records stored in My Activity are used to target ads. Ad buyers can target ads to specific locations — say, a mile radius around a particular landmark — and typically have to pay more to reach this narrower audience.

While disabling "Web & App Activity" will stop Google from storing location markers, it also prevents Google from storing information generated by searches and other activity. That can limit the effectiveness of the Google Assistant, the company's digital concierge.

Sean O'Brien, a Yale Privacy Lab researcher with whom the AP shared its findings, said it is "disingenuous" for Google to continuously record these locations even when users disable Location History. "To me, it's something people should know," he said.

——

AP Interactive: https://interactives.ap.org/google-location-tracking/

——

Associated Press writers Alan Fram and Mary Clare Jalonick in Washington and Jonathan Drew in Raleigh, North Carolina, contributed to this report.

AP RADIO

Update hourly



# 'Location history' off?
# Google's still tracking you

An AP investigation found that Google saves your location history even if you've paused "Location History" on mobile devices. This map shows where Princeton privacy researcher Gunes Acar travelled over several days, from data saved to his Google account despite "Location History" being off.







# EXHIBIT 2

# Manage or delete your Location History

web.archive.org/web/20180816004907/https://support.google.com/accounts/answer/3118687

Your Location History helps you get better results and recommendations on Google products. For example, you can see recommendations based on places you've visited with signed-in devices, or traffic predictions for your daily commute.

You control what's saved in your Location History, and you can delete your history at any time.

**Note:** Some of these steps work only on Android 8.0 and up. <u>Learn how to check your Android version</u>.
Learn what applies <u>in Android 4.1 through 4.3</u> or <u>for iPhone and iPad</u>.

## Turn Location History on or off

You can turn off Location History at any time. With Location History off, the places you go are no longer stored. When you turn off Location History for your Google Account, it's off for all devices associated with that Google Account.

You can also turn off Location services for a device. <u>Learn how</u>.

### Turn Location History on/off using device settings (Android 2.3 & up)

1. On your Android phone or tablet, open your device's Settings app ⚙ › **Google** › **Google Account**.
2. At the top, tap **Data & personalization**.
3. Under "Activity controls," tap **Location History**.
4. Turn **Location History** on or off for your account or devices:
   - For your whole account and all devices associated with it, turn **Use Location History** on or off.
   - For a certain device only, turn that device's history on or off.

### Turn Location History on/off using a website

1. Go to the <u>Activity controls</u> section of your Google Account. You might need to sign in.
2. Turn **Location History** on or off.
3. Confirm the change. This setting will change for your Google Account and all devices associated with it.

If you use a work or school account, your administrator might turn this setting on or off for you.

## Delete Location History

You can delete all of your Location History or only parts of it. If you delete your entire history, some apps may not work correctly.

## Delete Location History using device settings (Android 2.3 & up)

**IMPORTANT**: Deleting your Location History in the Settings app is permanent. You can't reverse or undo it. Deleting your Location History may cause problems in some apps.

## Delete Location History using a website

You can delete individual locations, locations by date, or your whole location history on the Location History website.

1. Go to maps.google.com/locationhistory. You might need to sign in.
2. Pick how to delete your Location History:

**Note**: The Location History website isn't available in South Korea.

# Usage & diagnostics for Location History

When you turn on Location History, you also let your device send diagnostic information to Google about what's working and not working for Location History.

All usage and diagnostics information is used in accordance with Google's privacy policy.

## What information your device could share

Your device may send information to Google for improving Location History. For example, your device may send information when Location services aren't working properly.

Sent information could include:

- Quality and length of your connections to mobile networks, GPS, Wi-Fi networks, or Bluetooth
- State of your location settings
- Restarts and crash reports
- Apps used for turning Location History on or off
- Battery levels

## How shared information helps Google improve

Usage and diagnostics information can help improve Google apps, products, and Android devices. For example, Google can use information to improve:

- **Battery life**:
  Google can use information about what's using the most battery on your device to help reduce battery consumption for commonly used features.
- **Location accuracy**:

Google can use information from location sensors and settings to help improve location estimates for apps and services.

## Related articles

Was this article helpful?

How can we improve it?

true

# EXHIBIT 3

 Terms of Service

GOOGLE TERMS OF SERVICE

Last modified: October 25, 2017 (view archived versions)

# Welcome to Google!

Thanks for using our products and services ("Services"). The Services are provided by
Google LLC ("Google"), located at 1600 Amphitheatre Parkway, Mountain View, CA
94043, United States.

By using our Services, you are agreeing to these terms. Please read them carefully.

Our Services are very diverse, so sometimes additional terms or product requirements
(including age requirements) may apply. Additional terms will be available with the
relevant Services, and those additional terms become part of your agreement with us if
you use those Services.

# Using our Services

You must follow any policies made available to you within the Services.

Don't misuse our Services. For example, don't interfere with our Services or try to access
them using a method other than the interface and the instructions that we provide. You
may use our Services only as permitted by law, including applicable export and re-
export control laws and regulations. We may suspend or stop providing our Services to
you if you do not comply with our terms or policies or if we are investigating suspected
misconduct.

Using our Services does not give you ownership of any intellectual property rights in our

Services or the content you access. You may not use content from our Services unless you obtain permission from its owner or are otherwise permitted by law. These terms do not grant you the right to use any branding or logos used in our Services. Don't remove, obscure, or alter any legal notices displayed in or along with our Services.

Our Services display some content that is not Google's. This content is the sole responsibility of the entity that makes it available. We may review content to determine whether it is illegal or violates our policies, and we may remove or refuse to display content that we reasonably believe violates our policies or the law. But that does not necessarily mean that we review content, so please don't assume that we do.

In connection with your use of the Services, we may send you service announcements, administrative messages, and other information. You may opt out of some of those communications.

Some of our Services are available on mobile devices. Do not use such Services in a way that distracts you and prevents you from obeying traffic or safety laws.

## Your Google Account

You may need a Google Account in order to use some of our Services. You may create your own Google Account, or your Google Account may be assigned to you by an administrator, such as your employer or educational institution. If you are using a Google Account assigned to you by an administrator, different or additional terms may apply and your administrator may be able to access or disable your account.

To protect your Google Account, keep your password confidential. You are responsible for the activity that happens on or through your Google Account. Try not to reuse your Google Account password on third-party applications. If you learn of any unauthorized use of your password or Google Account, follow these instructions.

## Privacy and Copyright Protection

Google's privacy policies explain how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can

use such data in accordance with our privacy policies.

We respond to notices of alleged copyright infringement and terminate accounts of repeat infringers according to the process set out in the U.S. Digital Millennium Copyright Act.

We provide information to help copyright holders manage their intellectual property online. If you think somebody is violating your copyrights and want to notify us, you can find information about submitting notices and Google's policy about responding to notices in our Help Center.

## Your Content in our Services

Some of our Services allow you to upload, submit, store, send or receive content. You retain ownership of any intellectual property rights that you hold in that content. In short, what belongs to you stays yours.

When you upload, submit, store, send or receive content to or through our Services, you give Google (and those we work with) a worldwide license to use, host, store, reproduce, modify, create derivative works (such as those resulting from translations, adaptations or other changes we make so that your content works better with our Services), communicate, publish, publicly perform, publicly display and distribute such content. The rights you grant in this license are for the limited purpose of operating, promoting, and improving our Services, and to develop new ones. This license continues even if you stop using our Services (for example, for a business listing you have added to Google Maps). Some Services may offer you ways to access and remove content that has been provided to that Service. Also, in some of our Services, there are terms or settings that narrow the scope of our use of the content submitted in those Services. Make sure you have the necessary rights to grant us this license for any content that you submit to our Services.

Our automated systems analyze your content (including emails) to provide you personally relevant product features, such as customized search results, tailored advertising, and spam and malware detection. This analysis occurs as the content is sent, received, and when it is stored.

If you have a Google Account, we may display your Profile name, Profile photo, and

actions you take on Google or on third-party applications connected to your Google
Account (such as +1's, reviews you write and comments you post) in our Services,
including displaying in ads and other commercial contexts. We will respect the choices
you make to limit sharing or visibility settings in your Google Account. For example, you
can choose your settings so your name and photo do not appear in an ad.

You can find more information about how Google uses and stores content in the privacy
policy or additional terms for particular Services. If you submit feedback or suggestions
about our Services, we may use your feedback or suggestions without obligation to you.

## About Software in our Services

When a Service requires or includes downloadable software, this software may update
automatically on your device once a new version or feature is available. Some Services
may let you adjust your automatic update settings.

Google gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive
license to use the software provided to you by Google as part of the Services. This
license is for the sole purpose of enabling you to use and enjoy the benefit of the
Services as provided by Google, in the manner permitted by these terms. You may not
copy, modify, distribute, sell, or lease any part of our Services or included software, nor
may you reverse engineer or attempt to extract the source code of that software, unless
laws prohibit those restrictions or you have our written permission.

Open source software is important to us. Some software used in our Services may be
offered under an open source license that we will make available to you. There may be
provisions in the open source license that expressly override some of these terms.

## Modifying and Terminating our Services

We are constantly changing and improving our Services. We may add or remove
functionalities or features, and we may suspend or stop a Service altogether.

You can stop using our Services at any time, although we'll be sorry to see you go.
Google may also stop providing Services to you, or add or create new limits to our

Services at any time.

We believe that you own your data and preserving your access to such data is important. If we discontinue a Service, where reasonably possible, we will give you reasonable advance notice and a chance to get information out of that Service.

## Our Warranties and Disclaimers

We provide our Services using a commercially reasonable level of skill and care and we hope that you will enjoy using them. But there are certain things that we don't promise about our Services.

OTHER THAN AS EXPRESSLY SET OUT IN THESE TERMS OR ADDITIONAL TERMS, NEITHER GOOGLE NOR ITS SUPPLIERS OR DISTRIBUTORS MAKE ANY SPECIFIC PROMISES ABOUT THE SERVICES. FOR EXAMPLE, WE DON'T MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTIONS OF THE SERVICES, OR THEIR RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE THE SERVICES "AS IS".

SOME JURISDICTIONS PROVIDE FOR CERTAIN WARRANTIES, LIKE THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES.

## Liability for our Services

WHEN PERMITTED BY LAW, GOOGLE, AND GOOGLE'S SUPPLIERS AND DISTRIBUTORS, WILL NOT BE RESPONSIBLE FOR LOST PROFITS, REVENUES, OR DATA, FINANCIAL LOSSES OR INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY, OR PUNITIVE DAMAGES.

TO THE EXTENT PERMITTED BY LAW, THE TOTAL LIABILITY OF GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, FOR ANY CLAIMS UNDER THESE TERMS, INCLUDING FOR ANY IMPLIED WARRANTIES, IS LIMITED TO THE AMOUNT YOU PAID US TO USE THE SERVICES (OR, IF WE CHOOSE, TO SUPPLYING YOU THE

SERVICES AGAIN).

IN ALL CASES, GOOGLE, AND ITS SUPPLIERS AND DISTRIBUTORS, WILL NOT BE
LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

## Business uses of our Services

If you are using our Services on behalf of a business, that business accepts these terms.
It will hold harmless and indemnify Google and its affiliates, officers, agents, and
employees from any claim, suit or action arising from or related to the use of the
Services or violation of these terms, including any liability or expense arising from
claims, losses, damages, suits, judgments, litigation costs and attorneys' fees.

## About these Terms

We may modify these terms or any additional terms that apply to a Service to, for
example, reflect changes to the law or changes to our Services. You should look at the
terms regularly. We'll post notice of modifications to these terms on this page. We'll post
notice of modified additional terms in the applicable Service. Changes will not apply
retroactively and will become effective no sooner than fourteen days after they are
posted. However, changes addressing new functions for a Service or changes made for
legal reasons will be effective immediately. If you do not agree to the modified terms for
a Service, you should discontinue your use of that Service.

If there is a conflict between these terms and the additional terms, the additional terms
will control for that conflict.

These terms control the relationship between Google and you. They do not create any
third party beneficiary rights.

If you do not comply with these terms, and we don't take action right away, this doesn't
mean that we are giving up any rights that we may have (such as taking action in the
future).

If it turns out that a particular term is not enforceable, this will not affect any other terms.

The laws of California, U.S.A., excluding California's conflict of laws rules, will apply to any disputes arising out of or relating to these terms or the Services. All claims arising out of or relating to these terms or the Services will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.

For information about how to contact Google, please visit our contact page.



# EXHIBIT 4

# Mobile Fact Sheet

 pewinternet.org/fact-sheet/mobile/

MORE FACT SHEETS: <u>INTERNET/BROADBAND</u> | <u>SOCIAL MEDIA</u>

In contrast to the largely stationary internet of the early 2000s, Americans today are increasingly connected to the world of digital information while "on the go" via smartphones and other mobile devices. Explore the patterns and trends that have shaped the mobile revolution below.



## Mobile phone ownership over time

The vast majority of Americans – 95% – now own a cellphone of some kind. The share of Americans that own smartphones is now 77%, up from just 35% in Pew Research Center's first survey of smartphone ownership conducted in 2011.

|  | Cellphone | Smartphone |
|---|---|---|
| 10/27/2002 | 62% | |
| 11/30/2004 | 65% | |
| 2/9/2005 | 66% | |
| 12/31/2005 | 67% | |
| 3/28/2006 | 66% | |
| 4/6/2006 | 73% | |
| 9/5/2007 | 76% | |
| 12/2/2007 | 75% | |
| 1/13/2008 | 77% | |
| 5/11/2008 | 78% | |
| 8/10/2008 | 82% | |
| 12/20/2008 | 84% | |

|            | Cellphone | Smartphone |
|------------|-----------|------------|
| 1/27/2009  | 85%       |            |
| 4/19/2009  | 85%       |            |
| 9/14/2009  | 84%       |            |
| 12/27/2009 | 83%       |            |
| 1/19/2010  | 80%       |            |
| 5/30/2010  | 82%       |            |
| 9/13/2010  | 85%       |            |
| 11/1/2010  | 84%       |            |
| 11/24/2010 | 82%       |            |
| 11/28/2010 | 82%       |            |
| 12/21/2010 | 81%       |            |
| 3/20/2011  | 86%       |            |
| 5/22/2011  | 83%       | 35%        |
| 8/26/2011  | 84%       |            |
| 12/21/2011 | 87%       |            |
| 1/8/2012   | 88%       |            |
| 1/15/2012  | 87%       | 39%        |
| 2/19/2012  | 88%       | 45%        |
| 4/3/2012   | 88%       | 46%        |
| 8/5/2012   | 87%       | 44%        |
| 8/7/2012   | 89%       |            |
| 9/6/2012   | 85%       | 45%        |
| 9/23/2012  | 88%       | 43%        |
| 9/30/2012  | 89%       |            |
| 10/14/2012 | 88%       |            |
| 11/4/2012  | 89%       |            |
| 11/10/2012 | 84%       | 46%        |

|            | Cellphone | Smartphone |
|------------|-----------|------------|
| 12/9/2012  | 87%       | 45%        |
| 12/16/2012 | 88%       |            |
| 1/6/2013   | 89%       | 51%        |
| 5/19/2013  | 91%       | 56%        |
| 7/14/2013  | 90%       | 53%        |
| 7/28/2013  | 91%       | 53%        |
| 9/16/2013  | 89%       | 54%        |
| 9/30/2013  | 91%       | 55%        |
| 10/6/2013  | 92%       | 58%        |
| 1/5/2014   | 92%       | 55%        |
| 1/12/2014  | 90%       | 58%        |
| 1/26/2014  | 91%       | 55%        |
| 2/18/2014  | 90%       |            |
| 4/27/2014  | 92%       |            |
| 9/21/2014  | 91%       |            |
| 12/21/2014 | 89%       | 59%        |
| 4/12/2015  | 92%       | 67%        |
| 7/12/2015  | 92%       | 68%        |
| 11/15/2015 | 91%       | 69%        |
| 4/4/2016   | 92%       | 72%        |
| 5/3/2016   | 92%       | 70%        |
| 11/6/2016  | 95%       | 77%        |
| 1/10/2018  | 95%       | 77%        |

Pew Research Center



## Who owns cellphones and smartphones

A substantial majority of Americans are cellphone owners across a wide range of demographic groups. By contrast, smartphone ownership exhibits greater variation based on age, household income and educational attainment.

% of U.S. adults who own the following devices

|  | Any cellphone | Smartphone | Cellphone, but not smartphone |
|---|---|---|---|
| Total | 95% | 77% | 17% |
| Men | 95% | 80% | 16% |
| Women | 94% | 75% | 19% |
| Ages 18-29 | 100% | 94% | 6% |
| 30-49 | 98% | 89% | 9% |
| 50-64 | 94% | 73% | 21% |
| 65+ | 85% | 46% | 40% |
| White | 94% | 77% | 17% |
| Black | 98% | 75% | 23% |
| Hispanic | 97% | 77% | 20% |
| Less than high school graduate | 90% | 57% | 33% |
| High school graduate | 92% | 69% | 24% |
| Some college | 96% | 80% | 16% |
| College graduate | 97% | 91% | 6% |
| Less than $30,000 | 92% | 67% | 25% |
| $30,000-$49,999 | 98% | 82% | 15% |
| $50,000-$74,999 | 98% | 83% | 15% |
| $75,000+ | 98% | 93% | 5% |

|  | Any cellphone | Smartphone | Cellphone, but not smartphone |
|---|---|---|---|
| Urban | 96% | 83% | 13% |
| Suburban | 94% | 78% | 16% |
| Rural | 91% | 65% | 26% |

Source: Survey conducted Jan. 3-10, 2018.

Pew Research Center



## Ownership of other devices

Along with mobile phones, Americans own a range of other information devices. Nearly three quarters of U.S. adults now own desktop or laptop computers, while roughly half now own tablet computers and around one-in-five own e-reader devices.

|  | E-reader | Tablet computer | Desktop/laptop computer |
|---|---|---|---|
| 1/13/2008 |  |  | 74% |
| 4/19/2009 | 2% |  |  |
| 9/14/2009 | 3% |  |  |
| 5/30/2010 | 4% | 3% |  |
| 6/20/2010 |  |  | 78% |
| 9/13/2010 | 5% | 4% |  |
| 11/24/2010 | 6% | 5% |  |
| 5/22/2011 | 12% | 8% |  |
| 8/26/2011 | 9% | 10% |  |
| 12/21/2011 | 10% | 10% | 75% |
| 1/8/2012 | 18% | 20% |  |
| 1/15/2012 | 19% | 19% | 78% |
| 2/19/2012 | 14% | 14% |  |

| | E-reader | Tablet computer | Desktop/laptop computer |
|---|---|---|---|
| 4/3/2012 | 18% | 18% | |
| 8/5/2012 | 19% | 21% | |
| 8/7/2012 | | 25% | |
| 11/10/2012 | 19% | 24% | 77% |
| 12/16/2012 | | 29% | |
| 1/6/2013 | 26% | 31% | |
| 5/19/2013 | 24% | 34% | |
| 9/30/2013 | 24% | 34% | |
| 4/12/2015 | 19% | 45% | 73% |
| 4/4/2016 | 17% | 48% | 74% |
| 11/6/2016 | 22% | 51% | 78% |
| 1/10/2018 | | 53% | 73% |

Pew Research Center



## Smartphone dependency over time

As the adoption of traditional broadband service has slowed in recent years, a growing share of Americans now use smartphones as their primary means of online access at home. Today one-in-five American adults are "smartphone-only" internet users – meaning they own a smartphone, but do not have traditional home broadband service.

| | U.S. adults |
|---|---|
| 2013 | 8% |
| 2014 | -- |
| 2015 | 13% |
| 2016 | 12% |
| 2017 | -- |

|  | U.S. adults |
| --- | --- |
| 2018 | 20% |

Pew Research Center



## Who is smartphone dependent

Reliance on smartphones for online access is especially common among younger adults, non-whites and lower-income Americans.

