| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand<br>ndiamand@lchb.com<br>Abbye R. Klamann (SBN 311112)<br>aklamann@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592 | **CARNEY BATES & PULLIAM, PLLC**<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone:  501.312.8500<br>Facsimile:  501.312.8505 |

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, and NURUDAAYM MAHON, individually, and on behalf of all others similarly situated; and RICHARD DIXON, on behalf of himself; as parent and guardian of his child L.D.; and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym Mahon, and Richard Dixon ("Plaintiffs"), respectfully submit this administrative motion for consideration whether the case *Kaufman v. Google LLC et al.* (No. 5:18-cv-06685-NC) ("*Kaufman*"), pending in this District, should be related to the first-filed action, *Patacsil et al. v. Google LLC*.[1] |

The Court has already determined that the following actions are related to this case: *Lombardo v. Google, LLC*, No. 18-cv-05288 (N.D. Cal.); *Ali v Google, LLC*, No. 18-cv-06262 (N.D. Cal.); *Lee et al., v. Google, LLC. et al.*, No. 18-cv-06416 (N.D. Cal.) (Dkt. No. 43); and *Jack v. Google LLC*, No. 18-cv-06652 (N.D. Cal.). *See* Dkt. Nos. 26, 38, 46.

The requirements for relating cases under Local Rule 3-12 are met: *Kaufman* "concern[s] substantially the same parties, property, transaction or event" as *Patacsil*, and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a). Like *Patacsil* and the four previously-related actions, *Kaufman* alleges that Google surreptitiously stored the location data of users of Google's apps and operating system, in contravention of those users' privacy settings and Google's own representations. *See, e.g.*, *Kaufman* Compl. ¶¶ 1 -6[2]; *Patacsil* Am. Compl. ¶¶ 1-6. Both *Kaufman* and *Patacsil* bring claims on behalf of a nationwide class of similarly-situated users. *Kaufman* Compl. ¶¶ 40-41; *Patacsil* Am. Compl. ¶ 91. In light of substantial overlap between the factual allegations in each case and the identical primary defendant, parallel actions would result in an unduly burdensome duplication of time, labor, and expense, or conflicting results. *See, e.g.*, *Ervin v. Judicial Council of California*, No. 06-7479, 2007 WL 1489165, at *2 (N.D. Cal. May 18, 2007) (relating cases where the "only difference between the two" was "new parties and causes of action").

For these reasons, Plaintiffs respectfully request that the later-filed *Kaufman* action be related to the first-filed *Patacsil* action under Civil Local Rule 3-12.

---

[1] Counsel in *Kaufman* do not oppose this motion. Sobol Decl. ¶ 3.
[2] The complaint filed in *Kaufman* is being filed herewith, as Exhibit 1.

| | | |
|---|---|---|
| 1 | Dated: November 26, 2018 | Respectfully Submitted, |
| 2 | | /s/ Michael Sobol |
| 3 | | Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com |
| 4 | | Melissa Gardner (State Bar No. 289096)<br>mgardner@lchb.com |
| 5 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 6 | | San Francisco, CA  94111<br>Telephone:  415.956.1000 |
| 7 | | Facsimile:  415.956.1008 |
| 8 | | Nicholas Diamand (*pro hac vice*)<br>ndiamand@lchb.com |
| 9 | | Abbye R. Klamann (State Bar No. 311112)<br>aklamann@lchb.com |
| 10 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor |
| 11 | | New York,  NY 10013<br>Telephone:  212.355.9500 |
| 12 | | Facsimile:  212.355.9592 |
| 13 | | Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com |
| 14 | | Allen Carney (*pro hac vice*)<br>acarney@cbplaw.com |
| 15 | | David Slade (*pro hac vice*)<br>dslade@cbplaw.com |
| 16 | | CARNEY BATES & PULLIAM, PLLC<br>519 W. 7th St. |
| 17 | | Little Rock, AR 72201<br>Telephone:  501.312.8500 |
| 18 | | Facsimile:  501.312.8505 |
| 19 | | *Attorneys for Plaintiffs, individually and*<br>*on behalf of all others similarly situated* |

## CERTIFICATE OF SERVICE

Pursuant to Civil Local Rules 3-12(b) and 5-5, the above document was served, by United States Mail and e-mail, on counsel in *Kaufman v. Google LLC et al.* (No. 5:18-cv-06685-NC), addressed as follows:

> Patrice L. Bishop
> pbishop@ssbla.com
> STULL, STULL & BRODY
> 9430 W. Olympic Blvd., Suite 400
> Beverly Hills, CA 90212

Dated: November 26, 2018          _____