**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
Abbye R. Klamann (SBN 311112)
aklamann@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs individually and on
behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, and NURUDAAYM MAHON, individually, and on behalf of all others similarly situated; and RICHARD DIXON, on behalf of himself; as parent and guardian of his child L.D.; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

I, Michael W. Sobol, declare as follows:

1. I am member in good standing of the State Bar of California, a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, and counsel for Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym Mahon, and Richard Dixon in this action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rule 7-11 in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

3. My firm contacted counsel for Plaintiff in the action *Kaufman v. Google LLC et al.* and inquired whether they would stipulate that the cases should be related. Ms. Patrice Bishop of Stull, Stull & Body stated that her client does not oppose this motion.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Executed on November 26, 2018, in San Francisco, California.

_____
Michael W. Sobol