UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, and NURUDAAYM MAHON, individually, and on behalf of all others similarly situated; and RICHARD DIXON, on behalf of himself; as parent and guardian of his child L.D.; and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Judge: Hon. Edward J. Davila |

A Motion for Administrative Relief to consider whether cases should be related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case 5:18-cv-05062-EJD, *Patacsil et al. v. Google LLC*, I find that the more recently filed case *Kaufman v. Google LLC,* Case No. 5:18-cv-06685-NC is related to the case assigned to me, and such case shall be reassigned to me.

Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Kaufman v. Google LLC* to the undersigned.

1   The parties are instructed that all future filings in any reassigned case are to bear the
2  initials of the newly assigned judge immediately after the case number. Any case management
3  conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the
4  dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

5   Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be
6  re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR
7  Local Rules remain in effect; and any deadlines established in a case management order continue
8  to govern, except dates for appearance in court, which will be rescheduled by the newly assigned
9  judge.

11  **IT IS SO ORDERED.**

12  Dated: _____                    _____
13                                       Hon. Edward. J. Davila
                                         United States District Court Judge