1   KEKER, VAN NEST & PETERS LLP
    BENEDICT Y. HUR - # 224018
2   bhur@keker.com
    BENJAMIN BERKOWITZ - # 244441
3   bberkowitz@keker.com
    THOMAS E. GORMAN - # 279409
4   tgorman@keker.com
    KATHRYN BOWEN - # 312649
5   kbowen@keker.com
    633 Battery Street
6   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
7   Facsimile:    415 397 7188

8   Attorneys for Defendant GOOGLE LLC
    ALPHABET INC. and XXVI HOLDINGS INC.
9
                        (*CAPTION CONTINUED ON NEXT PAGES*)
10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                               SAN JOSE DIVISION
13

| | |
|---|---|
| 14  NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, and NURUDAAYM MAHON, individually, and on behalf of all 15  others similarly situated; and RICHARD DIXON, on behalf of himself; as parent and 16  guardian of his child L.D.; and on behalf of all others similarly situated, | Case No. 5:18-cv-05062-EJD  **JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES** |
| 17                    Plaintiffs, | Judge:      Hon. Edward J. Davila |
| 18          v. | Date Filed: August 17, 2018 |
| 19  GOOGLE LLC, | Trial Date:  None set |
| 20                    Defendant. | |
| 21  DOMENIC LOMBARDO, Individually and on 22  Behalf of All Others Similarly Situated, | Case No. 5:18-cv-05288-EJD |
| 23                    Plaintiff, | Judge:      Hon. Edward J. Davila |
| 24          v. | Date Filed: August 28, 2018 |
| 25  GOOGLE LLC, | Trial Date:  None set |
| 26                    Defendant. | |

27

28

1313381

| | |
|---|---|
| AICHI ALI, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-06262-EJD |
| Plaintiff, | Judge:       Hon. Edward J. Davila |
| v. | Date Filed: October 12, 2018 |
| GOOGLE LLC, | Trial Date:  None set |
| Defendant. | |

| | |
|---|---|
| LESLIE LEE, an individual and Wyoming resident, STACY SMEDLEY, an individual and Colorado resident, and FREDRICK DAVIS, an individual and Colorado resident, | Case No. 5:18-cv-06416-EJD |
| Plaintiffs, | Judge:       Hon. Edward J. Davila |
| v. | Date Filed: October 19, 2018 |
| GOOGLE LLC and ALPHABET, INC., | Trial Date:  None set |
| Defendants. | |

| | |
|---|---|
| GEORGE JACK, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-06652-EJD |
| Plaintiff, | Judge:       Hon. Edward J. Davila |
| v. | Date Filed: November 1, 2018 |
| GOOGLE LLC, | Trial Date:  None set |
| Defendant. | |

1313381

1  RONNIE KAUFMAN, Individually and on          Case No. 5:18-cv-06685-EJD
   Behalf of All Others Similarly Situated,
2
                     Plaintiff,                 Judge:      Hon. Edward J. Davila
3
          v.                                    Date Filed:  November 2, 2018
4
   GOOGLE LLC, XXVI HOLDINGS INC. and           Trial Date:  None set
5  ALPHABET INC.

6                    Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1313381

1        Pursuant to Civil Local Rule 7-12, the undersigned parties, by and through their respective

2  counsel, hereby stipulate as follows:

3        WHEREAS plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym

4  Mahon, and Richard Dixon filed suit against Google LLC in Case No. 5:18-cv-05062-EJD (the

5  "*Patacsil*" action);

6        WHEREAS plaintiff Domenic Lombardo filed suit against Google LLC in Case No. 5:18-

7  CV-05288-EJD (the "*Lombardo*" action);

8        WHEREAS plaintiff Aichi Ali filed suit against Google LLC in Case No. 5-18-cv-06262-

9  EJD (the "*Ali*" action);

10        WHEREAS plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis filed suit against

11  Google LLC and Alphabet Inc. in Case No. 5:18-cv-06416-EJD (the "*Lee*" action);

12        WHEREAS plaintiff George Jack filed suit against Google LLC in Case No. 5:18-cv-

13  06652-EJD (the "*Jack*" action);

14        WHEREAS plaintiff Ronnie Kaufman filed suit against Google LLC, XXVI Holdings

15  Inc., and Alphabet Inc. in Case No. 5:18-cv-06685-EJD (the "*Kaufman*" action);

16        WHEREAS all parties agree that these six actions meet the standard for consolidation as

17  set forth in Federal Rule of Civil Procedure 42(a) as they contain common questions of law and

18  fact.  The parties further agree that consolidation of these actions will promote efficiency and

19  avoid the possibility of inconsistent judgments;

20        WHEREAS the plaintiffs further agree that appointment of Interim Class Counsel under

21  Federal Rule of Civil Procedure 23(g) will promote efficiency in this litigation, and plaintiffs'

22  counsel in *Patacsil*, *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman* are presently discussing whether

23  consensus among all plaintiffs can be reached on a proposed appointment;

24        WHEREAS the plaintiffs further agree that, in the event appointment is not proposed by

25  consensus, it will be more efficient for all parties, and the Court, to appoint Interim Class Counsel

26  without any other plaintiff filing any opposition to any plaintiff's application;

