KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant GOOGLE LLC
ALPHABET INC. and XXVI HOLDINGS INC.

(*CAPTION CONTINUED ON NEXT PAGES*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, and NURUDAAYM MAHON, individually, and on behalf of all others similarly situated; and RICHARD DIXON, on behalf of himself; as parent and guardian of his child L.D.; and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND ORDER TO CONSOLIDATE CASES**<br><br>Judge:  Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |
| DOMENIC LOMBARDO, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No. 5:18-cv-05288-EJD<br><br>Judge:  Hon. Edward J. Davila<br><br>Date Filed: August 28, 2018<br><br>Trial Date: None set |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. 5:18-cv-05062-EJD

1313381

| | |
|---|---|
| AICHI ALI, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-06262-EJD |
| Plaintiff, | Judge: Hon. Edward J. Davila |
| v. | Date Filed: October 12, 2018 |
| GOOGLE LLC, | Trial Date: None set |
| Defendant. | |
| LESLIE LEE, an individual and Wyoming resident, STACY SMEDLEY, an individual and Colorado resident, and FREDRICK DAVIS, an individual and Colorado resident, | Case No. 5:18-cv-06416-EJD |
| | Judge: Hon. Edward J. Davila |
| Plaintiffs, | Date Filed: October 19, 2018 |
| v. | Trial Date: None set |
| GOOGLE LLC and ALPHABET, INC., | |
| Defendants. | |
| GEORGE JACK, individually and on behalf of all others similarly situated, | Case No. 5:18-cv-06652-EJD |
| Plaintiff, | Judge: Hon. Edward J. Davila |
| v. | Date Filed: November 1, 2018 |
| GOOGLE LLC, | Trial Date: None set |
| Defendant. | |

|   |   |
|---|---|
| RONNIE KAUFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, XXVI HOLDINGS INC. and ALPHABET INC.<br><br>        Defendants. | Case No. 5:18-cv-06685-EJD<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None set |

Pursuant to Civil Local Rule 7-12, the undersigned parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym Mahon, and Richard Dixon filed suit against Google LLC in Case No. 5:18-cv-05062-EJD (the "*Patacsil*" action);

WHEREAS plaintiff Domenic Lombardo filed suit against Google LLC in Case No. 5:18-CV-05288-EJD (the "*Lombardo*" action);

WHEREAS plaintiff Aichi Ali filed suit against Google LLC in Case No. 5-18-cv-06262-EJD (the "*Ali*" action);

WHEREAS plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis filed suit against Google LLC and Alphabet Inc. in Case No. 5:18-cv-06416-EJD (the "*Lee*" action);

WHEREAS plaintiff George Jack filed suit against Google LLC in Case No. 5:18-cv-06652-EJD (the "*Jack*" action);

WHEREAS plaintiff Ronnie Kaufman filed suit against Google LLC, XXVI Holdings Inc., and Alphabet Inc. in Case No. 5:18-cv-06685-EJD (the "*Kaufman*" action);

WHEREAS all parties agree that these six actions meet the standard for consolidation as set forth in Federal Rule of Civil Procedure 42(a) as they contain common questions of law and fact.  The parties further agree that consolidation of these actions will promote efficiency and avoid the possibility of inconsistent judgments;

WHEREAS the plaintiffs further agree that appointment of Interim Class Counsel under Federal Rule of Civil Procedure 23(g) will promote efficiency in this litigation, and plaintiffs' counsel in *Patacsil*, *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman* are presently discussing whether consensus among all plaintiffs can be reached on a proposed appointment;

WHEREAS the plaintiffs further agree that, in the event appointment is not proposed by consensus, it will be more efficient for all parties, and the Court, to appoint Interim Class Counsel without any other plaintiff filing any opposition to any plaintiff's application;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel and subject to the Court's approval that *Patacsil*,

