Patrice L. Bishop (182256)
pbishop@ssbla.com
**STULL, STULL & BRODY**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA  90212
Tel:     310-209-2468
Fax:    310-209-2087

*Counsel for Plaintiff Ronnie Kaufman*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD <br><br> **DECLARATION OF PLAINTIFF RONNIE KAUFMAN IN SUPPORT OF PLAINTIFF HER MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** <br><br> DATE:     March 28, 2019 <br> TIME:     9:00 a.m. <br> JUDGE:   Hon. Edward J. Davila <br> CRTRM:  4, 5th Floor |

I, Ronnie Kaufman, declare and say that:

1. I am the plaintiff in an action originally filed as *Kaufman v. Google LLC*, Case No. 5:18-cv-06685-EJD (N.D. Cal. Dec. 11, 2018), Dkt. 14 (the "Kaufman Action"). I am represented by Stull, Stull & Brody, and in particular, Melissa R. Emert of that firm.

2. I submit this Declaration in support of Plaintiff Ronnie Kaufman's Motion for Appointment of Melissa R. Emert as Interim Class Counsel.

3. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

4. I respectfully request that Melissa R. Emert be appointed an interim counsel for the putative class. I also support the appointment of a lead or co-lead structure of no more than two firms, but will support any structure and appointment that the Court believes is appropriate, including one where Ms. Emert is a member of an interim steering and/or executive committee.

5. When I retained Ms. Emert and Stull, Stull & Brody, I was aware that they had extensive class action experience, including in tech and data breach cases and had been appointed to leadership positions in numerous cases.

6. I was also aware that Ms. Emert and Stull, Stull & Brody have had major roles in many class actions which resulted in large recoveries for numerous classes.

7. Based on my communications with Ms. Emert, I have confidence that if she is appointed to be an interim class counsel, she will act in a reasonable way to control costs and expenses in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 13th day of December, 2018, at Parkland, Fl.

_Ronnie Kaufman_
Ronnie Kaufman
Declarant