UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RONNIE KAUFMAN'S MOTION FOR APPOINTMENT OF MELISSA R. EMERT AS INTERIM CLASS COUNSEL**<br><br>DATE:     March 28, 2019<br>TIME:     9:00 a.m.<br>JUDGE:   Hon. Edward J. Davila<br>CRTRM:  4, 5th Floor |

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

2      Melissa R. Emert is hereby appointed as an interim counsel for the putative class.  The

3  Court further establishes the following structure for interim counsel for the putative class: _____

4  _____

5  _____

6  _____

7  _____

8  _____.

9      Interim counsel for the putative class must submit, within 10 business days, a timekeeping

10 and cost reporting protocol for approval by the Court that would require all plaintiffs' counsel to

11 maintain a daily record of their time and expenses incurred in connection with this litigation

12     **IT IS SO ORDERED.**

13

14 Dated: _____, 201___            _____

15                                                                                              The Honorable Edward J. Davila

16                                                                                              United States District Judge
                                                                                             Northern District of California

17

18 Respectfully submitted by:

19     Melissa R. Emert (admitted *pro hac vice*)
    **STULL, STULL & BRODY**
20     6 East 45th Street
    New York, NY  10017
21     Tel:     (212) 687-7230
    Fax:     (212) 490-2022
22     Email: memert@ssbny.com

23     Patrice L. Bishop (CSB 182256)
    **STULL, STULL & BRODY**
24     9430 West Olympic Blvd., Suite 400
    Beverly Hills, CA  90212
25     Tel:     (310) 209-2468
    Fax:     (310) 209-2087
26     Email: service@ssbla.com

27     ***Counsel for Plaintiff Ronnie Kaufman***

28