1  THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
2  501 W. Broadway, Ste. 1490
San Diego, CA 92101
3  Telephone: (619) 501-6550
4  andrewb@thebrownlawfirm.com

5  THE BRANDI LAW FIRM
THOMAS J. BRANDI, #53208
6  TERENCE D. EDWARDS, #168095
354 Pine Street, Third Floor
7  San Francisco, CA 94104
Telephone: (415) 989-1800
8  Facsimile: (415) 989-1801

9

*Attorneys for Plaintiff Domenic Lombardo and*
10  *Proposed Interim Lead Counsel*

11

12                     UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  IN RE GOOGLE LOCATION HISTORY          )  Case No. 5:18-CV-05062-EJD
    LITIGATION                             )
16                                         )  **<u>CLASS ACTION</u>**
                                           )
17                                         )  **DECLARATION OF THOMAS J. BRANDI**
                                           )  **IN SUPPORT OF LOMBARDO**
18                                         )  **PLAINTIFF'S MOTION TO APPOINT**
                                           )  **INTERIM CO-LEAD COUNSEL**
19                                         )
20                                         )  Date: March 28, 2019
                                           )  Time: 9:00 A.M.
21                                         )  District Judge Edward J. Davila
                                           )
22                                         )  First Comp. filed: August 17, 2018
                                           )  Trial Date:    None Set
23                                         )
24                                         )  **JURY TRIAL DEMANDED**
                                           )
25  _____)

26

27

28

DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF LOMBARDO PLAINTIFF'S MOTION TO APPOINT
INTERIM CO-LEAD COUNSEL

I, THOMAS J. BRANDI, declare as follows:

1.     I am an attorney at law licensed to practice in all courts of this State and before the United States Supreme Court, and am the principal of The Brandi Law Firm, co-counsel for Domenic Lombardo.  I make this declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

2.     I submit this declaration in support of *Lombardo* Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel (the "Motion").

3.     I have represented consumers in actions throughout California and the country in State and Federal Court.  I have tried cases to verdict in eighteen jurisdictions and appeared on behalf of consumers in over thirty jurisdictions in California.

4.     I have previously been appointed to serve as counsel in numerous class action and mass tort matters over the past 35 years, including:

a.     *In Re Dalkon Shield* (I argued on behalf of plaintiffs in the Northern District of California and before the 9th Circuit (*In re Northern District of California, Dalkon Shield IUD Products Liability Litigation* (1982) 693 F.2d 847.  I tried the last two U.S. Dalkon Shield cases in 1997 in San Francisco Superior Court before the Honorable Alex Saldomando.

b.     *California Diet Drug Litigation*:  Plaintiffs' Management Committee assignment for these cases, which involved individuals who had taken Fen-Phen.  Coordination before Los Angeles Superior Court before Honorable Daniel Pratt.

c.     *MDL 1343 –in re Air Crash*:  Plaintiffs' Management Committee assignment regarding Alaska Airlines Flight 261 crash in January 2000.  U.S. District Court – Northern District of California.  Before Judges Charles Legge and Charles R. Breyer.

d.     *USG and W.R. Grace Bankruptcy*:  Asbestos Creditors Claimant Committee assignment regarding the bankruptcy proceedings involving USG and W.R. Grace Co.  U.S. Bankruptcy Court for the District of Delaware where I represented the University of California, and owners of private office buildings in California.

e.     *JCCP 4247 – In re Vioxx Coordinated Cases*:  Plaintiffs' Management Committee assignment and trial counsel for one of the two Vioxx cases to go

2

to verdict in California.  Los Angeles Superior Court before now Justice Victoria Chaney.

f.  *JCCP 4578 – Avandia Drug Cases*:  Plaintiffs' Steering Committee appointment regarding this defective drug for diabetes control.  Los Angeles Superior Court before Honorable Elihu M. Berle.

