THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN, #160562
501 W. Broadway, Ste. 1490
San Diego, CA  92101
Telephone:  (619) 501-6550
andrewb@thebrownlawfirm.com

THE BRANDI LAW FIRM
THOMAS J. BRANDI, #53208
TERENCE D. EDWARDS, #168095
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801

*Attorneys for Plaintiff Domenic Lombardo and Proposed Interim Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER ON LOMBARDO PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**<br><br>Date: March 28, 2019<br>Time: 9:00 A.M.<br>District Judge Edward J. Davila<br><br>First Comp. filed:  August 17, 2018<br>Trial Date:    None Set<br><br>**JURY TRIAL DEMANDED** |

[PROPOSED] ORDER ON LOMBARDO PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

I conducted a hearing on motion for appointment of interim co-lead counsel on March 28, 2019 filed by the Law Offices of Andrew Brown.  The motion is granted.

The Court appoints the Law Offices of Andrew Brown (Andrew J. Brown, attorney) and The Brandi Law Firm (Thomas J. Brandi and Terence D. Edwards, attorneys) as interim Co-Lead Counsel ("Co-Lead Counsel") for the putative class.

1. Duties and Powers of Co-Lead Counsel:  Co-Lead Counsel shall have the following responsibilities:

   a. To make, brief and argue motions, and to file papers and participate in proceedings initiated by other parties;

   b. To initiate, conduct and defend discovery proceedings;

   c. To act as spokesperson at pretrial conferences;

   d. To negotiate with defense counsel with respect to settlement and other matters;

   e. To call meetings of counsel for Plaintiffs in this action;

   f. To make all work assignments to Plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

   g. To conduct trial and post-trial proceedings;

   h. To consult with and employ experts;

   i. To request that the Court approve settlements, if any, and fee awards;

   j. To allocate fees;

   k. To perform such other duties and to undertake such other responsibilities as it deems necessary or desirable in the prosecution of this litigation; and

2

[PROPOSED] ORDER ON LOMBARDO PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

l. To coordinate and communicate with Defendant's counsel with respect to matters addressed in this paragraph and subparts.

2. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Co-Lead Counsel and no Plaintiff(s)' counsel shall be authorized to perform any work in the case without the express authorization of Co-Lead Counsel.

3. Co-Lead Counsel shall have sole authority to communicate with Defendant's counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendant's counsel may rely on all agreements made with Co-Lead Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

4. Nothing herein shall limit the requirements on any Plaintiff and their counsel, or shall pertain to whether this action should be certified as a class action, whether any Plaintiff is an adequate representative of any class that may be certified, or whether a Plaintiff's counsel is adequate counsel for any such class.

5. Nothing herein shall limit Defendant's right to oppose the certification of any class or the final appointment of any class representative or class counsel.

6. The terms of this Order shall not prejudice or constitute a waiver by any party of any claims in or defenses to this action.

IT IS SO ORDERED.

DATED: _____, 2018         _____
                                             The Hon. Edward J. Davila
                                             United States District Judge