Tina Wolfson SBN 174806
twolfson@ahdootwolfson.com
Alex R. Straus SBN 321366
astraus@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: 310-474-9111; Fax: 310-474-8585

*Counsel for Plaintiff, Aichi Ali, individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF APPOINTMENT OF INTERIM CLASS COUNSEL** |
|---|---|

I, Tina Wolfson, declare as follows:

1.      I am a member in good standing of the California State Bar and a partner in the law firm of Ahdoot & Wolfson, PC, counsel for plaintiffs in *Ali v. Google Inc.*, No. 5:18-CV-06262 (N.D. Cal.) and proposed Interim Co-Lead Counsel in these proceedings.  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      I attest that the statements about my extensive relevant experience and expertise serving as leadership in complex class action cases contained in Plaintiffs' Motion for Appointment of Interim Class Counsel are true and accurate.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of my resume, which describes my experience in class actions and other complex litigation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of December, 2018 in Los Angeles, California.

*/s/  Tina Wolfson*
Tina Wolfson

# EXHIBIT 1



# AHDOOT & WOLFSON, PC
ATTORNEYS



### Tina Wolfson, Founding Partner

Ms. Wolfson was born in the former Soviet Union and her family escaped when she was eleven. Seven years after her family arrived to the United States as indigent political refugees, without speaking any English, she attended Columbia College and graduated *cum laude*. She then attended and graduated Harvard Law School *cum laude* in 1994. Ms. Wolfson began her civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. She then gained further invaluable litigation and trial experience at a boutique firm, focusing on representing plaintiffs on a contingency basis in civil rights and employee rights cases.

In March 1998, Ms. Wolfson and Robert Ahdoot founded Ahdoot & Wolfson, PC ("AW"). AW is a nationally recognized firm specializing in advocating consumer and employee rights. The attorneys at AW are experienced litigators who have vindicated the rights of millions of consumers and employees in protracted, complex litigation, to successful results. AW has been appointed to the leadership teams in numerous class actions.

Ms. Wolfson has been prosecuting cutting edge privacy cases on behalf of consumer classes since the late 1990's. She was among the first group of attorneys who successfully litigated the privacy rights of millions of consumers against major financial institutions (Chase Manhattan Bank, American Express, MBNA America Bank, Discover Bank, and Washington Mutual Bank, among others) based on the compilation and sale of detailed personal financial data to third party telemarketers without the consumers' consent. While such practices later became the subject of Gramm-Leach-Bliley Act regulation, at the time we were prosecuting these cases before the Hon. Richard R. Kramer (Ret.) in the complex Litigation department of San Francisco Superior Court, such practices were hidden from public scrutiny.

Ms. Wolfson and AW have extensive experience in leadership roles prosecuting consumer data breach and privacy class actions, including consolidated multidistrict litigation. As co-lead counsel in the *Experian Data Breach Litigation*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.), (Hon. Andrew J. Guilford), which affected nearly 16 million class members, Ms. Wolfson achieved the preliminarily approved settlement conservatively valued at over $47 Million.  Each class member is entitled to two years of additional premium credit monitoring and ID theft insurance (to begin whenever their current credit monitoring product, if any, expires) plus monetary relief (in the form of either documented losses or a default payment for non-documented claims).  Experian is also providing robust injunctive relief.

Ms. Wolfson is currently serving on the Plaintiffs' Executive Leadership Committee in the *Premera Blue Cross Customer Data Sec. Breach Litig.*, No. 3:15-cv-2633-SI (D. Or.) (Hon. Michael H. Simon), arising from a data breach disclosing the sensitive personal and medical information of 11 million Premera Blue Cross members, in which the plaintiffs' motion for class certification has been fully briefed and argued. In *The Home Depot, Inc., Customer Data Sec. Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga.) (Hon. Thomas Thrash), Ms. Wolfson served on the consumer PSC, which resulted in a $29 million settlement fund and as robust injunctive relief to the consumer class.

In *Remijas v. Neiman Marcus Group, LLC*, 794 N.E.3d 688 (7th Cir. 2015), Ms. Wolfson and AW were responsible for briefing and arguing the groundbreaking appeal from the trial court's order, which had granted the motion to dismiss on the pleadings based on lack of Article III standing. The Seventh Circuit's opinion was its first to address the Supreme Court's decision in *Clapper v. Amnesty Int'l USA*, 568 U.S. 398 (2013), rejecting *Clapper*'s view and establishing that data breach victims have standing to pursue claims based on the increased risk of identity theft and fraud, even before that theft or fraud materializes. After the Court declined to approve an initial settlement, the parties reached a new settlement in principal and hope to file an amended settlement agreement and preliminary approval motion prior to end of 2018.

