1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION<br><br>This relates to All Actions. | Case No. 5:18-cv-05062-EJD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ROSEMARY M. RIVAS FOR APPOINTMENT AS INTERIM COUNSEL**<br><br>Date:     March 28, 2019<br>Time:    9:00 a.m.<br>Judge:   Hon. Edward J. Davila<br>Crtrm:   4 – 5th Floor |

Case No. 5:18-cv-05062-EJD
[PROPOSED] ORDER GRANTING MOTION OF ROSEMARY M. RIVAS FOR APPOINTMENT AS INTERIM COUNSEL

1.	This matter came before the Court on competing motions to appoint Interim Counsel submitted by various Plaintiffs' counsel. Having considered all timely submissions, Federal Rule of Civil Procedure 23(g), and having considered oral argument during the hearing held on March 28, 2019, the Court hereby appoints as Interim Counsel:

>	Rosemary M. Rivas
>	LEVI & KORSINSKY, LLP
>	44 Montgomery Street, Suite 650
>	San Francisco, California 94104

2.	**Duties of Interim Counsel**:

Pursuant to Federal Rule of Civil Procedure 23(g)(4), Interim Counsel must fairly and adequately represent the interests of the Class(es).  Interim Counsel also shall be generally responsible for coordinating the activities of the proposed Class(es) during pretrial proceedings and shall have the sole authority to:

a.	determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by designees) to the Court and opposing parties the position of the proposed Class(es) on all matters arising during pretrial proceedings;

b.	coordinate the initiation and conduct of discovery on behalf of the proposed Class(es) consistent with the requirements of the Federal Rule of Civil Procedure 26 including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

c.	conduct settlement negotiations on behalf of the proposed Class(es);

d.	delegate specific tasks to other plaintiffs' counsel in a manner to ensure that pretrial preparation for the proposed Class(es) is conducted efficiently and effectively;

e.	enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

f.	maintain adequate time and disbursement records covering services as Interim Counsel, and also, that at least quarterly, collect any such time and disbursement records from other firms authorized to work on this matter; and

g.	perform such other duties as may be incidental to proper coordination of the

proposed Class(es) pretrial activities or authorized by future order of Court.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                  Hon. Edward J. Davila
                                                  United States District Court Judge