IVY T. NGO (249860)
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone:     (303) 757-3300
Facsimile:     (720) 213-5131
ngoi@fdazar.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD <br><br> **CLASS ACTION** <br><br> **DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION OF LESLIE LEE, STACY SMEDLEY AND FREDRICK DAVIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF INTERIM LEAD COUNSEL** <br><br> Date:   March 28, 2019 <br> Time:   9:00 A.M. <br> Judge:   Hon. Edward J. Davila <br> Courtroom: 4, 5th Floor |

Ivy T. Ngo, for her declaration, states:

   1.   I am an attorney licensed to practice law before all courts in the state of California and before this Court. I am a senior attorney in the law firm of Franklin D. Azar & Associates, P.C. ("FDAzar"), attorneys of record for Plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis ("Plaintiffs") (Case no. 5:18-cv-06416).

---

DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF
CASE NO. 5:18-CV-05062-EJD

1     2.    I respectfully submit this declaration in support of Plaintiffs' Motion for Lead Counsel, attached hereto. All matters stated herein are personally known to me, and if called as a witness in the above-captioned matter, I could testify competently thereto.

    3.    Founded in 1987, FDAzar is one of the biggest plaintiffs' firms in Colorado with over fifty attorneys. FDAzar is well known in the class action community. For over 30 years, our attorneys have protected the rights of individuals who have been taken advantage of by big corporations, and during that time, have secured over $1.5 billion in compensation for those individuals – including over $750 million from Walmart Inc. in a wage and hour dispute that spanned approximately 26 states. In addition, FDAzar has been and is involved in class actions against other large corporations like the Hewlett-Packard Company, Wells Fargo & Company, Facebook Inc., Edward D. Jones & Co., L.P., Flex Ltd., and 401k providers. Our class action group is staffed with experienced and knowledgeable attorneys who focus on litigating large, complex cases on behalf of consumers, employees, and investors who have suffered losses. A true and correct copy of FDAzar's class action profile containing biographical information on FDAzar's class action attorneys is attached as exhibit 1.

    4.    In obtaining these results, FDAzar has demonstrated a commitment to fight through lengthy litigation against well-respected and resourceful defendants.

    5.    I am the head of FDAzar class action group. Currently, I am lead attorney in *In re Edward D. Jones & Co., L.P. Securities Litigation*, *Kipling v. Flex Ltd.*, and *Armando Herrera et al. v. Wells Fargo Bank, N.A.*

    6.    My personal experience litigating complex, large-scale cases, particularly in positions of leadership, has prepared me to contribute and lead this litigation. Prior to joining FDAzar, I practiced as a class action attorney for over ten years at Robbins Geller Rudman & Dowd LLP in its San Diego, California office, where I played a key role in the successful prosecution of securities fraud cases resulting in hundreds of millions of dollars in recoveries for injured investors. Among others, those cases include *In re Cardinal Health, Inc. Sec. Litig.* ($600 million recovery); *Jones v. Pfizer Inc.* ($400 million recovery); *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.* ($388 million recovery); *In re HealthSouth*

1  *Corp. Sec. Litig.* ($250.5 million recovery); *Silverman v. Motorola, Inc.* ($200 million
2  recovery); *In re MGM Mirage Securities Litigation* ($75 million recovery); *Massachusetts
3  Bricklayers and Masons Trust Funds et al v. Deutsche Alt-A Securities Inc et al.*, ($32.5 million
4  recovery); *City of Ann Arbor Employees' Retirement System et al. v. Citigroup Mortgage Loan
5  Trust Inc. et al.* ($25 million recovery), *In re Genworth Financial, Inc. Sec. Litig.* ($20 million
6  recovery); and *Shankar v. Imperva, Inc.* ($19 million recovery).

7        7.    My experience has made me very knowledgeable about the various stages of e-
8  discovery in class actions, including collecting and identifying relevant electronically stored
9  information, utilizing predictive coding, conducting privilege and responsiveness reviews, and
10 preparing for depositions and trial.

11       8.    I also recognize that complex and class litigation requires significant
12 commitment of personnel and financial resources. FDAzar has the personnel and financial
13 resources required to litigate this case to achieve a successful outcome, and I am committed to
14 using the full resources of our firm to support this case. Our firm's experience in complex
15 litigation has taught us that open, frequent communication—both inter- and intra-firm—is the
16 key to minimizing duplication of work and maximizing the benefits to the class. We are fully
17 prepared to undertake our share of the leadership, work, and costs necessary to support the
18 successful resolution of this litigation.

19       9.    FDAzar's experience demonstrates that it is well-qualified to present case
20 management suggestions to the court, to work with all counsel to develop and implement a
21 litigation plan, to initiate and complete discovery, to conduct principal examination of
22 deponents, to employ experts, to arrange for litigation support services, and to ensure that all
23 deadlines are timely met.

24       10.    FDAzar will also manage the litigation effectively and efficiently, avoid
25 duplication of labor, assign tasks to attorneys and other firms commensurate with their
26 experience and expertise, and employ a timekeeping and reporting protocol compliant with the
27 Court's order.

28

11. FDAzar's standard hourly rate for attorneys and professional support staff are the same rates charged for its services in non-contingent matters and/or which have been accepted in other complex litigation, including securities and shareholder litigation. Should Plaintiffs obtain a common fund recovery in this action, FDAzar would generally request attorneys' fees within the range of the standard Ninth Circuit benchmark of 25% absent unusual circumstances necessitating a greater deviation. Should Plaintiffs seek recovery of attorneys' fees based on the lodestar or other method, FDAzar would seek payment at or near its regular hourly rates, adjusted as appropriate commensurate with the prevailing rates charged by practitioners for complex litigation for their level of experience within the relevant legal market, and/or by other factors considered by the court.

12. FDAzar has demonstrated its commitment to this case by conducting a detailed investigation into the nature of the alleged improper tracking by Google after being retained by Plaintiffs.

13. I work hard to earn the respect of my peers. I have been recognized as a Super Lawyer "Rising Star" for 2015-2018 and a Super Lawyer for 2019.

14. I am also committed to my legal community. I am a proud member of the American Association for Justice and the National Trial Lawyers. This year, I was on the host committee for the National Consumer Law Center's Consumer Rights Litigation Conference and was on a class action panel where I discussed ethical billing practices. I continue to speak for and support my legal community.

15. My firm has a proven track record. We will provide the resources necessary to zealously advocate for the interests of the putative class here. We are committed to making this case a focus of our litigation efforts and to litigating it to a successful conclusion on behalf of the putative class. We will also take the steps necessary to efficiently handle this case, and to avoid duplication of work and unnecessary expense. It would be a privilege to serve in a leadership role on behalf of the Plaintiffs in this class action.

1  I declare under penalty of perjury under the laws of the State of California that the
2  forgoing is true and correct.
3  Executed on December 13, 2018.

*/s/ Ivy T. Ngo*
Ivy T. Ngo (249860)
Email:   ngoi@fdazar.com

DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF
CASE NO. 3:18-CV-06416-NC        4