**EXHIBIT 1**

## FRANKLIN D. AZAR & ASSOCIATES, P.C.

Franklin D. Azar & Associates, P.C. ("FDAzar") is one of the largest plaintiff law firms in Colorado, with over 40 attorneys and experience in complex cases in all 50 states. Although FDAzar is primarily known in Colorado for handling personal injury cases, the firm has successfully litigated class actions, mass torts, securities, product liability, cases involving medical devices and pharmaceutical drugs, and wage and hour cases across the country.

While many firms file class actions, FDAzar has successfully taken to trial three related class action cases resulting in verdicts totaling over $400 million. At the time, the $188 million verdict against Walmart in 2006 for labor violations was one of the largest plaintiffs' verdicts ever in the U.S. The case was affirmed by the Pennsylvania Supreme Court and denied certiorari by the U.S. Supreme Court. Walmart paid the judgment of over $300 million in 2016. A similar case against Walmart in Oakland, California, resulted in a judgment of $198 million, and in Minnesota a $54 million settlement was obtained after a three-month, bifurcated trial on liability.

Mr. Azar and FDAzar were the lead attorneys and lead law firm representing plaintiffs in class actions against Walmart in Arizona, Colorado, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Michigan, Mississippi, Missouri, New Jersey, New Mexico, North Carolina, South Carolina, North Dakota, Oklahoma, Tennessee, Texas, and Wisconsin, ultimately obtaining more than $1.5 billion in settlements for Walmart employees. Mr. Azar worked with and was responsible for the national planning and trial coordination for more than fifty top plaintiffs' law firms in coordinating nationwide litigation.

Currently, FDAzar is litigating class actions involving securities, mismanagement of 401(k) retirement plans, consumer claims, and bad-faith insurance claims. The firm is also representing plaintiffs in the California wildfire litigation against PG&E. A list of notable past and current class action cases in which the firm has been involved is attached to this resume. The following are the biographies of the attorneys in the class action department.

## INDIVIDUAL BIOGRAPHIES

### Franklin D. Azar

Mr. Azar is a Phi Beta Kappa graduate, with a B.A. *cum laude*, from the University of Colorado. He received his Juris Doctorate from the University of Denver in 1982 and served as the Assistant District Attorney for the Third Judicial District before entering private practice and launching his own firm in 1987. He has litigated cases in all 50 states and internationally in Germany and South Africa.

In 2013, Mr. Azar tried one of the largest individual cases against a helmet manufacturer on record in Trinidad, Colorado, securing an $11.5 million verdict, with $3.1 million of the award against Riddell, the primary provider of helmets to the National Football League. Prior to that no one had successfully won against Riddell.

1

Mr. Azar is on the Plaintiffs' Steering Committee in *IN RE: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, 3:11-md-02244-K, U.S. District Court, Northern District of Texas. This case has resulted in over $2 billion in verdicts against Depuy.

Mr. Azar is licensed in Colorado and Texas and is a member of the federal bar in numerous district courts, including courts in the 10th Circuit, 9th Circuit, and 5th Circuit. He is an Eagle member of the Colorado Trial Lawyers Association and the American Association of Justice.

**Ivy T. Ngo**

Ms. Ngo received her Bachelor of Arts degree in English with departmental honors and a minor in neuroscience from the University of California, Los Angeles in 2003 and her Juris Doctorate from the Rutgers University School of Law-Camden in 2006. She is admitted to the State Bar of California and is licensed to practice in all state and U.S. District Courts for the District of California as well as the U.S. District Courts for the District of Colorado and the District of Maryland. She is also registered to practice before the U.S. Patent and Trademark Office.

Before joining FDAzar, Ms. Ngo successfully prosecuted numerous securities fraud cases and resulting in hundreds of millions of dollars in recoveries for injured investors. Those cases include *In re Cardinal Health, Inc. Sec. Litig*. ($600M recovery); *Jones v. Pfizer Inc.* ($400M recovery); *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co., et al.* ($388 million recovery); *In re HealthSouth Corp. Sec. Litig.* ($250.5M recovery); *Silverman v. Motorola, Inc.* ($200M recovery); *In re MGM Mirage Securities Litigation* ($75M recovery); *Massachusetts Bricklayers and Masons Trust Funds et al v. Deutsche Alt-A Securities Inc et al.,* ($32.5M recovery); *City of Ann Arbor Employees' Retirement System et al. v. Citigroup Mortgage Loan Trust Inc. et al.* ($25M recovery*), In re Genworth Financial, Inc. Sec. Litig.* ($20M recovery); and *Shankar v. Imperva, Inc.* ($19M recovery). Ms. Ngo was a member of the team that obtained class certification in the following cases: *Silverman v. Motorola, Inc*., No. 07 C 4507, 259 F.R.D. 163 (N.D. Illinois 2009); *Mary K. Jones v. Pfizer Inc., et al.*, Civil Action No. 1:10-cv-03864-AKH, (S.D.N.Y. March 29, 2012); *In re Genworth Financial, Inc. Securities Litigation*, Master File No. 1:14-cv-02392-AKH, Doc. 118 (S.D.N.Y. March 7, 2014); and *Fort Worth Employees' Retirement Fund v. J.P. Morgan Chase & Co*., No. 1:09-cv-0371-JPO, 301 F.R.D. 116 (S.D.N.Y. September 2014).

