DocuSign Envelope ID: 8CB87ABD-F24B-4A52-A950-6114E736B84D

IVY T. NGO (249860)
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone:    (303) 757-3300
Facsimile:    (303) 759-5203
ngoi@fdazar.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD |
| | **CLASS ACTION** |
| | **DECLARATION OF LESLIE LEE IN SUPPORT OF MOTION OF LESLIE LEE, STACY SMEDLEY, AND FREDERICK DAVIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF INTERIM LEAD COUNSEL** |
| | Dept.:   Courtroom 4 – 5th Floor |
| | Judge:  Honorable Edward J. Davila |
| | Date:   March 28, 2019 |
| | Time:  9:00 a.m. |

Leslie Lee, for her declaration, states:

1. I am the plaintiff in an action filed as Leslie Lee, Stacy Smedley, and Frederick Davis ("Plaintiffs") (Case no. 5:18-cv-06416) and submit this Declaration in support of Plaintiffs' Motion for Appointment of Ivy T. Ngo as Interim Class Counsel.

2. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

3. I am represented by Franklin D. Azar & Associates, specific, attorney Ivy T. Ngo, who is head of the class action department at that firm.

4. I retained Franklin D. Azar & Associates because of its reputation in the community and extensive class action experience.

5. I respectfully request that Ivy T. Ngo be appointed an interim counsel for the putative class.

6. Alternatively, I also support any structure and appointment that the Court believes is appropriate, which includes one where Ivy T. Ngo is a member of an interim steering and/or executive committee.

7. Ivy T. Ngo has a desire and passion to be involved in this litigation and she will fairly and adequately represent the interest of her clients, but also interests of the class.

8. I have confidence that if Ivy T. Ngo is appointed to be an interim class counsel, she will zealous advocate for the class members.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 13th day of December, 2018, in Cheyenne, Wyoming.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on December 13, 2018.

DocuSigned by:

LESLIE LEE

DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF