1  IVY T. NGO (249860)
2  FRANKLIN D. AZAR & ASSOCIATES, P.C.
   14426 East Evans Avenue
3  Aurora, CO 80014
   Telephone: (303) 757-3300
4  Facsimile: (303) 759-5203
   ngoi@fdazar.com
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD <br><br> **CLASS ACTION** <br><br> **DECLARATION OF STACY SMEDLEY IN SUPPORT OF MOTION OF LESLIE LEE, STACY SMEDLEY, AND FREDERICK DAVIS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF INTERIM LEAD COUNSEL** <br><br> Judge: Honorable Edward J. Davila <br> Dept.: Courtroom 4 – 5th Floor <br> Date: March 28, 2019 <br> Time: 9:00 a.m. |

Stacy Smedley, for her declaration, states:

1. I am the plaintiff in an action filed as Leslie Lee, Stacy Smedley, and Frederick Davis ("Plaintiffs") (Case no. 5:18-cv-06416) and submit this Declaration in support of Plaintiffs' Motion for Appointment of Ivy T. Ngo as Interim Class Counsel.

2. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

3. I am represented by Franklin D. Azar & Associates, specifically, attorney Ivy T. Ngo, who is head of the class action group at that firm.

4. I retained Franklin D. Azar & Associates because of its reputation in the community and extensive class action experience.

5. I respectfully request that Ivy T. Ngo be appointed an interim counsel for the putative class.

6. Alternatively, I also support any structure and appointment that the Court believes is appropriate, which includes one where Ivy T. Ngo is a member of an interim steering and/or executive committee.

7. Ivy T. Ngo has a desire and passion to be involved in this litigation and she will fairly and adequately represent the interest of her clients, but also interests of the class.

8. I have confidence that if Ivy T. Ngo is appointed to be an interim class counsel, she will be zealous advocate for the class members.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 13th day of December, 2018, in Denver, Colorado.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on December 13, 2018.

DocuSigned by:

_____
STACY SMEDLEY

DECLARATION OF IVY T. NGO IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD PLAINTIFF