IVY T. NGO (249860)
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone:      (303) 757-3300
Facsimile:      (720) 213-5131
ngoi@fdazar.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF INTERIM LEAD COUNSEL**<br><br>Date:          March 28, 2019<br>Time:          9:00 A.M.<br>Judge:        Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

The Court, having considered Plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis's Motion for appointment of Ivy T. Ngo of Franklin D. Azar & Associates, P.C. as Interim Lead Counsel ("Motion"), and having reviewed and considered the arguments and evidence submitted by all parties in connection with the motion, hereby grants the Motion. Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Motion is GRANTED.

2.      Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Franklin D. Azar & Associates, P.C. as Interim Lead Counsel in the above-entitled litigation.

3.      Interim Lead Counsel, acting on behalf of all Plaintiffs, shall have the following duties:

        a.      To coordinate all proceedings, including preparing, structuring, and presenting pretrial and other case management related orders;

        b.      To encourage full cooperation and efficiency among all counsel;

        c.      To delegate responsibilities for specific tasks in a manner to assure that pretrial and trial preparation is conducted effectively, efficiently, and economically;

        d.      To delegate work responsibilities and monitor the activities of counsel to assure that schedules are met, and unnecessary expenditures of time and resources are avoided;

        e.      To act as spokespersons at all court conferences;

        f.      To call meetings of Plaintiffs' counsel as appropriate or necessary;

        g.      To conduct settlement negotiations with counsel for Defendants;

        h.      To determine Plaintiffs' position on all matters arising during this litigation (after such consultation with other counsel as they deem appropriate) and present such position orally and/or in writing to the Court and opposing parties;

        i.      To consult with and employ experts, as necessary:

        j.      To initiate, coordinate, and conduct discovery;

        k.      To represent Plaintiffs at trial and on any appeal of this matter;

        l.      To negotiate and execute agreements with Plaintiffs' counsel;

        m.      To determine the appropriate fee allocation among Plaintiffs' counsel as they contributed to the resolution or otherwise provided benefit to the class;

        n.      To employ a monthly timekeeping and reporting protocol to all Plaintiffs' counsel and strike any duplicative or inefficient billing consistent with this Court's orders; and

        o.      To perform such other duties as are necessary in connection with the prosecution of this litigation.

4.      Interim Lead Counsel shall be the contact between Plaintiffs' counsel and Defendants' counsel as well as the spokesperson for Plaintiffs' counsel.  All agreements reached with the Interim Lead Counsel shall be binding on all other Plaintiffs' counsel in the above-entitled litigation.

1   5.      Interim Lead Counsel is hereby designated as the counsel for Plaintiffs in the above-

2   entitled litigation upon whom all notices, orders, pleadings, motions, discovery, and memoranda

3   relating to the in the above-entitled litigation shall be served, and Defendants shall affect service

4   on Plaintiffs in in the above-entitled litigation by serving Interim Lead Counsel.

5   6.      No motion or request for discovery shall be served or filed by Plaintiffs, or other pretrial

6   proceedings initiated by Plaintiffs, except by or with the authorization of Interim Lead Counsel.

7   8.      No communications between Plaintiffs' counsel shall be taken as a waiver of any

8   privilege or protection to which they would otherwise be entitled.

9   9.      This Order may be modified, supplemented, or superseded by order of the Court, or

10   upon the Court's approval, by any party for good cause shown.

11   IT IS SO ORDERED.

12

13   Dated: _____, 2018          _____

14                               Honorable Edward J. Davila

15

16

17

18

19

20

21

22

23

24

25

26

27

28