KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - #314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC,
XXVI HOLDINGS INC. and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION . | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF CHRISTINA LEE**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christina Lee is an active member of the State Bar of California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  She hereby makes an appearance as counsel of record on behalf of Defendants Google LLC, XXVI Holdings Inc. and Alphabet Inc., and she consents to electronic service of all papers in this action.  Her address, telephone, fax and email are listed below as follows:

>CHRISTINA LEE
>    State Bar No. 314339
>    Email: clee@keker.com
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone: 415 391 5400
>Facsimile:  415 397 7188

Dated:  December 14, 2018                                KEKER, VAN NEST & PETERS LLP

                                                    By:   */s/ Christina Lee*
                                                          CHRISTINA LEE

                                                          Attorneys for Defendants GOOGLE LLC, XXVI HOLDINGS INC. and ALPHABET INC.