Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Courtney Maccarone (to be admitted *pro hac vice*)
Email: cmaccarone@zlk.com
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff GEORGE JACK*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION<br><br>This relates to All Actions. | Case No. 5:18-cv-05062-EJD<br><br><u>CLASS ACTION</u><br><br>**REPLY BRIEF IN SUPPORT OF APPOINTMENT OF ROSEMARY M. RIVAS OF LEVI & KORSINSKY, LLP AS INTERIM COUNSEL**<br><br>Date:    March 28, 2019<br>Time:   9:00 a.m.<br>Judge:  Hon. Edward J. Davila<br>Crtrm.:  4 – 5th Floor |

I have reviewed the opposition brief that Defendants Google LLC, XXVI Holdings Inc. and Alphabet Inc. filed in response to the motions for the appointment of counsel.  As explained in Plaintiff George Jack's opening brief (Docket No. 55), I believe it is necessary to appoint only one firm to serve as Interim Counsel, unlike Plaintiffs Patacsil and Ali, who seek the appointment of three lawyers and three law firms as Interim Counsel to jointly make all strategic decisions and share in all the work, etc.  Nevertheless, it is not appropriate for Defendants to try to dictate how Interim Counsel, as appointed by the Court, litigates or staffs the case, including whether Interim Counsel seeks assistance from other Plaintiffs' firms during the prosecution of this case.

Further, my firm and I are the best suited to represent the proposed Class members, as set forth in Plaintiff George Jack's opening brief and accompanying papers.  I have worked on privacy and data breach cases since 2008 and my cases have led to the development of favorable case law, valuable monetary relief and changes to corporate practices on behalf of consumers. I have also been personally appointed to leadership teams on some of the largest class action cases in the country.  My firm and I are quite capable of making every single strategic decision, pleading or otherwise, that is necessary for the effective prosecution of this case and do not need co-lead counsel for that.  The Court can be rest assured that if my firm and I are appointed as sole Interim Counsel, that the case will be effectively managed and prosecuted.

Based on the foregoing reasons, I respectfully request that the Court appoint me as Interim Counsel.

Respectfully submitted,

Dated: January 3, 2019	**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
Rosanne L. Mah
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Courtney Maccarone (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

1
2     *Counsel for Plaintiff George Jack*
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28