IVY T. NGO (249860)
**FRANKLIN D. AZAR & ASSOCIATES, P.C.**
14426 East Evans Avenue
Aurora, CO 80014
Telephone:     (303) 757-3300
Facsimile:      (720) 213-5131
ngoi@fdazar.com

*Counsel for Plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD<br><br>**CLASS ACTION**<br><br>**REPLY TO DEFENDANTS' OMNIBUS RESPONSE TO PLAINTIFFS' MOTIONS TO APPOINT INTERIM COUNSEL**<br><br>Date:         March 28, 2019<br>Time:        9:00 A.M.<br>Judge:      Hon. Edward J. Davila<br>Courtroom:  4, 5th Floor |
|---|---|

Plaintiffs Leslie Lee, Stacy Smedley, and Fredrick Davis ("Plaintiffs"), through their undersigned counsel, respectfully Reply to Defendants' Omnibus Response to Plaintiffs' Motions to Appoint Interim Counsel in the above caption action.

## I.  INTRODUCTION

Six class actions have been filed in this district alleging that Google illegally stored the minutes-by-minutes travel and location of consumers who utilized its application and operating systems, in contravention of user privacy settings and Google's representations. Each of the class actions were related to the first-filed action and assigned to this court. *See* Dkt. Nos. 26,

1  38, 46, 49. On December 10, 2018, the parties filed a stipulation requesting the consolidation of
2  the six cases into a single action for all purposes under Federal Rule of Civil Procedure ("Rule")
3  42(a), which this Court entered on December 11, 2018. *See* Dkt. Nos. 50-51.

4  On December 13, 2018, plaintiffs' counsel filed five separate lead plaintiff motions,
5  each contending that they should be appointed interim counsel. *See* Dkt. Nos 52-56. Defendants
6  do not oppose the appointment of interim class counsel and do not take a position on which law
7  firm should be appointed, but request that the Court appoint no more than one, or at most two,
8  law firms.  For the reasons set forth herein and in Plaintiffs' motion for appointment of lead
9  plaintiff and interim class counsel (Dkt. No. 55) ("Motion for Lead"), this Court should appoint
10 one law firm – Franklin D. Azar & Associates ("FDAzar") – as interim class counsel.

## II. ONE COUNSEL, FDAZAR, SHOULD BE APPOINTED AS INTERIM LEAD PLAINTIFFS' CLASS COUNSEL

The scope of this action lends itself to the appointment of one lead counsel who can utilize and include all counsel who have filed related cases as necessary to support the case. This structure will ensure the streamlined, efficient coordination of work. Based on the expertise of its attorneys, the significant time and resources it has already dedicated to this litigation, and its superior investigatory and litigation resources – which will ensure efficient and effective representation of the proposed class – FDAzar respectfully requests to be appointed as interim class counsel.

Prior to filing this case, FDAzar devoted considerable resources to investigating and researching the manner and methods by which Google tracked its users to determine whether it misused and violated consumers' privacy rights, leading to the creation of a body of extensive research and information which will give FDAzar a head start when active litigation begins. Since filing a complaint, FDAzar has continued to investigate and advance the proposed Class's claims against Google, including speaking to prospective class members nationwide and coming up with new claims with which to amend the complaint.

The FDAzar class action group is led by Ms. Ivy T. Ngo, an experienced class action attorney. Ms. Ngo has dedicated her practice exclusively to representing plaintiffs in large class litigation which has resulted in the recovery of hundreds of millions of dollars on behalf of

aggrieved investors. The timing and complexity of these matters often required Ms. Ngo to marshal efficient resources and effective collaboration with multiple members of plaintiffs' counsel and defense counsel. Ms. Ngo, like her FDAzar colleagues, strives to provide excellent results through smart litigation practices, quality control, and determined efforts. Ms. Ngo is poised to zealously represent the proposed Class in this litigation.

Mr. Paul Wood, a senior attorney at FDAzar who will work with Ms. Ngo on this case, is AV-rated by Martindale Hubbell and has been named a Colorado Super Lawyer numerous years. Mr. Wood focuses his practice on class actions and had been lead counsel in more than 40 trials and arbitrations.

Ms. Kelly Hyman, a senior attorney at FDAzar who will also be part of the team on this case, focuses her practice on consumer class action lawsuits. Ms. Hyman also has extensive experience in mass tort and complex litigation, having represented hundreds of claimants in claims and individual actions filed in state and federal courts involving water contamination, tobacco, and Transvaginal Mesh and Bladder Slings.

The attorneys in FDAzar's class action group have the cumulative knowledge, skill, and experience necessary to effectively and efficiently litigate this matter. The formidable resources of the firm and its proven track record for working professionally and collaboratively with others will allow it to effectively lead this litigation.

### IV.   CONCLUSION

Given the facts in this action, Plaintiffs' proposed leadership structure appointing Ms. Ngo as interim class counsel avoids the inefficiency inherent in many co-lead appointments and allows this Court to ensure a judicious preservation of its time and resources as well as that of the parties and proposed class. As such, Plaintiffs respectfully request that this Court appoint Ivy T. Ngo of FDAzar as Interim Lead Plaintiffs' Class Counsel.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED:  January 3, 2019 | **Franklin D. Azar & Associates, P.C.** |
| 3 |   | */s/ Ivy T. Ngo* |
| 4 |   | Ivy T. Ngo (249860) |
|   |   | 14426 E. Evans Avenue |
| 5 |   | Aurora, CO  80014 |
|   |   | Telephone: 303-757-3300 |
| 6 |   | Facsimile:  720-213-5131 |
| 7 |   | Email:        ngoi@fdazar.com |
| 8 |   | *Counsel for Plaintiffs Leslie Lee, Stacy Smedley, and Frederick Davis* |

**CERTIFICATE OF SERVICE**

I, Ivy Tran Ngo, hereby certify that on January 3, 2019, I authorized the electronic filing of the foregoing, the Plaintiffs' Reply to Defendants' Omnibus Response to Plaintiffs' Motions to Appoint Interim Counsel using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this Court.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 3, 2019, at Aurora, Colorado

By: *Ivy T. Ngo*
Ivy T. Ngo