KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC,
XXVI HOLDINGS INC. and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 - EJD<br><br>**DEFENDANTS' LOCAL RULE 3-13 NOTICE OF PENDENCY OF OTHER ACTIONS**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S LOCAL RULE 3-13 NOTICE OF PENDENCY
OF OTHER ACTIONS
Case No. 18-cv-05062 - EJD

1316467

Defendants Google LLC, XXVI Holdings Inc. and Alphabet Inc. hereby notify the Court that the following actions fall or may fall within the scope of Local Rule 3-13:

1. *Lundy et al. v. Facebook, Inc., et al.* (N.D. Cal. No. 18-cv-05062 - EJD) is a putative class action asserting various claims against Facebook, Apple, Google, and Alphabet for alleged improper collection of user-location information.  Unlike *In re Google Location History, Lundy* asserts claims not only against Google and Alphabet, but also against defendants Facebook Inc. and Apple Inc., and involves a different alleged putative class.  Presently, Google, XXVI Holdings, and Alphabet do not believe that direct coordination with the district court in *Lundy* is necessary.

Dated:  January 15, 2019

KEKER, VAN NEST & PETERS LLP

By:  */s/ Benjamin Berkowitz*
BENEDICT Y. HUR
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
KATHRYN BOWEN

Attorneys for Defendants GOOGLE LLC, XXVI HOLDINGS INC. and ALPHABET INC.

1

DEFENDANTS GOOGLE LLC AND ALPHABET INC.'S LOCAL RULE 3-13 NOTICE OF PENDENCY OF OTHER ACTIONS
Case No. 18-cv-05062 - EJD

1316467