```
KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendants GOOGLE LLC, XXVI HOLDINGS INC. and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062 - EJD<br><br>**DECLARATION OF CHRISTINA LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:    Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DECLARATION OF CHRISTINA LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 5:18-cv-05062 - EJD

1320926.v1

I, Christina Lee, declare as follows:

1. I am an attorney admitted to practice before this Court and an associate at the law firm of Keker, Van Nest, & Peters LLP, counsel for Google LLC, XXVI Holdings Inc., and Alphabet Inc. (collectively "Google") in the above-captioned action. I submit this declaration in connection with Defendants' Administrative Motion to Continue Case Management Conference. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. On December 7, 2018, the parties in the above-captioned case filed a stipulation and proposed order agreeing to consolidate six previously-filed actions under Federal Rule of Civil Procedure ("Rule") 42(a). Dkt. No. 50. In their stipulation, the parties agreed that Plaintiffs could move for appointment of Interim Class Counsel. These motions have been fully briefed, and are set for a hearing on March 28, 2019 at 9:00 a.m.

3. The parties also agreed that Plaintiffs could file a single Consolidated Complaint 28 days after the Court's ruling on Plaintiffs' motions to appoint Interim Class Counsel. *Id.* at 2. Finally, the parties jointly proposed a consolidated schedule for Defendants' motion to dismiss. *Id.* Pursuant to this proposal, Defendants' motion to dismiss is due 28 days after the Consolidated Complaint is filed; the deadline to oppose the motion is 35 days after the motion to dismiss is filed; and the deadline for reply is 21 days after the opposition is filed. *Id.*

4. On December 11, 2018, this Court approved the parties' proposed schedule on Defendants' motion to dismiss. Dkt. No. 51. In its order, the Court also set a Consolidated CMC for March 28, 2019 at 10:00 a.m. *Id.*

5. On February 12, 2019, Defendants attempted to obtain a stipulation to continue the Consolidated CMC. However, Plaintiffs did not agree to so stipulate.

6. By the time of the currently scheduled March 28, 2019 CMC, there will be no Consolidated Complaint, briefing on any Motion to Dismiss will not have begun, and the case will likely be at least several months away from being at issue, if it even survives Google's anticipated Rule 12 motion. Thus, continuing the Consolidated Case Management Conference

1
DECLARATION OF CHRISTINA LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 5:18-cv-05062 - EJD

1320926.v1

will affect only the date of the Conference and the related discovery and alternative dispute resolution deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2019, at San Francisco, California.

                                             */s/ Christina Lee*
                                             CHRISTINA LEE

2
DECLARATION OF CHRISTINA LEE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 5:18-cv-05062 - EJD

1320926.v1