```
KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC,
XXVI HOLDINGS INC. and ALPHABET INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062 - EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE
MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 5:18-cv-05062 - EJD

1319937.v1

Before the Court is Google's Motion to Continue the Consolidated Case Management Conference and related deadlines. The Court has considered the papers and, good cause appearing, GRANTS the motion. It is hereby ORDERED that:

- The Consolidated Case Management Conference ("CMC") currently scheduled for March 28, 2019 at 10:00 a.m. is vacated.
- The Consolidated CMC shall be continued to the first available date after the Court rules on Defendants' anticipated motion to dismiss; and
- All related discovery and alternative dispute resolution deadlines are vacated and will be re-set according to the new Consolidated CMC Date.

**IT IS SO ORDERED**

Dated:_____, 2019

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Case No. 5:18-cv-05062 - EJD

1319937.v1