# EXHIBIT A

**From:** **Rosemary Rivas** rrivas@zlk.com
**Subject:** RE: [External]In re Google Location History cases
**Date:** February 15, 2019 at 12:17 PM
**To:** Ben Berkowitz BBerkowitz@keker.com, pbishop@ssbla.com, msobol@lchb.com, aklamann@lchb.com, **Rosanne Mah** rmah@zlk.com, **Emily Bigelow** ebigelow@zlk.com, ngoi@fdazar.com, astraus@ahdootwolfson.com, hbates@cbplaw.com, acarney@cbplaw.com, dslade@cbplaw.com, ndiamand@lchb.com, memert@ssbny.com, hymank@fdazar.com, hanlinb@fdazar.com, andrewb@thebrownlawfirm.com, twolfson@ahdootwolfson.com, mgardner@lchb.com
**Cc:** **Ben Hur** BHur@keker.com, **Thomas E. Gorman** TGorman@keker.com

Ben,

Plaintiffs' counsel have discussed this and we collectively agree that we can move forward with the initial case management conference in an effective and efficient manner. We propose speaking on February 25, 2019 or another day that week that is convenient for you. Thanks.

Rosemary

Rosemary M. Rivas
Partner

**LEVI&KORSINSKY LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.: (415) 373-1671 ext. 159
Dir.: (415) 373-1672
Fax: (415) 484-1294
rrivas@zlk.com | www.zlk.com

CONFIDENTIALITY NOTE: This message may contain confidential and privileged information. If you think that you have received this message in error, please e-mail the sender of the error and immediately delete this message. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Rosemary Rivas
**Sent:** Wednesday, February 13, 2019 9:20 AM
**To:** 'Ben Berkowitz' <BBerkowitz@keker.com>; pbishop@ssbla.com; msobol@lchb.com; aklamann@lchb.com; Rosanne Mah <rmah@zlk.com>; Emily Bigelow <ebigelow@zlk.com>; ngoi@fdazar.com; astraus@ahdootwolfson.com; hbates@cbplaw.com; acarney@cbplaw.com; dslade@cbplaw.com; ndiamand@lchb.com; memert@ssbny.com; hymank@fdazar.com; hanlinb@fdazar.com; andrewb@thebrownlawfirm.com; twolfson@ahdootwolfson.com; mgardner@lchb.com
**Cc:** Ben Hur <BHur@keker.com>; Thomas E. Gorman <TGorman@keker.com>
**Subject:** RE: [External]In re Google Location History cases

Ben,

It probably makes sense to give Plaintiffs' counsel a few days to confer amongst ourselves and then get back to you. Thanks.

Rosemary

Rosemary M. Rivas
Partner

LEVI&KORSINSKY LLP

44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.: (415) 373-1671 ext. 159
Dir.: (415) 373-1672
Fax: (415) 484-1294

rrivas@zlk.com | www.zlk.com

CONFIDENTIALITY NOTE: This message may contain confidential and privileged information.  If you think that you have received this message in error, please e-mail the sender of the error and immediately delete this message.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Ben Berkowitz [mailto:BBerkowitz@keker.com]
**Sent:** Tuesday, February 12, 2019 2:05 PM
**To:** Rosemary Rivas <rrivas@zlk.com>; pbishop@ssbla.com; msobol@lchb.com; aklamann@lchb.com; Rosanne Mah <rmah@zlk.com>; Emily Bigelow <ebigelow@zlk.com>; ngoi@fdazar.com; astraus@ahdootwolfson.com; hbates@cbplaw.com; acarney@cbplaw.com; dslade@cbplaw.com; ndiamand@lchb.com; memert@ssbny.com; hymank@fdazar.com; hanlinb@fdazar.com; andrewb@thebrownlawfirm.com; twolfson@ahdootwolfson.com; mgardner@lchb.com
**Cc:** Ben Hur <BHur@keker.com>; Thomas E. Gorman <TGorman@keker.com>
**Subject:** [External]In re Google Location History cases

Counsel:

In light of the fact we do not yet have a ruling on the motions to appoint interim lead counsel or an operative complaint, we intend to ask the court to continue the initial case management conference until interim lead counsel is appointed and the pleadings are settled.

Please let me know if plaintiffs will agree to stipulate to the above.  If so, we can draft a stipulation for your review.

Thank you.

**Ben Berkowitz**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6689 direct | 415 391 5400 main
bberkowitz@keker.com | vcard | keker.com