UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ORDER RE ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 63 |

Defendant Google has moved to continue the Case Management Conference currently set for March 28, 2019 until after the Court rules on its anticipated motion to dismiss. Plaintiffs oppose continuing the Case Management Conference.

The Court has not yet appointed interim lead counsel, and Plaintiffs have not yet filed a consolidated complaint. "The timing . . . and control of the docket are matters left to the discretion of the district court." *Coursen v. A.H. Robins Co.*, 764 F.2d 1329, 1340 (9th Cir. 1985). Having considered the papers filed by the parties and for good cause appearing, the Court orders as follows:

1. The Case Management Conference currently set for March 28, 2019 is CONTINUED until May 16, 2019.
2. The Parties shall file a Joint Case Management Statement no later than May 6, 2019.

**IT IS SO ORDERED.**

Case No.: 5:18-cv-05062-EJD

1

Dated: February 20, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-05062-EJD