UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | ) ) Case No: 5:18-cv05062-EJD ) ) **APPLICATION FOR** ) **ADMISSION OF ATTORNEY** ) **PRO HAC VICE** ) (CIVIL LOCAL RULE 11-3) ) ) ) |

I, __Paul R. Wood__, an active member in good standing of the bar of __Colorado__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Leslie Lee, Stacy Smedley, Fredrick Davis__ in the above-entitled action. My local co-counsel in this case is __Rosemary M. Rivas__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 14426 E. Evans Avenue<br>Aurora, CO 80014 | 44 Montgomery Street, Ste. 650<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 757-3300 | (415) 373-1671 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| woodp@fdazar.com | rrivas@zlk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __12578__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 3/12/19

/s/ Paul R. Wood
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Paul R. Wood__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE