Michael W. Sobol (Bar No. 194857)
msobol@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym Mahon, and Richard Dixon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Plaintiffs hereby give notice that Abbye R. Klamann (State Bar No. 311112), who previously entered her appearance on behalf of Plaintiffs in the action *Patacsil et al. v. Google LLC*, No. 5:18-CV-05062 (N.D. Cal.), is no longer affiliated with the law firm of Lieff, Cabraser, Heimann & Bernstein and no longer represents Plaintiffs in this action.

Plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Nurudaaym Mahon, and Richard Dixon continue to be represented by Michael W. Sobol of the law firm of Lieff, Cabraser, Heimann & Bernstein, and Plaintiffs' other counsel of record. No other changes are requested at this time regarding Plaintiffs' counsel of record.

Dated:  March 21, 2019					Respectfully Submitted,

						*/s/  Michael W. Sobol*

						Michael W. Sobol (State Bar No. 194857)
						msobol@lchb.com
						LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
						275 Battery Street, 29th Floor
						San Francisco, CA  94111-3339
						Telephone:  415.956.1000
						Facsimile:  415.956.1008