# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 28, 2019     **Time:** 50 minutes     **Judge:** EDWARD J. DAVILA

**Case No.:** 18-cv-05062-EJD     **Case Name:** In re Google Location History Litigation

**Attorneys for Defendant:** Ben Berkowitz, Kathryn Bower

**Deputy Clerk:** Lili Harrell     **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

Hearing held re Motions for Appointment of Interim Class Counsel

Dkt No. 52   filed by Ronnie Kaufman
               Represented by **Melissa Emerit**
Dkt. No. 53   filed by Domenic Lombardo
               Represented by **Andrew Brown**
Dkt. No. 54   filed by Mark Carson, Richard Dixon, Mahon Nurudaaym, Natat Oshana,
               Napoleon Patacsil, Aichi Ali
               Represented by **Michael Sobol, Hank Bates, Tina Wolfson** (Ali)
Dkt. No. 55   filed by George Jack
               Represented by **Rosemary Rivas**
Dkt No. 56   filed by Fredrick Davis, Leslie Lee, Stacy Smedley
               Represented by **Paul Wood**

**Court informs counsel March 28, 2019 is the deadline to join the class. No further additions. <u>Motions taken under submission</u>. Court to issue written ruling.**