1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

6                                    )  CV-18-05062-EJD
                                     )
7      IN RE:  GOOGLE LOCATION HISTORY )  SAN JOSE, CALIFORNIA
       LITIGATION.                   )
8                                    )  MARCH 28, 2019
                                     )
9                                    )  PAGES 1 - 36
                                     )
10                                   )
                                     )
11

12                      TRANSCRIPT OF PROCEEDINGS

13              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE

14

15     A P P E A R A N C E S:

16     FOR THE PLAINTIFFS:    CARNEY BATES PULLIAM, PLLC
                              BY:  HANK BATES
17                            519 WEST 7TH STREET
                              LITTLE ROCK, ARKANSAS 72201
18
                              LIEFF, CABRASER, HEIMANN & BERNSTEIN,
19                            LLP
                              BY:  MICHAEL W. SOBOL
20                            EMBARCADERO CENTER WEST
                              275 BATTERY STREET, 29TH FLOOR
21                            SAN FRANCISCO, CALIFORNIA 94111

22          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23     OFFICIAL COURT REPORTER:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                            CERTIFICATE NUMBER 8074

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER

```
 1     A P P E A R A N C E S: (CONT'D)

 2       FOR THE PLAINTIFFS:        AHDOOT & WOLFSON, P.C.
                                    BY:  TINA WOLFSON
 3                                  10728 LINDBROOK DRIVE
                                    LOS ANGELES, CALIFORNIA 90024
 4
                                    THE LAW OFFICES OF ANDREW J.
 5                                  BROWN
                                    BY:  ANDREW J. BROWN
 6                                  591 W. BROADWAY, SUITE 1490
                                    SAN DIEGO, CALIFORNIA 92101
 7
                                    FRANKLIN D. AZAR & ASSOCIATES,
 8                                  P.C.
                                    BY:  PAUL R. WOOD
 9                                  14426 E. EVANS AVENUE
                                    AURORA, COLORADO 80014
10
                                    STULL, STULL & BRODY
11                                  BY:  MELISSA R. EMERT
                                    6 EAST 45TH STREET
12                                  NEW YORK, NEW YORK 10017

13                                  LEVI & KORSKINSKY LLP
                                    BY:  ROSEMARY RIVAS
14                                  44 MONTGOMERY STREET, SUITE 650
                                    SAN FRANCISCO, CALIFORNIA 94104
15
         FOR THE DEFENDANTS:        KEKER, VAN NEST & PETERS, LLP
16                                  BY:  BENJAMIN W. BERKOWITZ
                                         KATHRYN E. BOWEN
17                                  633 BATTERY STREET
                                    SAN FRANCISCO, CALIFORNIA 94111
18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    MARCH 28, 2019 |
| | 2 | P R O C E E D I N G S |
| 09:08AM | 3 | (COURT CONVENED AT 9:08 A.M.) |
| 09:08AM | 4 | THE COURT:  LET'S CALL OUR 9:00 O'CLOCK CALENDAR |
| 09:08AM | 5 | FIRST.  THIS IS IN RE GOOGLE LOCATION HISTORY LITIGATION.  THIS |
| 09:08AM | 6 | IS 18-5062.  OUR MOTION ON CALENDAR IS A MOTION TO APPOINT |
| 09:08AM | 7 | INTERIM CLASS COUNSEL. |
| 09:08AM | 8 | WHY DON'T I HAVE GENERAL APPEARANCES NOW AND THEN WE'LL |
| 09:08AM | 9 | CALL INDIVIDUAL FIRMS UP.  GOOD MORNING. |
| 09:08AM | 10 | MR. SOBOL:  GOOD MORNING, YOUR HONOR.  MICHAEL SOBOL |
| 09:08AM | 11 | FROM LIEFF, CABRASER, HEIMANN & BERNSTEIN FOR THE PATACSIL |
| 09:08AM | 12 | PLAINTIFFS. |
| 09:08AM | 13 | THE COURT:  THANK YOU. |
| 09:08AM | 14 | MR. BATES:  GOOD MORNING.  HANK BATES OF CARNEY, |
| 09:08AM | 15 | BATES & PULLIAM ALSO WITH THE PATACSIL PLAINTIFFS. |
| 09:08AM | 16 | THE COURT:  THANK YOU. |
| 09:08AM | 17 | MS. WOLFSON:  GOOD MORNING, YOUR HONOR. |
| 09:09AM | 18 | TINA WOLFSON FOR THE ALI PLAINTIFF. |
| 09:09AM | 19 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 09:09AM | 20 | MR. WOOD:  GOOD MORNING, YOUR HONOR.  PAUL WOOD FROM |
| 09:09AM | 21 | FRANKLIN D. AZAR ASSOCIATES FOR THE LEAD PLAINTIFFS. |
| 09:09AM | 22 | THE COURT:  THANK YOU. |
| 09:09AM | 23 | MR. BROWN:  GOOD MORNING, YOUR HONOR.  I'M |
| 09:09AM | 24 | ANDREW BROWN ON BEHALF OF DOMENIC LOMBARDO. |
| 09:09AM | 25 | THE COURT:  THANK YOU.  GOOD MORNING. |

09:09AM  1            MS. EMERT:  GOOD MORNING, YOUR HONOR.  MELISSA EMERT

09:09AM  2    FROM STULL, STULL & BRODY ON BEHALF OF PLAINTIFF KAUFMAN.

09:09AM  3            THE COURT:  THANK YOU.

09:09AM  4            MS. RIVAS:  GOOD MORNING, YOUR HONOR.  ROSEMARY

09:09AM  5    RIVAS OF LEVI & KORSINSKY ON BEHALF OF PLAINTIFF GEORGE JACK.

09:09AM  6            THE COURT:  THANK YOU.  GOOD MORNING.

09:09AM  7            MR. BERKOWITZ:  AND GOOD MORNING, YOUR HONOR.

09:09AM  8    BEN BERKOWITZ FROM KEKER, VAN NEST & PETERS ON BEHALF OF THE

09:09AM  9    DEFENDANTS.

09:09AM 10            THE COURT:  THANK YOU.  THANK YOU ALL FOR BEING

09:09AM 11    HERE.  I HAVE RECEIVED YOUR -- THE PLEADINGS, THE MOTIONS FOR

09:09AM 12    APPOINTMENT.

09:09AM 13        WHAT I THOUGHT I WOULD DO IS GO THROUGH EACH COUNSEL,

09:09AM 14    ALLOW COUNSEL TO PRESENT FOR ABOUT FIVE MINUTES I THINK IS WHAT

09:09AM 15    I NEED.  YOUR PLEADINGS HAVE BEEN THOROUGH, AND I APPRECIATE

09:09AM 16    THOSE.  THOSE HAVE BEEN HELPFUL.

09:09AM 17        I THINK WHAT WE'LL START WITH, AS I GO DOWN AND I LOOK

09:10AM 18    DOWN TO THE DOCKET, I THINK WE'LL PROBABLY START WITH STULL,

09:10AM 19    STULL & BRODY TO GO FIRST.

09:10AM 20        LET ME SUGGEST THAT I DO HAVE SOME COMMON QUESTIONS THAT I

09:10AM 21    WOULD LIKE YOU TO TOUCH ON AND THOSE ARE -- I'M GOING TO ASK

09:10AM 22    YOU YOUR THOUGHTS ON N.D. CAL'S PROCEDURAL GUIDANCE FOR CLASS

09:10AM 23    ACTION SETTLEMENTS.  AS YOU KNOW, THESE WERE UPDATED

09:10AM 24    NOVEMBER 1ST AND DECEMBER 5TH OF LAST YEAR, AND THEY'VE JUST

09:10AM 25    BEEN IMPLEMENTED.  I'D LIKE TO HEAR YOUR THOUGHTS ON THAT.  I'M

09:10AM 1    SURE YOU'VE ALL READ THEM AND PROBABLY COULD SHARE YOUR

09:10AM 2    THOUGHTS WITH ME AS TO THE PROTOCOLS THERE.

09:10AM 3        I'M ALSO CURIOUS WHETHER OR NOT LEAD OR CO-LEAD COUNSEL,

09:10AM 4    INTERIM COUNSEL, THEIR THOUGHTS ON AGREEMENT TO APPLY A

09:10AM 5    PROTOCOL FOR -- TO CAPTURE BILLINGS AND COSTS.  IT'S SOMETHING

09:11AM 6    THAT I'M INTERESTED IN, SOME TYPE OF A BILLING AND COST FORMAT

09:11AM 7    THAT COULD BE ONGOING, CONTINUOUS SUBJECT TO SUBMITTAL TO THE

09:11AM 8    COURT AT THE APPROPRIATE TIME.

09:11AM 9        I'M ALSO FAMILIAR WITH MOST OF YOU, IF NOT ALL OF YOU,

09:11AM 10   HAVE TOUCHED ON THE FACT THAT YOU ALL HAVE GOOD MANNERS AND

09:11AM 11   YOU'RE COOPERATIVE WITH ONE ANOTHER, AND YOU'LL CONTINUE TO BE

09:11AM 12   COOPERATIVE NO MATTER WHAT THE COURT DECIDES.  I'M CURIOUS

09:11AM 13   ABOUT SOME AMPLIFICATION ON THAT.

09:11AM 14       SOME OF YOU SUGGEST -- I THINK LIEFF CABRASER, MR. SOBOL,

09:11AM 15   WHO HAS THE THOUGHT ABOUT A COLLECTION OF FIRMS, AND I'M

09:11AM 16   CURIOUS ABOUT THE QUESTION FOR THEM, AND I'M GIVING ADVANCE

09:11AM 17   NOTICE OF THIS, WHAT IF THE COURT DECIDES TO SPLIT THAT TEAM

09:11AM 18   UP?  HOW WOULD THOSE, DEPENDENT ON THAT SPLITUP, HOW WOULD

09:11AM 19   THOSE -- HOW WOULD THOSE -- THAT FIRM WORK WITH ANOTHER FIRM IF

09:11AM 20   THE TEAM IS SPLIT UP?

09:12AM 21       IF YOU'RE A GIANTS FAN, I THINK TODAY IS OPENING DAY.

09:12AM 22   WHAT I'M SUGGESTING IS IF YOU REMEMBER THE GIANTS IN THE 1960S

09:12AM 23   AND '70S, THERE WERE THE ALOU BROTHERS, MATTY, FELIPE, AND

09:12AM 24   JESUS ALOU, AND THEY ALL PLAYED FOR THE GIANTS, AND THEY HAD

09:12AM 25   TERRIFIC CAREERS WITH THE GIANTS.

