KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC,
XXVI HOLDINGS INC. and ALPHABET INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF KATHRYN BOWEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:      Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DECLARATION OF KATHRYN BOWEN IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD

1325611

I, Kathryn Bowens, declare as follows:

1. I am an attorney admitted to practice before this Court and an associate at the law firm of Keker, Van Nest, & Peters LLP, counsel for Google LLC, XXVI Holdings Inc., and Alphabet Inc. (collectively "Defendants") in the above-captioned action. I submit this declaration in connection with Defendants' Administrative Motion to Continue Case Management Conference. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. On December 7, 2018, the parties in the above-captioned case filed a stipulation and proposed order agreeing to consolidate six previously-filed actions under Federal Rule of Civil Procedure ("Rule") 42(a). Dkt. No. 50. In their stipulation, the parties agreed that Plaintiffs could move for appointment of Interim Class Counsel by December 13, 2018. *Id.*

3. The parties also agreed that Plaintiffs would file a single Consolidated Complaint 28 days after the Court's ruling on Plaintiffs' motions to appoint interim class counsel. Dkt. No. 50 at 2. Finally, the parties jointly proposed a consolidated schedule for Defendants' Motion to Dismiss. *Id.* Pursuant to this proposal, Defendants' motion to dismiss is due 28 days after the Consolidated Complaint is filed; the deadline to oppose the motion is 35 days after the motion to dismiss is filed; and the deadline for reply is 21 days after the opposition is filed. *Id.*

4. On December 11, 2018, this Court approved the parties' proposed schedule on Defendants' motion to dismiss. Dkt. No. 51. In its order, the Court also set an Initial Case Management Conference ("CMC") for March 28, 2019 at 10:00 a.m. *Id.*

5. On February 12, 2019, Defendants attempted to obtain a stipulation to continue the Initial CMC. However, Plaintiffs did not agree to so stipulate.

6. On February 15, 2019, Defendants filed an administrative motion to continue the March 28, 2019 Initial CMC, Dkt. No. 63, and the Court accordingly continued the Initial CMC to May 16, 2019. Dkt. No. 65. The Court's order set the deadline to file a Joint CMC Statement for May 6, 2019.

7. On February 26, 2019, the Court issued a clerk's notice resetting the hearing to May 13, 2019, with a Joint CMC Statement filing deadline of May 3, 2019. Dkt. No. 66.

1

DECLARATION OF KATHRYN BOWEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD

1325611

8. On March 28, 2019, the Court heard argument on Plaintiffs' motions to appoint interim class counsel, Dkt. No. 70, and on April 1, 2019, the Court issued its ruling on Plaintiffs' motions to appoint interim class counsel. Dkt. No. 72.

9. On April 3, 2019, Defendants' counsel asked Plaintiffs (through the Interim Class Counsel Co-Leads) whether Plaintiffs would stipulate to continue the initial CMC until after the resolution of Defendants' motion to dismiss. On April 8, 2019, Plaintiffs indicated that they would not agree to so stipulate.

10. The Court has already set a briefing schedule on Defendants' motion to dismiss and discovery will not impact the parties' related briefing. Thus, continuing the Initial CMC will only implicate the date of the CMC, the Rule 26(f) deadline, and related discovery and alternative dispute resolution deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2019, at San Francisco, California.

_____
KATHRYN BOWEN

2
DECLARATION OF KATHRYN BOWEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD

1325611