1

**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**

2
Michael W. Sobol (SBN 194857)
msobol@lchb.com

3
Melissa Gardner (SBN 289096)
mgardner@lchb.com

4
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com

5
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000

6
Facsimile:  415.956.1008

7

**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**

8
Nicholas Diamand  (*pro hac vice*)
ndiamand@lchb.com

9
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500

10
Facsimile:  212.355.9592

11
*Interim Co-Lead Class Counsel*

12

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15
SAN JOSE DIVISION

16
IN RE GOOGLE LOCATION HISTORY
LITIGATION

17

18

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE BY MICHAEL LEVIN-GESUNDHEIT** |

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Michael Levin-Gesundheit of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, telephone (415) 956-1000, facsimile (415) 956-1008, e-mail mlevin@lchb.com, hereby appears as an additional attorney of record for Plaintiffs and the proposed class.

Dated:  April 10, 2019

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: _____
                Michael Levin-Gesundheit