Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Alex R. Straus, SBN 321366
astraus@ahdootwolfson.com
Brad King, SBN 274399
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re Google Location History Litigation | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFFS' RESPONSE AND OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None Set |

I, Tina Wolfson, declare as follows:

1. I am a member in good standing of the California State Bar and a partner in the law firm of Ahdoot & Wolfson, PC, and Interim Co-Lead Class Counsel in these proceedings. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

*Case Management Conference*

2. On April 3, 2019, I sent an email to Google's counsel asking if they were available on April 12 to meet and confer in advance of the Case Management Conference set on May 13.

3.  Shortly thereafter, Google's counsel responded by email that they planned to ask the Court to continue the Initial CMC until after Google's 12(b) motion can be heard, and asked whether plaintiffs would stipulate to that request.

4.  On April 4, 2019 I asked Google's counsel to provide the grounds for the anticipated 12(b) motion. Google's counsel responded that the previously-filed motions to dismiss in this action set forth several of Google's arguments, and that they anticipate that this matter can be resolved on the pleadings.

5.  On April 8, 2019, I informed Google's counsel that Interim Co-Lead Class Counsel would oppose efforts to continue the Initial CMC.

*Preservation of Evidence*

6.  On February 20, 2019, Interim Class Counsel sent Google a letter reminding Google of its evidence preservation obligations, which apply to documents relevant to all putative class members.

7.  On March 29, 2019, Google responded to Plaintiffs' preservation letter asking for "each of your client's [sic] Google accounts for preservation purposes." A true and correct copy of this letter is attached as **Exhibit A.**

8.  On April 12, 2019, Plaintiffs' responded once again reminding Google of its evidence preservation obligation, and advising Google that it must preserve evidence not only with respect to the named plaintiffs, but all putative class members. A true and correct copy of this letter is attached as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April, 2019 in Los Angeles, California.

*/s/ Tina Wolfson*
Tina Wolfson