# Exhibit A



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Benjamin Berkowitz**
(415) 773-6689
bberkowitz@keker.com

March 29, 2019

**VIA ELECTRONIC MAIL**

Paul R. Wood
Franklin D. Azar & Associates PC
14426 E. Evans Avenue
Aurora, CO  80014

Re:   *In re:  Google Location History Litigation*

Dear Mr. Wood:

I write in response to your letter dated February 20, 2019.  Google will continue to comply with its obligations to preserve evidence in accordance with the applicable federal and local rules. We expect your clients, and all counsel and parties in this case, to do the same.  However, to the extent your letter purports to impose obligations that exceed what is required under the applicable legal rules, Google objects.

In addition, to assist Google in ensuring that it can correctly identify each of your client's Google accounts for preservation purposes, please identify the Google account ID (typically an email address) that each plaintiff has used to log in to their Google Account, their Android devices, or to any Google application running on a non-Android device.

Sincerely,

Benjamin Berkowitz

BB:pal

cc:    Ivy Ngo (ngoi@fdazar.com)
       Michael Sobol (msobol@lchb.com)
       Melissa Gardner (mgardner@lchb.com)
       Nicholas Diamand (ndiamand@lchb.com)

1324702

Paul R. Wood
March 29, 2019
Page 2

       Hank Bates (hbates@cbplaw.com)
       Allen Carney (acarney@cbplaw.com)
       David Slade (dslade@cbplaw.com)
       Andrew Brown (andrewb@thebrownlawfirm.com)
       Thomas J. Brandi (tjb@brandilaw.com)
       Terence D. Edwards (tde@brandilaw.com)
       Tina Wolfson (twolfson@ahdootwolfson.com)
       Alex Straus (astraus@ahdootwolfson.com)
       Rosemary Rivas (rrivas@zlk.com)
       Rosanne Mah (rmah@zlk.com)
       Courtney Maccarone (cmaccarone@zlk.com)
       Patrice Bishop (pbishop@ssbla.com)
       Melissa Emert (memert@ssbny.com)

1324702