UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: Google Location History Litigation | Case No. 5:18-cv-05062-EJD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 74 |

Defendants Google LLC, XXVI Holdings Inc., and Alphabet Inc. have filed an administrative motion to continue the Case Management Conference currently scheduled for May 13, 2019 until the Court resolves their anticipated motion to dismiss. Dkt. 74. Plaintiffs opposed the administrative motion. Dkt. 76. "The timing of trials and control of the docket are matters left to the discretion of the district court." *Coursen v. A.H. Robins Co.*, 764 F.2d 1329, 1340 (9th Cir. 1985). Having considered the parties' submissions and their arguments for and against a continuance, the Court DENIES the administrative motion.

**IT IS SO ORDERED.**

Dated: April 16, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-05062-EJD
ORDER DENYING ADMINISTRATIVE MOTION
1