KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Alex R. Straus (SBN 321366)
astraus@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

Pursuant to N.D. Civ. L.R. 6-2 and the accompanying declaration of Benedict Y. Hur, the parties hereby stipulate as follows:

WHEREAS, a Case Management Conference was set by the Court on May 13, 2019;

WHEREAS, on May 8, 2019, the Court re-set the Case Management Conference to May 23, 2019 at 10 a.m.;

WHEREAS, counsel for Google has a pre-scheduled court appearance in another matter that conflicts with the re-set Case Management Conference;

WHEREAS counsel for Plaintiffs have agreed to jointly seek a continuance of the Case Management Conference;

WHEREAS counsel for both parties are available on June 13, 2019;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that the May 23, 2019 Case Management Conference be continued to June 13, 2019, at 10:00 a.m.

IT IS SO STIPULATED.

| Dated: May 13, 2019 | KEKER, VAN NEST & PETERS LLP |
|---|---|
| | By:  */s/ Benedict Y. Hur*<br>BENEDICT Y. HUR<br>BENJAMIN BERKOWITZ<br>THOMAS E. GORMAN<br>KATHRYN BOWEN |
| | Attorneys for Defendants GOOGLE LLC |
| Dated: May 13, 2019 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:  */s/ Michael W. Sobol*<br>MICHAEL W. SOBOL<br>MELISSA GARDNER<br>MICHAEL LEVIN-GESUNDHEIT |
| | *Interim Co-Lead Class Counsel* |

1 | Dated: May 13, 2019 | AHDOOT & WOLFSON, PC

By: */s/ Tina Wolfson*
TINA WOLFSON
ALEX R. STRAUS
BRAD KING

*Interim Co-Lead Class Counsel*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____     _____
                                                                  Honorable Edward J. Davila

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 13, 2019                     */s/ Benedict Y. Hur*
                                        Benedict Y. Hur