KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants GOOGLE LLC

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Alex R. Straus (SBN 321366)
astraus@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:      Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD

1327976

I, Benedict Y. Hur, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am a partner in the law firm of Keker, Van Nest & Peters LLP, counsel for defendant Google LLC ("Google") in the above-entitled action.

2. I have knowledge of the facts set forth herein and if called to testify as a witness thereto could do so competently under oath.

3. The Court previously scheduled a Case Management Conference on May 13, 2019. Dkt. No. 66.

4. On May 8, 2019, the Court continued the May 13, 2019 Case Management Conference to May 23, 2019 at 10 a.m. Dkt. No. 82.

5. I have a pre-scheduled court appearance in Sacramento on the morning of May 23, 2019.

6. Counsel for Plaintiffs has agreed to seek a continuance of the May 23, 2019 Case Management Conference to a date convenient for the parties and the Court. The next Thursday that the parties are available is June 13, 2019. Accordingly, the parties request that the Court continue the Case Management Conference to June 13, 2019.

7. The following is a list of previous time modifications in the above-captioned case:

   i) On August 31, 2018, the parties stipulated to extend Google's time to respond to Plaintiff Napoleon Patacsil's ("Patacsil") complaint from September 11, 2018 until October 22, 2018. Dkt. No. 19.

   ii) On November 5, 2018, the parties filed a stipulation and proposed order setting a schedule for Plaintiff Patacsil to file an amended complaint and for Google to file a motion to dismiss the amended complaint. Dkt. No. 41.

   iii) On November 6, 2018, the Court granted the parties' stipulated schedule for Plaintiff Patacsil to file an amended complaint on November 19, 2018, and for Google to file a motion to dismiss the amended complaint on December 19, 2018. Dkt. No. 42.

   iv) On December 7, 2018, the parties in the above-captioned case filed a stipulation and proposed order to consolidate six previously-filed actions, including the *Patacsil*

1

DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD

1327976

1  action, under Federal Rule of Civil Procedure 42(a).  Dkt. No. 50.  In their stipulation, the parties
2  agreed that Plaintiffs could file a single Consolidated Complaint 28 days after the Court's ruling
3  on Plaintiffs' motions to appoint Interim Class Counsel.  *Id.* at 2.  The parties also jointly
4  proposed a consolidated schedule for Google's motion to dismiss.  *Id.*

5         v)      On December 11, 2018, the Court granted the parties' stipulation and
6  proposed order.  Dkt. No. 51.  The Court also set a Case Management Conference for March 28,
7  2019.  *Id.*

8         vi)     On February 15, 2019, Google moved to continue the Case Management
9  Conference previously set for March 28, 2019.  Dkt. No. 63.  The Court continued the Case
10 Management Conference to May 16, 2019.  Dkt. No. 65.

11        vii)    On February 26, 2019, the Court re-set the Case Management Conference
12 scheduled for May 16, 2019 to May 13, 2019.  Dkt. No. 66.

13        viii)   On May 8, 2019, the Court re-set the May 13, 2019 Case Management
14 Conference to May 23, 2019 at 10 a.m.  Dkt. No. 82.

15     8.    Because no case schedule has yet been set, the requested continuance of the May
16 23, 2019 Case Management Conference to June 13, 2019 will not affect the case schedule.

17     I declare under penalty of perjury under the laws of the United States of America that the
18 foregoing is true and correct and that this declaration was executed on the 14th day of May, 2019
19 at San Francisco, California.

20
21                                         /s/ *Benedict Y. Hur*_____
                                        Benedict Y. Hur
22
23
24
25
26
27
28