KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants GOOGLE LLC

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Alex R. Straus (SBN 321366)
astraus@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

1  Pursuant to N.D. Civ. L.R. 6-2 and the accompanying declaration of Benedict Y. Hur, the
2  parties hereby stipulate as follows:
3  WHEREAS, a Case Management Conference was set by the Court on May 13, 2019;
4  WHEREAS, on May 8, 2019, the Court re-set the Case Management Conference to May
5  23, 2019 at 10 a.m.;
6  WHEREAS, counsel for Google has a pre-scheduled court appearance in another matter
7  that conflicts with the re-set Case Management Conference;
8  WHEREAS counsel for Plaintiffs have agreed to jointly seek a continuance of the Case
9  Management Conference;
10  WHEREAS counsel for both parties are available on June 13, 2019;
11  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
12  their respective counsel of record, that the May 23, 2019 Case Management Conference be
13  continued to June 13, 2019, at 10:00 a.m.
14  IT IS SO STIPULATED.

Dated: May 13, 2019                          KEKER, VAN NEST & PETERS LLP

                                             By:  */s/ Benedict Y. Hur*
                                                  BENEDICT Y. HUR
                                                  BENJAMIN BERKOWITZ
                                                  THOMAS E. GORMAN
                                                  KATHRYN BOWEN

                                                  Attorneys for Defendants GOOGLE LLC


Dated: May 13, 2019                          LIEFF CABRASER HEIMANN &
                                             BERNSTEIN, LLP

                                             By:  */s/ Michael W. Sobol*
                                                  MICHAEL W. SOBOL
                                                  MELISSA GARDNER
                                                  MICHAEL LEVIN-GESUNDHEIT

                                                  *Interim Co-Lead Class Counsel*

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:18-cv-05062-EJD
1327975

| | | |
|---|---|---|
| Dated: May 13, 2019 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* |
| | | TINA WOLFSON |
| | | ALEX R. STRAUS |
| | | BRAD KING |
| | | *Interim Co-Lead Class Counsel* |

1  **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED.

5  Dated:  5/14/2019                              _____
                                                    Honorable Edward J. Davila

# ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  May 13, 2019                             */s/ Benedict Y. Hur*
                                                                    Benedict Y. Hur