| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>KATHRYN BOWEN - # 312649<br>kbowen@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | AHDOOT & WOLFSON, PC<br>TINA WOLFSON (SBN 174806)<br>twolfson@ahdootwolfson.com<br>ALEX R. STRAUS (SBN 321366)<br>astraus@ahdootwolfson.com<br>BRAD KING (SBN 274399)<br>bking@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile:  310.474.8585<br><br>LIEFF CABRASER HEIMANN &<br>        BERNSTEIN LLP<br>MICHAEL W. SOBOL (SBN 194857)<br>msobol@lchb.com<br>MELISSA GARDNER (SBN 289096)<br>mgardner@lchb.com<br>MICHAEL LEVIN-GESUNDHEIT (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>*Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Dept:       Courtroom 4 - 5th Floor<br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327464.v1

1    Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC and Plaintiffs
2 (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend
3 the time for Defendant to file its Reply in Support of its Motion to Dismiss ("Reply") by one
4 week.

5    Under the current scheduling order, the deadline for Google to file its Reply would be July
6 23, 2019.  Dkt. 50.  However, undersigned counsel for Google will be unavailable, due to pre-
7 planned international travel, during the currently-scheduled time for drafting the Reply.
8 Therefore, the parties have stipulated to extend Google's deadline to file the Reply to July 30,
9 2019.  (In the Joint Rule 26(f) Report and Initial Case Management Statement, the parties also
10 indicated July 30 as the date for the Reply.  Dkt. 81.)

11    ACCORDINGLY, IT IS HEREBY STIPULATED by and between the Parties, by and
12 through their respective counsel, that:

13    The time for Defendant to file its Reply in Support of its Motion to Dismiss shall be
14 extended to July 30, 2019.

16 Dated:  May 22, 2019                                  KEKER, VAN NEST & PETERS LLP

18                                         By:   */s/ Benjamin Berkowitz*
                                                BENEDICT Y. HUR
19                                              BENJAMIN BERKOWITZ
                                                THOMAS E. GORMAN
20                                              KATHRYN BOWEN

                                                Attorneys for Defendant GOOGLE LLC

22 ///
23 ///
24 ///
25 ///

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327464.v1

Dated: May 22, 2019

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
Melissa Gardner
Abbye R. Klamann
Nicholas Diamand

*Interim Co-Lead Class Counsel*
Attorneys for Plaintiffs NAPOLEON PATACSIL, MARK CARSON, NAJAT OSHANA, RICHARD DIXON and L.D.

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 22, 2019

*/s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

_____
Honorable Edward J. Davila

2
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327464.v1