KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Dept:    Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327463.v1

I, Benjamin Berkowitz, declare as follows:

1. I am an attorney admitted to practice before this Court and a partner at the law firm of Keker, Van Nest, & Peters LLP, counsel for Defendant Google LLC in the above-captioned action. I submit this declaration in connection with the Parties' Joint Stipulation to Extend Defendant's Time to File its Reply in Support of its Motion to Dismiss. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. On December 7, 2018, the Parties in the above-captioned case filed a Stipulation and Proposed Order agreeing to consolidate six previously-filed actions under Federal Rule of Civil Procedure ("Rule") 42(a). Dkt. No. 50. The Parties agreed in their stipulation that Plaintiffs could move for appointment of Interim Class Counsel by December 13, 2018. *Id.*

3. The parties also agreed that Plaintiffs would file a single Consolidated Complaint 28 days after the Court's ruling on Plaintiffs' motions to appoint interim class counsel, that Defendant's Motion to Dismiss would be due 28 days after the Consolidated Complaint was filed, that Plaintiffs' Opposition to Defendant's Motion would be due 35 days after Defendant's Motion was filed; and that Defendant's Reply would be due 21 days after Plaintiffs filed their Opposition. *Id.*

4. On December 11, 2018, this Court approved the Parties' above-referenced schedule on Defendants' Motion to Dismiss, and set an Initial Case Management Conference ("CMC") for March 28, 2019 at 10:00 a.m. Dkt. No. 51.

5. On February 15, 2019, Defendants filed an Administrative Motion to Continue the March 28, 2019 Initial CMC (Dkt. No. 63), and the Court accordingly continued the Initial CMC to May 16, 2019 and set a Joint CMC Statement deadline of May 6, 2019. Dkt. No. 65.

6. On February 26, 2019, the Court issued a clerk's notice resetting the hearing to May 13, 2019, with a Joint CMC Statement deadline of May 3, 2019. Dkt. No. 66.

7. On March 28, 2019, the Court heard argument on Plaintiffs' Motions to Appoint Interim Class Counsel (Dkt. No. 70), and ruled on the Motions on April 1, 2019. Dkt. No. 72.

1

DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327463.v1

8. Plaintiffs filed their Consolidated Complaint on April 29, 2019 (Dkt. No. 80), and thus, Defendant's Motion to Dismiss is due no later than May 28, 2019, Plaintiffs' Opposition is due no later than July 2, 2019, and Defendant's Reply in Support of its Motion is due no later than July 23, 2019, Dkt. No. 51.

9. I am the attorney primarily responsible for Defendant's Motion to Dismiss. However, I have pre-planned international travel during the currently-scheduled time for drafting Defendant's Reply in Support of its Motion to Dismiss.

10. On Wednesday, May 1, 2019, I met and conferred with Plaintiffs Interim Class Counsel Co-Leads and agreed that, due to my travel commitments, Defendant will have until July 30, 2019 to file its Reply in Support of its Motion to Dismiss.

11. This stipulated extension will not affect any other dates or deadlines set by the Court in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2019, at San Francisco, California.

                                                 */s/ Benjamin Berkowitz*
                                                 BENJAMIN BERKOWITZ

2
DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327463.v1