KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ALEX R. STRAUS (SBN 321366)
astraus@ahdootwolfson.com
BRAD KING (SBN 274399)
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile:  310.474.8585


LIEFF CABRASER HEIMANN &
    BERNSTEIN LLP
MICHAEL W. SOBOL (SBN 194857)
msobol@lchb.com
MELISSA GARDNER (SBN 289096)
mgardner@lchb.com
MICHAEL LEVIN-GESUNDHEIT (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD |
| | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| | Dept:      Courtroom 4 - 5th Floor |
| | Judge:     Hon. Edward J. Davila |
| | Date Filed: November 2, 2018 |
| | Trial Date:  None Set |

1327464.v1

1    Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC and Plaintiffs

2  (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend

3  the time for Defendant to file its Reply in Support of its Motion to Dismiss ("Reply") by one

4  week.

5    Under the current scheduling order, the deadline for Google to file its Reply would be July

6  23, 2019.  Dkt. 50.  However, undersigned counsel for Google will be unavailable, due to pre-

7  planned international travel, during the currently-scheduled time for drafting the Reply.

8  Therefore, the parties have stipulated to extend Google's deadline to file the Reply to July 30,

9  2019.  (In the Joint Rule 26(f) Report and Initial Case Management Statement, the parties also

10  indicated July 30 as the date for the Reply.  Dkt. 81.)

11    ACCORDINGLY, IT IS HEREBY STIPULATED by and between the Parties, by and

12  through their respective counsel, that:

13    The time for Defendant to file its Reply in Support of its Motion to Dismiss shall be

14  extended to July 30, 2019.

15

16  Dated:  May 22, 2019                    KEKER, VAN NEST & PETERS LLP

17

18                                 By:   */s/ Benjamin Berkowitz*
                                       BENEDICT Y. HUR
19                                     BENJAMIN BERKOWITZ
                                       THOMAS E. GORMAN
20                                     KATHRYN BOWEN

21                                     Attorneys for Defendant GOOGLE LLC

22  ///

23  ///

24  ///

25  ///

26

27

28

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO FILE
REPLY IN SUPPORT OF MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1327464.v1

Dated: May 22, 2019

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By:  */s/ Michael W. Sobol*
MICHAEL W. SOBOL
Melissa Gardner
Abbye R. Klamann
Nicholas Diamand

*Interim Co-Lead Class Counsel*
Attorneys for Plaintiffs NAPOLEON
PATACSIL, MARK CARSON, NAJAT
OSHANA, RICHARD DIXON and L.D.

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 22, 2019

*/s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  5/22/2019

Honorable Edward J. Davila

1327464.v1