KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATHRYN BOWEN - # 312649
kbowen@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF CHRISTINA LEE IN SUPPORT OF GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      September 5, 2019<br>Time:     9:00 a.m.<br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DECLARATION OF CHRISTINA LEE IN SUPPORT OF GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE
Case No. 5:18-cv-05062-EJD

1327456

I, Christina Lee, declare as follows:

I am an attorney licensed to practice in the State of California and before this Court. I am an associate at Keker, Van Nest & Peters, LLP, counsel of record for defendant Google LLC in the above-captioned action. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1. Attached hereto as **Exhibit 1** is a true and correct copy of Google's "Why does Google use location information?" support web page, available at https://policies.google.com/technologies/location-data (downloaded on May 25, 2019);

2. Attached hereto as **Exhibit 2** is a true and correct copy of Google's "Delete your activity" support web page, available at https://support.google.com/websearch/answer/465 (downloaded on May 25, 2019);

3. Attached hereto as **Exhibit 3A** is a true and correct copy of Google's current Privacy Policy, with an effective date of January 22, 2019, available at https://policies.google.com/privacy (downloaded on May 25, 2019);

4. Based upon my review, the two Privacy Policy tutorial videos cited in Section III.C of Google's motion to dismiss are embedded within Google's Privacy Policy at https://policies.google.com/privacy. The tutorial videos are also available at https://youtu.be/YlmVKT3Zvhw and at https://youtu.be/48l-xdS4pXg, respectively.

5. Google also maintains a publicly-accessible archive of previous versions of its Privacy Policy, available at https://policies.google.com/privacy/archive. Attached hereto as **Exhibit 3B** is a true and correct copy of that web page (downloaded on May 25, 2019).

    i) Attached hereto as **Exhibit 3C** is a true and correct copy of the previous version of Google's Privacy Policy, with an effective date of May 25, 2018, available at https://policies.google.com/privacy/archive/20180525.

    ii) Attached hereto as **Exhibit 3D** is a true and correct copy of the previous version of Google's Privacy Policy, with an effective date of December 18, 2017, available at https://policies.google.com/privacy/archive/20171218.

iii) I have reviewed these versions and all other publicly-available archived versions of Google's Privacy Policy dated from December 19, 2014 to the present, using the web page attached hereto as Exhibit 3B.

iv) Based upon my review, the following paragraph appears in Google's current Privacy Policy and the publicly-available archived version of Google's Privacy Policy from May 25, 2018:

> We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

v) Based upon my review, the following paragraph appears in every publicly-available archived version of Google's Privacy Policy from December 19, 2014 through December 18, 2017:

> When you use Google services, we may collect and process information about your actual location. We use various technologies to determine location, including IP address, GPS, and other sensors that may, for example, provide Google with information on nearby devices, Wi-Fi access points and cell towers.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Google's current Terms of Service, last modified on October 25, 2017, available at https://policies.google.com/terms (downloaded on May 25, 2019);

7. Attached hereto as **Exhibit 5** is a true and correct copy of Senate Committee on Public Safety Analysis, Privacy: Electronic Tracking Device, Senate Bill No. 1667, as amended March 24, 1998 (1997–98 Reg. Sess.);

8. Attached hereto as **Exhibit 6** is a true and correct copy of Office of Senate Floor Analyses, Third Reading and Special Consent Calendar regarding Senate Bill No. 1667.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California, on May 28, 2019.

By: */s/ Christina Lee*
     CHRISTINA LEE