KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF KATHRYN BOWEN**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

1  PLEASE TAKE NOTICE that Kathryn Bowen is no longer associated with the law firm
2  of Keker, Van Nest & Peters LLP and has withdrawn her appearance as counsel for Defendant
3  Google LLC.
4  Benedict Y. Hur, Benjamin Berkowitz, and Thomas E. Gorman of Keker, Van Nest &
5  Peters LLP remain as counsel of record for Defendant Google LLC.

6  Dated: July 15, 2019                                      KEKER, VAN NEST & PETERS LLP

8                                          By: */s/ Benedict Y. Hur*
                                                BENEDICT Y. HUR
9                                               BENJAMIN BERKOWITZ
                                                THOMAS E. GORMAN
10
                                                Attorneys for Defendant GOOGLE LLC

1335204.v1