| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Brad King (SBN 274399)<br>bking@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NMC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE TWO EXHIBITS WITH JOINT DISCOVERY STATEMENT**<br><br>Dept:     Courtroom 5 - 4th Floor<br>Judge:    Hon. Nathanael M. Cousins |

1  Pursuant to the Civil Standing Order of the Court, the parties hereby stipulate and jointly
2  request as follows:
3  WHEREAS the parties have attempted to negotiate a protective order in good faith;
4  WHEREAS the parties have reached an impasse with respect to one disputed topic of the
5  protective order;
6  WHEREAS the parties intend to file a Joint Discovery Statement;
7  WHEREAS the parties believe it would aid the Court in resolving the dispute to have the
8  parties' respective proposed protective orders, highlighted to identify the terms in dispute;
9  WHEREAS the Standing Order of Magistrate Judge Cousins requires leave of Court to
10  submit exhibits with a Joint Discovery Statement;
11  NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY
12  REQUEST, through their respective counsel of record, that the Court grant leave for the parties to
13  submit two exhibits with their Joint Discovery Statement: Exhibit 1 (Plaintiffs' Proposed
14  Protective Order) and Exhibit 2 (Defendant's Proposed Protective Order), each highlighted to
15  identify for the Court the terms in dispute.

17  IT IS SO STIPULATED.

19  Dated: July 22, 2019                    KEKER, VAN NEST & PETERS LLP

21                           By:   */s/ Benedict Y. Hur*
                                   BENEDICT Y. HUR
22                                 BENJAMIN BERKOWITZ
                                   THOMAS E. GORMAN
23                                 CHRISTINA LEE

24                                 Attorneys for Defendant GOOGLE LLC

| | | | |
|---|---|---|---|
| 1 | Dated: July 22, 2019 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | | |
| 3 | | By: | /s/ Michael Levin-Gesundheit |
| 4 | | | MICHAEL W. SOBOL |
| | | | MELISSA GARDNER |
| 5 | | | MICHAEL LEVIN-GESUNDHEIT |
| 6 | Dated: July 22, 2019 | | *Interim Co-Lead Class Counsel* |
| | | | AHDOOT & WOLFSON, PC |
| 7 | | | |
| 8 | | By: | /s/ Theodore Maya |
| | | | TINA WOLFSON |
| 9 | | | THEODORE MAYA |
| | | | BRAD KING |
| 10 | | | |
| 11 | | | *Interim Co-Lead Class Counsel* |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____     _____
                                    Honorable Nathanael M. Cousins

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 22, 2019                     /s/ *Theodore Maya*
                                          Theodore Maya