```
KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF BRIGHT Y. KELLOGG IN SUPPORT OF GOOGLE'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Date:       October 3, 2019<br>Time:       9:00 a.m.<br>Dept:       Courtroom 4 - 5th Floor<br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

---

DECLARATION OF BRIGHT Y. KELLOGG
Case No. 5:18-cv-05062-EJD

1338722

I, BRIGHT Y. KELLOGG, declare as follows:

I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1.  I am employed at Google LLC ("Google") as a Legal Specialist. In my role as a Legal Specialist at Google, I have access to a database of archived versions of all Google Help Center web articles, including the "See & control your Web & App Activity" support webpage ("Web & App Activity support webpage"), available at https://support.google.com/websearch/answer/54068. The database also stores the dates on which versions of Google Help Center web articles were first published online. I accessed that database, located and viewed historical versions of the Web & App Activity support webpage and their publication dates, and exported the historical versions attached hereto as Exhibits 2 and 3.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the current version of Google's Web & App Activity support webpage, available at https://support.google.com/websearch/answer/54068, downloaded on July 29, 2019.

3.  Attached hereto as **Exhibit 2** is a true and correct archived copy of Google's Web & App Activity support webpage, which was first published at https://support.google.com/websearch/answer/54068 on October 27, 2016.

4.  Attached hereto as **Exhibit 3** is a true and correct archived copy of Google's Web & App Activity support webpage, which was first published at https://support.google.com/websearch/answer/54068 on September 10, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 29th day of July, 2019 at San Francisco, California.

_____
BRIGHT Y. KELLOGG