# Exhibit 1

Case 5:18-cv-05062-EJD Document 99-2 Filed 07/30/19 Page 2 of 4

# See & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

**Note**: If you got your Google Account through work or school, you could need to contact your administrator to turn on the Web & App Activity additional service for your organization.

**Computer**      Android      iPhone & iPad

## Turn Web & App Activity on or off

1. On your computer, visit the Activity controls ⧉ page. You may be asked to sign in to your Google Account.
2. Turn **Web & App Activity** on or off.
3. If you turn the switch on, you can check the box next to "Include Chrome browsing history and activity from websites and apps that use Google services."

**Note**: Some browsers and devices may have more settings that affect how this activity is saved.

## See or delete your activity

You can see and delete your Web & App Activity by visiting My Activity ⧉ . Learn more about how to delete activity manually or set up automatic deletion.

## What's saved as Web & App Activity

Info about your searches & more      ⌃

> When Web & App Activity is on, Google saves information like:
>
> - Searches and other things you do on Google products and services, like Maps
> - Your location, language, IP address, referrer, and whether you use a browser or an app
> - Ads you click, or things you buy on an advertiser's site
> - Information on your device like recent apps or contact names you searched for
>
> **Note**: Activity could be saved even when you're offline.

Size & control your Web & App Activity - Computer - Google Search Help

**Info about your browsing & more**                                              ⌃

> Google can save information like:
>
> • Sites and apps you use
>
> • Your activity on sites and in apps that use Google services
>
> • Your Chrome browsing history
>
> To let Google save this information:
>
> • Web & App Activity must be on.
>
> • The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.
>
> Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.
>
> **Note:** If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

## How your saved activity is used

Learn more about how Google uses your saved activity ⧉ and helps keep it private.

For more information about how Google treats search queries generally, see the Privacy Policy FAQ ⧉ .

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

## Browser history

In the Activity controls ⧉ page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari ⧉ , Internet Explorer ⧉ , or Firefox ⧉ .

Was this helpful?

Yes     No

English ▾

