# Exhibit 2

WEB:54068
See and control your search activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved to your Google Account, so you may get better search results and suggestions.

You control what's saved, and you can delete your past searches and activity or turn off Web & App Activity at any time.

## See or delete your search activity

You can find and delete your searches and browsing activity by visiting [My Activity](). Learn more about [how to view and control activity]() or [how to delete activity]().

## What's saved as Web & App Activity

Info about your searches and more

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps
- Your location, language, IP address, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

**Note**: Activity may be saved even when you're offline.

Info about your browsing and more

Google can save information like:

- Websites and apps you use
- Your activity on websites and in apps that use Google services
- Your Chrome browsing history

To let Google save this information, Web & App Activity must be on, and the box next "Include Chrome browsing history and activity from websites and apps that use Google services" must be checked.

**Note**: Your Chrome history is only saved if you're signed in to your Google Account and have [Chrome Sync turned on]().

## How your saved activity is used

Learn more about [how Google uses your saved activity]() and helps keep it private.

For more information about how Google treats search queries generally, see the [Privacy Policy FAQ]().

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can [search and browse privately]().

# Browser history

In the [Activity controls](#) page, you can also check the box to "Include Chrome browsing history and activity from websites and apps that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on [Chrome](#), [Toolbar](#), [Safari](#), [Internet Explorer](#), or [Firefox](#).