# Exhibit 3

WEB:54068
Google Web & App Activity

Your searches and browsing activity are saved in your Web & App Activity when it's turned on and you're signed in to your Google Account. This gives you better results and recommendations across Google's products.

You're in control of what's stored, and you can delete your past searches and browsing activity or turn off Web & App activity at any time.

## Turn Web & App Activity on or off

1. Visit the [Account History](#) page. You may be asked to sign in to your Google Account.
2. Turn the switch on or off.
3. If you want to also include history from Chrome and other apps, check the box next to "Include history from Chrome and other apps in your Web & App Activity."

## View or delete your Web & App Activity

View your Web & App Activity

Visit [www.google.com/history](http://www.google.com/history) to see what's saved in your Web & App Activity, including history from Chrome and other apps.

Delete your Web & App Activity

Learn how to [delete or turn off your Web & App Activity](#).

## What's saved in your Web & App Activity

Web & App Activity

Google uses your Web & App Activity to improve your experience, including giving you better search results across all the Google products you use. For example, if you've searched for your favorite sports team in the past, Google can show you Now cards about upcoming game times or scores.

**What's saved**

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Search and Maps
- Your connection information, including location, language, and whether you use a browser or an app
- Your interactions with products, including which results you click
- Ads you respond to by clicking the ad itself or buying something on the advertiser's site
- Your IP address
- Results that are returned, including results from information on your device (like recent apps or contact names you searched for) and [search results from other Google products](#)

**How the information collected is used**

See the [Privacy Policy FAQ](#) for more information about how Google treats search queries generally.

Activity from Chrome and other apps

When you check the box next to "Include history from Chrome and other apps in your Web & App Activity," Google saves information like:

- Your Chrome browsing history (if you're signed in and have Chrome Sync turned on). This information helps you see more accurate results and suggestions. For example, if you read a lot of articles about your favorite sports team, you might see an option to receive news updates about that team.
- The apps you use and the data they share with Google. This lets you see things like sites or content that you've looked at in other apps in your Google search results.

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity from your device even if you're signed out.

To turn off this kind of search customization, learn how to search and browse privately.

## Troubleshoot

Searches I've done aren't showing

There are a number of reasons you may not see your searches:

- Your searches are only recorded when you're signed in to your Google Account.
- Your Web & App Activity only records certain types of searches, including Web Search, Images, News, Shopping, Maps, and Books.

I see activity I don't recognize

If you see something you don't recognize on your History page, it could be for one of the following reasons:

**Predicted search results**

If you have Google Instant turned on, when you type a search and pause, the predicted search will be saved in your Web & App Activity. The predicted searches will also be saved if you begin to search for something on Google and then click elsewhere on the page, like a search result, ad, or spelling correction.

**Activity from other sites**

You might have visited a third-party website or blog that has inserted Google Search or Google Maps onto the page, such as a list of search results or driving directions. When you're signed in to Google, these inserted results might be saved in your history.

**Activity from non-Google apps**

Some apps may share certain activity with Google to do things like make it easier for you to find information from their app. To stop saving to your Web & App Activity, uncheck the box next to "Include history from Chrome and other apps in your Web & App Activity" on the Activity controls settings page.

**Other unusual activity**

If you don't think the history you see is because of the reasons above, it's possible that your Google Account is signed in to a public computer where other people can search with your account. Learn how to keep your account secure.

**Browser history**

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Safari, Internet Explorer, Toolbar, and Firefox.