Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff, Aichi Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN R: GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Plaintiffs hereby give notice that Alex R. Straus (State Bar No. 321366), who previously entered his appearance on behalf of Plaintiff in the action *Aichi Ali v. Google Inc.*, No. 5:18-cv-06262-EJD (N.D. Cal.), is no longer affiliated with the law firm of Ahdoot & Wolfson, PC and no longer represents Plaintiff in this action.

Plaintiff Aichi Ali continues to be represented by Tina Wolfson and Theodore Maya of the law firm of Ahdoot & Wolfson, PC, and Plaintiff's other counsel of record. No other changes are requested at this time regarding Plaintiff's counsel of record.

Dated: August 19, 2019

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

_/s/ T. Wolfson_

Tina Wolfson
Theodore Maya
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com