1  KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
3  tgorman@keker.com
CHRISTINA LEE - # 314339
4  clee@keker.com
633 Battery Street
5  San Francisco, CA 94111-1809
Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendant GOOGLE LLC

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  IN RE:  GOOGLE LOCATION HISTORY        Case No. 5:18-cv-05062-EJD
    LITIGATION
13                                         **NOTICE OF WITHDRAWAL OF
                                           BENEDICT Y. HUR**
14
15                                         Dept:        Courtroom 4 - 5th Floor
                                           Judge:       Hon. Edward J. Davila
16                                         Date Filed: November 2, 2018
17                                         Trial Date:  None Set

18
19
20
21
22
23
24
25
26
27
28

1    PLEASE TAKE NOTICE that Benedict Y. Hur is no longer with the law firm of Keker,

2  Van Nest & Peters LLP and is no longer counsel of record for Defendant GOOGLE LLC.

3    Benjamin Berkowitz, Thomas Gorman, and Christina Lee remain as counsel of record for

4  Defendant.

5

6

7  Dated:  September 9, 2019                     KEKER, VAN NEST & PETERS LLP

8

9                                    By:   */s/ Benjamin Berkowitz*
                                          BENJAMIN BERKOWITZ
                                          THOMAS E. GORMAN
10                                        CHRISTINA LEE

11                                        Attorneys for Defendant GOOGLE LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28