UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Re: Dkt. No. 87 |

The hearing on Defendant's Motion to Dismiss the Consolidated Complaint is continued to November 21, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 29, 2019

EDWARD J. DAVILA
United States District Judge