Rosemary M. Rivas (State Bar No. 209147)
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Attorney for Plaintiff George Jack*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION<br><br>This Document Relates to All Actions | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF CHANGE OF ADDRESS OF ROSEMARY M. RIVAS** |

TO THE CLERK OF THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Rosemary M. Rivas' address has changed to the following:

> LEVI & KORSINSKY, LLP
> 388 Market Street, Suite 1300
> San Francisco, CA 94111

Ms. Rivas' telephone number, facsimile number, and email information remain unchanged. Please revise your proof of service and file information accordingly.

Dated: November 25, 2019

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ Rosemary M. Rivas
Rosemary M. Rivas (State Bar No. 209147)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

*Counsel for Plaintiff George Jack*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas