KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:        Hon. Edward J. Davila<br>Date Filed: November 2, 2018<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christopher S. Sun is an active member of the State Bar of California and an attorney with the law firm of Keker, Van Nest & Peters LLP.  He hereby makes an appearance as counsel of record on behalf of Defendant Google LLC and he consents to electronic service of all papers in this action.  His address, telephone, fax and email are listed below as follows:

>CHRISTOPHER S. SUN
>State Bar No. 308945
>Email: csun@keker.com
>
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone: 415 391 5400
>Facsimile:  415 397 7188

| | |
|---|---|
| Dated:  January 10, 2020 | KEKER, VAN NEST & PETERS LLP |
| | By:  */s/ Christopher S. Sun* |
| | BENJAMIN BERKOWITZ |
| | THOMAS E. GORMAN |
| | CHRISTINA LEE |
| | CHRISTOPHER S. SUN |
| | Attorneys for Defendant GOOGLE LLC |