KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
 633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE FURTHER AMENDED COMPLAINT AND STAYING DISCOVERY**<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC (the "Parties") hereby jointly stipulate and agree as follows:

**RECITALS**

WHEREAS on December 19, 2019, the Court entered its Order Granting Defendant's Motion to Dismiss (Dkt. No. 113, herein "Dismissal Order");

WHEREAS the Dismissal Order stated in part, "Plaintiffs may file an amended complaint by January 23, 2020":

WHEREAS on January 6, 2020, the Parties filed a Joint Case Management Statement (Dkt. No. 115), wherein Plaintiffs stated that, "Plaintiffs anticipate moving to for an order certifying the Dismissal Order for interlocutory appeal, in accordance with 28 U.S.C. § 1292(b) . . . . Plaintiffs further anticipate a motion to continue the January 23, 2020 deadline set in the Dismissal Order to amend the pleadings pending resolution of the 1292(b) and mandamus processes";

WHEREAS in the January 6, 2020 Joint Case Management Statement (Dkt No. 115), Google stated that Plaintiffs' request for interlocutory review appears to be groundless and would add significant inefficiency, expense and delay to this litigation;

WHEREAS, nonetheless, the Parties agree, in the interests of efficiency, that the time for Plaintiffs to file a further amended complaint should be extended until after proceedings on Plaintiffs' 1292(b) motion and/or mandamus request have concluded, during which time discovery in the case should be stayed;

WHEREAS Google reserves all rights to oppose Plaintiffs' anticipated requests for interlocutory and/or mandamus review;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The deadline for Plaintiffs to file a further amended complaint shall be extended until 30 days after the conclusion of proceedings on Plaintiffs' request for immediate, interlocutory review under 28 U.S.C. § 1292(b) and/or Plaintiffs' request to the Court of Appeal for mandamus review;

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE FURTHER AMENDED COMPLAINT AND STAYING DISCOVERY
Case No. 5:18-cv-05062-EJD

2. Google shall have 30 days from the filing of any amended complaint to file its motion to dismiss and/or any other response thereto; and
3. Discovery in the case shall be stayed pending the conclusion of all of Plaintiffs' requests for interlocutory review of the Court's Dismissal Order (whether pursuant to Section 1292(b) or mandamus) and until after Google has answered.

| | | |
|---|---|---|
| Dated: January 14, 2020 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benjamin Berkowitz* <br> BENJAMIN BERKOWITZ <br> THOMAS E. GORMAN <br> CHRISTOPHER SUN <br> CHRISTINA LEE |
| | | Attorneys for Defendant GOOGLE LLC |
| Dated: January 14, 2020 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Michael W. Sobol* <br> MICHAEL W. SOBOL <br> MELISSA GARDNER <br> MICHAEL LEVIN-GESUNDHEIT |
| Dated: January 14, 2020 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* <br> TINA WOLFSON <br> THEODORE MAYA <br> BRAD KING |
| | | Interim Co-Lead Class Counsel |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: _____    _____
                                                                Honorable Edward J. Davila

## ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  January 14, 2020                                                     */s/ Michael W. Sobol*