| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br> 633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE FURTHER AMENDED COMPLAINT AND STAYING DISCOVERY**<br><br>Judge:       Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC (the "Parties") hereby jointly stipulate and agree as follows:

**RECITALS**

WHEREAS on December 19, 2019, the Court entered its Order Granting Defendant's Motion to Dismiss (Dkt. No. 113, herein "Dismissal Order");

WHEREAS the Dismissal Order stated in part, "Plaintiffs may file an amended complaint by January 23, 2020":

WHEREAS on January 6, 2020, the Parties filed a Joint Case Management Statement (Dkt. No. 115), wherein Plaintiffs stated that, "Plaintiffs anticipate moving to for an order certifying the Dismissal Order for interlocutory appeal, in accordance with 28 U.S.C. § 1292(b) . . . . . Plaintiffs further anticipate a motion to continue the January 23, 2020 deadline set in the Dismissal Order to amend the pleadings pending resolution of the 1292(b) and mandamus processes";

WHEREAS in the January 6, 2020 Joint Case Management Statement (Dkt No. 115), Google stated that Plaintiffs' request for interlocutory review appears to be groundless and would add significant inefficiency, expense and delay to this litigation;

WHEREAS, nonetheless, the Parties agree, in the interests of efficiency, that the time for Plaintiffs to file a further amended complaint should be extended until after proceedings on Plaintiffs' 1292(b) motion and/or mandamus request have concluded, during which time discovery in the case should be stayed;

WHEREAS Google reserves all rights to oppose Plaintiffs' anticipated requests for interlocutory and/or mandamus review;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The deadline for Plaintiffs to file a further amended complaint shall be extended until 30 days after the conclusion of proceedings on Plaintiffs' request for immediate, interlocutory review under 28 U.S.C. § 1292(b) and/or Plaintiffs' request to the Court of Appeal for mandamus review;

2. Google shall have 30 days from the filing of any amended complaint to file its motion to dismiss and/or any other response thereto; and

3. Discovery in the case shall be stayed pending the conclusion of all of Plaintiffs' requests for interlocutory review of the Court's Dismissal Order (whether pursuant to Section 1292(b) or mandamus) and until after Google has answered.

Dated: January 14, 2020                           KEKER, VAN NEST & PETERS LLP

                                           By:  */s/ Benjamin Berkowitz*
                                                BENJAMIN BERKOWITZ
                                                THOMAS E. GORMAN
                                                CHRISTOPHER SUN
                                                CHRISTINA LEE

                                                Attorneys for Defendant GOOGLE LLC


Dated: January 14, 2020                           LIEFF CABRASER HEIMANN &
                                                  BERNSTEIN, LLP

                                           By:  */s/ Michael W. Sobol*
                                                MICHAEL W. SOBOL
                                                MELISSA GARDNER
                                                MICHAEL LEVIN-GESUNDHEIT


Dated: January 14, 2020                           AHDOOT & WOLFSON, PC

                                           By:  */s/ Tina Wolfson*
                                                TINA WOLFSON
                                                THEODORE MAYA
                                                BRAD KING

                                                Interim Co-Lead Class Counsel

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED

Dated: January 14, 2020

                                                Honorable Edward J. Davila