**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LOCATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF IVY T. NGO** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ivy T. Ngo is no longer affiliated with Franklin D. Azar & Associates, P.C. and is hereby withdrawn as counsel for plaintiffs Leslie Lee and Stacey Smedley ("Plaintiffs"). Franklin D. Azar & Associates, P.C. remains as counsel for Plaintiffs.

DATED:   March 16, 2020

                                              Respectfully Submitted

By: */s/ Ivy T. Ngo*
      Ivy T. Ngo, Esq. (CA 249860)
      Law Office of Ivy T. Ngo
      60 Lehigh Aisle #90
      Irvine, CA 92612
      Phone: (949) 401-7388
      Email: itngo@sudomail.com

## CERTIFICATE OF SERVICE

I, Ivy T. Ngo, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 16th day of March, 2020.

                                          */s/ Ivy T. Ngo*
                                          Ivy T. Ngo