United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NAPOLEON PATACSIL, et al.,

Plaintiffs,

v.

GOOGLE, LLC, et al.,

Defendants.

Case No. 5:18-cv-05062-EJD

**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING**

In accordance with General Order 72, the motion for a certificate of appealability (Dkt. No. 120) noticed for April 16, 2020 at 9:00 a.m. has been taken under submission without oral argument pursuant to Civil Local Rule 7-1(b).  The April 16, 2020 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: March 18, 2020

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:18-CV-05062-EJD
ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT AND VACATING HEARING

1