**LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STATEMENT OF RECENT DECISION UNDER LOCAL RULE 7-3(d)(2) IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

**STATEMENT OF RECENT DECISION**

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit the Ninth Circuit's recent published opinion in *In re Facebook, Inc. Internet Tracking Litigation*, No. 17-1748, 2020 WL 1807978,  – F.3d – (9th Cir. Apr. 9, 2020), attached hereto as **Exhibit A**, in support of Plaintiffs' pending Motion to Certify the Court's Dismissal Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b).  ECF No. 120.  Plaintiffs respectfully submit that *Facebook* is indicative of the Ninth Circuit's continued interest in development of privacy jurisprudence and counsels in favor of this Court certifying for interlocutory review its Order on the motion dismiss with respect to Plaintiffs' claims for common law Intrusion Upon Seclusion and invasion of privacy under the California Constitution, as well as the statutory claim under the California Invasion of Privacy Act.

1

2    Dated: April 13, 2020                    Respectfully Submitted,

3                                                     /s Michael W. Sobol

4                                             Michael W. Sobol (SBN 194857)
                                             msobol@lchb.com
5                                             Melissa Gardner (SBN 289096)
                                             mgardner@lchb.com
6                                             Michael Levin-Gesundheit (SBN 292930)
                                             mlevin@lchb.com
                                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
7                                             275 Battery Street, 29th Floor
                                             San Francisco, CA  94111-3339
8                                             Telephone:  415.956.1000
                                             Facsimile:  415.956.1008
9
                                                     /s Tina Wolfson
10
                                             Tina Wolfson (SBN 174806)
11                                            twolfson@ahdootwolfson.com
                                             Theodore Maya (SBN 223242)
12                                            tmaya@ahdootwolfson.com
                                             Brad King (SBN 274399)
13                                            bking@ahdootwolfson.com
                                             AHDOOT & WOLFSON, PC
14                                            10728 Lindbrook Drive
                                             Los Angeles, CA 90024
15                                            Telephone: 310.474.9111
                                             Facsimile: 310.474.8585
16
                                             Nicholas Diamand (*pro hac vice*)
17                                            ndiamand@lchb.com
                                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
18                                            250 Hudson Street, 8th Floor
                                             New York,  NY 10013
19                                            Telephone:  212.355.9500
                                             Facsimile:  212.355.9592
20
                                             *Interim Co-Lead Class Counsel*
21

22

23

24

25

26

27

28

1

## ATTESTATION OF FILER—LOCAL RULE 5-1(i)(3)

2      I, Michael Levin-Gesundheit, attest that concurrence in the filing of this document has

3  been obtained from the signatories shown above.  I declare under penalty of perjury that the

4  foregoing is true and correct.

5
          */s Michael Levin-Gesundheit*
6
      Michael Levin-Gesundheit
7

8
1979420.2
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF RECENT DECISION
UNDER LOCAL RULE 7-3(d)(2)
CASE NO. 5:18-CV-05062-EJD