KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date:  None set |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC (the
2   "Parties") hereby jointly stipulate and agree as follows:

3   WHEREAS on December 19, 2019, the Court entered its Order Granting Defendant's
4   Motion to Dismiss (Dkt. No. 113, hereinafter, "Dismissal Order");

5   WHEREAS on January 14, 2020, the Court granted a joint stipulation to extend the
6   "deadline for Plaintiffs to file a further amended complaint shall be extended until 30 days after
7   the conclusion of proceedings on Plaintiffs' request for immediate, interlocutory review under
8   28 U.S.C. § 1292(b) and/or Plaintiffs' request to the Court of Appeal for mandamus review" (Dkt.
9   No. 118);

10   WHEREAS on April 15, 2020, the Court denied Plaintiffs' request for interlocutory
11   review under 28 U.S.C. § 1292(b) (Dkt. No. 126);

12   WHEREAS, Plaintiffs intend to file an amended complaint and also to seek leave to file a
13   motion for reconsideration of the Dismissal Order under Local Rule 7-9;

14   WHEREAS, Defendant anticipates filing a motion to dismiss Plaintiffs' anticipated
15   amended complaint and disagrees that any motion for reconsideration is timely or proper;

16   WHEREAS, nonetheless, the Parties agree, in the interests of efficiency, that the time for
17   Plaintiffs to file a further amended complaint should be extended until after any proceedings on
18   Plaintiffs' request for reconsideration have concluded and that the time for Defendant to move to
19   dismiss or otherwise respond to the amended complaint shall be extended until 45 days after the
20   filing of the amended complaint;

21   NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties,
22   through their respective counsel, and subject to the Court's approval, that (a) the deadline for
23   Plaintiffs to file a further amended complaint shall be extended until 30 days after the Court's
24   ruling on Plaintiffs' request for leave to file a motion for reconsideration, or if such leave is
25   granted, until 30 days after the Court's ruling the motion for reconsideration, and (b) that the
26   deadline for Defendant to move to dismiss or otherwise respond to the amended complaint shall
27   be extended until 45 days after the filing of the amended complaint.

28

1

2

3

4

5   Dated:  April 24, 2020                    KEKER, VAN NEST & PETERS LLP

6

7                                      By:    s/ Benjamin Berkowitz
                                              BENJAMIN BERKOWITZ
8                                             THOMAS E. GORMAN
                                              CHRISTOPHER SUN
9                                             CHRISTINA LEE

10                                            *Attorneys for Defendant GOOGLE LLC*

11  Dated:  April 24, 2020                    LIEFF CABRASER HEIMANN &
                                              BERNSTEIN, LLP
12

13                                     By:    /s Michael W. Sobol
                                              MICHAEL W. SOBOL
14                                            MELISSA GARDNER
                                              MICHAEL LEVIN-GESUNDHEIT
15

16
    Dated:  April 24, 2020                    AHDOOT & WOLFSON, PC
17

18                                     By:    /s Theodore Maya
19                                            TINA WOLFSON
                                              THEODORE MAYA
20                                            BRAD KING

21                                            *Interim Co-Lead Class Counsel*

22                          **[PROPOSED] ORDER**

23           PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

24  ORDERED.

25

26
    Dated:  _____            _____
27                                                  The Honorable Edward J. Davila

28

1

## ATTESTATION

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  April 24, 2020                                    */s Michael Levin-Gesundheit*

1983938.1

JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING
Case No. 5:18-cv-05062-EJD