**INDEX OF EXHIBITS TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

**CASE NO. 5:18-CV-05062-EJD**

| No. | Description |
|---|---|
| 1. | Redline showing differences between Consolidated Class Action Complaint, filed April 29, 2019, and Amended Consolidated Class Action Complaint (Redacted). |
| 2. | Ryan Nakashima, *AP Exclusive: Google tracks your movements, like it or not*, The Associated Press (August 13, 2018), available at https://www.apnews.com/828aefab64d4411bac257a07c1af0ecb. |
| 3. | Excerpts (pp. 1-3, 13-16) from Transcript of United States Senate Judiciary Committee, *GDPR & California Consumer Privacy Act: Opt-Ins, Consumer Control, and the Impact on Competition and Innovation* (March 12, 2019), full transcript available at https://www.wilmerhale.com/-/media/07d7aaf693584896bd01b8e84849e3c4.pdf?la=en&hash=DFEADCEC7602E878AFBE0B5CB1E69B70F0A7FD51. |
| 4. | Excerpts (pp. 1-4, 53) from Transcript of United States House of Representatives Judiciary Committee, *Transparency and Accountability: Examining Google and its Data Collection, use and Filtering Practices*, 2018 WLNR 38379064 (December 11, 2018). |
| 5. | Google, *Google Terms of Service* effective March 31, 2020, available at https://policies.google.com/terms?hl=en-US. |
| 6. | Google, *Google Terms of Service* last modified October 25, 2017, available at https://policies.google.com/terms/archive/20171025?hl=en-US. |
| 7. | Pew Research Center, *Mobile Fact Sheet* (February 5, 2018), available at http://www.pewinternet.org/fact-sheet/mobile/. |
| 8. | Excerpts (pp. 1-2, 11, 14, 104-105) of David George et al., *Global Mobile Trends 2017,* GSMA Intelligence (September 2017), full text available at https://regmedia.co.uk/2017/09/12/gsma-mobile-trends-2017.pdf. |
| 9. | James Vincent, *99.6 percent of new smartphones run Android or iOS*, The Verge (February 16, 2017), available at https://www.theverge.com/2017/2/16/14634656/android-ios-market-share-blackberry-2016. |
| 10. | Google, *Google Privacy Policy* effective July 1, 2020, available at https://policies.google.com/privacy?hl=en-US. |

| No. | Description |
|---|---|
| 11. | Archived Web Capture (https://archive.org/web/) dated August 16, 2018 of URL https://support.google.com/accounts/answer/3118687?hl=en; *Manage or delete your Location History*, available at https://web.archive.org/web/20180816004907/https://support.google.com/accounts/answer/3118687?hl=en. |
| 12. | Archived Web Capture (https://archive.org/web/) dated July 30, 2018 of URL https://support.google.com/accounts/answer/4388034; *Location history for iPhone & iPad*, available at https://web.archive.org/web/20180730190907/https://support.google.com/accounts/answer/4388034. |
| 13. | Google, *Google Privacy Policy* last modified December 18, 2017, available at https://policies.google.com/privacy/archive/20171218?hl=en-US. |
| 14. | Christina Bonnington, *How Google Uses Wi-Fi Networks to Figure Out Your Exact Location*, Slate (June 20, 2018), available at https://slate.com/technology/2018/06/how-google-uses-wi-fi-networks-to-figure-out-your-exact-location.html. |
| 15. | Google, *Google Privacy Policy* last modified December 18, 2017, *"may collect and process information about your actual location"* hyperlink contents, available at https://policies.google.com/privacy/example/may-collect-and-process-information?hl=en. |
| 16. | Forbrukerrådet (Norwegian Consumer Council), *Every Step You Take, How deceptive design lets Google track users 24/7* (November 27, 2018), available at https://fil.forbrukerradet.no/wp-content/uploads/2018/11/27-11-18-every-step-you-take.pdf. |
| 17. | Steve McCaskill, *'Nine in ten' Android apps send data to Google*, TechRadar Pro (October 24, 2018), available at https://www.techradar.com/news/nine-in-ten-android-apps-send-data-to-google. |
| 18. | Douglas C. Schmidt (Vanderbilt), *Google Data Collection*, Digital Content Next (August 15, 2018), available at https://digitalcontentnext.org/wp-content/uploads/2018/08/DCN-Google-Data-Collection-Paper.pdf. |
| 19. | Excerpts (Abstract and Author Information) from Yves-Alexandre de Montjoye, et al., *Unique in the Crowd: The privacy bounds of human mobility* (March 25, 2013), full text available at https://www.nature.com/articles/srep01376#Sec2. |

