**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**MOTION TO SEAL PORTIONS OF AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND EXHIBITS** |

Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and 79-5 to file under seal the below-designated text within Plaintiffs' Amended Consolidated Class Action Complaint (the "Complaint"), and portions of Exhibits 1 and 64, thereto:

| Document | Portion Sought to be Sealed | Designating Party, Designation |
|---|---|---|
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 18, Line 10-11 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 16, Lines 20-21<br>Page 25, Line 21 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 21, Lines 12-13 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 20, Line 1<br>Page 28, Line 23 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 64 to Plaintiffs' Amended Consolidated Class Action Complaint | Page 10, Line 13 through Page 11, Line 28 | Exhibit Designated "CONFIDENTIAL" by Defendant Google, LLC |

Pursuant to Civil Local Rule 79-5, Plaintiffs seek to file the designated text within the Complaint and Exhibit under seal because they contains information designated by Defendant Google LLC as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order, Dkt. No. 112, ("Protective Order") in this action.

Plaintiffs have complied with Civil Local Rule 79-5(d).  Plaintiffs are herewith submitting redacted and unredacted versions of the documents sought to be filed under seal.  The unredacted versions of the documents contain yellow highlighting to indicate where redactions are proposed.

None of the information sought to be sealed was designated as confidential by Plaintiffs. Plaintiffs take no position as to whether the designated text satisfies the requirements for sealing,

1 | and specifically reserve the right to challenge any confidentiality designation under the Protective
2 | Order as well as the sealability of these documents under Civil Local Rule 79-5.

Dated: July 6, 2020

Respectfully Submitted,

*/s/ Melissa Gardner*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Interim Co-Lead Class Counsel*

- 2 -

MOTION TO SEAL
CASE NO. 5:18-CV-05062-EJD