**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Steiner
csteiner@adhoobwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**DECLARATION OF MELISSA GARDNER IN SUPPORT OF MOTION TO SEAL PORTIONS OF AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND EXHIBITS** |

1 | I, Melissa Gardner, declare and state as follows:

2 |     I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs and the proposed Classes and Subclass in the above captioned litigation. I am a member in good standing of the State Bar of California. I am older than 21 years of age and am not a party to this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration in support of Plaintiffs' Motion to Seal Portions of the Amended Consolidated Class Action Complaint and Exhibits.

    1.    Filed with Plaintiffs' Motion to Seal is a true and correct copy of the redacted version of Plaintiffs' Amended Consolidated Class Action Complaint, and Exhibits 1 and 64 thereto, in which the following material has been designated by Defendants as "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order ("Protective Order") in this action (ECF No. 112).

| **Document** | **Portion Sought to be Sealed** | **Designating Party, Designation** |
|---|---|---|
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 18, Line 10-11 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 16, Lines 20-21<br>Page 25, Line 21 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 21, Lines 12-13 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 20, Line 1<br>Page 28, Line 23 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 64 to Plaintiffs' Amended Consolidated Class Action Complaint | Page 10, Line 13 through Page 11, Line 28 | Exhibit Designated "CONFIDENTIAL" by Defendant Google, LLC |

1  2. Filed with Plaintiffs' Motion to Seal is a true and correct copy of the unredacted
2  version of Plaintiffs' Amended Consolidated Class Action Complaint and Exhibits 1 and 64.
3  Yellow highlighting within the document identifies portions that Plaintiffs seek to file under seal.
4  3. Plaintiffs take no position on whether the designated portions of the Amended
5  Consolidated Class Action Complaint and Exhibits 1 and 64 satisfy the requirements for sealing, and
6  specifically reserve the right to challenge any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
7  ATTORNEYS' EYES ONLY" designation under the Protective Order as well as the sealability of
8  these documents under Civil Local Rule 79-5.
9  I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th
10  day of July, 2020, at San Francisco, California.

*/s/ Melissa Gardner*

Melissa Gardner