# EXHIBIT 64

**REDACTED VERSION OF
DOCUMENT(S) SOUGHT TO BE SEALED**

KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set<br><br>**Contains information designated CONFIDENTIAL under Protective Order** |

DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES
Case No. 5:18-cv-05062-EJD

1360655

protected by the attorney-client privilege or attorney work product doctrine, or any applicable privilege or protection.

Subject to and without waiving these objections, Google states the following. Google will respond after a suitable confidentiality order is in place. Google's investigation is continuing and Google may amend this response at a later date.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3 (December 17, 2019):**

Google objects to this interrogatory as compound, vague, ambiguous, overbroad, and disproportionate to the needs of the case because it is not limited to information relating to the allegations of Plaintiffs' complaint and potentially seeks information relating to products not at issue in this case. Google further objects to this interrogatory to the extent that it is not limited to a time frame relevant to this litigation. Google further objects to this interrogatory to the extent it incorporates Plaintiffs' objectionable definition of "Location Information." Google further objects to this interrogatory to the extent it seeks information protected by the attorney-client privilege or attorney work product doctrine, or any applicable privilege or protection.

Subject to and without waiving these objections, Google states the following. Except in response to a court order or other lawful process, Google does not disclose to third parties individual users' Google Stored Geolocation Data. Google's investigation is continuing and Google may amend this response at a later date.

**INTERROGATORY NO. 4:**

Identify by name, purpose, sequence, and physical location each Process and/or piece of Architecture involved in the creation, development, transmission, maintenance and/or storage of Location Information.

**RESPONSE TO INTERROGATORY NO. 4 (June 4, 2019):**

Google objects to this interrogatory as compound, vague, ambiguous, overbroad, and disproportionate to the needs of the case because it is not limited to information relating to the allegations of Plaintiffs' complaint and seeks information relating to products not at issue in this case. Google further objects to this interrogatory to the extent that it is not limited to a time frame relevant to this litigation. Google further objects to this interrogatory to the extent it incorporates

DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES
Case No. 5:18-cv-05062-EJD

1360655

Plaintiffs' objectionable definitions of "Process," "Architecture," and "Location Information." Google further objects to this interrogatory to the extent that it seeks the disclosure of trade secrets or other confidential research, development, or commercial information. Google further objects to responding because the Court has not yet entered a confidentiality order in this case. Google further objects to this interrogatory to the extent it seeks information protected by the attorney-client privilege or attorney work product doctrine, or any applicable privilege or protection.

Subject to and without waiving these objections, Google states the following. Google will respond after a suitable confidentiality order is in place. Google's investigation is continuing and Google may amend this response at a later date.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4 (December 17, 2019)**

**[Response contains information designated CONFIDENTIAL under Protective Order]:**

1. ████████████████████████████████████████
2. █████████████████████████████
3. | ████████████████████████████████████
4. ████████████████████████████████████████
5. ██████████████
6. | ████████████████████████████████████
7. ████████████████████████████████████
8. ██████████████████████████████████████████
9. ████████████████████████████████████
10. ████████
11. ██████████████████████████████████████████
12. ██████████████████████████████████████████
13. ██████████████████████████████████████████
14. ████████████████████████████████████
15. ██████████████████████████████████████
16. ██████████████████████████████████████
17. ██████████████████████████████████████
18. ██████████████████████████████████████████
19. ██████████████████████████████████████████
20. ██████████████████████████████████████████
21. ██████████████████████████████████████████
22. ████████████████████████████████████
23. ██████████████████████████████████████████
24. ██████████████████████████████████████████
25. ██████████████████████████████████████
26. ██████████████████████████████████████
27. ██████████████████████████████████████████
28. ████████████

11

DEFENDANT GOOGLE LLC'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES
Case No. 5:18-cv-05062-EJD

1360655

## VERIFICATION

I, Marlo McGriff, declare:

I am a Product Manager at Google LLC, and I have been authorized to make this verification on its behalf.

I have read Google's Responses and Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated April 24, 2019, and know the contents thereof. I declare that, based on reasonable inquiry, the facts set forth therein are correct and true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Mountain View, California, on this 20 day of December 2019.

_____
MARLO McGRIFF