**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF AMENDED CONSOLIDATED COMPLAINT AND EXHIBITS** |

Having considered Plaintiffs' July 6, 2020 Motion to Seal Portions of Amended Consolidated Class Action Complaint and Exhibits, as well as the Plaintiffs' supporting declaration, the Court hereby grants the Plaintiffs' Motion. The portions of Plaintiffs' Amended Consolidated Class Action Complaint and Exhibits designated in the table below, which were filed on July 6, 2020, shall be filed Under Seal:

| **Document** | **Sealable Portions** | **Designating Party, Designation** |
|---|---|---|
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 18, Line 10-11 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Plaintiffs' Amended Consolidated Class Action Complaint | Page 16, Lines 20-21<br>Page 25, Line 21 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 21, Lines 12-13 | Designated text designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendant Google, LLC |
| Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline) | Page 20, Line 1<br>Page 28, Line 23 | Designated text designated "CONFIDENTIAL" by Defendant Google, LLC |
| Exhibit 64 to Plaintiffs' Amended Consolidated Class Action Complaint | Page 10, Line 13 through Page 11, Line 28 | Exhibit Designated "CONFIDENTIAL" by Defendant Google, LLC |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2018

_____
HON. EDWARD J. DAVILA
United States District Judge