1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  | IN RE GOOGLE LOCATION HISTORY | Case No. 5:18-cv-05062-EJD
13  | LITIGATION |
14  |  | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO ADD PLAINTIFFS AND CAUSE OF ACTION TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**
15

16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Good cause appearing, Plaintiffs' Motion for Leave to Add Plaintiffs and Cause of Action is hereby GRANTED. Plaintiffs are granted leave to include Plaintiffs Michael Childs and Noe Gamboa and an additional claim for Quasi-Contract (Restitution and Disgorgement) or, in the alternative, Breach of Contract in their Amended Consolidated Class Action Complaint. Plaintiffs' Amended Consolidated Class Action Complaint, filed on July 6, 2020, is deemed filed in accordance with this order.

IT IS SO ORDERED.

Dated: _____

The Honorable Edward J. Davila