KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF DAVID MONSEES IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND EXHIBITS**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

DECL. OF DAVID MONSEES ISO PLS.' ADMIN. MOT. TO FILE UNDER SEAL PORTIONS OF
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT & EXHIBITS
Case No. 5:18-cv-05062-EJD

1387044

I, David Monsees, declare as follows:

I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1.  I am employed at Google LLC ("Google") as a Product Manager. In my role as a Product Manager at Google, I am familiar with Google's practices regarding the treatment of sensitive business and technical information.

2.  I submit this declaration in support of Plaintiffs' Administrative Motion to File Under Seal Portions of Amended Consolidated Class Action Complaint and Exhibits (Dkt. No. 132).

3.  I have reviewed portions of Plaintiffs' Amended Consolidated Class Action Complaint and the exhibits attached thereto which have been designated for sealing.

4.  **Page 16, Lines 20-21 of Plaintiffs' Amended Consolidated Class Action Complaint**, which Plaintiffs have highlighted for the Court, contain the confidential internal Google codename for proprietary Google infrastructure.

5.  **Page 25, Line 21 of Plaintiffs' Amended Consolidated Class Action Complaint**, which Plaintiffs have highlighted for the Court, contains the same confidential internal Google codename for proprietary Google infrastructure.

6.  **Page 20, Line 1 of Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline),** which Plaintiffs have highlighted for the Court, contains the same confidential internal Google codename for proprietary Google infrastructure.[1]

7.  **Page 28, Line 23 of Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline)**, which Plaintiffs have highlighted for the Court, contains the same confidential internal Google codename for proprietary Google infrastructure.

8.  **Page 11, Lines 23-24 of Exhibit 64 to Plaintiffs' Amended Consolidated Class Action Complaint**, which Plaintiffs have highlighted for the Court, contain the same internal

---

[1] Formatting and deletion changes indicated by the redline in Exhibit 1 are treated for purposes of this declaration as accepted changes.

1

DECL. OF DAVID MONSEES ISO PLS.' ADMIN. MOT. TO FILE UNDER SEAL PORTIONS OF
AMENDED CONSOLIDATED CLASS ACTION COMPLAINT & EXHIBITS
Case No. 5:18-cv-05062-EJD

1   Google codename for proprietary Google infrastructure, as follows:  "If a user enables Web &

2   App Activity, the user's Web & App Activity data [REDACTED].  Even if users enable . . . ."

3          9.     Public disclosure of this confidential internal codename could expose Google to

4   competitive harm by third parties.  For example, public disclosure of the confidential internal

5   codename for Google's proprietary infrastructure could be used by competitors or other third

6   parties, in combination with other information that has been or may be revealed or otherwise

7   disclosed about Google's infrastructure to gain an improper understanding of Google's data and

8   services architecture.  Google considers this non-public, proprietary business and technical

9   information to be highly sensitive, and Google does not publicly disclose the proprietary details

10  of how it organizes its complex data and services architecture.

24       //

25       //

26       //

27       //

28       //

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed July 10, 2020, in San Francisco, CA                 .

                                                        _____
                                                                    DAVID MONSEES