KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND EXHIBITS**<br><br>Dept:        Courtroom 4 - 5th Floor<br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date:  None Set |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Plaintiff's Administrative Motion to File Under Seal Portions of Amended Consolidated Class Action Complaint and Exhibits.

The following documents shall be filed under seal as set forth below:

| ECF No. | Document | Portion(s) to Seal |
|---------|----------|--------------------|
| **132-2** | **Plaintiffs' Amended Consolidated Class Action Complaint** | Highlighted portions of **Page 16, Lines 20-21** |
| **132-2** | **Plaintiffs' Amended Consolidated Class Action Complaint** | Highlighted portions of **Page 25, Line 21** |
| **132-4** | **Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline** | Highlighted portions of **Page 20, Line 1** |
| **132-4** | **Exhibit 1 to Plaintiffs' Amended Consolidated Class Action Complaint (Redline** | Highlighted portions of **Page 28, Line 23** |
| **132-6** | **Exhibit 64 to Plaintiffs' Amended Consolidated Class Action Complaint** | **Page 11, Lines 23-24** shall be sealed to omit the words indicated by "[REDACTED]" as follows: "If a user enables Web & App Activity, the user's Web & App Activity data [REDACTED].  Even if users enable . . . ." |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Edward J. Davila
United States District Court Judge