| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | *Case No.* 5:18-cv-5062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR LEAVE TO ADD PLAINTIFFS AND CAUSE OF ACTION TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:        Hon. Edward J. Davila<br><br>Date Filed:  October 19, 2018<br><br>Trial Date:  None set |

JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR LEAVE TO ADD PLAINTIFFS AND CAUSE OF ACTION TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 5:18-cv-5062-EJD

1386853

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC (the "Parties") hereby jointly stipulate and agree as follows:

WHEREAS on December 19, 2019, the Court entered its Order Granting Defendant's Motion to Dismiss (Dkt. No. 113, hereinafter, "Dismissal Order");

WHEREAS the Dismissal Order stated that "Plaintiffs may not add new causes of action or parties without a stipulation or order of the Court under Rule 15 of the Federal Rules of Civil Procedure" (Dkt. No. 113 at 19);

WHEREAS on January 14, 2020, the Court granted a joint stipulation to extend the "deadline for Plaintiffs to file a further amended complaint . . . until 30 days after the conclusion of proceedings on Plaintiffs' request for immediate, interlocutory review under 28 U.S.C. § 1292(b) and/or Plaintiffs' request to the Court of Appeal for mandamus review" (Dkt. No. 118);

WHEREAS on April 15, 2020, the Court denied Plaintiffs' request for interlocutory review under 28 U.S.C. § 1292(b) (Dkt. No. 126);

WHEREAS on April 24, 2020, the Court granted a joint stipulation to extend (a) "the deadline for Plaintiffs to file a further amended complaint . . . until 30 days after the Court's ruling on Plaintiffs' request for leave to file a motion for reconsideration," and (b) "the deadline for Defendant to move to dismiss or otherwise respond to the amended complaint . . . until 45 days after the filing of the amended complaint" (Dkt. No. 128);

WHEREAS on June 3, 2020, the Court denied Plaintiffs' motion for leave to file a motion for reconsideration (Dkt. No. 130);

WHEREAS on July 6, 2020, Plaintiffs filed a Motion for Leave to Add Plaintiffs and Cause of Action to Amended Consolidated Class Action Complaint (Dkt. No. 133, hereinafter, "Motion for Leave");

WHEREAS on July 6, 2020, Plaintiffs concurrently filed their Amended Consolidated Class Action Complaint (Dkt. No. 131, hereinafter, "Amended Complaint");

WHEREAS Plaintiffs acknowledge in their Amended Complaint that "[t]he addition of Plaintiffs Michael Childs and Noe Gamboa, and Count 3, to this Amended Consolidated Class

1

JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR LEAVE
TO ADD PLAINTIFFS AND CAUSE OF ACTION TO AMENDED CONSOLIDATED CLASS
ACTION COMPLAINT
Case No. 5:18-cv-5062-EJD

1386853

1  Action Complaint are contingent upon the Court's ruling on Plaintiffs' Motion for Leave, filed
2  herewith" (Amended Complaint n.1; *see also id.* at nn. 5, 128);
3        WHEREAS Google disagrees that Plaintiffs' proposed amendments are justified, but
4  intends in the interest of efficiency to raise its arguments in a motion to dismiss instead of in an
5  opposition to Plaintiffs' Motion for Leave;
6        NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties,
7  through their respective counsel, and subject to the Court's approval, that (a) Plaintiffs have leave
8  to add the new plaintiffs and the additional cause of action in Plaintiffs' proposed Amended
9  Complaint (Dkt. No. 131), thereby mooting Plaintiffs' pending Motion for Leave (Dkt. No. 133);
10 (b), Plaintiffs' Amended Complaint (Dkt. No. 131) shall be deemed filed as of the day the Court
11 grants and enters this stipulation; and (c) consistent with the parties' prior stipulation dated April
12 24, 2020 (Dkt. No. 128), the deadline for Google to move to dismiss or otherwise respond to the
13 Amended Complaint shall be 45 days after the Court grants and enters this stipulation.

Dated: July 16, 2020

KEKER, VAN NEST & PETERS LLP

By: /s/ *Thomas Gorman*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
CHRISTOPHER SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC

Dated: July 16, 2020

AHDOOT & WOLFSON, PC

By: /s/ *Theodore Maya*
TINA WOLFSON
THEODORE MAYA
BRAD KING

*Interim Co-Lead Class Counsel*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____    _____
                                                                                   Honorable Edward J. Davila

| | |
|---|---|
| 1 | **ATTESTATION** |

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  July 16, 2020                                                                */s/ Thomas Gorman*_____
                                                                                                        THOMAS GORMAN

4
JOINT STIPULATION AND [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR LEAVE TO ADD PLAINTIFFS AND CAUSE OF ACTION TO AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 5:18-cv-5062-EJD

1386853