KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Date:      November 5, 2020<br>Time:     9:00 a.m.<br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

I, Christopher S. Sun, declare as follows:

1. I am an attorney licensed to practice law in the state of California and am an associate in the law firm of Keker, Van Nest & Peters LLP, counsel for defendant Google LLC ("Google") in the above-entitled action.

2. I have knowledge of the facts set forth herein and if called to testify as a witness thereto could do so competently under oath.

3. On July 15, 2020, I received correspondence from Michael Sobol, counsel for Plaintiffs, notifying me that Plaintiffs were challenging Google's decision to designate its response to Plaintiffs' Interrogatory No. 4 (Dkt. 131-4) as "confidential" under the terms of the Joint Stipulated Protective Order (Dkt. 112).

4. In his correspondence, Mr. Sobol acknowledged that Plaintiffs had been unable to identify some of the information contained in the response in the public record. The information that Plaintiffs were unable to identify in the public record included Google's codename for certain architecture and a description of the functions performed by that architecture. Although Mr. Sobol acknowledged that the information was not publicly available, he nonetheless argued that the information did not qualify as "confidential" under the terms of the Joint Stipulated Protective Order.

5. On July 22, 2020, my colleague Ben Berkowitz and I met and conferred with Mr. Sobol and Theodore Maya regarding Plaintiffs' challenge under the Protective Order. During the conference, Google offered to de-designate all portions of its response to Plaintiffs' Interrogatory No. 4 except those portions that revealed non-public information about Google infrastructure or Google's codename for that infrastructure (the "Confidential Material"). This offer was consistent with the declaration Google submitted on July 10, 2020 in support of sealing portions of Plaintiffs' Amended Consolidated Class Action Complaint (Dkt. 134). Under this proposal, only the eight words indicated by "[CONFIDENTIAL MATERIAL]" in the following excerpt from Page 11, Lines 23-24 of Google's response would retain their "confidential" designation: "If a

1
DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF DEFENDANT'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS
Case No. 5:18-cv-05062-EJD

1388689

user enables Web & App Activity, the user's Web & App Activity data [CONFIDENTIAL MATERIAL]. Even if users enable . . . ."

6. Mr. Sobol, on behalf of Plaintiffs, rejected Google's proposal and insisted that none of the information in the interrogatory response qualified as "confidential" under the terms of the Joint Stipulated Protective Order.

7. During the meet-and-confer, Mr. Berkowitz asked Mr. Sobol why Plaintiffs were challenging the Confidential Material's designation. Mr. Sobol replied that "the public has a right to know" the Confidential Information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on the fourth day of August 2020 at San Francisco, California.

                         /s/ *Christopher S. Sun*
                         Christopher S. Sun

2
DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF DEFENDANT'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS
Case No. 5:18-cv-05062-EJD

1388689