KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS**<br><br>Date:     November 5, 2020<br>Time:    9:00 a.m.<br>Dept:    Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO RETAIN
CONFIDENTIALITY DESIGNATIONS
Case No. 5:18-cv-05062-EJD

1388690

1   Having considered Defendant Google LLC's Motion to Retain Confidentiality

2   Designations, the Court hereby grant's Google's Motion.

3   The words indicated by "[REDACTED]" in the following excerpt from Page 11, Lines

4   23-24 of Google's Supplemental Responses and Objections to Plaintiffs' First Set of

5   Interrogatories shall retain their designation of "confidential" under the Stipulated Protective

6   Order: "If a user enables Web & App Activity, the user's Web & App Activity data

7   [REDACTED]. Even if users enable . . . ."

9   **IT IS SO ORDERED.**

11   Dated: _____, 2020

13   Hon. Edward J. Davila
     United States District Court Judge

1
[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO RETAIN
CONFIDENTIALITY DESIGNATIONS
Case No. 5:18-cv-05062-EJD

1388690