1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD <br><br> **[PROPOSED] ORDER UNSEALING AMENDED CONSOLIDATED COMPLAINT** |
|---|---|

**[PROPOSED] ORDER**

Upon consideration of the Parties' submissions, Google's Motion to Retain Confidentiality Designations is DENIED, and Plaintiffs' Cross Motion to Unseal the Amended Consolidated Complaint is GRANTED. Plaintiffs are directed to re-file their Amended Consolidated Complaint, which was previously filed under seal at ECF No. 132-2, and Exhibit 64 thereto, which was previously filed under seal at ECF No. 132-6, on the public docket without redaction.

IT IS SO ORDERED.

Dated: _____     _____

The Honorable Edward J. Davila

2031828.1