**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL** |

Plaintiffs, pursuant to Civil Local Rules 7-11 and 79-5, bring this administrative motion to file under seal the below-designated text within Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Plaintiffs' Cross Motion to Unseal:

| Portion Sought to be Sealed | Designating Party, Designation |
|---|---|
| Page 3, text at lines 3, 4, 5, 8, 11, 14, 19, 20<br>Page 3, line 10<br>Page 4, text at lines 3, 6-7, 8, 9<br>Page 5, text at lines 1, 7, 14, 15, 20<br>Page 6, text at lines 21, 22, 27, 28<br>Page 7, text at lines 3, 10, 22, 23<br>Page 8, text at lines 15, 17, 18, 21, 22<br>Page 8, lines 23-24<br>Page 9, lines 1-3, 17<br>Page 9, text at lines 4, 5, 6, 7, 12, 13, 14, 15, 16, 18<br>Page 10, text at lines 8, 17, n.9<br>Page 11, text at line 3 | Text contains information and/or discussion of information designated "CONFIDENTIAL" by Defendant Google, LLC |

Plaintiffs are not the proponents of this motion and bring this administrative motion to seal solely because Civil Local Rule 79-5 requires that information designated confidential by an opposing party be filed provisionally under seal. Plaintiffs have challenged Defendant's confidentiality designation consistent with the terms of the Stipulated Protective Order, Dkt. No. 112, ("Protective Order") in this action. The matter is currently pending, and scheduled to be heard on November 5, 2020 at 9:00 a.m. *See* Dkt. No. 138.

In considering whether documents should be sealed, Courts "start with a strong presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003), which may only be overcome if a defendant "demonstrate[s] compelling reasons to keep the documents under seal," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). For the reasons set forth in Plaintiffs' accompanying Opposition to Defendant's Motion to Retain Confidentiality Designations and Plaintiffs' Cross Motion to Unseal, there is not good cause, let alone compelling reasons, to seal the text subject to

1  this administrative motion.  The designated text does not reflect a "codename" as that term is

2  generally understood in the context of sealable information, nor does it contain a specific

3  description of "confidential infrastructure" that would give rise to any interest outweighing the

4  public's right of access to unredacted versions of these judicial records.

6  Dated: August 18, 2020                    Respectfully Submitted,

7                                            */s Michael Levin-Gesundheit*

8                                            Michael W. Sobol (SBN 194857)
                                             msobol@lchb.com
9                                            Melissa Gardner (SBN 289096)
                                             mgardner@lchb.com
10                                           Michael Levin-Gesundheit (SBN 292930)
                                             mlevin@lchb.com
11                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             275 Battery Street, 29th Floor
12                                           San Francisco, CA  94111-3339
                                             Telephone:  415.956.1000
13                                           Facsimile:  415.956.1008

14                                           Nicholas Diamand (*pro hac vice*)
                                             ndiamand@lchb.com
15                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             250 Hudson Street, 8th Floor
16                                           New York, NY 10013
                                             Telephone:  212.355.9500
17                                           Facsimile:  212.355.9592

18                                           *Interim Co-Lead Class Counsel*