| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>ndiamand@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592<br><br>*Interim Co-Lead Class Counsel* | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Christopher Steiner<br>csteiner@adhoobwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**DECLARATION OF MICHAEL LEVIN-GESUNDHEIT RE: ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL** |

I, Michael Levin-Gesundheit, declare and state as follows:

I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs and the proposed Classes and Subclass in the above captioned litigation. I am a member in good standing of the State Bar of California. I am older than 21 years of age and am not a party to this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration, as required by Civil Local Rule 79-5(e), regarding Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal. Plaintiffs are not the proponents of the Motion to Seal and have filed the motion solely because Civil Local Rule 79-5 requires that information designated confidential by an opposing party be filed provisionally under seal.

1. Filed with Plaintiffs' Administrative Motion to Seal is a true and correct copy of the redacted version of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal, in which the following portions reflect, restate, or discuss, material that has been designated by Google as "CONFIDENTIAL" under the Stipulated Protective Order ("Protective Order") in this action (ECF No. 112).

| Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal Subject to Motion to Seal |
|---|
| Page 3, text at lines 3, 4, 5, 8, 11, 14, 19, 20 |
| Page 3, line 10 |
| Page 4, text at lines 3, 6-7, 8, 9 |
| Page 5, text at lines 1, 7, 14, 15, 20 |
| Page 6, text at lines 21, 22, 27, 28 |
| Page 7, text at lines 3, 10, 22, 23 |
| Page 8, text at lines 15, 17, 18, 21, 22 |
| Page 8, lines 23-24 |
| Page 9, lines 1-3, 17 |
| Page 9, text at lines 4, 5, 6, 7, 12, 13, 14, 15, 16, 18 |
| Page 10, text at lines 8, 17, n.9 |
| Page 11, text at line 3 |

1       2.      Filed with Plaintiffs' Motion to Seal is a true and correct copy of the unredacted version of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal. Yellow highlighting within the document identifies portions subject to the accompanying Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2020, at San Francisco, California.

*/s Michael Levin-Gesundheit*

Michael Levin-Gesundheit