**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PROOF OF SERVICE** |

2031388.1

PROOF OF SERVICE
CASE NO. 5:18-CV-05062-EJD

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. I am employed in the county of San Francisco, California and my business address is 275 Battery Street, 29th Floor, San Francisco, CA 94111-3339.

I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service by e-mail. On August 18, 2020, I served a copy of the following documents by electronic mail:

- ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL;

- UNREDACTED VERSION OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL

- DECLARATION OF MICHAEL LEVIN-GESUNDHEIT IN SUPPORT OF MOTION TO SEAL;

- [PROPOSED] ORDER GRANTING MOTION TO SEAL; and this

- PROOF OF SERVICE

on Defendant Google LLC through its counsel:

> Benjamin Berkowitz (bberkowitz@keker.com)
> Thomas E. Gorman (tgorman@keker.com)
> Christopher S. Sun (csun@keker.com)
> Christina Lee (clee@keker.com)
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> Facsimile: 415 397 7188

Executed on August 18, 2020 at San Francisco, California.

*/s Michael Levin-Gesundheit*

Michael Levin-Gesundheit

2031388.1

- 1 -

PROOF OF SERVICE
CASE NO. 5:18-CV-05062-EJD