**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Steiner
csteiner@adhoobwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**DECLARATION OF MICHAEL LEVIN-GESUNDHEIT RE: ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL** |

I, Michael Levin-Gesundheit, declare and state as follows:

I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs and the proposed Classes and Subclass in the above captioned litigation. I am a member in good standing of the State Bar of California. I am older than 21 years of age and am not a party to this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration, as required by Civil Local Rule 79-5(e), regarding Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal. Plaintiffs are not the proponents of the Motion to Seal and have filed the motion solely because Civil Local Rule 79-5 requires that information designated confidential by an opposing party be filed provisionally under seal.

1. Filed with Plaintiffs' Administrative Motion to Seal is a true and correct copy of the redacted version of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal, in which the following portions reflect, restate, or discuss, material that has been designated by Google as "CONFIDENTIAL" under the Stipulated Protective Order ("Protective Order") in this action (ECF No. 112).

| **Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal Subject to Motion to Seal** |
| --- |
| Page 3, text at lines 3, 4, 5, 8, 11, 14, 19, 20 |
| Page 3, line 10 |
| Page 4, text at lines 3, 6-7, 8, 9 |
| Page 5, text at lines 1, 7, 14, 15, 20 |
| Page 6, text at lines 20, 21, 26, 27 |
| Page 7, text at lines 2, 9, 21, 22 |
| Page 8, text at lines 14, 16, 17, 20, 21 |
| Page 8, lines 22-24 |
| Page 9, lines 1-2, 16 |
| Page 9, text at lines 3, 4, 5, 6, 11, 12, 13, 14, 15, 17 |
| Page 10, text at lines 8, 17, n.9 |
| Page 11, text at line 3 |

1        2.      Filed with Plaintiffs' Motion to Seal is a true and correct copy of the unredacted version of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal.  Yellow highlighting within the document identifies portions subject to the accompanying Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of August, 2020, at San Francisco, California.

*/s Michael Levin-Gesundheit*

Michael Levin-Gesundheit