1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11
12
13
14
15
16

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL** |
|---|---|

17
18
19
20
21
22
23
24
25
26
27
28

2031389.1

Having considered Plaintiffs' August 18, 2020 Administrative Motion to Seal Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal, as well as the Plaintiffs' declaration, the Court hereby GRANTS/DENIES the Motion. The portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal designated in the table below, which were filed on August 18, 2020, SHALL/SHALL NOT be filed Under Seal:

| Portion of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal | Designating Party, Designation |
|---|---|
| Page 3, text at lines 3, 4, 5, 8, 11, 14, 19, 20<br>Page 3, line 10<br>Page 4, text at lines 3, 6-7, 8, 9<br>Page 5, text at lines 1, 7, 14, 15, 20<br>Page 6, text at lines 20, 21, 26, 27<br>Page 7, text at lines 2, 9, 21, 22<br>Page 8, text at lines 14, 16, 17, 20, 21<br>Page 8, lines 22-24<br>Page 9, lines 1-2, 16<br>Page 9, text at lines 3, 4, 5, 6, 11, 12, 13, 14, 15, 17<br>Page 10, text at lines 8, 17, n.9<br>Page 11, text at line 3 | Text contains information and/or discussion of information designated "CONFIDENTIAL" by Defendant Google, LLC |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2020

_____
HON. EDWARD J. DAVILA
United States District Judge

2031389.1                               - 1 -              [PROPOSED] ORDER GRANTING MOTION TO SEAL
                                                           CASE NO. 5:18-CV-05062-EJD