KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF CHRISTOPHER SUN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

I, Christopher Sun, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendant Google LLC ("Google") in the above-captioned proceeding.

2. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

3. I submit this declaration in support of Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal (Dkt. 141).

4. I have reviewed the portions of Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations and Cross Motion to Unseal ("Cross Motion") which have been designated for sealing.

5. The following portions of the Cross Motion, which Plaintiffs have highlighted for the Court, contain the same confidential information described in the Declaration of David Monsees in Support of Plaintiffs' Administrative Motion to File Under Seal Portions of Amended Consolidated Class Action Complaint and Exhibits (Dkt. 134), which the Court sealed in an order dated July 13, 2020 (Dkt. 135).

- Page 3, Lines 3-5, 8, 10-11, 14, 19-20
- Page 4, Lines 3, 6-9
- Page 5, Lines 1, 7, 14-15, 20
- Page 6, Lines 20-21, 26-27
- Page 7, Lines 2, 9, 21-22
- Page 8, Line 14, 16-17, 20-24
- Page 9, Lines 1-6, 11-17
- Page 10, Lines 8, 17, n.9
- Page 11, Line 3

6. Public disclosure of this confidential information could expose Google to competitive harm by third parties for the reasons described in paragraph 9 of Mr. Monsees'

1

DECL. OF CHRISTOPHER SUN ISO PLS.' ADMIN. MOT. TO SEAL PORTIONS OF OPPOSITION TO MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND CROSS MOTION TO UNSEAL
Case No. 5:18-cv-05062-EJD

1390215

declaration.  Additionally, as described in that same paragraph, Google considers this non-public, proprietary business and technical information to be highly sensitive, and does not publicly disclose the information.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed August 24, 2020, in San Francisco, California.

      */s/ Christopher Sun*
      CHRISTOPHER SUN