KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING DEADLINES RE DEFENDANT'S FORTHCOMING MOTION TO DISMISS**<br><br>Judge:     Hon. Edward J. Davila<br><br>Date Filed: October 19, 2018<br><br>Trial Date: None set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Google LLC (the "Parties") hereby jointly stipulate and agree as follows:

WHEREAS, on July 6, 2020, Plaintiffs filed the Amended Consolidated Complaint in this action (Dkt. No. 131, the "Complaint");

WHEREAS, under the terms of the Court's order dated April 24, 2020 (Dkt. 128), Defendant's response to the Complaint is due August 31, 2020;

WHEREAS, Defendant has reserved a hearing date of November 5, 2020, for its forthcoming motion to dismiss the Complaint; and

WHEREAS, the parties have met and conferred, and agreed on the briefing schedule for that motion to dismiss set forth in the accompanying [Proposed] Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel, and subject to the Court's approval, that Plaintiffs' Opposition to the forthcoming motion to dismiss shall be due on Wednesday, Sept. 30, 2020, and Defendant's reply in support of that motion shall be due on Wednesday, October 21, 2020.

Dated: August 28, 2020                                          KEKER, VAN NEST & PETERS LLP

By:   /s/ *Christina Lee*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
CHRISTOPHER SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC

Dated: August 28, 2020                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ *Melissa Gardner*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT

Dated: August 28, 2020

AHDOOT & WOLFSON, PC

By: /s/ *Theodore Maya*
TINA WOLFSON
THEODORE MAYA
BRAD KING

*Interim Co-Lead Class Counsel*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. Plaintiffs' Opposition to the forthcoming motion to dismiss shall be due on Wednesday, Sept. 30, 2020, and Defendant's reply in support of that motion shall be due on Wednesday, October 21, 2020

Dated: _____    _____
                                                                            Honorable Edward J. Davila

3
JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING DEADLINES
Case No. 5:18-cv-05062-EJD

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 28, 2020                                     <u>/s/  Theodore Maya</u>
                                                                              Theodore Maya