**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT** |

2038657.1

1  Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to file
2  provisionally under seal the below text within Plaintiffs' Reply in Support of their Cross Motion
3  to Unseal their Amended Consolidated Complaint. The material below reflects, restates, or
4  discusses material that Google has designated as "Confidential" under the Protective Order. ECF
5  No. 112.

| **Portions of Plaintiffs' Reply in Support of Motion to Unseal Amended Consolidated Complaint Subject to Administrative Motion** |
|---|
| Page 1: portions of lines 7, 21, 22, 23, 26, and 27 |
| Page 4: portions of lines 1, 2, 3, 5, 11, and 26 |
| Page 5: portions of lines 6, 9, 16, 20, 22, 24, and 25 |
| Page 6: portions of lines 17, 18, 20, 22, and 23 |
| Page 7: portions of lines 5, 7, and 9 |
| Page 8: portions of lines 5, 6, and 13 |

12  Plaintiffs are not the proponents of sealing and bring this administrative motion solely
13  because Civil Local Rule 79-5 requires that information designated "Confidential" by an
14  opposing party be filed provisionally under seal. Plaintiffs have also challenged Defendant's
15  confidentiality designation consistent with the terms of the Protective Order in this action. The
16  matter is currently pending, and scheduled to be heard on November 5, 2020 at 9:00 a.m. *See*
17  Dkt. No. 138.
18  In considering whether documents should be sealed, Courts "start with a strong
19  presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331
20  F.3d 1122, 1136 (9th Cir. 2003), which may only be overcome if a defendant "demonstrate[s]
21  compelling reasons to keep the documents under seal," *Ctr. for Auto Safety v. Chrysler Grp.,*
22  *LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). For the reasons set forth in Plaintiffs' Opposition to
23  Defendant's Motion to Retain Confidentiality Designations and Plaintiffs' Cross Motion to
24  Unseal and Plaintiffs' accompanying Reply in Support of the Cross Motion, there is not good
25  cause, let alone a compelling reason, to seal the text subject to this administrative motion.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2020 | Respectfully Submitted, |
| 2 | | */s Michael Levin-Gesundheit* |
| 3 | | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
| 4 | | Melissa Gardner (SBN 289096) |
| | | mgardner@lchb.com |
| 5 | | Michael Levin-Gesundheit (SBN 292930) |
| | | mlevin@lchb.com |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| 7 | | San Francisco, CA  94111-3339 |
| | | Telephone:  415.956.1000 |
| 8 | | Facsimile:  415.956.1008 |
| 9 | | Nicholas Diamand (*pro hac vice*) |
| | | ndiamand@lchb.com |
| 10 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 250 Hudson Street, 8th Floor |
| 11 | | New York, NY 10013 |
| | | Telephone:  212.355.9500 |
| 12 | | Facsimile:  212.355.9592 |
| 13 | | *Interim Co-Lead Class Counsel* |