**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Steiner
csteiner@adhoobwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**DECLARATION OF MICHAEL LEVIN-GESUNDHEIT RE: ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT** |

I, Michael Levin-Gesundheit, declare and state as follows:

    I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs and the proposed Classes and Subclass in the above captioned litigation. I am a member in good standing of the State Bar of California. I am older than 21 years of age and am not a party to this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this declaration, as required by Civil Local Rule 79-5(e), regarding Plaintiffs' Administrative Motion to File Provisionally Under Seal Portions of Plaintiffs' Reply in Support of their Cross Motion to Unseal their Amended Consolidated Complaint. Plaintiffs are not proponents of sealing and have filed the motion solely because Civil Local Rule 79-5 requires that information subject to an opposing party's confidentiality designation be filed provisionally under seal.

    1.    Filed with Plaintiffs' Administrative Motion is a true and correct copy of the redacted version of Plaintiffs' Reply in Support of their Cross Motion to Unseal their Amended Consolidated Complaint, in which the following portions reflect, restate, or discuss, material that Google has designated as "Confidential" under the Protective Order in this action. *See* ECF No. 112.

| **Portions of Plaintiffs' Reply in Support of Motion to Unseal Amended Consolidated Complaint Subject to Administrative Motion** |
| --- |
| Page 1: portions of lines 7, 21, 22, 23, 26, and 27 |
| Page 4: portions of lines 1, 2, 3, 5, 11, and 26 |
| Page 5: portions of lines 6, 9, 16, 20, 22, 24, and 25 |
| Page 6: portions of lines 17, 18, 20, 22, and 23 |
| Page 7: portions of lines 5, 7, and 9 |
| Page 8: portions of lines 5, 6, and 13 |

    2.    Filed with Plaintiffs' Administrative Motion is a true and correct copy of the unredacted version of Plaintiffs' Reply in Support of their Cross Motion to Unseal their Amended Consolidated Complaint. Yellow highlighting within the document identifies portions subject to the accompanying Administrative Motion.

1     I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th
2 day of September, 2020, at San Francisco, California.

                                                     */s Michael Levin-Gesundheit*

                                                       Michael Levin-Gesundheit