1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

11
12
13
14
15
16

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT** |
|---|---|

17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' September 8, 2020 Administrative Motion, as well as the Plaintiffs' declaration, the Court hereby GRANTS/DENIES the Motion. The portions of Plaintiffs' Reply in Support of their Cross Motion to Unseal their Amended Consolidated Complaint designated in the table below, SHALL/SHALL NOT be filed Under Seal:

| Portions of Plaintiffs' Reply in Support of Motion to Unseal Amended Consolidated Complaint Subject to Administrative Motion |
| --- |
| Page 1: portions of lines 7, 21, 22, 23, 26, and 27 |
| Page 4: portions of lines 1, 2, 3, 5, 11, and 26 |
| Page 5: portions of lines 6, 9, 16, 20, 22, 24, and 25 |
| Page 6: portions of lines 17, 18, 20, 22, and 23 |
| Page 7: portions of lines 5, 7, and 9 |
| Page 8: portions of lines 5, 6, and 13 |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2020

_____
HON. EDWARD J. DAVILA
United States District Judge