| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>ndiamand@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592<br><br>*Interim Co-Lead Class Counsel* | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Christopher E. Stiner (SBN 276033)<br>cstiner@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PROOF OF SERVICE** |

2038677.1

PROOF OF SERVICE
CASE NO. 5:18-CV-05062-EJD

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am over the age of eighteen years and not a party to the within-entitled action.  I am employed in the county of San Francisco, California and my business address is 275 Battery Street, 29th Floor, San Francisco, CA 94111-3339.

On September 8, 2020, I served a copy of the following documents by electronic mail:

- ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT;

- UNREDACTED VERSION OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT;

- DECLARATION OF MICHAEL LEVIN-GESUNDHEIT RE: ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT;

- [PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF CROSS MOTION TO UNSEAL AMENDED CONSOLIDATED COMPLAINT; and this

- PROOF OF SERVICE

on Defendant Google LLC through its counsel:

> Benjamin Berkowitz (bberkowitz@keker.com)
> Thomas E. Gorman (tgorman@keker.com)
> Christopher S. Sun (csun@keker.com)
> Christina Lee (clee@keker.com)
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415 391 5400
> Facsimile: 415 397 7188

Executed on September 8, 2020, at San Francisco, California.

*/s Michael Levin-Gesundheit*

Michael Levin-Gesundheit