| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>ndiamand@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  212.355.9500<br>Facsimile:  212.355.9592<br><br>*Interim Co-Lead Class Counsel* | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Rachel Johnson (SBN 331351)<br>rjohnson@ahdootwolfson.com<br>10728 Lindbrook Drive<br>Los Angeles, CA 90024<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS** |

2045556.1

Under Civil Local Rules 7-11 and 79-5, Plaintiffs bring this administrative motion to file provisionally under seal the below text within Plaintiffs' Opposition to Google Motion to Dismiss. The material below reflects, restates, or discusses material that Google has designated as "Confidential" under the Protective Order. ECF No. 112.

| **Portions of Plaintiffs' Opposition to Motion to Google's Dismiss Subject to Administrative Motion** |
|---|
| Page 7: portion of line 23 |
| Page 8: portion of line 8 |
| Page 17: portion of line 16 |

Plaintiffs are not the proponents of sealing and bring this administrative motion solely because Civil Local Rule 79-5 requires that information designated "Confidential" by an opposing party be filed provisionally under seal. Plaintiffs have also challenged Defendant's confidentiality designation consistent with the terms of the Protective Order in this action. The matter is currently pending, and scheduled to be heard on November 5, 2020 at 9:00 a.m. *See* ECF No. 138.

In considering whether documents should be sealed, Courts "start with a strong presumption in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003), which may only be overcome if a defendant "demonstrate[s] compelling reasons to keep the documents under seal," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016). For the reasons set forth in Plaintiffs' Opposition to Defendant's Motion to Retain Confidentiality Designations & Cross Motion to Unseal and Plaintiffs' Reply in Support of the Cross Motion there is not good cause, let alone a compelling reason, to seal the text subject to this administrative motion. *See* ECF Nos. 139, 147-3.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2020 | Respectfully Submitted, |
| 2 | | */s Michael Levin-Gesundheit* |
| 3 | | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
| 4 | | Melissa Gardner (SBN 289096) |
| | | mgardner@lchb.com |
| 5 | | Michael Levin-Gesundheit (SBN 292930) |
| | | mlevin@lchb.com |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| 7 | | San Francisco, CA  94111-3339 |
| | | Telephone:  415.956.1000 |
| 8 | | Facsimile:  415.956.1008 |
| 9 | | Nicholas Diamand (*pro hac vice*) |
| | | ndiamand@lchb.com |
| 10 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 250 Hudson Street, 8th Floor |
| 11 | | New York,  NY 10013 |
| | | Telephone:  212.355.9500 |
| 12 | | Facsimile:  212.355.9592 |
| 13 | | *Interim Co-Lead Class Counsel* |

2045556.1                                                        - 2 -                              ADMIN. MOTION
                                                                                                    CASE NO. 5:18-CV-05062-EJD