**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@adhootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-CV-05062-EJD<br><br>**DECLARATION OF MICHAEL LEVIN-GESUNDHEIT RE: ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS** |

2045557.1

-JD

1  I, Michael Levin-Gesundheit, declare and state as follows:

2        I am an attorney at Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Plaintiffs
3  and the proposed Classes in the above captioned litigation.  I am a member in good standing of
4  the State Bar of California.  I am older than 21 years of age and am not a party to this action.  I
5  make this declaration based on my own personal knowledge.  If called upon to testify, I could and
6  would testify competently to the truth of the matters stated herein.  I submit this declaration, as
7  required by Civil Local Rule 79-5(e),  regarding Plaintiffs' Administrative Motion to File
8  Provisionally Under Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss.
9  Plaintiffs are not proponents of sealing and have filed the motion solely because Civil Local Rule
10 79-5 requires that information subject to an opposing party's confidentiality designation be filed
11 provisionally under seal.

12     1.    Filed with Plaintiffs' Administrative Motion is a true and correct copy of the
13 redacted version of Plaintiffs' Opposition to Google's Motion to Dismiss, in which the following
14 portions reflect, restate, or discuss, material that Google has designated as "Confidential" under
15 the Protective Order in this action.  *See* ECF No. 112.

| **Portions of Plaintiffs' Opposition to Motion to Google's Dismiss Subject to Administrative Motion** |
|---|
| Page 7: portion of line 23<br>Page 8: portion of line 8<br>Page 17: portion of line 16 |

20     2.    Filed with Plaintiffs' Administrative Motion is a true and correct copy of the
21 unredacted version of Plaintiffs' Opposition to Google's Motion to Dismiss.  Yellow highlighting
22 within the document identifies portions subject to the accompanying Administrative Motion.

23

24     I declare under penalty of perjury that the foregoing is true and correct.  Executed this
25 30th day of September, 2020, at San Francisco, California.

26                                                        */s Michael Levin-Gesundheit*

27                                                        Michael Levin-Gesundheit

28