1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE GOOGLE LOCATION HISTORY
LITIGATION

Case No. 5:18-cv-05062-EJD

**[PROPOSED] ORDER RE:**
**ADMINISTRATIVE MOTION TO FILE**
**PROVISIONALLY UNDER SEAL**
**PORTIONS OF PLAINTIFFS'**
**OPPOSITION TO GOOGLE'S MOTION**
**TO DISMISS**

Having considered Plaintiffs' September 30, 2020 Administrative Motion, as well as Plaintiffs' declaration, the Court hereby GRANTS/DENIES the Motion.  The portions of Plaintiffs' Opposition to Google's Motion to Dismiss designated in the table below, SHALL/SHALL NOT be sealed:

| Portions of Plaintiffs' Opposition to Motion to Google's Dismiss Subject to Administrative Motion |
|---|
| Page 7: portion of line 23<br>Page 8: portion of line 8<br>Page 17: portion of line 16 |

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2020

_____
HON. EDWARD J. DAVILA
United States District Judge

- 1 -