1  KEKER, VAN NEST & PETERS LLP
   BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
   THOMAS E. GORMAN - # 279409
3  tgorman@keker.com
   CHRISTOPHER S. SUN - # 308945
4  csun@keker.com
   CHRISTINA LEE - # 314339
5  clee@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendant GOOGLE LLC

9                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
11                             SAN JOSE DIVISION

13 IN RE: GOOGLE LOCATION HISTORY    Case No. 5:18-cv-05062-EJD
   LITIGATION
14                                   **[PROPOSED] ORDER GRANTING
                                     PLAINTIFFS' ADMINISTRATIVE
15                                   MOTION TO SEAL PORTIONS OF
                                     PLAINTIFFS' OPPOSITION TO
16                                   DEFENDANT GOOGLE LLC'S MOTION
                                     TO DISMISS**

                                     Dept:    Courtroom 4 - 5th Floor
18                                   Judge:   Hon. Edward J. Davila

19                                   Date Filed: November 2, 2018

20                                   Trial Date: None Set

1  The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Opposition to Google's Motion to Dismiss Plaintiffs' Amended Consolidated Complaint.

The following documents shall be filed under seal as set forth below:

| ECF No. | Document | Portion(s) to Seal |
|---|---|---|
| 149 | Plaintiffs' Opposition to Defendant Google LLC's Motion to Dismiss Plaintiffs' Amended Consolidated Complaint | Highlighted portions of:<br>• Page 7, Line 23<br>• Page 8, Line 14<br>• Page 17, Line 16 |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Edward J. Davila
United States District Court Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT GOOGLE LLC'S MOTION TO DISMISS
Case No. 5:18-cv-05062-EJD

1392548