**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STATEMENT OF RECENT DECISION UNDER LOCAL RULE 7-3(d)(2) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |

# STATEMENT OF RECENT DECISION

In support of Plaintiffs' Opposition to Google's Motion to Dismiss (Dkt. 149), Plaintiffs respectfully submit, under Local Rule 7-3(d)(2), the Superior Court of Arizona's order, attached as **Exhibit A**, denying Google's motion to dismiss the Arizona Attorney General's complaint regarding Google's location tracking practices in *State of Arizona v. Google LLC*, No. CV2020-00619 (docketed on Oct. 5, 2020), on, among other grounds, that the complaint contains "numerous allegations to the effect that Google knew that users would rely on the concealment or suppression of material information concerning Google's interference with their ability to control or limit Google's collection of location information," including specifically that Google "continues to collect location data with the 'Location History' mechanism turned off," such that "there is a sufficient basis . . . to conclude that the omissions were made with requisite intent to induce reliance thereon." Slip op. at 10-11.

| | | |
|---|---|---|
|1| Dated: October 7, 2020 | Respectfully Submitted, |
|2| | _/s Michael W. Sobol_ |
|3| | Michael W. Sobol (SBN 194857) |
| | | msobol@lchb.com |
|4| | Melissa Gardner (SBN 289096) |
| | | mgardner@lchb.com |
|5| | Michael Levin-Gesundheit (SBN 292930) |
| | | mlevin@lchb.com |
|6| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
|7| | San Francisco, CA  94111-3339 |
| | | Telephone: 415.956.1000 |
|8| | Facsimile: 415.956.1008 |
|9| | _/s Tina Wolfson_ |
|10| | Tina Wolfson (SBN 174806) |
| | | twolfson@ahdootwolfson.com |
|11| | Theodore Maya (SBN 223242) |
| | | tmaya@ahdootwolfson.com |
|12| | Rachel Johnson (SBN 331351) |
| | | rjohnson@ahdootwolfson.com |
|13| | AHDOOT & WOLFSON, PC |
| | | 10728 Lindbrook Drive |
|14| | Los Angeles, CA 90024 |
| | | Telephone: 310.474.9111 |
|15| | Facsimile: 310.474.8585 |
|16| | Nicholas Diamand (_pro hac vice_) |
| | | ndiamand@lchb.com |
|17| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 250 Hudson Street, 8th Floor |
|18| | New York, NY 10013 |
| | | Telephone: 212.355.9500 |
|19| | Facsimile: 212.355.9592 |
|20| | _Interim Co-Lead Class Counsel_ |

**ATTESTATION OF FILER—LOCAL RULE 5-1(i)(3)**

I, Michael Levin-Gesundheit, attest that concurrence in the filing of this document has been obtained from the signatories shown above. I declare under penalty of perjury that the foregoing is true and correct.

*/s Michael Levin-Gesundheit*

Michael Levin-Gesundheit