**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY | Case 5:18-cv-05062<br><br>Hon. Edward J. Davila |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that pursuant to Rule 3-11(a) of the Local Civil Rules, Theodore Walter Maya, Counsel for said plaintiffs Napoleon Patacsil, Mark Carson, Najat Oshana, Richard Dixon, Mahon Nurudaaym, and Aichi Ali hereby requests to change his contact information as counsel of record as follows and respectfully requests service upon his of all future pleadings, papers, correspondence, and electronic filings in this action at:

> AHDOOT & WOLFSON, PC
> 2600 West Olive Ave., Suite 500
> Burbank, CA 91505

Dated: December 2, 2020

Respectfully submitted,

/s/ *Theodore Walter Maya*
Theodore Walter Maya
AHDOOT & WOLFSON, PC
2600 West Olive Ave. Suite 500
Burbank, CA 91505
tmaya@ahdootwolfson.com
Telephone: 310-474-9111
Fax: 310-474-8585