KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**GOOGLE LLC'S NOTICE RE: MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND RELATED MOTIONS TO SEAL/UNSEAL**<br><br>Dept:     Courtroom 4 – 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

GOOGLE LLC'S NOTICE RE: MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND
RELATED MOTIONS TO SEAL/UNSEAL
Case No. 5:18-cv-05062-EJD

1642855

Defendant Google LLC ("Google") provides this notice pursuant to the Court's January 25, 2021 Order Granting in Part and Denying in Part Motion to Dismiss; Denying Motion to Retain Confidentiality Designations, and Denying Motion to Reopen Discovery, Dkt. 162 ("Order").

As required by that Order, Google hereby provides notice that Google does not intend at this time to seek interlocutory judicial review of the Court's denial of Google's Motion to Retain Confidentiality Designations, its grant of Plaintiffs' Cross Motion to Unseal portions of the Amended Complaint, or its denial of motions to seal portions of the parties' briefing related to the Order.

Google reserves the right to request sealing, and the confidential treatment, of the information encompassed by the Order, or similar information, when that information appears in different contexts and/or appears in combination with other confidential Google information, including information regarding Google's data infrastructure.

Dated:  February 8, 2021

KEKER, VAN NEST & PETERS LLP

By:  /s/ Benjamin Berkowitz
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC

1
GOOGLE LLC'S NOTICE RE: MOTION TO RETAIN CONFIDENTIALITY DESIGNATIONS AND RELATED MOTION TO SEAL/UNSEAL
Case No. 5:18-cv-05062-EJD

1642855