1 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
2 | Michael W. Sobol (SBN 194857)
msobol@lchb.com
3 | Melissa Gardner (SBN 289096)
mgardner@lchb.com
4 | Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
5 | 275 Battery Street, 29th Floor
San Francisco, CA 94111
6 | Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PLAINTIFFS' NOTICE OF RE-FILING DOCUMENTS SUBJECT TO ORDER ON MOTIONS TO SEAL AND CROSS MOTION TO UNSEAL**<br><br>Dept: Courtroom 1 – 5th Floor<br>Judge: Hon. Edward J. Davila |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with this Court's January 25, 2021 Order Granting in Part and Denying in Part Motion to Dismiss; Denying Motion to Retain Confidentiality Designations, and Denying Motion to Reopen Discovery (ECF No. 162, filed under seal) and Civil Local Rule 79-5(f)(2), Plaintiffs Napoleon Patacsil, Michael Childs, Najat Oshana, Nurudaaym Mahon, and Noe Gamboa ("Plaintiffs") hereby re-file the attached, unredacted documents that previously were filed under seal:

| Exhibit | Document | Date Filed | ECF No. | Motion(s) to Seal ECF No. | Cross Motion to Unseal ECF No. |
|---|---|---|---|---|---|
| A | Amended Consolidated Class Action Complaint, including Exhibits 1 and 64[1] thereto | 7/6/2020 | 131, 131-2, 131-4 (redacted) 132-2, 132-4, 132-6 (sealed) | 132 138 | 139 |
| B | Plaintiffs' Opposition to Defendant Google LLC's Motion to Retain Confidentiality Designations; Notice of Cross Motion and Cross Motion to Unseal Consolidated Amended Complaint; Memorandum of Points and Authorities | 8/18/2020 | 139 (redacted) 141-4 (sealed) | 141 | N/A |
| C | Plaintiffs' Reply in Support of Cross Motion to Unseal Amended Consolidated Complaint | 9/8/2020 | 147-3 (redacted) 147-4 (sealed) | 147 | N/A |
| D | Plaintiffs' Opposition to Defendant Google LLC's Motion to Dismiss Plaintiffs' Amended Consolidated Complaint | 9/30/2020 | 149 (redacted) 150-4 (sealed) | 150 | N/A |

---

[1] As noted in the District Court's Order, Google offered to de-designate all but one phrase that was filed under seal in Exhibit 64 (*see* ECF No. 138 at 3), and the Court denied Google's motion to maintain that phrase under seal. ECF No. 162, at 17-18, 23. Accordingly, Plaintiffs file the entirety of Exhibit 64 in the public record.

Dated: February 8, 2021

Respectfully Submitted,

*/s Melissa Gardner*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*