

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Andrew William Ferich, Esq.

**DATE OF ADMISSION**

*October 22, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 22, 2021

Elizabeth E. Zisk
Chief Clerk