KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF NICHOLAS D. MARAIS**<br><br>Judge:         Hon. Edward J. Davila<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |
|---|---|

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Nicholas D. Marais of Keker, Van Nest & Peters LLP hereby enters an appearance as counsel for Defendant Google, LLC.

His address, telephone, fax, and email are listed below as follows:

NICHOLAS D. MARAIS
State Bar No. 277846
Email: nmarais@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Dated:  March 25, 2021                                        KEKER, VAN NEST & PETERS LLP

                                                      By:    /s/ Nicholas D. Marais
                                                              NICHOLAS D. MARAIS

                                                              Attorneys for Defendant GOOGLE LLC