KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD |
|---|---|
| | **NOTICE OF APPEARANCE OF GREGORY D. WASHINGTON** |
| | Judge:        Hon. Edward J. Davila |
| | Date Filed: November 2, 2018 |
| | Trial Date: None Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Gregory D. Washington of Keker, Van Nest & Peters LLP hereby enters an appearance as counsel for Defendant Google, LLC.

His address, telephone, fax, and email are listed below as follows:

GREGORY D. WASHINGTON
State Bar No. 318796
Email: gwashington@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Dated:  May 7, 2021                                             KEKER, VAN NEST & PETERS LLP

                                              By:    /s/ Gregory D. Washington
                                                     GREGORY D. WASHINGTON

                                                     Attorneys for Defendant GOOGLE LLC