Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé Dafa (SBN 290637)
**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Tel: (415) 956-1000
Fax: (415) 956-1008

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Rachel Johnson (SBN 331351)
*rjohnson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

*Interim Co-Lead Class Counsel*

**KEKER, VAN NEST & PETERS LLP**
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

*Counsel for Defendant Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STIPULATON DISMISSING NAMED PLAINTIFF NAJAT OSHANA'S CLAIMS AGAINST DEFENDANT GOOGLE LLC** |

All parties who have appeared in this action, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Pursuant to Federal of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Najat Oshana hereby dismisses all of her claims against Google LLC with prejudice.

2. The parties shall bear their own costs and attorneys' fees with respect to Plaintiff Oshana's claims. To the extent Plaintiffs' counsel should ever apply for an award of attorneys' fees or costs in this litigation, Plaintiffs' counsel shall not include any attorneys' fees or costs incurred as part of pursuing Plaintiff Oshana's claims in this action.  However, to the extent Plaintiffs' counsel should ever apply for costs and fees in this action, Plaintiffs' counsel reserve their right to seek costs and fees for work performed on behalf of clients other than Plaintiff Oshana.

Dated: May 18, 2021              LIEFF CABRASER HEIMANN
                                 & BERNSTEIN, LLP

                                 By: */s/ Michael W. Sobol*
                                 Michael W. Sobol
                                 *Interim Co-Lead Class Counsel*
                                 *Counsel for Plaintiff Najat Oshana*

Dated: May 18, 2021              KEKER, VAN NEST & PETERS LLP

                                 By: */s/ Benjamin Berkowitz*
                                 Benjamin Berkowitz
                                 *Counsel for Defendant Google LLC*

**ATTESTATION**

Pursuant to Local Rule 5-1, I attest that all signatories shown above have concurred in the filing of this document.

Dated: May 18, 2021         */s/ Michael Levin-Gesundheit*
                            Michael Levin-Gesundheit