**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** June 16, 2021        **Time:** 24 minutes        **Judge:** NATHANAEL M.
                                                                                                COUSINS

**Case No.**: 18-cv-05062-        **Case Name:**  In re Google Location History Litigation
EJD

**Attorney for Plaintiff:** Michael Levin-Gesundheit
**Attorney for Defendant:** Thomas Gorman

**Deputy Clerk:** Lili Harrell                                    Zoom recording: 1:09pm – 1:33pm

**PROCEEDINGS**

Discovery Hearing re [173] Joint Letter Brief - held.


Plaintiff's motion to compel granted in part.  Court adopts plaintiff's definition of
"location information" for purposes of interrogatory requests 4 and 5, only.  Using that
definition, Google must serve amended responses by 6/30.  Parties also encouraged to use
depositions to explore parameters of discovery that is proportional to the needs of the
case.  As to the remaining disputed document and interrogatory responses: (1) parties
may file them with the Court, and (2) parties to meet and confer after 6/30 in an effort to
refine requests to seek information that is proportional.  No fees or costs awarded.