| | |
|---|---|
| 1 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 2 | Michael W. Sobol (SBN 194857) |
| | msobol@lchb.com |
| 3 | Melissa Gardner (SBN 289096) |
| | mgardner@lchb.com |
| 4 | Michael Levin-Gesundheit (SBN 292930) |
| | mlevin@lchb.com |
| 5 | Jallé Dafa (SBN 290637) |
| | jdafa@lchb.com |
| 6 | John D. Maher (SBN 316157) |
| | jmaher@lchb.com |
| 7 | 275 Battery Street, 29th Floor |
| | San Francisco, CA  94111 |
| | Telephone:  415.956.1000 |
| 8 | Facsimile:  415.956.1008 |
| 9 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 10 | Nicholas Diamand (*pro hac vice*) |
| | ndiamand@lchb.com |
| 11 | 250 Hudson Street, 8th Floor |
| | New York, NY  10013 |
| | Telephone:  212.355.9500 |
| 12 | Facsimile:  212.355.9592 |
| 13 | *Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF JOHN D. MAHER** |


**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that John D. Maher of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, telephone (415) 956-1000, facsimile (415) 956-1008, e-mail jmaher@lchb.com, hereby appears as an additional attorney of record for Plaintiffs and the proposed class.

Dated:  September 8, 2021

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By: /s/ John D. Maher

John D. Maher