UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 EJD (NC)<br><br>**ORDER ON DISCOVERY DISPUTES**<br><br>Re: ECF 179, 180, 183, 185 |

Upon review of the discovery issues presented in ECF 179, 180, 183, and 185, and after a hearing held earlier today, the Court orders:

- A joint discovery status report must be filed every Monday (unless a federal holiday, in which case Tuesday) by noon until discovery in this case closes, or further Court order. The first joint report is due Oct. 12 by noon.
- Discovery status conferences, by Zoom, are set 1:00 p.m. on Nov. 3, Dec. 1, and Jan. 5.
- Lead discovery liaison counsel on each side must confer by speaking (not an exchange of emails or letters) before presenting any further discovery disputes to the Court. Discovery reports and motions must certify this has been completed.
- No more footnotes allowed in discovery motions or reports in this case.
- On Google's discovery requests in the letter briefs, Court GRANTED request to

compel discovery production by October 20, 2021, on topics A-D.  The Court found these topics were both relevant and proportional to the needs of the case.  Topic D is limited to "sensitive locations" as asserted by Plaintiffs.

- Court DEFERRED decision on other topics in the briefs, including the "Arizona Action" discovery, ESI protocols and custodians, deadlines for discovery events, and Google's production of location information discovery.  These must be addressed in the Oct. 12 update.  Both parties are granted leave to file proposed orders on Oct. 12 on any unresolved issues.

**IT IS SO ORDERED.**

Dated:  October 6, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge