KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
NICHOLAS D. MARAIS - # 277864
nmarais@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
Rachel Johnson (SBN 331351)
*rjohnson@ahdootwolfson.com*
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**WEEKLY DISCOVERY UPDATE**<br><br>Dept:     Courtroom 5 – 4th Floor<br>Judge:   Hon. Nathanael M. Cousins<br><br>Hr'g Date: November 3, 2021<br>Time:        1:00 p.m. |

Pursuant to the Court's October 6, 2021 Order, Dkt. 187 (the "Discovery Order"), the parties submit this weekly discovery status report.

The parties met and conferred for approximately two hours on Friday, October 8, 2021.

Defendant Google LLC was represented by Thomas Gorman, Christopher Sun, and Nic Marais (of Keker, Van Nest & Peters LLP).

Plaintiffs were represented by Michael Sobol, Melissa Gardner, John Maher, and Michael Levin-Gesundheit (of Lieff Cabraser Heimann & Bernstein, LLP), and by Tina Wolfson, Ted Maya, and Rachel Johnson (of Ahdoot & Wolfson, PC).

The parties have reached a compromise concerning the production of documents from *State of Arizona v. Google LLC*, No. CV2020-00619 (Ariz. Sup. Ct., Maricopa Cty.) (the "*Arizona* Action") and continue to make progress on other scheduling and discovery issues.

**A.   Case Schedule**

The parties have been able to agree to important dates that will help frame the overall case schedule and continue to confer on other "interim" discovery deadlines.

Subject to the parties' agreement, set out below, Google intends to produce the Arizona Documents by November 22, 2021.  Assuming Google confirms and can meet that deadline, but only if Google can commit to meeting that deadline, the parties have agreed to the following briefing schedule for Plaintiffs' anticipated motion for class certification: (a) Opening motion papers filed no later than July 1, 2022; (b) Opposition papers filed August 31, 2022; and (c) Reply papers filed September 22, 2022.  Google will confirm whether it can meet the November 22 deadline no later than noon on Friday, October 15, 2021.

In recommending this schedule, the parties have conferred and intend to finalize over the next week certain interim discovery dates, such as a deadline for both sides to identify document custodians and search terms, and a date for substantial completion of custodial ESI and pre-certification discovery, which the parties estimate at about 45–60 days prior to Plaintiffs' class certification filing.  The parties reserve their rights to seek to amend this schedule if the progress is slower than anticipated.

**B.     Arizona Discovery**

Plaintiffs have asked that Google produce documents it previously produced in another matter, *State of Arizona v. Google LLC*, No. CV2020-00619 ("the *Arizona* Action"). *See, e.g.*, Dkt. 183 at 1–2. Although the parties disagree about the propriety of this request, and without Google conceding or waiving its objections, the parties have agreed as follows:

1. Google will produce to Plaintiffs all documents that Google produced in discovery in the *Arizona* Action, including without limitation any and all documents that Google provided to the Arizona Attorney General during the investigation preceding the *Arizona* Action which are now available for use by any party in the *Arizona* Action (the "Arizona Documents").

2. Google will not withhold Arizona Documents for any reason (including, but not limited to, objections that the Arizona Documents are non-responsive).

3. Google will produce the Arizona Documents in the same manner in which they were produced in the *Arizona* Action (*e.g.*, if produced in native format in Arizona, then they will be produced to Plaintiffs in the same native format here, or if produced without redactions in *Arizona*, then they will be produced without redactions here).

4. Plaintiffs reserve their right to propound additional discovery related to the *Arizona* Action (*e.g.*, prior testimony of relevant witnesses).

5. Google reserves its right to claw back any privileged documents that may have been inadvertently produced in the *Arizona* Action. In such a situation, the parties will follow the procedures set out in Section XI of the Stipulated Protective Order, Dkt. 112.

6. Where a judge or special master in the *Arizona* Action previously made a ruling that a document (or documents) should be sealed (or should retain their "confidential" designations), Google will provide copies of that ruling to Plaintiffs, and Plaintiffs will neither challenge those rulings or designations nor oppose a motion by Google to seal such documents—with two exceptions:

    o If a class is certified in this matter, and an absentee plaintiff asks to review a sealed or confidential document from among the Arizona Documents, Plaintiffs' counsel

reserves the right to challenge that document's "confidential" designation or sealed status at that time; or

- o If this matter proceeds to trial, Plaintiffs' counsel reserves the right to challenge the "confidential" designation or sealed status of any of the Arizona Documents at that time.

**C.    Remaining Disputes**

The parties discussed other pending discovery topics, including each of the topics identified in the Court's Discovery Order.  The parties have made progress and will provide a further update to the Court next week.

Dated:  October 12, 2021                              AHDOOT & WOLFSON, PC

                                                      By:    /s/ Tina Wolfson
                                                             TINA WOLFSON
                                                             THEODORE MAYA
                                                             RACHEL JOHNSON

                                                             *Interim Co-Lead Class Counsel*

Dated:  October 12, 2021                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                                      By:    /s/ Michael W. Sobol
                                                             MICHAEL W. SOBOL
                                                             MELISSA GARDNER
                                                             MICHAEL LEVIN-GESUNDHEIT
                                                             JOHN MAHER

                                                             *Interim Co-Lead Class Counsel*

//
//
//
//
//

Dated: October 12, 2021                                KEKER, VAN NEST & PETERS LLP

                                                 By:  /s/ Nicholas D. Marais
                                                      BENJAMIN BERKOWITZ
                                                      THOMAS E. GORMAN
                                                      NICHOLAS D. MARAIS

                                                      Attorneys for Defendant GOOGLE LLC

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: October 12, 2021                                /s/ Nicholas D. Marais
                                                       Nicholas D. Marais