**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000
Facsimile:   415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:   212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Dept:       Courtroom 5 – 4th Floor<br>Judge:     Hon. Nathanael Cousins |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to File a Motion for Reconsideration, which concerns the Court's Order on Discovery Disputes (Dkt. 187). Having considered the Order, the Court finds that it satisfies the standard set forth in Civil Local Rule 7-9.

Plaintiffs' Motion for Leave to File a Motion for Reconsideration is hereby **GRANTED.**

The Court sets the following briefing schedule:

Plaintiffs shall file a Motion for Reconsideration by _____.

Defendant shall file a Response by _____. Plaintiffs shall file a Reply by _____.

**IT IS SO ORDERED**

Dated:_____                              _____
                                                          Hon. Nathanael M. Cousins
                                                          United States Judge

- 1 -

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION
CASE NO: 5:18-CV-05062-EJD (NC)