KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
Rachel Johnson (SBN 331351)
*rjohnson@ahdootwolfson.com*
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**WEEKLY DISCOVERY UPDATE**<br><br>Dept:         Courtroom 5 – 4th Floor<br>Judge:       Hon. Nathanael M. Cousins<br><br>Hr'g Date:  December 1, 2021<br>Time:         1:00 p.m. |

Pursuant to the Court's October 6, 2021 Order, Dkt. 187 (the "Discovery Order"), the parties submit this weekly discovery status report.

### A.     Plaintiffs' Third Set of Requests for Production

Plaintiffs and Google met and conferred regarding Plaintiffs' Third Set of Requests for Production for approximately one hour on Thursday, November 4, 2021. The parties did not reach agreement, but plan to continue negotiations.

### B.     Remaining Disputes

The parties continue to meet and confer regarding other pending discovery topics, and expect that the Court's decision on the issues raised at the November 3, 2021 discovery status conference will facilitate this process.

Dated: November 12, 2021						LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


						By:	*/s/ Michael W. Sobol*
							MICHAEL W. SOBOL
							MELISSA GARDNER
							MICHAEL LEVIN-GESUNDHEIT
							JOHN D. MAHER

							*Interim Co-Lead Class Counsel*

Dated: November 12, 2021						AHDOOT & WOLFSON, PC


						By:	*/s/ Tina Wolfson*
							TINA WOLFSON
							THEODORE MAYA
							RACHEL JOHNSON

							*Interim Co-Lead Class Counsel*

Dated: November 12, 2021						KEKER, VAN NEST & PETERS LLP


						By:	*/s/ Nicholas D. Marais*
							BENJAMIN BERKOWITZ
							THOMAS E. GORMAN
							NICHOLAS D. MARAIS
							CHRISTOPHER S. SUN
							CHRISTINA LEE

							Attorneys for Defendant GOOGLE LLC

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: November 12, 2021                     */s/ Michael W. Sobol*
                                                                      Michael W. Sobol