| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>GREGORY WASHINGTON - # 318796<br>gwashington@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Brad King (SBN 274399)<br>bking@ahdootwolfson.com<br>Christopher Stiner (SBN 276033)<br>cstiner@ahdootwolfson.com<br>Rachel Johnson (SBN 331351)<br>rjohnson@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DECEMBER 1, 2021 STATUS CONFERENCE**<br><br>Dept:        Courtroom 5 - 4th Floor<br>Judge:      Hon. Nathanael M. Cousins |

1       WHEREAS, the Court has directed the parties to file a weekly discovery report by 12 p.m. each Thursday;

3       WHEREAS, because Thursday, November 25 is Thanksgiving Day, next week's report would ordinarily be due on Friday, November 26;

5       WHEREAS, the next monthly status conference is currently scheduled for December 1;

6       WHEREAS, the parties and their attorneys have pre-existing travel and Thanksgiving commitments next week;

8       WHEREAS, the parties have met and conferred and have agreed that—subject to the Court's approval—it would be mutually beneficial to continue the next scheduled status conference by one week (*i.e.*, to December 8);

11       NOW, THEREFORE, the parties STIPULATE as follows:

- The parties need not file a weekly status report for the week of November 22–26;
- The parties will file a weekly status report by 12 p.m. on Thursday, December 2;
- Subject to the Court's approval, the next monthly status conference shall be continued by one week, to December 8 (or to the Court's next available date after December 8).

//
//
//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: November 17, 2021 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Nicholas D. Marais*<br>BENJAMIN BERKOWITZ<br>THOMAS E. GORMAN<br>NICHOLAS D. MARAIS<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>GREGORY WASHINGTON |
| | Attorneys for Defendant GOOGLE LLC |
| Dated: November 17, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: */s/ Michael W. Sobol*<br>MICHAEL W. SOBOL<br>MELISSA GARDNER<br>MICHAEL LEVIN-GESUNDHEIT<br>JOHN D. MAHER |
| | *Interim Co-Lead Class Counsel* |
| Dated: November 17, 2021 | AHDOOT & WOLFSON, PC |
| | By: */s/ Tina Wolfson*<br>TINA WOLFSON<br>THEODORE MAYA<br>RACHEL JOHNSON |
| | *Interim Co-Lead Class Counsel* |

### ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 17, 2021          */s/ Nicholas D. Marais*
                                                           NICHOLAS D. MARAIS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- The parties need not file a weekly status report on November 26;
- The parties will file a weekly status report by 12 p.m. on Thursday, December 2;
- The next monthly status conference is hereby continued to December 8.

Dated: _____        _____
                                           Hon. Nathanael M. Cousins
                                           United States Magistrate Judge