KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**STIPULATION AND ORDER RE DECEMBER 1, 2021 STATUS CONFERENCE**<br><br>Dept:   Courtroom 5 - 4th Floor<br>Judge:  Hon. Nathanael M. Cousins |

1     WHEREAS, the Court has directed the parties to file a weekly discovery report by 12 p.m. each Thursday;

    WHEREAS, because Thursday, November 25 is Thanksgiving Day, next week's report would ordinarily be due on Friday, November 26;

    WHEREAS, the next monthly status conference is currently scheduled for December 1;

    WHEREAS, the parties and their attorneys have pre-existing travel and Thanksgiving commitments next week;

    WHEREAS, the parties have met and conferred and have agreed that—subject to the Court's approval—it would be mutually beneficial to continue the next scheduled status conference by one week (*i.e.*, to December 8);

    NOW, THEREFORE, the parties STIPULATE as follows:

- The parties need not file a weekly status report for the week of November 22–26;
- The parties will file a weekly status report by 12 p.m. on Thursday, December 2;
- Subject to the Court's approval, the next monthly status conference shall be continued by one week, to December 8 (or to the Court's next available date after December 8).

//
//
//
//
//
//
//
//
//
//
//
//

1
STIPULATION AND ORDER RE DECEMBER 1, 2021 STATUS CONFERENCE
Case No. 5:18-cv-05062-EJD-NC
1769256

| | |
|---|---|
| Dated: November 17, 2021 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Nicholas D. Marais*<br>BENJAMIN BERKOWITZ<br>THOMAS E. GORMAN<br>NICHOLAS D. MARAIS<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br>GREGORY WASHINGTON |
| | Attorneys for Defendant GOOGLE LLC |
| Dated: November 17, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: */s/ Michael W. Sobol*<br>MICHAEL W. SOBOL<br>MELISSA GARDNER<br>MICHAEL LEVIN-GESUNDHEIT<br>JOHN D. MAHER |
| | *Interim Co-Lead Class Counsel* |
| Dated: November 17, 2021 | AHDOOT & WOLFSON, PC |
| | By: */s/ Tina Wolfson*<br>TINA WOLFSON<br>THEODORE MAYA<br>RACHEL JOHNSON |
| | *Interim Co-Lead Class Counsel* |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 17, 2021                     */s/ Nicholas D. Marais*
                                                                    NICHOLAS D. MARAIS

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- The parties need not file a weekly status report on November 26;
- The parties will file a weekly status report by 12 p.m. on Thursday, December 2;
- The next monthly status conference is hereby continued to December 8.

Dated: November 18, 2021

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins