UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 EJD (NC)<br><br>**ORDER RECOMMENDING CERTAIN PRETRIAL DEADLINES**<br><br>Re: ECF 194 |

Upon review of the joint discovery brief at ECF 194, I recommend to the presiding District Court Judge Edward J. Davila that he set the following pretrial deadlines. These deadlines are mostly agreed upon. I explain below in brackets where there is a scheduling dispute that this order resolves.

- Google to produce *Arizona* documents, as set forth in ECF 191: 11/22/21
- Exchange initial list of proposed custodians and search terms [Plaintiffs wanted earlier; Google wanted no deadline]: 12/8/21
- Finalize custodians and search terms for ESI productions, and present any disputes to Court in joint letter brief: 1/13/22
- Substantial completion of production of custodial ESI; final privilege logs; complete other pre-certification fact discovery: 5/5/22
- Plaintiffs' Class Certification Motion: 7/1/22

- Google's Opposition to Class Certification: 8/31/22
- Plaintiffs' Class Certification Reply: 9/22/22
- Class Certification Hearing: 10/6/22 10:00 a.m. before EJD

These deadlines may be modified by the Court upon a showing of good cause. Any party may object to this nondispositive order but must do so within 14 days after being served. Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

Dated: November 30, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge