UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 EJD (NC)<br><br>**ORDER ON DISCOVERY DISPUTES** |

This order follows my review of the weekly discovery status reports filed at ECF 191, 194, 196, 197, 200, and 202; Plaintiffs' motion for leave to file a motion for reconsideration at ECF 195; and a discovery hearing held November 3, 2021.

- ***Procedural Issues from the November 3 hearing***. I modified the weekly joint discovery reports to be due each Thursday at noon and limited to 5 pages. The next discovery status hearing is scheduled for Dec. 8, 1:00 p.m. via Zoom webinar. The next status report is due Dec. 2 at noon. It should include a proposed agenda for the Dec. 8 hearing. Looking ahead, I waive the Dec. 9 and 23 reports.
- ***Class Certification and Discovery Deadlines.*** In a separate order at ECF 205, I recommended certain pretrial deadlines to the trial judge.
- ***Arizona Production.*** I understand that Google has completed the production of documents from the Arizona action in accordance with ECF 191.

- ***Plaintiffs' Motion for Reconsideration, ECF 195.*** Plaintiffs seek leave to move for reconsideration or clarification of my order at ECF 187 as to Topic D arising from the September 30, 2021, discovery brief.  I heard argument on this request on November 3.  I GRANT the clarification requested by Plaintiffs and deny any additional relief.  If Plaintiffs "make no assertion about the sensitive nature of the locations themselves," (ECF 195 at p. 4) then they may respond to the relevant interrogatory by indicating "none."  Plaintiffs must serve their amended response by December 7.

- ***Plaintiffs' Compliance with Prior Discovery Orders.*** In the report at ECF 197, Google objected to Plaintiffs' compliance with ECF 187.  Plaintiffs are ordered to file and serve by December 7, 2021, a declaration by a person(s) with knowledge identifying the discovery Plaintiffs have produced in response to ECF 187 and explaining the process Plaintiffs took to comply.

- ***Plaintiffs' Interrogatory Requests Nos. 4, 5, and 7.*** *See* ECF 202.  Google is ordered to file its current responses to these requests by December 7.

**IT IS SO ORDERED.**

Dated:  November 30, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge