UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**CASE MANAGEMENT ORDER** |

On November 30, 2021, Magistrate Judge Cousins issued an Order Recommending Certain Pretrial Deadlines. Dkt. No. 205. Upon review of Judge Cousins's order, as well as the parties' August 30, 2021 Joint Request for a Case Management Conference and Schedule (Dkt. No. 179), the parties are ordered to comply with the following schedule.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure, unless the parties otherwise stipulate or Judge Cousins otherwise orders.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Google to produce Arizona documents, as set forth in Dkt. No. 191 | November 22, 2021 |
| Exchange initial list of proposed custodians and search terms | December 8, 2021 |
| Finalize custodians and search terms for ESI productions, and present any disputes to Court in joint letter brief | January 13, 2022 |
| Substantial completion of production of custodial ESI; final privilege logs; complete other pre-certification fact discovery | May 5, 2022 |
| Plaintiffs' Class Certification Motion due | July 1, 2022 |
| Google's Opposition to Class Certification due | August 31, 2022 |
| Plaintiffs' Class Certification Reply due | September 22, 2022 |
| Class Certification Hearing | October 6, 2022 at 9:00 a.m. |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court[1].

**IT IS SO ORDERED**.

Dated: December 1, 2021

_____
EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's Standing Order is also available on the Court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-05062-EJD
CASE MANAGEMENT ORDER

2