# EXHIBIT 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) <br><br>**DECLARATION OF THEODORE MAYA REGARDING PLAINTIFF DOCUMENT PRODUCTION AND PROCESS** <br><br> Dept:     Courtroom 5 – 4th Floor <br> Judge:   Hon. Nathanael Cousins |
|---|---|

I, Theodore Maya, declare and state as follows:

1. I am a member in good standing of the California State Bar, and a partner in the law firm of Ahdoot & Wolfson, one of Co-Lead Interim Class Counsel in this action. My law firm was retained by Plaintiff Noe Gamboa. I submit this Declaration pursuant to the Court's order of November 30, 2021 for a declaration by a person(s) with knowledge identifying the discovery Plaintiffs have produced in response to ECF 187 and explaining the process Plaintiffs took to comply. I have personal knowledge of the matters set forth herein unless otherwise stated, and could competently testify thereto.

2. I have reviewed the Declaration of Melissa Gardner, and it is consistent with my knowledge and understanding.

3. I have overseen Ahdoot & Wolfson's work with regard to Plaintiffs' discovery responses and, in particular, Mr. Gamboa's discovery responses in this matter. Rachel Johnson is an associate at Ahdoot & Wolfson who assisted me with these responsibilities. Ms. Johnson has been on a leave of absence from Ahdoot & Wolfson since October 22, 2021. Where Ms. Johnson, rather than I, had personal knowledge regarding the collection of documents and responsive information from Mr. Gamboa described herein, I have verified my statements herein through conversations with Mr. Gamboa, a review of Ms. Johnson's correspondence with him, and a review of Ms. Johnson's time records.

4. Ahdoot & Wolfson received requests from Co-Lead Counsel regarding documents and information to collect from Plaintiffs on February 24, June 2, and October 12, 2021. These communications included a summary of the responsive documents for which Mr. Gamboa was to search, and Ms. Johnson oversaw a reasonable and thorough search with Mr. Gamboa for those documents. These communications include a summary of the responsive documents for which we were to search, including search terms, and Mr. Gamboa conducted searches in accordance with those instructions.

5. Ms. Johnson and I have been in regular contact with Mr. Gamboa since he was retained and named in the Amended Complaint in this action. She and I discussed the information and documents requested with Mr. Gamboa by telephone and via email. We

discussed with Mr. Gamboa evidence that may exist, the mobile devices in his possession, and the locations where any responsive documents and data were likely to be found.  Mr. Gamboa's searches for responsive documents entailed accessing several locations where they might be located including the following: (1) Mr. Gamboa's current iPhone, as identified in response to Interrogatory No. 1; (2) Mr. Gamboa's Gmail account; (3) Google "Takeout" files accessible to Mr. Gamboa; and (4) the Apple App Store.  As of October 20, 2021, all responsive documents that had been located, as well as screenshots Mr. Gamboa created in order to comply with the Court's order on Defendant's Request for Production No. 2, were delivered to Co-Lead Counsel.

6. In addition, we collected information from Mr. Gamboa to respond to Interrogatory No. 3, and communicated with him in the July-October 2021 timeframe to confirm that the information provided therein, including as it pertains to changes to location settings over time, reflected available information and the best of Mr. Gamboa's knowledge and recollection. As part of this effort, we also worked with Setec Investigations to facilitate that firm's remote collection of locally stored MobileSync backups from a hard drive belonging to Mr. Gamboa, with iTunes backup data from 2018.  An analysis of that backup data failed to reveal responsive information pertaining to changes to location settings.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December, 2021 at Los Angeles, California.

_____
Theodore Maya