# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) <br><br> **DECLARATION OF MELISSA EMERT REGARDING PLAINTIFF DOCUMENT PRODUCTION AND PROCESS** <br><br> Dept:      Courtroom 5 – 4th Floor <br> Judge:    Hon. Nathanael Cousins |

I, Melissa Emert, declare and state as follows:

1. I am a member in good standing of the New York State Bar, and a partner in the law firm of Kantrowitz, Goldhamer & Graifman, P.C. one of Interim Class Counsel in this action. I was retained to represent Plaintiff Michael Childs. I submit this Declaration pursuant to the Court's order of November 30, 2021 for a declaration by a person(s) with knowledge identifying the discovery Plaintiffs have produced in response to ECF 187 and explaining the process Plaintiffs took to comply. I have personal knowledge of the matters set forth herein and could competently testify thereto.

2. I have reviewed the Declaration of Melissa Gardner, and as it pertains to her communications with the non-lead counsel representing Plaintiffs in this matter and their input into the discovery process in this matter, it is consistent with my knowledge and understanding.

3. I received requests from Co-Lead Counsel regarding documents and information to collect from Plaintiffs on February 24, June 3, and October 12. These communications included a summary of the responsive documents that we were to search for, and search terms therefor, and I dutifully oversaw a reasonable and thorough search with my client for those documents.

4. I reviewed these communications from Co-Lead Counsel and discussed the information and documents requested with Mr. Childs by telephone in February, March, April, June, and September, as well as via email. During these conversations, I discussed with Mr. Childs evidence that may exist, the mobile devices in his possession, and the locations where any responsive documents and data were likely to be found. I oversaw Mr. Childs's searches for responsive documents, which entailed accessing several locations where they might be located including the following: (1) Mr. Childs's current iPhone, as identified in response to Interrogatory No. 1; (2) Google "Takeout" files accessible to Mr. Childs; and (3) the Apple App Store. I also communicated with Setec Investigations in August, September, and October regarding imaging Mr. Childs' email inbox and outbox for Co-Lead Counsel to search because work and travel commitments had prevented Mr. Childs from completing his search for responsive documents in his email. As of October 20, all responsive documents that had been located by me and Mr.

Childs, as well as screenshots Mr. Childs created in order to comply with the Court's order on RFP 2, were delivered to Co-Lead Counsel.

5. In addition, I collected information from Mr. Childs to respond to Interrogatory No. 3, and communicated with him in July and October to confirm that the information provided therein, including as it pertains to changes to location settings over time, reflected available information and the best of Mr. Childs's knowledge and recollection.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of December, 2021 at Boca Raton, Florida.

*Melissa Emert*
_____
Melissa Emert