# EXHIBIT 4

| RFP | All documents, or documents and communications . . .[1] |
|---|---|
| 15 | relating to your efforts to prevent the collection or storage of your location information. |
| 19 | relating to any advertisements, representations, or other statements made by defendant relating to the collection of location information that you read, heard, or to which you otherwise were exposed during the relevant period, including the Google support page referenced in paragraph 41 of the consolidated complaint. |
| 20 | that support, contradict, or otherwise relate to your contention in paragraph 8 of the consolidated complaint that "individuals . . . go to great lengths to safeguard not only their own location information, but, in the case of parents and guardians, also that of their minor children." |
| 21 | that support, contradict, or otherwise relate to your contention in paragraph 22 of the consolidated complaint that "[b]ased upon the terminology used by Google (e.g. 'Location History'), the context, and representations by Google to the effect that turning 'Location History' off would prevent [your] location information from being stored and that Google would respect [your] privacy settings, [you] believed that [turning off 'Location History'] would prevent Google from storing a record of [your] location history." |
| 22 | that support, contradict, or otherwise relate to your contention in paragraph 39 of the consolidated complaint that "Google . . . falsely represented that, for its operating system, turning 'Location History' off would prevent the company from storing location data reflecting where an individual using a device with its Android operating system had been." |
| 23 | that support, contradict, or otherwise relate to your contention in paragraph 40 of the consolidated complaint that "Google falsely represented that, for its apps, turning 'Location History' off would prevent the company from storing location data reflecting in detail where an individual with Google apps downloaded had been." |
| 24 | that support, contradict, or otherwise relate to your contention in paragraph 44 of the consolidated complaint that "Google affirmatively represented to both Android and Apple device users that turning off 'Location History' would result in Google ceasing to store an individual's location information." |
| 25 | that support, contradict, or otherwise relate to your contention in paragraph 106 of the consolidated complaint that "[i]nsofar as Google might need location information to provide class members with Google services such as Google maps, with Location History disabled, any authorization to access location information for those services would only be granted for a specified, limited, and transient purpose." |
| 26 | that support, contradict, or otherwise relate to your contention in paragraph 107 of the consolidated complaint that "plaintiffs and class members took specific steps to protect their privacy and personal security (as well as the privacy and security of their minor children), and made reasonable efforts to stop Google from storing information regarding their whereabouts and day-to-day activities." |

---

[1] Terms in all caps in Defendant's Requests for Production have been reformatted in this Exhibit for legibility.

| RFP | All documents, or documents and communications . . . |
|---|---|
| 27 | that support, contradict, or otherwise relate to your contention in paragraph 98 of the consolidated complaint that "Google disingenuously and publicly represented that preventing the storage of location data is as easy as turning 'off' a setting switch, all the while aware that such action would be ineffective." |
| 28 | relating to this litigation, including each of the legal and factual allegations and requests for relief in the original complaints and the consolidated complaint. |
| 30 | you reviewed before filing the original complaints and the consolidated complaint that support your contention that defendant improperly collected your location information. |
| 31 | you may rely upon at trial in this litigation, including any documents you may seek to introduce as an exhibit at trial. |
| 33 | that support, contradict, or otherwise relate to any damages you allege in this litigation to have suffered, including the amount of damages and how they can be quantified. |
| 34 | that support, refute, or otherwise relate to any allegation in the consolidated complaint that defendant's conduct caused damage to you or any putative class members, including documents upon which you may rely to prove causation for any claim in the consolidated complaint. |
| 35 | relating to your contention in the consolidated complaint that you are entitled to any form of relief in this litigation, including injunctive relief. |
| 36 | relating to your communications with any third party, including any putative class member, relating to this litigation or the allegations in the original complaints or the consolidated complaint. |
| 37 | relating to your communications with any third party, including any putative class member, relating to defendant's collection of location information. |
| 38 | relating to your communications with defendant relating to the collection of location information, including any online or written forms, posts, complaints, or surveys and any communications between you and defendant's customer support personnel. |
| 39 | relating to any attorney advertisements relating to defendant's collection of location information. |
| 40 | related to how and when you first became aware that Google was collecting your location information while the "Location History" setting was off. |
| 41 | related to any forensic testing or analysis performed in connection with or in anticipation of this litigation, including the "forensic testing" referenced in footnote 43 of the consolidated complaint. |