1    KEKER, VAN NEST & PETERS LLP
     BENJAMIN BERKOWITZ - # 244441
2    bberkowitz@keker.com
     THOMAS E. GORMAN - # 279409
3    tgorman@keker.com
     NICHOLAS D. MARAIS - # 277846
4    nmarais@keker.com
     CHRISTOPHER S. SUN - # 308945
5    csun@keker.com
     CHRISTINA LEE - # 314339
6    clee@keker.com
     GREGORY WASHINGTON - # 318796
7    gwashington@keker.com
     633 Battery Street
8    San Francisco, CA 94111-1809
     Telephone:    415 391 5400
9    Facsimile:    415 397 7188

10   Attorneys for Defendant GOOGLE LLC

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14
     IN RE:  GOOGLE LOCATION HISTORY          Case No. 5:18-cv-05062-EJD
15   LITIGATION
                                              **DECLARATION OF CHRISTOPHER S.
16                                            SUN IN SUPPORT OF DEFENDANT
                                              GOOGLE LLC'S ADMINISTRATIVE
17                                            MOTION TO SEAL**

18                                            Dept:       Courtroom 4 – 5th Floor
                                              Judge:      Hon. Edward J. Davila
19
                                              Date Filed:  November 2, 2018
20
                                              Trial Date:  None Set
21

22

23

24

25

26

27

28

DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF DEFENDANT GOOGLE LLC'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 5:18-cv-05062-EJD

1774607

1      I, Christopher S. Sun, declare as follows:

2      1.     I am duly licensed to practice law in the State of California and am an associate

3  with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendant Google LLC

4  ("Google") in the above-captioned proceeding.

5      2.     I have personal knowledge of the facts stated herein, and I could and would

6  competently testify thereto if called as a witness.

7      3.     Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Google's

8  Administrative Motion to Seal.

9      4.     On December 7, 2021, I emailed Plaintiffs' counsel to inquire whether Plaintiffs

10  would oppose Google's Administrative Motion to Seal. Plaintiffs are reviewing the request and,

11  as of the filing of this declaration, have not represented whether they intend to oppose.

12      I declare under penalty of perjury under the laws of the United States of America that the

13  foregoing is true and correct.

14      Executed this 7th day of December, in San Francisco, California.

15

16                            /s/ Christopher S. Sun

17                            CHRISTOPHER S. SUN

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHRISTOPHER S. SUN IN SUPPORT OF DEFENDANT GOOGLE LLC'S
ADMINISTRATIVE MOTION TO SEAL
Case No. 5:18-cv-05062-EJD

1774607