1  KEKER, VAN NEST & PETERS LLP
   BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
   THOMAS E. GORMAN - # 279409
3  tgorman@keker.com
   NICHOLAS D. MARAIS - # 277846
4  nmarais@keker.com
   CHRISTOPHER S. SUN - # 308945
5  csun@keker.com
   CHRISTINA LEE - # 314339
6  clee@keker.com
   GREGORY WASHINGTON - # 318796
7  gwashington@keker.com
   633 Battery Street
8  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
9  Facsimile:    415 397 7188

10  Attorneys for Defendant GOOGLE LLC

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  SAN JOSE DIVISION

14

15  IN RE:  GOOGLE LOCATION HISTORY
    LITIGATION

16

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD |
| | **[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL** |
| | Dept:    Courtroom 4 – 5th Floor |
| | Judge:    Hon. Edward J. Davila |
| | Date Filed: November 2, 2018 |
| | Trial Date:  None Set |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Defendant Google LLC's ("Google") Administrative Motion to File Documents Under Seal. The following documents will remain sealed, as follows:

| Document | Portions of Document to be Sealed |
|---|---|
| Google's Second Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories | Highlighted portions of Google's response to Plaintiffs' fourth interrogatory at:<br>• Page 15, lines 12-15, 17-18, and 22-24<br>• Page 16, lines 1-2<br>• Page 17, lines 10-21 and 25-26<br>• Page 18, lines 1-13, 22, 25, and 27<br>• Page 19, lines 1-2<br><br>Highlighted portions of Google's response to Plaintiffs' fifth interrogatory at:<br>• Page 23, lines 26-28<br>• Page 24, lines 1-2 and 4-5<br>• Page 26, lines 1-2. |

**IT IS SO ORDERED.**

Dated:

Hon. Edward J. Davila
United States District Court Judge