| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com |
| 3 | THOMAS E. GORMAN - # 279409<br>tgorman@keker.com |
| 4 | NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com |
| 5 | CHRISTOPHER S. SUN - # 308945<br>csun@keker.com |
| 6 | CHRISTINA LEE - # 314339<br>clee@keker.com |
| 7 | GREGORY WASHINGTON - # 318796<br>gwashington@keker.com |
| 8 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 9 | Telephone:    415 391 5400<br>Facsimile:     415 397 7188 |
| 10 | Attorneys for Defendant GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PROOF OF SERVICE**<br><br>Dept:        Courtroom 4 - 5th Floor<br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 7, 2021, I served the following document(s):

>   **EXHIBIT A TO DECEMBER 7, 2021 COVER LETTER RE FILING ROGS 4, 5, AND 7 [FILED UNDER SEAL/UNREDACTED]**

☒   by **E-MAIL VIA PDF FILE**, per the parties eService Agreement (May 21, 2019), by transmitting on this date via e-mail to GLH-leadplaintiffs@ahdootwolfson.com a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

| | |
|---|---|
| Tina Wolfson | *Interim Co-Lead Class Counsel* |
| Rachel R. Johnson | |
| AHDOOT & WOLFSON, PC | |
| 2600 West Olive Ave., Suite 500 | |
| Burbank, CA  91505 | |

Andrew W. Ferich
AHDOOT & WOLFSON, PC
201 King of Prussia Rd., Suite 650
Radnor, PA  19087

| | |
|---|---|
| Michael W. Sobol | *Interim Co-Lead Class Counsel* |
| Melissa Gardner | |
| Michael Levin-Gesundheit | |
| Jallé Dafa | |
| John D. Maher | |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111 | |

| | |
|---|---|
| Nicholas Diamand | *Interim Co-Lead Class Counsel* |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | |
| 250 Hudson Street, 8th Floor | |
| New York, NY 10013 | |

Executed on December 7, 2021, at San Francisco, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alisa Thompson