

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Thomas E. Gorman**
(415) 676-2292
tgorman@keker.com

December 7, 2021

**VIA ECF**

Judge Nathanael Cousins
San Jose Courthouse
Courtroom 5 – 4th Floor
280 South 1st Street
San Jose, CA 95113

*In re: Google Location History Litigation*, Case No. 5:18-cv-05062-EJD

Your Honor:

In compliance with the Court's November 30, 2021 Order (Dkt. 207), Google hereby submits copies of its responses to Plaintiffs' Interrogatories Nos. 4 and 5 (attached hereto as **Exhibit A**) and to Plaintiffs' Interrogatory No. 7 (attached hereto as **Exhibit B**).

Google served its responses to **Interrogatories Nos. 4 and 5** over five months ago. Since then, Google has repeatedly detailed the significant lengths it went to in preparing those responses. *See* Dkt. 183 at 4 n.4 ("Google's responses to those two interrogatories now total approximately 18 pages, list more than 49 different ways that Google uses location data, and identify a list of products or services that use location data."); Dkt. 196 at 12:14–16 (noting that Plaintiffs' counsel "thanked Google and noted on multiple occasions that its responses to these interrogatories were 'very helpful'); *id.* at 12:23–13:16 (explaining that Plaintiffs are using the meet-and-confer process to attempt to expand the plain text of these interrogatories); Dkt. 202 at 3:13–16 ("Plaintiffs . . . cannot seriously dispute the adequacy of Google's responses.").

The parties have also submitted argument on Google's response to Plaintiffs' **Interrogatory No. 7**. *See, e.g.*, Dkt. 202, Dkt. 209. In Google's view, as it explained last week:

> Interrogatory 7 is vague, wildly overbroad and seeks primarily irrelevant information. On its face, it demands that Google identify *hundreds* of employees—anyone who has ever worked on pieces of Google's backend technology—most of whom will have no knowledge of any relevant facts. That is an enormous and misguided waste of resources: it would require dozens of hours of attorney time while providing no useful or relevant information. Plaintiffs have refused Google's efforts to meet and confer and refused to explain what information is actually needed for their case.

1775777

Judge Nathanael Cousins  VIA ECF
December 7, 2021
Page 2

Dkt. 209 at 3:6–12.

Very truly yours,

Thomas E. Gorman

Enclosures:

(**1**) Google's Second Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (June 30, 2021);

(**2**) Google's Responses and Objections to Plaintiffs' Second Set of Interrogatories (Sept. 13, 2021).

1775777