UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE LOCATION
HISTORY LITIGATION

Case No. 18-cv-05062 EJD (NC)

**ORDER ON DISCOVERY DISPUTES**

Re: ECF 209 (12/2/2021 Status)

This order follows my review of the discovery status report filed 12/2/2021 at ECF 209, and the discovery hearing held earlier today.

- ***Procedures for Discovery Meet and Confers.*** Parties may video record the meet and confer conferences with notice to the other. Any party, after conferring with the other, may order a transcript.
- ***Plaintiffs' compliance with prior Discovery Order (see 197, and 210 – 12/7 report from plaintiffs); and RFP 4, 17, 18.*** Parties are ordered to meet and confer further through 12/15/2021. Unresolved issues to be presented in joint brief 12/16/2021.
- ***"Takeout data" Google RFP 42-47:*** Plaintiffs by 12/10/2021 to produce all responsive non-privileged documents not objected to.
- ***Search terms negotiation and deadlines:*** bilateral.
- ***Plaintiffs' Interrogatory Requests Nos. 4, 5, and 7.*** *See* ECF 202. Taken under

submission. Separate order to follow.

- ***Plaintiffs' RFP set No. 3:*** Google must specify by 12/15/2021 as to which part of these requests it objects, and which part it will produce responsive documents. Fed. R. Civ. P. 34(b)(2). Parties to confer further on the timing of the production and in an effort to resolve any disputed objections.
- ***Next joint status report due:*** 12/16/2021 noon.

**IT IS SO ORDERED.**

Dated: December 8, 2021  _____
NATHANAEL M. COUSINS
United States Magistrate Judge