KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE JANUARY 5, 2022 STATUS CONFERENCE**<br><br>Dept:     Courtroom 5 - 4th Floor<br>Judge:    Hon. Nathanael M. Cousins |

1    WHEREAS, the Court has directed the parties to file a weekly discovery report by 12 p.m. each Thursday;

WHEREAS, the next monthly status conference is currently scheduled for January 5, 2022;

WHEREAS, the parties and their attorneys have pre-existing travel commitments over the upcoming holiday season;

WHEREAS, the parties have met and conferred and have agreed that—subject to the Court's approval—it would be mutually beneficial to continue the next scheduled status conference by one week (*i.e.*, to January 12, 2022);

NOW, THEREFORE, the parties STIPULATE, subject to the Court's approval, as follows:

- The deadline for the parties' joint report presently due on December 30, 2021, shall be continued by one week, to January 6, 2022;
- The monthly status conference presently scheduled for January 5, 2022, shall be continued by one week, to January 12, 2022 (or to the Court's next available date after January 12, 2022).

//
//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| Dated: December 15, 2021 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benjamin Berkowitz* |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | NICHOLAS D. MARAIS |
| | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| | | GREGORY WASHINGTON |
| | | Attorneys for Defendant GOOGLE LLC |
| Dated: December 15, 2021 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Michael W. Sobol* |
| | | MICHAEL W. SOBOL |
| | | MELISSA GARDNER |
| | | MICHAEL LEVIN-GESUNDHEIT |
| | | JOHN D. MAHER |
| | | *Interim Co-Lead Class Counsel* |
| Dated: December 15, 2021 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* |
| | | TINA WOLFSON |
| | | THEODORE MAYA |
| | | RACHEL JOHNSON |
| | | *Interim Co-Lead Class Counsel* |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: December 15, 2021 | */s/ Benjamin Berkowitz* |
| | BENJAMIN BERKOWITZ |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- The deadline for the parties' joint report presently due on December 30, 2021, shall be continued by one week, to January 6, 2022;
- The monthly status conference presently scheduled for January 5, 2022, shall be continued by one week, to January 12, 2022 (or to the Court's next available date after January 12, 2022).

Dated: _____

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge