| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone:  415.956.1000<br>Facsimile:   415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone:  212.355.9500<br>Facsimile:   212.355.9592<br><br>*Interim Co-Lead Class Counsel* | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Rachel Johnson (SBN 331351)<br>rjohnson@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Dept:        Courtroom 5 – 4th Floor<br>Judge:       Hon. Nathanael Cousins |

Pursuant to Civil Local Rule 7-11, Plaintiffs file the instant administrative motion seeking an extension of time to respond to discovery requests. On December 2, 2021, Google served the following discovery requests:

- 2 Inspection Demands
- 12 Requests for Production
- 34 Requests for Admission
- 11 Interrogatories

Sobol Decl. Exs. 1–4 (attaching copies of the numerous requests as exhibits). Pursuant to Federal Rule of Civil Procedure 34, the current deadline to respond to these requests is January 3, 2022— the first business day after New Year's Eve. On December 15, 2021, Plaintiffs sought a 30-day extension, citing the holidays. Sobol Decl. Ex. 5 (the parties' email exchange on this issue). On December 17, 2021, Google flatly refused to provide any extension. *Id.*

Plaintiffs believe an extension is warranted under principles of civility, professionalism, and common sense. *See* N.D. Cal. Guideline for Professional Conduct No. 4(a) ("A lawyer should agree to reasonable requests for extensions of time or continuances without requiring motions or other formalities."); N.D. Cal. Civ. Loc. R. 11-4(a) (counsel must "[p]ractice with the honesty, care, and decorum required for the fair and efficient administration of justice"). Plaintiffs' counsel have throughout this litigation extended numerous courtesies to Google and its counsel, including multiple requests to accommodate the Google's counsel's personal schedules. Sobol Decl. ¶ 4. Plaintiffs further note that this holiday season is the first opportunity for some to visit with extended family since the pandemic began. Plaintiffs therefore respectfully request, in light of the holiday plans of counsel and client alike, that this deadline be extended 30 days, to February 2, 2022.[1] Plaintiffs regret that motion practice has been necessary in this instance.

---

[1] Plaintiffs, for their part, served four Requests for Production on December 3, 2021. The deadline for these Requests is currently January 3, 2022. Google has not sought an extension of this deadline. Plaintiffs note, however, that they would be willing, given the holidays, to grant a Google a reciprocal extension to February 2, 2022.

Dated:  December 17, 2021

Respectfully Submitted,

*/s/ Michael W. Sobol*

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:  212.355.9592


Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

- 2 -    ADMIN. MOTION RE EXTENSION
CASE NO:  5:18-CV-05062-EJC (NC)