1 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Dept: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins |

I, Michael W. Sobol, declare and state as follows:

1. I am a member in good standing of the California State Bar, a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and Interim Co-Lead Class Counsel in these proceedings. I submit this Declaration in support of Plaintiffs' Administrative Motion for Extension of Time to Respond to Discovery Requests. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. On December 3, 2021, Google served its Consolidated Second Set Of Interrogatories To Plaintiffs. They are attached as **Exhibit 1**. On December 3, 2021, Google served its First Set Of Inspection Demands To Plaintiffs. They are attached as **Exhibit 2**. On December 3, 2021, Google served its First Set Of Requests For Admission To Plaintiffs. They are attached as **Exhibit 3**. On December 3, 2021, Google served its Third Set Of Requests For Production To Plaintiffs (Nos. 48–59). They are attached as **Exhibit 4**.

3. On December 15, 2021, Plaintiffs emailed counsel for Google seeking, in light of the holidays, an extension of the deadline to respond to Google's discovery requests served on December 3, 2021. On December 17, 2021, Google refused to grant any extension whatsoever. This email exchange is attached as **Exhibit 5**. Consequently, Plaintiffs were unable to submit a stipulation to extend the deadline at issue.

4. Plaintiffs' counsel have throughout this litigation extended numerous courtesies to Google and its counsel, including multiple requests to accommodate the Google's counsel's personal schedules. In my over 30 years of being a lawyer I have never encountered counsel who declined to accommodate scheduling conflicts over the holidays like this where opposing counsel well knows, as Google's counsel must here, that the nature of the obligation is timed in such a manner as would require a party to devote substantial time over the holiday season for no purpose other than to harass and intimidate.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of December, 2021 at San Francisco, California.

_____/s/ Michael W. Sobol_____
Michael W. Sobol