# Exhibit 2

```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DEFENDANT GOOGLE LLC'S FIRST SET OF INSPECTION DEMANDS TO PLAINTIFFS**<br><br>Dept:    Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

| | |
|---|---|
| PROPOUNDING PARTY: | DEFENDANT GOOGLE LLC |
| RESPONDING PARTY: | PLAINTIFFS NAPOLEON PATACSIL, NURUDAAYM MAHON, NOE GAMBOA, MICHAEL CHILDS |
| SET NO.: | ONE |

Pursuant to Federal Rules of Civil Procedure 26(d)(2) and 34, Defendant Google LLC requests that Plaintiffs Napoleon Patacsil, Nurudaaym Mahon, Noe Gamboa and Michael Childs produce for inspection and copying the devices and electronically stored information described below. The devices and electronically stored information described below shall be produced for inspection and copying at the offices of Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, California 94111, within thirty (30) days from the date of service, or at such other time and location as the parties may mutually agree.

## DEFINITIONS

Although the following definitions are stated in terms of a particular inflection of the word defined (*i.e.*, singular, masculine, present tense, etc.), they shall be interpreted to define all of the other inflections of that word as well.

1. "YOU" and "YOUR" refer to each of the named Plaintiffs—Napoleon Patacsil, Nurudaaym Mahon, Noe Gamboa, and Michael Childs—individually, INCLUDING any of their current and former employees, counsel, agents, consultants, representatives, assignees, and any other PERSON acting on their behalf. For the avoidance of doubt, YOU and YOUR also encompass any of YOUR minor children whose location information YOU claim was collected. *See, e.g.*, Compl., ¶ 10 (alleging that YOU "sought to protect" YOUR children's location information).

2. "DEFENDANT" and "GOOGLE" refer to Defendant Google LLC.

3. "THIS LITIGATION" means and refers to *In re Google Location History Litigation*, Case No. 5:18-cv-05062-EJD, filed in the U.S. District Court for the Northern District of California on November 2, 2018.

4. "DOCUMENT" shall have the broadest possible meaning under Federal Rule of Civil Procedure 34 and refers to, without limitation, printed, typed, handwritten, drawn or other

graphic matter of any kind or nature, electronically stored information and metadata (regardless of form of storage or media (*e.g.*, server, hard drive, flash drive, CD, DVD, disk, diskette, tape, etc.)), and other data compilations from which information can be obtained and translated, if necessary, into reasonably usable forms (including without limitation databases).

5. "SERVICES" means any service offered by Google, INCLUDING but not limited to the services through which YOU allege Google collected, stored, or otherwise accessed YOUR location information.

6. "MOBILE DEVICE" means any mobile device used by YOU during the RELEVANT PERIOD, INCLUDING but not limited to those YOU identified in response to Google's Interrogatory No. 1 and Google's Request for Production No.1.

7. "RELEVANT PERIOD" means the alleged class period.

8. The following rules of construction shall be applied herein: (1) the words "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive; (2) the singular includes the plural and vice-versa; and (3) the words "any," "all," "each," and "every" all include any, all, each, and every.

**INSTRUCTIONS**

1. In responding to these demands, YOU are required to furnish all devices in YOUR possession, custody, or control. A device is in YOUR control if YOU have the right to secure the device or a copy of the device from another person having possession or custody of the device.

2. If a responsive device was in YOUR possession, custody, or control at one time, but is no longer available for production, state the following information with respect to each such device: (a) whether the device is missing or lost; (b) whether the device has been destroyed, and if so, at whose direction or in accordance with what policy; (c) whether the device has been transferred, sent, or delivered to another person, and if so, at whose request; and (d) whether the device has been otherwise disposed of; and (e) a precise statement describing the circumstances surrounding the disposition of the device and the date of its disposition.

3. YOU shall produce all non-identical copies that differ from the original or from the other copies produced for any reason.

4. If YOU cannot fully respond to the following Requests after exercising due diligence to secure the devices requested, so state, and specify the portion of each Request for Inspection that cannot be responded to fully and completely.  In the latter event, state what knowledge, information, or belief YOU have concerning the unanswered portion of any such Requests.

5. If in answering these Requests, YOU claim any ambiguity in either the Request or an applicable definition or instruction, identify in YOUR response the language you consider ambiguous and state the interpretation of the language YOU used to respond.

6. Your obligation to respond to these demands is continuing, and you should supplement your responses and production in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## INSPECTION DEMANDS

**INSPECTION DEMAND NO. 1:**

All MOBILE DEVICE(s) YOU used to access any GOOGLE SERVICES at any time during the RELEVANT PERIOD.

**INSPECTION DEMAND NO. 2:**

Any device in YOUR possession, custody or control from or through which YOU allege GOOGLE has tracked, has been able to track, or has collected YOUR location information at any time in the RELEVANT PERIOD.

Dated: December 3, 2021                                  KEKER, VAN NEST & PETERS LLP

By: /s/ Nicholas D. Marais
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
GREGORY WASHINGTON

Attorneys for Defendant GOOGLE LLC

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 3, 2021, I served the following document(s):

> **DEFENDANT GOOGLE LLC'S FIRST SET OF INSPECTION DEMANDS TO PLAINTIFFS**

☑ by **E-MAIL VIA PDF FILE**, per the parties eService Agreement (May 21, 2019), by transmitting on this date via e-mail to GLH-leadplaintiffs@ahdootwolfson.com a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Tina Wolfson                                                                                                  *Interim Co-Lead Class Counsel*
Rachel R. Johnson
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, CA  91505

Andrew W. Ferich
AHDOOT & WOLFSON, PC
201 King of Prussia Rd., Suite 650
Radnor, PA  19087

Michael W. Sobol                                                                                              *Interim Co-Lead Class Counsel*
Melissa Gardner
Michael Levin-Gesundheit
Jallé Dafa
John D. Maher
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

Nicholas Diamand                                                                                            *Interim Co-Lead Class Counsel*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Executed on December 3, 2021, at San Francisco, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Maureen L. Stone*