# Exhibit 3

KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DEFENDANT GOOGLE LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS**<br><br>Judge:      Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |
|---|---|

PROPOUNDING PARTY:    DEFENDANT GOOGLE LLC

RESPONDING PARTY:      PLAINTIFFS NAPOLEON PATACSIL, NURUDAAYM MAHON, NOE GAMBOA, MICHAEL CHILDS

SET NUMBER:                    ONE

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Google LLC hereby requests that Plaintiffs Napoleon Patacsil, Nurudaaym Mahon, Noe Gamboa, and Michael Childs (collectively, "Plaintiffs") respond to the following First Set of Requests for Admission in writing and in accordance with the following instructions and definitions, within 30 days from the date of service thereof.

## DEFINITIONS

Unless otherwise specified, the terms listed below have the following meanings:

1. "YOU" and "YOUR" refer to each of the named Plaintiffs—Napoleon Patacsil, Nurudaaym Mahon, Noe Gamboa, and Michael Childs—individually, INCLUDING any of their current and former employees, counsel, agents, consultants, representatives, assignees, and any other PERSON acting on their behalf. For the avoidance of doubt, YOU and YOUR also encompass any of YOUR minor children whose location information YOU claim was collected. *See, e.g.*, Compl., ¶ 10 (alleging that YOU "sought to protect" YOUR children's location information).

2. "GOOGLE" refers to Defendant Google LLC.

3. "RELEVANT PERIOD" means the alleged class period.

4. "PERSON" refers to a natural person, corporation, partnership, firm, sole proprietorship, joint venture, union, association, group, federation, or any other organization or entity and his, her, its or their officers, agents, and employees.

5. "MOBILE DEVICE" means any mobile device used by YOU during the RELEVANT PERIOD, INCLUDING but not limited to those YOU identified in response to Google's Interrogatory No. 1 and Google's Request for Production No.1.

6. "GOOGLE ACCOUNT(s)" means YOUR accounts with Google, INCLUDING but not limited to those YOU identified in response to Google's Interrogatory No. 2 and any other accounts YOU have registered, controlled, or used to access Google SERVICES.

7. "GOOGLE PRIVACY POLICY" means the Google privacy policy available at https://policies.google.com/privacy, and any prior versions of this policy, including those available at https://policies.google.com/privacy/archive.

1
DEFENDANT GOOGLE LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS
Case No. 5:18-cv-05062-EJD
1769827

8. "GOOGLE TERMS OF SERVICE" means the Google Terms of Service available at https://policies.google.com/terms, and any prior versions of those Terms of Service, including those available at https://policies.google.com/terms/archive.

9. "SERVICES" means any service offered by Google, INCLUDING but not limited to the services through which YOU allege Google collected, stored, or otherwise accessed YOUR location information.

10. The term "INCLUDING" means including but not limited to.

11. The following rules of construction shall be applied herein: (1) the words "and" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive; (2) the singular includes the plural and vice-versa; and (3) the words "any," "all," "each," and "every" all include any, all, each, and every.

## INSTRUCTIONS

1. For each request which is not admitted in full, YOU must: (a) object and state the reason(s) for any objections; (b) deny the requested matter or some portion thereof, while admitting or qualifying the remainder; (c) set forth in detail the reason(s) why YOU cannot admit or deny the matter; and/or (d) state that after making reasonable inquiry, the information known or readily available to YOU is insufficient to enable it to admit or deny the matter.

2. These requests are deemed continuing. If YOU acquire additional knowledge or information with respect to any of these requests after service of its responses, YOU are requested to serve timely supplemental responses.

3. If YOU assert lack of knowledge or information as a reason for failing to admit or deny any request or portion thereof, YOU must first make a reasonable inquiry and so state, and state that the information YOU know or can readily obtain is insufficient to enable YOU to admit or deny.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that, when YOU signed up for YOUR GOOGLE ACCOUNT, YOU agreed to the then-current GOOGLE PRIVACY POLICY.

**REQUEST FOR ADMISSION NO. 2:**

Admit that, when YOU signed up for YOUR GOOGLE ACCOUNT, YOU agreed to the then-current GOOGLE TERMS OF SERVICE.

**REQUEST FOR ADMISSION NO. 3:**

Admit that YOU reviewed the GOOGLE PRIVACY POLICY before YOU first used GOOGLE's SERVICES on any of YOUR MOBILE DEVICES.

**REQUEST FOR ADMISSION NO. 4:**

Admit that YOU reviewed the GOOGLE TERMS OF SERVICE before YOU first used GOOGLE's SERVICES on any of YOUR MOBILE DEVICES.

**REQUEST FOR ADMISSION NO. 5:**

Admit that YOU have never informed GOOGLE that YOU declined to agree to the GOOGLE PRIVACY POLICY.

**REQUEST FOR ADMISSION NO. 6:**

Admit that YOU have never informed GOOGLE that YOU declined to agree to the GOOGLE TERMS OF SERVICE.

**REQUEST FOR ADMISSION NO. 7:**

Admit that, during the RELEVANT PERIOD, the GOOGLE PRIVACY POLICY disclosed that GOOGLE collects information about users' locations.

**REQUEST FOR ADMISSION NO. 8:**

Admit that each GOOGLE PRIVACY POLICY YOU reviewed disclosed that GOOGLE collects location information from its users.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the GOOGLE PRIVACY POLICY does not represent that turning "Location History" off will prevent GOOGLE from collecting location information for users who use other GOOGLE SERVICES.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the GOOGLE PRIVACY POLICY does not represent that turning "Location History" off will prevent GOOGLE from using location information for users who use other

GOOGLE SERVICES.

