# Exhibit 5

| | |
|---|---|
| **From:** | Nic Marais |
| **To:** | bking@ahdootwolfson.com |
| **Cc:** | glh-leadplaintiffs@ahdootwolfson.com; gpriv-kvp@keker.com |
| **Subject:** | [EXTERNAL] In re: Google Location History, Case No. 5:18-cv-05062-EJD |
| **Date:** | Friday, December 17, 2021 12:39:04 PM |

Hi Brad,

Normally, we would have no issue agreeing to a request for a reasonable extension on discovery responses. But, as you know, we have a number of deadlines coming up over the next few weeks, including the January 12 status conference and a January 13 deadline for finalizing search protocols—a deadline that Plaintiffs insisted on including in the case calendar. As such, we need Plaintiffs' responses—and substantive responses, not just objections—to these requests by January 3 so that we have time to meet and confer about them while we are discussing the searches you are going to run. Unfortunately, under the circumstances, we can't agree to push off the January 3 deadline.

Nic

**Nic Marais**
Pronouns: he, him, his
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 773 6614 direct | 415 391 5400 main
nmarais@keker.com | vcard | keker.com


**From:** Brad King <bking@ahdootwolfson.com>
**Sent:** Wednesday, December 15, 2021 2:16 PM
**To:** GPRIV-KVP <GPRIV-KVP@keker.com>; Maureen Stone <MStone@keker.com>
**Cc:** glh-leadplaintiffs@ahdootwolfson.com
**Subject:** Re: IN RE: GOOGLE LOCATION HISTORY LITIGATION, Case No. 5:18-cv-05062-EJD

Counsel:

Due to the holidays, Plaintiffs require additional time to respond to the discovery requests served in the below email. Please let us know if you agree to a 30-day extension, to February 2, 2022, for Plaintiffs' responses.

Respectfully,

Bradley King
Aʜᴅᴏᴏᴛ & Wᴏʟꜰsᴏɴ, ᴘᴄ

2600 W. Olive Avenue | Suite 500
Burbank, California 91505-4521
Tel (310) 474-9111

Fax (310) 474-8585
bking@ahdootwolfson.com

---

**From:** Maureen Stone <mstone@keker.com>
**Date:** Friday, December 3, 2021 at 7:55 PM
**To:** Google Location History Plaintiffs' Interim Co-Lead Class Counsel <glh-leadplaintiffs@ahdootwolfson.com>
**Cc:** "gpriv-kvp@keker.com" <gpriv-kvp@keker.com>
**Subject:** IN RE: GOOGLE LOCATION HISTORY LITIGATION, Case No. 5:18-cv-05062-EJD

Counsel:

Attached please find the following documents:

- DEFENDANT GOOGLE LLC'S THIRD SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS (NOS. 48–59);
- DEFENDANT GOOGLE LLC'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFFS;
- DEFENDANT GOOGLE LLC'S FIRST SET OF INSPECTION DEMANDS TO PLAINTIFFS; and
- DEFENDANT GOOGLE LLC'S CONSOLIDATED SECOND SET OF INTERROGATORIES TO PLAINTIFFS

---

**Maureen L. Stone**
Legal Secretary
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2285 direct | 415 391 5400 main
mstone@keker.com | keker.com