**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000
Facsimile:   415.956.1008

**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212.355.9500
Facsimile:   212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**<br><br>Dept:            Courtroom 5 – 4th Floor<br>Judge:          Hon. Nathanael Cousins |

1  Before the Court is Plaintiffs' Administrative Motion for Extension of Time to Respond to
2  Discovery Requests. The Court has considered the papers and, good cause appearing, GRANTS
3  the Motion.
4  It is hereby ORDERED that:
5  An extension from January 3, 2022, to February 2, 2022, is granted to Plaintiffs' deadline
6  to respond to (1) Google's Consolidated Second Set Of Interrogatories To Plaintiffs, (2) Google's
7  First Set Of Inspection Demands To Plaintiffs, (3) Google's First Set Of Requests For Admission
8  To Plaintiffs, and (4) Google's Third Set Of Requests For Production To Plaintiffs.

**IT IS SO ORDERED**

Dated:_____, 2021

_____
HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE