KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Dept:    Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Defendant Google LLC's ("Google") Administrative Motion to File Documents Under Seal. The following documents will remain sealed, as follows:

| Document | Portions of Document to be Sealed |
|---|---|
| Google's Second Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories | Highlighted portions of Google's response to Plaintiffs' fourth interrogatory at:<br>• Page 15, lines 12-15, 17-18, and 22-24<br>• Page 16, lines 1-2<br>• Page 17, lines 10-21 and 25-26<br>• Page 18, lines 1-13, 22, 25, and 27<br>• Page 19, lines 1-2<br><br>Highlighted portions of Google's response to Plaintiffs' fifth interrogatory at:<br>• Page 23, lines 26-28<br>• Page 24, lines 1-2 and 4-5<br>• Page 26, lines 1-2. |

**IT IS SO ORDERED.**

Dated: December 21, 2021



Hon. _____
United States _____ Judge
Judge Nathanael M. Cousins

GRANTED

---

1
ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO SEAL
Case No. 5:18-cv-05062-EJD

1774597