1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

IN RE GOOGLE LOCATION
HISTORY LITIGATION

Case No. 18-cv-05062 EJD (NC)

**ORDER COMPELLING ADDITIONAL DISCOVERY FROM PLAINTIFFS**

Re: ECF 215, 219

17      This order supplements my December 8 discovery order (ECF 215) and follows my

18  review of the December 16 joint discovery update (ECF 219).  Plaintiffs' portion of the

19  update expresses an objective of avoiding "further squandering the Court's and the parties'

20  time needlessly engaging on these issues *ad nauseum*."  ECF 219 at p. 2:8-9.  I join the

21  effort at cutting to the chase.  Plaintiffs' proposed discovery compromise does not afford

22  Google discovery that is relevant and proportional to the needs of the case.  It is declined.

23  Instead, I set the following deadlines:

24      1.  Plaintiffs are ordered to produce all data responsive to RFPs 42-47 by January

25          18, 2022.

26      2.  Plaintiffs are ordered to disclose which email addresses and devices they

27          searched, by January 18, 2022.

28      3.  Plaintiffs' counsel are ordered to collect and process their clients' email and

1    other custodial data by January 18, 2022.

2    4.  Plaintiffs are ordered to produce all responsive non-privileged documents in

3        response to RFPs 4, 17, and 18, by January 18, 2022.

4    5.  Plaintiffs' counsel are ordered to file by January 19, 2022, a declaration attesting

5        to their completion of each of these tasks.

6

7    **IT IS SO ORDERED.**

8

9    Dated:  December 21, 2021

10                                     NATHANAEL M. COUSINS
                                       United States Magistrate Judge

United States District Court
Northern District of California

2