| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER**<br>Sandy Giminez | **2a. CONTACT PHONE NUMBER**<br>(415) 676-2221 | **3. CONTACT EMAIL ADDRESS**<br>sgiminez@keker.com |
| **1b. ATTORNEY NAME (if different)**<br>Nicholas D. Marais | **2b. ATTORNEY PHONE NUMBER**<br>(415) 391-5400 | **3. ATTORNEY EMAIL ADDRESS**<br>nmarais@keker.com |

| 4. MAILING ADDRESS | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| Keker, Van Nest & Peters LLP<br>633 Battery Street<br>San Francisco, CA 94111 | In re Google Location History Litigation | 5:18-cv-05062 |

**7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR

**8. THIS TRANSCRIPT ORDER IS FOR:**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
- CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/2022 | NMC | SC | | ● | ● | ○ | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE**  /s/ Nicholas D. Marais

**12. DATE**  01/12/2022

[Clear Form]   [Save as new PDF]