# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** January 12, 2022  **Time:** 16 minutes  **Judge:** NATHANAEL M. COUSINS

**Case No.**: 18-cv-05062-EJD  **Case Name:** In re Google Location History Litigation

**Attorneys for Plaintiffs:** Tina Watson, Michael Sobol, Henry Kelston, Theodore Maya Michael Levin-Gusenheidt

**Attorneys for Defendant:** Nicholas Marais, Benjamin Berkowitz

**Deputy Clerk:** Lili Harrell  **Zoom recording:** 1:02pm – 1:18pm

### PROCEEDINGS

**Discovery Hearing held**.

1. As to Google's requests for supplementation of interrogatory responses Nos. 1-3, parties to meet and confer further and provide update in next joint status report, due 1/27/22. If Plaintiffs supplement their responses, the supplemental responses are due 1/25/22. Parties granted leave to attach the requests and responses to the next status report.

2. ESI custodian deadline extended from 1/13 to 1/27, by agreement.

3. Discovery status reports due every 2 weeks, with next report due 1/27. Next discovery status hearing set 2/23/22 1:00 p.m. zoom.