KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
Rachel Johnson (SBN 331351)
rjohnson@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR BIWEEKLY STATUS REPORTS**<br><br>Dept:      Courtroom 5 - 4th Floor<br>Judge:    Hon. Nathanael M. Cousins |

WHEREAS, the Court previously directed the parties to file a status report on Thursday, February 10, 2022;

WHEREAS, the parties have met and conferred and agree that, subject to the Court's approval, it would assist the parties' ongoing discussions to continue that deadline by one week (*i.e.*, to February 17, 2022);

WHEREAS, the next status conference with the Court is scheduled for February 23, 2022;

NOW, THEREFORE, the parties STIPULATE as follows:

- Subject to the Court's approval, the deadline for the next status report will be continued by one week to February 17, 2022;

Dated: February 7, 2022                                   KEKER, VAN NEST & PETERS LLP

By:   */s/ Nicholas D. Marais*
      BENJAMIN BERKOWITZ
      THOMAS E. GORMAN
      NICHOLAS D. MARAIS
      CHRISTOPHER S. SUN
      CHRISTINA LEE
      GREGORY WASHINGTON

      Attorneys for Defendant GOOGLE LLC

Dated: February 7, 2022                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Michael W. Sobol*
      MICHAEL W. SOBOL
      MELISSA GARDNER
      MICHAEL LEVIN-GESUNDHEIT
      JOHN D. MAHER

      *Interim Co-Lead Class Counsel*

Dated: February 7, 2022                                   AHDOOT & WOLFSON, PC

By:   */s/ Theodore Maya*
      TINA WOLFSON
      THEODORE MAYA
      RACHEL JOHNSON

      *Interim Co-Lead Class Counsel*

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  February 7, 2022

*/s/ Nicholas D. Marais*
NICHOLAS D. MARAIS

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- The deadline for the parties' next status report is continued by one week to February 17, 2022.

Dated:  _____

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge