| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>GREGORY WASHINGTON - # 318796<br>gwashington@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Brad King (SBN 274399)<br>bking@ahdootwolfson.com<br>Christopher Stiner (SBN 276033)<br>cstiner@ahdootwolfson.com<br>Rachel Johnson (SBN 331351)<br>rjohnson@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**STIPULATION AND ORDER RE: SCHEDULE FOR BIWEEKLY STATUS REPORTS**<br><br>Dept:      Courtroom 5 - 4th Floor<br>Judge:    Hon. Nathanael M. Cousins |

1  WHEREAS, the Court previously directed the parties to file a status report on Thursday, February 10, 2022;

2  WHEREAS, the parties have met and conferred and agree that, subject to the Court's approval, it would assist the parties' ongoing discussions to continue that deadline by one week (*i.e.*, to February 17, 2022);

3  WHEREAS, the next status conference with the Court is scheduled for February 23, 2022;

4  NOW, THEREFORE, the parties STIPULATE as follows:

- Subject to the Court's approval, the deadline for the next status report will be continued by one week to February 17, 2022;

Dated: February 7, 2022            KEKER, VAN NEST & PETERS LLP

                                   By:   */s/ Nicholas D. Marais*
                                         BENJAMIN BERKOWITZ
                                         THOMAS E. GORMAN
                                         NICHOLAS D. MARAIS
                                         CHRISTOPHER S. SUN
                                         CHRISTINA LEE
                                         GREGORY WASHINGTON

                                         Attorneys for Defendant GOOGLE LLC

Dated: February 7, 2022            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                   By:   */s/ Michael W. Sobol*
                                         MICHAEL W. SOBOL
                                         MELISSA GARDNER
                                         MICHAEL LEVIN-GESUNDHEIT
                                         JOHN D. MAHER

                                         *Interim Co-Lead Class Counsel*

Dated: February 7, 2022            AHDOOT & WOLFSON, PC

                                   By:   */s/ Theodore Maya*
                                         TINA WOLFSON
                                         THEODORE MAYA
                                         RACHEL JOHNSON

                                         *Interim Co-Lead Class Counsel*

# ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 7, 2022        */s/ Nicholas D. Marais*
                               NICHOLAS D. MARAIS

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- The deadline for the parties' next status report is continued by one week to February 17, 2022.

Dated: February 7, 2022        _____
                               Hon. Nathanael M. Cousins
                               United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins