Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Interim Co-Lead Class Counsel*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL RACHEL RENEE JOHNSON**<br><br>Judge:       Hon. Edward J. Davila<br>Courtroom: 4 – 5th Floor |

TO THE CLERK, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rachel Renee Johnson (SBN 331351) is no longer affiliated with the law firm of Ahdoot & Wolfson, PC. Pursuant to Local Rule 5-1(c)(2)(C), the firm hereby withdraws her appearance in this matter as counsel for Plaintiffs Michael Childs, Noe Gamboa, Mahon Nurudaaym, and Napoleon Patacsil and further requests that: (a) her name be removed from any applicable service list herein; and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to rjohnson@ahdootwolfson.com in the above-captioned case.

Ahdoot & Wolfson, PC will continue to represent Plaintiffs in this matter. No other changes are requested at this time regarding Plaintiffs' counsel of record.

Dated: February 9, 2022                    Respectfully submitted,

/s/ Tina Wolfson
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
125 Maiden Lane, Suite 5C
New York, NY 10038
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Interim Co-Lead Class Counsel*