KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Brad King (SBN 274399)
bking@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND VACATE CASE DEADLINES**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |

1  Plaintiffs and Defendant Google LLC, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties have conferred and agreed to attend a mediation of this matter;

WHEREAS, the parties agree that it will assist in their mediation efforts, and preserve party and judicial resources, to stay discovery in this matter and to vacate all existing deadlines while the parties pursue mediation;

WHEREAS, the proposed stay will not prejudice any party and will serve the interests of judicial economy;

NOW, THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that:

1. Discovery in this action is stayed, and responses to outstanding discovery requests are extended and will be due 21 days following expiration of this stay;

2. All existing hearings and case deadlines are hereby vacated;

3. The parties shall file a status report by May 13, 2022, advising the Court as to the status of their mediation efforts and, if needed, submitting a proposed schedule for completing class certification discovery and briefing that allows for four months of discovery after the expiration of the stay and before the class certification deadline (without prejudice to any party seeking a further modification of the schedule for good cause).

Dated:  February 16, 2022

KEKER, VAN NEST & PETERS LLP

By:  */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
GREGORY WASHINGTON

Attorneys for Defendant GOOGLE LLC

| | | |
|---|---|---|
| Dated: February 16, 2022 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Michael W. Sobol* |
| | | MICHAEL W. SOBOL |
| | | MELISSA GARDNER |
| | | MICHAEL LEVIN-GESUNDHEIT |
| | | *Interim Co-Lead Class Counsel* |
| Dated: February 16, 2022 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* |
| | | TINA WOLFSON |
| | | THEODORE MAYA |
| | | BRAD KING |
| | | *Interim Co-Lead Class Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 16, 2022                                                  */s/ Michael W. Sobol*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____

Honorable Edward J. Davila