**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley King (SBN 274399)
bking@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

**KEKER, VAN NEST & PETERS LLP**
Benjamin Berkowitz (SBN 244441)
bberkowitz@keker.com
Thomas E. Gorman (SBN 279409)
tgorman@keker.com
Nicholas D. Marais (SBN 277846)
nmarais@keker.com
Christopher S. Sun (SBN 308945)
csun@keker.com
Christina Lee (SBN 314339)
clee@keker.com
Gregory Washington (SBN 318796)
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendant Google LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE**<br><br>Dept:   Courtroom 5 – 4th Floor<br>Judge:  Hon. Nathanael M. Cousins |

1. WHEREAS, the parties have conferred and agreed to attend a mediation of this matter;

2. WHEREAS, the parties have submitted to Judge Edward J. Davila a stipulation to stay this matter and to vacate all existing deadlines while the parties pursue mediation ("Stipulation for Stay");

3. WHEREAS, the Court previously directed the parties to file a biweekly status report on Thursday, February 17, 2022, and set a status conference for Wednesday, February 23, 2022;

4. WHEREAS, the parties have conferred and agree that, subject to the Court's approval, it would facilitate the parties' mediation efforts to continue the status report deadline and status conference while Judge Davila considers the parties' stay stipulation;

NOW, THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed that:

1. The deadline for the next status report is continued pending the Court's ruling on the Stipulation for Stay;

2. The status conference is continued pending the Court's ruling on the Stipulation for Stay.

| | | |
|---|---|---|
| Dated: February 16, 2022 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
JOHN D. MAHER
JALLÉ H. DAFA

*Interim Co-Lead Class Counsel*

Dated: February 16, 2022                    AHDOOT & WOLFSON, PC

By: */s/ Tina Wolfson*
TINA WOLFSON
THEODORE MAYA
BRADLEY KING

*Interim Co-Lead Class Counsel*

Dated: February 16, 2022                    KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
GREGORY WASHINGTON

Attorneys for Defendant GOOGLE LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Michael W. Sobol, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2022, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael W. Sobol*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael W. Sobol

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, the Court hereby ORDERS:

1. The parties need not file a status report on February 17, 2022;
2. The status conference currently scheduled for February 23, 2022, is hereby vacated;
3. If Judge Davila grants the parties' Stipulation for Stay, the regular biweekly discovery reports and status conferences are vacated until further notice. The parties shall file a status report by May 13, 2022, advising the Court of the status of their mediation efforts.

**IT IS SO ORDERED**

Dated:_____, 2022        _____
                                          HON. NATHANAEL M. COUSINS
                                          U.S. MAGISTRATE JUDGE