| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA 91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE NEW TERMS OF SERVICE**<br><br>Dept:   Courtroom 5 – 4th Floor<br>Judge:  Hon. Edward J. Davila |

1       WHEREAS, Google LLC ("Google") announced new Terms of Service (the "New TOS") governing the relationship between Google and users of various Google Services;

2       WHEREAS, the New TOS went into effect on January 5, 2022;

3       WHEREAS, this litigation involves a putative class of users who used Google Services prior to and/or after January 5, 2022;

4       WHEREAS, the New TOS includes a new provision that "Google isn't liable for . . . punitive damages";

5       WHEREAS, the New TOS also includes a new provision that "Google's total liability arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to use the relevant services in the 12 months before the dispute"; and

6       WHEREAS, the parties conferred and agreed that the New TOS shall not apply to extinguish or limit claims in this existing litigation as follows;

NOW, THEREFORE, the Parties stipulate as follows, subject to Court approval:

1. Google's New TOS does not release, extinguish or limit any alleged claims for punitive damages in *In re Google Location History Litigation*, case no. 18-cv-05062 (N.D. Cal.), that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

2. The $200 liability cap in Google's New TOS shall not apply in *In re Google Location History Litigation* to limit any alleged claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

Dated: March 7, 2022

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MICHAEL LEVIN-GESUNDHEIT
JOHN D. MAHER

*Interim Co-Lead Class Counsel*

| | | |
|---|---|---|
| Dated: March 7, 2022 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* <br> TINA WOLFSON <br> THEODORE MAYA <br> BRADLEY KING |
| | | *Interim Co-Lead Class Counsel* |
| Dated: March 7, 2022 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benjamin Berkowitz* <br> BENJAMIN BERKOWITZ <br> THOMAS E. GORMAN <br> NICHOLAS D. MARAIS <br> CHRISTOPHER S. SUN <br> CHRISTINA LEE <br> GREGORY WASHINGTON |
| | | Attorneys for Defendant GOOGLE LLC |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Michael W. Sobol, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2022 at San Francisco, California.

        */s/ Michael W. Sobol*
        Michael W. Sobol

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, the Court hereby ORDERS:

1. Google's New TOS does not release, extinguish or limit any alleged claims for punitive damages in *In re Google Location History Litigation*, case no. 18-cv-05062 (N.D. Cal.), that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

2. The $200 liability cap in Google's New TOS shall not apply in *In re Google Location History Litigation* to limit any alleged claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

**IT IS SO ORDERED**

Dated: _____, 2022         _____
                                             HON. EDWARD J. DAVILA
                                             U.S. DISTRICT COURT JUDGE