**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE NEW TERMS OF SERVICE**<br><br>Dept: Courtroom 5 – 4th Floor<br>Judge: Hon. Edward J. Davila |

1   WHEREAS, Google LLC ("Google") announced new Terms of Service (the "New TOS")
2   governing the relationship between Google and users of various Google Services;
3   WHEREAS, the New TOS went into effect on January 5, 2022;
4   WHEREAS, this litigation involves a putative class of users who used Google Services
5   prior to and/or after January 5, 2022;
6   WHEREAS, the New TOS includes a new provision that "Google isn't liable for . . .
7   punitive damages";
8   WHEREAS, the New TOS also includes a new provision that "Google's total liability
9   arising out of or relating to these terms is limited to the greater of (1) $200 or (2) the fees paid to
10  use the relevant services in the 12 months before the dispute"; and
11  WHEREAS, the parties conferred and agreed that the New TOS shall not apply to
12  extinguish or limit claims in this existing litigation as follows;
13  NOW, THEREFORE, the Parties stipulate as follows, subject to Court approval:
14  1. Google's New TOS does not release, extinguish or limit any alleged claims for punitive
15  damages in *In re Google Location History Litigation*, case no. 18-cv-05062 (N.D. Cal.), that
16  existed prior to January 5, 2022, either for the named plaintiffs or putative class members.
17  2. The $200 liability cap in Google's New TOS shall not apply in *In re Google Location*
18  *History Litigation* to limit any alleged claims that existed prior to January 5, 2022, either for the
19  named plaintiffs or putative class members.

Dated: March 7, 2022

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By:  */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MICHAEL LEVIN-GESUNDHEIT
JOHN D. MAHER

*Interim Co-Lead Class Counsel*

- 1 -

STIPULATION AND [PROPOSED]
ORDER RE NEW TERMS OF SERVICE
CASE NO: 5:18-CV-05062-EJD (NC)

| | | |
|---|---|---|
| Dated: March 7, 2022 | | AHDOOT & WOLFSON, PC |

By: */s/ Tina Wolfson*
TINA WOLFSON
THEODORE MAYA
BRADLEY KING

*Interim Co-Lead Class Counsel*

Dated: March 7, 2022                                        KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
GREGORY WASHINGTON

Attorneys for Defendant GOOGLE LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Michael W. Sobol, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2022 at San Francisco, California.

                                         */s/ Michael W. Sobol*
                                         Michael W. Sobol

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, the Court hereby ORDERS:

1. Google's New TOS does not release, extinguish or limit any alleged claims for punitive damages in *In re Google Location History Litigation*, case no. 18-cv-05062 (N.D. Cal.), that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

2. The $200 liability cap in Google's New TOS shall not apply in *In re Google Location History Litigation* to limit any alleged claims that existed prior to January 5, 2022, either for the named plaintiffs or putative class members.

**IT IS SO ORDERED**

Dated: __March 7_____, 2022            _____
                                             HON. EDWARD J. DAVILA
                                             U.S. DISTRICT COURT JUDGE