KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PARTIES' UPDATE RE STAY AND SCHEDULE**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

On February 22, 2022, based upon the parties' stipulated request, the Court stayed all discovery in this matter and vacated all case deadlines to facilitate the parties' mediation efforts. *See* Dkt. 243 at 5. The Court also ordered the parties to file a status report by today that "advis[ed] the Court as to the status of their mediation efforts." *Id.*

The parties have attended two mediation sessions with mediator Eric D. Green, the first in March and another in May. Although the parties have not yet resolved their dispute, they have agreed to continue mediation discussions, and have agreed and respectfully request that the existing stay remain in place while those discussions take place.

The parties propose to provide a further status update by June 13, 2022.

Dated: May 13, 2022                                KEKER, VAN NEST & PETERS LLP

                                                   By:  */s/ Benjamin Berkowitz*
                                                        BENJAMIN BERKOWITZ
                                                        THOMAS E. GORMAN
                                                        NICHOLAS D. MARAIS
                                                        CHRISTOPHER S. SUN
                                                        CHRISTINA LEE
                                                        GREGORY WASHINGTON

                                                        Attorneys for Defendant GOOGLE LLC


Dated: May 13, 2022                                LIEFF CABRASER HEIMANN &
                                                   BERNSTEIN, LLP

                                                   By:  */s/ Michael W. Sobol*
                                                        MICHAEL W. SOBOL
                                                        MELISSA GARDNER
                                                        MICHAEL LEVIN-GESUNDHEIT
                                                        MICHAEL K. SHEEN
                                                        JALLÉ H. DAFA
                                                        JOHN D. MAHER

                                                        *Interim Co-Lead Class Counsel*

| | |
|---|---|
| Dated: May 13, 2022 | AHDOOT & WOLFSON, PC |
| | By: /s/ Tina Wolfson |
| | TINA WOLFSON |
| | THEODORE MAYA |
| | HENRY J. KELSTON |
| | BRADLEY K. KING |
| | *Interim Co-Lead Class Counsel* |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 13, 2022                               /s/ Benjamin Berkowitz