UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STATUS REPORT ORDER** |

Based on the representations made in the May 13, 2022 status report (Dkt. No. 247), the parties shall provide a further status report by **June 13, 2022**.

**IT IS SO ORDERED.**

Dated: May 17, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-05062-EJD
STATUS REPORT ORDER

1