KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PARTIES' UPDATE RE STAY AND SCHEDULE**<br><br>Dept:      Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |

Earlier this year, at the parties' request, the Court stayed discovery in this matter and vacated all case deadlines to facilitate the parties' mediation efforts.  *See* Dkt. 243 at 5.  Last month, the Court ordered the parties to provide a status update by today.  *See* Dkt. 248.

The parties have now attended three mediation sessions with mediator Eric D. Green, one in March and two in May.  While the parties have not yet reached a settlement of this matter, the mediation sessions have been productive.  Accordingly, the parties request that the stay remain in place as they continue their mediation discussions, and propose to submit a further status report in 60 days (*i.e.*, by August 12, 2022).

Dated:  June 13, 2022                                                  KEKER, VAN NEST & PETERS LLP

                                                    By:    */s/ Benjamin Berkowitz*
                                                           BENJAMIN BERKOWITZ
                                                           THOMAS E. GORMAN
                                                           NICHOLAS D. MARAIS
                                                           CHRISTOPHER S. SUN
                                                           CHRISTINA LEE
                                                           GREGORY WASHINGTON

                                                           Attorneys for Defendant GOOGLE LLC

Dated:  June 13, 2022                                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                                    By:    */s/ Michael W. Sobol*
                                                           MICHAEL W. SOBOL
                                                           MELISSA GARDNER
                                                           MICHAEL LEVIN-GESUNDHEIT
                                                           MICHAEL K. SHEEN
                                                           JALLÉ H. DAFA
                                                           JOHN D. MAHER

                                                           *Interim Co-Lead Class Counsel*

Dated:  June 13, 2022                                              AHDOOT & WOLFSON, PC

                                                         By:    /s/ Tina Wolfson
                                                                TINA WOLFSON
                                                                THEODORE MAYA
                                                                HENRY J. KELSTON
                                                                BRADLEY K. KING

                                                                *Interim Co-Lead Class Counsel*

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  June 13, 2022                                              /s/ Benjamin Berkowitz
                                                                   BENJAMIN BERKOWITZ