KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore W. Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
Henry J. Kelston (*pro hac vice*)
*hkelston@ahdootwolfson.com*
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax: (310) 474-8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS REPORT**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

Earlier this year, at the parties' request, the Court stayed discovery in this matter and vacated all case deadlines to facilitate the parties' mediation efforts. *See* Dkt. 243 at 5. On May 17, 2022, the Court ordered the parties to provide a status update by June 13, 2022. Dkt. 248. On June 13, 2022, the parties jointly reported that, while they had not yet reached a settlement, their mediation discussions had been productive. *See* Dkt. 249. The Court ordered the parties to file an updated joint status report by today. Dkt. 250.

Since June, the parties have continued settlement discussions and made progress. In light of the parties' ongoing settlement discussions, and given the complexity of the issues involved, the parties agree that they require additional time to facilitate a potential resolution of this matter. Accordingly, the parties respectfully request that the stay remain in place and propose to submit a further status report in 30 days (i.e., by September 12, 2022).

Dated: August 12, 2022

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

*Interim Co-Lead Class Counsel*

Dated: August 12, 2022

AHDOOT & WOLFSON, PC

By: */s/ Tina Wolfson*
TINA WOLFSON
THEODORE W. MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Interim Co-Lead Class Counsel*

Dated:  August 12, 2022                                KEKER, VAN NEST & PETERS LLP

                                              By:   /s/ Nicholas D. Marais
                                                    BENJAMIN BERKOWITZ
                                                    THOMAS E. GORMAN
                                                    NICHOLAS D. MARAIS
                                                    CHRISTOPHER S. SUN
                                                    CHRISTINA LEE
                                                    GREGORY WASHINGTON

                                                    Attorneys for Defendant GOOGLE LLC

**ATTESTATION**

    Pursuant to Local Rule 5-1(h)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: August 12, 2022                                 /s/ Tina Wolfson
                                                       TINA WOLFSON