| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>GREGORY WASHINGTON - # 318796<br>gwashington@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PARTIES' UPDATE RE STAY**<br><br>Dept:       Courtroom 4 - 5th Floor<br>Judge:     Hon. Edward J. Davila<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |

Earlier this year, based upon the parties' stipulated request, the Court stayed all discovery in this matter and vacated all case deadlines to facilitate the parties' mediation efforts. *See* Dkt. 243 at 5. This matter has been stayed since then. *See* Dkts. 243, 248, 250, 252. During that time, the parties have attended three mediation sessions with mediator Eric Green and have continued negotiations to resolve this dispute.

The parties have now reached an agreement in principle as to the primary material terms (monetary and non-monetary) and request that the matter remain stayed for an additional 30 days, during which time they will work together to finalize a long-form settlement agreement.

The parties propose to provide a further status update on October 12, 2022.

Dated: September 12, 2022

KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
GREGORY WASHINGTON

Attorneys for Defendant GOOGLE LLC

Dated: September 12, 2022

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael Levin-Gesundheit*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

Interim Co-Lead Class Counsel

1
PARTIES' UPDATE RE STAY AND SCHEDULE
Case No. 5:18-cv-05062-EJD

1911971

| | |
|---|---|
| Dated:  September 12, 2022 | AHDOOT & WOLFSON, PC |
| | By:  */s/ Theodore W. Maya*<br>TINA WOLFSON<br>THEODORE W. MAYA<br>BRADLEY K. KING<br>HENRY J. KELSTON |
| | Interim Co-Lead Class Counsel |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  September 12, 2022                            */s/ Benjamin Berkowitz*
                                                                            BENJAMIN BERKOWITZ