| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>AHDOOT & WOLFSON, PC<br>Andrew W. Ferich (*pro hac vice*)<br>aferich@ahdootwolfson.com<br>201 King of Prussia Road, Suite 650<br>Radnor, PA 19087<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Dept.            Courtroom 4 - 5th Floor<br>Judge:          Hon. Edward J. Davila<br>Date Filed:   November 2, 2018<br>Trial Date:   None Set |

1    As previously reported to the Court, the parties have reached an agreement in principle as
2 to the primary material terms of a settlement for this action, which has been stayed since earlier
3 this year to enable the parties to focus on settlement negotiations.  *See* Dkts. 243, 248, 250, 252,
4 253.  The parties have worked diligently and in good faith to reach agreement on all material
5 terms of a settlement.  As of the filing of this report, however, the parties were not able to reach
6 agreement as to the amount of time necessary to conclude their negotiations, and thus were not
7 able to agree on the contents of a joint status report.  Plaintiffs therefore submit this separate
8 status report.

9    Plaintiffs believe that no less than 30 days (until November 11, 2022) will be necessary to
10 conclude negotiations over certain material terms of the agreement, and lifting the stay before that
11 time would only serve to divert resources from these efforts and further delay the parties'
12 progress.  Accordingly, Plaintiffs respectfully request that the matter remain stayed, and that the
13 parties provide a further status report by November 11, 2022, and if necessary, submit a proposed
14 schedule for completing class certification discovery and briefing consistent with the parties'
15 stipulation.  *See* Dkt. 243.

Dated:  October 12, 2022

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

*Interim Co-Lead Class Counsel*

| | | |
|---|---|---|
| Dated: October 12, 2022 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson*<br>TINA WOLFSON<br>THEODORE W. MAYA<br>HENRY J. KELSTON<br>BRADLEY K. KING |
| | | *Interim Co-Lead Class Counsel* |

**ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I attest that all signatories above have concurred in the filing of this document.

Dated: October 12, 2022        */s/ Michael W. Sobol*
               MICHAEL W. SOBOL