KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD <br><br> **GOOGLE UPDATE RE STAY AND SCHEDULE** <br><br> Dept:   Courtroom 4 - 5th Floor <br> Judge:  Hon. Edward J. Davila <br><br> Date Filed: November 2, 2018 <br><br> Trial Date: None Set |

1    Last month, the parties requested that this matter "remain stayed for an additional 30 days, during which time they will work together to finalize a long-form settlement agreement." *See* Dkt. 253 at 1. Google now provides this update.

In February 2022, the parties requested that the Court stay these proceedings to allow them time to explore potential resolution of this dispute. *See* Dkt. 240. Over the past eight months, the parties have attended three separate mediation sessions with mediator Eric Green, through which they reached an agreement on monetary terms in May 2022. The parties then continued to negotiate and, after another four months, reached agreement on additional non-monetary terms of the settlement in September 2022. *See* Dkt. 253.

Having done so, the parties requested an additional 30 days to "finalize a long-form settlement agreement." *Id.* The deadline was today. Unfortunately, it appears to Google that this process has stalled.

Google believes that, if the parties are to bring the settlement process to a close, they should do so diligently, in short order, and with a firm deadline in mind. Google has made clear to plaintiffs' counsel that it remains willing to work cooperatively and diligently with plaintiffs' counsel to finalize a settlement agreement over the next week. But if the parties have not memorialized their agreement in a long-form settlement agreement by October 21, Google intends to ask the Court to lift the stay and set a revised case schedule that includes deadlines for class-certification and summary-judgment motions. (The parties previously agreed that it would be appropriate to allow for four months of discovery before the deadline to file a motion for class certification. *See* Dkt. 240 at ¶ 3.)

It is now time for the parties to finalize the settlement they have negotiated or to litigate this matter to a resolution.

//
//
//
//

Dated: October 12, 2022                                KEKER, VAN NEST & PETERS LLP

                                          By:   */s/ Benjamin Berkowitz*
                                                BENJAMIN BERKOWITZ
                                                THOMAS E. GORMAN
                                                NICHOLAS D. MARAIS
                                                CHRISTOPHER S. SUN
                                                CHRISTINA LEE
                                                GREGORY WASHINGTON

                                                Attorneys for Defendant GOOGLE LLC