UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAPOLEON PATACSIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, LLC, et al., <br><br> Defendants. | Case No.   5:18-cv-05062-EJD <br><br> **ORDER RE STATUS CONFERENCE** <br><br> Re: Dkt. Nos. 254, 255 |

The Court has considered the parties' separate status reports filed on October 12, 2022. Dkt. Nos. 254, 255.  Based on the parties' submissions, the stay will remain in place and the parties are ordered to appear before the Court for a status conference on **November 3, 2022 at 10:00 a.m**.  The parties shall file a joint status report by **October 24, 2022**.

**IT IS SO ORDERED.**

Dated: October 13, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-05062-EJD
ORDER RE STATUS CONFERENCE
1