```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
GREGORY D. WASHINGTON - # 318796
gwashington@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL GREGORY D. WASHINGTON**<br><br>Dept:     Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

PLEASE TAKE NOTICE that the undersigned is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and hereby withdraws his appearance as counsel for Defendant.

Defendant Google LLC will continue to be represented by Benjamin Berkowitz, Thomas E. Gorman, Nicholas D. Marais, Christopher S. Sun, and Christina Lee of the Keker, Van Nest & Peters LLP law firm.

Dated:  October 14, 2022               KEKER, VAN NEST & PETERS LLP

                               By:    /s/ Gregory D. Washington
                                      BENJAMIN BERKOWITZ
                                      THOMAS E. GORMAN
                                      NICHOLAS D. MARAIS
                                      CHRISTOPHER S. SUN
                                      CHRISTINA LEE
                                      GREGORY D. WASHINGTON

                                      Attorneys for Defendant GOOGLE LLC