UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PATACSIL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE, LLC, et al.,<br><br>　　　　Defendants. | Case No.  5:18-CV-05062 EJD<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　　Pursuant to Civil Local Rule 72-1, this matter is referred to United States Magistrate Judge Joseph C. Spero to conduct a settlement conference no later than January 27, 2022.  No later than November 18, 2022, the parties shall contact Magistrate Judge Spero's Courtroom Deputy to schedule a conference with the assigned Magistrate Judge.

　　　**IT IS SO ORDERED.**

Dated:  November 7, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Rev. 10-18*