```
                    UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION


                                     CASE NO.  CV-18-05062-EJD

    IN RE: GOOGLE LOCATION HISTORY    SAN JOSE, CALIFORNIA

    LITIGATION                        NOVEMBER 3, 2022

                                      PAGES 1 - 12


                   TRANSCRIPT OF ZOOM PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE


    A-P-P-E-A-R-A-N-C-E-S

    FOR THE PLAINTIFFS:    AHDOOT & WOLFSON, PC
                           BY:  TINA WOLFSON
                           2600 WEST OLIVE AVENUE, SUITE 500
                           BURBANK, CALIFORNIA 91505

                           LIEFF CABRASER HEIMANN & BERNSTEIN
                           BY:  MICHAEL W. SOBOL
                           EMBARCADERO CENTER WEST
                           275 BATTERY STREET, 29TH FLOOR
                           SAN FRANCISCO, CALIFORNIA 94111

              (APPEARANCES CONTINUED ON THE NEXT PAGE.)


      OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
       TRANSCRIPT PRODUCED WITH COMPUTER.
```

A P P E A R A N C E S: (CONT'D)

FOR THE DEFENDANTS:         KEKER, VAN NEST & PETERS LLP
                            BY:  BENJAMIN BERKOWITZ
                                 NICHOLAS D. MARAIS
                            633 BATTERY STREET
                            SAN FRANCISCO, CALIFORNIA 94111

```
         1    SAN JOSE, CALIFORNIA                    NOVEMBER 3, 2022
         2                    P R O C E E D I N G S
10:26AM  3         (COURT CONVENED AT 10:26 A.M.)
10:26AM  4              THE COURT:  THANK YOU.  LET'S CALL OUR MORNING
10:27AM  5    MATTER, 18-5062, IN RE GOOGLE LITIGATION.
10:27AM  6         LET ME ASK THE PARTIES TO IDENTIFY THEMSELVES, PLEASE, FOR
10:27AM  7    THIS ZOOM HEARING.
10:27AM  8         WHO APPEARS FOR THE PLAINTIFFS?
10:27AM  9              MS. WOLFSON:  GOOD MORNING, YOUR HONOR.
10:27AM 10    TINA WOLFSON FOR THE PLAINTIFFS.
10:27AM 11              THE COURT:  THANK YOU.  GOOD MORNING.
10:27AM 12         ANYONE ELSE FOR PLAINTIFFS?
10:27AM 13              MR. SOBOL:  YES.  GOOD MORNING, YOUR HONOR.
10:27AM 14    MICHAEL SOBOL ALSO FOR THE PLAINTIFFS.
10:27AM 15              THE COURT:  THANK YOU.  GOOD MORNING.
10:27AM 16         WHO APPEARS FOR THE DEFENDANTS?
10:27AM 17              MR. BERKOWITZ:  GOOD MORNING, YOUR HONOR.
10:27AM 18         BEN BERKOWITZ FOR GOOGLE.
10:27AM 19              THE COURT:  THANK YOU.  GOOD MORNING.
10:27AM 20              MR. MARAIS:  GOOD MORNING, YOUR HONOR.
10:27AM 21    NICK MARAIS FROM KEKER, VAN NEST & PETERS ALSO FOR GOOGLE.
10:27AM 22              THE COURT:  THANK YOU.  GOOD MORNING.
10:27AM 23         THIS APPEARS FOR A FURTHER STATUS CONFERENCE, AND I DID
10:28AM 24    RECEIVE DOCUMENT 258, 258.  I'VE READ THAT.
10:28AM 25         IS THERE ANY CHANGE TO ANY OF THE STATUS?  IT SOUNDS LIKE
```

```
10:28AM   1        YOU'VE REACHED AN AGREEMENT, A SETTLEMENT, AND THEN IT FELL
10:28AM   2   APART OR SOMETHING?  OR THERE'S SOME ISSUES THERE?  SHOULD WE
10:28AM   3   GO TO TRIAL NEXT WEEK?  WHAT SHOULD WE DO?
10:28AM   4              MS. WOLFSON:  YOUR HONOR, TINA WOLFSON FOR THE
10:28AM   5   PLAINTIFFS.
10:28AM   6        WE DID MAKE A LOT OF PROGRESS IN SETTLEMENT AND REACHED
10:28AM   7   AGREEMENT ON SOME MATERIAL TERMS, BUT, UNFORTUNATELY, WE HAVE
10:28AM   8   HIT A LOGJAM ON SOME OTHER MATERIAL TERMS.
