| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>*Interim Co-Lead Class Counsel*<br><br>KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>*Attorneys for Defendant GOOGLE LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Dept:           Courtroom 4 - 5th Floor<br>Judge:         Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None Set |

1  Plaintiffs and Defendant Google LLC (collectively, "the Parties"), by and through their
2  respective counsel of record, hereby stipulate and agree as follows:
3  WHEREAS, on November 3, 2022, the Court held a status conference, at which the
4  Parties agreed to meet and confer to identify a magistrate judge to conduct a settlement
5  conference;
6  WHEREAS, the Court set a status conference for December 8, 2022, *see* Dkt. 260;
7  WHEREAS, during the status conference, the Court indicated that the December 8, 2022
8  date was a "placeholder" that could be adjusted once a magistrate judge set a date for a settlement
9  conference, *see* Dkt. 263 at 11:22–12:2;
10 WHEREAS, on November 7, 2022, following discussions between the Parties, the Court
11 referred the matter to Chief Magistrate Judge Joseph C. Spero to conduct a settlement conference,
12 *see* Dkt. 262;
13 WHEREAS, Chief Magistrate Judge Spero has scheduled a settlement conference for
14 January 19, 2023, *see* Dkt. 265;
15 NOW, THEREFORE, the Parties stipulate as follows:
16 1.  Subject to the Court's approval, the December 8, 2022 status conference shall be
17     continued to Thursday, February 9, 2023 (or the Court's next available date).
18 2.  The Parties shall file a joint statement by February 2, 2023 advising the Court as to
19     the status of their settlement efforts.

Dated:  November 23, 2022                           LIEFF CABRASER HEIMANN &
                                                    BERNSTEIN, LLP


                                              By:   */s/ Michael W. Sobol*
                                                    MICHAEL W. SOBOL
                                                    MELISSA GARDNER
                                                    MICHAEL LEVIN-GESUNDHEIT
                                                    MICHAEL K. SHEEN
                                                    JALLÉ H. DAFA
                                                    JOHN D. MAHER

                                                    *Interim Co-Lead Class Counsel*

1
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. 5:18-cv-05062-EJD

2708635.1

| | | |
|---|---|---|
| Dated:  November 23, 2022 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* <br> TINA WOLFSON <br> THEODORE W. MAYA <br> BRADLEY K. KING <br> HENRY J. KELSTON |
| | | *Interim Co-Lead Class Counsel* |
| Dated:  November 23, 2022 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Nicholas D. Marais* <br> BENJAMIN BERKOWITZ <br> THOMAS E. GORMAN <br> NICHOLAS D. MARAIS <br> CHRISTOPHER S. SUN <br> CHRISTINA LEE |
| | | Attorneys for Defendant GOOGLE LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  November 23, 2022               */s/ Michael W. Sobol*
                                          MICHAEL W. SOBOL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____          _____
                                                                      Honorable Edward J. Davila