| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>*Interim Co-Lead Class Counsel*<br><br>KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:      415 397 7188<br><br>*Attorneys for Defendant GOOGLE LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Dept:        Courtroom 4 - 5th Floor<br>Judge:       Hon. Edward J. Davila<br><br>Date Filed: August 17, 2018<br><br>Trial Date: None Set |

1    Plaintiffs and Defendant Google LLC (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 3, 2022, the Court held a status conference, at which the Parties agreed to meet and confer to identify a magistrate judge to conduct a settlement conference;

WHEREAS, the Court set a status conference for December 8, 2022, *see* Dkt. 260;

WHEREAS, during the status conference, the Court indicated that the December 8, 2022 date was a "placeholder" that could be adjusted once a magistrate judge set a date for a settlement conference, *see* Dkt. 263 at 11:22–12:2;

WHEREAS, on November 7, 2022, following discussions between the Parties, the Court referred the matter to Chief Magistrate Judge Joseph C. Spero to conduct a settlement conference, *see* Dkt. 262;

WHEREAS, Chief Magistrate Judge Spero has scheduled a settlement conference for January 19, 2023, *see* Dkt. 265;

NOW, THEREFORE, the Parties stipulate as follows:

1. Subject to the Court's approval, the December 8, 2022 status conference shall be continued to Thursday, ~~February 9, 2023~~ **February 23, 2023, at 10:00 AM** (or the Court's next available date).

2. The Parties shall file a joint statement by ~~February 2, 2023~~ **February 9, 2023** advising the Court as to the status of their settlement efforts.

Dated: November 23, 2022                                    LIEFF CABRASER HEIMANN &
                                                            BERNSTEIN, LLP


                                                    By:   */s/ Michael W. Sobol*
                                                          MICHAEL W. SOBOL
                                                          MELISSA GARDNER
                                                          MICHAEL LEVIN-GESUNDHEIT
                                                          MICHAEL K. SHEEN
                                                          JALLÉ H. DAFA
                                                          JOHN D. MAHER

                                                          *Interim Co-Lead Class Counsel*

---

1

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
Case No. 5:18-cv-05062-EJD

2708635.1

| | | |
|---|---|---|
| Dated: November 23, 2022 | | AHDOOT & WOLFSON, PC |
| | By: | */s/ Tina Wolfson* |
| | | TINA WOLFSON |
| | | THEODORE W. MAYA |
| | | BRADLEY K. KING |
| | | HENRY J. KELSTON |
| | | |
| | | *Interim Co-Lead Class Counsel* |
| | | |
| Dated: November 23, 2022 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Nicholas D. Marais* |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | NICHOLAS D. MARAIS |
| | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| | | |
| | | Attorneys for Defendant GOOGLE LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  November 23, 2022                     */s/ Michael W. Sobol*
                                                                    MICHAEL W. SOBOL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED, *AS MODIFIED ABOVE*.

Dated: November 23, 2023

_____
Honorable Edward J. Davila