# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-05062-EJD (JCS)

**Case Name:** In Re Google Location History Litigation

**Date:** January 19, 2023     **Time:** 4.5 Hours

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Tina Wolfson, Henry Kelston, Ted Maya, Michael Sobol, Mike Sheen, Jalle Dafa, Melissa Gardner
**Attorney for Defendant:** Ben Berkowitz, Tom Gorman, Nic Marais

## ZOOM PROCEEDINGS

(X)   Zoom Settlement Conference  - Held

      ( ) Case Settled      (X) Case Did Not Settle      ( ) Partial Settlement

( )   Further Zoom Settlement Conference

      ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**   Scheduling conference set for 2/27/2023 at 3:00 PM PST by Zoom. Zoom Meeting ID: 161 664 4640. Passcode:  841312.

Parties in attendance: Putative class representatives available ty telephone. Danielle Pierre and Stefanie Shih, Google in-house counsel.