LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST FOR CO-LEAD COUNSEL MICHAEL SOBOL TO APPEAR TELEPHONICALLY OR VIA ZOOM AND [PROPOSED] ORDER**<br><br>Date:          February 23, 2023, 10:00 a.m.<br>Dept.         Courtroom 4 - 5th Floor<br>Judge:        Hon. Edward J. Davila |

1  TO THE HONORABLE JUDGE EDWARD J. DAVILA:

2          Pursuant to this Court's Standing Order IV(G), Michael W. Sobol, Interim Co-Lead

3  Counsel for Plaintiffs and the proposed Class, respectfully requests permission to appear

4  telephonically or via Zoom at the Further Status Conference scheduled for February 23, 2023 at

5  10:00 a.m.  While other counsel for Plaintiffs will be appearing in-person, Mr. Sobol is currently

6  out of state and is extending his travel for personal matters, so if he were to appear he would

7  greatly appreciate the opportunity to be heard telephonically or by Zoom for the purposes of this

8  status conference.

9

10  Dated:  February 20, 2023                    LIEFF CABRASER HEIMANN &
                                                BERNSTEIN, LLP
11

12                                By:    /s/ Michael W. Sobol

13                                       MICHAEL W. SOBOL
                                         LIEFF CABRASER HEIMANN &
14                                       BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
15                                       San Francisco, CA 94111
                                         Telephone: 415.956.1000
16                                       Facsimile: 415.956.1008
                                         msobol@lchb.com
17
                                         *Interim Co-Lead Class Counsel*
18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2          Michael W. Sobol, Interim Co-Lead Counsel for Plaintiffs and the proposed Class, may

3   appear telephonically or via Zoom at the Further Status Conference set for February 23, 2023 at

4   10:00 a.m. before this Court.  Plaintiffs' counsel shall contact the Courtroom Deputy for specific

5   instructions on appearing remotely.

6

7   Dated: _____          _____

8                                                                    Honorable Edward J. Davila

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28