1  LIEFF CABRASER HEIMANN &            AHDOOT & WOLFSON, PC
   BERNSTEIN, LLP                       Tina Wolfson (SBN 174806)
2  Michael W. Sobol (SBN 194857)        twolfson@ahdootwolfson.com
   msobol@lchb.com                      Theodore W. Maya (SBN 223242)
3  Melissa Gardner (SBN 289096)         tmaya@ahdootwolfson.com
   mgardner@lchb.com                    Bradley K. King (SBN 274399)
4  Michael Levin-Gesundheit (SBN 292930) bking@ahdootwolfson.com
   mlevin@lchb.com                      Henry J. Kelston (pro hac vice)
5  Michael K. Sheen (SBN 288284)        hkelston@ahdootwolfson.com
   msheen@lchb.com                      2600 West Olive Ave., Suite 500
6  Jallé H. Dafa (SBN 290637)           Burbank, CA  91505
   jdafa@lchb.com                       Telephone: 310.474.9111
7  John D. Maher (SBN 316157)           Facsimile: 310.474.8585
   jmaher@lchb.com
8  275 Battery Street, 29th Floor       *Interim Co-Lead Class Counsel*
   San Francisco, CA 94111
9  Telephone: 415.956.1000
   Facsimile: 415.956.1008
10
   LIEFF CABRASER HEIMANN &
11 BERNSTEIN, LLP
   Nicholas Diamand (pro hac vice)
12 250 Hudson Street, 8th Floor
   New York, NY 10013
13 Telephone: 212.355.9500
   Facsimile: 212.355.9592
14
   *Interim Co-Lead Class Counsel*
15

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

19

20  IN RE:  GOOGLE LOCATION            Case No.  5:18-cv-05062-EJD
    HISTORY LITIGATION
21                                     **PLAINTIFFS' ADMINISTRATIVE
                                       REQUEST FOR CO-LEAD COUNSEL
22                                     MICHAEL SOBOL TO APPEAR
                                       TELEPHONICALLY OR VIA ZOOM AND
23                                     [PROPOSED] ORDER**

24                                     Date:      February 23, 2023, 10:00 a.m.
                                       Dept.      Courtroom 4 - 5th Floor
25                                     Judge:     Hon. Edward J. Davila

26

27

28

1   TO THE HONORABLE JUDGE EDWARD J. DAVILA:

2            Pursuant to this Court's Standing Order IV(G), Michael W. Sobol, Interim Co-Lead

3   Counsel for Plaintiffs and the proposed Class, respectfully requests permission to appear

4   telephonically or via Zoom at the Further Status Conference scheduled for February 23, 2023 at

5   10:00 a.m.  While other counsel for Plaintiffs will be appearing in-person, Mr. Sobol is currently

6   out of state and is extending his travel for personal matters, so if he were to appear he would

7   greatly appreciate the opportunity to be heard telephonically or by Zoom for the purposes of this

8   status conference.

9

10  Dated:  February 20, 2023                              LIEFF CABRASER HEIMANN &
                                                           BERNSTEIN, LLP
11

12                                          By:     /s/ Michael W. Sobol

13                                                  MICHAEL W. SOBOL
                                                    LIEFF CABRASER HEIMANN &
14                                                  BERNSTEIN, LLP
                                                    275 Battery Street, 29th Floor
15                                                  San Francisco, CA 94111
                                                    Telephone: 415.956.1000
16                                                  Facsimile: 415.956.1008
                                                    msobol@lchb.com
17
                                                    *Interim Co-Lead Class Counsel*
18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

     Michael W. Sobol, Interim Co-Lead Counsel for Plaintiffs and the proposed Class, may

3

appear telephonically or via Zoom at the Further Status Conference set for February 23, 2023 at

4

10:00 a.m. before this Court.  Plaintiffs' counsel shall contact the Courtroom Deputy for specific

5

instructions on appearing remotely.

6

7

Dated:    February 21, 2023

                                   

8

                              Honorable Edward J. Davila

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -