UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062 EJD<br><br>**CASE SCHEDULING ORDER**<br><br>Re: ECF No. 269 |

On February 23, 2023 the parties appeared before Judge Edward J. Davila for a Status Conference.  The Court previously entered a Case Management Order on December 1, 2021 that provided fact discovery deadlines and a class certification briefing schedule.  ECF No. 208.  However, a stay was entered and all case deadlines were vacated before the completion of fact discovery.  ECF No. 243.  At the Status Conference, the Court lifted the stay and heard the parties' proposed deadlines for the completion of fact discovery and class certification briefing.  ECF No. 272. Based on the parties' Joint Case Management Statement (ECF No. 269) and the discussions held at the conference, the Court determined a case schedule.

IT IS ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Joint Status Conference Statement | June 16, 2023 |
| Status Conference | 11:00 a.m. on June 29, 2023 |
| Production of custodial ESI, final privilege logs, and other pre-certification fact discovery | July 28, 2023 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline to file class certification motion and serve Rule 23 expert witness report(s), if any | September 15, 2023 |
| Deadline to file class certification opposition and serve Rule 23 expert witness report(s), if any | October 13, 2023 |

| Plaintiffs file reply in support of motion for class certification | November 13, 2023 |
|---|---|
| Class Certification Hearing | 9:00 a.m. on December 14, 2023 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to the timing and content of pretrial submissions.

IT IS FURTHER ORDERED that the parties shall update the Court regarding the status of any settlement discissions.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-05062 EJD
CASE MANAGEMENT ORDER
2