**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-05062-EJD (JCS)

**Case Name:** In Re Google Location History Litigation

**Date:** February 28, 2023          **Time:** 30 M

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Tina Wolfson, Henry Kelston, Michael Sobol, Melissa Gardner, Michael Levin-Gesundheit, Mike Sheen, Jalle Dafa
**Attorney for Defendant:** Ben Berkowitz

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

( )   Further Zoom Settlement Conference

    ( ) Case Settled          ( ) Case Did Not Settle          ( ) Partial Settlement

(X)   Zoom Scheduling Conference to set Further Settlement Conference - Held

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:** Further Settlement Conference set for 8/22/2023 at 10:30 AM PDT by. Zoom Meeting ID: 161 664 4640. Passcode: 841312. If the parties agree that an earlier settlement conference would be useful, they should contact the Court. The Court's Order Setting Settlement Conference, ECF 265, remains in effect.

Updated settlement conference statements due **8/8/2023** and should be emailed to JCSSettlement@cand.uscourts.gov. Pre-registration information due **8/15/2023 by 4:00 PM PDT** and emailed to JCSSettlement@cand.uscourts.gov