1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  Melissa Gardner (SBN 289096)
   mgardner@lchb.com
4  Michael Levin-Gesundheit (SBN 292930)
   mlevin@lchb.com
5  Michael K. Sheen (SBN 288284)
   msheen@lchb.com
6  Jallé H. Dafa (SBN 290637)
   jdafa@lchb.com
7  John D. Maher (SBN 316157)
   jmaher@lchb.com
8  275 Battery Street, 29th Floor
   San Francisco, CA 94111
9  Telephone: 415.956.1000
   Facsimile: 415.956.1008
10
   LIEFF CABRASER HEIMANN &
11 BERNSTEIN, LLP
   Nicholas Diamand (pro hac vice)
12 250 Hudson Street, 8th Floor
   New York, NY 10013
13 Telephone: 212.355.9500
   Facsimile: 212.355.9592
14
   *Interim Co-Lead Class Counsel*
15

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

20 IN RE:  GOOGLE LOCATION            Case No.  5:18-cv-05062-EJD (NC)
   HISTORY LITIGATION
21                                    **DECLARATION OF MICHAEL K. SHEEN
                                      IN SUPPORT OF MOTION FOR
22                                    PERMISSION TO DISCLOSE HIGHLY
                                      CONFIDENTIAL MATERIALS TO
23                                    PLAINTIFFS' EXPERT**

24

25

26

27

28

I, Michael K. Sheen, declare as follows:

1.      I am an attorney at law admitted to practice before the courts of the State of California.  I am a partner at the law firm of Lieff, Cabraser, Heimann and Bernstein, LLP, and Counsel for Plaintiffs in the above-captioned matter.  I make this declaration in support of Plaintiffs' Motion for Permission to Disclose Highly Confidential Materials to Plaintiffs' Expert.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.      To date, Google has designated as "Highly Confidential – Attorneys' Eyes Only" ("Highly Confidential") under the Protective Order (Dkt. 112) roughly one quarter of the documents it produced in this action, along with its responses to numerous interrogatories.  Plaintiffs reasonably expect that substantial portions of future productions and discovery responses will also be so designated.  These Highly Confidential materials address, *inter alia*, Google's collection, storage, and processing of location information; the functionality of Google's technology; the purposes for which Google uses location information; users' awareness of Google's policies and practices; and users' expectations of privacy concerning location information.

3.      On December 8, 2022, Plaintiffs made a written request to Google for permission to disclose certain Highly Confidential materials to Dr. Zubair Shafiq, a computer science professor at the University of California, Davis, with expertise in Internet privacy and security.  In their written request, Plaintiffs identified Dr. Shafiq by name; the city and state of his primary residence; his current employer; all persons or entities from whom he has received compensation or funding for work in his area of expertise, or to whom he has provided professional services, during the preceding five years; and the two cases in which he has offered expert testimony in the preceding five years—*Calhoun v. Google LLC*, No. 4:20-cv-05146 (N.D. Cal.) ("*Calhoun*") and *In re Google RTB Consumer Privacy Litigation*, No. 4:21-cv-02155 (N.D. Cal.) ("*RTB*").  Plaintiffs also attached Dr. Shafiq's most recent curriculum vitae, a true and correct copy of which is attached hereto as **Exhibit A**.

4.      Having signed the Acknowledgement and Agreement to Be Bound by the Protective Order in this case (Dkt. 112, Ex. A), Dr. Shafiq has agreed to comply with and be bound by all the terms of the Protective Order.  Dr. Shafiq has informed me he has signed similar acknowledgments and has similarly agreed to comply with and be bound by the terms of the protective orders entered in the *Calhoun* and *RTB* cases.

5.      Dr. Shafiq has informed me that he previously served as either a consulting or testifying expert in at least six other litigation matters.  Dr. Shafiq has informed me he has never violated a protective order in any other case or otherwise misused confidential information.

6.      On December 19, 2022, in response to a request from Google for additional information regarding what materials Plaintiffs expected to share with Dr. Shafiq, Plaintiffs specified the following seven categories of Highly Confidential materials: (1) information relating to Google's collection, storage, and/or deletion of location information; (2) information relating to Google's processing and/or analysis of location information, including the technological means used to determine a user's location; (3) information relating to Google's uses of location information, including the purposes of such uses; (4) information relating to user-level options, settings, preferences, or other tools that affect whether Google stores and/or collects location information; (5) information relating to user privacy, including users' expectations of privacy in their location information; (6) information relating to user awareness of and/or consent to Google's policies and practices concerning location information; and (7) information relating to the financial impact of Google's collection, storage, and/or use of location information.

7.      On December 20, 2022, Google objected to "any Protected Materials being disclosed to Dr. Shafiq."  Referencing the *Calhoun* and *RTB* cases, counsel for Google stated:

> Giving Dr. Shafiq access to Protected Materials in this case would create a serious, unreasonable, and unnecessary risk that he would disclose Google confidential information, whether intentionally or inadvertently, to attorneys in other matters in which he is testifying against Google.

8.      The parties met and conferred by telephone on January 4, 2023.  During that call, counsel for Google stated its primary concern that Dr. Shafiq may misuse information learned in this case against Google in other matters where he has been retained as an expert, and vice versa.

Counsel for Plaintiffs disputed that there was any meaningful risk of such misuse, and asserted that the Protective Order (which Dr. Shafiq signed) is both robust and sufficient to safeguard Google's interests.  The parties agreed to confer further regarding their positions and to attempt to resolve the dispute amongst themselves.

9.      The parties subsequently exchanged several email communications regarding the scope and basis of Google's objection.

10.     In emails dated January 5, 2023, and January 11, 2023, I asked counsel for Google for additional information including, among other things: (a) citations to "legal authority on which Google is relying to support its objections"; (b) a description of "the types of information that someone in Dr. Shafiq's position might disclose (inadvertently or otherwise) to attorneys in the other matters, or the likelihood that Dr. Shafiq might actually disclose such information"; (c) an "explanation why the existing procedural and substantive safeguards in place would be insufficient to prevent or remedy any unauthorized disclosure of Google's confidential information"; and (d) Google's position regarding the suggestion that Plaintiffs might narrow the categories of Highly Confidential materials they intended to share with Dr. Shafiq.

