UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO DISCLOSE HIGHLY CONFIDENTIAL MATERIALS TO PLAINTIFFS' EXPERT** |

Having considered Plaintiffs' Motion for Permission to Disclose Highly Confidential Materials to Plaintiffs' Expert ("Motion"), the Court finds that the risk of harm in disclosing certain Highly Confidential Materials to Plaintiffs' expert does not outweigh Plaintiffs' need for to disclose such materials to their chosen expert. Accordingly, the Court hereby GRANTS the Motion.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

2755537.1

1