```
                   UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


                                    CASE NO.   CV-18-05062 EJD

   IN RE: GOOGLE LOCATION HISTORY   SAN JOSE, CALIFORNIA
   LITIGATION
                                    FEBRUARY 23, 2023

                                    PAGES 1 - 16


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE

   A-P-P-E-A-R-A-N-C-E-S

    FOR THE PLAINTIFFS:    AHDOOT & WOLFSON, PC
                           BY:  TINA WOLFSON
                           2600 WEST OLIVE AVENUE, SUITE 500
                           BURBANK, CALIFORNIA 91505

                           LIEFF CABRASER HEIMANN BERNSTEIN, LLP
                           BY:  MELISSA ANN GARDNER
                           275 BATTERY STREET, 29TH FLOOR
                           SAN FRANCISCO, CALIFORNIA 94111


    FOR THE DEFENDANT:     KEKER, VAN NEST & PETERS LLP
                           BY:  NICHOLAS D. MARAIS
                           633 BATTERY STREET
                           SAN FRANCISCO, CALIFORNIA 94111

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
   TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
1
        A P P E A R A N C E S:  (CONT'D)
2
        TELEPHONICALLY:              LIEFF CABRASER HEIMANN &
3                                    BERNSTEIN, LLP
                                     BY:  MICHAEL W. SOBOL
4                                    EMBARCADERO CENTER WEST
                                     275 BATTERY STREET, 29TH FLOOR
5                                    SAN FRANCISCO, CALIFORNIA 94111
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
          1    SAN JOSE, CALIFORNIA                    FEBRUARY 23, 2023
          2                       P R O C E E D I N G
10:54AM   3         (COURT CONVENED AT 10:54 A.M.)
10:54AM   4              THE COURT:  ALL RIGHT.  LET'S NEXT TURN TO 18-5062,
10:54AM   5    GOOGLE LOCATION HISTORY LITIGATION.
10:54AM   6         IF THE PARTIES COULD COME FORWARD.
10:55AM   7         ALL RIGHT.  THANK YOU.  WE ARE HERE -- WE'RE ON THE RECORD
10:55AM   8    IN THE IN RE GOOGLE LITIGATION.
10:55AM   9         LET ME GET THE APPEARANCE OF THE PARTIES, PLEASE.  WHO
10:55AM  10    APPEARS FOR THE PLAINTIFFS?
10:55AM  11              MS. WOLFSON:  GOOD MORNING, YOUR HONOR.
10:55AM  12    TINA WOLFSON OF AHDOOT & WOLFSON FOR THE PLAINTIFFS.
10:55AM  13              THE COURT:  GOOD MORNING.  THANK YOU.
10:55AM  14         THERE'S A COLLEAGUE WITH YOU?
10:55AM  15              MS. GARDNER:  MELISSA GARDNER OF LIEFF CABRASER FOR
10:55AM  16    THE PLAINTIFFS.
10:55AM  17              THE COURT:  THANK YOU.  GOOD MORNING.
10:55AM  18              MR. MARAIS:  GOOD MORNING, YOUR HONOR.
10:56AM  19    NICK MARAIS FROM KEKER, VAN NEST & PETERS FOR GOOGLE.
10:56AM  20              THE COURT:  THANK YOU.  GOOD MORNING.
10:56AM  21         WHO IS ON THE PHONE?
10:56AM  22              MR. SOBOL:  THIS IS MICHAEL SOBOL FROM LIEFF
10:56AM  23    CABRASER FOR THE PLAINTIFFS, YOUR HONOR.
10:56AM  24              THE COURT:  THANK YOU.  GOOD MORNING.
