UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 EJD (NC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO DISCLOSE HIGHLY CONFIDENTIAL MATERIALS TO PLAINTIFFS' EXPERT DR. SHAFIQ**<br><br>Re: ECF 276 |

Having considered Plaintiffs' Motion for Permission to Disclose Highly Confidential Materials to Plaintiffs' Expert Dr. Zubair Shafiq, a computer science professor at UC Davis (ECF 276); and Google's opposition (ECF 282); all within the procedures and standards established in the Protective Order (ECF 112) issued in this case; the Court GRANTS Plaintiffs' motion. Applying Section VII of the Protective Order, including especially Sections VII.4(a)(2), VII.4(c) and VII.4(d), the Court finds that Plaintiffs have met their initial burden and that Google (the party opposing disclosure) has not met its burden of proving that the risk of harm that the disclosure would entail (under the safeguards proposed) outweighs the Plaintiffs' need to disclose the protected material to its expert.

The March 22 hearing is vacated. No fees or costs are awarded.

**IT IS SO ORDERED.**

Dated: March 21, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge