LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**NOTICE REGARDING PLAINTIFFS' DESIGNATION OF LEAD DISCOVERY LIAISON COUNSEL** |

Following the Court's order lifting the stay of discovery in this case (Dkt. 273), Plaintiffs hereby provide notice of the designation of Henry Kelston (Ahdoot & Wolfson PC), and Mike Sheen (Lieff Cabraser Heimann & Bernstein, LLP) as lead discovery liaison counsel.[1]

Plaintiffs have informed Google of Mr. Kelston and Mr. Sheen's designation as Plaintiffs' new lead discovery liaison counsel. Mr. Kelston and Mr. Sheen are aware of and will abide by the obligations set forth in the Court's prior orders (*see, e.g.*, Dkt. 187).

Dated:  March 22, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:  /s/ Michael W. Sobol
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

*Interim Co-Lead Class Counsel*

Dated:  March 22, 2023

AHDOOT & WOLFSON, PC

By:  /s/ Tina Wolfson
TINA WOLFSON
THEODORE W. MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Interim Co-Lead Class Counsel*

---

[1] Plaintiffs previously designated Tina Wolfson and Michael W. Sobol as lead discovery liaison counsel. *See* Dkt. 192 at 6.