| | |
|---|---|
| AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>*Interim Co-Lead Class Counsel* | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**REQUEST TO APPEAR REMOTELY AT HEARING RE DISCOVERY LETTER BRIEF DKT. [283]**<br><br>Dept.      Courtroom 4 - 5th Floor<br>Judge:    Hon. Nathanael Cousins<br>Date:      April 5, 2023<br>Time:     11:00 am<br>Location: Courtroom 5, 4th Floor |

I, Henry J. Kelston, of Ahdoot & Wolfson, PC, Interim Co-Lead Class Counsel, hereby request to be permitted to appear remotely at the Hearing re: Discovery Letter Brief, Dkt. [283] scheduled in this case for April 5, 2023 at 11:00 a.m., and that the Court authorize my participation via Zoom or Court Call.

Good cause exists for granting this request to appear remotely. I will be arguing this motion for Plaintiffs. I am located in New York and my in-person appearance at the hearing on April 5 would make it impossible for me to observe the first night of the Passover holiday that evening with my family. In addition, several other attorneys on Plaintiffs' team have longstanding spring break vacation plans with their families. Alternatively, I would be available to appear in person any day beginning April 7, 2023.

Defendant has been consulted and does not object to this request.

Dated:  March 28, 2023

AHDOOT & WOLFSON, PC

By:  */s/ HENRY J. KELSTON*
TINA WOLFSON
THEODORE W. MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Interim Co-Lead Class Counsel*