**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) |
|---|---|
| | **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY** |

For good cause shown, Plaintiffs' Counsel Henry J. Kelston's Request to appear remotely at the April 5, 2023 Hearing re Discovery Letter Brief, Dkt. [283] is GRANTED.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge