UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE LOCATION
HISTORY LITIGATION

Case No. 18-cv-05062 EJD (NC)

**ORDER MODIFYING DISCOVERY HEARING AS REQUESTED BY THE PARTIES; RESETTING APRIL 5 HEARING TO 10:00 A.M. ON ZOOM**

Re: ECF 287, 288

Having considered ECF 287 and 288, the Court grants the modifications requested by the parties concerning the April 5 discovery hearing. *First*, as requested by Plaintiffs' counsel, the Court will convert the hearing to a zoom webinar for all counsel rather than in-person. ECF 287 is granted. *Second*, as requested by Google, the Court will expand the topics to include those requested in ECF 288 and set forth here:

1. Google's Interrogatories No. 1–2, in connection with which Google asked the Court to order Plaintiffs to confirm—in a verified interrogatory response—that they have now identified all devices and accounts; and

2. Whether Plaintiffs have in fact collected all of the custodial data the Court previously ordered them to collect.

*Third*, the Court advances the discovery hearing to 10:00 a.m. on April 5 so as to accommodate the additional discovery topics.

**IT IS SO ORDERED.**

Dated: March 29, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge