OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** April 5, 2023 | **Time:** 1 hour, 13 mins | **Judge:** NATHANAEL M. COUSINS |
| **Case No.**: 18-cv-05062-EJD | **Case Name:** In re Google Location History Litigation | |

**Attorneys for Plaintiffs:** Henry Kelston, Michael Sobol, Theodore Maya, Michael Levin-Gusenheidt

**Attorneys for Google LLC:** Nicholas Marais, Tom Gorman

**Deputy Clerk:** Lili Harrell         **Zoom webinar:** 10:03am – 11:16am

PROCEEDINGS

**Discovery Hearing held:**

- Court set further discovery status hearings for 5/3/2023, at 11:00 a.m. in person, with joint status report not to exceed 10 pages due 4/28; and 6/7/2023, at 11:00 a.m. in person with joint status report not to exceed 10 pages due 6/2.

- Parties to meet and confer and file joint letter brief by 4/12/2023 re plaintiffs' request to compel re "Location information".

- As to Plaintiffs' request to compel document custodians in ECF [283], the request is granted in part. The Court ordered the 4 custodians designated by Google, plus 6 more identified by plaintiffs from the list of 40. This disclosure by 4/12 and subject to further conferring between the parties.

- As to Google's requests in ECF [288]:

  (1) Google's request to compel supplemental responses to Rogs 1 and 2 granted; plaintiffs to serve updated, supplemental responses by 4/19/2023;

  (2) Google's request to compel collection of plaintiffs' devices deferred; parties to meet and confer on Google's requests by 4/12. Court indicated a tentative view to compelling a production of current devices.

- No fees or costs awarded at present.