KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DEFENDANT GOOGLE'S UPDATE RE ESI CUSTODIANS**<br><br>Dept: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

Last week, the Court resolved the parties' disputes about ESI custodians by setting a cap of ten: "the four custodians that Google has designated … plus six more that the plaintiffs will identify" from their list of 42 names. *See* Tr. (Apr. 5, 2023) at 34:17–22.

The Court directed plaintiffs' counsel to "assess on your team which [custodians] you want to pick," to share six names with Google, *id.* at 36:13–17, and to work with Google to resolve any potential disputes. On April 7, two days after the hearing, Google asked Plaintiffs' counsel to "please identify your proposed list of six additional ESI custodians as soon as possible." Notwithstanding the Court's instructions, and Google's request, Plaintiffs' counsel did not respond. To date, Plaintiffs have not identified any proposed custodians, nor have they sought to meet and confer about an agreed list.

Because the Court requested a status update by April 12, *id.* at 35:24–36:2, and having received no response from Plaintiffs' counsel, Google provides the following report:

Google has begun collecting custodial data from the four custodians it identified.

Google has requested that Plaintiffs identify their preferred custodians. As soon as they do, Google is ready and willing to meet and confer.

Google will update the Court as soon there is an agreed-upon list of custodians.

Dated: April 12, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Nicholas D. Marais*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC