| | |
|---|---|
| AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD<br><br>**PLAINTIFFS' STATUS REPORT RE: ESI CUSTODIANS** |

1     Plaintiffs briefly respond to Google's status report filed at Dkt. 294.

2     Following the hearing on April 5, 2023, at which the Court set the number of Google document custodians at ten, the Court entered a Minute Order (ECF No. 292) requiring Plaintiffs to designate six custodians to supplement the four custodians Google previously proposed. The disclosure was to be "made by 4/12 and subject to further conferring between the parties." *Id.* Plaintiffs did not understand the Court to have ordered a filing—and Google did not notify Plaintiffs of its intention to file a report. However, because Google filed its report, Plaintiffs file this separate status report to provide more current and complete information:

At the moment Plaintiffs received Google's status report via the ECF system, Plaintiffs were preparing to send an email to Google identifying six document custodians. That email, sent to Google prior to the expiration of Plaintiffs' time to name additional custodians, also raised another important issue.

Two days *after* the hearing before the Court regarding the appropriate number of document custodians, Google notified Plaintiffs that it intended to identify two additional individuals likely to have discoverable information pursuant to Rule 26(a)(1)(A)(i). These two additional individuals are *not* included among the four custodians that Google proposed and represented would provide sufficient documents to complete discovery. In fact, these individuals had never before been a topic of discussion, and their disclosure doubles the number of individuals Google has identified under Rule 26. Plaintiffs expect to meet and confer with Google in the coming days regarding whether it should collect ESI from these late-disclosed individuals. Plaintiffs note as well that Google has not advised whether and to what extent it has retained these individuals' ESI (including emails and chat messages).

Dated:  April 12, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Michael Levin-Gesundheit*
MICHAEL LEVIN-GESUNDHEIT

*Interim Co-Lead Class Counsel*