

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Nicholas D. Marais**
(415) 773-6614
nmarais@keker.com

April 13, 2023

**VIA ECF**

Hon. Nathanael Cousins
United States District Court, Northern District of California
San Jose Courthouse, Courtroom 5 – 4th Floor
280 South 1st Street, San Jose, CA 95113

Re:   *In re: Google Location History Litigation*,
      Case No. 5:18-cv-05062-EJD (N.D. Cal.)

Your Honor:

Today, in a written submission filed with this Court, Mr. Levin-Gesundheit accuses me of "wholly fail[ing] to adhere to this District's Guidelines for Professional Conduct." Dkt. 296 at 1:27–28. In an email he sent me at precisely the same moment, he accuses me of "a pattern of incivility," of making a "galling" request that Plaintiffs' counsel correct publicly filed misstatements, and of conduct that falls "far below" the standard of practice in this Court. *See* Ex. A. Although disappointed that it is necessary, I feel I must respond.

Yesterday, having received no response from plaintiffs' counsel about ESI custodians, and consistent with the Court's request, Google filed a short, straightforward status report. *See* Dkt. 294. Less than an hour later, at 8:49 p.m., Plaintiffs' counsel emailed us, circulating a proposed list of custodians and accusing us of "withhold[ing]" information and, not for the first time, of "extremely disappointing" conduct that they threatened to "bring … to Judge Cousins." *See* Ex. B. Plaintiffs' counsel's concerns were based on a misunderstanding—a typographical error in a custodian's name—that Google could have clarified if Plaintiffs' counsel had simply asked. Unfortunately, less than two hours later, without giving Google a chance to respond, Mr. Levin-Gesundheit made the same claims in Plaintiffs' status report. Dkt. 295. There is no dispute that those assertions are incorrect: the parties have repeatedly discussed Jen Chai, one of the four custodians Google proposed from the outset. *See* Dkt. 296 at 2:1–4. Because I thought it important that the Court have accurate information, I emailed Mr. Levin-Gesundheit to explain the misunderstanding and to ask that he correct the record. *See* Ex. C. I believe that it is this email that has led Mr. Levin-Gesundheit to accuse me of misconduct.

2129526

Hon. Nathanael Cousins
April 13, 2023
Page 2

This morning, at 10:20 a.m., Mr. Levin-Gesundheit asked me to "[p]lease hold" while he "consider[ed]" my request. I did. Unfortunately, rather than call or email me to discuss his concerns, Mr. Levin-Gesundheit proceeded directly to filing a second "status report." Dkt. 296.

I am available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Nicholas D. Marais

2129526