| | |
|---|---|
| **From:** | Henry Kelston <hkelston@ahdootwolfson.com> |
| **Sent:** | Wednesday, April 12, 2023 8:49 PM |
| **To:** | Thomas E. Gorman; Google Location History Plaintiffs' Interim Co-Lead Class Counsel |
| **Cc:** | GPRIV-KVP |
| **Subject:** | Google Location History: ESI custodians |

**[EXTERNAL]**

Tom,

Google's decision to withhold the disclosure of Jen Chen and Suneeti Vakharia as individuals having discoverable information until two days after Judge Cousins ruled on the number of document custodians is extremely disappointing. If Google had amended its initial disclosures before the hearing, thus increasing the number of individuals disclosed from two to four, Plaintiffs firmly believe Judge Cousins would have ordered Google to include the two newly-named individuals on its list of custodians, bringing the total number of custodians to twelve. Instead, Google withheld that information from Plaintiffs and the Court while representing to the Court that its four proposed custodians were the people "most likely to have relevant information."

Plaintiffs are, therefore, naming 12 potential custodians. If Google does not agree to add Jen Chen and Suneeti Vakharia as the eleventh and twelfth custodians, we will promptly bring the issue to Judge Cousins.

Plaintiffs provisionally designate the following as document custodians in addition to the four proposed by Google (Eriksson, Chai, Mcgriff and Monsees), Chen and Vakharia:

1. Kevin Berlin
2. Bryan Horling
3. Jen Fitzpatrick
4. Jack Menzel
5. Sam Heft-Luthy
6. Ankit Gupta

These designations are provisional pending Google's confirmation that all custodial documents (including chats and texts) of these individuals, for the period from 2009 to the present, have been preserved, are reasonably accessible, and are not subject to legal or regulatory restrictions that would impinge on Google's ability to produce the documents (including, but not limited to the GDPR). If Google cannot so confirm, please describe the specific issues preventing such confirmation for each affected custodian.

Please confirm whether Google will agree to the total of 12 custodians and provide the requested information as soon as possible.

Thank you.
Henry J. Kelston



Tel: 845.584.0101
hkelston@ahdootwolfson.com

---

**From:** Thomas E. Gorman <TGorman@keker.com>
**Date:** Friday, April 7, 2023 at 6:16 PM
**To:** Google Location History Plaintiffs' Interim Co-Lead Class Counsel <glh-leadplaintiffs@ahdootwolfson.com>
**Cc:** GPRIV-KVP <GPRIV-KVP@keker.com>
**Subject:** ESI custodians

Ext.

Henry—

Per the Court's order, please identify your proposed list of six additional ESI custodians as soon as possible. To the extent it is relevant to your decision, please be advised that we're in the process of considering some revisions to our initial disclosures and under FRCP 26(a)(1)(A)(i) we expect to list Jen Chen (Android, including related disclosures, terms of service, and privacy policies) and Suneeti Vakharia (Google's privacy policies, account agreements and disclosures, account creation controls, and user consents).

Thank you,

--Tom

---

**Thomas E. Gorman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+1 415 676 2292 direct | +1 415 391 5400 main
tgorman@keker.com | vcard | keker.com