| | |
|---|---|
| **From:** | Nic Marais |
| **Sent:** | Thursday, April 13, 2023 8:42 AM |
| **To:** | Levin-Gesundheit, Michael |
| **Cc:** | Henry Kelston; In re GLH plaintiffs' counsel (glh-leadplaintiffs@ahdootwolfson.com); GPRIV-KVP |
| **Subject:** | In re GLH—Dkt. 295 |

Michael:

At 8:49 p.m. last night—the last possible moment, even on your reading of the Court's instructions—Henry sent us an overheated email about ESI custodians in which he made a number of false claims. Then, at 10:38 p.m., without giving us any time to respond, you repeated those claims to the Court. The reference to "Jen Chen" in Tom's April 7 email was a typo that should have been obvious to you given the context, and certainly would have been had you simply called or emailed us at any time in the past week. Tom was referring to Jen Chai, who we have talked about at length, who we proposed as an ESI custodian, and who I specifically mentioned at last week's discovery conference. When you told the Court last night that she was "*not* included" (your emphasis) in Google's list of proposed custodians and "had never before been a topic of discussion," those claims were false. Please withdraw your status report this morning or we will have to correct the record.

We will respond separately to the rest of Henry's email.

In the meantime, we again invite you and your team to call us to discuss these or any other issues before rushing into Court and misrepresenting the facts.

Nic

---

**Nic Marais**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 773 6614 direct | 415 391 5400 main
nmarais@keker.com | vcard | keker.com
pronouns: he, him, his