KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF CHRISTINA LEE IN SUPPORT OF JOINT STIPULATION REGARDING CASE SCHEDULE**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

I, Christina Lee, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am also an associate with the law firm of Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, California, 94111, counsel of record for Defendant Google LLC ("Google") in the above-captioned matter. I submit this declaration in support of the Parties' joint stipulation to modify the class certification schedule in this case. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. On December 1, 2021, the Court issued a Case Management Order that set the deadline for Plaintiffs to file a class certification motion on July 1, 2022; the deadline for Google to file a class certification opposition on August 31, 2022, approximately two months later; and the deadline for Plaintiffs to file a reply in support of their motion for class certification on September 22, 2022, approximately one month later (Dkt. 208).

3. On February 22, 2022, the Court stayed this case. Dkt. 243.

4. In the Parties' Joint Case Management Conference Statement dated February 9, 2023, the Parties' competing schedules both provided Google at least two months to file a class certification opposition (Dkt. 269 at 6, 8).

5. On February 23, 2023, the Court lifted the stay in this case. Dkt. 272.

6. On February 27, 2023, the Court entered a Case Scheduling Order that set the deadline for Plaintiffs to file a class certification motion and serve Rule 23 expert witness report(s), if any, on September 15, 2023; the deadline for Google to file a class certification opposition and serve Rule 23 expert witness report(s), if any, on October 13, 2023, approximately one month later; and the deadline for Plaintiffs to file a reply in support of their motion for class certification on November 13, 2023, approximately one month later (Dkt. 273).

7. Google anticipates needing more than four weeks to depose Plaintiffs' expert witnesses, prepare its own Rule 23 expert witness report(s), and to prepare its opposition to Plaintiffs' class certification motion.

8. The parties' stipulation to extend the fact discovery deadline will not affect any remaining deadlines set forth in the current scheduling order other than Google's deadline to file a class certification opposition and serve Rule 23 expert witness report(s), if any; Plaintiffs' deadline to file a reply in support of their motion for class certification; and the date of the class certification hearing.

9. The following time modifications have occurred in this case: Dkt. 19 extended Google's time to respond to the complaint. Dkts. 36, 42, 65, 66, 82, 84, and 89 reset the time for the initial case management conference. Dkts. 42 and 86 extended the deadline on the amended complaint and/or the briefing schedule related to Google's motion to dismiss. Dkts. 90, 106, 107, and 108 reset the hearing on Google's motion to dismiss. Dkt. 118 extended the time for filing a further amended complaint and stayed discovery. Dkts. 128 and 144 extended the time for filing a further amended complaint and/or the briefing schedule related to Google's motion to dismiss. Dkt. 158 continued the motion hearing on Google's motion to dismiss and other related motions. Dkts. 203, 218, 238, 242, and 267 set the time for the parties' joint reports, continued discovery hearings, and/or continued status conferences. Dkt. 223 set the deadline for certain discovery responses. Dkt. 243 stayed discovery and vacated case deadlines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 14, 2023, in San Francisco California.

Dated: April 14, 2023

*/s/ Christina Lee*
CHRISTINA LEE