KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE**<br>***AS MODIFIED***<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:    Hon. Edward J. Davila |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, after the Court lifted the stay in this case on February 23, 2023 (Dkt. 272), the Court entered a Case Scheduling Order on February 27, 2023, that set the deadline for Plaintiffs to file a class certification motion and serve Rule 23 expert witness report(s), if any, on September 15, 2023; the deadline for Google to file a class certification opposition and serve Rule 23 expert witness report(s), if any, on October 13, 2023, approximately one month later; and the deadline for Plaintiffs to file a reply in support of their motion for class certification on November 13, 2023, approximately one month later (Dkt. 273);

WHEREAS, prior to the issuance of the stay in this case on February 22, 2022 (Dkt. 243), the deadline for Plaintiff's motion for class certification was July 1, 2022, the deadline for Google to file a class certification opposition was August 31, 2022, and the deadline for Plaintiffs' reply was September 22, 2022 (Dkt. 208);

WHEREAS, Google anticipates needing more than four weeks to depose Plaintiffs' expert witnesses, prepare its own Rule 23 expert witness report(s), and to prepare its opposition to Plaintiffs' class certification motion;

WHEREAS, the Parties have conferred and agreed on two modifications to the case schedule, as set forth below;

NOW THEREFORE, the Parties respectfully request that this Court order the following modifications to the Scheduling Order:

| Event | Deadline (Dkt. 273) | Proposed Deadline |
|---|---|---|
| Joint Status Conference Statement | June 16, 2023 | *Unchanged* |
| Status Conference | 11:00 a.m. on June 29, 2023 | *Unchanged* |
| Production of custodial ESI, final privilege logs, and other pre-certification fact discovery | July 28, 2023 | *Unchanged* |

| Event | Deadline (Dkt. 273) | Proposed Deadline |
|---|---|---|
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 | *Unchanged* |
| Deadline to file class certification motion and serve Rule 23 expert witness report(s), if any | September 15, 2023 | *Unchanged* |
| Deadline to file class certification opposition and serve Rule 23 expert witness report(s), if any | October 13, 2023 | November 3, 2023 |
| Plaintiffs file reply in support of motion for class certification | November 13, 2023 | December 15, 2023 |
| Class Certification Hearing | 9:00 a.m. on December 14, 2023 | ~~To be set for a date and time at the Court's convenience~~ January 25, 2024 |

Dated: April 14, 2023        KEKER, VAN NEST & PETERS LLP

By:    */s/ Benjamin Berkowitz*
         BENJAMIN BERKOWITZ
         THOMAS E. GORMAN
         NICHOLAS D. MARAIS
         CHRISTOPHER S. SUN
         CHRISTINA LEE

         Attorneys for Defendant GOOGLE LLC

Dated: April 14, 2023        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:    */s/ Michael Levin-Gesundheit*
         MICHAEL W. SOBOL
         MELISSA GARDNER
         MICHAEL LEVIN-GESUNDHEIT
         MICHAEL K. SHEEN
         JALLÉ H. DAFA
         JOHN D. MAHER

         *Interim Co-Lead Class Counsel*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, **AS MODIFIED**.

Dated:  April 14, 2023

_____
Honorable Edward J. Davila
United States District Judge