**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD<br><br>**SUGGESTION OF DEATH OF NURUDAAYM MAHON** |

Counsel for Plaintiffs provide notice and suggest upon the record, pursuant to Federal Rule of Civil Procedure 25(a), that Counsel for Plaintiffs discovered, on April 12, 2023, that Plaintiff Nurudaaym Mahon passed away in January of this year.

Counsel for Plaintiffs have not yet had the opportunity to confer with an appropriate representative of Mr. Mahon's estate to determine whether a motion for substitution will be filed under Rule 25.

Plaintiffs acknowledge that unverified discovery responses were served on Mr. Mahon's behalf in March of this year after Mr. Mahon had passed away. Counsel for Plaintiffs learned of Mr. Mahon's passing in connection with those interrogatory responses. The discovery responses Plaintiffs served were based both on counsel's independent research (regarding criminal and civil filings) and on regular updates Mr. Mahon provided to his co-counsel attorney, including conversations that continued until the middle of January, when Mr. Mahon last spoke with his attorney.

Dated: April 17, 2023

/s/ *Theodore W. Maya*
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Andrew W. Ferich (*pro hac vice*)
aferich@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: 310.474.9111
Facsimile: 310.474.8585

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

1  275 Battery Street, 29th Floor
San Francisco, CA  94111
2  Telephone:  415.956.1000
Facsimile:  415.956.1008
3
Nicholas Diamand (*pro hac vice*)
ndiamand@lchb.com
4  **LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
5  250 Hudson Street, 8th Floor
New York, NY  10013
6  Telephone:  212.355.9500
Facsimile:  212.355.9592

7  *Interim Co-Lead Class Counsel*