| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Sandy Giminez | 2a. CONTACT PHONE NUMBER: (415) 676-2221 | 3. CONTACT EMAIL ADDRESS: sgiminez@keker.com |
| 1b. ATTORNEY NAME (if different): Nicholas D. Marais | 2b. ATTORNEY PHONE NUMBER: (415) 391-5400 | 3. ATTORNEY EMAIL ADDRESS: nmarais@keker.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111 | 5. CASE NAME: In re Google Location History Litigation | 6. CASE NUMBER: 5:18-cv-05062 |

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☑ FTR

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/18/2023 | NMC | Disc | | ● | ● | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).
11. SIGNATURE: /s/ Nicholas D. Marais
12. DATE: 04/18/2023

Clear Form          Save as new PDF