KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
EMILY L. WANG - # 345438
ewang@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF EMILY WANG**<br><br>Date:<br>Time:<br>Dept:     Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Emily Wang of Keker, Van Nest & Peters LLP hereby enters an appearance as counsel for Defendant Google, LLC.

Her address, telephone, fax, and email are listed below as follows:

EMILY L. WANG
State Bar No. 345438
Email: ewang@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 676 2293
Facsimile:     415 397 7188

Dated: April 18, 2023                         KEKER, VAN NEST & PETERS LLP

                                     By:   /s/ Emily L. Wang

                                           EMILY WANG

                                           Attorneys for Defendant GOOGLE LLC