UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 18-cv-05062 EJD (NC)<br><br>**ORDER STRIKING DISCOVERY BRIEFS**<br><br>Re: ECF 294, 295, 296, 298 |

Earlier today I held a discovery hearing on letter briefs filed at ECF 294, 295, 296, and 298. As discussed at the hearing, I strike these briefs for failure to comply with previous Court orders. On October 6, 2021, I ordered that:

- Lead discovery liaison counsel on each side must confer by speaking (not an exchange of emails or letters) before presenting any further discovery disputes to the Court. Discovery reports and motions must certify this has been completed. And,
- No more footnotes allowed in discovery motions or reports in this case. ECF 187.

More recently, at an April 5, 2023, discovery status hearing I emphasized that upcoming discovery disputes were to be presented in joint letter briefs. ECF 292.

The unilateral, accusatory, eye-for-an-eye letter briefs from the parties violated

these orders. They also were unproductive and distracted from the merits of the case. The Court expects better.

The discovery issues presented in ECF 293 will be heard at the previously set discovery hearing on May 3, 2023, at 11:00 a.m. in person in courtroom 5. A joint status report not to exceed 10 pages is due April 28. ECF 292.

**IT IS SO ORDERED.**

Dated: April 18, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge