AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No.  5:18-cv-05062-EJD (NC)<br><br>**REQUEST TO APPEAR REMOTELY AT DISCOVERY STATUS HEARING**<br><br>Dept.      Courtroom 4 - 5th Floor<br>Judge:     Hon. Nathanael Cousins<br>Date:      May 3, 2023<br>Time:      11:00 am<br>Location:  Courtroom 5, 4th Floor |

I, Henry J. Kelston, of Ahdoot & Wolfson, PC, Interim Co-Lead Class Counsel, hereby request to be permitted to appear remotely at the discovery status hearing scheduled in this case for May 3, 2023 at 11:00 a.m., and that the Court authorize my participation via Zoom or CourtCall.

Good cause exists for granting this request to appear remotely. I underwent surgery on April 25, 2023 and have been advised against travel for at least two weeks.

Defendant has been consulted and does not object to this request.

Dated: April 26, 2023

AHDOOT & WOLFSON, PC

By: */s/ Henry J. Kelston*
TINA WOLFSON
THEODORE W. MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Interim Co-Lead Class Counsel*