UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY** |
|---|---|

For good cause shown, Plaintiffs' Counsel Henry J. Kelston's Request to appear remotely at the May 3, 2023 Discovery Status Hearing is GRANTED.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge