**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC) <br><br> ***MODIFIED* ORDER GRANTING REQUEST TO APPEAR REMOTELY** |

For good cause shown, Plaintiffs' Counsel Henry J. Kelston's Request to appear remotely at the May 3, 2023 Discovery Status Hearing is GRANTED. The May 3, 2023 hearing is rescheduled to **9:30 a.m.** and will be held via Zoom webinar.

**IT IS SO ORDERED.**

DATED this 26th day of April, 2023

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Nathanael M. Cousins

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY