KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

Interim Co-Lead Class Counsel

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Dept:     Courtroom 5 – 4th Floor<br>Judge:    Hon. Nathanael Cousins<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |

The parties have settled this dispute, subject to Court approval. Yesterday afternoon, the parties reached agreement on all material terms and executed a final term sheet. The parties have agreed that they will finalize and execute a full-form settlement agreement within 30 days (*i.e.*, by May 30, 2023). Plaintiffs have committed to filing a motion for preliminary settlement approval within 30 days of that (*i.e.*, before or by June 29, 2023).

In light of the settlement, the parties jointly request that the Court vacate:

1. The April 28, 2023 and June 2, 2023 deadlines for joint status reports;
2. Google's May 1, 2023 deadline to respond to Plaintiffs' Fifth Set of Requests for Production, *see* ECF No. 310;
3. The upcoming May 3, 2023 hearing on ECF No. 293; and
4. The May 3, 2023 and June 7, 2023 status conferences, *see generally* ECF No. 292.

The parties will file a separate stipulation and proposed order requesting that the Court stay all discovery and vacate all other (non-settlement-related) deadlines.

The parties thank the Court for its significant and valuable assistance in this matter over the past two years.

Dated: April 28, 2023                                       KEKER, VAN NEST & PETERS LLP

By:   */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC

Dated: April 28, 2023                                LIEFF CABRASER HEIMANN &
                                                     BERNSTEIN, LLP

                                             By:    /s/ Michael W. Sobol
                                                    MICHAEL W. SOBOL
                                                    MELISSA GARDNER
                                                    MICHAEL LEVIN-GESUNDHEIT
                                                    MICHAEL K. SHEEN
                                                    JALLÉ H. DAFA
                                                    JOHN D. MAHER

                                                    *Interim Co-Lead Class Counsel*

Dated: April 28, 2023                                AHDOOT & WOLFSON, PC

                                             By:    /s/ Tina Wolfson
                                                    TINA WOLFSON
                                                    THEODORE W. MAYA
                                                    BRADLEY K. KING
                                                    HENRY J. KELSTON

                                                    *Interim Co-Lead Class Counsel*

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 28, 2023                                /s/ Benjamin Berkowitz
                                                     Benjamin Berkowitz