| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendant GOOGLE LLC<br><br>AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (pro hac vice)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA  91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>Interim Co-Lead Class Counsel | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Nicholas Diamand (pro hac vice)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel |

GRANTED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS REPORT<br>RE SETTLEMENT**<br><br>Dept:      Courtroom 5 – 4th Floor<br>Judge:     Hon. Nathanael Cousins<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

The parties have settled this dispute, subject to Court approval. Yesterday afternoon, the parties reached agreement on all material terms and executed a final term sheet. The parties have agreed that they will finalize and execute a full-form settlement agreement within 30 days (*i.e.*, by May 30, 2023). Plaintiffs have committed to filing a motion for preliminary settlement approval within 30 days of that (*i.e.*, before or by June 29, 2023).

In light of the settlement, the parties jointly request that the Court vacate:

1. The April 28, 2023 and June 2, 2023 deadlines for joint status reports;
2. Google's May 1, 2023 deadline to respond to Plaintiffs' Fifth Set of Requests for Production, *see* ECF No. 310;
3. The upcoming May 3, 2023 hearing on ECF No. 293; and
4. The May 3, 2023 and June 7, 2023 status conferences, *see generally* ECF No. 292.

The parties will file a separate stipulation and proposed order requesting that the Court stay all discovery and vacate all other (non-settlement-related) deadlines.

The parties thank the Court for its significant and valuable assistance in this matter over the past two years.

Dated: April 28, 2023                                     KEKER, VAN NEST & PETERS LLP

                                                          By:   */s/ Benjamin Berkowitz*
                                                                BENJAMIN BERKOWITZ
                                                                THOMAS E. GORMAN
                                                                NICHOLAS D. MARAIS
                                                                CHRISTOPHER S. SUN
                                                                CHRISTINA LEE

                                                                Attorneys for Defendant GOOGLE LLC

| | |
|---|---|
| Dated:  April 28, 2023 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ Michael W. Sobol |
| | MICHAEL W. SOBOL<br>MELISSA GARDNER<br>MICHAEL LEVIN-GESUNDHEIT<br>MICHAEL K. SHEEN<br>JALLÉ H. DAFA<br>JOHN D. MAHER |
| | *Interim Co-Lead Class Counsel* |
| Dated:  April 28, 2023 | AHDOOT & WOLFSON, PC |
| | By: /s/ Tina Wolfson |
| | TINA WOLFSON<br>THEODORE W. MAYA<br>BRADLEY K. KING<br>HENRY J. KELSTON |
| | *Interim Co-Lead Class Counsel* |

## ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  April 28, 2023                              /s/ Benjamin Berkowitz
                                                                 Benjamin Berkowitz