| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley King (SBN 274399)<br>bking@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA 91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>*Interim Co-Lead Class Counsel*<br><br>**KEKER, VAN NEST & PETERS LLP**<br>Benjamin Berkowitz (SBN 244441)<br>bberkowitz@keker.com<br>Thomas E. Gorman (SBN 279409)<br>tgorman@keker.com<br>Nicholas D. Marais (SBN 277846)<br>nmarais@keker.com<br>Christopher S. Sun (SBN 308945)<br>csun@keker.com<br>Christina Lee (SBN 314339)<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>*Attorneys for Defendant Google LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE NURUDAAYM MAHON**<br><br>Dept:     Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila |

WHEREAS, on or about January 22, 2023, Plaintiff Nurudaaym Mahon passed away;

WHEREAS, on April 17, 2023, Plaintiffs' counsel filed a Suggestion of Death informing the Court of Mr. Mahon's passing, *see* Dkt. 302;

WHEREAS, Plaintiffs now wish to formally withdraw Mr. Mahon as a putative class representative in this matter;

WHEREAS, Google does not oppose Plaintiffs' request to withdraw Mr. Mahon;

NOW, THEREFORE, Plaintiffs request that the Court withdraw Mr. Mahon as a putative class representative.

Dated: June 15, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Michael W. Sobol*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

Dated: June 15, 2023

AHDOOT & WOLFSON, PC

By: */s/ Tina Wolfson*
TINA WOLFSON
THEODORE MAYA
BRADLEY K. KING

*Interim Co-Lead Class Counsel*

Dated: June 15, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

*Attorneys for Defendant GOOGLE LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tina Wolfson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June 2023, at Burbank, California.

*/s/ Tina Wolfson*
Tina Wolfson

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT NURUDAAYM MAHON IS WITHDRAWN AS A PUTATIVE CLASS REPRESENTATIVE.

**IT IS SO ORDERED.**

Dated:_____, 2023

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT JUDGE