| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 | **AHDOOT & WOLFSON, PC**<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley King (SBN 274399)<br>bking@ahdootwolfson.com<br>2600 West Olive Ave., Suite 500<br>Burbank, CA 91505<br>Telephone: 310.474.9111<br>Facsimile: 310.474.8585<br><br>*Interim Co-Lead Class Counsel*<br><br>**KEKER, VAN NEST & PETERS LLP**<br>Benjamin Berkowitz (SBN 244441)<br>bberkowitz@keker.com<br>Thomas E. Gorman (SBN 279409)<br>tgorman@keker.com<br>Nicholas D. Marais (SBN 277846)<br>nmarais@keker.com<br>Christopher S. Sun (SBN 308945)<br>csun@keker.com<br>Christina Lee (SBN 314339)<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>*Attorneys for Defendant Google LLC* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE NURUDAAYM MAHON**<br><br>Dept:     Courtroom 4 – 5th Floor<br>Judge:    Hon. Edward J. Davila |

1   WHEREAS, on or about January 22, 2023, Plaintiff Nurudaaym Mahon passed away;

2   WHEREAS, on April 17, 2023, Plaintiffs' counsel filed a Suggestion of Death informing

3   the Court of Mr. Mahon's passing, *see* Dkt. 302;

4   WHEREAS, Plaintiffs now wish to formally withdraw Mr. Mahon as a putative class

5   representative in this matter;

6   WHEREAS, Google does not oppose Plaintiffs' request to withdraw Mr. Mahon;

7   NOW, THEREFORE, Plaintiffs request that the Court withdraw Mr. Mahon as a putative

8   class representative.

Dated: June 15, 2023                          LIEFF CABRASER HEIMANN &
                                              BERNSTEIN, LLP

                                      By:    */s/ Michael W. Sobol*
                                              MICHAEL W. SOBOL
                                              MELISSA GARDNER
                                              MICHAEL LEVIN-GESUNDHEIT
                                              MICHAEL K. SHEEN
                                              JALLÉ H. DAFA
                                              JOHN D. MAHER

Dated: June 15, 2023                          AHDOOT & WOLFSON, PC

                                      By:    */s/ Tina Wolfson*
                                              TINA WOLFSON
                                              THEODORE MAYA
                                              BRADLEY K. KING

                                              *Interim Co-Lead Class Counsel*

Dated: June 15, 2023                          KEKER, VAN NEST & PETERS LLP

                                      By:    */s/ Benjamin Berkowitz*
                                              BENJAMIN BERKOWITZ
                                              THOMAS E. GORMAN
                                              NICHOLAS D. MARAIS
                                              CHRISTOPHER S. SUN
                                              CHRISTINA LEE

                                              *Attorneys for Defendant GOOGLE LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Tina Wolfson, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of June 2023, at Burbank, California.

*/s/ Tina Wolfson*
Tina Wolfson

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT NURUDAAYM MAHON IS WITHDRAWN AS A PUTATIVE CLASS REPRESENTATIVE.

**IT IS SO ORDERED.**

Dated: June 16, 2023

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT JUDGE