| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (*pro hac vice*)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, California 91505<br>Tel: 310.474.9111<br>Fax: 310.474.8585<br><br>Interim Co-Lead Class Counsel<br><br>KEKER, VAN NEST & PETERS LLP<br>Benjamin Berkowitz (SBN 244441)<br>bberkowitz@keker.com<br>Thomas E. Gorman (SBN 279409)<br>tgorman@keker.com<br>Nicholas D. Marais (SBN 277846)<br>nmarais@keker.com<br>Christopher S. Sun (SBN 308945)<br>csun@keker.com<br>Christina Lee (SBN 314339)<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188<br><br>Attorneys for Defendant GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:   June 29, 2023<br>Time:  11:00 a.m.<br>Dept:   Courtroom 4 - 5th Floor<br><br>Judge:  Hon. Edward J. Davila |

2193555

# JOINT STATUS CONFERENCE STATEMENT

As reported to the Court on April 28, 2023, the parties reached agreement on all material terms of a settlement to resolve this dispute, subject to Court approval, and executed a final term sheet on April 27, 2023.  (ECF No. 313.)  The parties agreed that they would finalize and execute a full-form settlement agreement by May 30, 2023.  *Id.*  The parties have been working diligently to do so, although it has taken longer than anticipated.  Once the full-form settlement agreement is finalized, the parties anticipate submitting a stipulation  requesting that the Court (1) vacate the June 29, 2023 status conference and (2) set a schedule for Plaintiffs' anticipated motion for preliminary approval.

Dated:  June 16, 2023            AHDOOT & WOLFSON, PC

                                 By:    */s/ Tina Wolfson*
                                        TINA WOLFSON
                                        THEODORE MAYA
                                        HENRY J. KELSTON
                                        BRADLEY K. KING

                                        Interim Co-Lead Class Counsel

Dated:  June 16, 2023            LIEFF CABRASER HEIMANN &
                                 BERNSTEIN, LLP

                                 By:    */s/ Michael W. Sobol*
                                        MICHAEL W. SOBOL
                                        MELISSA GARDNER
                                        MICHAEL LEVIN-GESUNDHEIT
                                        MICHAEL K. SHEEN
                                        JALLÉ H. DAFA
                                        JOHN D. MAHER

                                        Interim Co-Lead Class Counsel

| | | |
|---|---|---|
| Dated: June 16, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benjamin Berkowitz* |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | NICHOLAS D. MARAIS |
| | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| | | Attorneys for Defendant GOOGLE LLC |

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 16, 2023                                    */s/ Tina Wolfson*