LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310.474.9111
Fax: 310.474.8585

Interim Co-Lead Class Counsel

KEKER, VAN NEST & PETERS LLP
Benjamin Berkowitz (SBN 244441)
bberkowitz@keker.com
Thomas E. Gorman (SBN 279409)
tgorman@keker.com
Nicholas D. Marais (SBN 277846)
nmarais@keker.com
Christopher S. Sun (SBN 308945)
csun@keker.com
Christina Lee (SBN 314339)
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC **JOINT STATUS CONFERENCE STATEMENT** Date:  July 27, 2023 Time:  11:00 a.m. Dept:  Courtroom 4 - 5th Floor Judge:  Hon. Edward J. Davila |

2323081

1

**JOINT STATUS CONFERENCE STATEMENT**

2          As reported to the Court on April 28, 2023, the parties reached agreement on all material

3   terms of a settlement to resolve this dispute, subject to Court approval, and executed a final term

4   sheet on April 27, 2023.  (ECF No. 313.)  The parties agreed that they would finalize and execute

5   a full-form settlement agreement by May 30, 2023.  *Id.*  The parties have been working diligently

6   to do so and, although it has taken longer than anticipated, the parties expect to be in a position to

7   confirm that they have done so before next week's status conference.

8

9    Dated:  July 20, 2023                                  AHDOOT & WOLFSON, PC

10

11                                                 By:     */s/ Tina Wolfson*
                                                           TINA WOLFSON
12                                                         THEODORE MAYA
                                                           HENRY J. KELSTON
13                                                         BRADLEY K. KING

14                                                         Interim Co-Lead Class Counsel

15

16   Dated:  July 20, 2023                                 LIEFF CABRASER HEIMANN &
                                                           BERNSTEIN, LLP
17

18                                                 By:     */s/ Michael W. Sobol*
                                                           MICHAEL W. SOBOL
19                                                         MELISSA GARDNER
                                                           MICHAEL LEVIN-GESUNDHEIT
20                                                         MICHAEL K. SHEEN
                                                           JALLÉ H. DAFA
21                                                         JOHN D. MAHER

22                                                         Interim Co-Lead Class Counsel

23

24   Dated: July 20, 2023                                  KEKER, VAN NEST & PETERS LLP

25

26                                                 By:     */s/ Benjamin Berkowitz*

27

28

2323081

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC

- 1 -

2323081

1

**ATTESTATION**

2      Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the

3  filing of this document has been obtained from the other signatories.

4

Dated: July 20, 2023                                   /s/ Tina Wolfson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2323081