KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF WITHDRAWAL OF EMILY WANG**<br><br>Dept:  Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Emily L. Wang is no longer associated with the law firm of Keker, Van Nest & Peters LLP, and her appearance is hereby withdrawn as counsel for Defendant Google LLC.

Benjamin Berkowitz, Thomas E. Gorman, Nicholas D. Marais, Christopher S. Sun, and Christina Lee of Keker, Van Nest & Peters LLP remain as counsel of record for Defendant Google LLC.

Dated: August 18, 2023

KEKER, VAN NEST & PETERS LLP

By:  */s/ Emily L. Wang*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE
EMILY L. WANG

Attorneys for Defendant GOOGLE LLC