LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Interim Co-Lead Class Counsel

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310.474.9111
Fax: 310.474.8585

Interim Co-Lead Class Counsel

KEKER, VAN NEST & PETERS LLP
Benjamin Berkowitz (SBN 244441)
bberkowitz@keker.com
Thomas E. Gorman (SBN 279409)
tgorman@keker.com
Nicholas D. Marais (SBN 277846)
nmarais@keker.com
Christopher S. Sun (SBN 308945)
csun@keker.com
Christina Lee (SBN 314339)
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS CONFERENCE STATEMENT AND STIPULATED [PROPOSED] ORDER RE PRELIMINARY APPROVAL BRIEFING**<br><br>Date:       August 31, 2023<br>Time:       10:00 a.m.<br>Dept:       Courtroom 4 - 5th Floor<br><br>Judge:      Hon. Edward J. Davila |

1

## JOINT STATUS CONFERENCE STATEMENT

2      As reported to the Court on July 20, 2023, the parties reached agreement on all material

3   terms of a class settlement to resolve this dispute, subject to Court approval.  (ECF No. 321.)

4   Since that filing, the parties have finalized and executed a full-form settlement agreement.

5      Accordingly, the parties respectfully request and stipulate that the Court vacate the status

6   conference set for August 31, 2023, at 10:00 A.M., and enter the following briefing schedule on

7   Plaintiffs' anticipated motion for preliminary approval:

8      Motion due: September 21, 2023

9      Any Opposition(s) due: October 5, 2023

10      Any Reply due: October 12, 2023

11      Hearing: October 26, 2023, at 9:00 A.M.

12

13   Dated:  August 24, 2023                  AHDOOT & WOLFSON, PC

14

15                           By:    /s/ Tina Wolfson
                                     TINA WOLFSON
16                                   THEODORE MAYA
                                     HENRY J. KELSTON
17                                   BRADLEY K. KING

18                                   Interim Co-Lead Class Counsel

19

20   Dated:  August 24, 2023                  LIEFF CABRASER HEIMANN &
                                              BERNSTEIN, LLP
21

22                           By:    /s/ Michael K. Sheen
                                     MICHAEL W. SOBOL
23                                   MELISSA GARDNER
                                     MICHAEL LEVIN-GESUNDHEIT
24                                   MICHAEL K. SHEEN
                                     JALLÉ H. DAFA
25                                   JOHN D. MAHER

26                                   Interim Co-Lead Class Counsel

27

28

1    Dated: August 24, 2023                                KEKER, VAN NEST & PETERS LLP

2

3                                                 By:    */s/ Benjamin Berkowitz*
                                                        BENJAMIN BERKOWITZ
4                                                        THOMAS E. GORMAN
                                                        NICHOLAS D. MARAIS
5                                                        CHRISTOPHER S. SUN
                                                        CHRISTINA LEE
6
                                                        Attorneys for Defendant GOOGLE LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____

                                         Honorable Edward J. Davila

1

**ATTESTATION**

2

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the

3

filing of this document has been obtained from the other signatories.

4

5

Dated: August 24, 2023                                    /s/ Tina Wolfson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28