| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Interim Co-Lead Class Counsel | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (*pro hac vice*)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, California 91505<br>Tel: 310.474.9111<br>Fax: 310.474.8585<br><br>Interim Co-Lead Class Counsel<br><br>KEKER, VAN NEST & PETERS LLP<br>Benjamin Berkowitz (SBN 244441)<br>bberkowitz@keker.com<br>Thomas E. Gorman (SBN 279409)<br>tgorman@keker.com<br>Nicholas D. Marais (SBN 277846)<br>nmarais@keker.com<br>Christopher S. Sun (SBN 308945)<br>csun@keker.com<br>Christina Lee (SBN 314339)<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188<br><br>Attorneys for Defendant GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STATUS CONFERENCE STATEMENT AND STIPULATED [PROPOSED] ORDER RE PRELIMINARY APPROVAL BRIEFING**<br><br>***AS MODIFIED****<br><br>Judge:   Hon. Edward J. Davila |

# JOINT STATUS CONFERENCE STATEMENT

As reported to the Court on July 20, 2023, the parties reached agreement on all material terms of a class settlement to resolve this dispute, subject to Court approval. (ECF No. 321.) Since that filing, the parties have finalized and executed a full-form settlement agreement.

Accordingly, the parties respectfully request and stipulate that the Court vacate the status conference set for August 31, 2023, at 10:00 A.M., and enter the following briefing schedule on Plaintiffs' anticipated motion for preliminary approval:

Motion due: ~~September 21, 2023~~  **September 14, 2023**

Any Opposition(s) due: October 5, 2023

Any Reply due: October 12, 2023

Hearing: October 26, 2023, at 9:00 A.M.

Dated: August 24, 2023                             AHDOOT & WOLFSON, PC

                                        By:    */s/ Tina Wolfson*
                                               TINA WOLFSON
                                               THEODORE MAYA
                                               HENRY J. KELSTON
                                               BRADLEY K. KING

                                               Interim Co-Lead Class Counsel

Dated: August 24, 2023                             LIEFF CABRASER HEIMANN &
                                                   BERNSTEIN, LLP

                                        By:    */s/ Michael K. Sheen*
                                               MICHAEL W. SOBOL
                                               MELISSA GARDNER
                                               MICHAEL LEVIN-GESUNDHEIT
                                               MICHAEL K. SHEEN
                                               JALLÉ H. DAFA
                                               JOHN D. MAHER

                                               Interim Co-Lead Class Counsel

| | | |
|---|---|---|
| Dated: August 24, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benjamin Berkowitz* |
| | | BENJAMIN BERKOWITZ |
| | | THOMAS E. GORMAN |
| | | NICHOLAS D. MARAIS |
| | | CHRISTOPHER S. SUN |
| | | CHRISTINA LEE |
| | | Attorneys for Defendant GOOGLE LLC |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.

Dated: August 25, 2023

_____
Honorable Edward J. Davila
United States District Judge