LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Nicholas Diamand (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Napoleon Patacsil, Michael Childs, and Noe Gamboa ("Plaintiffs") seek to file under seal Exhibit F to the Class Action Settlement and Release Agreement (the "Settlement Agreement") between Plaintiffs and Defendant Google LLC ("Defendant"). Exhibit F to the Settlement Agreement contains confidential and sensitive information concerning the opt-out threshold that would permit Defendant to terminate the Settlement. Pursuant to paragraph 85 of the Settlement Agreement, Plaintiffs and Defendant have agreed that "Defendant may, in its sole discretion, terminate this Settlement Agreement if the number of unique valid and timely Requests for Exclusion exceeds a number agreed to by the Parties, and set out in Exhibit F, which shall be filed confidentially with the Court under seal."

Documents that are "'more than tangentially related to the underlying cause of action,'" may be filed under seal when the moving party presents "compelling reasons" that outweigh the general policy in favor of disclosure. *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-md-02752-LHK, 2018 WL 11349976, at *1 (N.D. Cal. May 9, 2018) (quoting *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), and *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006)). "Records attached to motions that are 'not related, or only tangentially related, to the merits of a case' are not subject to the strong presumption of access," and "must meet the lower 'good cause' standard of Rule 26(c) of the Federal Rules of Civil Procedure." *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 2018 WL 11349976, at *1 (quoting *Ctr. for Auto Safety*, 809 F.3d at 1098-99).

Keeping Exhibit F to the Settlement Agreement under seal is necessary in this case to avoid allowing manipulation and solicitation of opt-outs by third parties. Moreover, the specific terms of Exhibit F are not relevant to the merits of the case or any cause of action, nor to any individual putative Settlement Class Member's decision to opt-out or object to the Settlement.

Courts within the Ninth Circuit routinely permit the opt-out threshold to remain confidential "'to prevent third parties from utilizing it for the improper purpose of obstructing the settlement and obtaining higher payouts.'" *In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, 2018 WL 11349976, at *2 (quoting *Thomas v. MagnaChip Semiconductor Corp.*, No. 14-cv-01160-JST, 2017 WL 4750628, at *5 (N.D. Cal. Oct. 20, 2017) (sealing supplemental agreement to maintain

confidentiality of opt-out threshold); *see also In re Online DVD-Rental Agreement Litig.*, 779 F.3d 934, 948 (9th Cir. 2015) ("[T]he exact [opt-out] threshold, for practical reasons, was kept confidential."); *In re HealthSouth Corp. Securities Litig.*, 334 Fed. Appx. 248, 250 n.4 (11th Cir. 2009) ("The threshold number of opt outs . . . is typically not disclosed and is kept confidential to encourage settlement and discourage third parties from soliciting class members to opt out.").

Courts also have concluded that the conditions under which a settlement can be terminated need not be disclosed because they have "no legitimate bearing on a class member's decision to opt-out of [a] settlement, object, or file a claims form." *In re Remeron End-Payor Antitrust Litig.*, Nos. Civ. 02-2007 FSH, Civ. 04-5126 FSH, 2005 WL 2230314, at *18 (D.N.J. Sept. 13, 2005) (permitting the supplemental agreement to be submitted under seal "in the interest of onsummating the settlement"); *see also In re Warfarin Sodium Antitrust Litig.*, 212 F.R.D. 231, 253 (D. Del. 2002) (finding that the opt-out threshold was "irrelevant to members' opt-out decision").

Plaintiffs therefore submit that there are compelling reasons for maintaining the confidentiality of Exhibit F to the Settlement Agreement, and respectfully request that the exhibit be permitted to remain confidential and filed under seal.

Respectfully submitted,

Dated: September 14, 2023

/s/ Tina Wolfson
AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com

2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

|  |  |
|---|---|
|  | *Interim Co-Lead Class Counsel* |
| Dated: September 14, 2023 | /s/ Michael W. Sobol |
|  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|  | Michael W. Sobol (SBN 194857) |
|  | msobol@lchb.com |
|  | Melissa Gardner (SBN 289096) |
|  | mgardner@lchb.com |
|  | Michael Levin-Gesundheit (SBN 292930) |
|  | mlevin@lchb.com |
|  | Michael K. Sheen (SBN 288284) |
|  | msheen@lchb.com |
|  | Jallé H. Dafa (SBN 290637) |
|  | jdafa@lchb.com |
|  | John D. Maher (SBN 316157) |
|  | jmaher@lchb.com |
|  | 275 Battery Street, 29th Floor |
|  | San Francisco, CA 94111 |
|  | Telephone: 415.956.1000 |
|  | Facsimile: 415.956.1008 |
|  |  |
|  | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|  | Nicholas Diamand (*pro hac vice*) |
|  | 250 Hudson Street, 8th Floor |
|  | New York, NY 10013 |
|  | Telephone: 212.355.9500 |
|  | Facsimile: 212.355.9592 |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Administrative Motion to File Under Seal. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Tina Wolfson attest that concurrence in the filing of this document has been obtained.

DATED: September 14, 2023                /s/ Tina Wolfson
                                         Tina Wolfson