**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL** |

The Court, having fully considered the papers and arguments presented by the parties, hereby **GRANTS** Plaintiffs' Administrative Motion to File Exhibit Under Seal. Exhibit F to the Class Action Settlement and Release Agreement will remain **SEALED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2023

_____
Hon. Edward J. Davila
United States District Court Judge