KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    October 26, 2023<br>Time:    9:00 A.M.<br>Dept:    Courtroom 4 – 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

# **DECLARATION OF BENJAMIN BERKOWITZ**

I, Benjamin Berkowitz, declare and state as follows:

1. I am a partner at the law firm of Keker, Van Nest & Peters, counsel of record for Defendant Google LLC ("Google") in this matter. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify to these facts.

2. In their Settlement Agreement, the parties have identified seventeen independent 501(c)(3) organizations with a track record of addressing privacy concerns on the Internet as potential *cy pres* recipients.

3. I submit this declaration pursuant to Guideline 8 of the Northern District of California's Procedural Guidance for Class Action Settlement, which requires the parties to "identify any relationship they or their counsel have with the proposed cy pres recipients."

4. At my direction, Keker Van Nest & Peters LLP and Google have conducted a review to identify any relationship with the proposed *cy pres* recipients, including but not limited to any board of director roles currently held by Keker Van Nest & Peters attorneys or Google employees. I make the following disclosures regarding relationships with those organizations:

   i) American Civil Liberties Union ("ACLU"): Attorneys at Keker, Van Nest & Peters have provided pro bono legal services to, and served as co-counsel with, the ACLU on both ongoing and closed legal matters.

   ii) ACLU of Northern California: Ajay Krishnan (a partner at Keker, Van Nest & Peters) serves on the Board of Directors for the ACLU Foundation of Northern California and Zainab Ramahi (an associate at Keker, Van Nest & Peters) serves on the Board of Directors for the ACLU of Northern California (an affiliated 501(c)(4) organization). Attorneys at Keker, Van Nest & Peters have also provided pro bono legal services to, and served as co-counsel with, the ACLU of Northern California on both ongoing and closed legal matters.

1
DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 5:18-cv-05062-EJD

2337733

      iii)     Center for Democracy and Technology: David Quinalty (an employee at Waymo, a subsidiary of Google's parent company Alphabet) serves on the Center for Democracy and Technology's Advisory Council.

      iv)     Electronic Frontier Foundation ("EFF"): Attorneys at Keker, Van Nest & Peters have provided pro bono legal services to, and served as co-counsel with, EFF on both ongoing and closed legal matters.

      v)     Future of Privacy Forum: Keith Enright (Chief Privacy Officer at Google) serves on the Future of Privacy Forum's Advisory Board.

      vi)     Internet Policy Research Initiative (IPRI) at MIT: Hal Abelson (an MIT faculty member who IPRI lists on its ten-member "Leadership Team") is also employed at Google as a research scientist.  *See, e.g.,* Hal Abelson – Google Research.

5.     In addition to the relationships listed above, Google and Keker, Van Nest & Peters have made monetary contributions to several of the potential *cy pres* recipients. Based on a review of Keker, Van Nest & Peters' records on its charitable contributions and sponsorships from 2020 to the present, the firm has donated to EFF in the years 2020, 2021, and 2022. Google often makes, and has previously made, charitable contributions to nonprofit organizations and academic institutions working to address privacy concerns on the Internet. Based on reasonable diligence, Google has either previously provided in the last ten years, or currently provides, funding to the following organizations:

      i)     ACLU

      ii)     Berkman Center for Internet and Society at Harvard University

      iii)     Center for Democracy and Technology

      iv)     Connect Safely

      v)     EFF

      vi)     Future of Privacy Forum

      vii)     Yale Law School Information Society Project.

2

DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 5:18-cv-05062-EJD

2337733

Because Google does not comprehensively track its charitable contributions and academic funding in a centralized manner across the entirety of its organization, this list may not capture the full extent of charitable contributions made by either Google or its parent company, Alphabet.

6. Based on reasonable diligence, I am not aware of any relationship between Google or its counsel of record in this matter and the remaining potential *cy pres* recipients listed in Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on September 15, 2023, in Marin County, California.

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ

3
DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 5:18-cv-05062-EJD

2337733