AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (*pro hac vice*)
hkelston@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**NOTICE OF APPEARANCE OF DEBORAH DE VILLA** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   PLEASE TAKE NOTICE that Deborah De Villa of Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, California 91505, telephone (310) 474-9111, facsimile (310) 474-8585, email ddevilla@ahdootwolfson.com, hereby appears as an additional attorney of record for Plaintiffs and the proposed class.

Dated: September 27, 2023                           AHDOOT & WOLFSON, PC

By: _____
Deborah De Villa

- 1 -
NOTICE OF APPEARANCE FOR DEBORAH DE VILLA
No. 5:18-cv-05062-EJD