KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**STATEMENT RE: COMPLIANCE WITH 28 U.S.C. § 1715 (CAFA)**<br><br>Dept:     Courtroom 4 – 5th Floor<br>Judge:    Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018<br><br>Trial Date: None Set |

**STATEMENT**

Pursuant to § 97 of the Class Action Settlement and Release Agreement (*see* Dkt. 328-1 at 23), Google LLC hereby attaches the Declaration of Kyle S. Bingham attesting to the measures undertaken to provide notice to the appropriate state and federal officials as directed by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

Dated:  October 4, 2023                                         KEKER, VAN NEST & PETERS LLP

By:   */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

Attorneys for Defendant GOOGLE LLC