1  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
2  Michael W. Sobol (SBN 194857)
   msobol@lchb.com
3  Melissa Gardner (SBN 289096)
   mgardner@lchb.com
4  Michael Levin-Gesundheit (SBN 292930)
   mlevin@lchb.com
5  Michael K. Sheen (SBN 288284)
   msheen@lchb.com
6  Jallé H. Dafa (SBN 290637)
   jdafa@lchb.com
7  John D. Maher (SBN 316157)
   jmaher@lchb.com
8  275 Battery Street, 29th Floor
   San Francisco, CA 94111
9  Telephone: 415.956.1000
   Facsimile: 415.956.1008
10
   LIEFF CABRASER HEIMANN &
11 BERNSTEIN, LLP
   Nicholas Diamand (pro hac vice)
12 250 Hudson Street, 8th Floor
   New York, NY 10013
13 Telephone: 212.355.9500
   Facsimile: 212.355.9592
14
   *Interim Co-Lead Class Counsel*

   AHDOOT & WOLFSON, PC
   Tina Wolfson (SBN 174806)
   twolfson@ahdootwolfson.com
   Theodore W. Maya (SBN 223242)
   tmaya@ahdootwolfson.com
   Bradley K. King (SBN 274399)
   bking@ahdootwolfson.com
   Henry J. Kelston (pro hac vice)
   hkelston@ahdootwolfson.com
   2600 West Olive Ave., Suite 500
   Burbank, CA  91505
   Telephone: 310.474.9111
   Facsimile: 310.474.8585

   *Interim Co-Lead Class Counsel*

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

20 IN RE:  GOOGLE LOCATION                Case No.  5:18-cv-05062-EJD
   HISTORY LITIGATION
21                                        **PLAINTIFFS' ADMINISTRATIVE
                                          REQUEST FOR CO-LEAD COUNSEL
22                                        MICHAEL SOBOL TO APPEAR
                                          TELEPHONICALLY OR VIA ZOOM AND
23                                        [PROPOSED] ORDER**

24                                        Date:      October 26, 2023, 9:00 a.m.
                                          Dept.      Courtroom 4 - 5th Floor
25                                        Judge:     Hon. Edward J. Davila

26

27

28

1   TO THE HONORABLE JUDGE EDWARD J. DAVILA:

2           Pursuant to this Court's Standing Order § IV(G), Michael W. Sobol, Interim Co-Lead

3   Counsel for Plaintiffs and the proposed settlement class, respectfully requests permission to

4   appear telephonically or via Zoom at the Hearing on Preliminary Settlement Approval scheduled

5   for October 26, 2023 at 9:00 a.m. While Co-Lead Counsel for Plaintiffs Tina Wolfson intends to

6   appear in person (and other attorneys of Mr. Sobol's firm who have litigated this case intend to

7   appear in person as well), Mr. Sobol is now scheduled to be out of state later this month, so he

8   would greatly appreciate the opportunity to appear telephonically or by Zoom.

9

10

11   Dated:  October 13, 2023                      LIEFF CABRASER HEIMANN &
                                                   BERNSTEIN, LLP
12

13                                        By:      */s/ Michael W. Sobol*
14                                                 MICHAEL W. SOBOL
                                                   LIEFF CABRASER HEIMANN &
15                                                 BERNSTEIN, LLP
                                                   275 Battery Street, 29th Floor
16                                                 San Francisco, CA 94111
                                                   Telephone: 415.956.1000
17                                                 Facsimile: 415.956.1008
                                                   msobol@lchb.com
18
                                                   *Interim Co-Lead Class Counsel*
19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Michael W. Sobol, Interim Co-Lead Counsel for Plaintiffs and the proposed settlement class, may appear telephonically or via Zoom at the Preliminary Settlement Approval Hearing set for October 26, 2023 at 9:00 a.m. before this Court.  Plaintiffs' counsel shall contact the Courtroom Deputy for specific instructions on appearing remotely.

Dated: _____        _____

Honorable Edward J. Davila