1 LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
2 Michael W. Sobol (SBN 194857)
  msobol@lchb.com
3 Melissa Gardner (SBN 289096)
  mgardner@lchb.com
4 Michael Levin-Gesundheit (SBN 292930)
  mlevin@lchb.com
5 Michael K. Sheen (SBN 288284)
  msheen@lchb.com
6 Jallé H. Dafa (SBN 290637)
  jdafa@lchb.com
7 John D. Maher (SBN 316157)
  jmaher@lchb.com
8 275 Battery Street, 29th Floor
  San Francisco, CA 94111
9 Telephone: 415.956.1000
  Facsimile: 415.956.1008
10
  LIEFF CABRASER HEIMANN &
11 BERNSTEIN, LLP
  Nicholas Diamand (pro hac vice)
12 250 Hudson Street, 8th Floor
  New York, NY 10013
13 Telephone: 212.355.9500
  Facsimile: 212.355.9592
14
  *Interim Co-Lead Class Counsel*

AHDOOT & WOLFSON, PC
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

SAN JOSE DIVISION

19

20 IN RE:  GOOGLE LOCATION
   HISTORY LITIGATION

Case No.  5:18-cv-05062-EJD

21 **PLAINTIFFS' ADMINISTRATIVE
   REQUEST FOR CO-LEAD COUNSEL
   MICHAEL SOBOL TO APPEAR
22 TELEPHONICALLY** ~~OR VIA ZOOM~~ **AND
   [~~PROPOSED~~] ORDER**

23 **\*AS MODIFIED\***

24

25 Date:        October 26, 2023, 9:00 a.m.
   Dept.        Courtroom 4 - 5th Floor
26 Judge:       Hon. Edward J. Davila

27

28

1   TO THE HONORABLE JUDGE EDWARD J. DAVILA:

2           Pursuant to this Court's Standing Order § IV(G), Michael W. Sobol, Interim Co-Lead

3   Counsel for Plaintiffs and the proposed settlement class, respectfully requests permission to

4   appear telephonically or via Zoom at the Hearing on Preliminary Settlement Approval scheduled

5   for October 26, 2023 at 9:00 a.m. While Co-Lead Counsel for Plaintiffs Tina Wolfson intends to

6   appear in person (and other attorneys of Mr. Sobol's firm who have litigated this case intend to

7   appear in person as well), Mr. Sobol is now scheduled to be out of state later this month, so he

8   would greatly appreciate the opportunity to appear telephonically or by Zoom.

9

10

11   Dated:  October 13, 2023                          LIEFF CABRASER HEIMANN &
                                                        BERNSTEIN, LLP
12

13                                      By:      */s/ Michael W. Sobol*

14                                               MICHAEL W. SOBOL
                                                 LIEFF CABRASER HEIMANN &
15                                               BERNSTEIN, LLP
                                                 275 Battery Street, 29th Floor
16                                               San Francisco, CA 94111
                                                 Telephone: 415.956.1000
17                                               Facsimile: 415.956.1008
                                                 msobol@lchb.com
18
                                                 *Interim Co-Lead Class Counsel*
19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

     Michael W. Sobol, Interim Co-Lead Counsel for Plaintiffs and the proposed settlement

3

class, may appear telephonically ~~or via Zoom~~ at the Preliminary Settlement Approval Hearing

4

set for October 26, 2023 at 9:00 a.m. before this Court.  <span style="color:red">No later than Noon on October 25, 2023,</span>

5

<span style="color:red">Plaintiffs' counsel shall contact the Courtroom Deputy for specific instructions on appearing</span>

6

<span style="color:red">remotely.</span>

7

Dated:    __October 24, 2023__          _____

                                             Honorable Edward J. Davila

8

                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28