```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4
        IN RE: GOOGLE LOCATION HISTORY    )  CV-18-5062-EJD
 5      LITIGATION                        )
                                          )  SAN JOSE, CALIFORNIA
 6                                        )
                                          )  OCTOBER 26, 2023
 7                                        )
                                          )  PAGES 1-29
 8                                        )
                                          )
 9                                        )
        _____   )
10
                     TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
12

13      A P P E A R A N C E S:

14      FOR THE PLAINTIFF:     BY:  TINA WOLFSON
                                    THEODORE MAYA
15                             AHDOOT & WOLFSON, PC
                               2600 WEST OLIVE AVENUE, SUITE 500
16                             BURBANK, CA 91505

17

18      FOR THE DEFENDANT:     BY:  BENJAMIN BERKOWITZ
                                    THOMAS GORMAN
19                             KEKER, VAN NEST & PETERS LLP
                               633 BATTERY STREET
20                             SAN FRANCISCO, CA 94111

21

22              APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

1    APPEARANCES CONTINUED:

2    FOR THE PLAINTIFF:        **BY:  MICHAEL W. SOBOL**
                               **MICHAEL LEVIN-GESUNDHEIT**
3                              **MICHAEL SHEEN**
                               LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
4                              EMBARCADERO CENTER WEST
                               275 BATTERY STREET, 29TH FLOOR
5                              SAN FRANCISCO, CA 94111

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          SAN JOSE, CALIFORNIA              OCTOBER 26, 2023

2                        P R O C E E D I N G S

3          (COURT CONVENED AT 9:06 A.M.)

4              THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

5     FOR YOUR COURTESY.

6          LET'S CALL OUR MORNING CALENDAR.  LET'S SEE, IT LOOKS LIKE

7     MS. WOLFSON HAS MANAGED TO BE FIRST ON THE CALENDAR, JUST LIKE

8     IN LAW SCHOOL, YOU WERE ALWAYS THE -- SO WHY DON'T WE CALL

9     18-5062.  THAT'S GOOGLE LOCATION HISTORY.

10         IF THOSE TEAMS COULD COME FORWARD, PLEASE.  AND IF I COULD

11    GET APPEARANCES.

12             MS. WOLFSON:  GOOD MORNING, YOUR HONOR.

13         TINA WOLFSON OF AHDOOT & WOLFSON ON BEHALF OF THE

14    PLAINTIFFS.  IT SOUNDS LIKE I JUST HAD MY 20 SECONDS OF FAME,

15    THANK YOU FOR THAT.

16             MR. MAYA:  GOOD MORNING, YOUR HONOR.

17         I'M THEODORE MAYA.  I WILL BE MAKING THE BRUNT OF THE

18    PRESENTATION THIS MORNING ON BEHALF OF THE PLAINTIFFS.

19             THE COURT:  THANK YOU.  GOOD MORNING.

20             MR. BERKOWITZ:  GOOD MORNING, YOUR HONOR.

21         BEN BERKOWITZ FOR GOOGLE, WITH ME IS MY PARTNER

22    TOM GORMAN.

23             THE COURT:  GOOD MORNING.  NICE TO SEE YOU BOTH

24    AGAIN.

25             MR. MAYA:  WE ALSO HAVE MICHAEL LEVIN-GESUNDHEIT FROM

1    LIEFF CABRASER FOR PLAINTIFFS.

2          MR. SHEEN:  GOOD MORNING, YOUR HONOR.

3          MIKE SHEEN, LIEFF CABRASER, ON BEHALF OF PLAINTIFFS.

4          THE COURT:  THANK YOU.

5          AND WE HAVE A YOUNG MAN ON THE PHONE, DO WE?

6          MR. SOBOL:  I'M NOT SO SURE ABOUT THE FIRST PART OF

7    THAT, BUT YOUR HONOR THANK YOU FOR ALLOWING ME TO APPEAR BY

8    PHONE THIS MORNING.

9          IT'S MICHAEL SOBOL FOR THE PLAINTIFFS.

10         THE COURT:  THANK YOU.  GOOD MORNING.  YOU ARE

11   APPEARING TELEPHONICALLY.  THANK YOU.

12         THIS MATTER IS ON THIS MORNING FOR PRELIMINARY APPROVAL OF

13   A CLASS ACTION SETTLEMENT.  AND I'VE READ THE DOCUMENTS YOU'VE

14   PROVIDED, THANK YOU FOR THAT.

15         IT'S A UNIQUE CASE, PERHAPS NOT UNIQUE IN ITS LONGEVITY,

16   BUT UNIQUE IN THE RESOLUTION AND THE TYPE OF RESOLUTION IT IS.

17   FIRST OF ALL, THIS IS A PRE-CERTIFICATION RESOLUTION, AND I

18   UNDERSTAND THE RESOLUTION IS ALL CY PRES; IS THAT CORRECT?

19         MR. MAYA:  THAT IS CORRECT, YOUR HONOR.

20         THE COURT:  OKAY.  SO MAYBE I SHOULD HEAR FROM

21   PLAINTIFFS AS TO WHY I SHOULD GRANT THE MOTION TO AT LEAST

22   PRELIMINARY APPROVE AT THIS TIME.

23         MR. MAYA:  YEAH.  WELL, THANK YOU, YOUR HONOR.

24         AND WE BELIEVE THIS IS AN EXCELLENT SETTLEMENT THAT MERITS

25   PRELIMINARY APPROVAL.  IT WOULD REQUIRE GOOGLE TO ESTABLISH A

1    $62 MILLION NON-REVERSIONARY FUND.  IT ALSO INCLUDES INJUNCTIVE

2    RELIEF PROVISIONS, DESIGNED TO ADDRESS THE ALLEGATIONS IN OUR

3    CASE.

4         YOUR HONOR IS CORRECT THAT WE ARE PROPOSING THAT THE

5    $62 MILLION SETTLEMENT FUND BE DISTRIBUTED THROUGH A CY PRES

6    PROCESS.  CY PRES DISTRIBUTION IS APPROPRIATE HERE GIVEN THE

7    LARGE SIZE OF THE SETTLEMENT CLASS.

8         THE COURT:  WHAT IS THAT SIZE?

9         MR. MAYA:  SO IN OUR PAPERS, WE ESTIMATE IT AT

10   APPROXIMATELY 248 MILLION AMERICANS.  IT'S BASICALLY EVERYBODY

11   WITH A MOBILE DEVICE, GIVEN THAT GOOGLE HAS BILLIONS OF GOOGLE

12   ACCOUNTS ASSOCIATED WITH SUCH INDIVIDUALS, EACH OF WHICH HAS A

13   LOCATION HISTORY SETTING WHICH IS OFF BY DEFAULT AND CAN BE

14   TOGGLED ON AND OFF.  AND THE CLASS DEFINITION INCLUDES ANYONE

