| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>Co-Lead Class Counsel | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (*pro hac vice*)<br>hkelston@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, California 91505<br>Tel: 310.474.9111<br>Fax: 310.474.8585<br><br>Co-Lead Class Counsel<br><br>KEKER, VAN NEST & PETERS LLP<br>Benjamin Berkowitz (SBN 244441)<br>bberkowitz@keker.com<br>Thomas E. Gorman (SBN 279409)<br>tgorman@keker.com<br>Nicholas D. Marais (SBN 277846)<br>nmarais@keker.com<br>Christopher S. Sun (SBN 308945)<br>csun@keker.com<br>Christina Lee (SBN 314339)<br>clee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415.391.5400<br>Facsimile: 415.397.7188<br><br>Attorneys for Defendant GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS NOTICE**<br><br>Dept:   Courtroom 4 - 5th Floor<br><br>Judge:  Hon. Edward J. Davila |

Plaintiffs Napoleon Patacsil, Michael Childs, and Noe Gamboa ("Plaintiffs") and Defendant Google LLC, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 14, 2023, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement (Dkt. 327) along with a copy of the parties' Settlement Agreement (Dkt. 328-1) and a draft proposed Class Notice (Dkt. 328-1 at Ex. A);

WHEREAS, on October 26, 2023, the Court held a hearing on the Motion for Preliminary Approval, where the parties and the Court discussed edits to the class notice;

WHEREAS, following the hearing, the Court issued a minute order that directed "counsel to file the amended documents" by November 3, 2023;

WHEREAS, on November 3, 2023, Plaintiffs filed a Notice of Filing of Amended Class Notice (Dkt. 344) to submit, as the Court had directed, a draft Amended Class Notice in both clean and redline formats;

WHEREAS, on November 7, 2023, the Court issued an Order Granting Preliminary Approval of Class Action Settlement that finds, in part, that the Class Notice "attached as Exhibit A to the Settlement Agreement" satisfies the requirements of Federal Rule of Civil Procedure 23 ((Dkt. 345 at ¶ 8) and directed the Settlement Administrator to provide notice;

NOW, THEREFORE, it is stipulated and agreed, and the parties hereby request that the Court issue an order stating:

1. The Court clarifies that all references to Class Notice in the Order Granting Preliminary Approval—including the finding that the Class notice meets the requirements of Rule 23 (¶ 8) and the order directing the Settlement administrator to disseminate notice (¶ 13)—were references to the Amended Class Notice at Dkt. 344.

//
//
//
//
//

| | | |
|---|---|---|
| Dated: November 16, 2023 | | AHDOOT & WOLFSON, PC |
| | By: | /s/ Theodore Maya<br>TINA WOLFSON<br>THEODORE MAYA<br>HENRY J. KELSTON<br>BRADLEY K. KING<br><br>Co-Lead Class Counsel |
| Dated: November 16, 2023 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | /s/ Michael K. Sheen<br>MICHAEL W. SOBOL<br>MELISSA GARDNER<br>MICHAEL LEVIN-GESUNDHEIT<br>MICHAEL K. SHEEN<br>JALLÉ H. DAFA<br>JOHN D. MAHER<br><br>Co-Lead Class Counsel |
| Dated: November 16, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Thomas E. Gorman<br>BENJAMIN BERKOWITZ<br>THOMAS E. GORMAN<br>NICHOLAS D. MARAIS<br>CHRISTOPHER S. SUN<br>CHRISTINA LEE<br><br>Attorneys for Defendant GOOGLE LLC |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: November 20, 2023

_____
Honorable Edward J. Davila

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 16, 2023        /s/ Thomas E. Gorman