**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Nicholas Diamand
ndiamand@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Co-Lead Class Counsel*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310.474.9111
Fax: 310.474.8585

*Co-Lead Class Counsel*

**KEKER, VAN NEST & PETERS LLP**
Benjamin Berkowitz (SBN 244441)
bberkowitz@keker.com
Thomas E. Gorman (SBN 279409)
tgorman@keker.com
Nicholas D. Marais (SBN 277846)
nmarais@keker.com
Christopher S. Sun (SBN 308945)
csun@keker.com
Christina Lee (SBN 314339)
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

*Attorneys for Defendant GOOGLE LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT NOTICE REGARDING PROPOSED *CY PRES* RECIPIENTS** |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

Google and its counsel provided disclosures regarding the Proposed Cy Pres Recipients at ECF No. 332, while Lead Class Counsel provided disclosures at ECF No. 338. Based on the Court's comments at the October 26, 2023 preliminary approval hearing, developments after the hearing, and in an abundance of caution, the parties hereby supplement those disclosures as follows:

1. Attorneys at Keker, Van Nest & Peters, Ahdoot & Wolfson, Lieff Cabraser Heimann & Bernstein, and employees at Google LLC have attended (among others) the following undergraduate and graduate schools affiliated with Proposed Cy Pres Recipients: Harvard University, Yale University, New York University, Fordham University, and the Massachusetts Institute of Technology. One of the attorneys who has entered an appearance for Plaintiffs in this action graduated from Harvard University. Two additional attorneys representing Plaintiffs graduated from Harvard Law School. One of the attorneys representing Plaintiffs graduated from New York University School of Law. The attorneys currently representing Google in this action include two graduates of Harvard Law School (one of whom also serves as a board member of the Harvard Law School Association of Northern California) and two graduates of Yale Law School (one of whom also received an undergraduate degree from Harvard University).

2. The parties have received notice that the Georgetown Law Center for Privacy & Technology intends to submit a proposal for a Cy Pres award from the Settlement. Attorneys at Keker, Van Nest & Peters, Ahdoot & Wolfson, and Lieff Cabraser Heimann & Bernstein, and employees at Google LLC have graduated from Georgetown University and/or Georgetown University Law Center.

3. An associate at Lieff Cabraser Heimann & Bernstein who has entered an appearance for Plaintiffs in this action is expected to join the Board of Directors of the ACLU Foundation of Northern California in 2024.

- 1 -

CASE NO. 5:18-CV-05062-EJD
JOINT NOTICE RE PROPOSED *CY PRES* RECIPIENTS

1     4.     Lieff Cabraser Heimann & Bernstein is currently exploring a potential collaboration with the ACLU of Northern California to jointly pursue litigation unrelated to this class action.

The parties intend to post these supplemental disclosures to the Settlement Website.

Respectfully Submitted,

Dated: December 1, 2023      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Michael K. Sheen*
MICHAEL W. SOBOL
MELISSA GARDNER
MICHAEL LEVIN-GESUNDHEIT
MICHAEL K. SHEEN
JALLÉ H. DAFA
JOHN D. MAHER

*Co-Lead Class Counsel*

Dated: December 1, 2023      AHDOOT & WOLFSON, PC

*/s/ Theodore Maya*
TINA WOLFSON
THEODORE MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Co-Lead Class Counsel*

Dated: December 1, 2023      KEKER, VAN NEST & PETERS LLP

*/s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
THOMAS E. GORMAN
NICHOLAS D. MARAIS
CHRISTOPHER S. SUN
CHRISTINA LEE

*Attorneys for Defendant GOOGLE LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 1, 2023				  /s/  Michael K. Sheen

2900760.1