**KEKER, VAN NEST & PETERS LLP**
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

*Attorneys for Defendant GOOGLE LLC*

**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA  91505
Telephone: 310.474.9111
Facsimile: 310.474.8585

*Interim Co-Lead Class Counsel*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**JOINT NOTICE REGARDING ADDITIONAL PROPOSED *CY PRES* RECIPIENT**<br><br>Dept:     Courtroom 4 - 5th Floor<br>Judge:   Hon. Edward J. Davila<br><br>Date Filed:  November 2, 2018<br><br>Trial Date:  None Set |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:**

Google and its counsel previously provided disclosures regarding Proposed *Cy Pres* Recipients on September 18, 2023. *See* Dkt. 332. Lead Class Counsel provided disclosures on October 24, 2023. *See* Dkt. 338 at 9–10. The parties jointly supplemented their disclosures on December 1, 2023, and on January 9, 2024. *See* Dkts. 349 and 350.

Since then, the parties have received an additional *cy pres* proposal from the University of California, Los Angeles ("UCLA") Institute for Technology, Law & Policy, which was posted to the Settlement Website. The parties make the following supplemental disclosure regarding this additional proposal:

1. In unrelated matters, Keker, Van Nest & Peters LLP previously represented the Regents of the University of California, which is the corporation that administers the University of California system (including UCLA). *See* Cal. Const. art. IX, § 9. And employees at Keker, Van Nest & Peters LLP and at Google have attended UCLA.

2. One of the attorneys from Ahdoot & Wolfson who has entered an appearance for Plaintiffs in this action graduated from UCLA and from UCLA School of Law.

3. Attorneys at Lieff Cabraser Heimann & Bernstein have attended undergraduate and graduate school at UCLA. Attorneys at Lieff Cabraser Heimann & Bernstein, including one who has appeared in this matter, have represented the Regents of the University of California in unrelated litigation within the past 10 years.

The parties will post these supplemental disclosures to the Settlement Website and will continue to provide updated disclosures as needed.

Respectfully Submitted,

Dated: February 14, 2024

AHDOOT & WOLFSON, PC

By:  /s/ Theodore Maya
TINA WOLFSON
THEODORE MAYA
HENRY J. KELSTON
BRADLEY K. KING

*Interim Co-Lead Class Counsel*

| | |
|---|---|
| Dated: February 14, 2024 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: */s/ Michael Levin-Gesundheit* <br> MICHAEL W. SOBOL <br> MELISSA GARDNER <br> MICHAEL LEVIN-GESUNDHEIT <br> MICHAEL K. SHEEN <br> JALLÉ H. DAFA <br> JOHN D. MAHER <br><br> *Interim Co-Lead Class Counsel* |
| Dated: February 14, 2024 | KEKER, VAN NEST & PETERS LLP |
| | By: */s/ Benjamin Berkowitz* <br> BENJAMIN BERKOWITZ <br> THOMAS E. GORMAN <br> NICHOLAS D. MARAIS <br> CHRISTOPHER S. SUN <br> CHRISTINA LEE <br><br> *Attorneys for Defendant GOOGLE LLC* |

# ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 14, 2024            */s/ Theodore Maya*
                                     Theodore Maya