Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors*
*John Andren, Matthew Lilley,*
*and Joseph S. St. John*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD  **DECLARATION OF MATTHEW LILLEY**  Time:     9:00 A.M. Date:     April 18, 2024 Judge:    Hon. Edward J. Davila Courtroom: 4, 5th Floor |
| JOHN ANDREN, MATTHEW LILLEY, and JOSEPH S. ST. JOHN  Objectors. | |

I, Matthew Lilley, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My address is 124 Victorian Oaks Dr, Durham NC 27713. My telephone number is +1 857 999 5251. My email address is lilley.matthew@gmail.com.

3. Hamilton Lincoln Law Institute ("HLLI"), its Center for Class Action Fairness ("CCAF"), and its attorneys represent me in this matter.

4. I intend to appear through my counsel Ted Frank at the fairness hearing currently scheduled for April 18, 2024.

5. I am a Settlement Class Member as defined by the Settlement. My personal email address associated with my Google account, and related to my claim here, is lilley.matthew@gmail.com. I am a natural person who resided in the United States and used one or more mobile devices while "Location History" was disabled during the class period.

6. Specifically, my Google account settings show that my Location History is off. To the best of my recollection I had affirmatively selected to have my Location History turned off in or around early 2018, and I've verified on multiple occasions in the intervening period that my Google account shows it is turned off. While Location Services were turned off, I used numerous Google apps and services, including at least Gmail, Google Maps, Google Chrome, Google Search (primarily through Google Chrome), Google Drive, Google Music, Google Podcasts, Google Photos, Google Calendar, Android Auto, and YouTube.

7. Most of these services were accessed and used from my personal Android devices, of which I owned several versions throughout the class period, including multiple Motorola Moto "G" phones. I also accessed these services from multiple Dell laptops throughout the class period after the date when my Location History was set to off.

8. I am not excluded from class membership because I am not a director, officer, employee, or agent of Google or its subsidiaries and affiliated companies and I have not requested to be excluded from the Settlement.

9. The specific grounds of my objection are identified in the memorandum to be filed by my attorney contemporaneously with this declaration.

Case No. 5:18-cv-05062-EJD                                                                 1
DECLARATION OF MATTHEW LILLEY

10. I oppose the work of certain of the proposed *cy pres* recipients and do not wish money that belongs to me and other class members sustain their programs that work against my interests and values. Many of the proposed recipients are highly partisan organizations pushing left-wing ideological ends that are contrary to both my preferences and values, and those of millions of Americans (and thus presumably many class members).

11. My objection apples to the entire class.

12. I would not find it financially feasible to vindicate any claims I might have against Google defendants via an individual suit for money damages.

13. I bring this objection in good faith. I have no intention of settling this objection for any sort of side payment. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, it is my understanding and belief that CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

14. Thus, if contrary to CCAF's practice and recommendation, I agree to withdraw my objection or any subsequent appeal for a payment by plaintiffs' attorneys or the defendant(s) paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive any and all defenses to a motion seeking disgorgement of any and all funds paid in exchange for dismissing my objection or appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 04, 2024, in Durham, North Carolina.

Matthew Lilley