Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors*
*John Andren, Matthew Lilley,*
*and Joseph S. St. John*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD |
|---|---|
|  | **DECLARATION OF JOSEPH S. ST. JOHN** |
| JOHN ANDREN, MATTHEW LILLEY, AND JOSEPH S. ST. JOHN, | Time: 9:00 A.M.<br>Date: April 18, 2024<br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |
| Objectors. |  |

I, Joseph S. St. John, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My address is 1701 Jefferson Ave., New Orleans, LA 70115. My telephone number is (410) 212-3475. I maintain two email accounts with Google: j.scott.stjohn@gmail.com and j.scott.stjohn.public@gmail.com.

3. Hamilton Lincoln Law Institute ("HLLI"), its Center for Class Action Fairness ("CCAF"), and its attorneys (of which my wife is one) represent me in this matter.

4. I intend to appear through my counsel Ted Frank at the fairness hearing currently scheduled for April 18, 2024.

5. I am a Settlement Class Member as defined by the Settlement. My personal email addresses associated with my Google account, and related to my claim here, are j.scott.stjohn@gmail.com and j.scott.stjohn.public@gmail.com. I am a natural person who resided in the United States and used one or more mobile devices while "Location History" was disabled during the class period.

6. Specifically, my Google account settings show that my Location History is off. I routinely seek to minimize location tracking, including by turning Location Services off unless they are necessary to perform a specific function; I then turn Location Services off after that specific function is accomplished. This has been my habit and routine practice since at least 2018.

7. I have not located information in my Google account stating the historic settings for my Location History, although it does state "you have no activity to delete." If presented with the option to turn off Location History, my habit and routine practice would have led me to turn off Location History. I have been unable to ascertain whether I was presented with that choice, although my account notes that Location History is currently "off" and "off" is the default setting. To the best of my knowledge, my Location History setting was "off" throughout the class period.

8. A true and accurate screensnip of my Location History settings is below:

> **Timeline**
>
> Helps you go back in time, and remember where you've been, by automatically saving your visits and routes to a map on each of your devices. Learn more
>
> ⊖ Off    **Turn on**
> Off by default when you created your account
>
> **Subsettings**
>
> ☐ Share Timeline edits and related data to improve your experience
>
> **Backup (Off)**
>
> ☁⃠ Not backing up data
>
> ⓘ To manage backup for a specific device, go to Timeline in the Google Maps app. Learn more
>
> **Auto-delete (Not applicable)**
>
> 🗑 You have no activity to delete. Turn on Location History to choose an auto-delete option  >

9. While Location Services were turned off, I used numerous Google apps and services, including at least Gmail, Google Search, Google Maps, YouTube, and Google Translate.

10. These services were accessed and used from my personal Apple iPhone, of which I owned various versions throughout the class period.

11. I am not excluded from class membership because I am not a director, officer, employee, or agent of Google or its subsidiaries and affiliated companies and I have not requested to be excluded from the Settlement.

12. The specific grounds of my objection are identified in the memorandum to be filed by my attorney contemporaneously with this declaration.

13. I oppose the work of certain of the proposed *cy pres* recipients and do not wish money that belongs to me and other class members sustain their programs that work against my interests and values. Some

of these organizations—such as ACLU organizations and the Rose Foundation—are hostile to my values. I am unfamiliar with many of the other proposed recipients, but am concerned by many of the organizations' self-descriptions, which include references to so-called "social justice," "environmental justice," and diversity causes that I believe are fundamentally unjust and un-American. I do not wish to fund such organizations nor associate myself with their work. I note that many such organizations use oblique language and take extreme positions with little publicity, thereby making it difficult to evaluate their true positions and requiring substantial effort to ascertain what the organization stands for.

14. My objection apples to the entire class.

15. I would not find it financially feasible to vindicate any claims I might have against Google defendants via an individual suit for money damages.

16. I bring this objection in good faith. I have no intention of settling this objection for any sort of side payment. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, it is my understanding and belief that CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

17. Thus, if contrary to CCAF's practice and recommendation, I agree to withdraw my objection or any subsequent appeal for a payment by plaintiffs' attorneys or the defendant(s) paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive any and all defenses to a motion seeking disgorgement of any and all funds paid in exchange for dismissing my objection or appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2024, in New Orleans, LA.

*Joseph S. St. John*