# Exhibit 5



<u>VIA EMAIL</u>

Larry Magid
*larry@connectsafely.org*
ConnectSafely
3481 Greer Rd.
Palo Alto, CA 94303
650-523-4950

Tina Wolfson
Ahdoot & Wolfson
1016 Palm Ave
West Hollywood, CA 90069

Michael Sobol
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, Suite 2900
San Francisco, CA 94111


<u>Re: *In re Google Location History Litigation* Proposed Cy Pres Award</u>

Dear Ms. Wolfson and Mr. Sobol:

Thank you for the opportunity to propose a project funded by *In re Google Location History Litigation*. The information you requested is as follows.

<u>Organization Information</u>

*1. Name of organization*
*2. Discuss the founding and history of the organization*

ConnectSafely, Inc. was founded in 2005, initially for the purpose of educating parents and youth about the safe use of social media. It was at first a subsidiary of another non-profit, but in 2015, it was incorporated as ConnectSafely, Inc. and given 501C-3 status by the IRS. Its co-founder, Dr. Larry Magid (Ed.D), serves as President and CEO. Maureen Kochan is Vice President and COO. Other staff and board members are listed in the About Us section of ConnectSafely.org.

The organization has always and continues to provide educational materials and programs to parents and children through guides, blog posts, videos, animations, podcasts and other media, including TV and radio appearances, newspaper and magazine stories, speeches and presentations. It operates a website, ConnectSafely.org, that reached more than 1.6 million unique visitors in 2022.

In 2014, ConnectSafely was appointed the official U.S. host of Safer Internet Day, an international event that takes place in more than 100 countries. This appointment had to be endorsed by a US government official (a member of Congress) and approved by a committee of the European Commission as well as an international NGO that coordinates Safer Internet Day. ConnectSafely conducts annual in-person and online Safer Internet Day events in partnership with the National PTA and other non-profits as well as corporate sponsors.

*3. Describe the organization's current goals.*

ConnectSafely's goal is to continue to provide parents, youth and educators with practical information on how to protect young people in their use of connected technology regarding safety, security and privacy, including location sharing, digital civility, protection from scams as well as misinformation and disinformation.

We also now have programs and resources for senior citizens, the LGBTQ community and parents of very young children.

*4. Provide a brief description of the organization's current programs.*

ConnectSafely creates and publishes parent and educator guides and shorter Quick Guides on a wide range of topics, including specific issues and risk factors and popular online services and apps. A complete list, with links, can be found at connectsafely.org/allguides.

The organization creates videos on important topics regarding safety and produces a twice-monthly podcast ("Are We Doing Tech Right?") and a twice-weekly radio segment ("ConnectSafely Report") that's heard on more than 50 CBS News Radio affiliates in the U.S. and Canada.

We are also the official U.S. coordinator of Safer Internet Day, which takes place in February. In addition to in-person and virtual events, we sponsor local events in communities across the country, providing educational resources and financial support to local educators and community organizations.

We publish a newsletter and maintain a website that received 1.6 million unique visitors in 2022. Our 2022 impact report is [here](here).

*5. Has your organization ever received a prior cy pres award? If yes, please cite the applicable*

*case(s), identify the amount(s) awarded, and describe the nature and scope of the project(s) Funded.*

In 2015 ConnetSafely received a $500,000 *cy pres* award in the case of Angel Fraley, et al., Plaintiffs, v. Facebook, Inc., Defendant. It was an unrestricted grant that did not require a proposal. The funds were used for a variety of projects, including creating parent and educator guides on social media safety, presenting at conferences on subjects related to online safety and privacy and support for Safer Internet Day, where ConnectSafely serves as the official U.S. host.

*6. Has your organization been reviewed or rated by Charity Navigator or similar entity? If yes, what are the organization's ratings?*

Yes. Charity Navigator gave us a rating of 73%. Impacting our score were zeros in three categories: Whistleblower Policy, Document Retention & Destruction and Tax Form Posted. We have addressed these issues and look forward to a new and much higher rating once Charity Navigator evaluates our upcoming 2023 990 tax return.