- Age
- Race
- Gender
- Income
- Education
- Community

|  | 18-29 | 30-49 | 50-64 | 65+ |
| --- | --- | --- | --- | --- |
| 2013 | 12% | 9% | 7% | 3% |
| 2014 | -- | -- | -- | -- |
| 2015 | 19% | 16% | 11% | 7% |
| 2016 | 17% | 13% | 11% | 7% |
| 2017 | -- | -- | -- | -- |
| 2018 | 28% | 24% | 16% | 10% |

Pew Research Center

|  | White | Black | Hispanic |
| --- | --- | --- | --- |
| 2013 | 6% | 10% | 16% |
| 2014 | -- | -- | -- |
| 2015 | 10% | 19% | 23% |
| 2016 | 9% | 15% | 23% |

|      | White | Black | Hispanic |
|------|-------|-------|----------|
| 2017 | --    | --    | --       |
| 2018 | 14%   | 24%   | 35%      |

Pew Research Center

|      | Men | Women |
|------|-----|-------|
| 2013 | 9%  | 8%    |
| 2014 | --  | --    |
| 2015 | 14% | 13%   |
| 2016 | 12% | 12%   |
| 2017 | --  | --    |
| 2018 | 20% | 19%   |

Pew Research Center

|      | Less than $30,000 | $30,000-$49,999 | $50,000-$74,999 | $75,000+ |
|------|-------------------|-----------------|-----------------|----------|
| 2013 | 12%               | 9%              | 5%              | 5%       |
| 2014 | --                | --              | --              | --       |
| 2015 | 20%               | 15%             | 10%             | 6%       |
| 2016 | 21%               | 12%             | 10%             | 5%       |
| 2017 | --                | --              | --              | --       |
| 2018 | 31%               | 22%             | 14%             | 9%       |

Pew Research Center

|      | Less than high school graduate | High school graduate | Some college | College graduate |
|------|--------------------------------|----------------------|--------------|------------------|
| 2013 | 14%                            | 11%                  | 8%           | 4%               |
| 2014 | --                             | --                   | --           | --               |
| 2015 | 21%                            | 17%                  | 14%          | 6%               |
| 2016 | 27%                            | 15%                  | 12%          | 5%               |
| 2017 | --                             | --                   | --           | --               |

|      | Less than high school graduate | High school graduate | Some college | College graduate |
|------|------|------|------|------|
| 2018 | 39%  | 22%  | 21%  | 10%  |

Pew Research Center

|      | Urban | Suburban | Rural |
|------|-------|----------|-------|
| 2013 | 9%    | 7%       | 9%    |
| 2014 | --    | --       | --    |
| 2015 | 15%   | 12%      | 15%   |
| 2016 | 12%   | 12%      | 14%   |
| 2017 | --    | --       | --    |
| 2018 | 22%   | 17%      | 17%   |

Pew Research Center



## Find out more

Find more in-depth explorations of the impact of mobile adoption by following the links below.

Millennials stand out for their technology use, but older generations also embrace digital life
May 2, 2018

About a quarter of U.S. adults say they are 'almost constantly' online March 14, 2018

Nearly one-in-five Americans now listen to audiobooks March 8, 2018

A third of Americans live in a household with three or more smartphones May 25, 2017

Tech Adoption Climbs Among Older Adults May 17, 2017

Digital divide persists even as lower-income Americans make gains in tech adoption March 22, 2017

All reports and blog posts related to mobile technology.

# EXHIBIT 5



GSMA Intelligence

# Global Mobile Trends 2017

September 2017

# Contents

**1** Key takeaways

**2** Consumers and mobile

**3** Internet unconnected – the other half

**4** Networks

**5** Financial performance

**6** Competitive landscape and cross-sector competition

**7** Regional views

Europe
North America
China
India
Asia

Latin America
Sub-Saharan Africa
Middle East and North Africa

# Two thirds of the population are connected by mobile

The 5 billion mobile subscriber milestone was reached in Q2 2017.
Barring perhaps radio, it is the most prevalent technology on earth.

A further 620 million subscribers will be added by 2020, reaching almost three quarters of the global population.

## GLOBAL MOBILE UNIQUE SUBSCRIBERS AND PENETRATION



Source: GSMA Intelligence

Unique subscribers   Market penetration



# Smartphone growth led by Asian and African markets as affordability improves

Smartphones account for over half of total connections globally.

As with subscriber growth, smartphone growth is being driven by developing markets

Five markets will account for more than 40% of the 1.6 billion new smartphone connections by 2020.

Lower cost smartphones from local manufacturers such as Huawei, Oppo, OnePlus and Xiaomi in China, Micromax in India, and now AfriOne in Nigeria, are helping to address the affordability barrier.

**CONTRIBUTION TO SMARTPHONE GROWTH**



Source: GSMA Intelligence

 Authors

## Lead authors

David George
Director
dgeorge@gsma.com

Tim Hatt
Director
thatt@gsma.com

## Editors

Ed Barker
Head of Industry Strategy

Matt Bonsall
Director of Ecosystem Strategy

## Authors

Akanksha Sharma
Senior Analyst

Calum Dewar
Director, Forecasting

David Evans
Director, Product Innovation

Francesco Rizzato
Senior Analyst, Forecasting

Gu Zhang
Senior Analyst

Jan Stryjak
Lead Analyst

Kalvin Bahia
Principal Economist

Kavi Bains
Senior Analyst, Financial Modelling

Kenechi Okeleke
Lead Analyst

Matthew Iji
Manager, Core Forecasting

Maximo Corral San Martin
Senior Analyst, Forecasting

Michael Meyer
Analyst

Mike Rogers
Senior Analyst

Mike Meloán
Lead Analyst

Pablo Iacopino
Senior Manager

Robert Wyrzykowski
Analyst, Spectrum

Sylwia Kechiche
Lead Analyst, M2M

 # About



 GSMA Intelligence

The GSMA represents the interests of mobile operators worldwide, uniting nearly 800 operators with more than 300 companies in the broader mobile ecosystem, including handset and device makers, software companies, equipment providers and internet companies,

as well as organisations in adjacent industry sectors. The GSMA also produces industry-leading events such as Mobile World Congress, Mobile World Congress Shanghai, Mobile World Congress Americas and the Mobile 360 Series of conferences.

For more information, please visit the GSMA corporate website at www.gsma.com

Follow the GSMA on Twitter: @GSMA

GSMA Intelligence is the definitive source of global mobile operator data, analysis and forecasts, and publisher of authoritative industry reports and research. Our data covers every operator group, network and MVNO in every country worldwide – from Afghanistan to Zimbabwe. It is the most accurate and complete set of industry metrics available, comprising tens of millions of individual data points, updated daily. GSMA Intelligence is relied on by leading operators, vendors, regulators, financial institutions and third-party industry players, to support strategic decision-making and long-term investment planning. The data is used as an industry reference point and is frequently cited by the media and by the industry itself. Our team of analysts and experts produce regular thought-leading research reports across a range of industry topics.

www.gsmaintelligence.com

info@gsmaintelligence.com

# EXHIBIT 6

# 99.6 percent of new smartphones run Android or iOS

**theverge.com**/2017/2/16/14634656/android-ios-market-share-blackberry-2016

James Vincent                                                                                    February 16, 2017



The latest smartphone figures from Gartner are out, and they paint an *extremely* familiar picture. Between them, Android and iOS accounted for 99.6 percent of all smartphone sales in the fourth quarter of 2016. This duopoly has been the norm for a while now (in the second quarter of 2015 this figure was 96.8 percent), but it's always impressive — and slightly terrifying — to see how Google and Apple continue to wring the last decimal points of market share from global smartphone users.

Of the 432 million smartphones sold in the last quarter, 352 million ran Android (81.7 percent) and 77 million ran iOS (17.9 percent). But what happened to the other players? Well, in the same quarter, Windows Phone managed to round up 0.3 percent of the market, while BlackBerry was reduced to a rounding *error*. The once-great firm sold just over 200,000 units, amounting to 0.0 percent market share.

| Operating System | 4Q16 Units | 4Q16 Market Share (%) | 4Q15 Units | 4Q15 Market Share (%) |
|---|---|---|---|---|
| Android | 352,669.9 | 81.7 | 325,394.4 | 80.7 |
| iOS | 77,038.9 | 17.9 | 71,525.9 | 17.7 |
| Windows | 1,092.2 | 0.3 | 4,395.0 | 1.1 |
| BlackBerry | 207.9 | 0.0 | 906.9 | 0.2 |
| Other OS | 530.4 | 0.1 | 887.3 | 0.2 |
| Total | 431,539.3 | 100.0 | 403,109.4 | 100.0 |

*Worldwide smartphone sales in the fourth quarter of 2016. (Thousands of units.)*
*Image: Gartner*

It's worth noting that although, in retrospect, this state of affairs seems inescapable, for years analysts were predicting otherwise. Three years ago, Gartner said that Microsoft's mobile OS would overtake iOS for market share in 2017, while BlackBerry would still be hanging around as a sizable (if small) player.

In this latest report, Gartner doesn't make any future predictions, but notes that the smartphone market continues to shift. In the last quarter it grew 7 percent to 432 million units sold; Samsung's sales fell for the second consecutive quarter, dropping 2.9 percent year on year; and the middle ground continues to be fought over by a number of successful Chinese brands (including Huawei, Oppo, and BBK). That's just vendors jostling for position, though, and with Google and Apple's supremely dominant market share, no one is predicting the rise of a new mobile OS for the foreseeable future.

## Next Up In Tech

# EXHIBIT 7

# Location history for iPhone & iPad

web.archive.org/web/20180730190907/https://support.google.com/accounts/answer/4388034

Location services make it easier to use Google products. Turning location history on for your account lets Google give you useful information, based on where you've been with the devices where you're signed in.

For example, the Google app uses your past locations to show you traffic updates for your daily commute by learning the route you take to work.

## See & manage your location history

1. Go to your Timeline.
2. At the top left, choose the time period you want to see.

Delete your location history
1. Go to your Timeline.
2. At the bottom right, tap **Settings** ⚙ > **Delete all location history**.
3. Confirm that you want to delete all your location history.
4. Tap **Delete Location History**.

Turn Location History on or off
Location History stores your location data from all devices that are signed in to your Google Account.

**Note:** When you pause Location History, it doesn't delete previous activity, it only stops saving new location information.

### Using your browser

1. Go to the Location history section of your Google Account.
2. Turn **Location History** on or off.
   - **Off:** Confirm by tapping **Pause**.
   - **On:** Confirm by tapping **Turn on**.

### Using the Google app

## Common issues with location services

Availability
Location History may not be available if:

- It's not available in your region.

- You don't meet certain age restrictions.
- Your Google Account is through your work, school, or other group, and your administrator turned off your access to these features.
- You've turned off Location Services or Background App Refresh.

On Google Maps 3.2.1 and up, you can't turn on Location Reporting and History on your iPhone or iPad. If you have Location History turned on from another Google app, like the Google app, the Google Maps app can use Location History data stored in your Google account to give you better search results.

Background App Refresh
If you're not on the latest version of iOS, Location History could require Location Services and Background App Refresh to be on to work properly.

Location Services uses GPS, Wi-Fi hotspots, and cellular network towers to determine your location. Background App Refresh allows Location Reporting to work when you're not actively using a Google app.

Learn more about how to manage Location Services and Background App Refresh.

Data use
This feature can use a lot of data. Before using this feature, review your device's data plan.

Was this article helpful?

How can we improve it?

# EXHIBIT 8

Digital Content Next





# Google Data Collection

## —NEW—

| August 2018 | |
|---|---|

digitalcontentnext.org

This research was conducted by Professor Douglas C. Schmidt, Professor of Computer Science at Vanderbilt University, and his team.  DCN is grateful to support Professor Schmidt in distributing it. We offer it to the public with the permission of Professor Schmidt.

# <u>Google Data Collection</u>

**Professor Douglas C. Schmidt, Vanderbilt University**

**August 15, 2018**

## I.    EXECUTIVE SUMMARY

1.    Google is the world's largest digital advertising company.[1] It also provides the #1 web browser,[2] the #1 mobile platform,[3] and the #1 search engine[4] worldwide. Google's video platform, email service, and map application have over 1 billion monthly active users each.[5] Google utilizes the tremendous reach of its products to collect detailed information about people's online and real-world behaviors, which it then uses to target them with paid advertising. Google's revenues increase significantly as the targeting technology and data are refined.

2.    Google collects user data in a variety of ways.  The most obvious are "active," with the user directly and consciously communicating information to Google, as for example by signing in to any of its widely used applications such as YouTube, Gmail, Search etc.  Less obvious ways for Google to collect data are "passive" means, whereby an application is instrumented to gather information while it's running, possibly without the user's knowledge. Google's passive data gathering methods arise from platforms (e.g. Android and Chrome), applications (e.g. Search, YouTube, Maps), publisher tools (e.g. Google Analytics, AdSense) and advertiser tools (e.g. AdMob, AdWords). The extent and magnitude of Google's passive data collection has largely been overlooked by past studies on this topic.[6]

3.    To understand what data Google collects, this study draws on four key sources:

   a.   Google's My Activity[7] and Takeout[8] tools, which describe information collected during the use of Google's user-facing products;

   b.   Data intercepted as it is sent to Google server domains while Google or 3rd-party products are used;

   c.   Google's privacy policies (both general and product-specific); and

   d.   Other 3rd-party research that has examined Google's data collection efforts.

4.    Through the combined use of above resources, this study provides a unique and comprehensive view of Google's data collection approaches and delves deeper into specific types of information it collects from users. This study highlights the following key findings:

---

[1] "Google and Facebook tighten grip on US digital ad market," *eMarketer*, Sept. 21, 2017, available at
https://www.emarketer.com/Article/Google-Facebook-Tighten-Grip-on-US-Digital-Ad-Market/1016494
[2] "Market share or leading internet browsers in the United States and worldwide as of February 2018," *Statista*, February 2018,
available at https://www.statista.com/statistics/276738/worldwide-and-us-market-share-of-leading-internet-browsers/
[3] "Global OS market share in sales to end users from 1st quarter 2009 to 2nd quarter 2017," *Statista*, August 2017, available at
https://www.statista.com/statistics/266136/global-market-share-held-by-smartphone-operating-systems/
[4] "Worldwide desktop market share of leading search engines from January 2010 to October 2017," *Statista*, Feb. 2018, available
at https://www.statista.com/statistics/216573/worldwide-market-share-of-search-engines/
[5] Google 10K filings with the SEC, 2017, available at https://abc.xyz/investor/pdf/20171231_alphabet_10K.pdf
[6] Please see Appendix section IX.F for a list of past studies/news reports on Google data collection
[7] "My Activity," *Google*, available at https://myactivity.google.com/myactivity
[8] "Download your data," *Google*, available at https://takeout.google.com/settings/takeout?pli=1

a.   Google learns a great deal about a user's personal interests during even a single day of typical internet usage. In an example "day in the life" scenario, where a real user with a new Google account and an Android phone (with new SIM card) goes through her daily routine, Google collected data at numerous activity touchpoints, such as user location, routes taken, items purchased, and music listened to. Surprisingly, Google collected or inferred over two-thirds of the information through passive means. At the end of the day, Google identified user interests with remarkable accuracy.

b.   Android is a key enabler of data collection for Google, with over 2 billion monthly active users worldwide.[9] While the Android OS is used by Original Equipment Manufacturers (OEMs) around the world, it is tightly connected with Google's ecosystem through Google Play Services. Android helps Google collect personal user information (e.g. name, mobile phone number, birthdate, zip code, and in many cases, credit card number), activity on the mobile phone (e.g. apps used, websites visited), and location coordinates. In the background, Android frequently sends Google user location and device-related information, such as apps usage, crash reports, device configuration, backups, and various device-related identifiers.

c.   The Chrome browser helps Google collect user data from both mobile and desktop devices, with over 2 billion active installs worldwide.[10] The Chrome browser collects personal information (e.g. when a user completes online forms) and sends it to Google as part of the data synchronization process. It also tracks webpage visits and sends user location coordinates to Google.

d.   Both Android and Chrome send data to Google even in the absence of *any* user interaction. Our experiments show that a dormant, stationary Android phone (with Chrome active in the background) communicated location information to Google 340 times during a 24-hour period, or at an average of 14 data communications per hour. In fact, location information constituted 35% of all the data samples sent to Google. In contrast, a similar experiment showed that on an iOS Apple device with Safari (where neither Android nor Chrome were used), Google could not collect any appreciable data (location or otherwise) in the absence of a user interaction with the device.

e.   After a user starts interacting with an Android phone (e.g. moves around, visits webpages, uses apps), passive communications to Google server domains increase significantly, even in cases where the user did not use any prominent Google applications (i.e. no Google Search, no YouTube, no Gmail, and no Google Maps). This increase is driven largely by data activity from Google's publisher and advertiser products (e.g. Google Analytics, DoubleClick, AdWords)[11]. Such data constituted 46% of all requests

[9] Dave Burke, "Android: celebrating a big milestone together with you," *Google,* May 17, 2017, available at
https://www.blog.google/products/android/2bn-milestone/
[10] Frederic Lardinois, "Google says there are now 2 billion active Chrome installs," *TechCrunch,* Nov. 10, 2016, available at
https://techcrunch.com/2016/11/10/google-says-there-are-now-2-billion-active-chrome-installs/
[11] Google recently rebranded AdWords as "Google Ads" and DoubleClick as "Google Ad Manager"

3

to Google servers from the Android phone. Google collected location at a 1.4x higher rate compared to the stationary phone experiment with no user interaction. Magnitude wise, Google's servers communicated 11.6 MB of data per day (or 0.35 GB/month) with the Android device. This experiment suggests that even if a user does not interact with any key Google applications, Google is still able to collect considerable information through its advertiser and publisher products.

f.   While using an iOS device, if a user decides to forgo the use of *any* Google product (i.e. no Android, no Chrome, no Google applications), and visits only non-Google webpages, the number of times data is communicated to Google servers still remains surprisingly high. This communication is driven purely by advertiser/publisher services. The number of times such Google services are called from an iOS device is similar to an Android device. In this experiment, the total magnitude of data communicated to Google servers from an iOS device is found to be approximately half of that from the Android device.

g.   Advertising identifiers (which are purportedly "user anonymous" and collect activity data on apps and 3rd-party webpage visits) can get connected with a user's Google identity. This happens via passing of device-level identification information to Google servers by an Android device. Likewise, the DoubleClick cookie ID (which tracks a user's activity on the 3rd-party webpages) is another purportedly "user anonymous" identifier that Google can connect to a user's Google Account if a user accesses a Google application in the same browser in which a 3rd-party webpage was previously accessed. Overall, our findings indicate that Google has the ability to connect the anonymous data collected through passive means with the personal information of the user.

# Contents

I.   Executive summary ............................................................................................................ 2

II.   A day in the life of a Google user ................................................................................... 7

III.   Data collection through Android and Chrome platforms ............................................. 9

   A.  Personal information and activity data collection ..................................................... 10

   B.  User location data collection ................................................................................... 11

   C.  An assessment of passive data collection by Google through Android and Chrome .............................. 13

IV.   Data collection through publisher and advertiser technologies ................................... 15

   A.  Google Analytics and DoubleClick ........................................................................ 17

   B.  AdSense, AdWords and AdMob ............................................................................ 18

   C.  Association of passively collected data with personal information .......................... 19

     1)  Mobile advertising identifier may get de-anonymized through data sent to Google by Android ...... 20

     2)  DoubleClick cookie ID gets connected with user's personal information on Google Account ....... 21

V.   Amount of data collected during a minimal use of Google products ........................... 23

VI.   Data collected from Google's key popular applications aimed at individuals ............... 25

   A.  Search ..................................................................................................................... 26

   B.  YouTube ................................................................................................................. 27

   C.  Maps ....................................................................................................................... 28

   D.  Gmail ...................................................................................................................... 29

VII.   Products with high future potential for data aggregation .......................................... 30

   A.  Accelerated Mobile Pages (AMP) ........................................................................... 30

   B.  Google Assistant ..................................................................................................... 32

   C.  Photos ..................................................................................................................... 33

   D.  Chromebook ........................................................................................................... 34

   E.  Google Pay .............................................................................................................. 35

   F.  User data collected from 3rd-party data vendors ...................................................... 35

VIII.   Conclusion ................................................................................................................. 36

IX.   Appendix ................................................................................................................... 37

A.   Characterization of active vs passive data collection from "day in the life" of a user .............................37

B.   List of Google products ...........................................................................................................................38

C.   Data collection from other prominent Google products ...........................................................................38

D.   Method for location traffic monitoring ....................................................................................................46

E.   Google sign in authentication sequence ...................................................................................................49

F.   Usage profile for mobile data collection experiments ..............................................................................50

G.   Past articles that relate to Google's data collection practices ...................................................................51

H.   Clarifications ............................................................................................................................................52

I.   About the author .......................................................................................................................................52

## II.       A DAY IN THE LIFE OF A GOOGLE USER

5.       To illustrate the multitude of touchpoints between Google and an individual, as well as the extent of information collected during these interactions, an experiment was designed where a researcher carried an Android mobile phone device[12] during a day's activities. The mobile phone was wiped by conducting a factory data reset[13] and configured as a new device to avoid prior user information associated with the device.[14] A new Google account was created (username "Jane"), so that Google had no prior knowledge of the user and had no advertising interests associated with the account. Researcher then went about a normal day using the mobile phone associated with the new Google account.