27        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned

28  parties, through their respective counsel and subject to the Court's approval that *Patacsil*,

1313381

1  *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman* shall be consolidated into a single action for all purposes

2  under Federal Rule of Civil Procedure 42(a), with all further filings to be made in Case No. 5:18-

3  cv-05062-EJD, which shall bear the following caption: *In re Google Location History Litigation*;

4  FURTHER, the deadline for plaintiffs to file a plaintiffs' stipulation proposing an

5  appointment of Interim Class Counsel under Federal Rule of Civil Procedure 23(g), or for any

6  plaintiff to move for an appointment of Interim Class Counsel, shall be December 13, 2018;

7  FURTHER, no plaintiff may file any opposition to any other plaintiff's motion for

8  appointment of Interim Class Counsel;

9  FURTHER, a single Consolidated Complaint shall be filed within 28 days of a ruling on

10  the request to appoint Interim Class Counsel;

11  FURTHER, the parties agree that the filing of the Consolidated Complaint obviates the

12  need for any defendants to respond to any currently pending complaints, and therefore any

13  deadlines to respond to those complaints are vacated and the following consolidated schedule

14  shall be entered:

15  • the deadline to file a motion to dismiss the Consolidated Complaint shall be 28

16  days after the Consolidated Complaint is filed;

17  • the deadline to file any opposition to a motion to dismiss shall be 35 days after a

18  motion to dismiss is filed;

19  • the deadline to file any reply in support of a motion to dismiss shall be 21 days

20  after an opposition is filed;

21  FINALLY, the parties request that the Court continue the Case Management Conferences

22  currently scheduled in *Patacsil*, *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman*—and any related

23  deadlines (*e.g.* deadlines under Federal Rules 16 and 26)—and that a Consolidated Case

24  Management Conference shall be scheduled for the first available date after the Court has heard

25  defendants' motion to dismiss.

26

27

28

1313381

1    Dated:  December 7, 2018                    KEKER, VAN NEST & PETERS LLP

2

3                                        By:    /s/ *Thomas E. Gorman*
                                                BENEDICT Y. HUR
4                                               BENJAMIN BERKOWITZ
                                                THOMAS E. GORMAN
5                                               KATHRYN BOWEN

6                                               Attorneys for Defendant GOOGLE LLC
                                                ALPHABET INC. and XXVI HOLDINGS
7                                               INC.

8
     Dated:  December 7, 2018                    LIEFF CABRASER HEIMANN &
9                                                BERNSTEIN, LLP

10

11                                       By:    /s/ *Michael W. Sobol*
                                                MICHAEL W. SOBOL
                                                Melissa Gardner
12                                              Abbye R. Klamann
                                                Nicholas Diamand
13
                                                Hank Bates
14                                              Allen Carney
                                                David Slade
15                                              CARNEY BATES & PULLIAM, PLLC

16
                                                Attorneys for Plaintiffs NAPOLEON
17                                              PATACSIL, MARK CARSON, NAJAT
                                                OSHANA, RICHARD DIXON and L.D.
18

19
     Dated:  December 7, 2018                    THE LAW OFFICES OF ANDREW J.
20                                               BROWN

21
                                         By:    /s/ *Andrew J. Brown*
22                                              ANDREW J. BROWN

23                                              THE BRANDI LAW FIRM
                                                THOMAS J. BRANDI
24                                              TERENCE D. EDWARDS

25                                              Attorneys for Plaintiff DOMENIC
                                                LOMBARDO
26

27

28

                                          3

1313381

1   Dated:  December 7, 2018                    AHDOOT & WOLFSON, PC

2

3                                       By:   /s/ *Tina Wolfson*
                                             TINA WOLFSON
4                                            ALEX R. STRAUS

5                                            Attorneys for Plaintiff AICHI ALI

6
    Dated:  December 7, 2018                    FRANKLIN D. AZAR & ASSOCIATES,
7                                               P.C.

8
                                        By:   /s/ *Ivy T. Ngo*
9                                            IVY T. NGO

10                                           Attorneys for Plaintiffs
                                             LESLIE LEE, STACY SMEDLEY and
11                                           FREDRICK DAVIS

12
    Dated:  December 7, 2018                    LEVI & KORSINSKY, LLP
13

14                                      By:   /s/ *Rosemary M. Rivas*
                                             Rosemary M. Rivas
15                                           Roseanne L. Mah
                                             Courtney Maccarone (pending *pro hav vice*)
16

17                                           Attorneys for Plaintiff GEORGE JACK

18

19  Dated:  December 7, 2018                    STULL, STULL & BRODY

20
                                        By:   */s/ Patrice L. Bishop*
21                                           PATRICE L. BISHOP
                                             MELISSA R. EMERT
22
                                             Attorneys for Plaintiff RONNIE
23                                           KAUFMAN

24

25

26

27

28
                                      4

1313381

1

**[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

3   ORDERED.

4

5   Dated: _____          _____

6                                                       Honorable Edward J. Davila

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. 5:18-cv-05062-EJD

1313381

1

**ATTESTATION**

2      Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the

3  filing of this document has been obtained from the other signatories.

4

Dated:  December 7, 2018                              */s/ Thomas E. Gorman*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. 5:18-cv-05062-EJD

1313381