1  *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman* shall be consolidated into a single action for all purposes
2  under Federal Rule of Civil Procedure 42(a), with all further filings to be made in Case No. 5:18-
3  cv-05062-EJD, which shall bear the following caption: *In re Google Location History Litigation*,
4  and the *Lombardo, Ali, Lee, Jack* and *Kaufman* cases shall be administratively closed;
5        FURTHER, the deadline for plaintiffs to file a plaintiffs' stipulation proposing an
6  appointment of Interim Class Counsel under Federal Rule of Civil Procedure 23(g), or for any
7  plaintiff to move for an appointment of Interim Class Counsel, shall be December 13, 2018;
8        FURTHER, a single Consolidated Complaint shall be filed within 28 days of a ruling on
9  the request to appoint Interim Class Counsel;
10       FURTHER, the parties agree that the filing of the Consolidated Complaint obviates the
11 need for any defendants to respond to any currently pending complaints, and therefore any
12 deadlines to respond to those complaints are vacated and the following consolidated schedule
13 shall be entered:

- the deadline to file a motion to dismiss the Consolidated Complaint shall be 28 days after the Consolidated Complaint is filed;
- the deadline to file any opposition to a motion to dismiss shall be 35 days after a motion to dismiss is filed;
- the deadline to file any reply in support of a motion to dismiss shall be 21 days after an opposition is filed;

20       FINALLY, the Case Management Conferences currently scheduled in *Patacsil*,
21 *Lombardo*, *Ali*, *Lee*, *Jack*, and *Kaufman* and any related deadlines (*e.g.* deadlines under Federal
22 Rules 16 and 26) are VACATED and a Consolidated Case Management Conference is tentatively
23 scheduled for March 28, 2019 at 10:00 a.m.  The parties shall file a joint case management
24 conference statement no later than March 18, 2019.

26  Dated:  December 7, 2018                    KEKER, VAN NEST & PETERS LLP

                                              By:   /s/ *Thomas E. Gorman*

|   |   |   |
|---|---|---|
| | | BENEDICT Y. HUR |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | KATHRYN BOWEN |
| | | |
| | | Attorneys for Defendant GOOGLE LLC ALPHABET INC. and XXVI HOLDINGS INC. |
| Dated: December 7, 2018 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Michael W. Sobol* |
| | | MICHAEL W. SOBOL |
| | | Melissa Gardner |
| | | Abbye R. Klamann |
| | | Nicholas Diamand |
| | | |
| | | Hank Bates |
| | | Allen Carney |
| | | David Slade |
| | | CARNEY BATES & PULLIAM, PLLC |
| | | |
| | | Attorneys for Plaintiffs NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, RICHARD DIXON and L.D. |
| Dated: December 7, 2018 | | THE LAW OFFICES OF ANDREW J. BROWN |
| | By: | */s/ Andrew J. Brown* |
| | | ANDREW J. BROWN |
| | | |
| | | THE BRANDI LAW FIRM |
| | | THOMAS J. BRANDI |
| | | TERENCE D. EDWARDS |
| | | |
| | | Attorneys for Plaintiff DOMENIC LOMBARDO |
| Dated: December 7, 2018 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* |

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. 5:18-cv-05062-EJD

1313381

|  |  |
|---|---|
|  | TINA WOLFSON |
|  | ALEX R. STRAUS |
|  |  |
|  | Attorneys for Plaintiff AICHI ALI |
| Dated:  December 7, 2018 | FRANKLIN D. AZAR & ASSOCIATES, P.C. |
|  |  |
|  | By:  /s/ *Ivy T. Ngo* |
|  | IVY T. NGO |
|  |  |
|  | Attorneys for Plaintiffs |
|  | LESLIE LEE, STACY SMEDLEY and FREDRICK DAVIS |
| Dated:  December 7, 2018 | LEVI & KORSINSKY, LLP |
|  |  |
|  | By:  /s/ *Rosemary M. Rivas* |
|  | Rosemary M. Rivas |
|  | Roseanne L. Mah |
|  | Courtney Maccarone (pending *pro hav vice*) |
|  |  |
|  | Attorneys for Plaintiff GEORGE JACK |
| Dated:  December 7, 2018 | STULL, STULL & BRODY |
|  |  |
|  | By:  */s/ Patrice L. Bishop* |
|  | PATRICE L. BISHOP |
|  | MELISSA R. EMERT |
|  |  |
|  | Attorneys for Plaintiff RONNIE KAUFMAN |

4

JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. 5:18-cv-05062-EJD

1313381

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  December 11, 2018

_____
Honorable Edward J. Davila

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  December 7, 2018                                           */s/ Thomas E. Gorman*