g.  *JCCP 4608 –Yaz, Yasmin and Ocella Contraceptive Cases*:  Plaintiffs' Executive Committee appointment for this birth control pill, which caused blood clots and stroke in young women.  Los Angeles Superior Court before Honorable Carolyn Kuhl.

h.  *JCCP 4616 – Matrixx Initiatives Product Cases*:  Lead counsel, along with Terence Edwards of my office regarding Zicam defect litigation.  San Francisco Superior Court before Honorable Richard Kramer.

i.  *JCCP 4644 – Fosamax/Alendronate Sodium Drug Cases*:  Plaintiffs' Steering Committee assignment in this matter regarding this osteoporosis drug that contributed to atypical femur fractures in users.  Orange County Superior Court before Honorable Steven Perk.

j.  *JCCP 4649 –Deputy ASR Hip System Cases*:  Plaintiffs' Steering Committee assignment in this matter regarding defective metal on metal hip replacement components.  San Francisco Superior Court before Honorable Richard Kramer and the Honorable Mary Wiss before whom I recently completed a trial.

k.  *Hershey Employee Actions (Zulewski*, 4:11-cv-05117-KAW; *Barnes*, 3:12-cv-01334-CRB, *Campanelli*, 3:08-cv-01862-BZ):  Lead Collective Action Counsel in these wage and hour class actions against The Hershey Company.  Northern District of California before the Hon. Charles R. Breyer, Honorable Magistrate Judges Kandis Westmore and Bernard Zimmerman.

l.  *Miller v. Bank of America*:  Lead trial counsel on behalf of a California state class of over 1.1 million customers challenging the bank's practice of seizing exempt funds from Social Security direct deposit accounts, which resulted in a verdict over $1 billion.  San Francisco Superior Court No. CIV301917 before Honorable Anne Bouliane.

m.  *In re Ghostship Fire*:  Member of Plaintiffs' Executive Committee responsible for the City of Oakland portion of case.  Case Alameda Superior Court No. RG 16843631 before Hon. Brad Seligman.

n.  *California North Bay Fire Cases*:  Member of Plaintiffs' Executive Committee.  JCCP No 4955, San Francisco Superior Court before Hon. Curtis Karnow.

3

5.      I have been elected to membership in the International Academy of Trial Lawyers (membership limited to 500 attorneys), the American College of Trial Lawyers, and the American Board of Trial Advocates (ABOTA).  For the last fourteen years, I have taught Trial Practice at University of San Francisco School of Law.  I have also served as President of the Consumer Attorneys of California and the San Francisco Trial Lawyers Association, and am Hon. Consul of Slovenia.

6.      I am well aware of the demands that large, complex cases place on attorneys, and my law firm and I are fully prepared to commit the time, talent, staff, and resources necessary to pursue this matter through completion, including trial if necessary.  The *Miller v. Bank of America* matter was one of the rare class actions that proceeded to trial so I am familiar with the challenges presented by preparing and presenting a case on behalf of over a million plaintiffs.

7.      Attached hereto as Exhibit A is a true and correct copy of The Brandi Law Firm's resume.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed this 13th day of December, 2018 at San Francisco, California.

THOMAS J. BRANDI

DECLARATION OF THOMAS J. BRANDI IN SUPPORT OF LOMBARDO PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

Exhibit A



## ABOUT THE BRANDI LAW FIRM

The Brandi Law Firm was founded in 1992 in San Francisco to help individuals and families obtain fair compensation from those responsible for their injuries and losses. We are known in the legal industry as a firm that fights for our clients and doesn't back down from anyone.  Our lawyers have obtained over $1.5 billion in verdicts and settlements, and our past clients will tell you to choose The Brandi Law Firm when winning matters most.

# Thomas J. Brandi

He has represented consumers in actions throughout California in State and Federal Court.  He has tried cases to verdict in eighteen jurisdictions and appeared on behalf of consumers in over thirty jurisdictions in California.

He has previously been appointed to serve as counsel in class action and mass tort matters over the past 35 years including the following.