Ms. Wolfson and AW secured a finally approved class settlement in the *YapStone Data Breach* case, No. 4:15-cv-04429-JSW (N.D. Cal.) (Hon. Jeffrey S. White), which included credit monitoring and identity theft services valued at approximately $4.5 million annually in perpetuity, a non-reversionary fund to non-profit organizations, and injunctive relief requiring YapStone to implement substantial data security measures. AW also contributed considerable effort to vetting hundreds of potential class representatives, legal research involving the different state laws in play, the consolidated complaint, and significant discovery efforts in the *Target Corp. Customer Data Sec. Breach Litig.*, No. 0:14-md-02522-PAM (D. Minn.), where a revised settlement agreement and final approval was recently affirmed by the 7th Circuit. Ms. Wolfson also served by appointment on the Executive Committees in consolidated class actions claiming violations of the California Confidentiality of Medical Information Act ("CMIA"). *Whitaker v. Health Net*, No. 2:11-cv-00910-KJM (E.D. Cal.); *Sutter Medical Information Cases*, No. JCCP 4698 (Cal. Super. Ct., Sacramento Cty.).

In the *U.S. Office of Pers. Mgmt. Data Sec. Breach Litig.*, No. 1:15-mc-01394-ABJ (D.D.C.) (Hon. Amy Berman Jackson), she is currently serving, by court appointment, on the PSC, also after a contested leadership application and hearing; the court's order of dismissal is on appeal to the D.C. Circuit. Ms. Wolfson also is serving in leadership and executive committee roles in numerous other class actions arising from data breaches: *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA-MLC (D. Colo.) (co-lead counsel for putative consumer class arising from nationwide restaurant payment card data breach); *Adlouni v. UCLA Health Sys. Auxiliary*, No. BC589243 (Cal. Super. Ct. Los Angeles Cty. ("LASC")) (appointed to PSC for plaintiff class allegedly impacted by university medical data breach; settlement in principle pending); *L.D. v. Torrance Mem'l Med. Ctr.*, No. BC670591 (LASC) (co-lead counsel in consolidated class action arising from private hospital's medical data breach); *S.A. v. Wash. State Univ.*, No. 17-2-23244-1 SEA (Wash. Super. Ct., King Cty.) (co-lead counsel in consolidated class action arising from data breach of personal information from state research storage facility).

Ms. Wolfson and AW are serving as plaintiffs' counsel in consumer privacy rights cases involving the right to control the collection and use of biometric information, successfully opposing motions to dismiss based on lack of standing: *Rivera v. Google, Inc.*, No. 1:16-cv-02714 (N.D. Ill.); *Monroy v. Shutterfly, Inc.*, No. 1:16-cv-10984 (N.D. Ill.). AW has also enjoyed success in cases prosecuting consumer rights pursuant to the Telephone Consumer Protection Act of 1991 ("TCPA"). *Chimeno-Buzzi v. Hollister Co*, No. 1:14-cv-23120-MGC (S.D. Fla.) (Hon. Marcia G. Cooke) ($10 million non-reversionary fund and significant injunctive relief settlement); *Melito v. American Eagle Outfitters, Inc.*, No. 1:14-cv-02240-VEC (S.D.N.Y.) ($14.5 million non-reversionary settlement; final approval under appeal).

In addition to privacy-related class actions, AW has been appointed lead counsel in numerous other

2

complex consumer class actions. In *Eck v. City of Los Angeles*, No. BC577028 (Los Angeles County Superior Court) (Hon. Ann Jones), AW was appointed Class Counsel in a $295 million finally-approved settlement arising from the City's alleged violations of California's Propositions 218 and 26. In *Kirby v. McAfee, Inc.*, No. 14-cv-02475-EJD (N.D. Cal.) (Hon. Edward J. Davila), AW was appointed co-lead class counsel in a case arising from McAfee's auto renewal and discount practices; the settlement made $80 million available to the class and required McAfee to notify customers regarding auto-renewals at an undiscounted subscription price and change its policy regarding the past pricing it lists as a reference to any current discount.