Currently, Ms. Ngo represents investors in securities class actions against Edward D. Jones & Co., L.P. and Flex Ltd. and consumers in a class action against Wells Fargo Bank, N.A. Ms. Ngo has been named a Super Lawyer "Rising Star" each of the past four years.

**Paul R. Wood**

Mr. Wood has successfully represented public and private companies and individuals in cases involving violations of state and federal securities fraud laws, breach of fiduciary duty, oppression of minority shareholders, valuation and accounting issues, director and officer liability, corporate governance, suitability of investments, and mortgage derivative products. Mr. Wood currently represents 401(k) plan participants against plan sponsors for breaches of their ERISA fiduciary duties in class action cases across the country, including cases involving

2

underperformance of proprietary mutual funds, improper share classes and excessive fees. Mr. Wood has been lead counsel in more than 40 trials and arbitrations.

Mr. Wood graduated from the University of Colorado (Boulder) and the Denver University Sturm College of Law. Mr. Wood is AV-rated by Martindale Hubbell and has been named a Colorado Super Lawyer numerous years.

### **Kelly A. Hyman**

Ms. Hyman focuses her practice on consumer class action lawsuits. Prior to joining FDAzar, Ms. Hyman represented clients in a class action concerning American Spirit (Santa Fe Natural Tobacco Company Marketing and Sales Practices) pending in the U.S. District Court for the District of New Mexico and was on its discovery committee. She also has extensive experience in mass tort and complex litigation, having represented hundreds of claimants in claims and individual actions filed in state and federal courts involving water contamination, tobacco and Transvaginal Mesh and Bladder Slings (including products sold by Bard, Coloplast, Johnson & Johnson/Ethicon, Mentor, Boston Scientific, AMS and ARIS). She was a member of multiple discovery committees where she performed common benefit services for various mass torts projects.

Ms. Hyman graduated from the University of California, Los Angeles with a B.A. in Communications and received her Juris Doctor degree cum laude from the University of Florida, Levin College of Law. She clerked for the Honorable Robert Mark, United States Bankruptcy Judge for the Southern District of Florida, and the Honorable Brian Sandoval, now the Governor of Nevada, when he was a United States District Court Judge.

Ms. Hyman has received an AV Preeminent rating from Martindale-Hubbell.

### **Joshua E. Moyer**

Mr. Moyer received his Bachelor of Arts degree from Ursinus College in 2001, where he was awarded All-American and Academic All-American honors as a student-athlete, and his Juris Doctorate from the University of San Diego School of Law in 2008, where he assisted low-income clients at the USD Legal Clinic and clerked for the San Diego District Attorney's Office. He is admitted to the State Bar of California and is licensed to practice in all state and U.S. District Courts for the District of California.

Before joining FDAzar, Mr. Moyer worked on a variety of multi-party, multi-district, and complex litigations and contributed to the successful prosecution of cases protecting the rights of shareholders, defending market integrity and recovering millions of dollars. Such cases include *In Re Forex Antitrust, Case No. 13-cv-*7789 (alleging manipulation of dozens of foreign exchange rates over decades, in violation of the Sherman Antitrust Act, 15 U.S.C. §§1, 3, and the Commodity Exchange Act, 7 U.S.C. §§1; over $1.1B in settlements recovered to date) and *In re National Prescription Opiate Litigation., No. 17-md-02804* (N.D. Ohio Jan. 4, 2018) (alleging the use of Big Tobacco-style marketing of prescription drugs by several pharmaceutical companies to increase sales, leading to widespread addiction and otherwise avoidable deaths).