| | | |
|---|---|---|
| 09:12AM | 1 | I'M CURIOUS IF I DECIDE TO SPLIT UP THE ALOU BROTHERS |
| 09:12AM | 2 | HERE, AND PARDON ME FOR USING THAT METAPHOR HERE, I'M CURIOUS |
| 09:12AM | 3 | TO KNOW ABOUT THOSE THINGS. |
| 09:12AM | 4 | SO LET'S START, IF YOU WILL, MS. BISHOP.  WHO IS GOING TO |
| 09:12AM | 5 | APPEAR FOR STULL, STULL & BRODY? |
| 09:12AM | 6 | MS. EMERT:  MELISSA EMERT. |
| 09:12AM | 7 | THE COURT:  YES.  THANK YOU. |
| 09:12AM | 8 | MS. EMERT:  GOOD MORNING, YOUR HONOR. |
| 09:12AM | 9 | THE COURT:  YES. |
| 09:12AM | 10 | MS. EMERT:  I APPRECIATE BEING IN FRONT OF YOU THIS |
| 09:12AM | 11 | MORNING.  I'VE BEEN WITH MY FIRM STULL, STULL & BRODY FOR OVER |
| 09:12AM | 12 | 25 YEARS, AND I'M CO-CHAIR OF THEIR CONSUMER CLASS ACTION |
| 09:12AM | 13 | GROUP. |
| 09:12AM | 14 | MY FIRM IS ONE OF THE MOST HIGHLY RECOGNIZED CLASS ACTION |
| 09:13AM | 15 | FIRMS FOR THE LAST 35 YEARS.  WE DO CLASS ACTION SECURITIES |
| 09:13AM | 16 | LITIGATIONS AS WELL AS CONSUMER LITIGATIONS.  A LOT OF THE |
| 09:13AM | 17 | CASES THAT I WORK ON DEAL WITH DATA BREACH, PRIVACY, SECURITY |
| 09:13AM | 18 | ISSUES AS WELL AS TECH CASES. |
| 09:13AM | 19 | I'M ACTUALLY -- I WAS APPOINTED BY YOU IN THE APPLE CASE |
| 09:13AM | 20 | TO BE ON THE EXECUTIVE COMMITTEE.  I'M CO-CHAIR OF THE |
| 09:13AM | 21 | MARKETING DISCOVERY COMMITTEE. |
| 09:13AM | 22 | THE COURT:  WELL, WON'T YOU BE TOO BUSY? |
| 09:13AM | 23 | MS. EMERT:  NO.  THERE'S SO MANY PEOPLE HELPING ON |
| 09:13AM | 24 | THAT CASE THAT I HAVE TIME FOR SURE. |
| 09:13AM | 25 | THE COURT:  OKAY. |

09:13AM 1          MS. EMERT:  BUT I'M ALSO A CO-LEAD IN THE

09:13AM 2     IN RE:  FAMILY FANTASY SPORTS LITIGATION WHICH IS BEFORE JUDGE

09:13AM 3     O'TOOLE IN BOSTON.  RIGHT NOW WE'RE WAITING TO HEAR A DECISION

09:13AM 4     ON A MOTION TO COMPEL ARBITRATION.

09:13AM 5          I HAVE BEEN APPOINTED TO THE STEERING COMMITTEE IN 2018

09:13AM 6     FOR INTEL CPU MARKETING AND PRODUCTS LIABILITY LITIGATION.  I

09:13AM 7     HAVE HAD A LOT OF RESPONSIBILITY INITIALLY IN THE CASE RELATED

09:13AM 8     TO PLAINTIFFS' VETTING AND THE RULE 26 DISCLOSURES.

09:14AM 9          I WAS ALSO APPOINTED IN 2018 BY JUDGE GWIN IN OHIO IN THE

09:14AM 10    PLAINTIFFS' STEERING COMMITTEE IN THE SONIC DATA BREACH CASE

09:14AM 11    WHICH HAS RECENTLY BEEN APPROVED FOR FINAL SETTLEMENT HEARING

09:14AM 12    IN JULY.

09:14AM 13         THE COURT:  SO TELL ME YOUR -- MAY I KNOW, TELL ME

09:14AM 14    YOUR EXPERIENCE AS BEING ON THESE VARIOUS STEERING COMMITTEES.

09:14AM 15    YOU HAVE AN IMPRESSIVE RESUME, AS DO ALL OF YOUR COLLEAGUES.

09:14AM 16    TELL ME WHAT YOUR GENERAL EXPERIENCE IS ON STEERING COMMITTEES?

09:14AM 17    WHAT WORKS?  WHAT DOESN'T WORK?  WHAT WOULD YOU LIKE TO SEE

09:14AM 18    IMPROVED AS FAR AS THOSE COMMITTEES AND THEIR WORK IN REGARDS

09:14AM 19    TO THE EFFICIENCY OF THE LITIGATION?

09:14AM 20         MS. EMERT:  I MEAN, I THINK THE COMMITTEES WORK AND

09:14AM 21    I HAVE WORKED WITH SUCH TALENTED ATTORNEYS, CO-LEADS AND OTHER

09:14AM 22    MEMBERS OF THE STEERING COMMITTEES AND EXECUTIVE COMMITTEES.  I

09:14AM 23    THINK WHAT IS HAPPENING NOW IS THAT THE COMMITTEES ARE GETTING

09:14AM 24    A LITTLE SMALLER, BUT THEY'RE ALSO BEING MORE TARGETED AS FAR

09:14AM 25    AS ASSIGNMENTS AND CO-CHAIRS, OR LET'S SAY THE DISCOVERY

09:15AM 1    COMMITTEE, THE MARKETING COMMITTEE, BRIEFING COMMITTEE.

09:15AM 2        I'M ON GERMAN AUTO ANTITRUST CASE AS WELL.  SO IN GERMAN

09:15AM 3    AUTO, THE SEVEN -- THERE'S TWO CO-LEADS AND THEN THERE ARE

09:15AM 4    SEVEN ON THE STEERING COMMITTEE.  THERE'S NOT SEPARATE

09:15AM 5    DIFFERENT COMMITTEES WITHIN THE SEVEN SO IT WORKS WELL.  IT

09:15AM 6    WORKS WELL ALSO.  YOU KNOW, PEOPLE ARE ASKED, DO YOU HAVE TIME

09:15AM 7    TO WORK ON A MOTION TO DISMISS OR WE WOULD LIKE YOU TO DO

09:15AM 8    DISCOVERY REQUESTS.

09:15AM 9        SO I FIND THAT ALL OF THESE COMMITTEES, EVERYTHING HAS

09:15AM 10   BEEN WORKING WELL AND EFFICIENT AND THE CO-LEADS ARE VERY, VERY

09:15AM 11   CAREFUL IN THE BEGINNING OF THE CASE TO GET THEIR PROTOCOLS OUT

09:15AM 12   QUICKLY, AND EVERY MONTH WE'RE SENDING IN TIME SHEETS AND

09:15AM 13   EXPENSES WHERE THE CO-LEADS OR SOMEBODY THAT THE CO-LEAD

09:15AM 14   DESIGNATES GOES THROUGH THEM WITH A FINE TOOTH COMB, AND IF

09:15AM 15   THEY DON'T LIKE WHAT YOU PUT IN OR IF IT LOOKS LIKE A

09:15AM 16   DUPLICATION, THEY'LL SEND AN E-MAIL SAYING YOU NEED TO LOOK AT

09:15AM 17   THIS AND THEY'LL CHECK BACK.

09:15AM 18       THE COURT:  PARDON ME FOR INTERRUPTING YOU.  I

09:15AM 19   IMAGINE THAT CAN COME -- THINGS CAN GET -- I DON'T WANT TO USE

09:16AM 20   THE WORD -- TESTY.  SOMEONE MIGHT SAY, WELL, GEE, I REALLY DID

09:16AM 21   PUT IN 20 HOURS IN ON THIS, AND YOU HAVE TO SAY, OR SOMEONE

09:16AM 22   SIMILAR MIGHT HAVE TO SAY, YEAH, BUT WE'VE ALREADY ASSIGNED

09:16AM 23   THAT TO SOMEBODY ELSE.

09:16AM 24       MS. EMERT:  OH, YEAH.  I MEAN, THEY'LL CUT THE TIME.

09:16AM 25   THE CO-LEADS HAVE NO PROBLEM STICKING TO THE PROTOCOL.  THEY

09:16AM 1    SEND OUT EXTENSIVE E-MAILS AND MEMORANDUMS THAT SAYS, YOU KNOW,

09:16AM 2    EVEN WHEN IT RELATES TO TRAVEL, YOU KNOW, IF YOU'RE TRAVELLING

09:16AM 3    AND BOOKING HOTELS, THINK HILTON AND MARRIOTT AND NOT THE RITZ.

09:16AM 4    SO IT'S REALLY ALL LAID OUT, AND EVERYBODY DOES FOLLOW IT

09:16AM 5    BECAUSE YOU SPEND A LOT OF TIME DOING YOUR TIME RECORDS, AND

09:16AM 6    YOU DON'T WANT THEM SENT BACK TO HAVE TO REDO THEM.

09:16AM 7         SO, YOU KNOW, I HAVE A FEW PEOPLE THAT WORK WITH ME ON

09:16AM 8    CASES IN MY FIRM, AND I GO OVER EACH OF THEIR TIME FOR EACH

09:16AM 9    CASE THAT I'M IN.

09:16AM 10         THE COURT:  HAVE YOU HAD TO REVIEW COLLEAGUES'

09:16AM 11   BILLINGS FOR -- HOW SHALL I SAY? -- FOR READING E-MAILS?

09:16AM 12         MS. EMERT:  YEAH.

09:16AM 13         THE COURT:  SEVENTEEN HOURS OF READING E-MAILS?

09:16AM 14         MS. EMERT:  YEAH.  I MEAN, IT GETS CUT.  IT GETS

09:17AM 15   CUT.  THE CO-LEADS, THEY SAY IT UP-FRONT SO.

09:17AM 16         THE COURT:  THANK YOU.  I DIDN'T MEAN TO INTERRUPT

09:17AM 17   YOUR PRESENTATION, BUT THANK YOU.

09:17AM 18         MS. EMERT:  YEAH.  SO BASICALLY I'VE HAD A LOT OF

09:17AM 19   THESE POSITIONS.  GERMAN AUTO.  I'M ACTUALLY WORKING NOW AS

09:17AM 20   CO-CHAIR IN THE FACEBOOK DATA BREACH IN FRONT OF JUDGE ALSUP

09:17AM 21   WHICH IS NOT AN MDL BUT IT'S A CONSOLIDATED ACTION SIMILAR TO

09:17AM 22   THIS, AND HE APPOINTED CO-LEADS AND A COMMITTEE, AND SO I'M

09:17AM 23   DOING PLAINTIFFS' COMMUNICATION THERE.

09:17AM 24         BASICALLY I'VE WORKED WITH MOST OF THE ATTORNEYS IN THIS

09:17AM 25   ROOM THAT ARE APPLYING FOR POSITIONS.  I THINK I CAN WORK WELL

09:17AM  1    WITH ANY OF THEM.  I WELCOME THE OPPORTUNITY TO WORK WITH THEM,

09:17AM  2    AND I BELIEVE THAT THERE'S NOT -- I DON'T THINK THERE'S NEED

09:17AM  3    FOR MORE THAN A TWO CO-LEAD STRUCTURE, MAYBE A SMALL COMMITTEE,

09:17AM  4    BUT WHATEVER THE COURT DECIDES IS THE RIGHT SIZE STRUCTURE, I

09:17AM  5    WOULD LIKE TO PARTICIPATE IN THAT.  THANK YOU.

09:17AM  6           THE COURT:  OKAY.  THANK YOU.

09:17AM  7           MS. EMERT:  THANK YOU.

09:17AM  8           THE COURT:  LET ME ASK YOU THIS FINAL QUESTION OF

09:17AM  9    YOUR COLLEAGUE OPPOSITE ON THE DEFENSE HERE, DO YOU HAVE GREAT

09:17AM  10   TREPIDATION ABOUT GOING UP AGAINST MR. BERKOWITZ AND HIS FIRM?

09:18AM  11          MS. EMERT:  NO, NOT AT ALL.  NOT AT ALL.  THANK YOU.

09:18AM  12          THE COURT:  HE'S SMILING IN THE BACK THERE.

09:18AM  13    LET'S NEXT -- THANK YOU VERY MUCH.  LET'S HEAR FROM

09:18AM  14   MR. BROWN AND BRANDI, PLEASE.  COUNSEL FOR MR. LOMBARDI.

09:18AM  15          MR. BROWN:  GOOD MORNING, YOUR HONOR.  THANK YOU.