| No. | Description |
|---|---|
| 20. | Rob Matheson, MIT News Office, *The privacy risks of compiling mobility data* (December 7, 2018), available at http://news.mit.edu/2018/privacy-risks-mobility-data-1207. |
| 21. | Alma Whitten, *Updating our privacy policies and terms of service*, Google Official Blog (January 24, 2012), available at https://googleblog.blogspot.com/2012/01/updating-our-privacy-policies-and-terms.html. |
| 22. | Charlie Warzel and Stuart A. Thompson, *Where Even the Children Are Being Tracked,* New York Times (December 21, 2019), available at https://www.nytimes.com/interactive/2019/12/21/opinion/pasadena-smartphone-spying.html. |
| 23. | Text of Stuart A. Thompson and Charlie Warzel, *How to Track President Trump*, New York Times (December 20, 2019), available with interactive imagery and associated notes, at https://www.nytimes.com/interactive/2019/12/20/opinion/location-data-national-security.html. |
| 24. | Mike Chu, *New magical blue circle on your map*, Google Mobile Blog (November 28, 2007), available at http://googlemobile.blogspot.com/2007/11/new-magical-blue-circle-on-your-map.html. |
| 25. | Charles Mendis, *Locate your friends in real time with Google Latitude,* Google Mobile Blog (February 4, 2009), available at http://googlemobile.blogspot.com/2009/02/locate-your-friends-in-real-time-with.html. |
| 26. | Vic Gundotra, *See where your friends are with Google Latitude,* Google Official Blog (February 4, 2009), available at https://googleblog.blogspot.com/2009/02/see-where-your-friends-are-with-google.html. |
| 27. | Chris Lambert, *Google Latitude, now with Location History & Alerts,* Google Mobile Blog (November 10, 2009), available at http://googlemobile.blogspot.com/2009/11/google-latitude-now-with-location.html. |
| 28. | Screenshots demonstrating process for disabling Web & App Activity location storage; Exhibit prepared by Plaintiffs' counsel (August 17, 2018). |

| No. | Description |
|---|---|
| **29.** | Emily Dreyfuss, *How to Stop Google From Tracking Your Location*, Wired (August 13, 2018), available at https://www.wired.com/story/google-location-tracking-turn-off/. |
| **30.** | Associated Press, *Google found to track the location of users who have opted out*, NBC News (August 13, 2018), available at https://www.nbcnews.com/tech/tech-news/google-tracks-your-movements-it-or-not-n900106. |
| **31.** | Google Account Help, *Manage Your Location History*, available at https://support.google.com/accounts/answer/3118687 (exhibit printed on April 27, 2019; page last visited June 24, 2020). |
| **32.** | *State of Arizona v. Google LLC*, Complaint (May 27, 2020), available at https://www.azag.gov/sites/default/files/docs/press-releases/2020/complaints/Google_Complaint_FILED_5-27-2020.pdf. |
| **33.** | Archived Web Capture (https://archive.org/web/) dated November 3, 2018 of URL https://myaccount.google.com/intro/activitycontrols?hl=en-US; *Activity Controls,* available at https://web.archive.org/web/20181103224740/https://myaccount.google.com/intro/activitycontrols. |
| **34.** | Archived Web Captures (https://archive.org/web/) dated October 8, 2016 and May 18, 2018 of URL https://myaccount.google.com/intro/activitycontrols?hl=en-US; *Activity Controls*, available at https://web.archive.org/web/20161008213925/https://myaccount.google.com/intro/activitycontrols and https://web.archive.org/web/20180518184409/https://myaccount.google.com/intro/activitycontrols, respectively. |
| **35.** | Screenshots from Archived Web Captures (https://archive.org/web/) of URL https://support.google.com/websearch/answer/54068 Google Search Help, *See & control your search activity* dated November 19, 2018, available at https://web.archive.org/web/20181119040025/https://support.google.com/websearch/answer/54068, demonstrating accessibility of information on page. Exhibit prepared by Plaintiffs' counsel (April 29, 2019). |
| **36.** | Archived Web Capture (https://archive.org/web/) dated August 18, 2018 of URL https://support.google.com/accounts/answer/3118687; *Manage or delete your Location History*, available at http://web.archive.org/web/20180818160356/https://support.google.com/accounts/answer/3118687. |