**REQUEST FOR ADMISSION NO. 11:**

Admit that, during the RELEVANT PERIOD, YOU were aware that GOOGLE was collecting location information for users who have "Location History" turned off but who used other GOOGLE SERVICES.

**REQUEST FOR ADMISSION NO. 12:**

Admit that, during the RELEVANT PERIOD, YOU were aware that GOOGLE was collecting location information for users who have "Location History" turned off but who used Google Maps for directions.

**REQUEST FOR ADMISSION NO. 13:**

Admit that, during the RELEVANT PERIOD, YOU were aware that GOOGLE was collecting location information for users who have "Location History" turned off but who have Web & App Activity on.

**REQUEST FOR ADMISSION NO. 14:**

Admit that, when YOU used Google Maps, YOU were aware that YOU were transmitting YOUR location to GOOGLE.

**REQUEST FOR ADMISSION NO. 15:**

Admit that, when YOU used Google Maps, YOU were aware that YOU were transmitting YOUR location to GOOGLE even when "Location History" was off.

**REQUEST FOR ADMISSION NO. 16:**

Admit that, when YOU visit websites using YOUR MOBILE DEVICE, YOU are aware that such websites may record data associated with YOUR visit (for example, on the websites' servers), INCLUDING YOUR IP address.

**REQUEST FOR ADMISSION NO. 17:**

Admit that, during the RELEVANT PERIOD, YOU understood that turning "Location History" off did not mean that GOOGLE would not collect YOUR location information in connection with YOUR use of other GOOGLE SERVICES.

**REQUEST FOR ADMISSION NO. 18:**

Admit that YOU never understood that using GOOGLE SERVICES with Location History off would prevent GOOGLE from using YOUR location information.

**REQUEST FOR ADMISSION NO. 19:**

Admit that, during the RELEVANT PERIOD, YOU understood that GOOGLE was collecting YOUR location information in order to provide YOU with SERVICES like Google Maps.

**REQUEST FOR ADMISSION NO. 20:**

Admit that, during the RELEVANT PERIOD, YOU turned Location History on for YOUR MOBILE DEVICE.

**REQUEST FOR ADMISSION NO. 21:**

Admit that, during the RELEVANT PERIOD, YOU turned Location History on for YOUR GOOGLE ACCOUNT.

**REQUEST FOR ADMISSION NO. 22:**

Admit that YOU did not turn the Location History setting off on YOUR MOBILE DEVICE.

**REQUEST FOR ADMISSION NO. 23:**

Admit that YOU did not turn the Location History setting off for YOUR GOOGLE ACCOUNT.

**REQUEST FOR ADMISSION NO. 24:**

Admit that YOU do not contend that GOOGLE used YOUR location information in any way that invaded YOUR privacy.

**REQUEST FOR ADMISSION NO. 25:**

Admit that YOU do not contend that GOOGLE shared YOUR location information with any third party.

**REQUEST FOR ADMISSION NO. 26:**

Admit that YOU do not contend that GOOGLE disseminated YOUR location information in any way.

**REQUEST FOR ADMISSION NO. 27:**

Admit that, during the RELEVANT PERIOD, YOU voluntarily shared YOUR location information with other, non-GOOGLE websites and mobile applications.

**REQUEST FOR ADMISSION NO. 28:**

Admit that, during the RELEVANT PERIOD, YOU had Web & App Activity turned "on" on YOUR MOBILE DEVICE.

**REQUEST FOR ADMISSION NO. 29:**

Admit that, during the RELEVANT PERIOD, YOU had Web & App Activity turned "on" on YOUR GOOGLE ACCOUNT.

**REQUEST FOR ADMISSION NO. 30:**

Admit that in YOUR GOOGLE ACCOUNT Web & App Activity settings, YOU consented to GOOGLE saving information about YOUR location.

**REQUEST FOR ADMISSION NO. 31:**

Admit that, during the RELEVANT PERIOD, YOU had Location Reporting turned "on" on YOUR MOBILE DEVICE.

**REQUEST FOR ADMISSION NO. 32:**

Admit that, during the RELEVANT PERIOD, YOU had Location Reporting turned "on" on YOUR GOOGLE ACCOUNT.

**REQUEST FOR ADMISSION NO. 33:**

Admit that YOU have never paid any money to GOOGLE to use YOUR MOBILE DEVICE.

///

///

///

///

///

///

///

**REQUEST FOR ADMISSION NO. 34:**

Admit that YOU have never paid any money to GOOGLE to use GOOGLE's SERVICES.

Dated: December 3, 2021                         KEKER, VAN NEST & PETERS LLP

                                        By: */s/ Nicholas D. Marais*
                                            BENJAMIN BERKOWITZ
                                            THOMAS E. GORMAN
                                            NICHOLAS D. MARAIS
                                            CHRISTOPHER S. SUN
                                            CHRISTINA LEE
                                            GREGORY WASHINGTON

                                            Attorneys for Defendant GOOGLE LLC

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 3, 2021, I served the following document(s):

   **DEFENDANT GOOGLE LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS**

☑ by **E-MAIL VIA PDF FILE**, per the parties eService Agreement (May 21, 2019), by transmitting on this date via e-mail to GLH-leadplaintiffs@ahdootwolfson.com a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Tina Wolfson                                                                                  *Interim Co-Lead Class Counsel*
Rachel R. Johnson
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, CA  91505

Andrew W. Ferich
AHDOOT & WOLFSON, PC
201 King of Prussia Rd., Suite 650
Radnor, PA  19087

Michael W. Sobol                                                                            *Interim Co-Lead Class Counsel*
Melissa Gardner
Michael Levin-Gesundheit
Jallé Dafa
John D. Maher
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

Nicholas Diamand                                                                          *Interim Co-Lead Class Counsel*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Executed on December 3, 2021, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Maureen L. Stone*