10:28AM   9        PLAINTIFFS, OF COURSE, REMAIN COMMITTED TO THE SETTLEMENT
10:28AM  10   PROCESS.  WE ARE OPEN TO ANY AND ALL CREATIVE IDEAS, INCLUDING
10:28AM  11   POTENTIALLY PERHAPS ENGAGING A MAGISTRATE JUDGE IN THE
10:28AM  12   NORTHERN DISTRICT OF CALIFORNIA, PERHAPS TRYING OUR HAND WITH A
10:29AM  13   DIFFERENT MEDIATOR, PERHAPS ONE WHO WAS ABLE TO HELP THE
10:29AM  14   PARTIES REACH AGREEMENT IN THE RELATED MATTER BROUGHT BY THE
10:29AM  15   ARIZONA ATTORNEY GENERAL THAT WAS RECENTLY SETTLED, BUT WE
10:29AM  16   REMAIN COMMITTED TO THAT PROCESS.
10:29AM  17        AND WE DON'T THINK YOU SHOULD SET TRIAL NEXT WEEK OR
10:29AM  18   ANYTHING CLOSE TO THAT.
10:29AM  19        IN OUR STATEMENT WE PROPOSED IF YOUR HONOR WAS INCLINED TO
10:29AM  20   SET A SCHEDULE, TO SET CLASS CERTIFICATION IN TEN MONTHS.
10:29AM  21   DEFENDANTS PROPOSE A MUCH SHORTER TIMELINE.
10:29AM  22        IF YOUR HONOR IS NOT INCLINED TO GIVE US THE TIME THAT WE
10:29AM  23   NEED TO DO THE DISCOVERY THAT WE NEED, I WOULD LIKE TO BE HEARD
10:29AM  24   ON THAT.
10:29AM  25        BUT THERE IS YET A THIRD OPTION THAT WE WOULD LIKE TO
```

```
10:29AM  1   PROPOSE TO THE COURT AND THAT IS NOT TO SET A CLASS
10:29AM  2   CERTIFICATION DEADLINE RIGHT NOW, SET ANOTHER CMC SO THAT --
10:30AM  3   SOME TIME IN EARLY 2023, LIFT THE LITIGATION STAY, LET US
10:30AM  4   RESUME OUR MEET AND CONFER ON NUMEROUS DISCOVERY ISSUES.  IT'S
10:30AM  5   BEEN VERY, VERY CONTENTIOUS IN THIS CASE, BUT WE REMAIN
10:30AM  6   OPTIMISTIC AND MAYBE SOME OF THOSE ISSUES THAT ARE STILL
10:30AM  7   OUTSTANDING WE'LL BE ABLE TO RESOLVE THROUGH THE MEET AND
10:30AM  8   CONFER PROCESS.  MAYBE NOT.
10:30AM  9        AND AT THE SAME TIME, TO THE EXTENT THAT THERE IS ANYTHING
10:30AM 10   TO BE DONE WITH REGARD TO SETTLEMENT, WE'RE READY, WILLING, AND
10:30AM 11   ABLE TO DO THAT.
10:30AM 12        AND IF YOUR HONOR CHOOSES THAT OPTION, I THINK THE BENEFIT
10:30AM 13   IS WHEN WE COME BACK TO YOU IN EARLY 2023 AND WE STILL NEED TO
10:30AM 14   PROPOSE A SCHEDULE, IT WILL JUST HAVE A MUCH MORE INFORMED
10:30AM 15   POSITION OF WHERE THE PARTIES REALLY ARE AT THAT TIME.
10:30AM 16             THE COURT:  THANK YOU, MS. WOLFSON.
10:30AM 17        MR. BERKOWITZ, MR. MARAIS, WHO IS GOING TO SPEAK?
10:30AM 18             MR. BERKOWITZ:  THANK YOU, YOUR HONOR.
10:30AM 19        WELL, I WOULD SAY THAT WE CERTAINLY AGREE, THE PARTIES, WE
10:31AM 20   BELIEVE HAD REACHED AN AGREEMENT IN PRINCIPAL OVER A MONTH AGO.