11.     In an email dated January 20, 2023, counsel for Google once again explained its primary concern was that Dr. Shafiq "will use information he learns in one case while litigating another."  Counsel for Google made additional argument in support of its position, and provided some citations to legal authority.  Counsel also invited Plaintiffs to propose "a revised, narrower list of categories" of Highly Confidential materials.  Counsel did not describe any further the types of information Google feared Dr. Shafiq might disclose to attorneys, or Google's basis for expecting that Dr. Shafiq might actually disclose such information.

12.     In an email dated January 31, 2023, I relayed Plaintiffs' proposal to remove the seventh category of Highly Confidential materials at issue (i.e., "information relating to the financial impact of Google's collection, storage, and/or use of location information").

13.     In an email dated February 10, 2023, counsel for Google stated he was "not sure another round of discussions makes sense here," and further expressed Google's intention to

oppose any motion by Plaintiffs seeking permission to disclose the Highly Confidential materials at issue.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 28, 2023 in San Francisco, California.


*/s/ Michael K. Sheen*

MICHAEL K. SHEEN
*Interim Co-Lead Class Counsel*

# EXHIBIT A

# Zubair Shafiq

3043 Kemper Hall
*Davis, CA, 95616 USA*
✉ zubair@ucdavis.edu
🌐 www.cs.ucdavis.edu/˜zubair

## Research Interests

Web Privacy, Internet Measurement, Internet Security, Computer Networks

## Professional Experience

| | |
|---|---|
| 2020– | **Associate Professor**<br>Department of Computer Science, University of California-Davis |
| 2014–2020 | **Assistant Professor**<br>Department of Computer Science, University of Iowa |
| 2009–2014 | **Research Assistant**<br>Department of Computer Science and Engineering, Michigan State University |
| 2013 | **Research Intern**<br>IBM T. J. Watson Research Center |
| 2012 | **Research Intern**<br>Telefonica Research |
| 2011 | **Research Intern**<br>AT&T Labs – Research |
| 2007-2009 | **Research Engineer**<br>Next Generation Intelligent Networks Research Center, Pakistan |

## Education

| | |
|---|---|
| 2009–2014 | **Ph.D. Computer Science**<br>Department of Computer Science and Engineering, Michigan State University |
| 2004–2008 | **B.E. Electrical Engineering**<br>National University of Sciences & Technology (NUST), Pakistan |

## Honors and Awards

| | |
|---|---|
| 2020 | **Research Highlights**, Communications of the ACM |
| 2020 | **Dean's Scholar Award**, University of Iowa |
| 2018 | **NSF Faculty Early Career Development (CAREER) Award** |
| 2018 | **Andreas Pfitzmann Best Student Paper Award**, Privacy Enhancing Technologies Symposium |
| 2017 | **Best Paper Award**, ACM Internet Measurement Conference |
| 2015 | **NSF CISE Research Initiation Initiative (CRII) Award** |
| 2013 | **Fitch-Beach Outstanding Graduate Research Award**, Michigan State University |
| 2012 | **Best Paper Award**, IEEE International Conference on Network Protocols |
| 2007, 2008 | **Dean's Plaque of Excellence**, National University of Sciences & Technology, Pakistan |

## Publications

arXiv **Your Echos are Heard: Tracking, Profiling, and Ad Targeting in the Amazon Smart Speaker Ecosystem**
Umar Iqbal, Pouneh Nikkhah Bahrami, Rahmadi Trimananda, Hao Cui, Alexander Gamero-Garrido, Daniel Dubois, David Choffnes, Athina Markopoulou, Franziska Roesner, Zubair Shafiq
*arXiv:2204.10920*, 2022

arXiv **YouTube, The Great Radicalizer? Auditing and Mitigating Ideological Biases in YouTube Recommendations**
Muhammad Haroon, Anshuman Chhabra, Xin Liu, Prasant Mohapatra, Zubair Shafiq, Magdalena Wojcieszak
*arXiv:2203.10666*, 2022

arXiv **The Inventory is Dark and Full of Misinformation: Understanding the Abuse of Ad Inventory Pooling in the Ad-Tech Supply Chain**
Yash Vekaria, Rishab Nithyanand, Zubair Shafiq
*arXiv:2210.06654*, 2022

arXiv **Nowhere to Hide: Detecting Obfuscated Fingerprinting Scripts**
Ray Ngan, Surya Konkimalla, Zubair Shafiq
*arXiv:2206.13599*, 2022

arXiv **No Video Left Behind: A Utility-Preserving Obfuscation Approach for YouTube Recommendations**
Jiang Zhang, Hadi Askari, Konstantinos Psounis, Zubair Shafiq
*arXiv:2210.08136*, 2022

arXiv **CookieGraph: Measuring and Countering First-Party Tracking Cookies**
Shaoor Munir, Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*arXiv:2208.12370*, 2022

JOLT **A Scientific Approach to Tech Accountability**
Woodrow Hartzog, Scott Jordan, David Choffnes, Athina Markopoulou, Zubair Shafiq
*Beyond the FTC: The Future of Privacy Enforcement*, Harvard Journal of Law & Technology, 2023

S&P **Accuracy-Privacy Trade-off in Deep Ensemble: A Membership Inference Perspective**
Shahbaz Rezaei, Zubair Shafiq, Xin Liu
*IEEE Symposium on Security & Privacy*, 2023

USENIX **AutoFR: Automated Filter Rule Generation for Adblocking**
Security Hieu Le, Salma Elmalaki, Athina Markopoulou, Zubair Shafiq
*USENIX Security Symposium*, 2023

NDSS **Harpo: Learning to Subvert Online Behavioral Advertising**
Jiang Zhang, Konstantinos Psounis, Muhammad Haroon, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2022

USENIX **WebGraph: Capturing Advertising and Tracking Information Flows for Robust Blocking**
Security Sandra Siby, Umar Iqbal, Steven Englehardt, Zubair Shafiq, Carmela Troncoso
*USENIX Security Symposium*, 2022

USENIX **Khaleesi: Breaker of Advertising and Tracking Request Chains**
Security Umar Iqbal, Charlie Wolfe, Charles Nguyen, Steven Englehardt, Zubair Shafiq
*USENIX Security Symposium*, 2022

PETS  **FP-Radar: Longitudinal Measurement and Early Detection of Browser Fingerprinting**
Pouneh Nikkhah Bahrami, Umar Iqbal, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, 2022

ACL  **Adversarial Authorship Attribution for Deobfuscation**
Wanyue Zhai, Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