10:56AM  25         WELL, THIS IS A STATUS CONFERENCE.  FIRST OF ALL, LET ME
```

|  |  |
|---|---|
| 10:56AM 1 | ASK, THANK YOU FOR YOUR PLEADINGS HERE.  I'VE GOT UPDATES, |
| 10:56AM 2 | DOCUMENTS 243, 258, 269 AND MANY OTHER OTHERS THAT GIVE A |
| 10:56AM 3 | HISTORY OF WHERE YOU'VE BEEN, WHAT YOU'VE DONE AND ANTICIPATED |
| 10:56AM 4 | WHERE YOU ARE GOING. |
| 10:56AM 5 | LET ME JUST ASK THE PARTIES HERE, IS THERE -- I UNDERSTAND |
| 10:56AM 6 | THAT YOU MET, THINGS LOOKED GOOD FOR SETTLEMENT PURPOSES |
| 10:56AM 7 | ANYHOW, AND THEN THEY DIDN'T. |
| 10:56AM 8 | AND SO YOU'RE BACK HERE NOW TO DECIDE WHAT SHOULD WE DO |
| 10:56AM 9 | MOVING FORWARD?  WHAT SHOULD THAT SCHEDULE BE? |
| 10:56AM 10 | BUT EVER THE OPTIMIST THAT I AM, AND PERHAPS BECAUSE WE |
| 10:56AM 11 | HEARD OF DONUTS THIS MORNING IN ANOTHER CASE, LET ME JUST FLOAT |
| 10:56AM 12 | OUT, IS THERE -- YOU KNOW, IS THERE ANY OPPORTUNITY TO CONTINUE |
| 10:57AM 13 | A DISCUSSION TO REFINE WHATEVER, WHATEVER THAT -- THOSE |
| 10:57AM 14 | DIFFERENCES MIGHT BE? |
| 10:57AM 15 | MR. MARAIS:  YOUR HONOR, ON BEHALF OF GOOGLE, I |
| 10:57AM 16 | THINK WE'VE REACHED THE END OF THE ROAD FOR NOW.  WE WERE HERE |
| 10:57AM 17 | THREE MONTHS AGO IN THIS COURT, AND I THINK WE FELT THAT WE HAD |
| 10:57AM 18 | PROBABLY REACHED THE END OF THE ROAD THEN. |
| 10:57AM 19 | YOUR HONOR SUGGESTED THAT WE SPEND A DAY WITH A MAGISTRATE |
| 10:57AM 20 | JUDGE.  WE MET WITH MAGISTRATE JUDGE SPERO.  THAT DID NOT |
| 10:57AM 21 | CHANGE WHERE WE ARE.  I DON'T WANT TO GET INTO ANY OF THE |
| 10:57AM 22 | DISCUSSIONS THAT WE'VE HAD THERE. |
| 10:57AM 23 | THE COURT:  SURE. |
| 10:57AM 24 | MR. MARAIS:  BUT I THINK THAT IS STILL OUR VIEW. |
| 10:57AM 25 | THAT'S NOT TO SAY WE'RE AT THE ABSOLUTE END OF THE ROAD ON |

```
10:57AM   1    DISCUSSIONS.  I'M SURE THERE WILL BE MORE.  WE HAVE ANOTHER
10:57AM   2    CALL WITH JUDGE SPERO NEXT WEEK TO TALK ABOUT WHETHER WE SHOULD
10:57AM   3    SET ANOTHER DATE ONCE THIS COURT ENTERS A SCHEDULE.
10:57AM   4              THE COURT:  SURE.  THANK YOU.  I APPRECIATE THAT.
10:57AM   5              MS. WOLFSON:  YOUR HONOR, I'M NOT SURE IF MR. MARAIS
10:57AM   6    IS RESPONDING TO THE MOST RECENT EVENTS.  THE PARTIES ARE
10:57AM   7    TALKING.  MR. SOBOL, MR. BERKOWITZ, AND I HAVE HAD SEVERAL VERY
10:58AM   8    DIRECT CONVERSATIONS SINCE THE MEETING WITH MR. SPERO -- SORRY,
10:58AM   9    JUDGE SPERO.
10:58AM  10              THE COURT:  CHIEF JUDGE SPERO.
10:58AM  11              MS. WOLFSON:  CHIEF JUDGE SPERO, I APOLOGIZE TO HIS
10:58AM  12    HONOR.  AND WE THOUGHT THAT THAT MEETING WAS VERY PRODUCTIVE.
10:58AM  13    IT CRYSTALLIZED CERTAIN ISSUES.  IT CERTAINLY CHANGED OUR
10:58AM  14    POSITION QUITE A BIT.
10:58AM  15         WE EXTENDED A DEMAND TO MR. BERKOWITZ YESTERDAY.  SO I
10:58AM  16    DON'T KNOW IF MR. MARAIS'S COMMENTS ARE --
10:58AM  17              THE COURT:  INCLUSIVE TO THAT?
10:58AM  18              MS. WOLFSON:  -- A RESPONSE TO THAT OR IT COULD BE
10:58AM  19    SINCE THE DISCUSSION WAS WITH MR. BERKOWITZ, HE MAY NOT BE
10:58AM  20    AWARE.
10:58AM  21         SO WE ARE TALKING AS FAR AS WE UNDERSTAND.  I DON'T KNOW
10:58AM  22    HOW OPTIMISTIC I AM ABOUT THOSE TALKS, BUT WE ARE TALKING.
10:58AM  23              MR. MARAIS:  YOUR HONOR, THAT'S HELPFUL
10:58AM  24    CLARIFICATION.  I'M AWARE THAT MS. WOLFSON SPOKE WITH ONE OF MY
10:58AM  25    COLLEAGUES YESTERDAY.  OBVIOUSLY THESE ARE SOPHISTICATED
```

```
10:59AM   1    PARTIES, AND I IMAGINE THERE WILL WITH BE FURTHER
10:59AM   2    PARTY-TO-PARTY DISCUSSIONS.  BUT WHAT I MEANT IS THAT I THINK
10:59AM   3    WE ARE AT THE END OF THE ROAD ON FORMAL MEDIATION DISCUSSIONS
10:59AM   4    AND WE ARE ALL, I BELIEVE, AND CERTAINLY GOOGLE IS READY TO
10:59AM   5    RESUME LITIGATING AND WOULD ASK THE COURT TO LIFT THE STAY.