15   WHOSE LOCATION INFORMATION WAS COLLECTED BY GOOGLE WHILE

16   LOCATION HISTORY WAS OFF SINCE JANUARY 1, 2014.

17        SO GIVEN THAT SIZE OF THE SETTLEMENT CLASS, AND WHILE

18   $62 MILLION IS A LARGE AMOUNT OF MONEY IN CONTEXT, AND COMPARED

19   TO OTHER SETTLEMENTS, PARTICULARLY PRIVACY CLASS ACTIONS

20   WITHOUT STATUTORY DAMAGES, $62 MILLION IS A LOT.

21        THE COURT:  THERE ARE STATUTORY DAMAGES IN THIS CASE?

22        MR. MAYA:  NO, THERE ARE NOT.  WE ARE SAYING THAT

23   COMPARED TO OTHER SETTLEMENTS WITHOUT STATUTORY DAMAGES, IN THE

24   PRIVACY CONTEXT, THIS IS BIG.

25        BUT YOUR HONOR, THERE'S NOT ENOUGH TO GET EVERYBODY IN THE

1    CLASS A SIGNIFICANT AMOUNT OF MONEY.

2            THE COURT:  MAYBE YOU SHOULD PUSH A LITTLE HARDER.

3            MR. MAYA:  YOUR HONOR, THIS SETTLEMENT WAS SO HARD

4    FOUGHT.  I THINK YOUR HONOR IS AWARE, IT TOOK OVER A YEAR OF

5    NEGOTIATIONS, WHICH AT ONE POINT BROKE DOWN.  LATE LAST YEAR WE

6    CAME BACK INTO THIS COURT AND BEGAN LITIGATING THE CASE

7    ACTIVELY AGAIN, AFTER HAVING GONE THROUGH EXTENDED NEGOTIATION

8    PROCESS.

9            THE COURT:  YOU SPENT A LOT OF TIME WITH

10    JUDGE COUSINS.

11            MR. MAYA:  WE SURE DID, YOUR HONOR.  I WAS THERE A

12    LOT.  WE HAD WEEKLY AND THEN BIWEEKLY CONFERENCES WITH HIM, AND

13    AS WELL AS NUMEROUS MOTIONS AND LETTER BRIEFS.

14        AND WE GOT A LOT OF DISCOVERY, ALTHOUGH THERE WAS A LOT

15    THAT WE STILL WANTED, BUT WE REVIEWED IN THAT PROCESS,

16    INCLUDING WHILE THE CASE WAS STAYED, OVER 500,000 PAGES, IT WAS

17    A LOT OF WORK.  BUT BY VIRTUE OF THAT DISCOVERY, WE HAD A VERY

18    GOOD UNDERSTANDING OF THE RISKS AND STRENGTHS OF OUR CASE,

19    WHICH WERE FURTHER INFORMED BY YOUR HONOR'S RULINGS ON THE

20    MOTIONS TO DISMISS THAT GOOGLE FILED.

21        AND ALTHOUGH AT ONE POINT OUR ENTIRE CASE WAS DISMISSED.

22    WE WERE EVENTUALLY ABLE TO DEFEAT GOOGLE'S MOTIONS TO DISMISS.

23        THAT RULING TURNED ON ALLEGATIONS THAT YOUR HONOR

24    INTERPRETED AS ALLEGING CONTINUOUS AND COMPREHENSIVE TRACKING.

25    WE WERE VERY HAPPY TO GET THAT RULING, BUT THAT PRESENTS A

1    HURDLE GOING FORWARD TO PREVAIL AT SUMMARY JUDGEMENT IF WE HAVE

2    TO ESTABLISH THAT.  SO THERE ARE VERY REAL RISKS.

3            THE COURT:  AND YOU MET WITH MR. GREEN AND FORMER

4    CHIEF JUDGE MAGISTRATE JUDGE SPERO.

5            MR. MAYA:  THAT'S RIGHT, YOUR HONOR.

6    WE HAD FULL THREE-DAY SESSIONS WITH MEDIATOR ERIC GREEN

7    PRIOR TO THE SETTLEMENT CONFERENCE THAT YOUR HONOR ORDERED

8    BEFORE JUDGE SPERO IN NOVEMBER OF LAST YEAR.

9    AT THAT POINT, WE WERE BACK BEFORE JUDGE COUSINS, WE WERE

10   LITIGATING AND ENGAGING IN MORE DISCOVERY, MOTION PRACTICE, AND

11   WE WENT TO THAT -- FOLLOWING THAT SETTLEMENT CONFERENCE,

12   EVENTUALLY EARLIER THIS YEAR, WE WERE ABLE TO REACH THE TERMS

13   OF THE SETTLEMENT PRESENTLY BEFORE THE COURT, VIA A TERM SHEET,

14   WHICH TOOK A SIGNIFICANT AMOUNT OF TIME TO REFINE INTO THE

15   SETTLEMENT AGREEMENT CURRENTLY BEFORE YOU.

16           THE COURT:  RIGHT.  I THINK YOU ALL TOLD ME WE'VE

17   SETTLED THE CASE BUT WE NEED A LITTLE MORE TIME.

18           MR. MAYA:  YOUR HONOR, NEGOTIATIONS WERE HARD FOUGHT

19   AND CONTENTIOUS.

20           THE COURT:  OKAY.

21           MR. MAYA:  NOTHING ABOUT THIS CASE WAS EASY.

22           THE COURT:  TELL ME ABOUT, IF YOU WOULD, WHAT IS THE

23   BENEFIT TO THE CLASS?

24   THE CLASS MANAGED 247 MILLION SOME ODD PEOPLE.  THEY ARE

25   NOT RECEIVING ANY CASH OR ANY TYPE OF ACTUAL TANGIBLE, IN-HAND

1   BENEFIT, LET ME PUT IT THAT WAY.  SO WHAT IS THE BENEFIT TO THE

2   CLASS?  WHAT DO THEY GET?

3           MR. MAYA:  SO YOUR HONOR, AND WE DID FILE WITH THE

4   COURT, AFTER THE BINDER WITH COURTESY COPIES OF ALL OF THE

5   MOTION PAPERS, WE FILED A SUPPLEMENTAL FILING, THAT INCLUDED 17

6   DETAILED PROPOSALS FROM THE CY PRES RECIPIENTS.

7           THE COURT:  I HAVE THAT.  I UNDERSTAND THAT.

8           MR. MAYA:  OKAY.

9           THE COURT:  THANK YOU FOR THAT.  AND IF WE GET THERE,

10  WE WILL GO THROUGH THOSE AT THE APPROPRIATE TIME.  AND I

11  APPRECIATE THE BIBLIOGRAPHIES OF THOSE.

12          MR. MAYA:  WELL, THOSE -- THERE ARE MANY VERY

13  DETAILED PROPOSALS THERE WHICH EXPLAIN IN DETAIL HOW THESE

14  ORGANIZATIONS WILL USE MONEY FROM THIS SETTLEMENT TO ADVANCE

15  THE CLASS'S INTEREST.  AND IT DIRECTLY ADDRESSES THE NEXUS

16  REQUIRED BY THE NINTH CIRCUIT IN KELLOGG.  THESE ORGANIZATIONS

17  AND THE PROJECTS TO WHICH THIS MONEY WOULD BE ALLOCATED IF THE

18  SETTLEMENT WERE APPROVED, ARE DIRECTLY AIMED AT DIGITAL

19  PRIVACY.

20          THE COURT:  THAT'S WHAT THIS CASE IS ABOUT.

21          MR. MAYA:  THAT'S WHAT THIS CASE IS -- YES, YOUR

22  HONOR.

23          THE COURT:  IT'S THE INTRUSION OF THIS LOCATION --

24  MAYBE YOU COULD JUST GIVE US A TWO-MINUTE DESCRIPTION OF WHAT

25  WAS THE SIN HERE.

1              MR. MAYA:  SURE, YOUR HONOR.

2         WELL, AT HEART, OUR CASE TURNED ON GOOGLE'S ALLEGED

3    COLLECTION OF LOCATION INFORMATION OF CLASS MEMBERS WHEN THEIR

4    LOCATION HISTORY SETTING WAS TURNED OFF, DESPITE GOOGLE'S

5    REPRESENTATIONS THAT WITH LOCATION HISTORY TURNED OFF, THE

6    PLACES YOU GO ARE NO LONGER STORED.

7         I THINK IT'S FAIR TO SAY MORE BROADLY, YOU KNOW, WE ALLEGE