## Grant Proposal

*7. Identify the organization's principal investigator or project director.*

The principal investigator will be Larry Magid, Ed.D, who will supervise the project alongside ConnectSafey COO Maureen Kochan.

*8. Provide a summary of the plan for the program or project request. Include the issue and/or opportunity addressed, goals and objectives, activities, and timeline.*

Location-Sharing Risks and Benefits

We have reserved the domain LocationSafety.org, which, alongside ConnectSafely.org, will host resources to help all internet users, but especially parents and families, better understand the pros and cons of sharing their location with family members or close friends or associates as well as with apps and companies. Resources will include an in-depth guide, a concise (two-page) Quick Guide, videos for parents and teens, lesson plans for classrooms, and animations for younger children. We will also provide short-form advice on social media and through our twice-weekly ConnectSafely Report radio segment for CBS News, as well as in-depth discussions of the issue on our podcast, "Are We Doing Tech Right?" As with all of our areas of expertise, we will use other media such as TV and radio appearances, newspaper columns and op-eds, presentations at conferences and distribution of resources to our local school and community organization partners.

The materials will explain the risks associated with location sharing, including the possibility of relationships deteriorating, as well as risks associated with abusive relationships, including with a family member or romantic partner. There will be information on how companies, including operating system providers, websites, app developers and other entities, use location information and how to prevent, control or remove their access to that data. There will also be resources on device security as it relates to location information.

*9. Explain why the organization is approaching the issue and/or opportunity in this way.*

Nearly every mobile device is capable of accessing the user's information, which can be a good thing in an emergency situation or if the user wishes to take advantage of location-specific services such as maps or information on nearby resources. But that information can also be misused and abused for a variety of purposes ranging from unwanted marketing to physical abuse, intimidation and stalking. All users are at risk, including children. The goal of this project is to provide widespread awareness of both the risks and potential benefits of location sharing (it can be very reassuring for families and close friends and can save lives in emergencies) so that users, including parents, can decide if and when it is appropriate to use, while greatly reducing potential harm.

We are creating a hub of resources easily understood by the general public, with additional resources for children and teens, to help people fully understand the potential harms (and benefits) of location information. Our resources will be accessible on the web and on mobile devices.

*10. Identify and explain the range of funds required to effectuate the program or project request, on an aggregate and annual basis (if applicable), including how the money will be used.*

We request a total of $1.5 million to be used over at least four years. The initial year will be used for staffing and costs to develop the website and materials, including professionally produced videos and animations, written materials, and presentations. Subsequent years will be used to operate the program, update materials, maintain the website and engage in ongoing education, including providing funds to educators and community organizations for local education programs. We envision this as a long-term ongoing project that will continue even after the initial funding has been spent.

*11. Will the money be used to continue an existing project or create a new project?*

This will be a new project but based on our 18 years of experience that includes developing similar-type resources on other online safety, privacy and security subjects.

*12. What target population will your organization's project benefit?*

Our project will mainly target families and educators with information that applies to children, teens and parents.

Evaluation

*13. Will your organization agree to provide a report to the Court and the parties every six months informing the Court and the parties of how any portion of the Settlement Fund allocated to it has been used and how remaining funds will be used?*

Yes. We will comply with any Court requests for information, including reports, every six months.

*14. Describe how your organization will evaluate the success of the grant on enhancing or promoting the protection of internet privacy.*

We will track the number of people reached, including visits to LocationSafety.org and participants at events and in classrooms. We will also collect after-event reports from key program participants.

*15. Does your organization intend to use the results of the project in any publications, conference papers, and presentations?*

As the proposal indicates, we will produce numerous publications along with video and audio resources. In addition, we participate in several conferences each year, including the U.N. Internet Governance Forum, the International Society of Technology in Education, the Family Online Safety Institute conference and our own events around Safer Internet Day.

Sincerely,

CONNECTSAFELY

/s/ Larry Magid
By: Larry Magid