6.       The data collected by Google was checked using two tools provided by Google: My Activity[15] and Takeout.[16] The My Activity tool shows data collected by Google from any Search-related activities, use of Google applications (e.g. YouTube video plays, Maps search, Google Assistant), visits to 3rd-party web pages (while logged in to Chrome), and clicks on advertisements. The Google Takeout tool provides a more comprehensive information about all historical user data collected via Google's applications (e.g. it contains all past email messages on Gmail, search queries, location collection, and YouTube videos watched). We synthesized the collected data and used it to depict key information collection events in the form of a "day in the life" of the user "Jane," as shown in Figure 1.

7.       In the activity shown in Figure 1, as well as throughout the rest of this document, the collected data is categorized in two broad subgroups: *active* and *passive*. Active data is defined as information directly exchanged between the user and a Google product, whereas passive data is defined as information exchanged in the background without any obvious notification to the user. An example of active data collection occurred when Jane submitted a keyword in the Search tool bar and that search query was collected by Google. An example of passive data collection occurred when Jane's location was sent to Google after she entered a search query.

---

[12] LG X Power device with Android 6.0 version installed
[13] The factory data reset deletes all login data for Google services and other accounts, system and app data and settings, all downloaded apps, digital rights management licenses, music, images, documents and backups, and other usage data from the internal storage of the device.
[14] Researchers used LG X Power device that was wiped clean to the default factory settings and given new SIM card in order to ensure that no data was stored on the phone and that phone numbers could not be linked with any past usage.
[15] "My Activity," Google, available at https://myactivity.google.com/myactivity
[16] "Download your data," Google, available at https://takeout.google.com/settings/takeout?pli=1

**Figure 1: Day in the life of Jane, highlighting touchpoints where Google collects data**



8.       Analysis of key touch points during a normal day in the life of Jane suggested that the number of "passive" data collection events outnumbered the "active" events by approximately two-to-one (a detailed breakdown of characterization of active vs passive data collected appears in Table 3 of the Appendix section IX. A).

9.       Google analyzes the collected data to assess user interests, which it then applies to target users with appropriate ads. For example, Google provides a list of interests that it has inferred from a user's activities, available via the "topics you like" section in the Google's Ad Personalization webpage.[17] Figure 2 shows such a list that Google associated with Jane's account after a day's worth of activity. In total, Google attributed 18 interests to Jane, eight of which (shown by colored borders) closely matched Jane's usage and activities.[18]

**Figure 2: Google's assessment of Jane's interest at the end of the day**



10.      Although My Activity and Takeout tools are helpful in assessing the amount of active data collected after a user interacts with Google's products, they do not paint a complete picture of the size and scale of Google's data collection. A comprehensive understanding of which requires a review of Google's product-specific privacy policies, as well as analyses of the actual data traffic passed to Google servers during the instances of a user's interaction with its services. Results derived from these resources are covered later in this report.

## III.       DATA COLLECTION THROUGH ANDROID AND CHROME PLATFORMS

---

[17] "Ads personalization," *Google*, last accessed on August 15 2018, available at https://adssettings.google.com/authenticated
[18] It's unclear as to why other interests that have no connection with Jane's activities during the day show up in this list, though perhaps Google uses historical analysis of similar interests from other users to create associated recommendations.

11.     Android and Chrome are Google's key platforms that aid in significant user data collection due to their extensive reach and frequency of usage. By January 2018, Android captured 53% of the total US mobile OS market (Apple iOS held 45%)[19] and as of May 2017 there were more than 2 billion monthly active Android devices worldwide.[20]

12.     Google's Chrome browser held more than 60% share of all internet browser usage in the world with over 1 Billion monthly active users as reported in the 2017 Q4 10K filing.[21] Both platforms facilitate the use of Google and 3rd-party content (e.g. 3rd-party websites and 3rd-party apps) and hence provide Google access to a wide range of personal, web activity, and location information.

### A.     Personal information and activity data collection

13.     To download and use apps from Google Play Store on an Android device, a user must have (or create) a Google Account, which becomes a key gateway through which Google collects personal information, including user name, email, and phone number. If a user registers for services such as Google Pay[22], Android also collects the user's credit card information, zip code, and birth date. All this information becomes part of a user's personal information associated with their Google Account.

14.     While Chrome does not mandate sharing additional personal information gathered from users, it does have the capability to capture such information. For example, Chrome collects a range of personal information via its form "autofill" feature, and such form fields typically include user name, address, phone number, login name, and passwords.[23]  Chrome stores form fill information on a user's local drive, however, if the user logs in to Chrome using Google Account and enables its "Sync" feature, this information gets sent to and stored on Google servers. Chrome could also learn about the language(s) a person speaks during their interactions with its translate feature, which is enabled by default.[24]

15.     In addition to personal data, both Chrome and Android send Google information about a user's web browsing and mobile app activities, respectively. Any webpage visit is automatically tracked and collected under

---

[19] "Subscriber share held by smartphone operating systems in the United States from 2012 to 2018," *Statista,* May 2018, available at https://www.statista.com/statistics/266572/market-share-held-by-smartphone-platforms-in-the-united-states/
[20] Dave Burke, "Android: celebrating a big milestone together with you," *Google,* May 17, 2017, available at https://www.blog.google/products/android/2bn-milestone/
[21] Google 10K filings with the SEC
[22] "Google Chrome privacy whitepaper," *Google,* March 6, 2018, available at https://www.google.com/chrome/privacy/whitepaper.html#payments
[23] "Google Chrome privacy whitepaper," *Google,* March 6, 2018, available at https://www.google.com/chrome/privacy/whitepaper.html#autofill
[24] "Google Chrome privacy whitepaper," *Google,* March 6, 2018, available at https://www.google.com/chrome/privacy/whitepaper.html#translate

user credentials by Google if the user is signed in to Chrome. Chrome also collects information about a user's browsing history, passwords, website-specific permissions, cookies, download history, and add-on data.[25]

16.     Android sends periodic updates to Google servers, including device type, cell service carrier name, crash reports, and information about apps installed on the phone.[26] It also notifies Google whenever any app is accessed on the phone (e.g. Google knows when an Android user accesses their Uber app).

### B.     User location data collection

17.     Android and Chrome platforms meticulously collect user location and movement information using a variety of sources, as depicted by Figure 3. For example, a "coarse location" assessment can be done by using GPS coordinates on an Android phone or through a network's IP address on a desktop/laptop device. The user location accuracy can be improved further ("fine location") through the use of nearby cell tower IDs or via scanning the device-specific BSSIDs or basic service set identifiers, assigned to the radio chipset used in nearby Wi-Fi access points.[27]  Android phones can also use information from the Bluetooth beacons registered with Google's Proximity Beacon API.[28] These beacons not only provide user's geolocation coordinates, but could also pinpoint exact floor levels in buildings.[29]

**Figure 3: Android and Chrome use multiple ways to locate a mobile user**



[25] "Google Chrome Privacy Notice," *Google*, March 6, 2018, available at https://www.google.com/intl/en/chrome/browser/privacy
[26] https://policies.google.com/privacy?hl=en&gl=us#infocollect
[27] To understand how location data is sent to Google servers in more depth, our researchers analyzed the data traffic from a mobile phone from a user in motion, applying the method described in Appendix section VIII.C.
[28] "Google beacon platform, proximity beacon API," *Google*, last accessed on August 15 2018, available at https://developers.google.com/beacons/proximity/guides
[29] "Google beacon platform, proximity beacon API," *Google*, last accessed on August 15 2018, available at https://developers.google.com/beacons/proximity/guides

18.      It's hard for an Android mobile user to "opt out" of location tracking. For example, on an Android device, even if a user turns off the Wi-Fi, the device's location is still tracked via its Wi-Fi signal. To prevent such tracking, Wi-Fi scanning must be explicitly disabled in a separate user action, as shown in Figure 4.

**Figure 4: Android collects data even if Wi-Fi is turned off by user**



19.      The ubiquity of Wi-Fi hubs has made location tracking quite frequent. For example, during a short 15-minute walk around a residential neighborhood, an Android device sent nine location requests to Google. The request collectively contained ~100 unique BSSIDs of public and private Wi-Fi access points.

20.      Google can ascertain with a high degree of confidence whether a user is still, walking, running, bicycling, or riding on a train or a car.  It achieves this by tracking an Android mobile user's location coordinates at frequent time intervals in combination with the data from onboard sensors (such as an accelerometer) on mobile phones. Figure 5 shows an example of such data communicated with the Google servers while the user was walking.

**Figure 5: Snapshot from a Google user location upload**

```
"activityReadings": [
    {
        "activities": [
            {
                "confidence": 99,
                "type": "onFoot"
            },
            {
                "confidence": 99,
                "type": "walking"
            },
            {
                "confidence": 1,
                "type": "unknown"
            }
        ],
        "timestampMs": 1527095517507
    },
```

**C.     An assessment of passive data collection by Google through Android and Chrome**

21.     Active data that Android or Chrome platforms collect and send to Google as a result of users' activities on these platforms can be assessed through the MyActivity and Takeout tools. Of potentially greater interest, however, is the passive data that these platforms collect, which goes beyond location data and which remains relatively unrecognized by the users. To assess the type and frequency of occurrence of such collection in greater detail an experiment was conducted that monitored traffic data sent to Google from mobile phones (both Android and iPhone) using the method discussed in Section IX.D in the Appendix. For comparison's sake, this experiment also included the analysis of data sent to Apple via an iPhone device.

22.     For simplicity, the phones were kept stationary, with no user interaction. On the Android phone a single Chrome browser session remained active in the background, whereas on the iPhone the Safari browser was used. This configuration provided an opportunity for systematic analysis of the background collection that Google performs purely through Android and Chrome, as well as collection that occurs in the absence of those (i.e. from iPhone device), without any additional collection requests generated by other products and applications (e.g. YouTube, Gmail, App usage).

23.     Figure 6 shows a summary of the results obtained from this experiment. The x-axis indicates the number of times the phones communicated with Google (or Apple) servers, whereas the y-axis indicates the phone type (Android or iPhone) and server domain type (Google or Apple) with which data packets were exchanged by the phones. The colored legend describes the broad categorization of the type of data requests identified by the domain address of the server. A complete list of domain addresses belonging within each category appears in Table 5 of Section IX.D of the Appendix.

13

24.     During a 24-hour time period the Android device communicated ~900 data samples to a variety of Google server endpoints. Of these, ~35% (or approximately 14/hour) were location-related. Google ad domains received only ~3% of the traffic, which is mainly due to the fact that the mobile browser was not actively used during the collection period. The remaining ~62% of communications with the Google server domains were roughly divided between requests to Google's Play App store, Android's uploads of device-related data (such as crash reports and device authorization), and other data which were predominantly in the category of Google services background calls and refreshes.

**Figure 6: Traffic data sent from idle Android and iPhone mobiles**



25.     Figure 6 shows that the iPhone device communicated with Google domains at more than an order of magnitude (~50x) lower frequency than the Android device, and that Google did not collect any user location during the 24-hour experiment timeframe via iPhone. This result highlights the fact that the Android and Chrome platforms play an important role in Google's data collection.

26.     Additionally, the iPhone device's communication with Apple's servers were 10x less frequent than the Android device's communications with Google. Location data made up a very small fraction (~1%) of the net data sent to Apple servers from the iPhone, with Apple receiving location-related communications once every day on an average.

27.     Magnitude wise, Android phones communicated 4.4 MB of data per day (~130MB per month) with Google servers, which is 6x more than what Google servers communicated through the iPhone device.

28.     As a reminder, this experiment was conducted using a stationary phone with no user interaction.  As a user becomes mobile and starts interacting with their phone, the frequency of communications with Google's servers increases considerably. Section V of this report summarizes results from such an experiment.

## IV.   DATA COLLECTION THROUGH PUBLISHER AND ADVERTISER TECHNOLOGIES

29.     A major source for Google's user activity data collection stems from its publisher- and advertiser-focused tools, such as Google Analytics, DoubleClick, AdSense, AdWords, and AdMob. These tools have tremendous reach, e.g. over 1 million mobile apps use AdMob,[30] over 1 million advertisers use AdWords,[31] over 15 million websites use AdSense,[32] and over 30 million websites use Google Analytics.[33]

30.     During the writing of this report Google rebranded AdWords as "Google Ads" and DoubleClick as "Google Ad Manager", however there were no changes instituted in the core product functionalities including information collection by these products.[34] Therefore, for the purpose of this report the names are kept unchanged to avoid confusion that may occur with related domain names (such as doubleclick.net).

31.     There are two main groups of users of Google's publisher- and advertiser-focused tools:

- o  *Website and app publishers*, which are organizations that own websites and create mobile apps. These entities use Google's tools to (1) make money by allowing the display of ads to visitors on their websites or apps, and (2) better track and understand who is visiting their websites and using their apps. Google's tools place cookies and run scripts in the browsers of website visitors that help determine a user's identity, track their interest in content, and follow their online behavior. Google's mobile app libraries track use of apps on mobile phones.

- o  *Advertisers*, which are organizations that pay to have banner, video, or other ads delivered to users as they browse the Internet or use apps. These entities apply Google's tools to target specific profiles of people for advertisements to increase the return on their marketing investments (better targeted ads generally yield higher click-through rates and conversions). Such tools also enable advertisers to analyze their audiences and measure the efficacy of their digital advertising by tracking which ads were clicked with what frequency and by providing insight into the profiles of people who clicked on ads.

---

[30] "AdMob by Google," *Google*, last accessed on August 15 2018, available at https://www.google.com/admob/
[31] "Hear form our happy customers," *Google,* last accessed on August 15 2018, available at
https://adwords.google.com/home/resources/success-stories/
[32] "Websites using Google Adsense," *BuiltWith,* last accessed on August 15 2018, available at
https://trends.builtwith.com/websitelist/Google-Adsense
[33] Google Analytics usage statistics," *BuiltWith,* April 2018, available at https://trends.builtwith.com/analytics/Google-Analytics
[34] Garett Sloane, "Google to retire Doubleclick and AdWords names in a rebrand of its as business," *Ad Age,* available at
http://adage.com/article/digital/google-waves-goodbye-doubleclick-ad-business-evolves/314046/

32.     Together, these tools collect information about user activities on websites and in apps, such as content visited, and ads clicked. They work in the background—largely unnoticeable by users. Figure 7 shows some of these key tools, with arrows indicating data collected from users and ads served to users.

**Figure 7: Google products aimed at publishers and advertisers[35]**



33.     The information collected by such tools includes a non-personal identifier that Google can use to send targeted advertisements without identifying the unique individual's personal information. These identifiers can be device- or session-specific, as well as permanent or semi-permanent. Table 1 lists a set of such identifiers. To provide users greater anonymity during information collection for ad targeting, Google has recently shifted towards using semi-permanent device unique identifiers (e.g. GAIDs).[36] Further sections go in detail about how these tools collect user data and the use of such identifiers during the data collection process.

**Table 1: Identifiers passed to Google**

| Identifier | Type | Description |
|---|---|---|
| GAID/IDFA | Semi-Permanent | Alphanumeric string for Android / iOS devices to allow targeted mobile ads. Resettable by users. |
| Client ID | Semi-Permanent | ID created the first time a cookie is stored on the browser. Used to link browsing sessions together. Resets when browser cookies are cleared. |
| IP address | Semi-Permanent | A unique string of number that identifies the network through which a device is accessing the Internet. |

---

[35] "Our products," *Google,* last accessed on August 15 2018, available at https://www.google.com/about/products/
[36] "Best practices for unique identifiers," *Google,* last accessed on August 15 2018, available at https://developer.android.com/training/articles/user-data-ids

| Android device ID | Semi-Permanent | Randomly generated number when a device is first booted up. Used to identify the device. It is in the process of being phased out of advertising. Resets with a factory reset of a device. |
|---|---|---|
| Google Services Framework (GSF) | Semi-Permanent | Randomly assigned number when a user first logs into Google services on a device. Used to identify a unique device. Resets with a factory reset of a device. |
| IEMI / MEID | Permanent | Identifier used in mobile communication standards. Unique for each mobile phone. |
| MAC address | Permanent | Unique 12-character identifier for a piece of hardware (e.g. router). |
| Serial number | Permanent | Alphanumeric string used to identify a device. |

### A.      Google Analytics and DoubleClick

34.      DoubleClick and Google Analytics (GA) are Google's leading products in user behavior tracking and webpage traffic analyses on desktop and mobile devices. GA is used by ~75% of the top 100,000 most visited websites.[37] DoubleClick cookies are associated with more than 1.6 million websites.[38]

35.      GA uses short pieces of tracking code (called "page tags") embedded in a website's HTML code.[39] After a webpage loads per a user's request, the GA code calls an "analytics.js" file residing on Google's servers. This program transfers a "default" snapshot of user data at that moment, which includes visited webpage address, page title, browser information, current location (derived from IP address), and user language settings. GA scripts use cookies to track user behavior.

36.      GA script, the first time when it's run, generates and stores a browser-specific cookie on the user's computer. This cookie has a unique client identifier or Client ID (see Table 1 for details).[40] Google uses the unique identifier to link previously stored cookies that capture a user's activity on a particular domain as long as the cookie does not expire, or the user does not clear the cookies cached on their browser.[41]

37.      While a GA cookie is specific to the particular domain of the website that user visits (called a "1st-party cookie"), a DoubleClick cookie is typically associated with a common 3rd-party domain (such as

---

[37] Google Analytics usage statistics," *BuiltWith,* April 2018, available at https://trends.builtwith.com/analytics/Google-Analytics
[38] "DoubleClick market share," *Datanyze,* last accessed on August 15 2018, available at https://www.datanyze.com/market-share/ad-exchanges/doubleclick-market-share
[39] GA or other tags can also be implemented through Google Tag Manage (GTM) without changing the functionality of the page tag
[40] "Cookies and user identification," *Google*, last accessed on August 15 2018, available at https://developers.google.com/analytics/devguides/collection/analyticsjs/cookies-user-id
[41] "Cookies and user identification," *Google*, last accessed on August 15 2018, available at https://developers.google.com/analytics/devguides/collection/analyticsjs/cookies-user-id

doubleclick.net). Google uses such cookies to track user interaction across multiple 3rd-party websites.[42] When a user interacts with an advertisement on a website, DoubleClick's conversion tracking tools (e.g. Floodlight) places cookies on a user's computer and generates a unique client ID.[43] Thereafter, if the user visits the advertised website, the stored cookie information gets accessed by the DoubleClick server, thereby recording the visit as a valid conversion.

### B.     AdSense, AdWords and AdMob

38.     AdSense and AdWords are Google tools that serve ads on websites and in Google Search results, respectively. More than 15 million websites have AdSense installed to display sponsored ads.[44] Likewise, more than 2 million websites and apps that make up the Google Display Network (GDN) and reach over 90% of Internet users[45] display AdWords ads.

39.     AdSense collects information about whether an ad was displayed on the publisher's webpage. It also collects how the user interacted with the ad, such as clicking an ad or tracking the curser movement over an ad.[46] AdWords enables advertisers to serve search ads on Google Search, display ads on publisher pages, and overlay ads on YouTube videos. To track user click-through and conversion rates, AdWords ads place a cookie on users' browsers to identify the same user if they later visit the advertiser's website or complete a purchase.[47]

40.     While AdSense and AdWords collect data on mobile devices as well, their ability to get user information on mobile devices is limited since mobile apps do not share cookie data between them, an isolation technique known as 'sandboxing,'[48] which makes it hard for advertisers to track user behavior across mobile apps.

41.     To address this issue, Google and other companies use mobile "ad libraries" (such as AdMob) that are integrated into the apps by their developers for serving ads in mobile apps. These libraries compile and run with the apps and send to Google data that is specific to the app to which they belong, including GPS locations, device make, and device model when apps have the appropriate permissions. As observed through the data

---

[42] "DoubleClick search help," *Google,* last accessed on August 15 2018, available at
https://support.google.com/ds/answer/7298761?hl=en
[43] "DoubleClick search help," *Google,* last accessed on August 15 2018, available at
https://support.google.com/ds/answer/2903014?hl=en&ref_topic=6054260
[44] "Websites using Google Adsense," *BuiltWith,* last accessed on August 15 2018, available at
https://trends.builtwith.com/websitelist/Google-Adsense
[45] "Google Ads Help," *Google,* last accessed on August 15 2018, available at https://support.google.com/google-ads/answer/2404191?hl=en
[46] "AdSense help, privacy and security," *Google,* last accessed on August 15 2018, available at
https://support.google.com/adsense/answer/9897?hl=en
[47] "Evaluating ad performance on the Search Network," *Google,* last accessed on August 15 2018, available at
https://support.google.com/adwords/answer/2404037?hl=en; "About conversion tracking," *Google,* last accessed on August 15 2018, available at https://support.google.com/adwords/answer/1722022?hl=en
[48] This approach is similar to desktops, where cookies are not shared between browsers.

traffic analyses (Figure 8), and confirmed through Google's own developer webpages,[49] such libraries can also send user-personal data, such as age and gender, to Google whenever app developers explicitly pass these values to the library.