- *In Re Dalkon Shield* where he argued on behalf of plaintiffs in the Northern District of California and before the 9th Circuit (*In re Northern District of California, Dalkon Shield IUD Products Liability Litigation* (1982) 693 F.2d 847.  He tried the last two Dalkon Shield cases in 1997 in San Francisco Superior Court before the Honorable Alex Saldomando.

- *California Diet Drug Litigation*:  Plaintiffs' Management Committee assignment for these cases, which involved individuals who had taken Fen-Phen.  Coordination before Los Angeles Superior Court before Honorable Daniel Pratt.

- *MDL 1343 –in re Air Crash*:  Plaintiffs' Management Committee assignment regarding Alaska Airlines Flight 261 crash in January 2000. U.S. District Court – Northern District of California.  Before Judges Charles Legge and Charles R. Breyer.

- *USG and W.R. Grace Bankruptcy*:  Asbestos Creditors Claimant Committee assignment regarding the bankruptcy proceedings involving USG and W.R. Grace Co.  U.S. Bankruptcy Court for the District of Delaware where I represented the University of California, and owners of private office buildings in California.

- *JCCP 4247 – In re Vioxx Coordinated Cases*:  Plaintiffs' Management Committee assignment and trial counsel for one of the two Vioxx cases to go to verdict in California.  Los Angeles Superior Court before now Justice Victoria Chaney.

- *JCCP 4578 – Avandia Drug Cases*:  Plaintiffs' Steering Committee appointment regarding this defective drug for diabetes control.  Los Angeles Superior Court before Honorable Elihu M. Berle.

- *JCCP 4608 –Yaz, Yasmin and Ocella Contraceptive Cases*:  Plaintiffs' Executive Committee appointment for this birth control pill, which caused blood clots and stroke in young women.  Los Angeles Superior Court before Honorable Carolyn Kuhl.

- *JCCP 4616 – Matrixx Initiatives Product Cases*:  Lead counsel, along with Terence Edwards of his office regarding Zicam defect litigation.  San Francisco Superior Court before Honorable Richard Kramer.

- *JCCP 4644 – Fosamax/Alendronate Sodium Drug Cases*:  Plaintiffs' Steering Committee assignment in this matter regarding this osteoporosis drug that contributed to atypical femur fractures in users. Orange County Superior Court before Honorable Steven Perk.

- *JCCP 4649 –Depuy ASR Hip System Cases*:  Plaintiffs' Steering Committee assignment in this matter regarding defective metal on metal hip replacement components.  San Francisco Superior Court before Honorable Richard Kramer and the Honorable Mary Wiss before whom he recently completed a trial.

- *Hershey Employee Actions (Zulewski*, 4:11-cv-05117-KAW; *Barnes*, 3:12-cv-01334-CRB, *Campanelli*, 3:08-cv-01862-BZ):   Lead Collective Counsel Action Counsel in these wage and hour class actions against The Hershey Company.   Northern District of California before the Hon. Charles R. Breyer, Honorable Magistrate Judges Kandis Westmore and Bernard Zimmerman.

- *Miller v. Bank of America*:   Lead trial counsel on behalf of a California state class of over 1.1 million customers challenging the bank's practice of seizing exempt funds from Social Security direct deposit accounts, which resulted in a verdict over $1 billion.   San Francisco Superior Court No. CIV301917 before Honorable Anne Bouliane.

- *In re Ghostship Fire*:   Member of Plaintiffs' Executive Committee responsible for the City of Oakland portion of case.   Case Alameda Superior Court No. RG 16843631 before Hon. Brad Seligman.

- *California North Bay Fire Cases*:   Member of Plaintiffs' Executive Committee.   JCCP No 4955, San Francisco Superior Court before Hon. Curtis Karnow.

Tom has also been elected to membership in the International Academy of Trial Lawyers (membership limited to 500 attorneys), the American College of Trial Lawyers, and the American Board of Trial Advocates (ABOTA).  For the last fourteen years, he has taught Trial Practice at University of San Francisco School of Law.  He has also served as President of the Consumer Attorneys of California and the San Francisco Trial Lawyers Association, and is Hon. Consul of Slovenia.