In *Pantelyat v. Bank of Am., N.A.*, No. 1:16-cv-08964-AJN (S.D.N.Y.) (Hon. Alison J. Nathan), AW is serving as counsel for plaintiffs in a class action arising from allegedly improper overdraft fees; final approval of a $22 million class settlement is pending, representing approximately 80% of total revenues gleaned by the bank's alleged conduct. In the *Lumber Liquidators Chinese-Manufactured Flooring Durability Mktg. & Sales Practices Litig.*, No. 1:16-md-02743-AJT-TRJ (E.D. Va.), AW is serving as class counsel arising from alleged misrepresentations of laminate flooring durability, which is coordinated with MDL proceedings regarding formaldehyde emissions; the parties' $36 million settlement has been finally approved. In *McKnight v. Uber Techs., Inc.*, No. 3:14-cv-05615-JST (N.D. Cal.) (Hon. Jon S. Tigar), AW is serving as plaintiffs' counsel arising from "safe ride" fees charged to Uber customers, in which a settlement for $32.5 million is pending final approval. In *Smith v. Floor & Decor Outlets of Am., Inc.*, No. 1:15-cv-04316-ELR (N.D. Ga.), AW served as plaintiffs' counsel for a $14 million class settlement arising from alleged toxic emissions from flooring.

Ms. Wolfson's success as class counsel in many other matters has conferred millions of dollars in benefits and injunctive relief to the class. *E.g.*, *Skeen v. BMW of N. Am., LLC*, No. 2:13-cv-01531-WHW-CLW (D.N.J.) (arising from MINI Coopers with allegedly defective timing chain; uncapped settlement fund for warranty extension, reimbursement for repairs, and compensation for sale at a loss); *In re: Uber FCRA Litig.*, No. 3:14-cv-05200-EMC (N.D. Cal.) (final approval pending for $7.5 million settlement, including injunctive relief guaranteeing Uber's compliance with FCRA background check requirements); *Cassidy v. Reebok International Ltd.*, No. 2:10-cv-09966-AHM (C.D. Cal.) ($25 million nationwide settlement of apparel false advertising case); *Carey v. New Balance Athletic Shoe, Inc.*, Nos. 1:11-cv-10632-LTS & 1:11-cv-10001-LTS (D. Mass.) ($3.7 million nationwide settlement of apparel false advertising case); *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. 2:11-cv-8276-JAK-PLA (C.D. Cal.) ($9 million nationwide settlement, with injunctive relief in the form of product labeling changes, and periodic audits to assure compliance with labeling representations); *Trammell v. Barbara's Bakery, Inc.*, No. 3:12-cv-02664-CRB (N.D. Cal.) ($4 million nationwide settlement of food false advertising case); *West v. ExamSoft Worldwide Inc.*, No. 14-cv-22950-UU (S.D. Fla.) ($2 million nationwide settlement arising from bar exam software error).

Ms. Wolfson frequently lectures on numerous class action topics across the country. Her notable speaking engagements include: Class Action Mastery Forum at the University Of San Diego School of Law (Data Breach/Privacy Class Action Panel) January 16, 2019; Association of Business Trial Lawyers: "Navigating Class Action Settlement Negotiations and Court Approval: A Discussion with the Experts," Los Angeles May 2017, featuring Hon. Philip S. Gutierrez and Hon. Jay C. Gandhi; CalBar Privacy Panel: "Privacy Law Symposium: Insider Views on Emerging Trends in Privacy Law Litigation and Enforcement Actions in California," Los Angeles Mar. 2017 (Moderator), featuring Hon. Kim Dunning; Federal Bar Association: N.D. Cal. Chapter "2016 Class Action Symposium," San Francisco Dec. 2016 (Co-Chair), featuring Hon. Joseph F. Anderson, Jr. and Hon. Susan Y. Illston; Federal Bar Association: "The Future of Class Actions: Cutting Edge Topics in Class Action Litigation," San Francisco Nov. 2015 (Co-Chair & Faculty), featuring Hon. Jon S. Tigar and Hon. Laurel Beeler.

Ms. Wolfson currently serves as Lawyer Representative for the Ninth Circuit (Central District of California), on the Federal Litigation Section of the Federal Bar Association, and on the board of Public Justice.