Other cases in which Mr. Moyer contributed to the recovery of funds for shareholders include: *Schuh v. HCA Holdings, Inc*., *No. 3:11-cv-01033 (M.D. Tenn.)* (§§11, 12(a)(2) & 15 of the Securities Act of 1933 claims, $215M recovery); *In re Bridgepoint Educ., Inc. Sec.*

*Litigation., No. 3:12-CV-1737 JM (WMC), 2013 U.S. Dist. LEXIS 131423 (S.D. Cal. Sept. 13, 2013)* (§§10(b) and 20(a) and Rule 10b-5 of the Securities Exchange Act of 1934, $15.5M recovery); *Low v. Trump University LLC and Donald J. Trump , No. 10-cv-0940 GPC-WVG (S ... .D. Cal.)/Cohen v. Donald J. Trump, No. 13-cv-2519-GPC-WVG (S.D. Cal.)* ($21M recovery); *Willis v. Big Lots, Inc., et al., Case No. 2:12-cv-604, Opinion and Order (S.D. Ohio Mar. 17, 2017)* ($38M recovery); and *In re ViroPharma Incorporated Securities Litigation, Civil Action No. 2:12-02714 (E.D. Penn)* ($8M recovery).

Mr. Moyer was also part of the teams of attorneys obtaining class certification in the pending case of *Hsingching Hsu v. Puma Biotechnology, Inc.* (Trial set for 2018), which alleges violations of the Securities Exchange Act of 1934. He also contributed to the prosecution of two ongoing antitrust cases involving the manipulation of the price of commodities on a global scale: *In re Liquid Aluminum Sulfate Antitrust Litigation., No. 2:16-md-02687 (S.D.N.Y.)* and *In Re Aluminum Antitrust, 13-md-2481 (KBF) and all related cases*.

Currently, Mr. Moyer represents investors in a securities class action against Edward D. Jones & Co., L.P. and 40(k) plan participants in an ERISA class action against CenturyLink, Inc.

### Jonathan S. Parrott

Mr. Parrott received a Bachelor of Arts degree from Columbia University in New York in 2000 and a Juris Doctorate from the University of Iowa College of Law in 2005. He is licensed to practice in California, Colorado, and New York, as well as numerous federal courts.

Mr. Parrott is currently Class Counsel in *Jeffrey Wall, etc. v. HP, Inc.*, formerly known as Hewlett-Packard Company, and Hewlett Packard Enterprise Company, Superior Court of California, County of Orange, Case No. 30-2012-00537897, which involves untimely commission payments to thousands of California sales employees. While at FDAzar, he has also worked on class and putative class actions involving bad faith claims, 401(k) ERISA plans, and improper loan practices, such as the ongoing *Camacho et al. v Wells Fargo Dealer Services et al.* which involves allegations that Wells Fargo improperly forced motor vehicle purchasers to purchase an insurance product they did not need, and *Ybarra, et al. v. Board of Trustees of Supplemental Income Trust Fund, et al.*, U.S. District Court, C.D. Cal., Case No. 17CV02091, in which the Court recently upheld the complaint alleging breach of fiduciary duties by the ERISA plan trust.

Prior to joining FDAzar, Mr. Parrott litigated wage and hour cases in New York, including participating in a rare class action that proceeded to trial in federal court: *Gortat, et al. v. Capala Brothers, Inc., et al.*, U.S. District Court, E.D.N.Y., Case No. 07CV3629, which resulted in an award of unpaid wages and overtime to a class of construction workers. At FDAzar and before, Mr. Parrott has tried multiple cases to successful verdicts, including, most recently, a $2.23 million jury award in *Stuart v. Wu*, U.S. District Court of Colorado, El Paso County, 2015CV31422

### James R. Rudolph

Mr. Rudolph graduated with Highest Honors with a Bachelor of Arts degree in Political Science in 1997 from the University of California, Santa Barbara, and earned his Juris Doctorate

from the California Western School of Law in 2005, where he received the American Jurisprudence Award for Community Property and American Legal History. He also has an LL.M from the University of San Diego School of Law, where he earned the American Jurisprudence Award for Public International Law and International Human Rights Law. He is licensed to practice in California and Washington, D.C.

Prior to joining FDAzar, Mr. Rudolph assisted in the successful prosecution of several securities class actions, including *Jones v. Pfizer Inc.* ($400 million recovery) and *In re Wachovia Preferred Securities and Bond/Notes Litig.* ($627 million recovery). He also has prior experience with multi-district litigation, including the *In re National Prescription Opiate Litigation*. Currently, he is litigating a consumer class action against Wells Fargo Bank, N.A.