09:18AM  16   ANDREW BROWN ON BEHALF OF DOMENIC LOMBARDO.  I KNOW THE COURT

09:18AM  17   IS FAMILIAR WITH THE PLEADINGS THAT HAVE BEEN FILED, AND SO

09:18AM  18   WHAT I WANTED TO TALK TO THE COURT ABOUT THIS MORNING IS JUST

09:18AM  19   TO LET THE COURT KNOW THAT WE ALL ON OUR SIDE OF THE BEAM ARE

09:18AM  20   EXCELLENT LAWYERS.  THE COURT DOESN'T HAVE A WRONG ANSWER HERE.

09:18AM  21   WHATEVER YOUR HONOR DECIDES ON THE LEAD COUNSEL STRUCTURE IS

09:18AM  22   GOING TO BE A GOOD RESULT FOR THE CLASS AND IN THIS CASE IT'S

09:19AM  23   GOING TO BE LITIGATED WELL.

09:19AM  24    I THINK THERE IS ONE DISTINCTION TO BE MADE HERE AMONG THE

09:19AM  25   COUNSEL, AND I TRIED TO POINT IT OUT IN THE BRIEF.  I'D LIKE TO

09:19AM 1    HIGHLIGHT IT FOR YOU NOW WHICH IS UNDER THE 23(G) FACTORS THAT

09:19AM 2    THE COURT IS REQUIRED TO CONSIDER, THE FIRST ONE IS THE AMOUNT

09:19AM 3    OF TIME AND EFFORT AND THE WORK THAT COUNSEL HAS PUT IN TO DATE

09:19AM 4    IN THESE CASES.

09:19AM 5        AND I THINK --

09:19AM 6            THE COURT:  YOU'VE SAID YOU'VE DONE MORE WORK AT,

09:19AM 7    COMPETING IS THE WORD THAT YOU USED, LAW FIRMS.

09:19AM 8            MR. BROWN:  WITH THE EXCEPTION OF MR. PATACSIL'S

09:19AM 9    COUNSEL.  I THINK WE'RE MORE SORT OF ON EQUAL FOOTING THERE.

09:19AM 10   MY CLIENT, EXCUSE ME, WAS THE ONLY CLIENT, OR THE FIRST

09:19AM 11   CLIENT AT LEAST, FIRST PLAINTIFF TO BRING CLAIMS ON BEHALF OF

09:19AM 12   THE ANDROID PHONE PLAINTIFFS.  THERE WAS A GAP IN THE FIRST

09:19AM 13   FILED COMPLAINT.  THERE WAS NO REPRESENTATION FOR THE ANDROID

09:19AM 14   OPERATING SYSTEM PLAINTIFFS AND SO MY CLIENT FILLED THAT GAP.

09:20AM 15   MY CLIENT WAS THE FIRST ONE TO BRING UP A CAUSE OF ACTION

09:20AM 16   FOR THE MISREPRESENTATION CLAIM, AND THAT'S A DISTINCTION WITH

09:20AM 17   PATACSIL'S COUNSEL.  THEY HAVE CHOSEN NOT TO PURSUE THE

09:20AM 18   MISREPRESENTATION CLAIM FOR, I'M SURE, EXCELLENT REASONS.  IT'S

09:20AM 19   JUST A DIFFERENCE IN STRATEGY, I THINK.

09:20AM 20   BUT AT THE END OF THE DAY UNDER THAT FIRST FACTOR UNDER

09:20AM 21   RULE 23(G), IT'S PATACSIL'S COUNSEL AND MYSELF WHO HAVE DONE

09:20AM 22   THE LABORING OAR ON THE WORK IN THIS CASE UP UNTIL NOW.

09:20AM 23   SO THAT'S WHAT I WANTED TO HIGHLIGHT FOR THE COURT.

09:20AM 24   IN TERMS OF CAPTURING BILLINGS, YOU KNOW, I UNDERSTAND

09:20AM 25   THAT THE TREND IS TO BE DOING THAT AND TO HAVE THE COURT MORE

09:20AM 1    INVOLVED IN MAKING SURE THAT THE PLAINTIFF'S LAWYERS AREN'T

09:20AM 2    RUNNING UP THE BILLS.  I THINK WE ALL NOW HAVE EXPERIENCE IN

09:20AM 3    THAT AND AS LEAD COUNSEL, OF COURSE, THAT WOULD BE PART OF THE

09:21AM 4    STRUCTURE THAT LEAD COUNSEL PUTS IN PLACE.

09:21AM 5         THE COURT:  DO YOU THINK THAT'S A GOOD IDEA THAT,

09:21AM 6    I'LL CALL IT TRANSPARENCY, FOR THE PUBLIC?  RULE 23 HAS A LOT

09:21AM 7    OF CRITICS, AS YOU KNOW, AND CLASS ACTION -- PLAINTIFF'S

09:21AM 8    COUNSEL SOMETIMES SUFFER THAT CRITICISM.

09:21AM 9         MR. BROWN:  FOR SURE.

09:21AM 10        THE COURT:  AND OF COURSE, OF COURSE THE IMMEDIATE

09:21AM 11   TARGET IS THE FEES, THE ATTORNEY'S FEES, AND THE GENERAL PUBLIC

09:21AM 12   LOOK AT THAT SOMETIMES AND THEY WONDER WHEN THEY LOOK AT THE

09:21AM 13   FEES VIS-À-VIS THE RECOVERY AND IN THE PUBLIC EYE THAT'S

09:21AM 14   SOMETIMES RECEIVED SOME CRITICISM.

09:21AM 15        MR. BROWN:  I UNDERSTAND THAT HAVING PRACTICED IN

09:21AM 16   THIS FIELD FOR A NUMBER OF YEARS, YES, YOUR HONOR.

09:21AM 17        I DON'T KNOW THAT THERE'S AN EASY SOLUTION TO THAT,

09:21AM 18   THOUGH, BECAUSE AT THE END OF THE DAY EVEN IF THERE IS A COURT,

09:21AM 19   YOU KNOW, CHECKING ON THIS MONTHLY, THOSE -- YOU KNOW, THE TIME

09:21AM 20   ENTRIES AND THAT SORT OF THING, THAT'S -- IT'S NOT REALLY FOR

09:21AM 21   THE PUBLIC CONSUMPTION.

09:22AM 22        SO, YOU KNOW, I THINK THE COURT OVERSEEING THAT CAN

09:22AM 23   FULFILL THAT ROLE ON BEHALF OF THE PUBLIC, AND OBVIOUSLY THE

09:22AM 24   COURT ACTS AS A FIDUCIARY FOR CLASS MEMBERS WHEN WE GET TO

09:22AM 25   SETTLEMENT OR ENTERING A JUDGMENT AND THE APPLICATION FOR FEES.

09:22AM  1    SO I THINK THE COURT IN THAT ASPECT FULFILLS THAT ROLE ON

09:22AM  2    BEHALF OF THE PUBLIC, BUT I DON'T KNOW.  I THINK PLAINTIFF'S

09:22AM  3    LAWYERS WILL ALWAYS BE SUBJECT TO THAT PUBLIC PERCEPTION THAT

09:22AM  4    BECAUSE THE LAWYERS GET PAID MORE THAN ANY INDIVIDUAL CLASS

09:22AM  5    MEMBER IN A RECOVERY THAT IT'S GOING TO SEEM UNFAIR TO CERTAIN

09:22AM  6    MEMBERS OF THE PUBLIC.

09:22AM  7         THE COURT:  WELL, WHEN YOU GO TO SPEAK TO THE PUBLIC

09:22AM  8    AT PUBLIC MEETINGS AND EVENTS AND WHEN YOU'RE INVITED TO SPEAK

09:22AM  9    AND SOMETIMES PEOPLE, THE PUBLIC, DO ASK QUESTIONS ABOUT RULE

09:22AM  10   23 AND CLASS PROCESS, AND IS THIS SOMETHING THAT YOU SPEAK

09:22AM  11   ABOUT WHEN YOU ARE INVITED TO TALK AT PUBLIC EVENTS AND TRY TO

09:22AM  12   EXPLAIN THAT CONNECTION?

09:23AM  13        MR. BROWN:  I'VE CERTAINLY ENCOUNTERED IT ON AN

09:23AM  14   INDIVIDUAL BASIS.

09:23AM  15        THE COURT:  ON DISCREET CARS AND BUSSES.

09:23AM  16        MR. BROWN:  YES.  EXACTLY.  JUST TALKING TO MY

09:23AM  17   FRIENDS AND COLLEAGUES AND WHAT HAVE YOU.

09:23AM  18      AND, YES, OF COURSE.  I THINK HAVING THE CONVERSATION AND

09:23AM  19   EXPLAINING IT ALL MAKES SENSE.  OBVIOUSLY PLAINTIFF'S COUNSEL

09:23AM  20   TAKE A GREAT RISK, AND THEY DON'T RECOVER IN EVERY CASE SO THEY

09:23AM  21   FREQUENTLY LOSE AS MUCH AS THEY DON'T.  SO ONCE THE PUBLIC

09:23AM  22   UNDERSTANDS THAT THEY HAVE A FEE, EVEN THOUGH THEY MAY NOT

09:23AM  23   NECESSARILY AGREE WITH IT, THEY CAN CERTAINLY UNDERSTAND IT.

09:23AM  24        THE COURT:  SURE.  THE RATIONALE PER CAFA AND OTHER

09:23AM  25   PROVISIONS.

09:23AM 1          MR. BROWN:  EXACTLY.

09:23AM 2          THE COURT:  RIGHT.  SO TELL ME, I DIDN'T GET A

09:23AM 3   CHANCE TO ASK MS. EMERT HER THOUGHTS, BUT HAVE YOU REVIEWED THE

09:23AM 4   N.D. CAL'S PROCEDURAL GUIDELINES, OUR NEW GUIDELINES?

09:23AM 5          MR. BROWN:  SO, YOUR HONOR, I HAVE TO CONFESS, I

09:23AM 6   REVIEWED THEM WHEN THE CASE WAS FILED.  I HAVE NOT REVIEWED THE

09:23AM 7   AMENDMENTS TO THEM.

09:23AM 8          THE COURT:  YOU DIDN'T KNOW THERE WOULD BE A TEST

09:23AM 9   TODAY.  I WAS GOING TO HAVE YOU COMMENT ON PARAGRAPH 11, FOR

09:24AM 10  EXAMPLE.

09:24AM 11         MR. BROWN:  YES, I CERTAINLY WOULD HAVE HAD I KNOWN,

09:24AM 12  BUT I'M NOT IN A POSITION THIS MORNING TO TALK ABOUT IT.

09:24AM 13         THE COURT:  BUT YOU'RE FAMILIAR THAT THEY EXIST AND

09:24AM 14  YOU KNOW THAT WE'VE SPENT SOME GREAT EFFORT AND TIME, MY

09:24AM 15  COLLEAGUES AND I, LOOKING AT THOSE, DISCUSSING THOSE AND

09:24AM 16  DECIDING WHAT WOULD BE BEST FOR LITIGATION IN N.D. CAL?

09:24AM 17         MR. BROWN:  ABSOLUTELY, AND I'M AWARE OF A NUMBER OF

09:24AM 18  OTHER PROVISIONS SUCH AS PROPOSED PROTECTIVE ORDER TERMS AND

09:24AM 19  THOSE SORTS OF THINGS.

09:24AM 20         THE COURT:  OKAY.  WHAT ELSE WOULD YOU LIKE ME TO

09:24AM 21  KNOW?

09:24AM 22         MR. BROWN:  I THINK I'VE COVERED IT.  THANK YOU,

09:24AM 23  YOUR HONOR.

09:24AM 24         THE COURT:  OKAY.  THANK YOU VERY MUCH.

09:24AM 25     MS. EMERT, I DIDN'T GIVE YOU A CHANCE TO COMMENT ABOUT THE

09:24AM 1    N.D. CAL PROCEDURAL GUIDELINES.  YOU'RE FAMILIAR WITH THEM?