| No. | Description |
|---|---|
| 37. | Archived Web Capture (https://archive.org/web/) dated August 16, 2018 of URL https://support.google.com/accounts/answer/3467281; *Turn location on or off for your Android device*, available at http://web.archive.org/web/20180729212714/https://support.google.com/accounts/answer/3467281. |
| 38. | Archived Web Capture (https://archive.org/web/) dated July 29, 2018 of URL https://support.google.com/android/answer/6179507; *Manage location settings for Android apps*, available at https://web.archive.org/web/20180729104542/https://support.google.com/accounts/answer/6179507?hl=en. |
| 39. | Text from Google Ads, *How it works* (last visited June 22, 2020), text with images available at https://ads.google.com/home/how-it-works/. |
| 40. | Google Ads Help, *About advanced location options* (last visited June 30, 2020), available at https://support.google.com/google-ads/answer/1722038. |
| 41. | Google Ads Help, *About targeting geographic locations* (last visited June 29, 2020), available at https://support.google.com/google-ads/answer/2453995?hl=en#:~:text=CenterCommunityAnnouncements-,About%20targeting%20geographic%20locations,locations%20of%20interest%2C%20or%20both.. |
| 42. | CNIL, *The CNIL's Restricted Committee Imposes a Financial Penalty of 50 Million Euros against Google LLC* (January 21, 2019), available at https://www.cnil.fr/en/cnils-restricted-committee-imposes-financial-penalty-50-million-euros-against-google-llc. |
| 43. | Lee Rainie and Kathryn Zickuhr, *Americans' Views on Mobile Etiquette*, Pew Research Center (August 26, 2015), available at http://www.pewinternet.org/2015/08/26/chapter-1-always-on-connectivity/. |
| 44. | Stuart A. Thompson and Charlie Warzel*, Twelve Million Phones, One Dataset, Zero Privacy*, New York Times (December 19, 2019), *available at* https://www.nytimes.com/interactive/2019/12/19/opinion/location-tracking-cell-phone.html>. |

| No. | Description |
|---|---|
| 45. | Ryan Randazzo, *Arizona Attorney General Sues Google, Alleges the Tech Giant Fraudulently Collects Users' Location Data*, azcentral. (May 27, 2020), available at https://www.azcentral.com/story/money/business/consumers/2020/05/27/google-sued-arizona-attorney-general-mark-brnovich-fraudulent-data-collecting/5270979002/. |
| 46. | Allison Grande, *Senate Bill Would Curtail Data Use, Create New Privacy Cop*, Law 360 (June 18, 2020), available at https://www.law360.com/consumerprotection/articles/1284404/senate-bill-would-curtail-data-use-create-new-privacy-cop?nl_pk=10608635-8e44-4fb5-96ee-cfe81e32f376&utm_source=newsletter&utm_medium=email&utm_campaign=consumerprotection. |
| 47. | Press Release, *Consumer groups across Europe file complaints against Google for breach of GDPR* (November 27, 2018), available at https://www.beuc.eu/publications/consumer-groups-across-europe-file-complaints-against-google-breach-gdpr/html. |
| 48. | Datainspektionen, *Request for Reply and Further Clarification to Google LLC* (January 18, 2019), available at https://www.datainspektionen.se/globalassets/dokument/ovrigt/google---request-for-reply-and-further-clarification---skrivelse-till-tillsynsobjekt.pdf. |
| 49. | Janene Pieters, *Dutch Petition against Google's Location Tracking Gets 50,000 Signatures*, Nltimes.nl (January 22, 2019), available at https://nltimes.nl/2019/01/22/dutch-petition-googles-location-tracking-gets-50000-signatures. |
| 50. | Rachel Pannett, *Google to Face Court on Claims It Misled Australians on Personal Data*, The Wall Street Journal (October 29, 2019), available at https://www.wsj.com/articles/google-to-face-court-on-claims-it-misled-australians-on-personal-data-11572337382/. |
| 51. | *Data Protection Commission launches Statutory Inquiry into Google's processing of location data and transparency surrounding that processing*, Irish Data Protection Commission (February 4, 2020), available at https://www.dataprotection.ie/en/data-protection-commission-launches-statutory-inquiry-googles-processing-location-data-and. |