10:31AM 21        THE PARTIES HAVE NOT BEEN ABLE TO DOCUMENT THAT.  WHERE WE
10:31AM 22   GO FROM HERE I THINK IS AN INTERESTING QUESTION.  I THINK THE
10:31AM 23   IDEA OF A SETTLEMENT MAGISTRATE IS SOMETHING THAT GOOGLE WOULD
10:31AM 24   BE WILLING TO PARTICIPATE IN.  I THINK OUR PREFERENCE IS THAT
10:31AM 25   PROCESS WOULD HAPPEN QUICKLY BECAUSE I DO THINK FROM GOOGLE'S
```

```
10:31AM   1    PERSPECTIVE, IF THE PARTIES ARE NOT GOING TO RESOLVE THIS CASE,
10:31AM   2    WE WOULD LIKE TO RETURN TO THE SCHEDULE THAT THE COURT
10:31AM   3    PREVIOUSLY SET AND THAT THE PARTIES STAYED AND STIPULATED, AND
10:31AM   4    I THINK THIS IS IN DOCKET 243.
10:31AM   5              THE COURT:  RIGHT.
10:31AM   6              MR. BERKOWITZ:  THE PARTIES STIPULATED THAT THERE
10:31AM   7    WOULD BE FOUR MONTHS OF DISCOVERY REMAINING, AND I THINK
10:31AM   8    WE'RE -- AND I THINK THAT'S AN ACHIEVABLE SCHEDULE GIVEN THE
10:31AM   9    PROFFER THAT THE PARTIES HAVE ALREADY MADE WITH
10:32AM  10    MAGISTRATE JUDGE COUSINS ON THE OUTSTANDING DISCOVERY ISSUES.
10:32AM  11       SO I WELCOME MS. WOLFSON'S SUGGESTION TO PARTICIPATE IN A
10:32AM  12    SETTLEMENT CONFERENCE.  I WOULD JUST, I WOULD JUST REQUEST THAT
10:32AM  13    THAT BE SET EXPEDITIOUSLY SO THAT THE PARTIES, IF THEY ARE
10:32AM  14    UNABLE TO SETTLE, CAN COMPLETE DISCOVERY AND COMPLETE THE
10:32AM  15    LITIGATION.
10:32AM  16              THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU FOR
10:32AM  17    BOTH OF YOUR OBSERVATIONS.
10:32AM  18       I THINK WE ARE -- I DON'T WANT TO SAY GREAT MINDS.  I'LL
10:32AM  19    SAY GREAT MINDS IN REGARDS TO THE TWO OF YOU, BUT NOT MYSELF.
10:32AM  20    BUT I HAD SOME THOUGHT ABOUT SENDING YOU TO A MAGISTRATE JUDGE
10:32AM  21    FOR A SETTLEMENT CONFERENCE.
10:32AM  22       IT SEEMS LIKE YOU HAVE PUT SO MUCH EFFORT, AND BOTH SIDES,
10:32AM  23    INTO ACHIEVING A RESOLUTION.  RESOLUTION WAS ACHIEVED, AND NOW
10:32AM  24    THERE'S SOME, IT SOUNDS LIKE THERE'S SOME, I HOPE IT'S NOT A
10:32AM  25    LOGJAM, MS. WOLFSON AND MR. BERKOWITZ, BUT THERE'S SOME
```

```
10:33AM   1    DISPUTES THAT HAVE CAUSED -- AND I'M GOING TO BE VERY CRITICAL
10:33AM   2    FOR JUST A MOMENT, PLEASE -- THAT HAVE CAUSED YOU IN YOUR
10:33AM   3    STATEMENT 258 TO ACCUSE EACH OTHER OF FALSITIES AND THOSE TYPES
10:33AM   4    OF THINGS.  AND I DON'T LIKE TO SEE THAT, I REALLY DON'T.
10:33AM   5    THAT'S NOT HELPFUL.  IT'S NOT HELPFUL TO ME.  IT'S NOT HELPFUL
10:33AM   6    TO MY COLLEAGUES, I'M CERTAIN, BUT AT LEAST FOR ME, THE JUDGE
10:33AM   7    THAT YOU'RE IN FRONT OF YOU.  I DON'T LIKE TO SEE ACCUSING THE
10:33AM   8    OTHER SIDE OF NOT HAVING -- NOT TELLING THE TRUTH OR HAVING A
10:33AM   9    LACK OF VERACITY IN THEIR STATEMENTS.
10:33AM  10         YOU KNOW, WE ALL KNOW THAT YOU CAN HAVE DIFFERENCES OF
10:33AM  11    OPINIONS.  THAT'S WHAT LITIGATION IS ALL ABOUT.  BUT TO SAY
10:33AM  12    THAT SOMEBODY IS -- AND NONE OF YOU USED THE WORD "LIE" BUT
10:33AM  13    THERE SURE IS AN INFERENCE THERE.  AND THAT'S NOT HELPFUL, COME
10:33AM  14    ON.