ACL  **On the Robustness of Offensive Language Classifiers**
Jonathan Rusert, Zubair Shafiq, Padmini Srinivasan
*Association for Computational Linguistics*, 2022

EuroS&P  **DNN Model Architecture Fingerprinting Attack on CPU-GPU Edge Devices**
Kartik Patwari, Syed Mahbub Hafiz, Han Wang, Houman Homayoun, Zubair Shafiq, Chen-Nee Chuah
*IEEE European Symposium on Security and Privacy*, 2022

DATE  **Stealthy Inference Attack on DNN via Cache-based Side-channel Attacks**
Han Wang, Syed Mahbub Hafiz, Kartik Patwari, Chen-Nee Chuah, Zubair Shafiq, Houman Homayoun
*IEEE/ACM Design Automation and Test in Europe*, 2022

IMC  **TrackerSift: Untangling Mixed Tracking and Functional Web Resources**
Abdul Haddi Amjad, Danial Saleem, Fareed Zaffar, Muhammad Ali Gulzar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2021

S&P  **Fingerprinting the Fingerprinters: Learning to Detect Browser Fingerprinting Behaviors**
Umar Iqbal, Steven Englehardt, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, 2021

NDSS  **CV-Inspector: Towards Automating Detection of Adblock Circumvention**
Hieu Le, Athina Markopoulou, Zubair Shafiq
*Network and Distributed System Security Symposium*, 2021

EACL  **Through the Looking Glass: Learning to Attribute Synthetic Text Generated by Language Models**
Shaoor Munirl, Brishna Batool, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*European Chapter of the Association for Computational Linguistics*, 2021

ACL  **A Girl Has A Name: Detecting Authorship Obfuscation**
Asad Mahmood, Zubair Shafiq, Padmini Srinivasan
*Annual Conference of the Association for Computational Linguistics*, 2020

S&P  **AdGraph: A Graph-Based Approach to Ad and Tracker Blocking**
Umar Iqbal, Peter Snyder, Shitong Zhu, Benjamin Livshits, Zhiyun Qian, Zubair Shafiq
*IEEE Symposium on Security & Privacy*, San Francisco, 2020

PETS  **CanaryTrap: Detecting Data Misuse by Third-Party Apps on Online Social Networks**
Shehroze Farooqi, Maaz Musa, Zubair Shafiq, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS  **Inferring Tracker-Advertiser Relationships in the Online Advertising Ecosystem**
John Cook, Rishab Nithyanand, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

PETS  **The TV is Smart and Full of Trackers: Measuring Smart TV Advertising and Tracking**
Janus Varmarken, Hieu Le, Anastasia Shuba, Zubair Shafiq, Athina Markopoulou
*Privacy Enhancing Technologies Symposium*, Montreal, 2020

**IoTDI**  **Characterizing Smart Home IoT Traffic in the Wild**
M. Hammad Mazhar, Zubair Shafiq
*ACM/IEEE Conference on Internet of Things Design and Implementation*, Sydney, 2020

**PAM**  **FlowTrace: A Framework for Active Bandwidth Measurements using In-band Packet Trains**
Adnan Ahmed, Ricky Mok, Zubair Shafiq
*Passive and Active Measurement Conference*, Eugene, 2020

**PETS**  **A Girl Has No Name: Automated Authorship Obfuscation using X-Mutant**
Asad Mahmood, Faizan Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

**PETS**  **No Place to Hide: Inadvertent Location Privacy Leaks on Twitter**
Jonathan Rusert, Osama Khalid, Dat Hong, Zubair Shafiq, Padmini Srinivasan
*Privacy Enhancing Technologies Symposium*, Stockholm, 2019

**WWW**  **Measurement and Early Detection of Third-Party Application Abuse on Twitter**
Shehroze Farooqi, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

**WWW**  **ShadowBlock: A Lightweight and Stealthy Adblocking Browser**
Shitong Zhu, Umar Iqbal, Zhongjie Wang, Zhiyun Qian, Zubair Shafiq, Weiteng Chen
*The Web Conference (WWW)*, San Francisco, 2019

**WWW**  **Measuring Political Personalization of Google News Search**
Huyen Le, Raven Maragh, Brian Ekdale, Timothy Havens, Andrew High, Zubair Shafiq
*The Web Conference (WWW)*, San Francisco, 2019

**ASONAM**  **A Postmortem of Suspended Twitter Accounts in the 2016 U.S. Presidential Election**
Huyen Le, Bob Boynton, Zubair Shafiq, Padmini Srinivasan
*IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining (ASONAM)*, Vancouver, 2019

**TDSC**  **Large Scale Characterization of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*IEEE Transactions on Dependable and Secure Computing*, 2019

**PETS**  **NoMoAds: Effective and Efficient Cross-App Mobile Ad-Blocking**
Anastasia Shuba, Athina Markopoulou, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Barcelona, 2018
<span style="color:red">**Andreas Pfitzmann Best Student Paper Award**</span>

**NDSS**  **Measuring and Disrupting Anti-Adblockers Using Differential Execution Analysis**
Shitong Zhu, Xunchao Hu, Zhiyun Qian, Zubair Shafiq, Heng Yin
*Network and Distributed System Security Symposium*, San Diego, 2018

**INFOCOM**  **Real-time Video Quality of Experience Monitoring for HTTPS and QUIC**
M. Hammad Mazhar, Zubair Shafiq
*IEEE International Conference on Computer Communications*, Honolulu, 2018

**TON**  **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE/ACM Transactions on Networking*, 2018

TBD **Optimizing Taxi Driver Profit Efficiency: A Spatial Network-based Markov Decision Process Approach**
Xun Zhou, Huigui Rong, Chang Yang, Qun Zhang, Amin Vahedian Khezerlou, Hui Zheng, Zubair Shafiq, Alex Liu
*IEEE Transactions on Big Data*, 2018

TOPS **Measuring, Characterizing, and Detecting Facebook Like Farms**
Muhammad Ikram, Lucky Onwuzurike, Shehroze Farooqi, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Transactions on Privacy and Security*, 2017

TIST **A Traffic Flow Approach to Early Detection of Gathering Events: Comprehensive Results**
Amin Khezerlou, Xun Zhou, Lufan Li, Zubair Shafiq, Alex X. Liu, Fan Zhang
*ACM Transactions on Intelligent Systems and Technology*, 2017