10:59AM   6              THE COURT:  OKAY.  THANK YOU.
10:59AM   7         I APPRECIATE THAT YOU'RE GOING TO CONTINUE TO TALK WITH
10:59AM   8    CHIEF JUDGE SPERO.  YOU KNOW, HE'S ONE OF OUR GEMS AS YOU KNOW,
10:59AM   9    AND HE'S JUST WISE.  AND HIS HAND HAS SETTLED MANY, MANY CASES
10:59AM  10    THAT IT SEEMS THEY COULD NOT POSSIBLY BE SETTLED, BUT HE HAS
10:59AM  11    BEEN ABLE TO WITH HIS UNIQUE EXPERIENCE AND INTELLIGENCE.  HE'S
10:59AM  12    BEEN ABLE TO RESOLVE THOSE THINGS AND IN MANY, MANY CASES.
10:59AM  13         SO I'M ENCOURAGED THAT YOU'RE GOING TO TALK WITH HIM
10:59AM  14    AGAIN.  BUT I DO THINK THAT I SHOULD LIFT THE STAY, THOUGH, FOR
10:59AM  15    YOUR BENEFIT AND GIVE YOU A SCHEDULE.
10:59AM  16         AND LET ME JUST SAY I THINK TEN MONTHS IS TOO MUCH,
11:00AM  17    MS. WOLFSON, I DO.  I THINK THAT EXTENDS IT TOO FAR.  AND I'M
11:00AM  18    NOT INCLINED TO GO THAT FAR OUT.
11:00AM  19         I'M HAPPY TO HEAR FROM YOU.  I'VE READ YOUR PAPERS.  I
11:00AM  20    UNDERSTAND THE STATUS OF THINGS.
11:00AM  21         AND I KNOW THAT, YOU KNOW, THE DEFENDANTS SAID FOUR
11:00AM  22    MONTHS, THAT'S WHAT WE AGREED TO, A DEAL IS A DEAL, AND THAT'S
11:00AM  23    WHAT DOCUMENT 258 AND OTHERS TELL US, A DEAL IS A DEAL, AND
11:00AM  24    FOUR MONTHS IS FOUR MONTHS, AND I GET THAT, TOO.  THAT WAS
11:00AM  25    THEN, THIS IS NOW.
```

| | | |
|---|---|---|
| 11:00AM | 1 | LET ME JUST SAY, I'M LOOKING AT THIS AND I'M THINKING, |
| 11:00AM | 2 | WELL, OKAY, DO I GIVE THEM AN EXTRA 30 DAYS, AN EXTRA MAYBE 60 |
| 11:00AM | 3 | DAYS AS A MAXIMUM?  THAT'S WHAT I WAS THINKING, MS. WOLFSON. |
| 11:00AM | 4 | BUT I THINK TEN MONTHS IS EXCESSIVE.  YOU'RE ALL |
| 11:00AM | 5 | EXCELLENT LAWYERS.  I THINK YOU CAN DO WHAT YOU NEED TO DO |
| 11:00AM | 6 | WITHIN A TIMEFRAME LESS THAN TEN MONTHS, FRANKLY. |
| 11:00AM | 7 | BUT I'M HAPPY TO HEAR FROM YOU. |
| 11:00AM | 8 | MS. WOLFSON:  THANK YOU, YOUR HONOR.  I APPRECIATE |
| 11:00AM | 9 | THAT. |
| 11:00AM | 10 | SO WE ARE REQUESTING AN ADDITIONAL EIGHT MONTHS OF |
| 11:01AM | 11 | DISCOVERY.  TEN MONTHS IS THE CLASS CERTIFICATION DEADLINE. |
| 11:01AM | 12 | THE COURT:  RIGHT. |
| 11:01AM | 13 | MS. WOLFSON:  WE THINK THAT THERE'S ABSOLUTELY GOOD |
| 11:01AM | 14 | CAUSE FOR YOUR HONOR TO GRANT THAT HERE. |
| 11:01AM | 15 | WE HAVE BEEN DILIGENT IN DISCOVERY.  ALTHOUGH THE CASE WAS |
| 11:01AM | 16 | FILED IN 2018, DISCOVERY DID NOT OPEN UNTIL FEBRUARY OF 2021. |
| 11:01AM | 17 | YOUR HONOR HAS OUR FEE SUBMISSIONS ON A QUARTERLY BASIS. |
| 11:01AM | 18 | I THINK THOSE MAKE IT CLEAR HOW HARD WE HAVE WORKED ON |
| 11:01AM | 19 | DISCOVERY IN THIS CASE. |
| 11:01AM | 20 | GOOGLE IS A CORPORATION WITH LIMITLESS RESOURCES AND THEY |
| 11:01AM | 21 | HAVE DEVOTED THOSE RESOURCES INTO BEING QUITE A FLEXITORY IN |
| 11:01AM | 22 | THIS MATTER. |
| 11:01AM | 23 | WE HAVE -- WE GOT TO A POINT, YOUR HONOR, WHERE WE HAD TO |
| 11:01AM | 24 | REQUEST JUDGE COUSINS, AND HE GRANTED OUR REQUEST, THAT WE |
| 11:01AM | 25 | RECORD OUR MEET AND CONFER SESSIONS WITH COUNSEL BECAUSE THEY |

```
11:02AM   1    WERE SO KAFKAESQUE, OBTUSE, AND ABSOLUTELY MADE NO PROGRESS.