8    THAT GOOGLE'S LOCATION -- COLLECTION OF LOCATION INFORMATION

9    AND USE OF LOCATION INFORMATION IS PERVASIVE IN CONNECTION WITH

10   ITS ADVERTISING BUSINESS.

11        AND SO, YOU KNOW, THERE'S A DISAGREEMENT BETWEEN

12   PLAINTIFFS AND GOOGLE ABOUT WHAT, YOU KNOW, WHAT GOOGLE DID AND

13   WHETHER OR NOT IT WAS A VIOLATION OF LAW.  BUT WE ALLEGE THAT

14   GOOGLE'S COLLECTION OF LOCATION INFORMATION, INCLUDING IN

15   CONNECTION WITH ITS ADVERTISING BUSINESS, AND DIRECTING

16   ADVERTISEMENTS TO USERS BASED ON THEIR LOCATION WHEN LOCATION

17   HISTORY IS TURNED OFF, UNDER THESE CIRCUMSTANCES, IS A

18   VIOLATION OF THEIR RIGHT TO PRIVACY UNDER CALIFORNIA COMMON LAW

19   AND THE CALIFORNIA CONSTITUTION.

20        WE ALSO INCLUDED CLAIMS FOR UNJUST ENRICHMENT -- A CLAIM

21   FOR UNJUST ENRICHMENT.  AND I'M HAPPY TO GO INTO WHAT WE THINK

22   THE VALUE OF THOSE CLAIMS WERE, ALTHOUGH IT'S VERY HARD TO

23   GAUGE.

24             THE COURT:  AND SO YOU NEGOTIATED THIS SETTLEMENT,

25    AND THE SETTLEMENT, IT SOUNDS LIKE WHAT YOU ARE MOST PROUD OF

1    IS THE INJUNCTIVE RELIEF THAT YOU ACHIEVED FOR THE CLASS TO

2    SOMEHOW --

3              MR. MAYA:  YOUR HONOR, WE ARE VERY PROUD OF THE

4    INJUNCTIVE RELIEF WHICH WE NEGOTIATED AT LENGTH, INCLUDING

5    THROUGH THE -- DURING THE TIME WE WERE MEDIATING BEFORE

6    MEDIATOR ERIC GREEN.

7         THE INJUNCTIVE RELIEF IS DESIGNED TO GIVE GOOGLE USERS

8    MORE -- A GREATER UNDERSTANDING OF HOW GOOGLE COLLECTS AND USES

9    THEIR LOCATION INFORMATION, AS WELL AS A GREATER -- BETTER

10   UNDERSTANDING OF HOW THEY CAN CONTROL THAT, HOW THEY CAN DELETE

11   INFORMATION AND HOW THEY CAN USE THOSE CONTROLS AND WHAT

12   HAPPENS IF THEY TURN THE CONTROL ON OR OFF, SUCH AS LOCATION

13   HISTORY OR WEB AND APP ACTIVITY, WHICH ALSO FEATURES IN THIS

14   CASE.

15             THE COURT:  AND THE RELIEF THAT APPEARS IN THIS CASE

16   WILL BE LANGUAGE LIKE YOU JUST ARTICULATED ON GOOGLE'S WEBSITE,

17   OR SOMEHOW ANYONE WHO USES GOOGLE WILL HAVE AN OPPORTUNITY TO

18   READ THAT -- IT'S MORE ENHANCED INSTRUCTIONS, IS THAT WHAT IT

19   IS, OR INFORMATION?

20             MR. MAYA:  YES, YOUR HONOR.

21        AMONG OTHER THINGS, THE INJUNCTIVE RELIEF INCLUDES A

22   REQUIREMENT THAT GOOGLE ESTABLISH A LOCATION TECHNOLOGIES PAGE.

23        NOW I THINK DEFENDANT IS PERHAPS IN A BETTER POSITION TO

24   SPEAK TO THIS, BUT I BELIEVE THEY HAVE ALREADY INSTITUTED THAT,

25   AT LEAST IN PART, THERE IS A TECHNOLOGIES TAB THAT YOU CAN FIND

1    VERY EASILY ON THEIR WEBSITE, ALONG WITH THE PRIVACY POLICY,

2    NEXT TO IT, THAT ENTITLED HOW WE USE LOCATION INFORMATION.

3         THE COURT:  AND THIS WILL BE UPGRADED OR UPDATED OR

4    CHANGED SOMEHOW TO INCLUDE THIS NOTIFICATION, IS THAT WHAT WILL

5    HAPPEN?

6         MR. MAYA:  WELL, THERE ALSO ARE NOTIFICATIONS

7    REQUIRED UNDER THE TERMS OF THE SETTLEMENT THAT DIRECT CLASS

8    MEMBERS TO THAT LOCATION TECHNOLOGIES PAGE, AMONG OTHER THINGS.

9    AND WHEN THEY GO TO USE THEIR ACTIVITY CONTROLS AND MANIPULATE

10   THOSE, THEY WILL BE PROMPTED AND GIVEN THIS INFORMATION IN THAT

11   WAY.

12        THE COURT:  AND DO I UNDERSTAND CORRECTLY THAT THIS

13   IS A THREE-YEAR -- THERE'S A THREE-YEAR SUNSET PERIOD ON THIS?

14        MR. MAYA:  THAT IS TRUE, YOUR HONOR.

15        THE COURT:  AND THEN WHAT HAPPENS AFTER THAT?  YOU

16   FILE ANOTHER LAWSUIT?  WHAT HAPPENS?

17        MR. MAYA:  WELL, I MEAN, OUR HOPE WOULD BE THAT

18   GOOGLE'S PRIVACY PRACTICES AT THAT POINT IMPROVE.

19        CERTAINLY IF GOOGLE WERE TO, YOU KNOW, COMMENCE -- ENGAGE

20   IN SIMILAR BEHAVIOR AGAIN, THERE IS NO RELEASE OF FUTURE CLAIMS

21   THAT MIGHT EXIST AT THAT TIME ENTAILED IN THIS SETTLEMENT.

22        THE COURT:  SO IN THREE YEARS -- PARDON ME, I MEAN NO

23   DISRESPECT, BUT THREE YEARS AFTER THIS, GOOGLE COULD SAY OKAY,

24   WE ARE DONE WITH THAT, LET'S GO BACK TO WHAT WE'VE DONE?

25        MR. MAYA:  I'M NOT SURE IF THEY REALISTICALLY COULD,

1    YOUR HONOR.  BUT I THINK THE TERMS OF THE SETTLEMENT, WHICH ARE

2    NEGOTIATED AND A PRODUCT OF NEGOTIATION AND NOT NECESSARILY

3    WHAT WE WOULD LIKE IN AN IDEAL WORLD, DO REQUIRE THAT GOOGLE

4    MAINTAIN THESE -- COMPLY WITH THESE PROVISIONS FOR A PERIOD OF

5    THREE YEARS.

6         THE COURT:  YEAH.  I'M LOOKING AT EXHIBIT C, IT'S

7    DOCKET 328-1, PAGE 122 OF 140, ECF PAGE.  AND PARAGRAPH 2, I

8    THINK TALKS ABOUT WHAT GOOGLE IS GOING TO DO.  AND I HAVE TO

9    CONFESS, I LOOKED AT THAT, AND YOU ARE ALL MUCH SMARTER THAN I

10   AM, BUT I HAD SOME DIFFICULTY TO KIND OF PARSE THROUGH THAT.  I

11   GUESS LAWYERS WROTE THAT.

12        MR. MAYA:  LAWYERS DID WRITE THIS, YOUR HONOR.

13        YOU KNOW, I DO THINK IT IS EXPLAINED THERE, AND IF YOU

14   KEEP ON READING, THE LOCATION TECHNOLOGIES PAGE THAT I

15   MENTIONED IS INTRODUCED HERE IN PARAGRAPH 6 AND 7, OKAY.

16        THE COURT:  RIGHT.

17        MR. MAYA:  ALSO, GOOGLE HAS TO CONFIRM THAT IT HAS

18   REMOVED THE PAGE THAT PREVIOUSLY SET WITH LOCATION HISTORY OFF,

19   THE PLACES YOU GO ARE NO LONGER STORED.

20        AND THERE ARE PROVISIONS HERE, INCLUDING IN PARAGRAPHS 4

21   AND 5, REQUIRING A NOTIFICATION TO GOOGLE USERS.  AS I WAS

22   MENTIONING IN PARAGRAPH 5, THESE ARE ACTIVITY CONTROLS, THAT

23   WOULD BE PEOPLE LOOKING TO MANIPULATE THEIR LOCATION HISTORY