**Figure 8: Snapshot of information sent back to Google when an application is launched**



### C.    Association of passively collected data with personal information

42.     As discussed above, Google collects data through publisher and advertiser products and associate such data with a variety of semi-permanent, anonymous identifiers. Google however, has the ability to associate these IDs with a user's personal information. This is insinuated by the statements made in Google's privacy policy, excerpts of which are shown in Figure 9. The left text box clearly states that Google may associate data from advertising services and analytics tools with a user's personal information, depending upon the user's account settings. This arrangement is enabled by default, as shown in the right text box.

**Figure 9: Google's privacy page for 3rd-party websites collection and association with personal information[50][51]**



---

[49] "Google APIs for Android," *Google,* last accessed on August 15 2018, available at
https://developers.google.com/android/reference/com/google/android/gms/ads/doubleclick/PublisherAdRequest.Builder
[50] "Google privacy and terms," *Google,* last accessed on August 15 2018, available at
https://policies.google.com/privacy/example/your-activity-on-other-sites-and-apps
[51] "Google https://myaccount.google.com/activitycontrols

43.      Furthermore, an analysis of data traffic exchanged with Google servers (summarized below) identified two key examples (one on Android and the other in Chrome) that point to Google's ability to correlate anonymously collected data with users' personal information.

      1)      **Mobile advertising identifier may get de-anonymized through data sent to Google by Android**

44.      Analyses of data traffic communicated between an Android phone and Google server domains suggest a possible way through which anonymous identifiers (GAID in this case) can get associated with a user's Google Account. Figure 10 describes this process through a series of three key steps.

45.      In step 1, a "checkin" data is sent to the URL *android.clients.google.com/checkin*. This particular communication provides an Android data sync to Google servers and contains Android log information (e.g. recovery log), kernel messages, crash dumps, and other device-related identifiers. A snapshot of a partially decoded checkin request sent to Google's server from Android is shown in Figure 10.

**Figure 10: Device identifiers are sent together with account information in Android check in requests**



46.      As pointed out by the labeled boxes, through the checkin process, Android sends to Google a variety of important device-related permanent identifiers, including device MAC address, IMEI /MEID, and device

serial number. Moreover, these requests also contain the Android user's Gmail ID. The data present in checkin uploads enable Google to connect a user's personal information with Android device permanent identifiers.

47.     In step 2, the reply to the checkin request comes from the Google server. This message contains a Google services framework identifier (GSF ID)[52] that is similar to the actual "Android ID"[53] (see Table 1 for descriptions).

48.     Step 3 entails another instance of communication where the same GSF ID (from step 2) is sent to Google together with the GAID. Figure 10 shows one such data transmit to *android.clients.google.com/fdfe/bulkDetails?au=1*.

49.     Through the above three data exchanges, Google receives the information needed to connect a GAID with permanent device identifiers as well as users' Google Account IDs.

50.     These intercepted data exchanges with Google servers from an Android phone show how Google can connect anonymized information collected on an Android mobile device via DoubleClick, Analytics or AdMob tools with the user's personal identity. During the 24-hour data collection from a stationary and dormant Android phone two instances of checkin communications with Google servers were observed.  Additional analysis is needed, however, to determine if such information exchange occurs with a certain periodicity or if it is triggered by specific activities on the phones.

**2)     DoubleClick cookie ID gets connected with user's personal information on Google Account**

51.     The previous section explained how Google can de-anonymize user identity via the passive, anonymized data it collects from an Android mobile device. This section shows how such de-anonymization can also occur on a desktop/laptop device.

52.     Anonymized data on desktops/laptops is collected via cookie-based identifiers (e.g. Cookie ID), which are typically generated by Google's ad and publisher products (e.g. DoubleClick) and stored on a user's local mass storage. The experiment presented below assessed whether Google can connect such identifiers (and hence information associated with them) with a user's personal information. This experiment involved the following ordered steps:

  1. Opened a new (no saved cookies, e.g. Private or Incognito) browser session (Chrome or other),

---

[52] "Difference between Android ID and device ID," *Stack Exchange,* Dec. 2016, available at
https://android.stackexchange.com/questions/162448/difference-between-android-id-and-device-id
[53] Patrick Ahlbrecht, "What's the difference between the GSF ID and the Android ID," *Onyxbits,* March 2016, available at
https://blog.onyxbits.de/whats-the-difference-between-the-gsf-id-and-the-android-id-208/

2. Visited a 3rd-party website that used Google's DoubleClick ad network,

3. Visited the website of a widely used Google service (Gmail in this case),

4. Signed in to Gmail.

53.     After completion of step 1 and 2, as part of the page load process, the DoubleClick server received a request when the user first visited the 3rd-party website. This request was part of a series of requests comprising the DoubleClick initialization process started by the publisher website, which resulted in the Chrome browser setting a cookie for the DoubleClick domain. This cookie stayed on user's computer until it expired or until the user manually cleared cookies via the browser settings.

54.     Thereafter, in step 3, when the user visited Gmail, they are prompted to log in with their Google credentials. Google manages identity using a "single sign on (SSO)" architecture, whereby credentials are supplied to an account service (signified by *accounts.google.com*) in exchange for an "authentication token," which can then be presented to other Google services to identify the users.   In step 4, when a user accesses their Gmail account, they are effectively signing into their Google Account, which then provides Gmail with an authorization token to verify the user's identity. [54] This process is outlined by Figure 24 in Section IX.E in the Appendix.

55.     In the last step of this sign-on process, a request is sent to the DoubleClick domain. This request contains both the authentication token provided by Google and the tracking cookie set when the user visited the 3rd-party website in step 2 (this communication is shown in Figure 11).  This allows Google to connect the user's Google credentials with a DoubleClick cookie ID. Therefore, if the users do not clear browser cookies regularly, their browsing information on 3rd-party webpages that use DoubleClick services could get associated with their personal information on Google Account.

**Figure 11: Request to DoubleClick.net includes Google's authentication token and past cookies**



---

[54] The advantage of the extra authentication step is that the user's browser can later use the same authentication token to confirm user identity on other Google services (due to this process a sign-on in any particular Google application enables an automatic sign-on all others in the same browser session).

56.     It has thus far been established that Google collects a wide variety of user data through its publisher and advertiser tools, without a direct knowledge of the user. While such data is collected with user-anonymous identifiers, Google has the ability to connect this collected information with a user's personal credentials stored in their Google Account.

57.     It's worth pointing out that Google's passive user data collection from 3rd-party webpages cannot be prevented using popular ad blocking tools,[55] as such tools are designed primarily to prevent the occurrence of advertisements while users browse through 3rd-party webpages.[56] The next section takes a closer look at the magnitude of such data collection.

## V.     AMOUNT OF DATA COLLECTED DURING A MINIMAL USE OF GOOGLE PRODUCTS

58.     This section examines the details surrounding Google's data collection through its publisher and advertiser services. To understand such data collection, an experiment is designed which entailed a user going through her daily life using a mobile phone (akin to "day in the life" described before), while deliberately *avoiding* the use of any direct Google products (i.e. avoiding Search, Gmail, YouTube, Maps, etc.), except for the Chrome browser.

59.     To keep the experiment as realistic as possible, various consumer usage studies[57,58] were used to form a daily usage profile of a typical mobile phone user, thereafter, any direct interactions with Google's products were omitted from the profile. Section IX.F in the Appendix describes the websites and apps used in this experiment.

60.     The experiment was replicated on both Android and iOS devices and the HTTPS data sent to Google and Apple servers were monitored and analyzed using a similar method explained in previous sections. The results are summarized in Figure 12. During the 24-hour time period (which includes the night time stationary/dormant timeframe), the majority of calls from the Android phone were made to Google's location and publisher/advertisement service domains (e.g. DoubleClick, Analytics). Google collected user location in ~450 instances, which is ~1.4x times the experiment presented in Section III.C, which involved a stationary phone.

---

[55] "How many users block Google Analytics, measured in Google Analytics," *Quantable,* Dec. 2017, available at https://www.quantable.com/analytics/how-many-users-block-google-analytics/
[56] "Ad blocking: who blocks ads, why and how to win them back," *iab.,* 2016, available at https://www.iab.com/wp-content/uploads/2016/07/IAB-Ad-Blocking-2016-Who-Blocks-Ads-Why-and-How-to-Win-Them-Back.pdf
[57] The average person visited 88 webpages per day in 2010. "Nielsen provides topline U.S. web data for March 2010," *Nielsen,* April 2010, available at http://www.nielsen.com/us/en/insights/news/2010/nielsen-provides-topline-u-s-web-data-for-march-2010.html
[58] 55% of web traffic comes from mobile devices. Eric Enge, "Mobile vs desktop usage: mobile grows but desktop still a big player in 2017," *Stone Temple,* April 2017, available at https://www.stonetemple.com/mobile-vs-desktop-usage-mobile-grows-but-desktop-still-a-big-player-in-2017/

**Figure 12: Information requests from mobile devices during a day of typical use**



61.     Google servers communicated significantly lower number of times with an iPhone device compared to Android (45% less). However, the number of calls to Google's advertising domains were similar from both devices - an expected outcome since the usage of 3rd-party webpages and apps was similar on both devices. One notable difference was that the location data sent to Google from an iOS device is practically non-existent. In the absence of Android and Chrome platforms—or the use of any other Google product—Google becomes significantly limited in its ability to track the user location.

62.     The total number of calls to Apple servers from an iOS device was much lower, just 19% the number of calls to Google servers from an Android device. Moreover, there are no ad-related calls to Apple servers, which may stem from the fact that Apple's business model is not as dependent on advertising as Google's. Although Apple does obtain some user location data from iOS devices, the volume of data collected is much (16x) lower than what Google collects from Android.

63.     Magnitude wise, Android phones communicated 11.6 MB of data per day (~350 MB per month) with Google servers. On the other hand, the iPhone device communicated just half that amount. The amount of data particularly associated with Google's ad domains remained very similar across both the devices.

64.     The iPhone device communicated an order of magnitude less data to Apple servers than what the Android device exchanged with Google servers.

65.     Overall, even in the absence of user interaction with Google's most popular applications, a user of an Android phone and the Chrome browser still sends a significant amount of data to Google, the majority of which is associated with location and calls to ad server domains. Although an iPhone user is insulated from Google's location collection in this narrow experiment, Google still captures a similar amount of ad-related data.

66.     The next section describes the data collected by Google's popular applications, such as Gmail, YouTube, Maps, and Search.

## VI.   DATA COLLECTED FROM GOOGLE'S KEY POPULAR APPLICATIONS AIMED AT INDIVIDUALS

67.     Google has dozens of constantly evolving products and services (a list is available in Table 4 in Section IX.B of the Appendix). These products are often accessed through—or associated with—a Google Account, which enables Google to directly link user activity details from its application-oriented products and services to a user profile. In addition to product usage data, Google also collects device-related identifiers and location data when Google's products and services are accessed.[59]

68.     Some of Google's applications (e.g. YouTube, Search, Gmail, and Maps) are central to the basic tasks that many users conduct daily through their desktop or mobile devices. Table 2 describes the reach of these key products. This section explains how each of these prominent applications collect user information.

**Table 2: Worldwide reach of Google's top application products**

| Product | Active users |
| --- | --- |
| Search | Greater than 1B monthly active users, 90.6% search engine market share[60] |
| YouTube | Greater than 1.8 billion logged-in monthly active users[61] |
| Maps | Greater than 1 billion monthly active users[62] |
| Gmail | 1.2 billion registered users[63] |

---

[59] "Google privacy and terms," *Google,* last accessed on August 15 2018, available at https://policies.google.com/privacy
[60] "Search engine market share worldwide," *StatCounter Global Stats,* April 2018, available at http://gs.statcounter.com/search-engine-market-share#monthly-201704-201804
[61] Devindra Hardawar, "YouTube gets 1.8 billion logged-in viewers monthly," *Engadget,* May 3, 2018, available at https://www.engadget.com/2018/05/03/youtube-1-8-billion-viewers/
[62] Google 10K filings with the SEC, 2017, available at https://abc.xyz/investor/pdf/20171231_alphabet_10K.pdf
[63] Motek Moyen, "Gmail is very popular but Google still won't fix a security vulnerability," *Seeking Alpha,* July 17, 2017, available at https://seekingalpha.com/article/4088241-gmail-popular-google-still-fix-security-vulnerability

### A.      Search

69.      Google Search is the most popular web search engine in the world,[64] with over 11 billion search queries per month in the United States alone.[65] In addition to serving ranked webpage results in response to users' general queries, Google operates other search-based tools, such as Google Finance, Flights, News, Scholar, Patents, Books, Images, Videos, and Hotels. Google uses its search products to collect data related to search queries, browsing history, and ad-click/purchase activity. For example, Google Finance collects information on the type of stocks users may be tracking, whereas Google Flights tracks users' travel bookings and search requests.

70.      Whenever Search is used, Google collects location data via various means of assessing locations on mobile or desktop devices, as discussed in previous sections. Google records all search activity a user conducts and links it back to their Google Account if the user is logged in. Figure 13 shows an example of information collected by Google about a user's keyword search and page visit.

**Figure 13: An example search data collection taken from user's My Activity page**



71.      In addition to being the default search engine on Chrome and Google devices, Google Search is also the default option on other 3rd-party browsers and applications through various distribution agreements. For example, Google recently became the default search engine on Mozilla's Firefox browser[66] in key geographic locations (including US and Canada), a position owned by Yahoo previously. Similarly, Apple switched from

[64] "Search engine market share worldwide," *StatCounter Global States,* April 2018, available at http://gs.statcounter.com/search-engine-market-share#monthly-201704-201804

[65] "Number of explicit core search queries powered by search engines in the United States as of January 2018 (in billions)," *Statista,* Feb. 2018, available at https://www.statista.com/statistics/265796/us-search-engines-ranked-by-number-of-core-searches/

[66] Denelle Dixon, "Firefox features Google as default search provider in the U.S., Canada, Hong Kong and Taiwan," *The Mozilla Blog,* Nov. 14, 2017, available at https://blog.mozilla.org/blog/2017/11/14/firefox-features-google-as-default-search-provider-in-the-u-s-canada-hong-kong-and-taiwan/

Microsoft's Bing to Google for Siri web search results on iOS and Mac devices.[67] Google has similar agreements in place with OEMs,[68] which helps reach mobile customers.

### B. YouTube

72.     YouTube provides users a platform for uploading and viewing video content. It has more than 180 million users in the USA alone and has the distinction of being the second-most visited website in the US,[69] ranked only behind Google Search. Among online streaming media companies, YouTube has almost 80% market share in terms of monthly user visits (as shown in Figure 14). The amount of content uploaded and viewed on YouTube is substantial; ~400 hours of video are uploaded every minute[70] and ~1 billion hours of video are watched daily on the YouTube platform.[71]

**Figure 14: Comparison of leading multimedia websites monthly visits in the United States[72]**



73.     YouTube can be accessed by users via desktops (web browser), mobile devices (app and/or web browser), and Google Home (through a paid subscription service called YouTube Red). Google collects and stores search history, watch history, playlists, subscriptions, and comments on videos. All this information is marked with a date and time stamp of when the activity took place.

---

[67] Matthew Panzarino, "Apple switches from Bing to Google for Siri web search results on iOS and Spotlight on Mac," Sept. 25, 2017, available at https://techcrunch.com/2017/09/25/apple-switches-from-bing-to-google-for-siri-web-search-results-on-ios-and-spotlight-on-mac/

[68] "Google's Android mobile application distribution agreement with OEMs leaked, reveals lots of strict conditions," *Microsoft and Technology News,* Feb. 13, 2014, available at https://mspoweruser.com/mobile-application-distribution-agreement/

[69] "Top Sites in United States," *Alexa,* available at https://www.alexa.com/topsites/countries/US

[70] "Hours of video uploaded to YouTube every minute as of July 2015," *Statista,* July 2015, available at https://www.statista.com/statistics/259477/hours-of-video-uploaded-to-youtube-every-minute/

[71] Darrell Etherington, "People now watch 1 billion hours of YouTube per day," *TechCrunch*, Feb. 28, 2017, available at https://techcrunch.com/2017/02/28/people-now-watch-1-billion-hours-of-youtube-per-day/

[72] "Leading multimedia websites in the United States in November 2016, based on market share of visits," *Statista,* Dec. 2016, available at https://www.statista.com/statistics/266201/us-market-share-of-leading-internet-video-portals/

74.     If a user is signs into their Google Account on any Google application inside a browser (e.g. Chrome, Firefox, Safari), Google recognizes the user's identity, even if the video is accessed through a non-Google website (e.g. YouTube videos played through CNN.com). This feature allows Google to track a user's YouTube usage across multiple 3rd-party platforms. Figure 15 shows an example of YouTube data collected.

**Figure 15: An example of YouTube data collection from My Activity**



75.     Google also offers a separate YouTube product for children, known as YouTube Kids, which is intended as a "family friendly" version of YouTube with parental control features and video filters. Google collects information from YouTube Kids, including device type, operating system, unique device identifiers, log information, and details of how the service was used. Google then uses this information to deliver limited advertisements that are non-clickable, and which have restrictions on format, time length, and site-served.[73]

**C.      Maps**

76.     Maps is Google's flagship navigation app. Google Maps can ascertain user's travel routes, speed, and places that a user visits frequently (e.g. home, work, restaurants, and businesses). This information provides Google with a window into a user's interests (e.g. food and shopping preferences), movement, and behavior.

77.     Maps uses IP address, GPS, cell signal, and Wi-Fi access point data to calculate a device's location. The latter two are collected from the device through which Maps is used and sent to Google for location assessment through its Location API. This API provides rich details about a user, including geographic coordinates, whether the user is stationary or moving, speed, and probabilistic determination of user's mode of transport (e.g. bike, car, train, etc.).

---

[73] "Advertising on YouTube Kids," *Google,* last accessed on August 15 2018, available at https://support.google.com/youtube/answer/6168681?hl=en

78.     Maps stores a historical timeline of places visited by a user signed in to Maps using their Google account. Figure 16 shows an example of such a user's timeline.[74] The red dots indicate location coordinates captured by Maps while the user is on the move; the blue connecting lines are Maps projection of the actual route the user took.

**Figure 16: Example Google Maps "Timeline" from an actual user**



79.     The accuracy of location information captured by navigation applications enables Google to not only target ad audiences, but also helps deliver ads to users as they approach stores.[75] In addition, Google Maps uses this information to generate real-time traffic updates.[76]

### D.     Gmail

80.     Gmail stores all messages (sent/received), sender name, email address, and date/time of messages sent or received. Since Gmail acts as a central mail repository for many people, it can ascertain their interests by scanning email content, identifying merchant addresses through their promotional emails or sales receipts sent to emails, and learn about a user's plans (e.g. dinner reservations, doctor's appointments,). Since users may use their Gmail ID for other 3rd-party platforms (e.g. Facebook, LinkedIn), Gmail can scan any content that comes from them in the form of an email (e.g. notifications, messages).

81.     From its inception in 2004 until at least late 2017, Google may have scanned the contents of Gmail emails to improve ad targeting and search results, as well as filter spam. In the summer of 2016, Google went a step further and changed its privacy policy to enable it to combine formerly anonymous web-browsing data

---

[74] "My Activity," *Google*, available at https://myactivity.google.com/myactivity
[75] "The Home Depot earns 8X in-store ROI with mobile display ads," *Google,* Sept. 2016, available at
https://www.thinkwithgoogle.com/intl/en-aunz/advertising-channels/mobile/home-depot-roi-mobile-display-ads/
[76] "Google Map's real-time traffic layer…," *Spatial Unlimited,* March 2011, available at
https://shreerangpatwardhan.blogspot.com/2011/03/google-maps-real-time-traffic-layer.html

of its subsidiary DoubleClick (which serves customized ads across the Internet) with the personally-identifying data Google has through its other products, including Gmail.[77] The result was that "…the DoubleClick ads that follow people around on the web may now be customized to them based on keywords they used in their Gmail. It also meant that Google could now build a complete portrait of a user by name, based on everything they write in email, every website they visit, and the searches they conduct."[78]

82.     Toward the end of 2017, Google announced it would discontinue the practice of Gmail message-based personalization of ads.[79] Recently, however, Google clarified that it is still scanning Gmail messages for some purposes.[80]

## VII.    PRODUCTS WITH HIGH FUTURE POTENTIAL FOR DATA AGGREGATION

83.     Google has additional products that show future potential for market adoption and data collection, including AMP, Photos, Chromebook, Assistant, and Pay. Additionally, Google is able to use third party data vendors to collect user information. The following sections describe these in greater detail.

84.     There are other Google applications that may not be widely used, however for completeness, data collection through them is presented in Section VIII.B of the Appendix.