# Terence D. Edwards

He graduated from the College of the University of Chicago and the University of California Hastings College of the Law.  He has been admitted to practice law in California since 1993, where he has appeared before courts in 21 counties.

He has experience representing individuals, corporations, and public entities in complex litigation including the following:

- He represented the University of California and the California State University system in connection with their asbestos property damage claims.

- He served on the Property Damage Claimant's Committee, appointed to represent all American asbestos property damages claimants in the *W.R. Grace Bankruptcy* proceedings.

- He was designated one of the lead counsel in the Zicam cases (*Matrix Initiates Products Cases*, JCCP 4616).

- He represented plaintiffs in the l-tryptophan litigation.  (*In re Showa Denko K.K.*, MDL 865.)

- He represented plaintiffs in a putative class action arising from Trex decking products (*Marotto v. Trex*, Marin County Superior Court 092527) and subsequently represented various objectors to the Trex Class Action settlement (*Ross v. Trex*, USDC N. Dist. CA 5:099-CV-00670).

- He has also performed work for the Plaintiffs' Management Committee in the *California Diet Drug Litigation*; on behalf of plaintiffs in *Miller v. Bank of America*, San Francisco Superior Court; the Plaintiffs' Management Committee in the *California Vioxx Litigation*; the Plaintiff's Executive Committee in the *California Avandia* litigation and the *California YAZ* litigation.

# Daniel Dell'Osso

Dan is a native of Oakland, California and a graduate of Bishop O'Dowd High School. He attended Virginia Military Institute, graduating with honors in 1975 and selected as a Rhodes Scholar nominee from the state of Virginia.  After graduating from VMI, he was commissioned as a 2nd Lt. in the United States Marine Corps where he was selected for flight school.  Dan spent six years on active duty as a fighter pilot and continued to serve as a pilot with the Marine Corps Reserve.  Dan rose to the rank of Lt. Col. and was the commanding officer in the Marine A-4 squadron in Alameda, California before retiring with 22 years of service.

Dan received his law degree from Golden Gate University in 1984 and entered practice with the Walkup law firm in San Francisco eventually focusing his practice in the areas of aviation and product liability with special emphasis in the area of automobile crashworthiness.  He left his partnership at the Walkup Firm in 2000 in order to limit his practice entirely to automobile crashworthiness and joined the firm of Coben and Associates in Arizona, where he worked until his return to the Bay Area, joining the Brandi Firm in 2005.

He is licensed to practice law in California, Nevada, and Arizona, and currently represents families in auto defect cases in all three jurisdictions.  In addition he is a graduate of the Naval Post Graduate School's Aviation Accident Investigation and Safety school, which coupled with his over twenty years of flying experience, provides significant insight in representing people in aviation accidents.

He has been involved in the preparation and/or trial of automobile crashworthiness cases against most of the major automobile manufacturers including Toyota, Mitsubishi, Honda, KIA, Nissan, General Motors, Ford, DaimlerChrysler, Volvo and Mazda.  He has tried automobile defect and crashworthiness cases in California, Arizona, Nevada, and Pennsylvania and participated in crashworthiness cases in New Jersey, Maryland, Ohio, Hawaii and Maine.  Dan's cases include defects in rollovers, vehicle stability, defective tires, seat failures, seat belt failures, airbag systems, child restraints, occupant restraint failures, roof crush, defective roofs, door latch failures, and side structures.

He is widely published in the area of auto defects including a book chapter on the topic of automobile crashworthiness and numerous articles in a number of legal periodicals

dealing with a variety of legal and engineering issues in the areas of aviation and automobile products.