### Keith R. Scranton

Mr. Scranton received his Bachelor of Science, *summa cum laude*, from Rensselaer Polytechnic Institute in 2006 and his Juris Doctorate from the University of Colorado School of Law in 2010. Mr. Scranton is licensed to practice in Colorado, and has been admitted to practice before the Sixth, Ninth, and Tenth Circuit U.S. Circuit Courts of Appeals, the U.S. District Court for the District of Colorado.

Mr. Scranton has represented plaintiffs at FDAzar as co-lead class counsel in class actions involving wage and hour violations and insurance bad faith, including *Jeffrey Wall, etc. versus HP, Inc., formerly known as Hewlett-Packard Company, Hewlett Packard Enterprise Company*, Superior Court of California, County of Orange, Case No. 30-2012-00537897; *Purdy v. MGA Ins. Co.*, D-0101-CV-200700309 (1st Judicial Dist., New Mexico); *Chavez et al v. Young American Ins. Co. et al*, D-202-CV-2011-06008 (2nd Judicial Dist., New Mexico); *Warlock v. Loya Ins. Co. et. al*, D-202-CV-2012-01260 (2nd Judicial Dist., New Mexico); *Adams et al v. Citicorp Credit Services, Inc. et. al*, 12-CV-00286 (M.D.N.C.); *Cannon et al v. Citicorp Credit Services Inc. et. al*, 12-CV-00088 (E.D. Tenn.); and *Zimmerman v. Citicorp Credit Services, Inc.*, 2012-CA-00909 (4th Judicial Circuit, Duval County, Florida). Mr. Scranton also serves as counsel on a number of ongoing putative class actions throughout the country. Mr. Scranton was part of the trial team at FDAzar that obtained an $11.5 million verdict on behalf of a student athlete in an action against one of the nation's largest football helmet manufacturers and his coaches.

### Brian Hanlin

Mr. Hanlin received his degree in journalism and minor in philosophy from Colorado State University in 2012 and his Juris Doctorate from the University of San Diego, School of Law in 2015, with a concentration in Intellectual Property. Mr. Hanlin is licensed to practice in Colorado and the U.S. District Court for the District of Colorado.

While at FDAzar, Mr. Hanlin has worked on class and putative class actions involving wage and hour violations, unfair and deceptive business practices, and securities violations, including *Jeffrey Wall, etc. versus HP, Inc., formerly known as Hewlett-Packard Company, and Hewlett Packard Enterprise Company*, Superior Court of California, County of Orange, Case No. 30-2012-00537897 (involving allegations of untimely commission payments to thousands of sales employees); *Armando Herrera v. Wells Fargo Bank, N.A.*, United States District Court for the Central District of California, Case No. 8:18-cv-00332-AG-MRW (involving allegations of

UDAP violations and unjust enrichment for the failure to properly refund consumers for GAP insurance); and *In re Edward D. Jones & Co., L.P. Securities Litigation*, United States District Court for the Eastern District of California, Case No. 18-cv-00714-JAM-AC (involving allegations of federal securities violations and breaches of fiduciary duty for reverse churning).

**Devyn R. Glass**

Ms. Glass graduated *cum laude* with a Bachelor of Arts degree in Political Science and a Minor in English from Louisiana Tech University in 2013. She earned her Juris Doctorate, *cum laude*, from Loyola University New Orleans College of Law in 2016, with a concentration in Entrepreneurship and Intellectual Property. While attending Loyola Law, Ms. Glass participated in an externship with the Propeller Project, assisting in the startup of local small businesses seeking to improve their communities, completed a judicial clerkship at the Louisiana Second Circuit Court of Appeals, and practiced as a Rule 20 Attorney for the Jefferson Parish District Attorney's Office. Ms. Glass is licensed to practice in New York, Washington D.C. and the U.S. District Courts for the District of Columbia and the District of Colorado.

While at FDAzar, Ms. Glass has worked on punitive class actions involving mismanagement of 401(k) plans under ERISA, including but not limited to: *Barrett v. Pioneer Natural Resources USA, Inc., Ybarra v. Board of Trustees of Supplemental Income Trust Fund*, *Stanley v. The George Washington University,* and *Birse v. CenturyLink, Inc.* She has also assisted in consumer class actions such as *Herrera v. Wells Fargo Bank, N.A.*, involving the failure to refund consumers for unearned GAP premiums; data breach class actions, *Olson v. Google LLC and Alphabet Inc.*, and *King v. Facebook, Inc.;* and class actions involving the improper collection and storage of geolocation information, *Lundy v. Facebook, Inc., Google, LLC, Alphabet, Inc., and Apple, Inc.*; and *Lee v. Google LLC, and Alphabet, Inc.*