09:24AM 2              MS. EMERT:  I'M FAMILIAR, BUT I COULD PROBABLY NOT

09:24AM 3    SPEAK TO THEM JUST YET.

09:24AM 4              THE COURT:  OKAY.  THANK YOU.  THANK YOU.  SORRY FOR

09:24AM 5    THE POP QUIZ.

09:24AM 6         (LAUGHTER.)

09:24AM 7              THE COURT:  LET'S TURN NOW TO, LET'S SEE, MR. SOBOL,

09:25AM 8    ARE YOU SPEAKING ON BEHALF OF YOUR FIRM, CARNEY, BATES AND

09:25AM 9    AHDOOT, WOLFSON?

09:25AM 10             MR. SOBOL:  I WILL, YOUR HONOR, IN A GENERAL SENSE.

09:25AM 11   IF YOU WANTED TO HEAR FROM MY COCOUNSEL, THEY WOULD LIKE AN

09:25AM 12   OPPORTUNITY TO INTRODUCE THEMSELVES TO THE COURT.

09:25AM 13             THE COURT:  OF COURSE.

09:25AM 14             MR. SOBOL:  THANK YOU.  MAYBE I WOULD START WITH

09:25AM 15   YOUR HONOR'S QUESTIONS IF I CAN.

09:25AM 16             THE COURT:  PLEASE.

09:25AM 17             MR. SOBOL:  AND I'LL TAKE THEM IN REVERSE ORDER.

09:25AM 18        THE ONE ADDRESSED SPECIFICALLY TO THE POSSIBILITY OF

09:25AM 19   SPLITTING UP THE ALOU BROTHERS --

09:25AM 20             THE COURT:  YOU KNOW ABOUT THE ALOU BROTHERS?

09:25AM 21             MR. SOBOL:  I DO.

09:25AM 22             THE COURT:  AND I HAVE TO CONFESS, YOU KNOW, I USE

09:25AM 23   THAT TODAY AS OPENING DAY, I BELIEVE.  THIS IS MY PAY ON TO

09:25AM 24   JUDGE BREYER.

09:25AM 25             MR. SOBOL:  AH.  WELL, YOU KNOW, I GREW UP IN

09:25AM  1    NEW YORK A YANKEES FAN AND MATTY ALOU WAS SECOND BASEMAN FOR A

09:25AM  2    PERIOD OF TIME, AND THE PUBLIC ADDRESS ANNOUNCER USED TO

09:25AM  3    INTRODUCE HIM BY SAYING, "NUMBER 2, MATTY ALOU, NUMBER 2."  SO

09:25AM  4    IT WAS VERY ETCHED IN MY HEAD WHEN YOU BROUGHT UP THE NAMES.

09:26AM  5         BUT I MEAN, LOOK, MY ANSWER WOULD BE IT WOULD BE A SHAME

09:26AM  6    TO BREAK US UP.  THE REASON WHY I SAY THAT IS BECAUSE ANY ONE

09:26AM  7    OF US HAS MORE EXPERIENCE SPECIFICALLY IN THE CONSUMER PRIVACY

09:26AM  8    AREA THAN ANY OTHER OF THE OTHERWISE WELL QUALIFIED COUNSEL WHO

09:26AM  9    CLEARLY HAVE EXPERIENCE IN COMPLEX CLASS ACTION LITIGATION AND

09:26AM  10   ON THE CONSUMER SIDE, BUT THERE'S A REAL SHORTAGE OF REALLY

09:26AM  11   IN-DEPTH CONSUMER PRIVACY.

09:26AM  12        AND MYSELF I CAN SAY, AND MY COLLEAGUES, HANK BATES AND

09:26AM  13   TINA WOLFSON, HAVE BEEN DOING A NUMBER OF CONSUMER PRIVACY

09:26AM  14   CASES.  AND I WOULD IMAGINE THAT HAVING A THREE HEADED TEAM,

09:26AM  15   ONE OF THE CONCERNS THE COURT OBVIOUSLY WOULD HAVE TO

09:26AM  16   ACKNOWLEDGE IS, IS THIS LIKE A CUMBERSOME, AN INEFFICIENT KIND

09:26AM  17   OF STRUCTURE?  BECAUSE WE DON'T WANT THAT.  I DON'T WANT THAT,

09:27AM  18   EITHER.  WHAT I WOULD SAY TO THAT IS THAT EFFICIENCY IS DRIVEN

09:27AM  19   A LOT BY EXPERIENCE.

09:27AM  20        YOU KNOW, WE HAVE LITIGATED STANDING ISSUES IN PRIVACY

09:27AM  21   CASES, WE'VE LITIGATED THE SEPA CLAIM, WHICH IS, YOU KNOW, THE

09:27AM  22   CENTERPIECE, I WOULD SAY, CLAIM HERE AT ISSUE IN THIS

09:27AM  23   LITIGATION; INTRUSION UPON SECLUSION CLAIMS.  WE'VE DONE

09:27AM  24   DISCOVERY UNDER THOSE CLAIMS.  WE'VE GOTTEN THOSE CLAIMS

09:27AM  25   CERTIFIED UNDER NATIONAL CLASSES USING A CHOICE OF LAW

09:27AM 1    PROVISION THAT IS SIMILAR TO THE ONE THAT IS AT ISSUE HERE.  WE

09:27AM 2    HAVE, YOU KNOW, WORKED WITH THE EXPERTS, THE COMPUTER SCIENCE

09:27AM 3    EXPERTS ON ELECTRONIC COMMUNICATIONS.

09:27AM 4        WE'RE FAMILIAR WITH BIG DATA MARKET AND THE ECONOMICS OF

09:27AM 5    DATA COMMERCE.  ALL OF THESE ARE GOING TO -- YOU KNOW, THIS IS

09:27AM 6    A, THIS IS A HARD CASE.  IT'S NOT A GOTCHA CASE.  IT'S A VERY

09:28AM 7    SERIOUS SET OF ALLEGATIONS, AND WE TAKE THIS LINE OF CONSUMER

09:28AM 8    PROTECTION VERY SERIOUSLY AT MY FIRM, AND WE HAVE INVESTED A

09:28AM 9    LOT OF TIME ALONG WITH OUR COLLEAGUE, HANK BATES, AND WORKING

09:28AM 10   WITH TINA ON CASES AS WELL.

09:28AM 11       AND I RECOGNIZE THAT IN A CASE LIKE THIS WHERE WE'RE THE

09:28AM 12   INSTIGATORS, OUR PLAINTIFFS AND THE PLAINTIFF'S COUNSEL, WE'RE

09:28AM 13   THE REASON WE'RE ALL HERE, AND WE ASK A LOT OF THE COURT IN

09:28AM 14   THESE KINDS OF CASES.  OUR COMMITMENT BACK IS TO DOUBLE OUR

09:28AM 15   EFFORTS AND TO BRING A WEALTH OF EXPERIENCE INTO THE CASE.

09:28AM 16       IF YOU WERE TO SPLIT US UP OR TO CHOOSE ANY ONE OF US, THE

09:28AM 17   CLASS WOULD BE DEPRIVED OF WHOMEVER WAS LEFT OUT.  AND THE

09:28AM 18   THREE OF US HAVE, AS I SAY, THE GREATEST AMOUNT OF EXPERIENCE

09:28AM 19   IN THIS AREA.

09:28AM 20            THE COURT:  THE QUESTION MIGHT ARISE, AND IT DOES

09:29AM 21   NOT PERTAIN TO YOUR CLIENTS, BUT PERHAPS IT'S TO THE GENERAL

09:29AM 22   EDUCATION OF THE BAR AND SPREADING THE WEALTH, IF YOU WILL.

09:29AM 23   SOME OF THE FIRMS THAT YOUR COLLEAGUES BEHIND YOU, MAYBE THEY

09:29AM 24   DON'T HAVE THE TOTALITY OF THE EXPERIENCE THAT YOU AND THE

09:29AM 25   OTHER TWO FIRMS HAVE.

09:29AM 1      SO WHY NOT SPLIT THE TEAM UP AND LET SOMEONE ELSE HAVE THE

09:29AM 2   JOY OF WORKING AND THE PRIVILEGE OF WORKING SHOULDER TO

09:29AM 3   SHOULDER WITH YOU AND YOUR COLLEAGUES OR ONE OF THE OTHER

09:29AM 4   FIRMS?

09:29AM 5      MR. SOBOL:  THAT WOULD BE GREAT FOR THEM.  THE

09:29AM 6   QUESTION IS WHAT WOULD BE BEST, I WOULD SUBMIT, WHAT WOULD BE

09:29AM 7   BEST FOR THE CLASS AND TO BRING THE MOST RELEVANT EXPERIENCE TO

09:29AM 8   THE CLASS?

09:29AM 9      THE COURT:  THEN NOBODY GETS IN.  THEN YOU WOULD

09:29AM 10  HAVE JUST THIS GROUP WHO GETS EVERY CASE ALL OF THE TIME

09:29AM 11  BECAUSE NOBODY ELSE IS EXPERIENCED?  IS THAT A FAIR QUESTION?

09:29AM 12     MR. SOBOL:  WELL, I WOULDN'T WANT -- IT IS A FAIR

09:29AM 13  QUESTION, AND I WOULDN'T WANT TO LIVE IN THAT WORLD.  I WOULD

09:29AM 14  WANT TO LIVE IN THE WORLD WHERE I DO COOPERATE WITH THESE, AND

09:29AM 15  WE DO IN OTHER CASES.  WE'RE ALL VERY AMICABLE COLLEAGUES HERE

09:29AM 16  AND RESPECT ONE ANOTHER AND THE WORK THAT WE DO ACROSS THE

09:30AM 17  BOARD.

09:30AM 18     BUT I WILL SAY THAT PART OF OUR PITCH, OR PART OF OUR

09:30AM 19  PROPOSAL, WAS THAT WE BE -- RETAIN THE ABILITY BECAUSE I THINK

09:30AM 20  IT WILL BE NEEDED HERE TO ENLIST HELP FROM OTHERS AS NEEDED AND

09:30AM 21  I WOULD -- THERE'S NOT A PERSON ON THE LIST HERE WHO IS IN

09:30AM 22  FRONT OF YOU ARGUING FOR LEAD TODAY WHO I WOULDN'T FEEL BASHFUL

09:30AM 23  ABOUT CALLING UP ASKING FOR HELP ON CERTAIN PROJECTS.  AND I

09:30AM 24  THINK -- IT MAY COME TO THAT.

09:30AM 25     I MEAN, LOOK, THERE'S NO QUESTION THAT SOMETIMES YOU'RE

09:30AM 1   GOING TO HAVE A SINGLE LAWYER OR A SINGLE LAW FIRM ASSIGNED TO

09:30AM 2   SOME SET OF CASE -- SOME DISCRETE AREAS, SOME DOMAIN, SOME

09:30AM 3   ASPECT OF THE CASE, AND THEN THERE ARE OTHER TIMES WHEN YOU'RE

09:30AM 4   GOING TO NEED SOME OR ALL HANDS ON DECK, AND YOU NEED TO HAVE

09:30AM 5   THAT FLEXIBILITY IN MY EXPERIENCE TO REALLY COMBAT TIMES WHEN

09:30AM 6   YOU'RE REALLY DOWN TO CRUNCH, WHEN YOU'RE AT THE END OF THE

09:31AM 7   DISCOVERY PERIOD, YOU HAVE THE CLASS CERTIFICATION DEADLINE

09:31AM 8   LOOMING OVER YOU, AND YOU'RE WORKING WITH EXPERTS AND TRYING TO

09:31AM 9   GET EVERYONE DEPOSED AND YOU'RE UP AGAINST A VERY WELL-HEELED

09:31AM 10  DEFENDANT.  I MEAN, YOU CAN SAY THAT THEY HAVE VIRTUALLY THE

09:31AM 11  AVAILABILITY OF AN UNLIMITED BENCH OF LAWYERS ON THE OTHER

09:31AM 12  SIDE.