| No. | Description |
|---|---|
| 52. | Written Testimony of Keith Enright, Google Chief Privacy Officer, United States Senate Committee on Commerce, Science, and Transportation, *Hearing on Examining Safeguards for Consumer Data Privacy*, (September 26, 2018), available at https://www.commerce.senate.gov/public/_cache/files/5d32673e-d11d-4ee1-a7f3-8b03e407128d/5D20DB4443BCCDA548DD5577BB28F01D.09-24-18enright-testimony.pdf. |
| 53. | Mary Madden and Lee Rainie, *Americans' Attitudes About Privacy, Security and Surveillance,* Pew Research Center (May 20, 2015), available at http://www.pewinternet.org/2015/05/20/americans-attitudes-about-privacy-security-and-surveillance/. |
| 54. | Lee Rainie et. al., *Anonymity, Privacy, and Security Online,* Pew Research Center (September 5, 2013), available at http://www.pewinternet.org/2013/09/05/anonymity-privacy-and-security-online/. |
| 55. | Chris Jay Hoofnagle or et. al., *How Different are Young Adults from Older Adults When it Comes to Information Privacy Attitudes and Policies?*, University of Pennsylvania Scholarly Commons (April 14, 2010), available at https://repository.upenn.edu/asc_papers/399/. |
| 56. | *S. 2326: Children's Online Privacy Protection Act of 1998*, Hearing before Senate Subcommittee on Communications, Statement of Sen. Bryan, S. Hrg. 105-1069, at 4 (September 23, 1998). |
| 57. | Kristien Daems, et al., *Advertisers' perceptions regarding the ethical appropriateness of new advertising formats aimed at minors*, J. Marketing Comms. 8 (2017). |
| 58. | Children's Advertising Review Unit, *Self-Regulatory Program for Children's Advertising* (2014), *available at* http://www.asrcreviews.org/wp-content/uploads/2012/04/Self-Regulatory-Program-for-Childrens-Advertising-Revised-2014-.pdf. |
| 59. | Center for Digital Democracy, *New Survey Reveals Strong Support for Updating Children's Online Privacy Protection Act (COPPA): Majority express concerns about new marketing and data-collection practices* (December 6, 2012), available at https://www.democraticmedia.org/content/new-survey-reveals-strong-support-updating-childrens-online-privacy-protection-act-coppa. |

| No. | Description |
|---|---|
| **60.** | Federal Trade Commission, *Mobile Advertising Network InMobi Settles FTC Charges It Tracked Hundreds of Millions of Consumers' Locations Without Permission* (June 22, 2016), available at https://www.ftc.gov/news-events/press-releases/2016/06/mobile-advertising-network-inmobi-settles-ftc-charges-it-tracked. |
| **61.** | Harish Jonnalagadda, *How to view your location history in Google Maps*, Android Central (July 20, 2018), available at https://www.androidcentral.com/how-view-your-location-history-google-maps. |
| **62.** | Matt Boddy, *The Google tracking feature you didn't know you'd switched on*, Naked Security by Sophos (October 3, 2017), available at https://nakedsecurity.sophos.com/2017/10/03/the-google-tracking-feature-you-didnt-know-youd-switched-on/. |
| **63.** | WikiHow, *How to Disable Google Location History*, available at https://web.archive.org/web/20180511080400/https://www.wikihow.com/Disable-Google-Location-History (printed on November 19, 2018). |
| **64.** | Excerpts (pp. 1, 11-12, 16) from Defendant Google LLC's Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories (Redacted). |