10:33AM  15         I JUST TELL YOU THAT GOING FORWARD.  AND I KNOW LITIGATION
10:33AM  16    CAN GET HEATED, AND POSITIONS CAN BE TAKEN AND RESPONDED TO,
10:34AM  17    BUT IT'S NOT HELPFUL TO ME WHEN I READ THAT.
10:34AM  18         THAT TELLS ME THAT -- I LOOK AT THAT AND I THINK THIS CASE
10:34AM  19    IS NOT GOING TO SETTLE, AND SO LET'S JUST CUT TO THE CHASE AND
10:34AM  20    BRING THE JURY IN BECAUSE THESE PARTIES HAVE REACHED THE
10:34AM  21    POINT -- THEY'RE GOOD LAWYERS, SMART LAWYERS, BUT IF THEY'VE
10:34AM  22    REACHED THE POINT WHERE THEY'RE NAME CALLING AND ALL OF THAT,
10:34AM  23    THEN THERE'S NOT GOING TO BE ANY SETTLEMENT, AND I SHOULDN'T
10:34AM  24    WASTE ANY OF OUR PRECIOUS MAGISTRATE JUDGE'S TIMES AND
10:34AM  25    RESOURCES FOR A CASE THAT IS -- IT APPEARS TO BE DESTINED TO
```

```
10:34AM   1    MOVE TO TRIAL.
10:34AM   2         I'M TELLING YOU THAT'S WHAT I READ WHEN I SEE THAT
10:34AM   3    LANGUAGE.  IT'S NOT HELPFUL.  I KNOW YOU'RE ALL GOOD, TERRIFIC
10:34AM   4    LAWYERS, AND THE VIRTUE OF YOUR VERACITY IS UNQUESTIONED.
10:34AM   5    YOU'RE ALL TERRIFIC.  SO THAT WOULDN'T HELP THE LITIGATION.
10:34AM   6         SO I JUST WANTED TO POINT THAT OUT TO YOU BECAUSE I GET TO
10:34AM   7    DO THAT, I GET TO TELL YOU THAT'S NOT HELPFUL.  IT'S NOT
10:34AM   8    HELPFUL WHEN I LOOK AT THINGS.
10:34AM   9         BUT IT IS HELPFUL FOR ME TO KNOW THAT YOU DID WORK HARD,
10:35AM  10    YOU'VE ACHIEVED SOME RESOLUTION PERHAPS WITH THE MAJORITY OF
10:35AM  11    THE ISSUES HERE, BUT AS IN LITIGATION, THERE MIGHT BE SOME FINE
10:35AM  12    POINTS THAT YOU'RE NOT ABLE TO MOVE FROM, AND I RESPECT THAT.
10:35AM  13         I WAS CURIOUS AS TO WHETHER OR NOT THE ARIZONA LITIGATION
10:35AM  14    WOULD HAVE ANY IMPACT ON POSITIONS HERE.  AND, MR. BERKOWITZ,
10:35AM  15    YOU DON'T HAVE TO ANSWER THAT QUESTION OUT LOUD OR ANSWER THAT
10:35AM  16    QUESTION AT ALL RIGHT NOW.  I'M JUST CURIOUS WHETHER THAT IS
10:35AM  17    SOMETHING THAT WOULD CARRY INTO A CONVERSATION IN A SETTLEMENT
10:35AM  18    CONFERENCE.  WOULD THAT BE HELPFUL, OR NOT?  YOU KNOW, YOU CAN
10:35AM  19    COMMENT.
10:35AM  20              MR. BERKOWITZ:  I'M HAPPY TO COMMENT, YOUR HONOR.
10:35AM  21    OUR POSITION IS THAT IT DOESN'T IMPACT THIS CASE.
10:35AM  22              THE COURT:  OKAY.  GREAT.  GREAT.  THANK YOU FOR
10:35AM  23    THAT.  WELL, THAT'S HELPFUL.
10:35AM  24         SO WHAT SHOULD I DO HERE?  SHOULD I, SHOULD I ALLOW YOU TO
10:35AM  25    MEET AND CONFER AND SEE IF YOU CAN GET AGREEMENT ON A
```

```
10:36AM   1    MAGISTRATE JUDGE THAT YOU WOULD LIKE TO APPEAR IN FRONT OF?