IMC **Measuring and Mitigating OAuth Access Token Abuse by Collusion Networks**
Shehroze Farooqi, Fareed Zaffar, Nektarios Leontiadis, Zubair Shafiq
*ACM Internet Measurement Conference*, London, 2017
<span style="color:red">**Best Paper Award**</span>
<span style="color:red">**CACM Research Highlights 2020**</span>

IMC **The Ad Wars: Retrospective Measurement and Analysis of Anti-Adblock Filter Lists**
Umar Iqbal, Zubair Shafiq, Zhiyun Qian
*ACM Internet Measurement Conference*, London, 2017

SIGMETRICS **Characterizing and Modeling Patching Practices of Industrial Control Systems**
Brandon Wang, Xiaoye Li, Leandro P. de Aguiar, Daniel S. Menasche, Zubair Shafiq
*ACM International Conference on Measurement and Modeling of Computer Systems*, Urbana-Champaign, 2017

PETS **Detecting Anti Ad-blockers in the Wild**
Muhammad Haris Mughees, Zhiyun Qian, Zubair Shafiq
*Privacy Enhancing Technologies Symposium*, Minneapolis, 2017

ICDM **Accurate Detection of Automatically Spun Content via Stylometric Analysis**
Usman Shahid, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Padmini Srinivasan, Fareed Zaffar
*IEEE International Conference on Data Mining*, New Orleans, 2017

CHI **Revisiting The American Voter on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Human Factors in Computing Systems*, Denver, 2017

ICDCS **Distributed Load Balancing in Key-Value Networked Caches**
Sikder Huq, Zubair Shafiq, Sukumar Ghosh, Amir Khakpour, Harkeerat Bedi
*IEEE International Conference on Distributed Computing Systems*, Atlanta, 2017

ICNP **Peering vs. Transit: Performance Comparison of Peering and Transit Interconnections**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Suffering from Buffering? Detecting QoE Impairments in Live Video Streams**
Adnan Ahmed, Zubair Shafiq, Harkeerat Bedi, Amir Khakpour
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICNP **Multipath TCP Traffic Diversion Attacks and Countermeasures**
Ali Munir, Zhiyun Qian, Zubair Shafiq, Alex Liu, Franck Le
*IEEE International Conference on Network Protocols*, Toronto, 2017

ICWSM **Scalable News Slant Measurement Using Twitter**
Huyen Le, Zubair Shafiq, Padmini Srinivasan
*AAAI International Conference on Web and Social Media*, Denver, 2017

HT **Bumps and Bruises: Mining Presidential Campaign Announcements on Twitter**
Huyen Le, G.R. Boynton, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*ACM Conference on Hypertext and Social Media*, Prague, 2017

Networking **Cascade Size Prediction in Online Social Networks**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017
**Best Paper Award Candidate (3 nominations out of 43 accepted papers)**

Networking **A Graph Theoretic Approach to Fast and Accurate Malware Detection**
Zubair Shafiq, Alex Liu
*IFIP Networking*, Prague, 2017

eCrime **Characterizing Key Stakeholders in an Online Black-Hat Marketplace**
Shehroze Farooqi, Muhammad Ikram, Emiliano De Cristofaro, Arik Friedman, Guillaume Jourjon,
Dali Kaafar, Zubair Shafiq, Fareed Zaffar
*IEEE/APWG Symposium on Electronic Crime Research*, Prague, 2017

ICNP **Optimizing Internet Transit Routing for Content Delivery Networks**
Faraz Ahmed, Zubair Shafiq, Amir Khakpour, Alex Liu
*IEEE International Conference on Network Protocols*, Singapore, 2016

DSN **Malware Slums: Measurement and Analysis of Malware on Traffic Exchanges**
Salman Yousaf, Umar Iqbal, Shehroze Farooqi, Raza Ahmad, Zubair Shafiq, Fareed Zaffar
*IEEE/IFIP International Conference on Dependable Systems and Networks*, France, 2016

SIGMETRICS **QoE Analysis of a Large-Scale Live Video Streaming Event**
Adnan Ahmed, Zubair Shafiq, Amir R. Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, France,
2016

ICDCS **The Internet is For Porn: Measurement and Analysis of Online Adult Traffic**
Faraz Ahmed, Zubair Shafiq, Alex X. Liu
*IEEE International Conference on Distributed Computing Systems*, Japan, 2016

INFOCOM **Characterizing Caching Workload of a Large Commercial Content Delivery Network**
Zubair Shafiq, Amir R. Khakpour, Alex X. Liu
*IEEE International Conference on Computer Communications*, San Francisco, 2016

SIGSPATIAL **A Traffic Flow Approach to Early Detection of Gathering Events**
Xun Zhou, Amin Vahedian Khezerlou, Alex Liu, Zubair Shafiq, Fan Zhang
*ACM International Conference on Advances in Geographic Information Systems*, San Francisco,
2016

CIKM **The Rich and the Poor: A Markov Decision Process Approach to Optimizing Taxi
Driver Revenue Efficiency**
Huigui Rong, Xun Zhou, Chang Yang, Zubair Shafiq, Alex Liu
*ACM International Conference on Information and Knowledge Management*, Indianapolis, 2016

TON **Characterizing and Optimizing Cellular Network Performance during Crowded Events**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Shobha Venkataraman, Jia Wang
*IEEE/ACM Transactions on Networking*, 2016

SMP **What Campaigns Become as Social Media Become the Infrastructure of Political Communication**
G.R. Boynton, Huyen Le, Yelena Mejova, Zubair Shafiq, Padmini Srinivasan
*Social Media and Politics*, 2016

TMC **Geospatial and Temporal Dynamics of Application Usage in Cellular Data Networks**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Transactions on Mobile Computing*, 2015

NSF/FCC QoE **Tracking Mobile Video QoE in the Encrypted Internet**
Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

NSF/FCC QoE **Bidirectional Crosslayer QoE Optimization**
Srikanth Sundaresan, Zubair Shafiq
*NSF/FCC Workshop on Tracking Quality of Experience in the Internet*, Princeton, 2015

IMC **Paying for Likes? Understanding Facebook Like Fraud Using Honeypots**
Emiliano De Cristofaro, Arik Friedmam, Guillaume Jourjon, Dali Kaafar, Zubair Shafiq
*ACM Internet Measurement Conference*, 2014