11:02AM   2         WE'VE HAD NINE RECORDED SESSIONS SINCE THAT TIME,
11:02AM   3    YOUR HONOR, AND THAT DOESN'T ACCOUNT FOR THE NUMEROUS HOURS OF
11:02AM   4    MEET AND CONFER BEFORE THAT.
11:02AM   5         WE'VE GIVEN THE MAGISTRATE JUDGE TEN REPORTS.  WE GOT TO A
11:02AM   6    POINT WHERE WE HAD TO HAVE WEEKLY AND THEN BIWEEKLY SESSIONS
11:02AM   7    AND FOUR LETTER BRIEFS FROM THE PARTIES.  THAT DOCKET,
11:02AM   8    YOUR HONOR, SHOWS THAT WE HAVE BEEN DILIGENT.  WE WANT TO
11:02AM   9    RESOLVE THIS CASE, WHETHER THROUGH SETTLEMENT OR THROUGH TRIAL,
11:02AM  10    WE WANT TO GET READY FOR TRIAL.
11:02AM  11         AND UNFORTUNATELY, UNTIL THIS DATE, YOUR HONOR, ALL WE
11:02AM  12    HAVE ARE THE ARIZONA DOCUMENTS, AND THERE ARE A LOT OF PROBLEMS
11:02AM  13    WITH THOSE DOCUMENTS.
11:02AM  14         CONTRARY TO DEFENDANT'S PRESENTATIONS, WE HAVE REVIEWED
11:02AM  15    THEM THOROUGHLY.  FOR EXAMPLE, THERE ARE LINKS THAT DON'T TELL
11:02AM  16    US WHAT DOCUMENTS -- YOU KNOW, WE CAN'T GET ACCESS TO THE LINKS
11:03AM  17    IN THOSE DOCUMENTS.
11:03AM  18         WE WERE HOPING THAT GOOGLE WOULD COOPERATE WITH US AND
11:03AM  19    TELL US WHAT ARE THE DISCOVERY REQUESTS OF THESE DOCUMENTS THAT
11:03AM  20    WE'RE RESPONSIVE TO, WHO ARE THE CUSTODIANS AND THE SEARCH
11:03AM  21    TERMS THAT THEY USE TO GET THOSE DOCUMENTS.  THEY REFUSED TO DO
11:03AM  22    THAT.
11:03AM  23         WE'VE TEED UP THOSE ISSUES FOR JUDGE COUSINS.  THE IDEA
11:03AM  24    HERE WAS THAT THESE ARIZONA DOCUMENTS AND THE WAY THAT THEY
11:03AM  25    WERE COLLECTED WOULD GIVE US EXTENSIVE INSIGHT INTO WHAT ELSE
```

| | | |
|---|---|---|
| 11:03AM | 1 | WE MIGHT NEED, BUT, AGAIN, GOOGLE IS NOT BEING COOPERATIVE |
| 11:03AM | 2 | HERE. |
| 11:03AM | 3 | AND WE DON'T THINK THAT EIGHT MONTHS IN THIS SIZE OF A |
| 11:03AM | 4 | CASE IS IMPORTANT.  THE ATTORNEY GENERALS HAVE NOW RESOLVED |
| 11:03AM | 5 | THIS CASE IN TOTAL FOR ALMOST HALF A BILLION DOLLARS -- I'M |
| 11:03AM | 6 | SORRY, FOR OVER HALF A BILLION DOLLARS.  SO THIS IS A |
| 11:03AM | 7 | SIGNIFICANT AND VERY IMPORTANT CASE. |
| 11:03AM | 8 | AND ONE MORE COMMENT ON THESE ARIZONA DOCUMENTS.  GOOGLE |
| 11:03AM | 9 | TOLD YOU, YOUR HONOR, LAST TIME THAT WE WERE HERE THAT ARIZONA |
| 11:04AM | 10 | HAD A COMPLETELY DIFFERENT CASE, IT HAD NOTHING TO DO WITH THIS |
| 11:04AM | 11 | MATTER.  BUT, YOU KNOW, THEY CAN'T HAVE THEIR CAKE AND EAT IT, |
| 11:04AM | 12 | TOO.  THEY CAN'T HAVE THEIR POSITION BUT ALSO SAY THAT AT THE |