24   SETTING, FOR EXAMPLE.

25        THE COURT:  SO DOES THIS MEAN -- I'M SORRY, DOES THIS

1  MEAN THAT EVERY GOOGLE USER WILL GET A NOTICE OF SOME TYPE, IS

2  THAT HOW THAT WORKS?

3  MR. MAYA:  YOUR HONOR, THERE'S DIFFERENT NOTIFICATION

4  REQUIREMENTS.

5  UNDER PARAGRAPH 4, ANYONE WITH LOCATION HISTORY OR WEB AND

6  APP ACTIVITY ENABLED WILL GET A NOTIFICATION, OKAY.  UNDER

7  PARAGRAPH 5, THERE IS ANOTHER NOTIFICATION THE FIRST TIME

8  SOMEBODY GOES TO ADJUST ONE OF THOSE SETTINGS.

9  THE COURT:  I SEE.

10  AND BY NOTIFICATION, IS THAT WHEN THEY GO TO THAT SETTING

11  PAGE OR WHATEVER ON THEIR PHONE, SOMETHING WILL POP UP AND TELL

12  THEM?

13  MR. MAYA:  IT'S A BANNER.

14  THE COURT:  GO HERE, GO THERE IF YOU WANT MORE

15  INFORMATION, GO HERE OR THERE, SOMETHING LIKE THAT?

16  MR. MAYA:  YES, IT DIRECTS THEM TO THE LOCATION

17  TECHNOLOGIES PAGE, IN PARTICULAR.

18  THE COURT:  YOU CAN TELL I HAVE GREAT FLUENCY WITH

19  THIS.

20  SO -- AND THEN THAT GIVES THE INFORMATION THAT THIS

21  LAWSUIT IS ALL ABOUT.

22  MR. MAYA:  YES, YOUR HONOR.

23  THE COURT:  I SEE.  OKAY.

24  MR. MAYA:  YES, YOUR HONOR.

25  THE COURT:  AND THAT'S FOR A PERIOD OF THREE YEARS.

1          MR. MAYA:  YES, YOUR HONOR.

2          THE COURT:  OKAY.  THANK YOU FOR THAT.

3          MR. MAYA:  THANK YOU.

4          THE COURT:  FOR TELLING ME HOW THAT'S GOING TO WORK.

5      OKAY.  WHAT ELSE WOULD YOU LIKE ME TO KNOW?

6          MR. MAYA:  WELL, WE ALSO ARE VERY PROUD OF THE

7      MONETARY RELIEF THAT THE SETTLEMENT SECURES, AND WE THINK THAT

8      DIRECTING IT TO THESE WORTHY CY PRES ORGANIZATIONS WILL CONVEY

9      A DIRECT AND TANGIBLE BENEFIT ON CLASS MEMBERS.

10          THE COURT:  WHAT DOES THE NINTH CIRCUIT TEACH ABOUT

11     PURE CY PRES RESOLUTIONS?

12          MR. MAYA:  WELL, YOUR HONOR, THEY ARE EVALUATED LIKE

13     ARE SETTLEMENTS, ONLY THERE MUST BE A NEXUS BETWEEN THE CY PRES

14     RELIEF AND THE CLAIMS AT ISSUE.

15      AND THE NINTH CIRCUIT TEACHES THAT CY PRES RELIEF IS

16     APPROPRIATE IF THE MONETARY RELIEF THAT COULD OTHERWISE BE

17     OFFERED DIRECTLY TO CLASS MEMBERS IS DE MINIMUS OR IF IT'S NOT

18     POSSIBLE TO DISTRIBUTE THAT MONEY FOR ONE REASON OR ANOTHER.

19          THE COURT:  OKAY.

20      I WANTED TO MOVE INTO THE NOTICE.

21          MR. MAYA:  SURE, YOUR HONOR.

22          THE COURT:  BUT BEFORE I DO THAT, MR. BERKOWITZ, ANY

23     COMMENT ABOUT ANYTHING WE'VE TALKED ABOUT?

24          MR. BERKOWITZ:  NO, YOUR HONOR, OTHER THAN TO JUST --

25     IN TERMS OF YOUR QUESTION ABOUT THE NINTH CIRCUIT'S TEACHING,

1     JUST TO POINT THE COURT TO <u>IN RE GOOGLE STREET VIEW</u> WHICH I

2     THINK IS THE MOST RECENT AND CLEAR ARTICULATION OF THE

3     NINTH CIRCUIT'S TEST.

4             THE COURT:  OKAY.  THANK YOU.  THANKS FOR THAT.

5         WELL, LET'S GO TO THE NOTICE.

6             MR. MAYA:  SURE, YOUR HONOR.

7             THE COURT:  AND THIS IS EXHIBIT A, I THINK.

8             MR. MAYA:  IT IS, TO THE SETTLEMENT AGREEMENT.

9             THE COURT:  RIGHT.

10        AND I WAS LOOKING AT IT, AND I WAS CURIOUS, THE FIRST, I

11    GUESS IT'S -- SORRY.  I GUESS IT'S THE SECOND PARAGRAPH DOWN

12    UNDER THE PARAGRAPH UNDERNEATH THE BOLD.  IT STARTS, "IN THE

13    CONSOLIDATED LAWSUIT."

14            MR. MAYA:  YES, YOUR HONOR.

15            THE COURT:  I'M JUST GOING TO PICK NITS HERE FOR JUST

16    A MOMENT.

17        I WONDER IF WE SHOULD MAKE A PARAGRAPH BREAK, AND THE

18    FOURTH LINE AT THE END IT SAYS "UNDER THE SETTLEMENT," MAYBE

19    MAKE THAT -- JUST DO A PARAGRAPH BREAK THERE.

20            MR. MAYA:  I SEE EXACTLY WHERE YOUR HONOR IS

21    REFERRING TO.

22            THE COURT:  JUST SO WHOEVER READS THIS CAN FIND THAT

23    INFORMATION OUT.

24        I'M CURIOUS IF THE CLASS SHOULD BE NOTIFIED ABOUT WHAT

25    THEIR BENEFIT IS GOING TO BE THEN.  LET ME JUST BE BLUNT,

1    SHOULD WE TELL THEM THAT THERE IS NO MONETARY RELIEF RECEIVED

2    HERE?  SOMEWHERE EARLIER, I THINK IT APPEARS IN PARAGRAPH 9,

3    ISN'T IT, IS IT NINE, NUMBER NINE, YES.

4          MR. MAYA:  YES, YOUR HONOR.  IN SECTION 7, "WHAT DOES

5    THE SETTLEMENT PROVIDE."

6          THE COURT:  RIGHT.

7          MR. MAYA:  THE NOTICE SPELLS OUT NOT ONLY THAT THE

8    MONEY IS GOING TO BE -- GO TO CY PRES ORGANIZATIONS, BUT IT

9    IDENTIFIES THE ONES THAT WE HAVE PUT FORWARD TO DATE.

10         THE COURT:  RIGHT.

11    I'M JUST WONDERING, SHOULD YOU INFORM THE CLASS AT SOME

12    POINT -- I GUESS WHAT I'M SAYING IS SHOULD WE MOVE THE

13    INFORMATION IN BOX 9 UP SO THAT THEN INDIVIDUALS WILL KNOW --

14    IT SEEMS IF WE WANT TO BE TRANSPARENT, HERE'S THIS GREAT RESULT

15    THAT YOU HAVE, IT'S A CY PRES, YOU ARE NOT GOING TO GET ANY

16    CASH MONEY, A CHECK A COUPON, ANY OF THAT, BUT WHAT YOU WILL

17    GET IS THE OPPORTUNITY TO ENJOY NON-TRACKING OR HAVE

18    INFORMATION, HOW TO CHANGE YOUR SETTINGS, WHATEVER THAT IS.

19         MR. BERKOWITZ:  YOUR HONOR, IF I COULD JUST INTERJECT

20    JUST FOR A MOMENT.

21         THE COURT:  YEAH, PLEASE.

22         MR. BERKOWITZ:  JUST TO POINT OUT TO THE COURT, THAT

23    SENTENCE APPEARS IN THE FINAL SENTENCE OF THE PARAGRAPH THAT WE

24    WERE LOOKING AT ON THE FIRST PAGE, IT SAYS "NO MONEY WILL BE

25    PROVIDED DIRECTLY TO SETTLEMENT CLASS MEMBERS."