### A.    Accelerated Mobile Pages (AMP)

85.     Accelerated Mobile Pages (AMP) is an open-source initiative spearheaded by Google to enable quicker load times for websites and ads. AMP converts conventional HTML and JavaScript code into a more simplified version developed by Google[81] and caches the AMP-validated webpages in Google's network of servers for faster access.[82] AMP delivers page links through Google search results, as well as 3rd-party platforms, such as LinkedIn and Twitter. As the AMP page reports: "AMP's ecosystem includes 25 million domains, 100+ technology providers and leading platforms, that span the areas of publishing, advertising, e-commerce, local and small businesses, and more!"[83]

---

77 Julia Angwin, "Google has quietly dropped ban on personally identifiable web tracking," *ProPublica*, Oct. 21, 2016, available at https://www.propublica.org/article/google-has-quietly-dropped-ban-on-personally-identifiable-web-tracking
78 Suzanne Monyak, "Google changed a major privacy policy four months ago, and no one really noticed," *Slate*, Oct. 21, 2016, available at
http://www.slate.com/blogs/future_tense/2016/10/21/google_changed_a_major_privacy_policy_and_no_one_really_noticed.html
79 Mark Bergen, "Google will stop reading your emails for Gmail ads," *Bloomberg*, June 23, 2017, available at
https://www.bloomberg.com/news/articles/2017-06-23/google-will-stop-reading-your-emails-for-gmail-ads
80 Ben Popken, "Google sells the future, powered by your personal data," *NBC News*, May 10, 2018, available at
https://www.nbcnews.com/tech/tech-news/google-sells-future-powered-your-personal-data-n870501
81 "AMP HTML specification," *AMP*, last accessed on August 15 2018, available at
https://www.ampproject.org/docs/fundamentals/spec
82 "Load AMP pages quickly with Google AMP Cache," *Google*, last accessed on August 15 2018, available at
https://developers.google.com/amp/cache
83 "An open source effort to improve the content ecosystem for everyone," *AMP*, last accessed on August 15 2018, available at
https://www.ampproject.org/learn/overview

86.     Figure 17a describes the steps leading to the delivery of an AMP page accessed via Google Search. Please note that the provider of content through AMP does not need to provide their own a cache server, as this is something that Google provides for securing optimal delivery speeds to users. Since the AMP cache is hosted on Google servers, when an AMP link is clicked through Google Search, the domain address shows up from a Google.com domain rather than from a publisher's own domain. This is shown through snapshots taken from an example keyword search in Figure 17b.

**Figure 17: Regular web page vs AMP page**



87.     Users can access content from multiple publishers whose articles appear in search results while navigating the AMP carousel, all while staying within the Google domain. In effect, the AMP cache operates as a content delivery network (CDN) owned and operated by Google.

88.     By creating an open-source tool, complete with a CDN, Google has attracted a large user base for serving mobile websites and advertisements that constitute a significant amount of information (e.g. the content itself, page views, ads served, and information on whom that content is being delivered). All of this information

is available to Google by virtue of it residing on Google's CDN servers, thereby providing Google far more data than it otherwise could access.

89.     AMP is highly user-centric, i.e.  it delivers a much faster and improved browsing experience to users without the clutter of pop-ups and sidebars. Although AMP is a major shift in the way content is cached and delivered to users, Google's privacy policy associated with AMP is quite general.[84] In particular, Google is able to collect webpage usage information (e.g. server logs and IP address) from requests sent to AMP cache servers. Moreover, regular pages are converted into AMP via the use of AMP APIs.[85] Google can therefore access applications or websites ("API clients") and use any submitted information through the API in accordance with its general policies.[86]

90.     Like regular webpages, AMP webpages track usage data via Google Analytics and DoubleClick. In particular, they collect information on page data (e.g. domain, path, and page title), user data (e.g. client ID, time zone), browsing data (e.g. unique page view ID and referrer), browser info, and interaction and events data.[87] Although Google's modes of data collection have not changed with AMP, the *amount* of data collected has increased since visitors are spending 35% more time on web content that loads with Google AMP versus standard mobile pages.[88]

### B.     Google Assistant

91.     Google Assistant is a virtual personal assistant accessed through mobile phones and smart devices. It is a popular virtual assistant, alongside Apple's Siri, Amazon's Alexa, and Microsoft's Cortana.[89] Google Assistant is accessed through the home button of mobile devices with Android 6.0 or higher. It can also be accessed through a dedicated app on iOS devices[90], as well as smart speakers, such as Google Home. Google Assistant performs numerous functions, such as sending texts, looking up emails, controlling music, searching photos, getting answers to questions about the weather or traffic, and controlling smart home devices.[91]

92.     Google collects all Google Assistant queries, whether audio or typed. It also collects the location where the query occurred. Figure 18 shows the content of a query stored by Google. In addition to its use on Google's

---

[84] "AMP on Google privacy and terms," *Google,* last accessed on August 15 2018, available at
https://developers.google.com/amp/cache/policies
[85] "Link to AMP content," *Google,* last accessed on August 15 2018, available at https://developers.google.com/amp/cache/use-amp-url
[86] "Google APIs terms of service," *Google,* last accessed on August 15 2018, available at https://developers.google.com/terms
[87] "Tracking accelerated mobile pages (AMP)," *Google,* last accessed on August 15 2018, available at
https://support.google.com/analytics/answer/6343176?hl=en&ref_topic=7378717
[88] John Saroff, "The new speed of mobile engagement," *Chartbeat,* June 5, 2017, available at
http://blog.chartbeat.com/2017/06/05/the-new-speed-of-mobile-engagement
[89] Tripp Mickle, "'I'm not sure I understand' – how Apple's Siri lost her mojo," *The Wall Street Journal,* June 7, 2017, available at https://www.wsj.com/articles/apples-siri-once-an-original-now-struggles-to-be-heard-above-the-crowd-1496849095
[90] "Google Assistant," *Google,* last accessed on August 15 2018, available at https://assistant.google.com/platforms/phones/
[91] "Google Assistant," *Google,* last accessed on August 15 2018, available at https://assistant.google.com/platforms/phones/

Home speakers, Google Assistant is enabled on various other speakers produced by 3rd-parties (e.g. Bose wireless headphones). Overall, Google Assistant is available on more than 400 million devices.[92] Google can collect data via all these devices since Assistant queries go through Google's servers.

**Figure 18: Example of detail collected from Google Assistant query**



### C.    Photos

93.    Google Photos is used by more than 500 million people globally and stores more than 1.2 billion photos and videos every day.[93] Google records the time and GPS coordinates for every photo taken. Google uploads images to the Google cloud and conducts image analysis to identify a broad set of objects, such as modes of transportation, animals, logos, landmarks, text, and faces.[94] Google's face detection capabilities even enable the detection of emotional states associated with faces in photos uploaded and stored in their cloud.[95]

94.    Google Photos conducts this image analysis by default when the product is used, but will not distinguish between individual people unless the user gives the app permission.[96] If a user provides permission for Google to group similar faces together, Google identifies different people using facial recognition

---

[92] Scott Huffman, "New devices and more: what's in store for the Google Assistant this year." *Google,* Jan. 9, 2018, available at https://www.blog.google/products/assistant/new-devices-more-google-assistant-ces-2018
[93] Anil Sabharwal, "500 million people using Google Photos, and three new ways to share," *Google,* May 17, 2017, available at https://blog.google/products/photos/google-photos-500-million-new-sharing/
[94] "Cloud vision API," *Google,* last accessed on August 15 2018, available at https://cloud.google.com/vision/
[95] "Cloud vision API," *Google,* last accessed on August 15 2018, available at https://cloud.google.com/vision/
[96] "Find people, things, and places in your photos," *Google,* last accessed on August 15 2018, available at https://support.google.com/photos/answer/6128838?co=GENIE.Platform%3DAndroid&hl=en

technology and enables users to share photos based on its "face grouping" technology.[97],[98] Examples of Google's image classification capabilities with and without face grouping permission from the user are shown in Figure 19. Google uses Photos to assemble a vast trove of identifying facial information, which has become the subject of recent lawsuits[99] by certain states.

**Figure 19: Example image recognition in Google Photos**



D.     **Chromebook**

95.     Chromebook is Google's tablet computer running on the Chrome operating system (Chrome OS) which allows users to access applications on the cloud. While Chromebook holds a very small fraction of the PC market, it's growing rapidly, especially in computing devices for the K-12 category, where it held 59.8% of the market in Q2 2017.[100] Since Chromebook is accessed through a Google Account, a user is always signed on to all of Google's applications while accessing them on a Chromebook device. Chromebook's data collection is similar to the Google Chrome browser, which is covered in section II.A. Chromebooks also allow cookies from Google and 3rd-party domains to track user activity, similar to any other notebook or PC device.

96.     Many K-12 schools use Chromebooks to access Google's products via its GSuite for Education service. Google states that data collected from such use is not used for targeted advertising.[101] Students are shown ads, however, if they use additional services (such as YouTube or Blogger) on Chromebooks provided through their educational institutions.

---

[97] Anil Sabharwal, "500 million people using Google Photos, and three new ways to share," *Google,* May 17, 2017, available at https://blog.google/products/photos/google-photos-500-million-new-sharing/

[98] "Share your Google Photos library with a partner," *Google,* last accessed on August 15 2018, available at https://support.google.com/photos/answer/7378858#filterbyface

[99] Amy Korte, "Federal court in Illinois rules biometric privacy lawsuit against Google can proceed," *Illinois Privacy,* March 8, 2017, available at https://www.illinoispolicy.org/federal-court-in-illinois-rules-biometric-privacy-lawsuit-against-google-can-proceed/

[100] "Mobile PC sales in to US K-12 education starting to slow as the market looking toward replacement cycles," *Future Source Consulting,* Dec. 6, 2017, available at https://www.futuresource-consulting.com/Press-Q3-2017-Mobile-PC-Sales-in-Education-1217.html

[101] "Chromebooks privacy and security," *Google,* last accessed on August 15 2018, available at https://drive.google.com/file/d/0B__OTXR_u3RbcFB3Y01xUVhaalU/view

### E.      Google Pay

97.      Google Pay is a digital payments service that allows users to store credit card, bank account, and PayPal information to make payments in stores, on websites, or within apps using Google Chrome or a connected Android device.[102] Pay is the means by which Google collects verified user address and phone numbers, as these are associated with charge accounts. In addition to personal information, Pay also collects transaction information, such as date and amount of transaction, merchant location and description, type of payment used, descriptions of the items purchased, any photo that a user choose to associate with the transaction, names and email addresses of the seller and buyer, the user's description of the reason for transaction, and any offers associated with the transaction.[103] Google treats this information as personal information under its general privacy policy. It therefore can use this information across its products and services for enriched advertising.[104] Google's privacy settings allow for such a use of collected data by default.[105]

### F.      User data collected from 3rd-party data vendors

98.      Google collects 3rd-party data in addition to information they collect directly from their services and applications. For example, in 2014 Google announced that it would begin tracking sales in brick-and-mortar stores by buying credit and debit card transaction data. Such data covered 70% of all credit and debit transactions in the US.[106]  It contained the name of the individual, as well as the time, location, and amount of their purchase.[107]

99.      3rd-party data is also used to support Google Pay, including verification services, information arising from Google Pay transactions at merchant locations, payment methods, identity of card issuers, information regarding access to balances in the Google payment account, carrier and operator billing information, and consumer reports.[108] For sellers, Google may obtain information from credit bureaus or business information services.

100.      Although the 3rd-party user information that Google currently receives is limited in scope, it has already attracted the attention of governmental authorities. For example, the FTC announced an injunction against

---

[102] "Google Pay," *Google,* last accessed on August 15 2018, available at https://pay.google.com/about/
[103] "Google Payments privacy notice," *Google*, Dec. 14, 2017, available at https://payments.google.com/payments/apis-secure/u/0/get_legal_document?ldo=0&ldt=privacynotice&ldl=en
[104] "Google Payments privacy notice," *Google*, Dec. 14, 2017, available at https://payments.google.com/payments/apis-secure/u/0/get_legal_document?ldo=0&ldt=privacynotice&ldl=en
[105] "Google payments center," *Google,* available at
https://payments.google.com/payments/home?page=privacySettings#privacySettings:
[106] "Google plans to track credit card spending," *BBC*, May 26, 2017, available at http://www.bbc.com/news/technology-40027706
[107] Elizabeth Dwoskin and Craig Timberg, "Google now knows when its users go to the store and buy stuff," *The Washington Post,* May 23, 2017, available at https://www.washingtonpost.com/news/the-switch/wp/2017/05/23/google-now-knows-when-you-are-at-a-cash-register-and-how-much-you-are-spending/?utm_term=.281715f8e215
[108] "Google Payments privacy notice," *Google*, Dec. 14, 2017, available at https://payments.google.com/payments/apis-secure/u/0/get_legal_document?ldo=0&ldt=privacynotice&ldl=en

Google in July 2017 with respect to how Google's collection of consumer purchasing data infringes upon electronic privacy. [109] The injunction challenges Google's claim that they can protect consumer privacy throughout the process using their algorithm. Although further action has not yet occurred, the FTC injunction is an example of public concern with the amount of consumer data that Google collects.

## VIII.   CONCLUSION

101.      Google counts a large percentage of the world's population as its direct customers, with multiple products leading their markets globally and many surpassing 1 billion monthly active users. These products are able to collect user data through a variety of techniques that may not be easily graspable by a general user.  A major part of Google's data collection occurs while a user is not directly engaged with any of its products. The magnitude of such collection is significant, especially on Android mobile devices. And while such information is typically collected without identifying a unique user, Google distinctively possesses the ability to utilize data collected from other sources to de-anonymize such a collection.

---

[109] FTC Complaint, request for investigation, injunction, and other relief submitted by The Electronic Privacy Information Center, available at https://epic.org/privacy/ftc/google/EPIC-FTC-Google-Purchase-Tracking-Complaint.pdf

## IX.    APPENDIX

### A.    Characterization of active vs passive data collection from "day in the life" of a user

Table 3: Active and passive Google data collection

| Number | Description | Active collection | Passive collection |
|--------|-------------|-------------------|--------------------|
| 1 | Gets ready in the morning while listening to Google Play Music | • Music interests | • Morning location |
| 2 | Drops kids off at daycare before commuting to work | | • Walked to a daycare location |
| 3 | Checks the news while commuting to work on the subway | | • Traveling on the subway<br>• News pages visited |
| 4 | Searches for cold medicine while on the subway | • Records search queries | • Traveling on the subway |
| 5 | Walks from subway to work | | • Commute path to work address |
| 6 | Uses Maps to find a new lunch spot | • Destination entered into Maps | • Dining interests |
| 7 | Gets coffee from Starbucks using her Starbucks app | | • Walks to a Starbucks<br>• Opens Starbucks app |
| 8 | Schedules doctor's appointment, Google creates a Calendar event from the confirmation email | | • Event details of the doctor appointment |
| 9 | Walks to Walgreens and purchases cold medicine using Google Pay | • Purchase details | • Walks to a Walgreens |
| 10 | Takes an Uber home from work | | • Commute path to home address via car<br>• Use of Uber app |
| 11 | Looks for hotels on Expedia for a weekend trip | | • Webpage interaction via DoubleClick cookies & Google Analytics |
| 12 | Uses Google Home to play music for her kids | • Google Home search query | • Location of Google Home |

37

| 13 | Watches videos on YouTube | • | YouTube activity |

**B.      List of Google products**

**Table 4: List of Google Products**

| Category | Products |
|---|---|
| **1. Applications** | **Watch, Listen and Play**<br>YouTube, Google Play Music, Chromecast, Google Play Movies and TV |
| | **Browser**<br>Chrome |
| | **Search**<br>Search, Finance, Flights, News, Scholar, Patents, Books, Images, Videos, Hotels |
| | **Navigation**<br>Maps, Waze |
| | **Productivity tools**<br>Drive, Docs, Sheets, Slides, Forms |
| | **Social & communications**<br>Gmail, Allo, Hangouts, Duo, Google+, Translate |
| | **Storage and organization**<br>Photos, Contacts, Calendar, Keep |
| | **Personal Assistant**<br>Google voice assistant |
| **2. Operating systems** | **Android**<br>Phones, Wear, Auto |
| | **Chrome**<br>Chromebook |
| **3. Services** | Fiber, DNS, Project Fi, Google pay |
| **4. Devices** | Home, Wi-Fi router, Chromecast, Nest, Daydream View |

**C.      Data collection from other prominent Google products**

a)      Google Play Music and Play Movies and TV

102.     Google Play Music, Play Movies and TV are on-demand services that offer streaming of music, podcasts, TV shows, and movies. These services can be thought of as the Google equivalent of Apple iTunes. Like YouTube, these services collect information about user search, bought/rent/played content, information about users' geography (through IP address), and device information.

b)     Waze

103.     Waze got acquired by Google in 2013 and operates as a Google subsidiary. In contrast to Maps, Waze is a crowd-sourced app where user-supplied data (such as GPS location coordinates, travel times, traffic info, accidents, police monitoring, blocked roads, and construction) is analyzed to provide routing and real-time travel condition updates. In addition to location information collected through the mobile device, Waze collects information about use of its services from the device Waze is installed on, including mobile device name, operating system, web page visits, information viewed on app, app content use/created, and ads viewed and clicked.

104.     Waze works like a social network and provides users the ability to befriend other users and create an online community of local drivers.[110] Users can link their phone's contact list, Facebook, or Twitter accounts, which Waze then uses to match with friends on platforms who are also using Waze's service. Overall, Waze gives Google the ability to access more real-time user data, as well as information on acquaintances that may or may not be using a Google Account.

c)     Google Docs and Drive

105.     Google's productivity tools (Docs, Sheets, Slides, Forms, and Drive – which are part of the broader "G Suite" of products) are cloud-based applications used by both individuals and enterprises. Google's G Suite privacy policies[111] prohibit Google from scanning stored data for advertising purposes on enterprise versions. In contrast, the free versions of these tools are governed by Google's general privacy policy, so Google may access the information for ad targeting.

106.     After an individual registers for a Google Account, Google provides free storage space (currently 15GB) on Google Drive to share across products including Gmail, Photos, and Docs. Google's Terms of Service indicate that Google retains the license to use the stored data in variety of ways, including reproducing,

---

[110] J.D. Biersdorfer, "Getting social with Waze," *The New York Times,* Sept. 20, 2017, available at https://www.nytimes.com/2017/09/20/technology/personaltech/getting-social-with-waze.html
[111] "Google Cloud help, privacy," *Google,* last accessed on August 15 2018, available at https://support.google.com/googlecloud/answer/6056650?hl=en

modifying, communicating, and publishing.[112] Although all user data stored in Google Drive is encrypted, it's not a "zero-knowledge encryption"[113] since Google manages the data encryption key.

d)    Video chat and social messaging apps

107.    Google Hangouts is a communication platform, akin to Skype, and a part of Google's G Suite cloud-connected apps. Users can start and join video conferences or group conversations from the Hangout app available on Android and iOS, through a web browser, from the Hangouts desktop app or Chrome extension, and from other Google products (e.g. Gmail and Calendar).[114] Google stores details of these exchanges (including conference call and conversation time stamps), participant information, and message content. These details are available to users and can be downloaded via the Google Takeout tool.[115] Figure 20 shows some data recorded from a Google Hangouts conversation, including participant names, participant IDs, and the contents of the conversation.

**Figure 20: Google Takeout recordings of a Google Hangouts Conversation**



108.    In addition to the enterprise-focused Hangouts, Google also offers an instant messaging app called Allo, which is available for Android and iOS or through web browsers.[116] Google records and stores all messages communicated through Allo by default (unless the user invokes incognito mode).[117]

---

[112] "Google Drive terms of service," *Google,* last accessed on August 15 2018, available at https://www.google.com/drive/terms-of-service
[113] Fergus O'Sullivan, "What exactly is zero-knowledge in the cloud and how does it work?," *Cloudwards,* June 16, 2017, available at https://www.cloudwards.net/what-exactly-is-zero-knowledge-in-the-cloud-and-how-does-it-work
[114] "GSuite learning center," *Google,* last accessed on August 15 2018, available at https://gsuite.google.com/learning-center/products/hangouts/get-started/#!/
[115] "Download your data," *Google,* available at https://takeout.google.com/settings/takeout?pli=1
[116] Sean Keach, "Google Allo just got a major upgrade – but do we really need it?," *Trusted Reviews,* Aug. 16, 2017, available at http://www.trustedreviews.com/news/google-allo-3261336
[117] Russell Brandom, "Google backs off on previously announced Allo privacy feature," *The Verge,* Sept. 21, 2016, available at https://www.theverge.com/2016/9/21/12994362/allo-privacy-message-logs-google

109.     Google offers an app called Google Duo that is a dedicated mobile video chat app. It is available both on Android and iOS, but not on desktop/laptop computers. Users can call or video chat each other and even connect with users on the Android operating system who have not downloaded the app.[118] Once installed, Google Duo has access to a user's profile data, contacts, camera, microphone, Wi-Fi connection information, and device ID and call information.[119] Google also stores the time stamps of when the apps are used and provides this info to the users via Google Takeout.

e)     Google+

110.     Google+ is a social media network launched in 2011 as a competitor to Facebook. Although Google does not release statistics on Google+'s active users, it is now primarily a place for niche communities.[120] A user can choose to follow other users, organize the users they follow into groups (e.g. best friends vs. work colleagues), start "Communities," or join existing ones (e.g. "Photography enthusiasts"). Posts from followed users and communities then appear in the user's home feed.