# Casey A. Kaufman

Casey Kaufman is a member of the California, Arizona, Nevada, Washington State and Washington, D.C. bars, where he represents clients in various personal injury, product liability, and wrongful death actions.  He is a past chair of the Consumer Attorneys of California New Lawyers Division and has been on the Board of Governors since 2008. He is also an active member of the San Francisco Trial Lawyers Association and an original member of its Diversity Committee, which seeks to increase the diversity of the plaintiff's bar in the Bay Area.  Casey is a graduate of UC Berkeley and the University of San Francisco School Of Law.  At Berkeley, he majored in Environmental Sciences and at USF Law he was a published member of the USF Law Review.

He has substantially participated in trials to verdict in California state court (including Zamora v. Textron et al., San Francisco Superior Court Case No. CGC-06-453285) and argued several appeals (including Zamora v. Textron, et al (2011 WL 576572), Alejandre v. ValleyCrest Companies (2008 WL 4383081); and Guthrie v. County of Sutter (2011 WL 6370405)).

In 2010, he was appointed a co-lead counsel by the San Francisco Superior Court in a Judicial Council Coordination Proceeding regarding claims of product defect of Zicam (Matrixx Initiatives Product Cases JCCP 4616).

# Brian J. Malloy

Brian Malloy is admitted to the bars of California, Nevada, Arizona, and Washington, D.C., along with several federal courts, including the United States Supreme Court. He represents clients in state and federal courts in product liability matters involving aviation and aircrafts, motor vehicles, pharmaceuticals, medical devices, and other defective products. Brian also represents clients in matters involving serious personal injury, wrongful death, cases against government entities, elder abuse, consumer fraud and protection, select employment matters and class/collective actions. Brian has experience in all areas of litigation, including all aspects of discovery, successfully obtaining and opposing summary judgment motions, trials to verdict in California and Nevada state courts as well as federal court, post-judgment enforcement proceedings, and appeals.

Prior to joining The Brandi Firm, Brian served as a law clerk to the Honorable Melvin Brunetti of the United States Court of Appeals for the Ninth Circuit. He attended the University of California, Hastings College of the Law, earning Order of the Coif, and graduating as Valedictorian. Brian is a Phi Beta Kappa graduate of the University of Oregon, Robert D. Clark Honors College, where he graduated summa cum laude.

He was appointed as a Collective Action Counsel by the U.S. District Court for the Northern District of California in a certified wage and hour collective action under the Fair Labor Standards Act and obtained summary judgment in favor of the group of employees (Campanelli, et al. v. The Hershey Company, 765 F.Supp.2d 1185 (N.D.Cal. 2011 and *Zulewski*, 4:11-cv-05117-KAW), resulting in a substantial settlements (2011 WL 3583597 (N.D.Cal. May 04, 2011)), and was appointed a Collective Action Counsel in a conditionally certified collective action under the Age Discrimination in Employment Act pending in the Northern District of California (Barnes, et al. v. The Hershey Company, Case No. 3:12-cv-01334-CRB, at Docket No. 87 (Feb. 21, 2013)).

Brian has been selected by his peers for inclusion in The Best Lawyers in America in 2016-2019. He was also selected to Super Lawyers (Northern California) in 2016-2018 and previously was selected to Super Lawyers' Rising Stars in 2010-2014. Brian's case results on behalf of his clients have been recognized in Top Verdict's Top 50 California Settlements and The Recorder's Top California Verdicts & Settlements. Brian has authored several articles on various aspects of litigation. He serves as a volunteer General Counsel for The Tony Patiño Fellowship, a nonprofit organization that awards

law-school scholarships at U.C. Hastings, the University of Chicago and Columbia University.  He is also a member of the Consumer Attorneys of California, the Bar Association of San Francisco and the National Trial Lawyers Association.

He has substantially participated in trials to verdict in California state court (Thomas v. Lincoln Electric Company, et al., Alameda County Superior Court Case No. RG06272122), including one of the first Vioxx trials to go to verdict in California (Arrigale v. Merck & Co., Inc., Los Angeles County Superior Court No. JCCP 4247); Nevada state court (Sorci v. Ford Motor Company, et al., District Court of Nevada, Washoe County, Case No. CV06-02091) and federal court (Pierson v. Ford Motor Company, U.S. District Court, Northern District of California Case No. 06-CV-06503(PJH)).