09:31AM 13          THE COURT:  WELL, THEY DON'T NEED ANY MORE THAN

09:31AM 14  MR. BERKOWITZ, DO THEY?

09:31AM 15          MR. SOBOL:  WELL, YOU KNOW, YOU ASKED -- THEY'RE A

09:31AM 16  FINE FIRM.  THEY'RE FELLOWS OF OURS IN SAN FRANCISCO, AND WHEN

09:31AM 17  WE SEE THEM THERE WE KNOW THEY HAVE TRIAL CAPABILITIES AND THAT

09:31AM 18  THEY'RE SERIOUS TRIAL LAWYERS AND GOOD LAWYERS, AND WE HAVE TO

09:31AM 19  APPROACH THE CASE THAT WAY AND PREPARE IT FOR TRIAL WITH THAT

09:31AM 20  IN MIND BECAUSE THAT'S WHAT THEIR PRESENCE SIGNALS TO US.

09:31AM 21      AS FOR A PROTOCOL ON BILLING, I CAN GO ON ABOUT OUR

09:31AM 22  EXPERIENCE AND TELL YOU ABOUT SOME OF OUR RELEVANT SEPA CASES

09:31AM 23  AND EQWA CASES, BUT IN THE INTEREST OF TIME I'LL RELY ON MY

09:32AM 24  PAPERS FOR THAT, BUT I'LL SAY THAT THE THREE OF US HAVE

09:32AM 25  SPECIFICALLY THAT KIND OF EXPERIENCE HERE.

09:32AM 1      ON A PROTOCOL FOR BILLING, THIS IS SOMETHING THAT MY FIRM

09:32AM 2    ROUTINELY DOES IN COMPLEX LITIGATION.  IN THE MDL CONTEXT, ONE

09:32AM 3    THAT I'VE PARTICIPATED IN, WHEN WE'RE LEAD COUNSEL IN

09:32AM 4    PARTICULAR AND WE'RE ASSIGNED THAT, AND WE HAVE SPENT A FAIR

09:32AM 5    AMOUNT OF TIME ADDRESSING STATE OF THE ART BILLING PROGRAMS,

09:32AM 6    SOFTWARE TO HELP WITH THIS.  WE'RE INTERESTED IN REGULAR REVIEW

09:32AM 7    OBVIOUSLY.  WE'VE SUGGESTED IN SORT OF CMC CONTEXT, IF NOT IN

09:32AM 8    THIS CASE THEN IN CERTAINLY A LOT OF CASES RECENTLY FOR, YOU

09:32AM 9    KNOW, ONGOING OVERSIGHT BY THE COURT FOR TRANSPARENCY PURPOSES

09:32AM 10   INCLUDING SUBMISSION OF TIME AND FOR RESTRICTION AND A CASE

09:32AM 11   MANAGEMENT ORDER THAT ONLY ALLOWS WORK TO BE COMPENSATED THAT

09:33AM 12   IS DIRECTED BY LEAD COUNSEL AND ALL OF THESE SORT OF SAFEGUARDS

09:33AM 13   AND BOTH FOR TRANSPARENCY.

09:33AM 14      I THINK THAT THE NORTHERN DISTRICT RECENT SETTLEMENT

09:33AM 15   GUIDELINES ARE IN THAT SPIRIT OF TRANSPARENCY.  I HAD THE GOOD

09:33AM 16   FORTUNE TO WORK WITH CHIEF JUDGE HAMILTON AS PART OF A GROUP OF

09:33AM 17   LAWYERS, MAYBE EVEN SOME HERE, SOME OF THE OTHERS HERE WHO GAVE

09:33AM 18   SOME FEEDBACK FOR THAT.

09:33AM 19      BUT I THINK IN LOOKING AT, YOU KNOW, COMPARABLE

09:33AM 20   SETTLEMENTS, DOING A POST DISTRIBUTION SORT OF ACCOUNTING BACK

09:33AM 21   TO THE COURT AFTER FINAL APPROVAL, THIS IS, THIS IS TO, THIS IS

09:33AM 22   TO ADDRESS TRANSPARENCY CONCERNS AND PUBLIC SKEPTICISM ABOUT

09:33AM 23   RULE 23.

09:33AM 24      WE'RE PROUD OF THE WORK WE DO, WE'RE NOT ASHAMED OF IT,

09:33AM 25   AND WE'RE HAPPY TO PUT IT ALL IN FRONT OF THE COURT AND ALL IN

09:33AM   1        FRONT OF THE PUBLIC SO THAT THEY CAN SEE AND LEARN AND MAYBE WE

09:34AM   2    CAN DO SOMETHING THROUGH TRANSPARENCY TO SORT OF CHANGE SOME OF

09:34AM   3    THAT NEGATIVE SENTIMENT FROM TIME TO TIME.

09:34AM   4        THOSE ARE YOUR THREE QUESTIONS.  I'M HAPPY TO ADDRESS

09:34AM   5    ANYTHING ELSE, AND I KNOW I'VE TAKEN UP SOME TIME BUT IF YOU

09:34AM   6    WANTED TO MEET MS. WOLFSON.

09:34AM   7            THE COURT:  WHY DON'T I JUST HEAR FROM MR. BATES,

09:34AM   8    MS. WOLFSON, IF THEY JUST WANT TO COME FORWARD AND INTRODUCE

09:34AM   9    THEMSELVES AND IF THEY HAVE ANYTHING THEY WOULD LIKE TO SAY.

09:34AM  10            MR. SOBOL:  THANK YOU VERY MUCH, YOUR HONOR.

09:34AM  11            THE COURT:  THANK YOU.

09:34AM  12            MS. WOLFSON:  GOOD MORNING, YOUR HONOR.

09:34AM  13    TINA WOLFSON OF AHDOOT & WOLFSON ON BEHALF OF THE ALI

09:34AM  14    PLAINTIFF.  IT'S NICE TO SEE YOU AND SPEND PART OF MY BIRTHDAY

09:34AM  15    WEEK WITH YOU.  I TURNED 50 ON MONDAY, PROUDLY.

09:34AM  16            THE COURT:  THANK YOU.

09:34AM  17            MS. WOLFSON:  AND ONE OF THE ADVANTAGES OF BEING

09:34AM  18    AROUND IS HAVING WORKED WITH SOME OF THE WONDERFUL ATTORNEYS

09:34AM  19    THAT YOU SEE IN FRONT OF YOU TODAY.

09:34AM  20        I, HOWEVER, CHOSE TO ALIGN WITH THE PATACSIL COUNSEL

09:34AM  21    BECAUSE I AGREE WITH MR. SOBOL THAT IT IS IN THE BEST INTEREST

09:34AM  22    OF THE CLASS TO GET A TEAM TOGETHER THAT HAS THE MOST

09:35AM  23    EXPERIENCE PARTICULARLY IN THE PRIVACY ARENA.

09:35AM  24        THIS IS AN EVOLVING AREA OF LAW WITH AN EVEN FASTER

09:35AM  25    EVOLVING TECHNOLOGY ATTACHED TO IT, AND I JUST WANT TO GIVE YOU

09:35AM 1    SOME HIGHLIGHTS FROM MY OWN RESUME AND SHOW YOU WHY THIS

09:35AM 2    EXPERIENCE IS RELEVANT.

09:35AM 3        IN THE 1990S MY FIRM SUED MANY MAJOR BANKS AND CREDIT CARD

09:35AM 4    COMPANIES FOR COLLECTING CONSUMERS' FINANCIAL INFORMATION AND

09:35AM 5    SELLING IT TO TELE MARKETERS, AND THAT WAS REALLY THE BEGINNING

09:35AM 6    OF MASS DATA COLLECTION AND THE KIND OF PROFIT THAT IS NOW AT

09:35AM 7    THE CENTER OF A LOT OF TECHNOLOGICAL ADVANCES IN COMPANIES SUCH

09:35AM 8    AS GOOGLE.

09:35AM 9        MY EXTENSIVE DATA BREACH EXPERIENCE IS ALSO RELEVANT.  IT

09:35AM 10    DEALS WITH THE THORNY ISSUES OF ARTICLE III STANDING.

09:35AM 11        MY FIRM WAS RESPONSIBLE IN THE NIEMAN MARCUS ARTICLE III

09:35AM 12    STANDING APPEAL IN FRONT OF THE SEVENTH CIRCUIT.

09:36AM 13        MY PARTNER AND I BOTH BRIEFED AND ARGUED THAT APPEAL, AND

09:36AM 14    THAT'S CITED ALL OF THE TIME IN PRIVACY CASES HAVING TO DO WITH

09:36AM 15    ARTICLE III STANDING.

09:36AM 16        AND THE DAMAGE MODELS THAT WE EMPLOY IN THE DATA BREACH

09:36AM 17    CASES ARE GOING TO BE VERY RELEVANT HERE.

09:36AM 18        MOST RECENTLY IN THE PREMERA DATA BREACH CASE, I'M ON THE

09:36AM 19    PAC ON THAT CASE, AND WE PRESENTED TO JUDGE SIMON MANY DAMAGE

09:36AM 20    MODELS, INCLUDING THE IDEA THAT YOUR PERSONAL INFORMATION HAS

09:36AM 21    INHERENT VALUE AND WE CAN ASSIGN A DOLLAR AMOUNT TO THAT.

09:36AM 22    THESE ARE, AGAIN, STILL NOVEL, SOMETIMES UNTESTED THEORIES THAT

09:36AM 23    THE COURT MAY BE FACED WITH AS WE HEAD TO TRIAL.

09:36AM 24        I ALSO HAVE EXPERIENCE LITIGATING AGAINST GOOGLE

09:36AM 25    PARTICULARLY WHICH AS WE ALL KNOW IS A TECHNOLOGICAL GIANT.

09:36AM 1    THE VERY TECHNOLOGY THAT IS GOING TO BE AT ISSUE HERE IS

09:36AM 2    CONTINUING TO EVOLVE AS WE SPEAK, AND WE NEED EXPERIENCED

09:36AM 3    ATTORNEYS IN THE TECHNICAL ARENA TO BASICALLY CATCH UP TO SPEED

09:37AM 4    ON WHAT GOOGLE ALREADY KNOWS.

09:37AM 5        IN MY CASE AGAINST GOOGLE, RIVERA VERSUS GOOGLE, WHICH IS

09:37AM 6    NOW ON APPEAL TO THE SEVENTH CIRCUIT, AFTER A MOTION FOR

09:37AM 7    SUMMARY JUDGMENT WAS GRANTED, THE LOCATION TECHNOLOGY AT ISSUE

09:37AM 8    HERE WAS VERY MUCH AT PLAY THERE BECAUSE GOOGLE ASSERTED THE

09:37AM 9    DORMANT COMMERCE CLAUSE IN THAT CASE AND THEY ADVANCED THE

09:37AM 10   ARGUMENT THAT BECAUSE THIS WAS AN ILLINOIS SPECIFIC BIOMETRIC

09:37AM 11   INFORMATION PRIVACY STATUTE, THEY COULDN'T TRACK WHEN PICTURES

09:37AM 12   ARE UPLOADED AND WHERE.  SO WE REALLY GOT INTO THE WEEDS ON

09:37AM 13   THAT ISSUE IN THAT CASE, AND I THINK THAT'S GOING TO BE

09:37AM 14   INVALUABLE EXPERIENCE HERE.