10:36AM   2         AND LET ME SAY, WE HAVE TERRIFIC JUDGES HERE IN SAN JOSE,
10:36AM   3    AS YOU KNOW, BUT I'M ALSO HAPPY TO HEAR YOUR THOUGHTS IF YOU
10:36AM   4    HAVE ANOTHER JUDGE THAT YOU THINK MIGHT BE HELPFUL IN THIS CASE
10:36AM   5    IN SAN FRANCISCO OR OAKLAND AND YOU WANT TO IDENTIFY THAT
10:36AM   6    PERSON, I WOULD REACH OUT TO THAT JUDGE'S CHAMBERS, FIRST OUR
10:36AM   7    CHIEF MAGISTRATE JUDGE TO SEE IF HE WERE TO AGREE TO ALLOW
10:36AM   8    THAT, AND I THINK YOU KNOW IN PRACTICE, WE HAVE A TERRIFIC
10:36AM   9    BENCH HERE.  WE'RE COLLEGIAL AND I EXPECT THAT.  IF YOU WANTED
10:36AM  10    TO GO TO SAN FRANCISCO OR OAKLAND TO SOMEONE, IF THEIR
10:36AM  11    CALENDARS WERE AVAILABLE, THEY WOULD WELCOME IT.
10:36AM  12         SHOULD I GIVE YOU TIME TO MEET AND CONFER AND IDENTIFY
10:36AM  13    SOMEBODY OR SOME PERSONS THAT YOU THINK WOULD BE APPROPRIATE
10:36AM  14    FOR THAT?
10:36AM  15              MS. WOLFSON:  I THINK THAT MAKES SENSE, YOUR HONOR.
10:37AM  16              MR. BERKOWITZ:  THAT WOULD BE FINE WITH US,
10:37AM  17    YOUR HONOR.  I MEAN, I THINK, AGAIN, OUR PREFERENCE IS THAT IT
10:37AM  18    HAPPEN EXPEDITIOUSLY.
10:37AM  19              THE COURT:  I AGREE.  THAT WOULD BE MY, THAT WOULD
10:37AM  20    BE MY GOAL IS TO REACH OUT TO -- IF YOU WANT TO GIVE ME A LIST
10:37AM  21    OF FOLKS THAT YOU WOULD LIKE TO -- YOU THINK THAT MIGHT BE
10:37AM  22    HELPFUL FOR YOU, I WOULD REACH OUT TO THOSE JUDGES AND SEE WHEN
10:37AM  23    THEY CAN MEET WITH YOU AS SOON AS POSSIBLE.  I MEAN, THAT WOULD
10:37AM  24    BE MY, THAT WOULD BE MY MESSAGE.
10:37AM  25         BECAUSE I AGREE, MR. BERKOWITZ, I WOULD LIKE TO SEE THE
```

| | | |
|---|---|---|
| 10:37AM | 1 | CASE MOVE ALONG.  I KNOW MS. WOLFSON AND MR. SOBOL WOULD AS |
| 10:37AM | 2 | WELL. |
| 10:37AM | 3 | I'M NOT GOING TO TALK RIGHT NOW ABOUT IS IT FOUR MONTHS OR |
| 10:37AM | 4 | IS IT TEN MONTHS, OTHER THAN TO SAY, AND I'LL JUST SAY THIS, I |
| 10:37AM | 5 | THINK TEN MONTHS IS A LITTLE LONG, MS. WOLFSON.  I KNOW YOU |
| 10:37AM | 6 | WANT TO BE HEARD ON THAT, BUT I'M NOT MAKING THAT DECISION |
| 10:37AM | 7 | TODAY. |
| 10:37AM | 8 | WHAT I AM DOING, THOUGH, IS ASKING YOU TO MEET AND CONFER |
| 10:38AM | 9 | AND GET TO ME THE NAME OF MAGISTRATE JUDGES.  IF YOU WANT TO |
| 10:38AM | 10 | PRIORITIZE THEM, WHATEVER, BUT GIVE ME A NAME OF SOMEBODY THAT |
| 10:38AM | 11 | YOU WOULD LIKE TO WORK WITH, AND I'LL SEE WHAT I CAN DO ABOUT |
| 10:38AM | 12 | GETTING THIS CASE IN FRONT OF THEM. |
| 10:38AM | 13 | AND HOW LONG DO YOU NEED TO DO THAT? |
| 10:38AM | 14 | MR. BERKOWITZ:  I WOULD THINK WE COULD DO THAT |
| 10:38AM | 15 | TOMORROW, YOUR HONOR. |
| 10:38AM | 16 | THE COURT:  RIGHT.  CLOSE OF BUSINESS TOMORROW, DO |
| 10:38AM | 17 | YOU THINK YOU COULD GET THAT TO ME? |
| 10:38AM | 18 | MR. BERKOWITZ:  I'M SURE WE CAN. |
| 10:38AM | 19 | THE COURT:  OKAY.  GREAT.  THANK YOU. |
| 10:38AM | 20 | AND THEN I'LL REACH OUT TO THOSE JUDGES AND SEE -- OR |
| 10:38AM | 21 | JUDGE, WHOEVER, AND SEE IF I CAN SOMEHOW PERSUADE THEM TO FIND |
| 10:38AM | 22 | TIME TO GET YOU IN TO WORK WITH THEM, AND WE'LL REPORT BACK. |
| 10:38AM | 23 | SHOULD I SET FOR US, SHOULD I SET ANOTHER, JUST AS A |
| 10:38AM | 24 | PLACEHOLDER, ANOTHER STATUS CONFERENCE DATE SOME TIME NEAR IN |
| 10:38AM | 25 | THE FUTURE, SOME TIME MAYBE BY THE END OF NOVEMBER? |

10:39AM 1          MR. BERKOWITZ: I THINK THAT'S A GOOD IDEA,
10:39AM 2    YOUR HONOR.