SIGMETRICS **Understanding the Impact of Network Dynamics on Mobile Video User Engagement**
Zubair Shafiq, Jeffrey Erman, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS **Revisiting Caching in Content Delivery Networks**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2014

SIGMETRICS **A First Look at Cellular Network Performance during Crowded Events**
Zubair Shafiq, Alex X. Liu, Amir Khakpour
*ACM International Conference on Measurement and Modeling of Computer Systems*, 2013

ICNP **Who are You Talking to? Breaching Privacy in Encrypted IM Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE International Conference on Network Protocols*, 2013

CSCW **Is News Sharing on Twitter Ideologically Biased?**
Jonathan Morgan, Cliff Lampe, Zubair Shafiq
*ACM Conference on Computer Supported Cooperative Work and Social Computing*, 2013

ACM HotNets **Cross-Path Inference Attacks on Multipath TCP**
Zubair Shafiq, Franck Le, Mudhakar Srivatsa, Alex X. Liu
*ACM Workshop on Hot Topics in Networks*, 2013

TON **Large Scale Measurement and Characterization of Cellular Machine-to-Machine Traffic**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE/ACM Transactions on Networking*, 2013

JSAC **Identifying Leaders and Followers in Online Social Networks**
Zubair Shafiq, Muhammad U. Ilyas, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JSAC **A Distributed Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Journal on Selected Areas in Communications*, 2013

JNSM   **TCAMChecker: A Software Approach to the Error Detection and Correction of TCAM-based Networking Systems**
Zubair Shafiq, Chad Meiners, Alex Liu, Ke Shen, Zheng Qin
*Springer Journal of Network and Systems Management*, 2012

ICNP   **A Semantics Aware Approach to Automated Reverse Engineering Unknown Protocols**
Yipeng Wang, Xiaochun Yun, Zubair Shafiq, Alex X. Liu, Zhibin Zhang, Liyan Wang, Danfeng (Daphne) Yao, Yongzheng Zhang, Li Guo
*IEEE International Conference on Network Protocols*, 2012
**Best Paper Award**

SIGMETRICS   **A First Look at Cellular Machine-to-Machine Traffic – Large Scale Measurement and Characterization**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, London, 2012

ICSE   **A Large Scale Exploratory Analysis of Software Vulnerability Life Cycles**
Muhammad Shahzad, Zubair Shafiq, Alex X. Liu
*International Conference on Software Engineering*, Switzerland, 2012

INFOCOM   **Characterizing Geospatial Dynamics of Application Usage in a 3G Cellular Data Network**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Jia Wang
*IEEE Conference on Computer Communications*, Orlando, 2012

SIGMETRICS   **Characterizing and Modeling Internet Traffic Dynamics of Cellular Devices**
Zubair Shafiq, Lusheng Ji, Alex X. Liu, Jia Wang
*ACM International Conference on Measurement and Modeling of Computer Systems*, San Jose, 2011

Networking   **A Random Walk Approach to Modeling the Dynamics of the Blogosphere**
Zubair Shafiq, Alex X. Liu
*IFIP Networking*, Spain, 2011

INFOCOM   **A Distributed and Privacy-Preserving Algorithm for Identifying Information Hubs in Social Networks**
Muhammad U. Ilyas, Zubair Shafiq, Alex X. Liu, Hayder Radha
*IEEE Conference on Computer Communications*, Spain, 2011

RAID   **PE-Miner: Mining Structural Information to Detect Malicious Executables in Realtime**
Zubair Shafiq, Syeda Momina Tabish, Fauzan Mirza, Muddassar Farooq
*International Symposium On Recent Advances In Intrusion Detection*, France, 2009

GECCO   **Evolvable Malware**
Sadia Noreen, Shafaq Murtaza, Zubair Shafiq, Muddassar Farooq
*ACM Genetic and Evolutionary Computation Conference*, Canada, 2009

CCS AISec   **Using Spatio-Temporal Information in API Calls with Machine Learning Algorithms for Malware Detection and Analysis**
Faraz Ahmed, Haider Hameed, Zubair Shafiq, Muddassar Farooq
*Workshop on Security and Artificial Intelligence, ACM Conference on Computer & Communications Security*, Chicago, 2009

KDD CSI   **Malware Detection using Statistical Analysis of Byte-Level File Content**
Syeda Momina Tabish, Zubair Shafiq, Muddassar Farooq
*Workshop on CyberSecurity and Intelligence Informatics (CSI), ACM Conference on Knowledge Discovery and Data Mining*, France, 2009

| | |
|---|---|
| VB | **PE-Probe: leveraging packer detection and structural information to detect malicious portable executables**<br>Zubair Shafiq, Syeda Momina Tabish, Muddassar Farooq<br>*Virus Bulletin*, Switzerland, 2009 |
| Elsevier | **Fuzzy Case Based Reasoning for Facial Expression Recognition**<br>Aasia Khanum, Muid Mufti, M. Y. Javed, Zubair Shafiq<br>*Elsevier Fuzzy Sets and Systems*, 2009 |
| EvoComNet | **A Comparative Study of Fuzzy Inference Systems, Neural Networks and Adaptive Neuro Fuzzy Inference Systems for Portscan Detection**<br>Zubair Shafiq, Muddassar Farooq, Syed Ali Khayam<br>*Applications of Evolutionary Computing, EvoComNet*, Italy, 2008 |
| DIMVA | **Embedded Malware Detection using Markov n-grams**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*International Conference on Detection of Intrusions, Malware and Vulnerability Assessment*, France, 2008 |
| GECCO | **Improving Accuracy of Immune Inspired Malware Detectors using Intelligent Features**<br>Zubair Shafiq, Syed Ali Khayam, Muddassar Farooq<br>*ACM Genetic and Evolutionary Computation Conference*, Atlanta, 2008 |