| 11:04AM | 13 | END OF THE DAY, ALL THAT WE ARE ENTITLED AS FAR AS DISCOVERY IS |
| 11:04AM | 14 | CONCERNED HERE ARE THESE ARIZONA DOCUMENTS.  SO WE'VE DONE A |
| 11:04AM | 15 | LOT OF WORK.  THERE'S A LOT MORE WORK TO DO.  WE DO THINK EIGHT |
| 11:04AM | 16 | MONTHS IS APPROPRIATE AND WE WOULD ASK YOUR HONOR TO CONSIDER |
| 11:04AM | 17 | THAT. |
| 11:04AM | 18 | THE COURT:  THANK YOU. |
| 11:04AM | 19 | MR. MARAIS:  YOUR HONOR, I'M NOT GOING TO RESPOND IN |
| 11:04AM | 20 | DETAIL WITH MEET AND CONFERS AND DISCOVERY DISPUTES THAT WE |
| 11:04AM | 21 | HAVE HAD.  I DON'T THINK THIS IS THE FORUM, AND I DO WANT TO BE |
| 11:04AM | 22 | RESPECTFUL OF THE COURT'S TIME. |
| 11:04AM | 23 | I DO WANT TO STRESS THAT WE ALREADY HAVE HAD A FULL YEAR |
| 11:04AM | 24 | OF DISCOVERY.  AS MS. WOLFSON SAID, THE PRIOR STAY LIFTED IN |
| 11:04AM | 25 | FEBRUARY, AND WE HAD 12 MONTHS OF DISCOVERY.  SO WHEN WE TALK |

```
11:04AM   1    ABOUT 4 MONTHS, IT'S THE LAST 4 MONTHS OF A 16 MONTH DISCOVERY
11:04AM   2    WINDOW.
11:04AM   3         WE HAVE BEEN VERY BUSY, AS MS. WOLFSON SAYS.  I'M SURE
11:04AM   4    COUNSEL'S FEE SCHEDULES WILL REFLECT THAT.  EVERYBODY HAS DONE
11:05AM   5    A LOT OF WORK IN THAT 12 MONTH PERIOD.  WE HAVE PRODUCED OVER
11:05AM   6    500,000 PAGES OF DOCUMENTS IN THIS CASE.  IT IS NOT TRUE THAT
11:05AM   7    THEY ARE ALL ARIZONA DOCUMENTS.  IT'S TRUE THAT MOST OF THEM
11:05AM   8    ARE DOCUMENTS THAT WERE PRODUCED IN THE ARIZONA LITIGATION, AND
11:05AM   9    WE DID THAT BECAUSE PLAINTIFFS ASSURED US THAT GIVEN THEIR
11:05AM  10    VIEW, THAT THE ISSUES ARE OVERLAPPING AND SIMILAR, MAKING THAT
11:05AM  11    PRODUCTION WOULD STREAMLINE DISCOVERY.
11:05AM  12         SO WE HAVE PRODUCED EXTENSIVE DOCUMENTS IN THIS CASE.  WE
11:05AM  13    HAVE HAD WEEKLY SESSIONS WITH JUDGE COUSINS.  I BELIEVE HE'S
11:05AM  14    ISSUED EIGHT SEPARATE ORDERS ON VARIOUS MOTIONS THAT BOTH SIDES
11:05AM  15    HAVE FILED, AND WE CAME TO THIS COURT TO ASK FOR A SCHEDULE
11:05AM  16    BECAUSE WE THOUGHT PREVIOUSLY, I MEAN, WE THOUGHT THAT THE
11:05AM  17    DEADLINES WOULD HELP FOCUS EVERYBODY'S ATTENTION.  THIS COURT
11:05AM  18    SET DEADLINES.  THOSE ARE LAID OUT IN DOCKET 208, AND THEY'RE
11:05AM  19    ALSO ON PAGE 7 OF THE CMC STATEMENT THAT WE FILED RECENTLY.
11:05AM  20         THE COURT SET THOSE DEADLINES AND AMONG THEM WAS A
11:05AM  21    MAY 5TH, 2012, ALMOST EXACTLY A YEAR AGO, A MAY 5TH, 2022
11:06AM  22    DEADLINE FOR COMPLETION OF FACT DISCOVERY.