```
 1              THE COURT:  RIGHT.  I SEE THAT THERE.

 2          AND I GUESS MY POINT IS, COULD WE MAKE THAT MORE

 3     TRANSPARENT IN SOME MANNER?

 4              MR. MAYA:  CERTAINLY, YOUR HONOR.

 5          WE ARE TRYING TO PUT IT UP FRONT AND CENTER.  WE CAN

 6     REVISE TO ADDRESS YOUR HONOR'S CONCERNS, I THINK, AND I MEAN,

 7     WE COULD BOLD THAT SENTENCE COUNSEL JUST READ.

 8              THE COURT:  WHAT I FORESEE IS SOMEBODY READING

 9     THROUGH THIS, AND IT'S SEVERAL PAGES, AND AT THE END FINDING

10     OUT OH, I'M NOT GETTING ANY MONEY, I'M GOING TO OBJECT TO THIS.

11     AND THEN WE WILL HAVE OBJECTORS, AND WE WILL DEAL WITH THEM.

12          MAYBE IF WE LET THEM KNOW UP FRONT OR BOLD THAT, OR AS

13     MR. BERKOWITZ SAYS, MAYBE JUST DO ANOTHER PARAGRAPH BREAK WITH

14     THAT.

15              MR. MAYA:  YEAH, I THINK THE PARAGRAPH BREAK

16     YOUR HONOR ALREADY SUGGESTED DOES GO SOME WAYS TOWARDS

17     HIGHLIGHTING THIS FURTHER.

18          BUT I MEAN, WE ARE TRYING TO GET IT FRONT AND CENTER.  WE

19     ARE CERTAINLY HAPPY TO REVISE FURTHER TO DO THAT EVEN MORE, BUT

20     IT IS OUR INTENT TO GET THIS OUT AND TO BE FULLY TRANSPARENT

21     AND EXPLAIN IT AS CLEARLY AS POSSIBLE TO CLASS MEMBERS IN PLAIN

22     ENGLISH.

23              THE COURT:  WELL, BECAUSE IT'S AN ALL CY PRES, AND I

24     THINK -- I THINK IT'S COMMON KNOWLEDGE PEOPLE RECEIVE EITHER

25     E-MAIL NOTICE OR POSTCARDS OF CLASS ACTIONS, AND THEY READ THEM
```

1      OR HOPE TO READ THEM, BUT WE WANT TO INFORM THEM AS BEST WE

2      CAN.

3            AND WHAT'S THE NOTICE PROVISION HERE?

4            MR. MAYA:  RIGHT.

5            YOUR HONOR, BECAUSE GOOGLE CAN'T GENERATE A COMPREHENSIVE

6      CLASS LIST, WE ARE PROPOSING A PUBLICATION NOTICE PROGRAM, AND

7      WE BELIEVE THAT'S THE BEST NOTICE PRACTICABLE UNDER THESE

8      CIRCUMSTANCES.

9            AS THE SETTLEMENT ADMINISTRATOR OPINES IN HIS DECLARATION,

10     OF CAMERON AZARI, IS DESIGNED TO REACH 80 PERCENT OF CLASS

11     MEMBERS AN AVERAGE OF FIVE TEAMS EACH.  THESE WILL BE WITH

12     DIGITAL ADS, INCLUDING IN PEOPLE'S GMAIL INBOXES AS WELL AS ON

13     VARIOUS GOOGLE PROPERTIES AND NON-GOOGLE INTERNET DOMAINS AS

14     WELL.

15            THE COURT:  IS THERE GOING TO BE PUBLICATION ON ANY

16     PERIODICALS, NEWSPAPERS, ANYTHING OTHER THAN A DIGITAL FORMAT?

17            MR. MAYA:  THIS IS A DIGITAL CAMPAIGN, YOUR HONOR,

18     AND WE DO THINK THAT'S APPROPRIATE GIVEN THE DIGITAL NATURE OF

19     THE CLAIMS, AND THESE ARE CLASS MEMBERS USING MOBILE DEVICES,

20     YOUR HONOR.

21            THE COURT:  RIGHT.  AND THAT'S GENERALLY WHAT THIS

22     CASE IS ABOUT.

23            MR. MAYA:  THAT'S WHERE WE WANT TO REACH THEM.

24            THE COURT:  OKAY.  AND I READ YOUR ADMINISTRATIVE

25     THAT YOU SAID 80 PERCENT, THAT'S WHAT THEY EXPECT TO GET.