111.     Google Takeout shows several types of Google+ data that Google stores. Google compiles vCards from the profiles of all the people a user follows (in Takeout, this information is contained within the "Google+ Circles" folder). Google also collects in HTML format all content posted by a user, which is contained in the "Google+ Stream" folder of Takeout, as shown in Figure 21. Posted photos also are saved within Google Photos.

**Figure 21: Example of Google+ posted content saved by Google**



f)     Translate

112.     Google Translate is a free machine translation service supporting over 100 languages that is available on the web and through apps for Android and iOS. It is also integrated into Google Assistant and Google Chrome, as well as being available to 3rd-party developers through a paid API.[121] Altogether, it serves more than 500 million monthly users.[122] If users have the Google Translate app on their phone, they can use the app to

---

[118] Swapna Krishna, "Google Duo allows you to call people who don't have the app," *Engadget,* Jan. 12, 2018, available at https://www.engadget.com/2018/01/12/google-duo-call-android-users-without-app
[119] Google informs the user of this access when the user downloads the app.
[120] Karissa Bell, "Google+ isn't dead and these are the people astill using it the most," *Mashable,* Jan. 18, 2017, available at https://mashable.com/2017/01/18/who-is-using-google-plus-anyway/#_lP0PXr.eiqZ
[121] "Google Cloud, pricing," *Google,* last accessed on August 15 2018, available at https://cloud.google.com/translate/pricing
[122] Gideon Lewis-Kraus, "The great A.I. awakening," *The New York Times,* Dec. 14, 2016, available at https://www.nytimes.com/2016/12/14/magazine/the-great-ai-awakening.html

translate languages within other apps, such as WhatsApp.[123] Although Google states that it does not track Google Translate web queries[124]—and these queries do not appear in a user's Search history or elsewhere in Google Takeout—Google's privacy policy does allow it to store them for short period of time and occasionally for longer period for debugging and other testing.[125]

<p style="text-align:center;">g) <u>Calendar</u></p>

113. Google Calendar is a scheduling tool that enables users to keep track of their daily and weekly activities. It is widely used on both desktop and mobile devices, with more than 500 million downloads from the Google Play Store.[126] Personal information, such as an individual's name and contact information, is often associated with a Calendar user.

114. By using calendars, users provide Google with details (such as the time, location, and contact information) for all participants of an event. Google states that the app has access to "read calendar events plus confidential information."[127] As part of this information collection, Google reads and stores the email addresses of all members included in a calendar event, regardless of their Google affiliation.[128] As long as one person on a calendar invitation is using Google Calendars, therefore, Google records the contact information for every other person on the invitation.

<p style="text-align:center;">h) <u>Keep</u></p>

115. Google Keep is a note-taking tool that allows the user to take notes that sync between devices associated with their Google account. Keep has been downloaded more than 100 million times from the Google Play Store.[129] Google collects and stores all contents of the notes, as well as the time they were created.[130] Figure 22 shows Google Keep notes recorded by Google. Google scans and classifies the notes that are created based on their contents. Examples of classification categories are food, places, and travel.

---

[123] "Google Translate," *Google,* available at https://translate.google.com/intl/en/about
[124] "Google Translate help," *Google,* last accessed on August 15 2018, available at https://support.google.com/translate/answer/6142479?co=GENIE.Platform%3DDesktop&hl=en&oco=0
[125] "Access to the Google Cloud API," *Google,* last accessed on August 15 2018, available at https://cloud.google.com/translate/faq
[126] "Google Calendar," *Google Play Store,* last accessed on August 15 2018, available at https://play.google.com/store/apps/details?id=com.google.android.calendar
[127] "Google Calendar," *Google Play Store,* last accessed on August 15 2018, available at https://play.google.com/store/apps/details?id=com.google.android.calendar
[128] "Download your data," *Google,* available at https://takeout.google.com/settings/takeout?pli=1
[129] "Google Keep," *Google Play Store,* last accessed on August 15 2018, available at https://play.google.com/store/apps/details?id=com.google.android.keep&hl
[130] "Download your data," *Google,* available at https://takeout.google.com/settings/takeout?pli=1

**Figure 22: Example of Google Keep notes, accessed from Google take out**

```
        </style></head>
<body><div class="note"><div class="heading"><div class="meta-icons">

</div>
Apr 26, 2018, 11:06:04 AM</div>

<div class="content">Grocery list:<br>- pasta<br>- tomatoes<br>- lettuce <br>- salad
dressing <br>- salmon <br>- lemon<br>- capers <br>- Bread<br>- butter<br>- milk<br>-
eggs<br>- bacon<br>- OJ<br>- </div>

</div></body></html>
```

i)        Chromecast

116.    Like Apple TV, Google Chromecast is a device that acts as an interface to watch videos from a variety of applications (e.g. Netflix, YouTube, Hulu, Play Store), as well as to project video from smartphones and computers onto larger televisions and monitors. Every Cast device has a unique identifier that is associated with a user's Google Account during registration.

117.    Google uses Chromecast to collect system activity, crash reports, and usage data, such as details about the use of casting functionality of devices, including the apps and domains that are casted.[131] Chromecast uses Google Cast, which is a software platform that enables seamless streaming of audio/video between devices on the same network.[132] In addition to a multitude of other Google products (e.g. Google Home) that use Cast functionality, the Cast platform is also used by 3rd-party devices using "Chromecast built-in" (e.g. TVs and video gaming consoles[133]), that offer similar functionality. Google also collects usage data and crash reports from 3rd-party Cast devices.[134]

j)        Google DNS

118.    Google launched a free Domain Name System (DNS)[135] service, called Google Public DNS, in December of 2009. Google DNS is aimed at improving web browsing experience by enhancing speed, security, and accuracy.[136] In December 2014, Google Public DNS was reported to be serving 400 billion responses.[137]

119.    To detect abuse (such as DDoS attacks) and to fix problems, Google Public DNS keeps a temporary log of full IP addresses that it deletes within 24-48 hours. For longer-term efforts to debug and prevent abuse,

---

[131] "Chromecast help," *Google,* last accessed on August 15 2018, available at
https://support.google.com/chromecast/answer/6076570?hl=en
[132] "Google Cast," *Google,* last accessed on August 15 2018, available at https://developers.google.com/cast
[133] "What is Google Cast and Chromecast," *Shield,* last accessed on August 15 2018, available at https://shield.nvidia.com/blog/what-is-googlecast-chromecast
[134] "Chromecast help," *Google,* last accessed on August 15 2018, available at
https://support.google.com/chromecast/answer/6076570?hl=en
[135] DNS services translate domain names into IP addresses and thus are necessary to navigate the web.
[136] "Google Public DNS," *Google,* last accessed on August 15 2018, available at https://developers.google.com/speed/public-dns/faq
[137] "Google Public DNS and location-sensitive DNS responses," *Google Webmaster Central Blog,* Dec. 15, 2014, available at https://webmasters.googleblog.com/2014/12/google-public-dns-and-location.html

Google keeps non-personally-identifiable city/metro-level location information for two weeks, and randomly samples a small subset for permanent storage.[138]

### k)   Google Wi-Fi router

120.   Google began rolling out a mesh Wi-Fi router, Google Wi-Fi, in December 2016. Mesh routers allow a user to extend access to a Wi-Fi network across a larger area with additional connected routers. By December of 2017, Google Wi-Fi became the best mesh Wi-Fi system in the USA according to data from the NPD Group.[139] The information it collects[140] falls into the following three categories:

- Cloud services, which include broadcast information from connected devices (such as a device name like "Jane's iPhone"), infer information from connected devices (such as manufacture's name like Samsung), connection status, data transfer speed and historical consumption, network settings and information about wireless environment (e.g. other routers in the area). It does collect connected device information and data usage.

- Wi-Fi stats, which include anonymous data usage, crash reports and device performance information.

- Wi-Fi app stats, which includes usage and crash reports.

121.   According to Google, the Wi-Fi router does not track the websites visited or collect the content of network traffic.[141]

### l)   Nest

122.   In January 2014, Google acquired Nest, which is a home automation company.[142] Nest's product line includes many smart home devices, including thermostats, cameras, doorbells, alarm systems, locks and smoke/CO detectors.[143] In addition, Nest lists more than 100 3rd-party products that can integrate with Nest, ranging from refrigerators to beds.[144]

123.   Nest devices collect a variety of information, including not only users' direct adjustments to the devices, but also data on the environment within the home. For example, the Nest Learning Thermostat collects data (such as temperature, humidity, ambient light, and movement) and thus knows when people are at home and even in what rooms.[145] When a user connect 3rd-party products that integrate with Nest, Nest shares

---

[138] "Google Public DNS," *Google,* available at https://developers.google.com/speed/public-dns/privacy
[139] Jillian D'Onfro, "The surprising use case that has made Google Wifi one of the company's sleeper hits," *CNBC,* Dec. 18, 2017, available at https://www.cnbc.com/2017/12/18/google-wifi-mesh-technology-sales-stats.html
[140] "Google Wifi help," *Google,* last accessed on August 15 2018, available at https://support.google.com/wifi/answer/6246642?hl=en
[141] "Google Wifi help," *Google,* last accessed on August 15 2018, available at https://support.google.com/wifi/answer/6246642?hl=en
[142] "Google to acquire Nest," *Alphabet,* Jan. 13, 2014, available at https://abc.xyz/investor/news/releases/2014/0113.html
[143] Nest homepage, available at https://nest.com/
[144] "Works with Nest," Nest, last accessed on August 15 2018, available at https://nest.com/works-with-nest/
[145] "Privacy statement for Nest products and services," *Nest,* last accessed on August 15 2018, available at https://nest.com/legal/privacy-statement-for-nest-products-and-services/

information with those parties but informs the user about what information is being shared.[146] Nest does not share data with other 3rd-parties, such as partner energy or insurance companies, without first gaining a user's consent.[147]

124.      On its website, Nest states that Nest accounts and Google accounts are not linked (unless a user chooses to integrate with Google products and services) and that Google does not sell Nest data. Recently, however, data sharing concerns have arisen from an announcement[148] by Google concerning the merger of Nest and Google hardware teams.[149] In addition, concerns have been raised in the media about the future links between Google, Nest, and 3rd-party electrical and insurance companies.[150]

m)      Google Fiber

125.      Google Fiber is a broadband, Internet protocol (IP) TV, and Voice-Over-Internet-Protocol (VOIP) phone service connecting users via ultra-high-speed fiber-optic networks that extend all the way to their residences,[151] known as Fiber Internet, Fiber TV, and Fiber Phone, respectively. Google's efforts to deploy extensive networks of fiber optic cables were hampered by physical costs and negotiations with local municipalities. Google Fiber is therefore now expanding to new cities via Webpass (an Internet service provider acquired by Google), which delivers similarly high speeds through existing wireless and Ethernet technologies.[152]

126.      Fiber Internet collects technical information connected to a user's Google Account, but does not share account details with other Google properties without the user's additional consent.[153] Fiber Internet requires user consent before associating a user's Google Account with other information, such as sites visited or content of communications.[154]

---

[146] "Privacy statement for Nest products and services," *Nest,* last accessed on August 15 2018, available at https://nest.com/legal/privacy-statement-for-nest-products-and-services/
[147] "Privacy statement for Nest products and services," *Nest,* last accessed on August 15 2018, available at https://nest.com/legal/privacy-statement-for-nest-products-and-services/
[148] Rick Osterloh, "Nest to join forces with Google's hardware team," *Nest,* Feb. 7, 2018, available at https://blog.google/topics/hardware/nest-join-forces-googles-hardware-team/
[149] Leo Kelion, "Google-Nest merger raises privacy issues," *BBC,* Feb. 8, 2018, available at http://www.bbc.com/news/technology-42989073
[150] Casey Johnston, "What Google can really do with Nest, or really, Nest's data," *Ars Technica,* Jan. 15, 2014, available at https://arstechnica.com/information-technology/2014/01/what-google-can-really-do-with-nest-or-really-nests-data/
[151] Ryan Waniata, "Comcast killer: Google Fiber touches down in Austin with its new TV and internet devices," *Digital Trends,* Dec. 3, 2014, available at https://www.digitaltrends.com/home-theater/google-fiber-tv-hands-on
[152] Nick Statt, "Google Fiber-owned Webpass is bringing its wireless gigabit internet to Denver," *The Verge,* Feb. 22, 2017, available at https://www.theverge.com/2017/2/22/14703142/google-fiber-webpass-denver-expansion-gigabit-Internet and https://gizmodo.com/what-happened-to-google-fiber-1792440779
[153] "Google Fiber privacy notice," *Google,* last accessed on August 15 2018, available at https://fiber.google.com/legal/privacy
[154] "Google Fiber privacy notice," *Google,* last accessed on August 15 2018, available at https://fiber.google.com/legal/privacy

127.     Fiber TV collects information on programs and applications used and associates it with the user's Google Account.[155] Likewise, Fiber Phone collects usage information (e.g. logs of call history, voicemails, SMS messages, and recorded conversations) and associates it with a user's Google Account.[156] Although this information is not shared with 3rd-parties unless a user provides consent, information may be shared with 3rd-parties for external processing and for legal reasons. While Google does not explicitly mention the use of Fiber TV/phone for ad targeting, its general privacy policy does allow the use of collected personal information for targeting purposes. Moreover, Google states it will share Google Fiber user's non-personal identifiable information publicly with content providers, publishers, advertisers, and/or connected sites.[157]

### D.       Method for location traffic monitoring

128.     To capture the requests being sent to Google server domains from a mobile phone, our study employs a "man-in-the-middle" (MITM) technique using the "MITM Proxy" tool.  While previous studies that analyze similar data employed a Wi-Fi hotspot to act as an intermediary between mobile phone and Google servers, the present study uses a virtual private network (VPN) on a mobile phone to analyze data sent through Wi-Fi networks as well as the cellular network.

**Figure 23: Example VPN setup used to analyze data shared with Google**



The specific steps performed to configure and conduct the experiments are described below:

1.   The mobile devices used in the data collection experiments[158] were factory reset to ensure that no previously installed applications or adjusted settings affected traffic to and from the phone. Upon

---

[155] "Google Fiber privacy notice," *Google*, last accessed on August 15 2018, available at https://fiber.google.com/legal/privacy
[156] "Google Fiber privacy notice," *Google*, last accessed on August 15 2018, available at https://fiber.google.com/legal/privacy
[157] "Google Fiber privacy notice," *Google*, last accessed on August 15 2018, available at https://fiber.google.com/legal/privacy
[158] Devices include an LG X Power with Android 6.0 version installed and an iPhone 5 with iOS 10.3.3 installed

reactivation, the devices were configured with the suggested default settings. The devices were then equipped with new SIM cards to obtain new cell phone numbers.

2. A VPN connection was setup with a remote proxy computer using VPN settings/functionality provided by the phone operating system. An IPsec/LT2P with a PSK authentication setup was chosen. The VPN configuration enabled the remote proxy to intercept and record the data transmitted from the mobile phones. Due to the nature of the type of signals emitted from a phone, the VPN set up is unable to intercept voice and SMS data sent from the mobile devices. However, it captured all TCP traffic to and from the device, including HTTP and HTTPS traffic.

3. HTTPS software certificates were installed on the mobile devices to enable decryption of the data traffic captured. VPN configuration allowed the routing of all HTTP and HTTPS traffic through the mitmproxy program[159] using iptables.[160] This program then performed SSL decryption using its own certificate to decrypt the traffic and dump it to HAR (HTTP Archive) files for analysis.

4. Analysis of decrypted HTTP and HTTPS traffic data mainly involved categorization of server requests into key segments using the request header info. Tables 5 and 6 detail the traffic headers that were identified as transmitting data to/from Google and Apple.

129.    In specific cases, requests to Google were further decoded to analyze the information that was passed at a more granular level. One specific request to Google that was further decoded was the "Google location API," designated by the /loc/m/api endpoint. The location specifications were reverse engineered by removing the message header and decoding the compressed protobuf message.[161] The decoded location API contained Wi-Fi and network scans that were used to determine the location of the device.

**Table 5: Notable Google server domains communicating with mobile phone devices**

| Segment | Pathway header | Description |
|---|---|---|
| Ad domains | doubleclick.net | Sends data to and from DoubleClick |
| | google-analytics.com | Sends data to and from GA |
| | googletagmanager.com | Implements webpage tags |
| | googletagservices.com | Implements webpage tags |
| | googlesyndication.com | Retrieves and displays ads |
| | adservice.google.com | Calls the AdWords network |

---

[159] https://mitmproxy.org/
[160] "iptables(8) – Linux man page," *Die.net,* available at https://linux.die.net/man/8/iptables
[161] Additional information on the decoding method can be found here: "Reverse engineering: Google Location protobuf specifications," *Esther Codes,* accessed March 2018, available at
https://web.archive.org/web/20180213201547/https://esther.codes/reverse-engineering-google-location-gms-specification/

|  | google.com/ads/ | Ad measurement and user lists |
|---|---|---|
|  | gstatic.com | Loads ads on the page |
|  | google.com/adsense | Calls AdSense |
|  | google.com/pagead | Serves page ads |
| Location | google.com/loc/m/api | Sends back nearby network and Wi-Fi information |
|  | googleapis.com/userlocation/v1/reports | Sends back user movement information (i.e. walking, running, biking, driving, etc.) |
|  | googleapis.com/placesandroid | Matches determined location with businesses, etc. (Google Places) |
|  | maps.googleapis.com/maps | Retrieves detailed information based on a place ID or a place search |
|  | clients4.google.com/glm/mmap | Sends user's location information to retrieve map data |
| Google Play API | play.googleapis.com/log/batch | Device activity logging information |
|  | play.googleapis.com/play/log/timestamp | Updates a cookie and reports the time |
|  | play.googleapis.com/play/log?format | Play Store/Services log upload |
| Device auth. and upload | googleapis.com/batch | Device information and updates |
|  | clients4.google.com/chrome-sync | Chrome browser synchronization |
|  | googleapis.com/experimentsandconfigs | testing/experiment config download |
|  | android.clients.google.com/backup/backup | Device backup |
|  | android.clients.google.com/auth | Device authorization |
|  | android.clients.google.com/checkin | Device identifying information and activity |
|  | android.clients.google.com/ | Authentication with Google services |
| Other | cdn.ampproject.org | Retrieving data from the AMP CDN |
|  | google.com/xjs | Communication with Google Search |
|  | google.com/gen | Communications with Google Search that transmit cookie data |
|  | clients4.google.com/ukm | Chrome speed information |
|  | inbox.google.com/sync | Mail synchronization |
|  | mail.google.com/mail/ads | Mail ad refresh |
|  | google.com/complete/search | Sends character level information to enable the search autocomplete function |
|  | Googleapi.com/ | Other Google APIs include Google services (i.e. YouTube, Calendar, etc.) |

| | Google.com/ | Other miscellaneous calls to Google's domain |
|---|---|---|

**Table 6: Notable Apple server domains communicating with mobile phone devices**

| Segment | Pathway header | Description |
|---|---|---|
| Location | geosrc=wifi,73.xxx&kb_ime=en_US&key=beagle1626&latlng=40.xxx,-74.xxx&locale=en_US | Passes location coordinates back to Apple when using the browser |
| | cl2.apple.com | Calls to the core location server |
| | gs-loc.apple.com | Apple location services |
| App store | us-east-1.blobstore.apple.com/apple | Communicates with the Apple store; includes Apple ID |
| Device auth. and upload | mesu.apple.com/assets/com_apple_MobileAsset | Details mobile configurations and settings |
| | bookmarks.icloud.com | Syncs mobile behavior with the cloud |
| | ckdatabase.icloud.com/api | Communicates device authorization tokens and syncs with iCloud |
| | keyvalueservice.icloud.com/sync | Syncs mobile device behavior |
| Other | api-glb-nyc.smoot.apple.com/ | Miscellaneous Apple APIs |
| | gsp64-ssl.ls.apple.com | Provides device information when the phone accesses websites via Safari |
| | gspe35-ssl.ls.apple.com/geo_manifest/dynamic/config?application=geod | Loads map tiles, but does not pass location information |
| | configuration.apple.com/configurations/pep/config/geo/networkDefaults | Communicates the settings of the location collection tools |

E.    **Google sign in authentication sequence**

**Figure 24: Authentication sequence**



F.    **Usage profile for mobile data collection experiments**

130.    A usage profile was designed to simulate a typical user's interaction with their mobile phone throughout the course of a day. A variety of statistics that describe peoples' online behavior and mobile phone usage were integrated to create the profile, as described below.