His experience also includes significant involvement in appellate practice, including drafting numerous opening and answering briefs in the California appellate courts and the U.S. Court of Appeals for the Ninth Circuit, a petition for writ of certiorari to the U.S. Supreme Court, petitions for writ of mandates and oppositions to such petitions, and petitions for review in the California Supreme Court and oppositions to such petitions.  He has argued in the California Court of Appeal.

# Jason B. Friedman

Jason Friedman is admitted to the bars of California and Arizona where he represents clients in matters involving serious personal injury, wrongful death, cases against government entities, and consumer fraud and protection. He has experience in all aspects of litigation, including discovery, successfully opposing summary judgment motions, multiple trials to verdict, and the appellate process.

Prior to being admitted to the California Bar in 2011, he served as a law clerk for The Brandi Law Firm and as a Judicial Extern for the Honorable Jon K. Stewart in the San Francisco Superior Court. He is a graduate of the University of California at Santa Barbara and the University of San Francisco School of Law.

He has substantially participated in trials to verdict in California state court including in Stanislaus and San Mateo Counties.

# Notable Results

**California Class Members v. Bank of America – $1.382 billion verdict**

This class included over 1 million California recipients of Social Security direct deposit benefits and alleged inappropriate deductions.

**Family v. State of California – $29,277,391.12 verdict**

Horrific crossover accident striking a car carrying a woman and three children under 12. Two of the children were killed and the third was paralyzed and suffered permanent brain damage. The jury found that the State should have placed a center median barrier on the road, which would have prevented this accident.

**Pedestrian v. Driver, State of California – $26.6 million verdict**

Our client was struck while in the crosswalk by a vehicle that had the green light. Evidence at trial showed that the State of California did not provide enough time for pedestrians to cross the street legally. Our client suffered significant injuries including a permanent brain injury.

**Passenger v. Ford Motor Company – $18.3 million verdict**

Our client, a 34-year-old musician, was a belted rear passenger in a 15-person van when he was paralyzed during a rollover due a defective seat latch.

**Passenger v. Engineering Company – $15.3 million verdict**

Our teenage client suffered severe brain injuries due to a defectively designed roadway.

**Family v. City of San Francisco – $15 million verdict**

We represented the families of an adult and four children under 7-years-old who perished in a fire that was allowed to spread due to inadequate maintenance in a public housing unit in San Francisco.

**Pedestrian v. Driver – $10.5 million**

Our client was struck by a left-turning transport truck while within the crosswalk.  He suffered massive injuries requiring multiple surgeries as well as a traumatic brain injury.

**Husband and Wife v. State of California – $8.257 million**

An uninsured motorist who crossed over a median on a California highway struck our clients that we contended should have had a median barrier.  Investigation revealed that the significant accident history called for a median barrier under California road design standards, but the State failed to install one and prevent this collision.  Our client suffered significant orthopedic injuries and a traumatic brain injury.

**Parents v. City of San Francisco and State of California – $7.1 million**

All three of plaintiffs' children (aged 11, 17, and 20) were killed when a tow truck catapulted off a road next to a freeway in San Francisco and landed on the vehicle carrying the children, killing them instantly.  After the lawsuit, the defendants fixed the roadway condition that caused the accident so that this never happens to another family.

**Doe v. Pepper Spray Manufacturer – $6.225 million**

Our 22-year-old client was attacked by a Rottweiler while walking on the sidewalk, suffering major injuries including Complex Regional Pain Syndrome.  Her pepper spray failed to activate due to a defect in design.

**Bystander v. Construction Company – $5.3 million**

Our 26-year-old client was severely injured when she was struck by an errant piece of lumber at a worksite.

**Driver and Passenger v. State of California – $5.2 million**

A crossover vehicle seriously injured couple, and the State was liable due to the absence of a median barrier.