09:37AM 15           THE COURT:  DO YOU THINK THAT THIS IS GOING TO BE --

09:37AM 16   I KNOW IT'S PREMATURE, BUT ARE WE GOING TO BE LOOKING AT

09:37AM 17   DORMANT COMMERCE CLAUSE ISSUES IN THIS CASE?

09:38AM 18           MS. WOLFSON:  WELL, I'M SURE THAT MR. BERKOWITZ WILL

09:38AM 19   LEAVE NO STONE UNTURNED.  THE POINT OF THAT THAT I'M TRYING TO

09:38AM 20   MAKE IS THAT WE'RE FAMILIAR WITH THE TECHNOLOGY AND HOW IT

09:38AM 21   WORKS AND HAVE SUCCESSFULLY PROPOUNDED DISCOVERY IN THAT AREA.

09:38AM 22           THE COURT:  WELL, LET ME ASK YOU MY QUESTION ABOUT

09:38AM 23   BREAKING UP THE ALOU BROTHERS, PARDON ME.  WHAT ARE YOUR

09:38AM 24   THOUGHTS ABOUT THAT?

09:38AM 25           MS. WOLFSON:  I THINK IT WOULD BE A SHAME.  I THINK

09:38AM  1    THAT, YOU KNOW, IT'S -- AS A YOUNG ATTORNEY, I UNDERSTAND YOUR

09:38AM  2    CONCERN, RIGHT, WE WANT TO BE INCLUSIVE.  WE -- AS YOU KNOW IN

09:38AM  3    THE APPLE CASE WE'RE EXTREMELY INCLUSIVE AND THAT'S BECAUSE

09:38AM  4    THAT WAS A CASE THE MAGNITUDE OF WHICH CALLED FOR THE KIND OF

09:38AM  5    STRUCTURE THAT WE PRESENTED THERE.

09:38AM  6        THIS IS GOING TO BE A COMPLEX CASE FOR SURE AND A VERY

09:38AM  7    DIFFICULT CASE, BUT WE FEEL THAT THE STRUCTURE WE'RE PROPOSING,

09:38AM  8    WHICH IS THREE CO-LEAD AND A FLEXIBILITY TO ENGAGE THE OTHER

09:39AM  9    TERMS, LIKE I SAID, MOST OF WHOM WITH WHICH WE HAVE WORKED, AND

09:39AM  10   WE ARE FAMILIAR WITH THEIR TALENTS IS WHAT IS BEST FOR THE

09:39AM  11   CLASS HERE.

09:39AM  12       OF COURSE IF YOUR HONOR CHOOSES TO SPLIT UP THE TEAM, WE

09:39AM  13   WILL NEVERTHELESS OFFER OUR TALENTS TO, YOU KNOW, WHOEVER IS IN

09:39AM  14   CHARGE.

09:39AM  15           THE COURT:  OKAY.  THANK YOU VERY MUCH.

09:39AM  16           MS. WOLFSON:  THANK YOU SO MUCH.

09:39AM  17           THE COURT:  YOU'RE WELCOME.  MR. BATES?

09:39AM  18           MR. BATES:  GOOD MORNING, YOUR HONOR.  I APPRECIATE

09:39AM  19   THIS OPPORTUNITY TO INTRODUCE MYSELF OR I GUESS REINTRODUCE

09:39AM  20   MYSELF.  WE RESOLVED THE TURBO TAX CLASS ACTION SETTLEMENT IN

09:39AM  21   YOUR COURT MAYBE FIVE YEARS AGO, SIX YEARS AGO.  IT'S BEEN A

09:39AM  22   WHILE.  IT'S BIRTHDAY WEEK FOR ME AS WELL.  I TURNED 54 ON

09:39AM  23   TUESDAY AND ALTHOUGH I'M NOW --

09:39AM  24           THE COURT:  HAD I KNOWN, WE WOULD HAVE PROPERLY

09:39AM  25   VETTED.

09:39AM  1          MR. BATES:  I WAS EXPECTING CONFETTI TO FALL FROM

09:39AM  2     THE CEILING.  ALTHOUGH I NOW LIVE IN ARKANSAS, I MAY HAVE THE

09:40AM  3     OLDEST CALIFORNIA BAR HERE.  I'M A '92 CALIFORNIA BAR.

09:40AM  4          AND TO ADDRESS YOUR ISSUE ON THE QUESTION AS TO THE

09:40AM  5     GUIDANCE ON CLASS ACTION SETTLEMENTS, GENERALLY WHEN I READ

09:40AM  6     OVER THAT, IT WAS NOT A WHOLE LOT NEW BECAUSE I THINK THE

09:40AM  7     NORTHERN DISTRICT HAS BEEN WORKING TOWARDS THAT FOR YEARS NOW

09:40AM  8     AND THAT'S BASICALLY SORT OF PUTTING -- CODIFYING WHAT WAS

09:40AM  9     ALREADY THE BEST PRACTICES WITHIN THE NORTHERN DISTRICT.

09:40AM 10          I THINK THE NORTHERN DISTRICT HAS DONE A VERY GOOD JOB OF

09:40AM 11     MOVING A LOT OF ANALYSIS UP TO THE PRELIMINARY APPROVAL STAGE.

09:40AM 12          I HAVE SEVERAL CLASS ACTIONS IN OTHER JURISDICTIONS WHERE

09:40AM 13     I HAVE PUT IN MY PRELIMINARY APPROVAL PAPERS, AND I TRY TO PUT

09:40AM 14     A LOT OF DETAIL IN THEM.  AND AT TIMES THE COURTS DON'T EVEN

09:40AM 15     WANT TO HEAR IT, AND THAT'S SCARY.  SCARY FOR THE CLASS, NOT

09:40AM 16     NECESSARILY FOR ME, BECAUSE THE COURT DOESN'T ENGAGE UNTIL THE

09:40AM 17     FINAL APPROVAL HEARING.  I DON'T THINK THAT'S THE PROPER

09:40AM 18     PROCEDURE.

09:41AM 19          THE ONLY SIGNIFICANT DIFFERENCE THAT I -- THE GUIDANCE

09:41AM 20     SORT OF BLURS WITH BEST PRACTICE SO I HAVE A HARD TIME OF

09:41AM 21     REMEMBERING EXACTLY WHAT IS TRULY NEW THERE, BUT MY MEMORY IS

09:41AM 22     WHAT WAS MORE THAN WHAT I'VE DONE IN THE PAST IS MORE DETAILS

09:41AM 23     ON THE FEES AT PRELIMINARY APPROVAL, WHICH I THINK IS FINE.  I

09:41AM 24     MEAN, I THINK THE EARLIER THAT YOU START PUTTING IN THE

09:41AM 25     TRANSPARENCY AND FOR THE COURT AND TO LOOK AT THE FEES THE

09:41AM 1   BETTER.

09:41AM 2       I THINK THAT REQUIRING ESTIMATES ON WHAT YOU THINK CLASS

09:41AM 3   PARTICIPATION IS GOING TO BE, WHAT EACH CLASS MEMBER IS GOING

09:41AM 4   TO BE, OR WHATEVER RANGE, I'VE BEEN DOING THAT FOR YEARS IN THE

09:41AM 5   NORTHERN DISTRICT, AND I'VE BEEN DOING IT FOR COURTS NOT ONLY

09:41AM 6   BECAUSE IT'S A GOOD IDEA BUT THE COURTS HAVE BEEN EXPECTING

09:41AM 7   THAT, AT LEAST THE COURTS I HAVE APPEARED IN FRONT OF IN THE

09:41AM 8   NORTHERN DISTRICT HAVE BEEN EXPECTING THAT FOR YEARS.

09:41AM 9       AS FOR THE PROTOCOL, IN OUR MOTIONS WE PROPOSED QUARTERLY

09:41AM 10  SUBMISSIONS TO THE COURT, AND THAT WOULD INCLUDE INTERNALLY

09:42AM 11  MONTHLY REVIEW AND SUBMISSIONS AMONG THE COUNSEL.

09:42AM 12      I WOULD ECHO MY COLLEAGUE'S IN TERMS OF SPLITTING UP THE

09:42AM 13  TEAM.  I THINK IF THE COURT WERE TO SPLIT UP THE TEAM AND WERE

09:42AM 14  TO PICK ME, I WOULD STILL, AND I THINK I'M SPEAKING FOR MY

09:42AM 15  COLLEAGUES, I WOULD STILL WANT TO LOOK TO TINA AND MICHAEL FOR

09:42AM 16  ADVICE.

09:42AM 17      THE WAY I HAVE APPROACHED THESE CASES, WHETHER I'M

09:42AM 18  NOMINALLY LEAD OR SOMEONE ELSE I'M WORKING WITH THAT I'VE HAD

09:42AM 19  LONG RELATIONSHIPS.  FOR EXAMPLE, MR. SOBOL AND I HAVE WORKED

09:42AM 20  THROUGH, AS IS CLEAR FROM OUR PLEADINGS, MOST OF THE CASES IN

09:42AM 21  THE DATA PRIVACY THAT I'VE DONE HAVE BEEN WITH MR. SOBOL AND

09:42AM 22  HIS FIRM.  AND OVER TIME WHEN WORKING WITH FOLKS LIKE TINA AND

09:42AM 23  WITH MICHAEL, YOU BUILD UP TRUST.  IF YOU'RE NOT AGREEING ON

09:42AM 24  SOMETHING, THAT MEANS THAT YOU NEED TO THINK THROUGH IT MORE.

09:42AM 25      I THINK IT'S HUBRIS FOR ONE TO THINK ONE CAN LEAVE THESE

09:43AM 1    AND DO IT ALL ON YOUR OWN.  I THINK GOOGLE SOMEWHAT IS TEMPTING

09:43AM 2    THAT HUBRIS WITH THEIR PROPOSAL THAT THERE ONLY BE ONE LEAD,

09:43AM 3    BUT WHAT I HOPE EVEN WITHIN THAT STRUCTURE THE IDEA THAT

09:43AM 4    THERE'S ONE LEAD IN THE SENSE OF AN ATTORNEY THAT IS GOING TO

09:43AM 5    -- THAT YOU'RE GOING TO LOOK TO.  BUT IN THAT CONTEXT I WOULD

09:43AM 6    HOPE THAT THAT ONE NOMINAL LEAD WOULD STILL WORK WITH CONSENSUS

09:43AM 7    AMONG OTHERS TO DO WHAT IS IN THE BEST INTEREST OF THE CLASS.

09:43AM 8                THE COURT:  THANK YOU.

09:43AM 9                MR. BATES:  YOU ARE WELCOME.

09:43AM 10               THE COURT:  LET'S NEXT TURN TO MS. RIVAS, LEVI &

09:43AM 11   KORSKINSKY.

09:43AM 12               MS. RIVAS:  GOOD MORNING, YOUR HONOR.

09:43AM 13   ROSEMARY RIVAS.  I'VE BEEN WORKING ON DATA BREACH AND PRIVACY

09:43AM 14   CASES SINCE 2007.  MY VERY FIRST CASE WAS RUIZ V. GAP AND IN

09:43AM 15   THAT CASE WE WEREN'T -- WE WERE SUCCESSFUL IN THAT THE NINTH

09:44AM 16   CIRCUIT FOUND ARTICLE III STANDING WHEN WE SHOWED A HEIGHTENED

09:44AM 17   RISK OF IDENTITY THEFT.

09:44AM 18        A LOT OF THE ARGUMENTS THAT WE MADE THERE ARE BEING

09:44AM 19   ADOPTED BY THE COURTS NOW.  FOR EXAMPLE, IN THAT CASE I ARGUED

09:44AM 20   THAT PERSONAL INFORMATION WAS PROPERTY AND HAD VALUE.  THAT'S

09:44AM 21   AN ARGUMENT NOW THAT HAS BEEN ACCEPTED BY JUDGE KOH IN THE

09:44AM 22   IN RE:  ANTHEM CASE.