10:39AM 3          THE COURT: AND WE CAN TAKE THAT OFF CALENDAR IF YOU
10:39AM 4    HAVE -- IF WE GET YOU A DATE WITH A MAGISTRATE JUDGE, WE CAN
10:39AM 5    MOVE THAT. I JUST WANT TO CREATE A PLACEHOLDER DATE.
10:39AM 6       WHAT WOULD LOOK GOOD FOR US, MS. ROBINSON?
10:39AM 7          THE CLERK: YOUR HONOR, THE ONLY TIME WE WOULD HAVE
10:39AM 8    AVAILABLE ON A THURSDAY IN NOVEMBER WOULD BE THE 17TH.
10:39AM 9          THE COURT: I SEE. IS THAT TOO SOON? IT IS,
10:39AM 10   ACTUALLY. THAT'S A CHALLENGING WEEK FOR US.
10:39AM 11      SO HOW ABOUT THE FIRST WEEK IN DECEMBER?
10:39AM 12         THE CLERK: WE DON'T HAVE THE FIRST WEEK. WE MIGHT
10:39AM 13   BE ABLE TO SET THE 8TH OR THE 15TH.
10:39AM 14         MR. BERKOWITZ: SPEAKING FOR GOOGLE, YOUR HONOR, I
10:40AM 15   THINK ANY OF THOSE DATES, EVEN THE -- I MEAN, DEPENDING ON WHEN
10:40AM 16   WE COULD GET WITH THE MAGISTRATE, AND WE WOULD BE HAPPY TO BE
10:40AM 17   BACK ON THE 17TH OF NOVEMBER, AND IF THAT'S NOT AVAILABLE,
10:40AM 18   DECEMBER IS ALSO FINE WITH US.
10:40AM 19         THE COURT: LET'S DO DECEMBER 8TH.
10:40AM 20      MS. WOLFSON?
10:40AM 21         MS. WOLFSON: THAT WORKS FOR US, YOUR HONOR.
10:40AM 22         THE COURT: OKAY. LET'S SET THAT AS ANOTHER STATUS
10:40AM 23   CONFERENCE AT 10:00 A.M.
10:40AM 24      AGAIN, THAT'S REALLY A PLACEHOLDER HERE. IF WE CAN GET
10:40AM 25   YOU IN FRONT OF A MAGISTRATE JUDGE, WE'LL KNOW WHEN SHE OR HE

```
10:40AM   1    CAN MEET WITH YOU, AND WE CAN ADJUST THE TIME SCHEDULE
10:40AM   2    ACCORDINGLY.
10:40AM   3              MR. BERKOWITZ:  THANK YOU.
10:40AM   4              THE COURT:  OKAY.  GREAT.  THANKS VERY MUCH.  GOOD
10:40AM   5    SEEING YOU.  THANK YOU.
10:40AM   6              MS. WOLFSON:  THANK YOU, YOUR HONOR.
10:40AM   7              MR. SOBOL:  THANK YOU, YOUR HONOR.
10:40AM   8              THE COURT:  YOU AS WELL.  THANK YOU.
10:40AM   9         (COURT CONCLUDED AT 10:40 A.M.)
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: NOVEMBER 7, 2022