## Funding

### External Competitive Research Grants

| | |
|---|---|
| UC | **Auditing Compliance of Data Privacy Laws in California**<br>UC Partnerships in Computational Transformation<br>PI, Duration: 2022-2023, Total: $160,000, Share: $80,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Gene Tsudik (Co-PI: UC Irvine) |
| NSF-SaTC | **Defending against Emerging Stateless Web Tracking**<br>National Science Foundation<br>PI, Duration: 2022-2026, Total: $1,200,000, Share: $400,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Alexandros Kapravelos (PI: NC State); Anupam Das (Co-PI: NC State) |
| CITRIS and the Banatao Institute | **Auditing the compliance of California consumer privacy regulations at scale**<br>Center for Information Technology Research in the Interest of Society (CITRIS)<br>Co-PI, Duration: 2021-2022, Total: $60,000, Share: $20,000<br>Personnel: Serge Egelman (Co-PI: UC Berkeley); Zubair Shafiq (Co-PI: UC Davis) |
| NSF-SaTC-Frontier | **Protecting Personal Data Flow on the Internet**<br>National Science Foundation<br>PI, Duration: 2020-2025, Total: $10,000,000, Share: $1,100,000<br>Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine); Konstantinos Psounis (PI: USC); David Choffnes (PI: Northeastern) |
| NSF-CAREER | **Quality of Experience and Network Management in the Encrypted Internet**<br>National Science Foundation<br>PI, Duration: 2018-2023, Total: $500,000, Share: $500,000<br>Personnel: Zubair Shafiq (PI: UC Davis) |

NSF-SaTC **A Multi-Layer Learning Approach to Mobile Traffic Filtering**
National Science Foundation
PI, Duration: 2018-2021, Total: $500,000, Share: $250,000
Personnel: Zubair Shafiq (PI: UC Davis); Athina Markopoulou (PI: UC Irvine)

NSF-SaTC **The Web Ad Technology Arms Race: Measurement, Analysis, and Countermeasures**
National Science Foundation
PI, Duration: 2017-2020, Total: $500,000 + $16,000 (REU Supplement 2019) + $16,000 (REU Supplement 2021), Share: $282,000
Personnel: Zubair Shafiq (PI: UC Davis); Zhiyun Qian (PI: UC Riverside)

NSF-NeTS **Towards Scalable and Energy Efficient Cellular IoT Communication**
National Science Foundation
PI, Duration: 2016-2019, Total: $500,000, Share: $166,000
Personnel: Zubair Shafiq (PI: Iowa); K.K. Ramakrishnan (PI: UC Riverside); Koushik Kar (PI: RPI)

NSF-SaTC **Multipath TCP Side Channel Vulnerabilities and Defenses**
National Science Foundation
PI, Duration: 2015-2018, Total: $500,000, Share: $167,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside); Alex Liu (PI: Michigan State University)

NSF-NeTS **Towards Measurement and Optimization of Internet Video Quality of Experience**
National Science Foundation
PI, Duration: 2015-2018, Total: $175,000 + $16,000 (REU Supplement 2016), Share: $191,000
Personnel: Zubair Shafiq (PI: Iowa)

DTL **Detection and Circumvention of Ad-Block Detectors**
Data Transparency Lab
PI, Duration: 2016-2017, Total: $56,000, Share: $28,000
Personnel: Zubair Shafiq (PI: Iowa); Zhiyun Qian (PI: UC Riverside)

### Internal Competitive Research Grants

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2022-2023, Total: $236,000
Personnel: Zubair Shafiq (PI), Magdalena Wojcieszak (Co-PI)

Academic Senate **Socio-Computational Interventions to Mitigate Misinformation in Recommendations**
Noyce Foundation
PI, Duration: 2022-2023, Total: $25,000
Personnel: Magdalena Wojcieszak (PI), Zubair Shafiq (Co-PI)

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
PI, Duration: 2021-2022, Total: $235,690
Personnel: Zubair Shafiq (PI), Xin Liu (Co-PI), Magdalena Wojcieszak (Co-PI)

Noyce **Measuring and Mitigating Biases in Social Recommendation Algorithms**
Noyce Foundation
Co-PI, Duration: 2021-2022, Total: $225,000
Personnel: Chen-Nee Chuah (PI), Zubair Shafiq (Co-PI), Houman Homayoun (Co-PI)

UIRF  **Social Media Powered Real-Time Digital News Recommendation**
University of Iowa Research Foundation
PI, Duration: 2015-2016, Total: $75,000
Personnel: Zubair Shafiq (PI)

Obermann  **Heterogeneous Network Data Analytics to Improve Urban Sustainability**
Obermann Center Interdisciplinary Research Grant
PI, Duration: 2015-2016, Total: $12,000
Personnel: Xun Zhou (PI); Zubair Shafiq (Co-PI)

### Industry Grants and Unrestricted Gifts

Siemens  PI, Duration: 2021, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: UC Davis)

Siemens  PI, Duration: 2019, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Siemens  PI, Duration: 2018, Total: $60,000, Share: $60,000
Personnel: Zubair Shafiq (PI: Iowa)

Verizon  PI, Duration: 2018, Total: $20,000, Share: $20,000
Personnel: Zubair Shafiq (PI: Iowa)

Minim  PI, Duration: 2018, Total: $66,164, Share: $66,164
Personnel: Zubair Shafiq (PI: Iowa)

Siemens  PI, Duration: 2017, Total: $30,000, Share: $30,000
Personnel: Zubair Shafiq (PI: Iowa)

Nokia  PI, Duration: 2017, Total: $53,200, Share: $53,200
Personnel: Zubair Shafiq (PI: Iowa)

Futurewei  PI, Duration: 2017, Total: $100,384, Share: $100,384
Personnel: Zubair Shafiq (PI: Iowa)

Facebook  PI, Duration: 2016, Total: $8,400, Share: $8,400
Personnel: Zubair Shafiq (PI: Iowa)

# Teaching

FYS  **Big Data, Big Brother**
Winter 2023, University of California at Davis

ECS 289M  **Network Security & Privacy**
Winter 2023, University of California at Davis

ECS 152A  **Computer Networks**
Fall 2022, University of California at Davis

ECS 152A  **Computer Networks**
Spring 2022, University of California at Davis

ECS 153  **Computer Security**
Winter 2022, University of California at Davis

ECS 289M  **Data-Driven Security**
Spring 2021, University of California at Davis

ECS 152B  **Computer Networks**
Winter 2021, University of California at Davis

CS 2620 **Networking & Security for Informatics**
Spring 2020, The University of Iowa

CS 4980 **Online Advertising & Tracking**
Fall 2019, The University of Iowa

CS 2620 **Networking & Security for Informatics**
Spring 2019, The University of Iowa

CS 4980 **Internet Measurement**
Fall 2018, The University of Iowa

CS 2620 **Networking & Security for Informatics**
Spring 2018, The University of Iowa