11:06AM  23         WHEN WE HIT PAUSE, WE HAD TWO AND A HALF MONTHS LEFT OF
11:06AM  24    FACT DISCOVERY.  IT'S NOT AS THOUGH WE HAD FOUR MONTHS.  WE
11:06AM  25    WERE DOWN TO THE LAST TWO AND A HALF MONTHS.
```

11:06AM 1      AND IN THE NEGOTIATIONS RELATED TO THE STAY, PLAINTIFFS
11:06AM 2 SAID THEY WOULD NEED MORE TIME TO GET BACK UP TO SPEED, AND WE
11:06AM 3 ENDED UP AGREEING TO AN ADDITIONAL FOUR MONTHS WINDOW.  THAT'S
11:06AM 4 IN THE STIPULATION THAT THE COURT HAS SEEN.  WE THINK THAT FOUR
11:06AM 5 MONTHS SHOULD BE ENOUGH TIME IF THE PARTIES GET DOWN TO THE
11:06AM 6 WORK OF FINISHING UP DISCOVERY, TAKING DEPOSITIONS, AND THEN
11:06AM 7 WE'LL BE IN A POSITION TO BRIEF PLAINTIFFS' CLASS CERTIFICATION
11:06AM 8 MOTION ON THE SCHEDULE THAT WE HAVE PROPOSED IN THAT THIRD
11:06AM 9 COLUMN.
11:06AM 10           THE COURT:  THANK YOU.  AS TO MS. WOLFSON'S POINT
11:06AM 11 ABOUT WITHHOLDING, ARE YOU WITHHOLDING ANYTHING?  DO YOU HAVE
11:06AM 12 ANY OTHER, ANY OTHER DISCOVERY THAT WOULD BE BENEFICIAL AND
11:06AM 13 HELPFUL TO PLAINTIFFS?
11:06AM 14           MR. MARAIS:  YOUR HONOR, THERE WAS A LOT OF
11:06AM 15 NEGOTIATION EARLY ON ABOUT THESE ARIZONA DOCUMENTS.  AND OUR
11:07AM 16 VIEW HAS BEEN, WAS AT THE TIME, THAT CLONED DISCOVERY IS
11:07AM 17 IMPROPER.  AND CERTAINLY AT THE BEGINNING OF THOSE NEGOTIATIONS
11:07AM 18 WE HAD NO INTENTION OF PRODUCING THE ARIZONA DOCUMENTS AT ALL
11:07AM 19 BECAUSE THAT IS A SEPARATE MATTER.
11:07AM 20      WE THEN AGREED AND FILED A STIPULATION SAYING THAT WE
11:07AM 21 WOULD PRODUCE THE ARIZONA DOCUMENTS, THE DOCUMENTS THEMSELVES
11:07AM 22 BY A DATE IN NOVEMBER.  I BELIEVE IT WAS 2021.  WE MET THAT
11:07AM 23 DEADLINE.  WE PRODUCED ALL OF THE DOCUMENTS.
11:07AM 24      I THINK THE STIPULATION SAYS SOMETHING TO THE EFFECT THAT
11:07AM 25 IF PLAINTIFFS ARE INTERESTED IN OTHER ARIZONA MATERIALS, FOR

```
11:07AM   1    INSTANCE, THE SEARCH TERMS THAT WERE USED TO GET TO THOSE
11:07AM   2    DOCUMENTS, THEY WERE RESERVING THEIR RIGHT TO PURSUE THOSE
11:07AM   3    THROUGH SOME SORT OF MOTION, WE DID NOT AGREE TO PRODUCE THOSE.
11:07AM   4    WE HAVE NOT PRODUCED THOSE, YOUR HONOR.
11:07AM   5             THE COURT:  ALL RIGHT.  SO THAT'S STILL IN
11:07AM   6    LITIGATION OR ARE YOU WORKING ON THOSE?  WHAT IS THE STATUS OF
11:07AM   7    THAT?
11:07AM   8             MR. MARAIS:  I HAVEN'T HEARD ANY MORE FROM
11:07AM   9    PLAINTIFFS SINCE WE FILED THAT STIPULATION.
11:07AM  10             THE COURT:  DO YOU WANT THOSE?  OR WHAT IS GOING ON
11:07AM  11    WITH THAT, MS. WOLFSON?
11:08AM  12             MS. WOLFSON:  YOUR HONOR, I THOUGHT YOU ASKED
11:08AM  13    WHETHER THERE ARE OTHER DOCUMENTS RELEVANT TO THIS CASE IN
11:08AM  14    FRONT OF YOU THAT GOOGLE IS WITHHOLDING, AND I DIDN'T HEAR AN
11:08AM  15    ANSWER.
11:08AM  16       THE TRUTH OF THE MATTER IS THAT NOT ONE DOCUMENT HAS BEEN
11:08AM  17    PRODUCED FROM A CUSTODIAL FILE IN THIS MATTER BASED ON ANY
11:08AM  18    SEARCH TERMS THAT HAD BEEN AGREED UPON.  THIS HAD BEEN A HUGE
11:08AM  19    POINT OF CONTENTION.