```
1              MR. MAYA:  WITH AN AVERAGE OF FIVE IMPRESSIONS EACH.

2         SO YOU KNOW, AN E-MAIL NOTICE PROGRAM WOULD ADD GREAT

3    EXPENSE AND RESULT IN ONE MORE IMPRESSION PER E-MAIL.  WE THINK

4    THAT THIS PUBLICATION NOTICE IS THE BEST METHOD HERE.

5              THE COURT:  OKAY.  IT'S A SHAME PEOPLE DON'T READ

6    HARD COPY NEWSPAPERS WITH THEIR COFFEE AND CROISSANT, RIGHT?

7         OKAY.  THANKS FOR THAT.  WHAT ELSE SHOULD I KNOW?

8              MR. MAYA:  YOUR HONOR, I'M HAPPY TO ANSWER ANY

9    QUESTIONS YOUR HONOR MIGHT HAVE TO TALK ABOUT THE SETTLEMENT IN

10   COMPARISON TO COMPARABLE SETTLEMENTS.

11             THE COURT:  I THINK YOU PROVIDED SOME INFORMATION

12   ABOUT THAT.

13        MS. WOLFSON IS ON HER FEET, I THINK SHE'S GOING TO TELL US

14   ABOUT THAT.

15             MS. WOLFSON:  YOUR HONOR, I JUST WANTED TO ADDRESS A

16   VERY IMPORTANT QUESTION THAT YOU ASKED, WHAT IS THE BENEFIT TO

17   THE CLASS HERE?

18        OUR CLIENTS BROUGHT THIS CASE BECAUSE THEY BELIEVE THAT

19   AS TECHNOLOGY EVOLVES AT AN EVER FAST PACE, EXPONENTIALLY

20   SPEEDING PACE, FOR LACK OF A BETTER TERM, THAT CORPORATE

21   INTERESTS OF DATA TRACKING, ARE TAKING OVER CONSUMERS' RIGHTS

22   TO PRIVACY AND AUTONOMY.  AND THAT IS, YOU KNOW, SORT OF THE

23   BIGGER CONTEXT OF WHERE THIS CASE LIES.

24        AND SO MR. MAYA ELOQUENTLY EXPLAINED TO YOU THE

25   ALLEGATIONS OF THE CASE, BUT THAT WAS REALLY THE MOTIVATION
```

1    BEHIND OUR CLIENT STEPPING FORWARD AND PUTTING THEIR NAME ON

2    THIS COMPLAINT AND GOING THROUGH VERY GRUELLING DISCOVERY BY

3    GOOGLE.

4         AND SO IN THIS PARTICULAR CASE, GIVEN THE SIZE OF THE

5    CLASS, WE THOUGHT THAT IT'S A BIGGER BENEFIT TO THIS NATIONWIDE

6    CLASS TO SUPPORT ORGANIZATIONS THAT ARE ON THE CUTTING EDGE OF

7    THE INVESTIGATIVE REPORTING, REGARDING THESE PRACTICES,

8    CONSUMER EDUCATION; AND YOU KNOW, IN SUM, ALL OF THE WORK THAT

9    THEY DO, ALTHOUGH EACH ONE HAS A DIFFERENT ANGLE, IS REALLY TO

10   RESTORE THE RIGHT TO PRIVACY AND AUTONOMY ON BEHALF OF THE

11   CONSUMER.

12        AND SO WE THOUGHT IN THIS CASE, YOU KNOW, THAT'S A BIGGER

13   BENEFIT THAN GIVING WHOEVER MAKES A CLAIM SOME MINIMAL AMOUNT

14   OF MONEY.

15             THE COURT:  OKAY.

16             MS. WOLFSON:  THANK YOU.

17             THE COURT:  AND AT THE APPROPRIATE TIME, THE

18   DISTRIBUTION, WHO WOULD CONTROL THE DISTRIBUTION AS TO THE 17

19   THAT YOU'VE IDENTIFIED OR OTHERS, CY PRES RECIPIENTS, IS THAT

20   SOMETHING THAT THE COURT WILL ENGAGE IN WITH YOUR SUBMISSIONS?

21             MS. WOLFSON:  YES, YOUR HONOR.

22        AT FINAL APPROVAL, WE WILL PRESENT TO THE COURT WHAT WE

23   THINK IS AN EQUITABLE DISTRIBUTION AMONG THE ORGANIZATIONS, BUT

24   THE ULTIMATE DECISION WILL BE WITH YOUR HONOR.

25             THE COURT:  AND DO YOU ANTICIPATE THAT THOSE

1   INDIVIDUALS OR THEIR REPRESENTATIVES WILL COME TO COURT AND

2   EXPRESS WHAT THEY ARE GOING TO DO WITH THE MONEYS THEY RECEIVE,

3   AND HOW IS THAT GOING TO BE PARSED OUT, IS THAT HOW THAT WOULD

4   WORK?

5           MS. WOLFSON:  WELL, IT'S UP TO YOUR HONOR.

6       WE DEFINITELY ANTICIPATED MAKING OUR RECOMMENDATIONS, WE

7   ARE HAPPY TO ADVISE THE RECIPIENTS THAT THEY SHOULD COME TO

8   COURT, SOME OF THEM MAY NOT BE HAPPY WITH WHAT WE PROPOSE, IN

9   TERMS OF ALLOCATION, AND IF YOUR HONOR WOULD LIKE THE

10  REPRESENTATIVES HERE, WE WILL DEFINITELY MAKE THAT HAPPEN.

11          THE COURT:  I JUST WANT TO ALLOW THEM TO BE HEARD IF

12  THEY WANT TO BE HEARD.

13          MS. WOLFSON:  THAT MAKES SENSE.

14          THE COURT:  WE HAD CASES SOME TIME AGO, AND I'M GOING

15  TO ASK YOU ALSO TO BE CAREFUL WITH YOUR LIST OF RECIPIENTS, YOU

16  HAVE PROBABLY DONE THIS ALREADY, BUT I'M GOING TO BE LOOKING

17  FOR ANY CONFLICTS.

18      YOU KNOW, HYPOTHETICALLY, SOMEONE MIGHT COME IN WITH A

19  CASE AND THE CY PRES RECIPIENTS ARE UNIVERSITY OF X, AND THEN

20  YOU LOOK AT THEIR RESUMES AND THEY ALL WENT TO UNIVERSITY OF X.

21      AND THERE MIGHT BE SOME ISSUES -- I'M NOT SUGGESTING THAT

22  EXISTS HERE, BUT I'M JUST ASKING YOU, I THINK YOU HAVE ALREADY

23  DONE THIS, TO CAREFULLY SCREEN THAT SO WE AVOID ANY CONFLICTS

24  OR ISSUES LIKE THAT.  I THINK THAT WOULD BE IMPORTANT.

25          MS. WOLFSON:  YES, YOUR HONOR.

1        MR. MAYA:  ALSO, YOUR HONOR, I THINK IT'S WORTH

2   NOTING AS A CONDITION OF RECEIVING ANY CY PRES AWARD, EACH OF