131.    The designed profile visited 45 webpages during the course of the day based on website visit statistics from a 2010 Nielsen study, which indicates that the average person visits 88 webpages per day[162] and a 2017 Stone Temple study, which states that roughly 50-55% of webpage visits come from mobile devices.[163] The 45 webpage visits were evenly split between 5 top non-Google news and sports domains.[164] When the phone was not being used to visit webpages the browser was left running in the background of the phone. The resulting usage profile represents a conservative user as the number of webpage visits per day is likely to have increased since the 2010 Nielsen study.

132.     The usage profile also included a variety of non-Google mobile applications. Top non-Google applications were selected from the social media, shopping, travel, and health categories. These applications included Facebook, Instagram, Snapchat, Pinterest, Amazon Shopping, Walmart, Starbucks, Yelp, and Six Pack

---

[162] "Nielsen provides topline U.S. web data for March 2010," Nielsen, April 2010, available at
http://www.nielsen.com/us/en/insights/news/2010/nielsen-provides-topline-u-s-web-data-for-march-2010.html
[163] Eric Enge, "Mobile vs desktop usage: mobile grows but desktop still a big player in 2017," *Stone Temple,* April 2017, available at
https://www.stonetemple.com/mobile-vs-desktop-usage-mobile-grows-but-desktop-still-a-big-player-in-2017/
[164] The domains selected were New York Time, CNN, The Guardian, ESPN, and Crickbuzz. The websites were identified by using
Alexa's lists, available at https://www.alexa.com/topsites/category

in 30 Days. These apps were opened periodically throughout the day to simulate a typical user who spends approximately 2.5 hours in mobile app per day, as reported by eMarketer.[165]

### G.    Past articles that relate to Google's data collection practices

**Table 7: Summary of other Google data collection studies**

| Title | Relevant findings | Author, Date |
| --- | --- | --- |
| AP Exclusive: Google tracks your movements, like it or not[166] | Google is tracking users' location even when location services are disabled | Ryan Nakashima August 2018 |
| Australian regulator investigates Google data harvesting from Android phones[167] | Google "harvest" about 1GB of data from Android devices per month | Oracle May 2018 |
| How to Keep Google From Owning Your Online Life[168] | It is very difficult for the average consumer to avoid Google products | WSJ, May 2018 |
| Google tracking phones even when they are disconnected?[169] | Google tracks phones even when phones are "disconnected" (no SIM cards, airplane mode, Wi-Fi off) | Fox News, Feb. 2018 |
| Google collects Android users' locations even when location services are disabled[170] | Google collects Android location when location services are turned off | Quartz Nov. 2017 |

[165] "eMarketer reveals new estimates for mobile app usage," *eMarketer,* April 2017, available at https://www.emarketer.com/Article/eMarketer-Unveils-New-Estimates-Mobile-App-Usage/1015611
[166] Ryan Nakashima, "AP Exclusive: Google tracks your movements, like it or not," *AP*, August 13, 2018, available at https://apnews.com/828aefab64d4411bac257a07c1af0ecb
[167] Anne Davis, "Australian regulator investigates Google data harvesting from Android phones," *The Guardian,* May 13, 2018, available at https://www.theguardian.com/technology/2018/may/14/australian-regulator-investigates-google-data-harvesting-from-android-phones
[168] David Pierce, "How to Keep Google From Owning Your Online Life," *The Wall Street Journal,* May 8, 2018, available at https://www.wsj.com/articles/how-to-keep-google-from-owning-your-online-life-1525795372
[169] Brett Larson, "Google tracking phones even when they are disconnected?," *Fox News,* Feb 11, 2018, available at http://video.foxnews.com/v/5731183327001/?#sp=show-clips
[170] Keith Collins, "Google collects Android users' locations even when location services are disabled," *Quartz,* November 17, 2017, available at https://qz.com/1131515/google-collects-android-users-locations-even-when-location-services-are-disabled/

| | | |
|---|---|---|
| Google is permanently nerfing all Home Minis because mine spied on everything I said 24/7[171] | The Google Home mini was saving recording when the device was not activated with "OK Google" *Google claims to have resolved the issue | Artem Russakovskii Oct. 2017 |
| Online Tracking: A 1-million-site Measurement and Analysis[172] | Google can track users ~80% of websites using its cookies. | Princeton University 2016 |
| Why Do Android Smartphones Guzzle the Most Data?[173] | Android devices consume more data (2.2GB/month) than other smartphones | Ericsson Dec. 2013 |
| Data leakage from Android smartphones[174] | Android passes anonymous IDs along with devices IDs such as Mac address and IMIE | Lasse Øverlier June 2012 |

### H.   Clarifications

133.   Our understanding of the data being sent to Google through its Android platform is limited to Android 6.0 version only. This study does not capture any updates/patches that may have been implemented on later versions that may affect Android's communications with the Google servers. While new versions of Android are currently present in the market, Android 6.0 is still the most widely used version.[175] Additionally, while we took utmost precaution for classifying the pathway headers by their purpose (e.g., location, ad, device upload, app store), it is possible that some headers may serve multiple purposes (e.g., ad as well as location). These aspects are not captured in our study. Consequently, the description presented for these headers may not be exhaustive with respect to the purpose they serve.

### I.   About the author

134.   Professor Douglas Schmidt is a software system expert with over 30+ years conducting, supervising, and researching the development of software for distributed middleware systems and their applications in

---

[171] Artem Russakovskii, "Google is permanently nerfing all Home Minis because mine spied on everything I said 24/7," *Android Police,* October 10, 2017, available at https://www.androidpolice.com/2017/10/10/google-nerfing-home-minis-mine-spied-everything-said-247/

[172] Englehardt, Steven, and Arvind Narayana, "Online Tracking: A 1-million-site Measurement and Analysis," *ACM CCS,* 2016, available at http://randomwalker.info/publications/OpenWPM_1_million_site_tracking_measurement.pdf

[173] Brian Chen, "Why Do Android Smartphones Guzzle the Most Data?," *The New York Times,* December 31, 2013, available at https://bits.blogs.nytimes.com/2013/12/31/why-do-android-smartphones-guzzle-the-most-data/

[174] Lasse Øverlier , "Data leakage from Android smartphones," *Norwegian Defense Research Establishment,* June 6, 2012, available at https://www.ffi.no/no/Rapporter/12-00275.pdf

[175] "Mobile & Tablet Android Version Market Share Worldwide," *statcounter*, available at http://gs.statcounter.com/android-version-market-share/mobile-tablet/worldwide

networking and security, machine learning and smart-grid, design patterns, and more. He has authored 10+ books and 600+ papers that have been collectively cited over 38,000 times. Professor Schmidt has over 30 years of experience teaching these concepts both in-classroom and online to over 200,000 students in total.

135.    Professor Schmidt has participated in 20+ prior expert engagements spanning expert report production and oral testimony both through deposition and at trial. His consulting work has ranged from patent and copyright litigation matters to advising both private and public entities on various issues relating to software infrastructure and design. He earned his PhD and MS in Computer Science from the University of California, Irvine in 1994 and 1990, respectively.

136.    Professor Schmidt is currently the Cornelius Vanderbilt Professor of Computer Science at Vanderbilt University. Prior to Vanderbilt, he held several directorial and C-level positions in both academic and industry settings including the Software Engineering Institute at Carnegie Mellon University, the Information Technology Office at the Defense Advanced Research Project Agency (DARPA),  the Federal Government, as well as several technology start-ups.

# EXHIBIT 9

# Google Exposed User Data, Feared Repercussions of Disclosing to Public

WSJ wsj.com/articles/google-exposed-user-data-feared-repercussions-of-disclosing-to-public-1539017194

October 7, 2018



Google Chief Executive Sundar Pichai was briefed on a plan not to notify users of a software glitch that gave outside developers potential access to private data. Photo: David Paul Morris/Bloomberg News

By

October 8, 2018

Google exposed the private data of hundreds of thousands of users of the Google+ social network and then opted not to disclose the issue this past spring, in part because of fears that doing so would draw regulatory scrutiny and cause reputational damage, according to people briefed on the incident and documents reviewed by The Wall Street Journal.

As part of its response to the incident, the Alphabet Inc. GOOGL -2.11% unit on Monday announced a sweeping set of data privacy measures that include permanently shutting down all consumer functionality of Google+. The move effectively puts the final nail in the coffin of a product that was launched in 2011 to challenge Facebook Inc. FB -2.68% and is widely seen as one of Google's biggest failures.

A software glitch in the social site gave outside developers potential access to private Google+ profile data between 2015 and March 2018, when internal investigators discovered and fixed the issue, according to the documents and people briefed on the incident. A memo reviewed

1/8

by the Journal prepared by Google's legal and policy staff and shared with senior executives warned that disclosing the incident would likely trigger "immediate regulatory interest" and invite comparisons to Facebook's leak of user information to data firm Cambridge Analytica.

Chief Executive Sundar Pichai was briefed on the plan not to notify users after an internal committee had reached that decision, the people said.

The closure of Google+ is part of a broader review of privacy practices by Google that has determined the company needs tighter controls on several major products, the people said. In its announcement Monday, the company said it is curtailing the access it gives outside developers to user data on Android smartphones and Gmail.

## Social Bug

How a software glitch allowed app developers to potentially access Google+ user data



1

2

User A goes into privacy settings to make profile data viewable only to certain friends on Google+, including User B.

User A signs up to Google+ and fills out profile fields: name, employer, job title, gender, birth date and relationship status.

User A

Name

B

Employer

Job title

4

3

User B signs up for an app that asks the user to log in using Google+ credentials. The user gives the app permission to access profile information.

The app developer collects data on User B. Because of the software glitch, the developer can also collect User A's private profile data.

APP

User B

DATA

Log in

User B

5

Google discovered and fixed the glitch in March 2018. It found no evidence of misuse of data.

The episode involving Google+, which hasn't been previously reported, shows the company's concerted efforts to avoid public scrutiny of how it handles user information, particularly at a time when regulators and consumer privacy groups are leading a charge to hold tech giants accountable for the vast power they wield over the personal data of billions of people.

The snafu threatens to give Google a black eye on privacy after public assurances that it was less susceptible to data gaffes like those that have befallen Facebook. It may also complicate Google's attempts to stave off unfavorable regulation in Washington. Mr. Pichai recently agreed to testify before Congress in the coming weeks.

Related Video



The Meaning of Life According to Google

Google handles 90% of the world's internet searches, and it increasingly is promoting a single answer for many questions. Even subjective or unanswerable queries sometimes get seemingly definitive answers. Here's how the algorithms are -- and aren't -- working. Video/Photo Illustration: Heather Seidel/The Wall Street Journal



"Whenever user data may have been affected, we go beyond our legal requirements and apply several criteria focused on our users in determining whether to provide notice," a Google spokesman said in a statement.

In weighing whether to disclose the incident, the company considered "whether we could accurately identify the users to inform, whether there was any evidence of misuse, and whether there were any actions a developer or user could take in response," he said. "None of these thresholds were met here."

The internal memo from legal and policy staff says the company has no evidence that any outside developers misused the data but acknowledges it has no way of knowing for sure. The profile data that was exposed included full names, email addresses, birth dates, gender, profile photos, places lived, occupation and relationship status; it didn't include phone numbers, email messages, timeline posts, direct messages or any other type of communication data, one of the people said.

## Related

- RIP Google+. We Hardly Knew Ye.
- Heard on the Street: Google Needs Political Savvy

Google makes user data available to outside developers through more than 130 different public channels known as application programming interfaces, or APIs. These tools usually require a user's permission to access any information, but they can be misused by unscrupulous actors posing as app developers to gain access to sensitive personal data.

A privacy task force formed inside Google, code named Project Strobe, has in recent months conducted a companywide audit of the company's APIs, according to the people briefed on the process. The group is made up of more than 100 engineers, product managers and lawyers, the people said.

In a blog post on Monday, Google said it plans to clamp down on the data it provides outside developers through APIs. The company will stop letting most outside developers gain access to SMS messaging data, call log data and some forms of contact data on Android phones, and Gmail will only permit a small number of developers to continue building add-ons for the email service, the company said.

Google faced pressure to rein in developer access to Gmail earlier this year, after a Wall Street Journal examination found that developers commonly use free email apps to hook users into giving up access to their inboxes without clearly stating what data they collect. In some cases, employees at these app companies have read people's actual emails to improve their software algorithms.

## Newsletter Sign-up

The coming changes are evidence of a larger rethinking of data privacy at Google, which has in the past placed relatively few restrictions on how external apps access users' data, provided those users give permission. Restricting access to APIs will hurt some developers who have been helping Google build a universe of useful apps.

The Google+ data problem, discovered as part of the Strobe audit, was the result of a flaw in an API Google created to help app developers access an array of profile and contact information about the people who sign up to use their apps, as well as the people they are connected to on Google+. When a user grants a developer permission, any of the data they entered into a Google+ profile can be collected by the developer.

In March of this year, Google discovered that Google+ also permitted developers to retrieve the data of some users who never intended to share it publicly, according to the memo and two people briefed on the matter. Because of a bug in the API, developers could collect the profile data of their users' friends even if that data was explicitly marked nonpublic in Google's privacy settings, the people said.

During a two-week period in late March, Google ran tests to determine the impact of the bug, one of the people said. It found 496,951 users who had shared private profile data with a friend could have had that data accessed by an outside developer, the person said. Some of the individuals whose data was exposed to potential misuse included paying users of G Suite, a set of productivity tools including Google Docs and Drive, the person said. G Suite customers include businesses, schools and governments.

Because the company kept a limited set of activity logs, it was unable to determine which users were affected and what types of data may potentially have been improperly collected, the two people briefed on the matter said. The bug existed since 2015, and it is unclear whether a larger number of users may have been affected over that time.

## Google Watch

A history of Google's privacy controversies

**2004: Gmail**

Gmail scanned messages and sold ads related to their content, a practice that privacy groups said was a violation of user trust. Google responded that other email providers were already using computers to scan email to protect against spam and hackers, and that showing ads helped offset the cost of its free service. In 2014, Google stopped scanning inboxes of student, business and government users and last year said it was halting all Gmail scanning for ads.

**2010: Buzz**

Debut of Google Buzz was fumbled when the social site publicly displayed the contact lists of its users, leading to a probe by the Federal Trade Commission. Google settled with the FTC in 2011 and agreed to undergo 20 years of privacy audits by the agency. At the time of the settlement, Google said in a blog post that the Buzz launch "fell short of our usual standards for transparency and user control."

**2010: Street View**

Google said its Street View camera cars collected private data through wireless networks while driving by people's homes. Google stopped collecting Street View images in some countries as a result.

**2013: Glass**

Google Glass, a wearable computer headset with the ability to record video, was seen by some as a privacy intrusion when people began wearing them into private spaces like bathrooms. Google stopped selling the device to consumers and retooled it for professionals.

**2013: Prism**

Leaks revealed Google was part of a program called Prism, which allowed the U.S. National Security Agency to collect data on internet users. Google denied it ever gave the government direct access to its servers.

**2018: YouTube**

Privacy groups complained YouTube violated a federal law protecting children's privacy by collecting data from users under 13. The company said users under 13 aren't permitted to use YouTube. Google and the FTC have said they will evaluate the complaint.

**2018: Android**

The Associated Press found that Google collects location data of Android users even after their "location history" is turned off, a policy called misleading by privacy groups and lawmakers. Google told the AP that its descriptions of its location tools are clear.

**2018: Google+**

A software bug gave outside developers access to the private user profile data of a half-million

Google+ users, and executives decided not to inform the public, partly out of fear of regulatory scrutiny. Google officials said the incident didn't rise to the threshold of alerting users, and found no evidence any of the data were accessed..

Google believes up to 438 applications had access to the unauthorized Google+ data, the people said. Strobe investigators, after testing some of the apps and checking to see if any of the developers had previous complaints against them, determined none of the developers looked suspicious, the people said. The company's ability to determine what was done with the data was limited because the company doesn't have "audit rights" over its developers, the memo said. The company didn't call or visit with any of the developers, the people said.

The question of whether to notify users went before Google's Privacy and Data Protection Office, a council of top product executives who oversee key decisions relating to privacy, the people said.

Internal lawyers advised that Google wasn't legally required to disclose the incident to the public, the people said. Because the company didn't know what developers may have what data, the group also didn't believe notifying users would give any actionable benefit to the end users, the people said.

The memo from legal and policy staff wasn't a factor in the decision, said a person familiar with the process, but reflected internal disagreements over how to handle the matter.

The document shows Google officials felt that disclosure could have serious ramifications. Revealing the incident would likely result "in us coming into the spotlight alongside or even instead of Facebook despite having stayed under the radar throughout the Cambridge Analytica scandal," the memo said. It "almost guarantees Sundar will testify before Congress."

A range of factors go into determining whether a company must notify users of a potential data breach. There is no federal breach notification law in the U.S., so companies must navigate a patchwork of state laws with differing standards, said Al Saikali, a lawyer with Shook, Hardy & Bacon LLP. He isn't affiliated with any of the parties.

While many companies wouldn't notify users if a name and birth date were accessed, some firms would, Mr. Saikali said. Some firms notify users even when it is unclear that the data in question was accessed, he said. "Fifty percent of the cases I work on are judgment calls," he said. "Only about half the time do you get conclusive evidence that says that this bad guy did access information."

Europe's General Data Protection Regulation, which went into effect in May of this year, requires companies to notify regulators of breaches within 72 hours, under threat of a maximum fine of 2% of world-wide revenue. The information potentially leaked via Google's API would constitute personal information under GDPR, but because the problem was discovered in March, it wouldn't have been covered under the European regulation, Mr. Saikali said.

Google could also face class-action lawsuits over its decision not to disclose the incident, Mr. Saikali said. "The story here that the plaintiffs will tell is that Google knew something here and hid it. That by itself is enough to make the lawyers salivate," he said.

In its contracts with paid users of G Suite apps, Google tells customers it will notify them about any incidents involving their data "promptly and without undue delay" and will "promptly take reasonable steps to minimize harm." That requirement may not apply to Google+ profile data, however, even if it belonged to a G Suite customer.

—Newley Purnell contributed to this article.

**Write to** Douglas MacMillan at douglas.macmillan@wsj.com and Robert McMillan at Robert.Mcmillan@wsj.com

**Corrections & Amplifications**
Google, a unit of Alphabet Inc., exposed the private data of some users of its Google+ social network to outside developers, but the company said it found no evidence that developers misused data. The phrase "data breach" in a headline on an earlier version of this article could be interpreted as suggesting that data were misused. (Oct. 9, 2018)

Appeared in the October 9, 2018, print edition as 'Google Hid Data Breach for Months.'

# EXHIBIT 10

**Step 1**



**Step 2**



**Step 3**





**Step 4**



# Step 5



Turn on additional Web & App Activity?

███████@gmail.com

Additional Web & App Activity saves your activity from sites, apps, and devices that use Google services, including:

- activity from sites and apps that partner with Google to show ads
- Chrome history (if Chrome Sync is turned on)
- app activity, including data that apps share with Google
- Android usage & diagnostics, like battery level, how often you use your device and apps, and system errors

If you use your device without an internet connection, your data may be saved to your account once you return online.

Not all Google services save this data to your account.

This data helps Google give you more personalized experiences across Google services, like helpful app and content recommendations, and useful ads, both on and off Google.

This data may be saved and used in any Google service where you are signed in to give you more personalized experiences. You can see your data, delete it and change your settings at account.google.com.

# EXHIBIT 11

# How to Stop Google From Tracking Your Location

wired.com/story/google-location-tracking-turn-off/



*Leong Thian Fu/Getty Images*

If, like most people, you thought Google stopped tracking your location once you turned off Location History in your account settings, you were wrong. According to an AP investigation published Monday, even if you disable Location History, the search giant still tracks you every time you open Google Maps, get certain automatic weather updates, or search for things in your browser. There's a way to stop it—but it takes some digging.

The problem affects anyone with an Android phone and iPhone users running Google Maps on their devices, according to the AP report, which researchers at Princeton University verified. That's more than two billion people.

The Google support page for managing and deleting your Location History says that once you turn it off, "the places you go are no longer stored. When you turn off Location History for your Google Account, it's off for all devices associated with that Google Account." The AP's

investigation found that's not true. In fact, turning off your Location History only stops Google from creating a timeline of your location that you can view. Some apps will still track you and store time-stamped location data from your devices.