09:44AM 23        WE ALSO ARGUED IN THAT CASE THAT IN TERMS OF THE STANDING

09:44AM 24   AND WHEN YOU GIVE YOUR INFORMATION TO A COMPANY AND YOU RELY ON

09:44AM 25   THOSE REPRESENTATIONS, THAT THAT CREATES STANDING AND THAT IS

09:44AM  1    SOME OF THE -- THAT'S ANOTHER ARGUMENT THAT HAS BEEN ACCEPTED

09:44AM  2    IN THESE CASES.

09:44AM  3         WE ALSO ARGUED -- IN THAT CASE WE ALSO ALLEGED A

09:44AM  4    CALIFORNIA RIGHT OF PRIVACY CASE CLAIM WHICH IS, YOU KNOW, ONE

09:44AM  5    OF THE POTENTIAL CLAIMS IN THIS CASE.

09:45AM  6         UNFORTUNATELY, WE WEREN'T SUCCESSFUL ON THAT CLAIM.  THE

09:45AM  7    COURT FOUND THAT WE DID NOT STATE AN EGREGIOUS BREACH OF SOCIAL

09:45AM  8    NORMS, BUT I DO THINK WE DO HAVE THAT IN THIS CASE.

09:45AM  9         EARLIER THIS MONTH BEFORE THE SENATE JUDICIARY COMMITTEE

09:45AM  10   GOOGLE ADMITTED THAT THEY'RE TRACKING PEOPLE'S PHYSICAL

09:45AM  11   LOCATIONS EVEN WHEN THEY'RE NOT USING THE GOOGLE APPS, SO WHEN

09:45AM  12   THEY'RE SLEEPING, WHEN THEY'RE WORKING, WHEN THEY'RE GOING TO

09:45AM  13   DOCTOR APPOINTMENTS.  FRANKLY, THE MEMBERS OF THE SENATE

09:45AM  14   JUDICIARY COMMITTEE WERE SHOCKED THAT THAT WAS HAPPENING.  SO I

09:45AM  15   THINK HERE IT'S DIFFERENT THAN THE RUIZ V. GAP CASE, BUT I

09:45AM  16   THINK HERE WE HAVE VERY STRONG CLAIMS.

09:45AM  17        I THINK THAT ME BEING PART OF THE LEADERSHIP TEAM WOULD BE

09:45AM  18   VERY BENEFICIAL TO THE CLASS.  I APPLIED SINGLY, MY FIRM AND I,

09:46AM  19   I BELIEVE THAT WE COULD LITIGATE THE CASE INDIVIDUALLY, BUT I

09:46AM  20   UNDERSTAND THAT THERE ARE OTHER FIRMS THAT HAVE A WEALTH OF

09:46AM  21   EXPERIENCE, AND I WOULD WELCOME WORKING WITH THOSE FIRMS AS

09:46AM  22   WELL.

09:46AM  23        I'VE BEEN PART OF LARGE MDL'S SO I KNOW AND I'M VERY

09:46AM  24   FAMILIAR WITH TAKING MEASURES THAT ENSURE THE EFFICIENCY AND

09:46AM  25   EFFECTIVENESS OF THE REPRESENTATION.

09:46AM   1        OBVIOUSLY, I WOULD, I WOULD -- IF I WAS APPOINTED LEAD,

09:46AM   2   YOUR HONOR, I WOULD IMPLEMENT TIME PROTOCOL PROCEDURES, AND I

09:46AM   3   THINK THAT'S VERY IMPORTANT, ESPECIALLY IF WE'RE GOING TO SEEK

09:46AM   4   ASSISTANCE FROM SOME OF THE OTHER FIRMS.

09:46AM   5        IN TERMS OF YOUR HONOR'S QUESTIONS, I KNOW THE JUDGES IN

09:46AM   6   THE NORTHERN DISTRICT GAVE A LOT OF THOUGHT.  I WAS FORTUNATE

09:47AM   7   ENOUGH TO ATTEND A CONFERENCE WHERE THEY WERE DISCUSSED, AND

09:47AM   8   I'M ACTUALLY GOING TO BE AT A CONFERENCE TALKING ABOUT THESE

09:47AM   9   NEW PROCEDURES.  I THINK THE FOCUS ON THE RELEASE IS VERY

09:47AM   10  IMPORTANT BECAUSE SOMETIMES WHAT HAPPENS IS THAT THE RELEASE IS

09:47AM   11  DIFFERENT FROM WHAT WAS INITIALLY ALLEGED BECAUSE, YOU KNOW,

09:47AM   12  YOU'RE SPENDING ALL OF THIS TIME NEGOTIATING A SETTLEMENT AND

09:47AM   13  THEN THE DEFENDANT DECIDES I WANT THIS RELEASE LARGER, TO BE

09:47AM   14  BROADER.

09:47AM   15       I THINK IT'S IMPORTANT THAT PLAINTIFFS' COUNSEL, WHEN THEY

09:47AM   16  ARE NEGOTIATING THAT SETTLEMENT, THAT CLASS ACTION SETTLEMENT,

09:47AM   17  THAT THEY, THAT THEY ARE CAREFUL WITH THAT RELEASE LANGUAGE.

09:47AM   18       THE ISSUE ON CLAIMS SUBMISSIONS REGARDING HOW MANY PEOPLE

09:47AM   19  ARE GOING TO SUBMIT CLAIMS, I THINK A LOT OF THE FIRMS HAVE

09:47AM   20  ALREADY BEEN TRACKING THE NUMBER OF CLAIM SUBMISSIONS.  I THINK

09:47AM   21  IT MIGHT BE DIFFICULT IN CASES WHERE YOU DON'T HAVE CLAIMANT

09:47AM   22  INFORMATION.  FOR EXAMPLE, IF IT'S A FOOD PRODUCT AND YOU DON'T

09:48AM   23  KNOW HOW MANY PEOPLE BOUGHT THAT PRODUCT, OR HOW MANY EACH

09:48AM   24  PERSON BOUGHT, THAT MIGHT BE DIFFICULT, BUT, YOU KNOW, THERE'S

09:48AM   25  COMPARISONS OF OTHER CASES FOR WHICH INFORMATION THAT WE COULD

09:48AM  1    PROVIDE.

09:48AM  2        I LIKE THE REQUIREMENT THAT CLASS COUNSEL PROVIDE

09:48AM  3    INFORMATION ABOUT A PAST DISTRIBUTION.  I THINK THAT'S -- I

09:48AM  4    MEAN, I'VE ALWAYS ALREADY BEEN DOING IT, BUT I THINK IT'S GOING

09:48AM  5    TO HOLD LAWYERS' FEET TO THE FIRE.

09:48AM  6            THE COURT:  THAT'S PARAGRAPH 11.

09:48AM  7            MS. RIVAS:  YES, IN TERMS OF -- MY GOAL IS ALWAYS TO

09:48AM  8    GET THE MONEY TO CLASS MEMBERS.  THAT'S VERY IMPORTANT TO ME.

09:48AM  9    IT'S VERY IMPORTANT TO ME THAT THE CLASS MEMBERS ARE HAPPY.

09:48AM  10       AS I SAID IN MY PAPERS, ONE OF MY FAVORITE PARTS IS WHEN I

09:48AM  11   GET A LETTER OR A CALL THAT I TAKE FROM MY CLIENTS TELLING ME

09:48AM  12   I'M REALLY HAPPY ABOUT THIS SETTLEMENT.  MY LAST SETTLEMENT

09:49AM  13   THAT I POINTED OUT TO THE COURT, THE SRG CASE, THIS WAS ON

09:49AM  14   BEHALF OF PAPYRUS EMPLOYEES, SOME OF THEM GOT UP TO $4,000, AND

09:49AM  15   THOSE PEOPLE OBVIOUSLY NEED IT BECAUSE THEY'RE PAID MINIMUM

09:49AM  16   WAGE, AND I WAS VERY HAPPY WITH THAT.

09:49AM  17       I THINK THIS REQUIREMENT TO HAVE TO PROVIDE THE COURT WHEN

09:49AM  18   YOU SETTLE A CASE INFORMATION ABOUT YOUR PAST SETTLEMENT, IT

09:49AM  19   WILL BE VERY IMPORTANT.

09:49AM  20           THE COURT:  PARDON ME.  YOUR TEAM CONSISTS OF ONE

09:49AM  21   PARTNER AND TWO ASSOCIATES, I THINK, MS. MACCARONE AND MS. MAH?

09:49AM  22           MS. RIVAS:  YES, AND THEY ALL HAVE SUBSTANTIAL

09:49AM  23   EXPERIENCE.  MS. MACCARONE, EIGHT-YEAR LAWYER.

09:49AM  24   MS. ROSEANNE MAH, 12 YEARS AND ALSO HAD HER OWN PRACTICE.

09:49AM  25       AS I SAID, I UNDERSTAND THAT OFTENTIMES YOU WANT TO REACH

09:49AM  1    OUT TO OTHER FIRMS.  AND AS I SAID, FOR EXAMPLE, IF THE

09:50AM  2    DOCUMENT REVIEW, IF THERE'S A HUGE DOCUMENT PRODUCTION AND YOU

09:50AM  3    NEED ALL HANDS ON DECK AND YOU NEED TO GET THAT -- THOSE

09:50AM  4    DOCUMENTS REVIEWED FOR A DEPOSITION, AND THAT'S COMING UP VERY

09:50AM  5    QUICKLY OR ANOTHER DEADLINE, YOU KNOW, OF COURSE I'M GOING TO

09:50AM  6    REACH OUT TO OTHER FIRMS, OTHER LAWYERS, OTHER FIRMS.

09:50AM  7         AT MY FIRM WE HAVE 30 ATTORNEYS.  YOU KNOW, I CAN EXPAND

09:50AM  8    THAT GROUP AS NEEDED AS WELL.

09:50AM  9         IN TERMS OF BREAKING UP GROUPS, I THINK THE COURTS ARE

09:50AM 10    MOVING TOWARDS AN INDIVIDUAL APPLICATION PROCESS, AND THEY'RE

09:50AM 11    NOT ALWAYS GOING WITH THE PRIVATE ORDERING.  AND I THINK THEY

09:50AM 12    SEE AN ADVANTAGE THAT NEW LAWYERS BRING NEW PERSPECTIVES AND

09:50AM 13    IDEAS AND VIGOR, AND I THINK THAT THE CANDIDATE POOL YOU HAVE

09:50AM 14    HERE ARE ALSO EXPERIENCED THAT IF YOUR HONOR DECIDED TO BREAK

09:51AM 15    UP THE TEAM, I DON'T THINK THAT WOULD BE TO THE DETRIMENT OF

09:51AM 16    THE CLASS MEMBERS.  I THINK THEY WOULD BENEFIT FROM THAT.

09:51AM 17              THE COURT:  OKAY.  THANK YOU.

09:51AM 18              MS. RIVAS:  THANK YOU.

09:51AM 19              THE COURT:  THANK YOU.  LET'S SEE.  FRANKLIN AZAR.

09:51AM 20              MR. WOOD:  GOOD MORNING, YOUR HONOR.  PAUL WOOD.

09:51AM 21    I'M A MEMBER OF THE FRANKLIN AZAR FIRM.  I'M HERE TODAY BECAUSE

09:51AM 22    IVY NGO, WHO IS THE HEAD OF OUR CLASS ACTION GROUP, IS GIVING

09:51AM 23    BIRTH SO HERE I AM.