CS 2620 **Networking & Security for Informatics**
Spring 2017, The University of Iowa

CS 4980 **Network Security and Privacy**
Fall 2016, The University of Iowa

CS 2620 **Networking & Security for Informatics**
Spring 2016, The University of Iowa

CS 4980 **Advanced Computer Networks**
Fall 2015, The University of Iowa

CS 2620 **Networking & Security for Informatics**
Spring 2015, The University of Iowa

CS 4980 **Internet Measurement**
Fall 2014, The University of Iowa

## Students

### Doctorate

2022-current  Rajvardhan Oak
2021-current  Muhammad Haroon
2021-current  Pouneh Nikkhah Bahrami
2021-current  Shaoor Munir
2021-current  Yash Vekaria
2021-current  Rong-Ching (Anna) Chang
2021-current  Hadi Askari
2016-2021  Dr. Umar Iqbal; First Position: CIFellow/Postdoc, University of Washington
2015-2021  Dr. Shehroze Farooqi; First Position: Researcher, Palo Alto Networks
2015-2019  Dr. Huyen Le; First Position: Postdoc, National Center for Toxicological Research

### Select Recent Masters Mentees

2021  Mohammad Ismail Daud
2021  Sunshine Chong
2021  Rachit Dhamija
2020  Pouneh Nikkhah Bahrami

### Select Recent Undergraduate Mentees

2022-  Jake Smith

| | |
|---|---|
| 2022- | Christina Phan |
| 2022- | Kev Rockwell |
| 2020-2022 | Kajal Patel (NSF REU) |
| 2020-2022 | Wanyue Zhai (graduate student at Stanford) |
| 2020-2022 | Ray Ngan (NSF REU) (industry: Palo Alto Networks) |
| 2020-2021 | Surya Konkimalla |
| 2020-2021 | Charles Nguyen (industry: Apple) |
| 2019-2021 | Charlie Wolfe (NSF REU) (industry: Apple) |
| 2021 | Caelan MacArthur (NSF DREU) |
| 2020-2021 | Taimur Kashif (NSF REU) (industry: VMWare) |
| 2019-2020 | Ashton Woiwood (NSF REU) |

### High School

| | |
|---|---|
| 2019 | Kathy Zhong (SSTP) |
| 2018 | Alice Martynova (SSTP) |
| 2017 | William Kim (SSTP) |
| 2016 | Brandon Wang (SSTP) |

## External Service

| | |
|---|---|
| Conference TPC/Reviewer | IEEE S&P (2022), PETS (2021, 2020, 2019, 2018, 2017), ACM IMC (2021, 2020), ACM CoNEXT (2019), ACM SIGMETRICS (2022, 2020, 2013), WWW (2020, 2018), ACM CSCW (2018, 2019), IEEE/IFIP TMA (2020, 2019), NDSS MADWeb Workshop (2019), IEEE IN-FOCOM (2017, 2015, 2010, 2009), ACM WPES (2018), IEEE S&P Consumer Protection Workshop (2021, 2020), ACM SIGCOMM Internet-QoE Workshop (2017), ACM SIGCOMM Workshop on IoT Security and Privacy (2018), WWW CyberSafety Workshop (2018), WWW Workshop on Location and the Web (2018), IEEE ICNP (2014, 2013), MASCOTS (2013), ICDCN (2017, 2018) |
| Journal Reviewer | IEEE/ACM Transactions on Networking, ACM Transactions on the Web, IEEE Transactions on Mobile Computing, IEEE Transactions on Network and Service Management, ACM Transactions on Multimedia Computing, IEEE Transactions on Cognitive Communications and Networking, ACM SIGCOMM Computer Communication Review, Elsevier Computer Communications, Elsevier Performance Evaluation, Springer Wireless Networks |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'23), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Technology and Consumer Protection (ConPro'22), IEEE Symposium on Security & Privacy ("Oakland") |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'23), Network and Distributed System Security Symposium (NDSS) |
| PC Co-Chair | Workshop on Measurements, Attacks, and Defenses for the Web (MADWeb'22), Network and Distributed System Security Symposium (NDSS) |
| Publicity Co-Chair | ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2020) |
| Co-Chair | NSF NeTS Early Career Investigators Workshop 2019 |

| PC Co-Chair | Student Workshop - ACM International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2018) |
| PC Co-Chair | WWW 8th International Workshop on Location and the Web (LocWeb 2018) |
| Poster Chair | ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2018) |
| Technical Committee | Elsevier Computer Communications (2015-current) |
| Guest Editor | Special Issue on Mobile Traffic Analytics, Elsevier Computer Communications (2016) |
| Editorial Board | Proceedings on Privacy Enhancing Technologies (PoPETs) (2019, 2020, 2021) |
| Panelist | NSF (2017, 2018, 2019, 2020, 2021, 2022) |

## Internal Service

| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of California Davis, 2021-2023 |
| Member | Diversity, Equity, Inclusion Committee<br>College of Engineering, University of California Davis, 2021-2022 |
| Committee | Departmental Graduate Committee<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Chair | Departmental Colloquium Series<br>Department of Computer Science, University of Iowa, 2019-2020 |
| Member | Executive Committee, Iowa Initiative for Artificial Intelligence (IIAI)<br>The University of Iowa, 2019-2020 |
| Member | Department Executive Committee<br>Department of Computer Science, The University of Iowa, 2016-2019 |
| Member | Faculty Recruitment Committee<br>Department of Computer Science, The University of Iowa, 2015-2020 |
| Mentor | Black Girls Do Science<br>College of Engineering, The University of Iowa, 2015-2016 |
| Mentor | Iowa Edge Classroom Experience<br>Center for Diversity and Enrichment, The University of Iowa, 2015-2018 |
| Mentor | Summer Research Opportunities Program (SROP)<br>Graduate College, The University of Iowa, 2017 |
| Mentor | Secondary Student Training Program (SSTP)<br>Belin-Blank Center, The University of Iowa, 2016-2019 |

## Patents

| USPTO 10484881 | Jia Wang, Lusheng Ji, Alex X. Liu, Zubair Shafiq. Optimization of cellular network architecture based on device type-specific traffic dynamics. November 2019 |
| USPTO 10420167 | Jia Wang, Lusheng Ji, Alex X. Liu, Jeffrey Pang, Zubair Shafiq. Cellular Connection Sharing. September 2019 |