11:08AM  20       WE ARE PROBABLY GOING TO FIRST THING TEE UP A MOTION TO
11:08AM  21    JUDGE COUSINS ABOUT APPROPRIATE CUSTODIAN SEARCH TERMS AND
11:08AM  22    GOOGLE HAS BEEN VERY DIFFICULT IN THOSE NEGOTIATIONS.  THEY
11:08AM  23    THINK THAT ONLY FIVE CUSTODIANS ARE APPROPRIATE.
11:08AM  24       SO IF THEY THINK THAT FIVE CUSTODIANS ARE APPROPRIATE,
11:08AM  25    EVEN THEN I WOULD ASSUME THAT THERE ARE ADDITIONAL DOCUMENTS TO
```

```
11:08AM  1    BE PRODUCED IN THIS CASE.
11:08AM  2           THIS IS NOT THE ARIZONA MATTER.  WE'RE NOT ENTITLED TO
11:08AM  3    JUST THE DISCOVERY IN THE ARIZONA MATTER.
11:08AM  4              THE COURT:  SO MS. WOLFSON SUGGESTS THAT EIGHT
11:08AM  5    MONTHS IS APPROPRIATE BECAUSE THERE'S GOING TO BE ADDITIONAL
11:08AM  6    FIGHTING ABOUT TERMS AND CUSTODIANS AND THESE THINGS, AND WE'LL
11:09AM  7    NEED EIGHT MONTHS BECAUSE, NOT NECESSARILY YOU, BUT BECAUSE THE
11:09AM  8    LITIGATION IS GOING TO BE PROTRACTED.
11:09AM  9              MR. MARAIS:  WELL, YOUR HONOR, WE HAVE OBVIOUSLY HAD
11:09AM 10    DISCUSSIONS ABOUT SUPPLEMENTAL CUSTODIAL SEARCHES AS
11:09AM 11    MS. WOLFSON IS DESCRIBING.
11:09AM 12         TO TAKE A STEP BACK, THIS IS A CASE IN WHICH PLAINTIFFS
11:09AM 13    ALLEGE THAT THERE WERE CERTAIN REPRESENTATIONS ON GOOGLE'S
11:09AM 14    WEBSITE AND SUPPORT PAGES AND THE DATA LOCATION INFORMATION WAS
11:09AM 15    COLLECTED IN A WAY THAT IN PLAINTIFFS' VIEW IS INCONSISTENT
11:09AM 16    WITH THOSE REPRESENTATIONS.
11:09AM 17         SO THE ISSUES IN THIS CASE ARE WHAT WERE THE
11:09AM 18    REPRESENTATIONS AND WHAT DATA WAS COLLECTED?  WE ALL HAVE THAT
11:09AM 19    INFORMATION.  WE KNOW WHAT IT IS.  IT'S NOT CLEAR TO ME THAT
11:09AM 20    CUSTODIAL SEARCHES ARE GOING TO TURN UP ANYTHING ELSE THAT IS
11:09AM 21    RELEVANT.
11:09AM 22              THE COURT:  MS. WOLFSON HAS THAT INFORMATION?
11:09AM 23              MR. MARAIS:  MS. WOLFSON HAS THE SUPPORT PAGES AND
11:09AM 24    THE PUBLIC REPRESENTATIONS AND THE PLAINTIFFS, IN FACT,
11:09AM 25    PRODUCED THEIR LOCATION INFORMATION IN THIS CASE.  WE HAD TO
```

```
11:09AM   1    SEEK AN ORDER FROM JUDGE COUSINS TO GET IT, BUT THEY HAVE NOW
11:10AM   2    PRODUCED THAT.
11:10AM   3         SO IN OUR VIEW, IT'S NOT CLEAR THAT THE CUSTODIAL DATA IS
11:10AM   4    GOING TO BE RELEVANT.
11:10AM   5         NEVERTHELESS, WE HAVE PRODUCED, AS I SAID, OVER 500,000
11:10AM   6    PAGES OF DOCUMENTS FROM 19 CUSTODIANS AND THE FIGHT THAT THE
11:10AM   7    PARTIES HAVE BEEN HAVING IS HOW MANY ADDITIONAL CUSTODIANS DO
11:10AM   8    WE REALLY NEED?  IN GOOGLE'S VIEW THE NUMBER IS FOUR OR FIVE.
11:10AM   9    IN PLAINTIFFS' VIEW THE NUMBER IS IN THE 30S.  AND THAT'S AN
11:10AM  10    ISSUE THAT WE BRIEFED FOR JUDGE COUSINS.  IT WAS PENDING WHEN
11:10AM  11    THIS CASE WAS STAYED.  SO I'M SURE THAT HE WILL PICK IT UP AS
11:10AM  12    SOON AS THE STAY IS LIFTED.