3   THESE ORGANIZATIONS AGREES TO SUBMIT REPORTS EVERY SIX MONTHS,

4   WHICH WILL BE AVAILABLE TO THE COURT AND POSTED ON THE

5   SETTLEMENT WEBSITE.

6        THE COURT:  YEAH.  YOU KNOW, I THINK THAT'S REALLY A

7   GOOD THING.  THANK YOU FOR PUTTING THAT IN.  I MEANT TO MENTION

8   THAT.

9        I HAVE, CANDIDLY, DONE OTHER CASES WHERE THERE ARE CY PRES

10   AND I FAILED TO DO THAT, AND I THINK THAT'S A REALLY GOOD

11   METHOD TO KEEP THE PUBLIC INFORMED ABOUT WHAT THAT WORK, WHAT

12   THEY ARE ACTUALLY DOING WITH THE MONEY.  THAT'S IMPORTANT FOR

13   FULSOME DISCLOSURE.

14        MR. MAYA:  YES, YOUR HONOR.

15        AND IN ADDITION TO THE 17 THAT WE HAVE DISCLOSED SO FAR,

16   AN 18TH HAS COME FORWARD WITH A PROPOSAL YESTERDAY THAT WE ARE

17   EVALUATING NOW, BUT WITH THE COURT'S PERMISSION, WE WOULD LIKE

18   TO ASK FOR SOME LEEWAY TO ADJUST THE LANGUAGE IN THAT PARAGRAPH

19   WE WERE JUST REFERRING TO.

20        THE COURT:  SURE, OF COURSE.

21        HOW DID YOU FIND THESE FOLKS?

22        MR. MAYA:  WELL, WE ENGAGED IN A LOT OF RESEARCH, AND

23   THERE WAS BACK AND FORTH NEGOTIATION WITH GOOGLE.  WE EACH HAD

24   COMPETING LISTS, AND WE ASKED FOR PROPOSALS, AND I THINK THAT

25   IT'S FAIR TO SAY WITH THOSE PROPOSALS, THESE FOLKS HAVE COME

1    FORWARD TO PUT THEIR BEST FOOT FORWARD SO FAR.  THERE'S

2    CERTAINLY MORE THAT COULD BE DONE, SHOULD THE COURT DESIRE.

3              THE COURT:  ANYTHING ELSE ON THIS TOPIC?

4              MR. BERKOWITZ:  NO.

5        IN CASE THE COURT HASN'T SEEN THEM YET, I BELIEVE

6    PLAINTIFFS FILED YESTERDAY, A LENGTHIER DOCUMENT WITH THE

7    PROPOSALS THAT HAVE BEEN RECEIVED --

8              THE COURT:  YES.

9              MR. BERKOWITZ:  -- TO DATE FROM THE CY PRES

10   RECIPIENTS, SO AT LEAST THEY HAVE EXPLAINED TO THE COURT HOW

11   THEY MIGHT BE INTENDING TO USE THE MONEY.

12             THE COURT:  RIGHT.  I DID SEE THAT.  IT'S A BINDER

13    AND IT'S FULLY TABBED AND INFORMATIVE.

14       YOU KNOW, LET ME ASK A QUESTION ALSO ABOUT THIS.  THERE

15   ARE ESTABLISHED RECIPIENTS WHO WE KNOW AND RECOGNIZE WHO DO

16   GREAT WORK IN THIS THING, HAVE YOU THOUGHT ABOUT, AND WHEN YOU

17   LOOK FOR CY PRES RECIPIENTS, TO THE SMALLER, THE NEWER

18   ORGANIZATIONS THAT PROBABLY WOULD BENEFIT FROM SOME SEED MONEY

19   GREATER THAN SOMEONE WHO HAS AN ESTABLISHED FUND; IS THAT

20   SOMETHING YOU LOOK AT ALSO?

21             MR. MAYA:  YOUR HONOR RAISES A GREAT POINT.

22       I THINK IT'S IMPOSSIBLE FOR US, AS CLASS COUNSEL, TO

23    IDENTIFY EVERY SUCH ORGANIZATION, OR THE ORGANIZATION THAT MAY

24    EXIST.  WHAT WE HAVE DONE IN THIS REGARD IS INCLUDED AMONG THE

25    CY PRES RECIPIENTS, THE ROSE FOUNDATION, WHICH IS A GRANT

1    MAKING INSTITUTION THAT FOCUSES ON THE USE OF CY PRES FUNDS AND

2    UNDERSTANDS THE NEXUS REQUIREMENT AND IS UNIQUELY

3    WELL-POSITIONED TO IDENTIFY SMALLER TO MIDSIZE ORGANIZATIONS

4    THAT WOULD BE DESERVING OF FUNDS, AND WOULD REPORT EVERY SIX

5    MONTHS, AS MENTIONED, ON HOW SUCH GRANTS ARE MADE AND WHAT THEY

6    ARE BEING USED FOR.

7            THE COURT:  WELL THANK YOU.

8        I THINK THAT'S IMPORTANT TO, YOU KNOW, SMALL COLLEGES, YOU

9    KNOW, SOMEBODY IN GRINNEL, IOWA MIGHT WANT TO GET INVOLVED IN

10   THIS AND THEY ARE NOT IN MANHATTAN, SAN FRANCISCO OR

11   LOS ANGELES, AND MAY NOT HAVE THE BANDWIDTH TO GET ATTENTION.

12   SO I THINK THAT'S IMPORTANT, SO THANK YOU FOR INCLUDING THAT.

13           MR. MAYA:  AND THE ROSE FOUNDATION HAS THAT SORT OF

14   EXPERTISE TO SOLICIT PROPOSALS AND MAKES GRANTS REGULARLY IN

15   THAT MANNER.

16       I THINK IT'S IMPORTANT TO NOTE THAT AMONG THE OTHER WORK

17   BEING DONE BY THESE RECIPIENTS, OR THAT WOULD BE DONE, THEY

18   WOULD BE WORKING TOWARDS THE CREATION OF AN ONLINE ADVERTISING

19   SYSTEM THAT DOESN'T DEPEND ON LOCATION TRACKING.

20       SOME OF THEM ARE WORKING ON UNIFORM CONTROLS THAT GIVE

21   USERS AND THE CLASS MEMBERS HERE, YOU KNOW, REAL CONTROL OVER

22   THE USE OF THEIR LOCATION INFORMATION, WOULD GIVE THE USERS

23   REAL CONTROL OVER THAT LOCATION INFORMATION IN A CONSISTENT

24   MANNER.

25           THE COURT:  OKAY.  WELL THANK YOU.

1      ANYTHING ELSE YOU WOULD LIKE ME TO KNOW?  AND THEN I'M

2    GOING TO ASK MR. BERKOWITZ HIS COMMENTS, IF ANY.

3           MR. MAYA:  NOT AT THIS TIME, YOUR HONOR.

4           MR. BERKOWITZ:  NOTHING FURTHER, YOUR HONOR.