More specifically, the AP was able to track Princeton researcher Gunes Acar's home address, as well as his daily activities, using just Google Web & App activity, which he had shared with the news agency.

"If Google is representing to its users that they can turn off or pause location tracking but it's nevertheless tracking their location, that seems like textbook deception to me," says Alan Butler, senior council at the Electronic Privacy Information Center.

To *actually* turn off location tracking, Google says you have to navigate to a setting buried deep in your Google Account called Web & App Activity, which is set by default to share your information, including not just location but IP address and more. Finding that setting isn't easy. At all.

Sign in to your Google account on a browser on iOS or your desktop, or through the Android settings menu. In the browser, access your account settings by finding **Google Account** in the dropdown in the upper right-hand corner, then head to **Personal Info & Privacy**, choose **Go to My Activity**, then in the left-hand nav click **Activity Controls**. Once there you'll see the setting called **Web & App Activity**, which you can toggle off.

On your Android phone, go from **Google settings** to **Google Account**, then tap on **Data & personalization**. You'll find **Web & App Activity** there.

Google further buries the notion that **Web & App Activity** has anything to do with location. In fact, the setting sits right above the **Location History** option, suggesting at a glance that the two things are quite distinct. And Google's vanilla description of **Web & App Activity** is that it "Saves your activity on Google sites and apps to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services." From there, you have to tap **Learn more**, then scroll to **What's saved as Web & App Activity**, and tap *again* on **Info about your searches & more** before Google says anything about location whatsoever.

To stop that tracking, toggle the blue **Web & App Activity** slider to off. Google will then give you a popup warning: "Pausing Web & App Activity may limit or disable more personalized experiences across Google services. For example, you may stop seeing more relevant search results or recommendations about places you care about. Even when this setting is paused, Google may temporarily use information from recent searches in order to improve the quality of the active search session."

> 'This really reads like a classic case of an unfairly deceptive business practice. I really think that the FTC needs to investigate right away.'

Alan Butler, EPIC

Google told the AP that it provides "clear descriptions of these tools," but it takes eight taps on an Android phone—if you know exactly where you're going—to even access that description to begin with. As the AP notes, most people who explicitly turned off their Location History tracking, as WIRED and many other privacy conscious publications have advised people to do, would have assumed they had already taken all steps necessary to keep their location private.

As well they should. Google itself offers at least three support pages on location: **Manage or delete your Location History**, **Turn location on or off for your Android device**, and **Manage location settings for Android apps**. None of these makes any mention of Web & App Activity.

In spite of this, a Google spokesperson told WIRED that "we make sure Location History users know that when they disable the product, we continue to use location to improve the Google experience when they do things like perform a Google search or use Google for driving directions." This apparently refers to a warning that appears if you turn off Location History, which says that it "does not affect other location services on your device." However, nowhere in that popup does it indicate that you can turn off other forms of location tracking by pausing Web & App Activity.

"Tracking people without their consent and without proper controls in place is creepy and wrong," wrote UC Berkeley graduate researcher K. Shankari in a blog post that first alerted the AP to the problem.

Beyond creepiness, though, Google's location-tracking may also violate the Federal Trade Commission's consumer protection statutes against deceptive privacy practices. "This really reads like a classic case of an unfairly deceptive business practice. I really think that the FTC needs to investigate right away," says Butler.

Google's Location History situation is reminiscent of Facebook's various runnings with the FTC. In 2011, the agency famously settled with Facebook over the social media giant's inability to keep privacy promises to consumers. As part of that deal, Facebook agreed to a consent decree in which it promised to reform how it tracked and shared user data. That decree has been in the news lately, after the FTC opened a new investigation this spring into whether Facebook's data sharing with Cambridge Analytica violated its 2011 settlement. The FTC has more recently penalized Uber, Vizio, the phone maker Blu, and many others for misleading customers about how their data was collected, stored, and shared.

Former FTC chief technologist Ashkan Soltani noted in a tweet that Google's "confusing privacy dialogue" may merit a closer look from the agency.

"Google's reaction—that users can delete individual data points, or users can go deep down in settings and turn off certain web settings that appear to have nothing to do with location, therefore it should be okay, I think fundamentally misunderstands what they're dealing with," says Butler. "When you're creating a historical log of someone's movements over time, that's information that's uniquely sensitive and needs to be handled accordingly."

The revelations are likely to touch off a firestorm for Google. For now, the best thing you can do is navigate through your labyrinthine settings, and hit "pause" on something you likely thought you'd already stopped.

*Correction on 8/15/2018: An earlier version of this article misspelled K. Shankari's name.*

---

## More Great WIRED Stories

# EXHIBIT 12

# Google found to track the location of users who have opted out

nbcnews.com/tech/tech-news/google-tracks-your-movements-it-or-not-n900106

## Tech & Media

Even with Location History paused, some Google apps automatically store time-stamped location data without asking.



A mobile phone displays a user's travels in New York, on Aug. 8, 2018. Google records your movements even when you explicitly tell it not to. An Associated Press investigation shows that using Google services on Android devices and iPhones allows the search giant to record your whereabouts as you go about your day.Seth Wenig / AP

Aug. 13, 2018 / 1:44 PM GMT  / Source: Associated Press

Google wants to know where you go so badly that it records your movements even when you explicitly tell it not to.

An Associated Press investigation found that many Google services on Android devices and iPhones store your location data even if you've used privacy settings that say they will prevent it from doing so.

Computer-science researchers at Princeton confirmed these findings at the AP's request.

For the most part, Google is upfront about asking permission to use your location information. An app like Google Maps will remind you to allow access to location if you use it for navigating. If you agree to let it record your location over time, Google Maps will display that history for you in a "timeline" that maps out your daily movements.

Storing your minute-by-minute travels carries privacy risks and has been used by police to determine the location of suspects — such as a warrant that police in Raleigh, North Carolina, served on Google last year to find devices near a murder scene. So the company will let you "pause" a setting called Location History.

Google says that will prevent the company from remembering where you've been. Google's support page on the subject states: "You can turn off Location History at any time. With Location History off, the places you go are no longer stored."

That isn't true. Even with Location History paused, some Google apps automatically store time-stamped location data without asking.

For example, Google stores a snapshot of where you are when you merely open its Maps app. Automatic daily weather updates on Android phones pinpoint roughly where you are. And some searches that have nothing to do with location, like "chocolate chip cookies," or "kids science kits," pinpoint your precise latitude and longitude — accurate to the square foot — and save it to your Google account.

The privacy issue affects some two billion users of devices that run Google's Android operating software and hundreds of millions of worldwide iPhone users who rely on Google for maps or search.

Storing location data in violation of a user's preferences is wrong, said Jonathan Mayer, a Princeton computer scientist and former chief technologist for the Federal Communications Commission's enforcement bureau. A researcher from Mayer's lab confirmed the AP's findings on multiple Android devices; the AP conducted its own tests on several iPhones that found the same behavior.

"If you're going to allow users to turn off something called 'Location History,' then all the places where you maintain location history should be turned off," Mayer said. "That seems like a pretty straightforward position to have."

Google says it is being perfectly clear.

"There are a number of different ways that Google may use location to improve people's experience, including: Location History, Web and App Activity, and through device-level Location Services," a Google spokesperson said in a statement to the AP. "We provide clear descriptions of these tools, and robust controls so people can turn them on or off, and delete their histories at any time."

To stop Google from saving these location markers, the company says, users can turn off another setting, one that does not specifically reference location information. Called "Web and App Activity" and enabled by default, that setting stores a variety of information from Google apps and websites to your Google account.

When paused, it will prevent activity on any device from being saved to your account. But leaving "Web & App Activity" on and turning "Location History" off only prevents Google from adding your movements to the "timeline," its visualization of your daily travels. It does not stop Google's collection of other location markers.

You can delete these location markers by hand, but it's a painstaking process since you have to select them individually, unless you want to delete all of your stored activity.

You can see the stored location markers on a page in your Google account at myactivity.google.com, although they're typically scattered under several different headers, many of which are unrelated to location.

To demonstrate how powerful these other markers can be, the AP created a visual map of the movements of Princeton postdoctoral researcher Gunes Acar, who carried an Android phone with Location history off, and shared a record of his Google account.

The map includes Acar's train commute on two trips to New York and visits to The High Line park, Chelsea Market, Hell's Kitchen, Central Park and Harlem. To protect his privacy, The AP didn't plot the most telling and frequent marker — his home address.

---

Huge tech companies are under increasing scrutiny over their data practices, following a series of privacy scandals at Facebook and new data-privacy rules recently adopted by the European Union. Last year, the business news site Quartz found that Google was tracking Android users by collecting the addresses of nearby cellphone towers even if all location services were off. Google changed the practice and insisted it never recorded the data anyway.

Critics say Google's insistence on tracking its users' locations stems from its drive to boost advertising revenue.

"They build advertising information out of data," said Peter Lenz, the senior geospatial analyst at Dstillery, a rival advertising technology company. "More data for them presumably means more profit."

The AP learned of the issue from K. Shankari, a graduate researcher at UC Berkeley who studies the commuting patterns of volunteers in order to help urban planners. She noticed that her Android phone prompted her to rate a shopping trip to Kohl's, even though she had turned Location History off.

"So how did Google Maps know where I was?" she asked in a blog post .

The AP wasn't able to recreate Shankari's experience exactly. But its attempts to do so revealed Google's tracking. The findings disturbed her.

"I am not opposed to background location tracking in principle," she said. "It just really bothers me that it is not explicitly stated."

Google offers a more accurate description of how Location History actually works in a place you'd only see if you turn it off — a popup that appears when you "pause" Location History on your Google account webpage . There the company notes that "some location data may be saved as part of your activity on other Google services, like Search and Maps."

Google offers additional information in a popup that appears if you re-activate the "Web & App Activity" setting — an uncommon action for many users, since this setting is on by default. That popup states that, when active, the setting "saves the things you do on Google sites, apps, and services ... and associated information, like location."

Warnings when you're about to turn Location History off via Android and iPhone device settings are more difficult to interpret. On Android, the popup explains that "places you go with your devices will stop being added to your Location History map." On the iPhone, it simply reads, "None of your Google apps will be able to store location data in Location History."

The iPhone text is technically true if potentially misleading. With Location History off, Google Maps and other apps store your whereabouts in a section of your account called "My Activity," not "Location History."

Since 2014, Google has let advertisers track the effectiveness of online ads at driving foot traffic , a feature that Google has said relies on user location histories.

The company is pushing further into such location-aware tracking to drive ad revenue, which rose 20 percent last year to $95.4 billion. At a Google Marketing Live summit in July, Google executives unveiled a new tool called "local campaigns" that dynamically uses ads to boost in-person store visits. It says it can measure how well a campaign drove foot traffic with data pulled from Google users' location histories.

Google also says location records stored in My Activity are used to target ads. Ad buyers can target ads to specific locations — say, a mile radius around a particular landmark — and typically have to pay more to reach this narrower audience.

While disabling "Web & App Activity" will stop Google from storing location markers, it also prevents Google from storing information generated by searches and other activity. That can limit the effectiveness of the Google Assistant, the company's digital concierge.

Sean O'Brien, a Yale Privacy Lab researcher with whom the AP shared its findings, said it is "disingenuous" for Google to continuously record these locations even when users disable Location History. "To me, it's something people should know," he said.

# EXHIBIT 13

# Manage your Location History

G support.google.com/accounts/answer/3118687

Location History is a Google Account–level setting that saves where you go with every mobile device where:

- You're signed in to your Google Account,
- You have turned on Location History, and
- The device has Location Reporting turned on.

When you turn on Location History, you may see a number of benefits across Google products and services, including personalized maps, recommendations based on places you've visited, help finding your phone, real-time traffic updates about your commute, and more useful ads.

- Location History is turned off by default for your Google Account and can only be turned on if you opt in.
- You can pause Location History at any time in your Google Account's Activity controls.
- You control what's saved in your Location History. You can view the places where you've been in Google Maps Timeline, and you can edit or delete information through Timeline as well.

If you have other settings like Web & App Activity turned on and you pause Location History or delete location data from Location History, you may still have location data saved in your Google Account as part of your use of other Google sites, apps, and services. For example, location data may be saved as part of activity on Search and Maps when your Web & App Activity setting is on, and included in your photos depending on your camera app settings.

**Note:** Some of these steps work only on Android 8.0 and up. Learn how to check your Android version

# Turn Location History on or off

You can turn off Location History for your account at any time. If you use a work or school account, your administrator needs to make this setting available for you. If they do so, you will be able to use Location History as any other user.

If you're on a browser, go to the Activity controls section of your Google Account. You might need to sign in. At the top, turn Location History on or off.

## When Location History is on

- Google only receives Location History for each device where you are signed in and you have Location Reporting turned on.
- You can change the Location Reporting setting for each device where you're signed in, and limit which devices provide location data to be included in Location History. If you want to change your Location History settings, you can choose to:
  - Report your location from only some of your devices, but not others.
  - Report your location from all your devices.
  - Turn off Location History for your Google Account. Your location won't be reported from any of your devices and you will not have new Location History recorded to your account.
- Your settings for other location services on your device, like Google Location Services and Find My

Device, are not changed.

## When Location History is off

- New location information is no longer saved to your Location History.
- Previous activity is not deleted from your Location History. You can manually delete your Location History.
- Your settings for other location services on your device, like Google Location Services and Find My Device, are not changed.
- Some location data may continue to be saved in other settings, like Web & App Activity, as part of your use of other services, like Search and Maps, even after you turn off Location History.

# Delete Location History

Google Maps Timeline provides you with an interface to manage and delete your Location History information. You can choose to delete all your history, or only parts of it. When you delete Location History information from Timeline, you won't be able to see it again.

If you're on a browser, go to maps.google.com/timeline. You might need to sign in. You can delete individual locations, locations by date, or your whole location history in Timeline.

Note: Timeline is not currently available in South Korea. You can turn on or pause Location History from within your Activity Controls and can delete your Location History data.

## What happens after deleting Location History

- If you delete your entire Location History, some Google apps may not work the same as they did before.
- Even after you delete your Location History information, some location data may continue to be saved in other settings, like Web & App Activity, as part of your use of other services, like Search and Maps.

# Usage & diagnostics for Location History

When you turn on Location History, your device may send diagnostic information to Google about what's working and not working for Location History. If you turn Location History off, you can decide whether to share usage and diagnostics information.

All usage and diagnostics information is used in accordance with Google's privacy policy.

What information your device could share
Your device may send information to Google to help improve Location History. For example, sent information could include:

- Quality and length of your connections to mobile networks, GPS, Wi-Fi networks, or Bluetooth
- State of your location settings
- Restarts and crash reports
- Apps used for turning Location History on or off
- Battery levels

How shared information helps Google improve

Usage and diagnostics information can help improve Google apps, products, and Android devices. For example, Google can use information to improve:

- **Battery life:** Google can use information about what's using the most battery on your device to help reduce battery consumption for commonly used features.
- **Location accuracy:** Google can use information from location sensors and settings to help improve location estimates for apps and services.

## Learn more about other location settings

Was this article helpful?

How can we improve it?

# EXHIBIT 14

# Activity controls

🏛 **web.archive.org**/web/20181103224740/https://myaccount.google.com/intro/activitycontrols

The data saved to your account helps give you more personalized experiences across all Google services. Choose which settings you want to save data to your Google Account.

## Web & App Activity

Saves your activity on Google sites and apps to give you faster searches, better recommendations, and more personalized experiences in Maps, Search, and other Google services. <u>Learn more</u>

<u>Sign in</u>




## Location History

Saves where you go with your devices to give you personalized maps, recommendations based on places you've visited, and more. <u>Learn more</u>

<u>Sign in</u>



## Device Information

Stores info about your contacts, calendars, apps, and other device data to improve your experience across Google services. <u>Learn more</u>

<u>Sign in</u>



## Voice & Audio Activity

Records your voice and audio on Google services to improve speech recognition, like when you say "Ok Google" to do a voice search. <u>Learn more</u>

<u>Sign in</u>



## YouTube Search History

Saves your searches on YouTube to make your future searches faster and improve your recommendations. <u>Learn more</u>

<u>Sign in</u>

## YouTube Watch History

Makes it easier to find YouTube videos you've watched and improve your recommendations in YouTube and other Google services. Learn more

Sign in





# EXHIBIT 15



Activity controls

From better commute options in Maps to quicker results in Search, the data we save with your account can make Google services a lot more useful to you. Here are your controls for managing this data and editing your activity.



## Web & App Activity

Save your search activity on apps and in browsers to make searches faster and get customized experiences in Search, Maps, Now, and other Google products. Learn more

SIGN IN



## Location History

Creates a private map of where you go with your signed-in devices in order to provide improved map searches, commute routes, and more. Learn more

SIGN IN



## Device Information

Store your contacts, calendars, apps, and other device data to improve your experience across Google.
Learn more

SIGN IN



## Voice & Audio Activity

Help recognize your voice and improve speech recognition by storing your voice and audio inputs to your account (for example, when you say "Ok Google" to do a voice search). Learn more

SIGN IN



## YouTube Search History

Store your YouTube searches to make your future searches faster and improve your recommendations.
Learn more

SIGN IN

https://myaccount.google.com/intro/activitycontrols    Go    APR **MAY** JUL

◀ **18** ▶

**122 captures**    2017 **2018** 2019

5 Sep 2016 - 15 Nov 2018    ▼ About this capture



## YouTube Watch History

Make it easier to find your recently watched videos on YouTube and improve your recommendations.
Learn more

**SIGN IN**

Google    Terms & Privacy    Help



Sign in

←      **Activity controls**      

From better commute options in Maps to quicker results in Search, the data we save with your account can make Google services a lot more useful to you. Here are your controls for managing this data and editing your activity.



## Web & App Activity

Save your search activity on apps and in browsers to make searches faster and get customized experiences in Search, Maps, Now, and other Google products. Learn more

**SIGN IN**



## Location History

Creates a private map of where you go with your signed-in devices in order to provide improved map searches, commute routes, and more. Learn more

**SIGN IN**



https://myaccount.google.com/intro/activitycontrols [Go]

122 captures
5 Sep 2016 - 15 Nov 2018

SEP **OCT** NOV
◀ **08** ▶
2015 **2016** **2017**

▼ About this capture

## Device Information

Store your contacts, calendars, apps, and other device data to improve your experience across Google.
Learn more

**SIGN IN**



## Voice & Audio Activity

Help recognize your voice and improve speech recognition by storing your voice and audio inputs to your account (for example, when you say "Ok Google" to do a voice search). Learn more

**SIGN IN**



## YouTube Search History

Store your YouTube searches to make your future searches faster and improve your recommendations.
Learn more

**SIGN IN**





## YouTube Watch History

Make it easier to find your recently watched videos on YouTube and improve your recommendations.

Learn more

**SIGN IN**

Google    Terms & Privacy    Help

# EXHIBIT 16

# See & control your search activity

G **support.google.com**/websearch/answer/54068

If Web & App Activity is turned on, your searches and activity from other Google services are saved to your Google Account, so you may get better search results and suggestions.

You control what's saved. And you can delete your past searches and activity or turn off Web & App Activity at any time.

**Note**: If you got your Google Account through work or school, you could need to contact your administrator to turn on the Web & App Activity service for your organization.

## Turn Web & App Activity on or off

1. Depending on your device, open Google settings in one of these places:
2. Tap **Personal info & privacy** ⟩ **Activity controls** ⟩ **Web & App Activity.**
3. Turn **Web & App Activity** on or off.
4. If you turn the switch on, you can check the box next to "Include Chrome browsing history and activity from websites and apps that use Google services." When this box is checked, you can control whether app activity from your device is saved.
5. Optional: To choose whether app activity from your device is saved, tap **Data from this device,** then tap the switch or checkbox.

**Note**: Some browsers and devices may have more settings that affect how this activity is saved.

## See or delete your search activity

You can find and delete your searches and browsing activity by visiting My Activity. Learn more about how to view and control activity or how to delete activity.

## What's saved as Web & App Activity

Info about your searches & more
When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

**Note**: Activity could be saved even when you're offline.

Info about your browsing & more
Google can save information like:

- Websites and apps you use
- Your activity on websites and in apps that use Google services
- Your Chrome browsing history

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome browsing history and activity from websites and apps that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.

**Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

## How your saved activity is used

Learn more about how Google uses your saved activity and helps keep it private.

For more information about how Google treats search queries generally, see the Privacy Policy FAQ.

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

## Browser history

In the Activity controls page, you can also check the box to "Include Chrome browsing history and activity from websites and apps that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari, Internet Explorer, or Firefox.

Was this article helpful?

How can we improve it?