09:51AM 24         I HAVE A COUPLE OF THOUGHTS ON SOME OF THE THINGS YOU'VE

09:51AM 25    RAISED.  FIRST, I HAVE REVIEWED THE NORTHERN DISTRICT

09:51AM  1    GUIDELINES, AND I CAN'T DISCUSS THEM IN DETAIL AS MS. RIVAS

09:51AM  2    CAN, BUT I CERTAINLY BELIEVE THAT THE INCREASED TRANSPARENCY IS

09:51AM  3    TO THE BENEFIT OF EVERYONE.

09:52AM  4         I THINK IT'S A GOOD IDEA FOR BOTH THE COURT AND THE PUBLIC

09:52AM  5    TO KNOW HOW MUCH WORK THE LAWYERS DO TO GET THESE CASES TO THE

09:52AM  6    POINT OF SETTLEMENT, AND I ALSO THINK IT'S A GOOD IDEA FOR THE

09:52AM  7    PUBLIC TO KNOW WHAT KIND OF RISK AND WHAT KIND OF OPPOSITION

09:52AM  8    LAWYERS GET WHEN THEY'RE BRINGING THESE CASES.

09:52AM  9         I THINK THAT INCREASES PUBLIC CONFIDENCE IN THE PROCESS.

09:52AM  10   I ALSO THINK IT HELPS TO ENLIGHTEN THE PUBLIC THAT WE'RE NOT

09:52AM  11   JUST DOING THIS TO GET THEM 1.40 OR A BLOCKBUSTER REBATE

09:52AM  12   COUPON.  IT'S BECAUSE THE CLASS ACTION LITIGATION WORLD IS

09:52AM  13   REALLY THE ONLY PLACE THAT IS HOLDING CORPORATE AMERICA

09:52AM  14   RESPONSIBLE FOR MANY OF THESE, THESE DATA BREACHES AND OTHER

09:52AM  15   PRIVACY BREACHES.

09:52AM  16        THE GOVERNMENT IS NOT DOING IT, AND FOR THE MOST PART IT'S

09:52AM  17   FALLEN TO US TO DO THE ENFORCEMENT.

09:52AM  18        I THINK THE PUBLIC NEEDS TO UNDERSTAND THAT AS WELL THAT

09:52AM  19   THIS SETS AN EXAMPLE FOR OTHERS WHO MAY ENGAGE IN THIS KIND OF

09:53AM  20   BEHAVIOR, AND IT'S A WARNING FOR THEM TO STOP.

09:53AM  21        NOW, IN TERMS OF -- I'M KIND OF ADDRESSING THIS IN A WEIRD

09:53AM  22   WAY, BUT IN TERMS OF BILLING COSTS, MS. NGO IS CURRENTLY

09:53AM  23   CO-LEAD COUNSEL IN THE FLEX SECURITIES CASE WITH JUDGE KOH, AND

09:53AM  24   SHE IS THE PERSON RESPONSIBLE IN THAT CASE FOR IMPLEMENTING THE

09:53AM  25   BILLING PROTOCOL, REVIEWING THE BILLS AND SUBMITTING THEM TO

09:53AM 1    THE COURT.  SO WE'RE FAMILIAR WITH THAT, AND OUR FIRM IS ABLE

09:53AM 2    TO DO THAT, AND WE HAVE EXPERIENCE DOING THAT.

09:53AM 3         NOW, I CAN'T CLAIM TO HAVE THE KIND OF EXPERIENCE IN THESE

09:53AM 4    DATA BREACH OR OTHER CLASS ACTIONS THAT THE OTHER PLAINTIFFS

09:53AM 5    HAVE GIVEN YOU.  WE DO HAVE FIVE CURRENT PENDING CLASS ACTIONS

09:53AM 6    BASED ON DATA BREACH AND PRIVACY CASES AND NOT COUNTING THIS

09:53AM 7    CASE.  MS. NGO IS ALSO ON THE -- ONE OF THE COMMITTEES IN THE

09:53AM 8    APPLE PRIVACY BREACH CASE WHICH I BELIEVE IS PENDING IN FRONT

09:53AM 9    OF YOU.

09:54AM 10        SO WHAT WE BRING IS REALLY MORE OF THE ABILITY TO

09:54AM 11   COORDINATE THINGS, TO MAKE THINGS WORK, TO BE LIKE THE SINGLE

09:54AM 12   POINT OF CONTACT BUT NOT THE SINGLE FIRM THAT DOES THE WORK.

09:54AM 13        AND WE UNDERSTAND THAT OTHER PEOPLE HAVE MORE EXPERTISE IN

09:54AM 14   THESE DIFFERENT AREAS.  I MEAN, I CERTAINLY CAN'T COMPARE MY

09:54AM 15   EXPERTISE WITH MR. SOBOL OR MS. RIVAS, BUT I HAVE AND MS. NGO

09:54AM 16   KNOW HAS EXPERIENCE MANAGING LAWYERS, MANAGING OTHER FIRMS, AND

09:54AM 17   COORDINATING THINGS, AND WORKING COOPERATIVELY WITH OTHER FIRMS

09:54AM 18   TO REACH A CONSENSUS TO MOVE THE CASE FORWARD.  AND IF WE WERE

09:54AM 19   APPOINTED LEAD, THAT'S EXACTLY WHAT WE WOULD DO.

09:54AM 20        AND TO ADDRESS ONE OTHER POINT THAT MS. RIVAS RAISED,

09:54AM 21   MS. NGO IS BY FAR THE YOUNGEST PERSON WHO IS NOT IN THIS ROOM

09:54AM 22   FOR OBVIOUS REASONS.

09:54AM 23             THE COURT:  HOW LONG HAS SHE BEEN WITH YOUR FIRM?

09:54AM 24             MR. WOOD:  SHE JOINED AZAR AT THE BEGINNING OF '18,

09:54AM 25   AND, YOU KNOW, I'VE BEEN WORKING WITH HER, AND SHE'S A VERY

09:55AM  1    DYNAMIC INDIVIDUAL.  SHE USED TO BE WITH ROBBINS GELLER.  SHE

09:55AM  2    WORKED ON A NUMBER OF LARGE CASES WITH ROBBINS AND WAS PART OF

09:55AM  3    THE LEAD COUNSEL TEAMS IN THOSE CASES.

09:55AM  4        BUT, YOU KNOW, AS MS. RIVAS POINTED OUT, SOMETIMES THE

09:55AM  5    COURT NEEDS NEW LAWYERS, NEW IDEAS, AND NEW VIGOR, AND THAT'S

09:55AM  6    EXACTLY WHAT MS. NGO BRINGS TO THIS.  I MEAN, SHE'S 38 YEARS

09:55AM  7    OLD.  SHE'S HAD A WEALTH OF EXPERIENCE AT ROBBINS.  SHE'S MOVED

09:55AM  8    IN AND TAKEN OVER THE CLASS GROUP AT AZAR.  AND AZAR HAD A LONG

09:55AM  9    HISTORY OF DOING CLASS ACTIONS MOST NOTABLY AGAINST WAL-MART,

09:55AM 10    WHICH IS IN OUR PAPERS, FOR LIKE 20 YEARS AND GOT $750 MILLION

09:55AM 11    OF SETTLEMENTS OUT OF THOSE CASES, BUT SHE'S REALLY REVITALIZED

09:55AM 12    THAT, AND SHE'S VERY AMBITIOUS.  SHE WANTS TO MOVE THESE CASES

09:55AM 13    FORWARD, AND SHE HAS THE SMARTS AND THE ORGANIZATIONAL ABILITY

09:56AM 14    TO MAKE THAT WORK, AND THAT'S WHY YOU SHOULD PICK OUR FIRM.

09:56AM 15        THE COURT:  THANK YOU VERY MUCH.  THANK YOU FOR

09:56AM 16    BEING HERE AND BEST WISHES TO MS. NGO AND HER FAMILY.

09:56AM 17        THANK YOU VERY MUCH EVERYONE.  YOU CERTAINLY MAKE MY TASK

09:56AM 18    DIFFICULT.

09:56AM 19        LET ME JUST SAY BEFORE I TAKE THE MATTER UNDER SUBMISSION,

09:56AM 20    IS THERE ANYTHING ELSE FROM ANYONE?

09:56AM 21        LET ME CALL ON, MR. BERKOWITZ, DO YOU HAVE ANYTHING TO

09:56AM 22    OFFER OTHER THAN WHAT YOU PUT IN YOUR PLEADINGS?

09:56AM 23        MR. BERKOWITZ:  NO, YOUR HONOR.

09:56AM 24        THE COURT:  I THOUGHT YOU WERE GOING TO COMMENT,

09:56AM 25    SIR, YOU'RE SITTING ON THE TRADITIONAL DEFENSE SIDE, AND YOU'RE

09:56AM   1    JOINED BY ALL OF THE PLAINTIFF'S COUNSEL THERE.  I'M NOT SURE

09:56AM   2    WHAT TO INFER FROM THAT.

09:56AM   3              MR. BERKOWITZ:  I DID NOTICE THAT EVERYONE SEEMED TO

09:56AM   4    WANT TO SIT FAR AWAY FROM THE JURY BOX.  I DON'T KNOW WHY THAT

09:56AM   5    IS.

09:56AM   6              THE COURT:  YES.  PERHAPS THEY SAW THE JURY

09:56AM   7    DOWNSTAIRS MULLING ABOUT SO WE COULD CALL THEM UP IN A MOMENT,

09:56AM   8    BUT WE WON'T.

09:56AM   9         HAVING SAID THAT, ANYTHING ELSE?  DOES ANYONE WANT

09:56AM  10    15 SECONDS TO SAY ANYTHING IN SUMMATION?  IF NOT -- IF SO,

09:57AM  11    RAISE YOUR HAND.  I SEE NO HANDS.

09:57AM  12         THANK YOU VERY MUCH FOR YOUR PLEADINGS AND THE

09:57AM  13    CONVERSATION THIS MORNING.  IT'S BEEN VERY HELPFUL.  AS I SAID,

09:57AM  14    YOU DO NOT MAKE MY JOB EASY WHEN I LOOK AT ALL OF YOUR

09:57AM  15    WONDERFUL PLEADINGS AND YOUR WONDERFUL EXPERIENCE THAT YOU

09:57AM  16    BRING TO THE CLASS.  LET ME SAY THAT I THINK THE CLASS AND

09:57AM  17    POTENTIAL CLIENTS ARE GOING TO BE WELL SERVED BY HAVING ALL OF

09:57AM  18    YOU IN THIS CASE, AND THAT'S REALLY THE GOAL OF THE JUSTICE

09:57AM  19    SYSTEM IS TO PRESENT BOTH SIDES AS HEALTHY AS WE CAN AND TO

09:57AM  20    PROVIDE RIGOROUS AND ROBUST REVIEW OF ALL OF THE ISSUES ON BOTH

09:57AM  21    SIDES HERE AND IN THAT WAY REACH JUSTICE FOR THE COMMUNITY.

09:57AM  22         SO THANK YOU ALL VERY MUCH.  I APPRECIATE YOUR EFFORTS.

09:57AM  23    MATTER IS UNDER SUBMISSION, AND I'LL HAVE AN ORDER OUT SHORTLY.

09:57AM  24              MR. WOOD:  THANK YOU, YOUR HONOR.

09:57AM  25              MR. SOBOL:  THANK YOU, YOUR HONOR.

09:57AM   1                    MR. BATES:  THANK YOU.

09:57AM   2               (COURT CONCLUDED AT 9:57 A.M.)

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, RMR, CRR
            CERTIFICATE NUMBER 8074
17

18          DATED:  APRIL 5, 2019

19

20

21

22

23

24

25