## Expert Testimony & Reports

*14/17*

4:20-cv-05146    **Calhoun v. Google LLC** U.S. District Court for the Northern District of California; Plaintiffs Expert for Bleichmar Fonti & Auld LLP, Simmons Hanly Conroy LLC, DiCello Levitt Gutzler LLP; 2021-Present

4:21-cv-02155    **In re Google RTB Consumer Privacy Litigation** U.S. District Court for the Northern District of California; Plaintiffs Expert for Pritzker Levine LLP, Bleichmar Fonti & Auld LLP, Simmons Hanly Conroy LLC, DiCello Levitt Gutzler LLP, Bottini & Bottini Inc., Cotchett, Pitre & McCarthy, LLP.; 2022-Present

## Talks

Invited    Introduction to the Online Advertising Ecosystem
UC Irvine, 2022

Invited    Rage Against the Ad-Tech Machine
University of Iowa, 2022

Invited    Advances and Open Problems in Browser Fingerprinting
ProperData, 2021

Invited    Big Data, Big Brother
Research Exploration Workshop on IoT and Privacy, 2021

Invited    Characterizing Harms of Incentivized Advertising on Google Play
Federal Trade Commission (FTC), 2021

Invited    Cybersecurity Considerations in Flexible Demand Appliance Standards
California Energy Commission Workshop on Senate Bill 49, 2020

Invited    Fingerprinting the Fingerprinters
Adblocker Dev Summit, 2020

Keynote    Ad-Mageddon: The Next Frontier in Online Privacy
IEEE Euro Security & Privacy (S&P) Workshop on Designing Security for the Web (SecWeb), 2020

Colloquium    Ad-Mageddon: The Next Frontier in Online Privacy
Indraprastha Institute of Information Technology (IIIT) Delhi, 2020

Invited    Ad-mageddon: The Next Frontier in Web Privacy
University of Iowa Computing Conference, 2020

Colloquium    Ad-mageddon: The Next Frontier in Web Privacy
University of California-Irvine, 2019

Colloquium    Ad-mageddon: The Next Frontier in Web Privacy
University of California-Riverside, 2019

Invited    Online Advertising and Tracking
Breakout Session at the NSF SaTC PI Meeting, Arlington, VA, 2019

Invited    Challenges of Network-Level Adblocking: A Case Study of Smart TVs
Ad Blocker Dev Summit, Netherlands, 2019

Invited    Overview and Demo of ShadowBlock: A Lightweight and Stealthy Adblocking Browser
Ad Blocker Dev Summit, Netherlands, 2019

Invited    AI-Powered Adblocking: Challenges and Opportunities
Ad-Blocking Dev Summit, San Francisco, CA, 2018

| | |
|---|---|
| Invited | Ad Tech vs. Ad-blockers: Challenges and Opportunities<br>Dagstuhl Seminar on Web Application Security, Schloss Dagstuhl, Germany, 2018 |
| Invited | Quality of Experience and Network Management in the Encrypted Internet<br>YouTube, San Bruno, CA, 2018 |
| Invited | QoE Optimization in the Encrypted Internet<br>Verizon Digital Media Services, Santa Monica, CA, 2018 |
| Invited | Big Data, Big Brother<br>Lahore University of Management Sciences (LUMS), Lahore, Pakistan, 2018 |
| Colloquium | Measuring and Modeling Tussles in Cyberspace<br>University of Oregon, Eugene, OR, 2017 |
| Invited | Big Data, Big Brother<br>Coe College, Cedar Rapids, IA, 2017 |
| Panel | Algorithms: The Personal Is Political<br>Obermann Conversations, Iowa City, IA, 2017 |
| Invited | Big Data, Big Brother<br>UI Summer Research Opportunities Program (SROP) Speaker Series, Iowa City, IA, 2017 |
| Colloquium | Machine Learning on Encrypted Traffic: Past, Present, Future<br>Universidade Federal do Rio de Janeiro (UFRJ), Rio, Brazil, 2017 |
| Keynote | The Arms Race Between Ad-Tech and Ad-Blockers<br>35th Brazilian Symposium on Computer Networks and Distributed Systems, Belem, Brazil, 2017 |
| Tutorial | Machine Learning on Encrypted Traffic: Past, Present, Future<br>35th Brazilian Symposium on Computer Networks and Distributed Systems, Belem, Brazil, 2017 |
| Colloquium | Big Data, Big Brother<br>Electrical & Computer Engineering Graduate Seminar, The University of Iowa, Iowa City, IA, 2017 |
| Keynote | Tracking and Optimizing Quality of Experience in the Encrypted Internet<br>IEEE PerCom Workshop on Data Analytics for Mobile Networking, Big Island, HI, 2017 |
| Invited | Big Data, Big Brother<br>Hawkeye Lunch & Learn, Office of Outreach & Engagement, The University of Iowa, Iowa City & Des Moines, IA, 2017 |
| Invited | Detection and Circumvention of Anti Ad-Blockers: A New Arms Race on the Web<br>PrivacyCon, Federal Trade Commission (FTC), Washington, DC, 2017 |
| Invited | Tracking and Surveillance in the Online Advertising Ecosystem<br>Iowa City Foreign Relations Council, Iowa City, IA, 2016 |
| Invited | Detection and Circumvention of Anti Ad-Blockers<br>Data Transparency Lab (DTL) Conference, New York, NY, 2016 |
| Colloquium | Tracking Reputation Fraud on Facebook<br>Management Sciences Seminar Series, Tippie College of Business, The University of Iowa, Iowa City, IA, 2016 |
| Panel | Security and privacy challenges within social networks<br>WorldCanvass, Big Data: Big Brother or Big Sister?, Iowa City, IA, 2016 |
| Invited | Spying on Spammers: Tracking Reputation Fraud on Facebook<br>University of Iowa Computing Conference, Iowa City, IA, 2016 |

Keynote   Tracking, Surveillance, and Fraud in the Online Advertising Ecosystem
          Iowa Computer Science Graduate Research Symposium, Iowa City, IA, 2015

Invited   Tracking Cyber Criminals in Online Social Networks
          Speaker's Bureau, Knox College, Galesburg, IL, 2015

Invited   Tracking Cyber Criminals in Online Social Networks
          University of Iowa Tech Forum, The University of Iowa, Iowa City, IA, 2015