11:10AM  13         BUT THAT DEADLINE TO FILE A BRIEF SUMMARIZING THE DISPUTES
11:10AM  14    THAT THE PARTIES HAD ABOUT ESI HAD COME AND GONE BY THE TIME
11:10AM  15    THAT THIS STAY WAS ENTERED IN THIS CASE AND THAT BRIEF IS
11:10AM  16    ALREADY ON THE DOCKET.
11:10AM  17              THE COURT:  OKAY.  THANK YOU.
11:10AM  18              MS. WOLFSON:  I APOLOGIZE, I MISREMEMBERED THAT,
11:10AM  19    YOUR HONOR.
11:10AM  20              THE COURT:  OKAY.
11:10AM  21              MS. WOLFSON:  WE'RE EVEN FURTHER AHEAD THAN I
11:10AM  22    THOUGHT.
11:10AM  23              THE COURT:  OKAY.  THANK YOU.  THANK YOU.
11:10AM  24         WELL, AND THANK YOU FOR TELLING ME THAT THAT MOTION IS
11:10AM  25    TEED UP FOR JUDGE COUSINS.  ONCE THE STAY IS LIFTED, THEN
```

```
11:11AM   1    HE'LL -- I'M SURE YOU CAN PROCEED WITH THAT WITH HIS CALENDAR.
11:11AM   2         MS. WOLFSON.
11:11AM   3              MS. WOLFSON:  SO, YOUR HONOR, WE KNOW WHAT THE
11:11AM   4    REPRESENTATIONS WERE BY GOOGLE.  THE QUESTION IS WHAT DID
11:11AM   5    GOOGLE ACTUALLY DO?  WHAT INFORMATION DID THEY COLLECT?  HOW
11:11AM   6    DID THEY STORE IT AND HOW DID THEY USE IT?  THOSE ARE THE
11:11AM   7    RELEVANT ISSUES HERE.
11:11AM   8              THE COURT:  OKAY.  OKAY.
11:11AM   9         WHAT ELSE SHOULD I KNOW?
11:11AM  10              MR. MARAIS:  YOUR HONOR, I THINK THAT THOSE ARE THE
11:11AM  11    ONLY ISSUES.  YOU KNOW, THERE WERE VARIOUS OTHER ISSUES THAT
11:11AM  12    PLAINTIFFS RAISED IN THE CMC STATEMENT.  I DON'T THINK ANY OF
11:11AM  13    THEM ARE ANYWHERE NEAR RIPE FOR RESOLUTION.  I THINK THE ONLY
11:11AM  14    TWO ISSUES FOR US TODAY ARE SHOULD THE STAY BE LIFTED, AND I
11:11AM  15    BELIEVE WE'RE ALL IN AGREEMENT, AND WHAT SHOULD THE SCHEDULE
11:11AM  16    BE.
11:11AM  17              THE COURT:  RIGHT.
11:11AM  18              MR. MARAIS:  WE SET OUT OUR POSITION ON THOSE
11:11AM  19    ISSUES.
11:11AM  20              THE COURT:  TERRIFIC.  THANK YOU.
11:11AM  21         WELL, I AM GOING TO LIFT THE STAY.  I THINK IT WILL BE
11:11AM  22    BENEFICIAL FOR YOU BOTH TO GET YOUR WORK DONE.
11:11AM  23         AS TO THE SCHEDULE, I AM GOING TO OFFER A SCHEDULE TO YOU.
11:12AM  24    I NEED TO GO BACK TO MY OFFICE AND ADJUST MY CALENDAR.
11:12AM  25         BUT, MS. WOLFSON, I HATE TO DISAPPOINT YOU, IT WON'T BE
```

| | | |
|---|---|---|
| 11:12AM | 1 | EIGHT MONTHS.  I DO THINK THAT THAT'S A LITTLE LONG, MORE THAN |
| 11:12AM | 2 | NEEDED, AND I THINK IT WILL BE CLOSER TO THE 60 DAYS THAT I |
| 11:12AM | 3 | MENTIONED.  BUT I'LL GET THAT OUT TO YOU AS SOON AS POSSIBLE SO |
| 11:12AM | 4 | YOU CAN CONTINUE YOUR GOOD WORK. |
| 11:12AM | 5 |         MS. WOLFSON:  THANK YOU SO MUCH, YOUR HONOR. |
| 11:12AM | 6 |         THE COURT:  OKAY. |
| 11:12AM | 7 |         MR. MARAIS:  THANK YOU, YOUR HONOR. |
| 11:12AM | 8 |         THE COURT:  THANK YOU. |
| 11:12AM | 9 |    (COURT CONCLUDED AT 11:12 A.M.) |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MARCH 6, 2023