5           THE COURT:  OKAY.  THANK YOU.

6      MS. WOLFSON, ANYTHING ELSE YOU WOULD LIKE ME TO KNOW?

7           MS. WOLFSON:  NO, YOUR HONOR.  THANK YOU FOR YOUR

8    TIME AND ATTENTION TODAY.

9           THE COURT:  YOU'RE WELCOME.  IT'S ALWAYS GREAT TO SEE

10    ALL OF YOU.

11      SO WHAT SHOULD WE DO?  YOU'VE HEARD MY NIT PICKS, IF YOU

12    WILL, ABOUT THE NOTICE, AND I'M SURE YOU CAN GET THAT DONE IN

13    SHORT ORDER.

14           MR. MAYA:  WE COULD, YOUR HONOR.  WE COULD SUBMIT IT

15    AS A REDLINE AS WELL AS A CLEAN COPY.

16           THE COURT:  SURE, THAT WOULD BE HELPFUL.

17      AND WE NEED TO CONTINUE THIS HEARING FOR FURTHER RULING IF

18    I WERE TO SAY I WOULD APPROVE THE SETTLEMENT, PRELIMINARILY

19    APPROVE BASED ON THE REPRESENTATION THAT YOU WILL MAKE THE

20    CHANGES AND THEN SUBMIT THAT TO THE COURT; WOULD THAT BE

21    SUFFICIENT FOR YOU?

22           MR. MAYA:  I BELIEVE SO, YOUR HONOR.

23      I DON'T THINK WE NEED A CONTINUED HEARING, ALTHOUGH WE ARE

24    HAPPY TO ATTEND ONE.

25           THE COURT:  WELL I'M ALWAYS HAPPY TO SEE YOU, BUT I

1    KNOW YOU ARE BUSY.

2         SO LET ME SAY, I HAVE LOOKED AT -- AND THANK YOU FOR YOUR

3    PLEADINGS, THEY HAVE BEEN HELPFUL, AND THE EXPLANATION THIS

4    MORNING, IT'S BEEN VERY HELPFUL.

5         I AM JUST REVIEWING YOUR PLEADINGS, I DO SEE THIS WAS A

6    HARD FOUGHT LITIGATION, I RULED ON SEVERAL MOTIONS,

7    JUDGE COUSINS RULED ON MANY MOTIONS, THERE WERE STAYS IN THE

8    CASE, THERE WERE MOTIONS POST-STAY, YOU MET WITH MEDIATORS.  I

9    DO FIND THAT ALL THE RULE 23 FACTORS HAVE BEEN MET HERE, AND

10   PRELIMINARILY, I WOULD FIND THIS TO BE A FAIR, ADEQUATE AND

11   REASONABLE SETTLEMENT AND I WOULD PRELIMINARILY APPROVE THIS

12   BASED ON THE REPRESENTATIONS THAT YOU WILL MAKE THE NOTICE

13   CHANGES.

14        I DO FIND THE ADMINISTRATOR APPROPRIATE, THE NOTICE

15   PROGRAM IS APPROPRIATE AND ROBUST.  THE CY PRES SETTLEMENT

16   SEEMS TO BE THE APPROPRIATE METHOD OF SETTLEMENT IN THIS CASE,

17   GIVEN THE SIZE OF THE CLASS AND THE FUNDS AVAILABLE, CASH FUNDS

18   AVAILABLE.  DISTRIBUTION TO THAT SIZE OF CLASS WOULD BE

19   IMPOSSIBLE AND MEANINGLESS.

20        THE REAL VALUE OF THE LAWSUIT, OR ONE OF THE GREAT VALUES

21   OF THE LAWSUIT IS INJUNCTIVE RELIEF WHICH IS SIGNIFICANT, AS

22   YOU ARTICULATE.  GOOGLE IS -- WHILE ADMITTING NO FAULT, GOOGLE

23   HAS AGREED TO CHANGE THEIR NOTIFICATIONS AND THEY HAVE PROVIDED

24   A PROTOCOL TO INFORM THEIR USERS OF HOW THAT PROTOCOL WILL

25   CHANGE, AND I THINK THAT'S A GOOD BENEFIT FOR THE CLASS.

1    SO I WILL GRANT YOUR MOTION.  I WILL PRELIMINARILY APPROVE

2    THIS CONDITION THAT THE NOTICE IS OTHERWISE CHANGED, AND YOU

3    CAN GET THAT TO ME BY THE END OF NEXT WEEK, I'M SURE.

4         MR. MAYA:  I THINK THAT'S VERY DOABLE.

5         THE COURT:  GREAT.  OKAY.

6    AND I THINK YOU PROVIDED A FORM TOO, A PROPOSED ORDER.

7         MR. MAYA:  WE DID, YOUR HONOR.

8         THE COURT:  OKAY.  THANK YOU.

9    MR. BERKOWITZ, ANYTHING ELSE?

10        MR. BERKOWITZ:  NOTHING FURTHER, YOUR HONOR.

11   THANK YOU.

12        THE COURT:  I THINK WE NEED TO SET A FINAL DATE

13   THOUGH.

14        MR. MAYA:  YOUR HONOR, WE HAVE PROPOSED A SCHEDULE,

15   AND THE DATES WILL RUN FROM ESSENTIALLY THE DATE YOUR HONOR

16   GRANTS PRELIMINARY APPROVAL.

17        THE COURT:  RIGHT.

18   MAY I HAVE YOUR PERMISSION TO LOOK AT THAT AND SEE WHAT

19   DATE LOOKS GOOD FOR OUR CALENDAR AND THEN GIVE THAT TO YOU?

20        MR. MAYA:  OF COURSE.

21        THE COURT:  I WILL ASK OUR CRD, MS. ROBINSON, TO

22   REACH OUT TO YOU WITH THAT DATE TO SEE IF IT COMPORTS WITH YOUR

23   CALENDAR AND THEN WE WILL MAKE IT A FINAL ORDER.

24        MR. MAYA:  THANK YOU, YOUR HONOR.

25        MR. BERKOWITZ:  THANK YOU, YOUR HONOR.

1                    THE COURT:  OKAY.  GREAT.

2              MR. MAYA:  THANK YOU VERY MUCH.

3              THE COURT:  GOOD SEEING YOU.

4              MR. BERKOWITZ:  GOOD TO SEE YOU AS WELL, YOUR HONOR.

5              MR. SOBOL:  THANK YOU, YOUR HONOR.

6         (THE PROCEEDINGS WERE CONCLUDED AT 9:42 A.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                          **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM

15    THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED

16    MATTER.

17

18

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185          DATED: 11/2/23