# Exhibit 13

**GRANT PROPOSAL**

**Date:** October 5, 2023
**Organization::** Internet Archive
**Address:** 300 Funston Avenue, San Francisco, CA 94118
**Email**: donations@archive.org, (415) 561.6767
**Proposal Submission:** Joy Chesbrough, Director of Philanthropy
**Principal Investigator:** Thomas Padilla, Deputy Director Archiving & Data Services

**Internet Archive Center for Next Generation Data Literacy**

The nonprofit library Internet Archive seeks **$2,997,415** to launch the *Center for Next Generation Data Literacy (Center)*. The Internet Archive works with libraries and allied organizations (e.g., local governments, universities, nonprofits) to support everyday people throughout the United States as they navigate internet privacy challenges.[1] Libraries have long helped a broad range of communities critically interact with data and protect their privacy. Examples of work performed by libraries in this vein can be seen in efforts to develop open educational materials, offer free training, and conduct privacy advocacy at the national level.[2] [3] As a responsible steward of the most complete archive of the internet ( > 800 billion web pages, ~100 PB of data), with a track record of success working in partnership with hundreds of libraries and allied organizations to scale solutions that address diverse community needs, Internet Archive is uniquely positioned to deliver a next generation data literacy effort. With 1.5 million users and hundreds of partners accessing our resources, we have an opportunity to empower individual ability to safeguard privacy.[4]

**Need & Opportunity**

Privacy is a human right.[5] However, that right is less and less commonly realized in a rapidly evolving digital environment. As the internet and artificial intelligence driven tools become more pervasively integrated in our lives it becomes increasingly difficult to maintain the right to

---

[1] We define data literacy as the set of skills needed to critically produce, evaluate, share, and use data - a core component of data literacy entails the ability to critically manage the privacy of individual data amid a data ecosystem where a range of entities seek access to private data without permission, on a quid pro quo basis that can be difficult to assess, or through third parties.
[2] Civic Switchboard, https://civic-switchboard.github.io/about/.
[3] Privacy: An Interpretation of the Library Bill of Rights, American Library Association, adopted June 19, 2002, by the ALA Council; amended July 1, 2014; and June 24, 2019.
https://www.ala.org/advocacy/intfreedom/librarybill/interpretations/privacy.
[4] Internet Archive, Community Webs, https://communitywebs.archive-it.org/.
[5] International Covenant on Civil and Political Rights
https://www.ohchr.org/en/instruments-mechanisms/instruments/international-covenant-civil-and-political-rights.

1

privacy. With respect to AI tools specifically, Meredith Whittaker, the President of the secure messaging platform Signal recently said:

> "[AI] requires the surveillance business model; it's an exacerbation of what we've seen since the late '90s and the development of surveillance advertising. AI is a way, I think, to entrench and expand the surveillance business model ... the Venn diagram is a circle."[6]

Recent literature on, "The Surveillance AI Pipeline" aligns with Whittaker's claim.[7] More broadly, individual privacy is subject to continuous assaults online from malicious ad-tracking on Google Chrome, to continued user monitoring by social media companies like Facebook post platform log-out, to data brokers that compile information about individuals and sell it without their consent.[8] [9] [10] A next generation data literacy training and advocacy solution is clearly needed to contend with evolving privacy challenges. Existing efforts that cultivate awareness of data privacy issues are fundamentally limited. The Berkman Klein Center for Internet and Society has a track record of impactful work but it is situated within an academic institution guided by ever-shifting, faculty-driven research prerogatives.[11] Library Freedom Project does wonderful work advancing privacy competencies but is organizationally precarious, with near total reliance on external funding.[12] Finally, no existing nonprofit effort to address privacy concerns has direct connection to the platforms and technologies that impact individual privacy. This gap is especially glaring in light of large language model (LLM) development and AI-driven service implementations that rely upon access to individual data. Addressing the challenge of individual privacy requires that an organization be mission-aligned with the scope of the challenge, has a track record of delivering solutions at the national level in partnership with a diverse range of organizations, is organizationally stable, has a strong public-facing user base that is aligned with internet privacy values, and is grounded in the technical challenges that protecting privacy presents in the contemporary digital environment.

Internet Archive is well-positioned to develop, implement, and advance a solution that protects individual internet privacy; a target population made up of a diverse population that uses the Internet for research and knowledge-seeking. Internet Archive's mission is global in scope and

---

[6] Coldewey, Devin. "Signal's Meredith Whittaker: AI Is Fundamentally 'a Surveillance Technology.'" *TechCrunch*, September 25, 2023.
https://techcrunch.com/2023/09/25/signals-meredith-whittaker-ai-is-fundamentally-a-surveillance-technology/.
[7] Kalluri, Pratyusha Ria, William Agnew, Myra Cheng, Kentrell Owens, Luca Soldaini, and Abeba Birhane. "The Surveillance AI Pipeline." arXiv, September 26, 2023. https://doi.org/10.48550/arXiv.2309.15084.
[8] Amadeo, Ron. "Google Gets Its Way, Bakes a User-Tracking Ad Platform Directly into Chrome." Ars Technica. https://arstechnica.com/gadgets/2023/09/googles-widely-opposed-ad-platform-the-privacy-sandbox-launches-in-chrome/.
[9] EPIC - Electronic Privacy Information Center. "In Re: Facebook, Inc. Internet Tracking Litigation." https://epic.org/documents/in-re-facebook-inc-internet-tracking-litigation/.
[10] Cameron, Dell. "How the US Can Stop Data Brokers' Worst Practices—Right Now." *Wired*. https://www.wired.com/story/fcra-letter-data-brokers-privacy-regulation/.
[11] Berkman Klein Center, https://cyber.harvard.edu/research/privacy.
[12] Library Freedom Project, https://libraryfreedom.org/.

reaches all ethnicities, ages and gender worldwide. Our activities are designed to encourage "universal access to all knowledge" for all people, with no cost to the public. Internet Archive has a deep track record of partnering with other libraries and allied organizations to maximize collective organizational ability to address core community needs. Examples of this work include but are not limited to the **(1)** Internet Archive's Community Webs program, a multi-year partnership with more than 150 public libraries focused on preserving underrepresented histories across rural and metropolitan areas through the cultivation of community data literacies[13]; **(2)** Co-founding Library Futures, a nonprofit national advocacy effort that works to advance equitable public access to information[14]; **(3)** the submission of many amicus briefs with allied organizations that seek to protect public access to information[15] [16] **(4)** as well as a multinational effort to "Build a Better Internet" with Creative Commons, Public Knowledge, Library Futures, and the Wikimedia Foundation.[17]

Internet Archive lends organizational stability to community focused efforts through adoption of a diversified organizational sustainability model that combines nonprofit services, external funding, and philanthropic support (high volume small contributions combined with major gifts). With respect to organizational grounding in the technical challenges that protecting privacy presents, Internet Archive has direct experience preserving the internet via the Wayback Machine and the underlying technologies that have impacted individual privacy across the 20th and 21st centuries, developing web-based digital services used by more than 1.5 million daily users, and responsibly experimenting with and implementing AI. Taken as a whole, these organizational characteristics and experiences uniquely position Internet Archive to develop a next generation data literacy effort that effectively empowers individuals on a national level as they contend with complex privacy challenges in digital environments. In order to meet this need, Internet Archive seeks support to create the *Center for Next Generation Data Literacy*.

The *Center for Next Generation Data Literacy* will:

- **convene** multi-sector privacy experts (e.g., academic, government, NGO, private) and community representatives to determine primary privacy challenges and opportunities. Convenings will support ongoing refinement of *Center* strategy, partnerships, and deliverables.
- **produce** openly accessible, expert-informed privacy education materials and policy work that supports delivery of free training and events for a diverse set of affected

---

[13] Internet Archive, Community Webs, https://communitywebs.archive-it.org/.
[14] Library Futures, https://www.libraryfutures.net/our-principles.
[15] Internet Archive amicus brief in Fox News vs. TVEyes, https://archive.org/details/InternetArchiveAmicusBriefInFoxNewsVTVEyes.
[16] Internet Archive amicus brief in Hiq Labs vs. Linkedin Corporation, https://epic.org/wp-content/uploads/amicus/cfaa/linkedin/42-EFF-DuckDuckGo-Internet-Archive-Amicus.pdf.
[17] Internet Archive Releases Report on Securing Digital Rights for Libraries, https://blog.archive.org/2022/12/01/internet-archive-releases-report-on-securing-digital-rights-for-libraries/.

3

- communities throughout the United States. Special emphasis will be placed on ensuring that these materials benefit socioeconomically marginalized communities.
- **deliver 250-300** free privacy workshops and events in partnership with Regional Data Privacy Coalitions (West, Midwest, South, East). At least **5000-6000** individuals will have participated in in-person or virtual workshops. Workshop participants will come from all **50** States.

Internet Archive will advance this privacy training effort nationally through the formation and resourcing of Regional Data Privacy Coalitions managed by libraries and allied organizations committed to cultivating data literacy. Coalitions will be distributed across the Western, Midwestern, Southern, and Eastern regions of the United States. A focus on coalitions is intentional given recognition of the reality that progress in this space will depend on community specific combinations of organizational actors in order to effect optimal change. For example, a coalition focused on serving metropolitan areas could include a large library system, a single large municipal government, and a university while a coalition focused on serving rural areas could include multiple rural library systems, town governments, and tribal governments. The Regional Data Privacy Coalition model is inspired by prior library community experiences utilizing hub models to implement programs at the national level such as the Digital Public Library of America Hub Network, currently operating in 44/50 States.[18] Each Regional Data Privacy Coalition will drive outreach and education efforts in its region of the United States through **(1)** fund disbursement to libraries and allied organizations to hold free privacy workshops and privacy education events that make use of *Center* educational materials **(2)** privacy community building through formal (e.g., committee) and informal structures (e.g., interest groups) to support scaling of privacy awareness, **(3)** coordinated communications that highlight achievements making progress on privacy awareness (e.g., blogs, public events, news releases, interviews, open access articles), and **(4)** sharing workshop assessment data, lessons learned, and use cases from privacy awareness training and local community engagement that informs iterative refinement of *Center* educational materials and overall strategy. Through this coalition model, the *Center for Next Generation Literacy* will more effectively scale privacy awareness that is fit for purpose per community across the United States.

The *Center for Next Generation Data Literacy* will strengthen the ability of libraries and allied organizations throughout the country to cultivate privacy awareness. With *Center* support, hundreds of librarians and allied professionals will be given practical resources that advance data literacy in the communities they serve. In further support of this objective, the *Center for Next Generation Data Literacy* will establish partnerships with nonprofit organizations, academia, government, and mission-aligned private sector organizations that have a large public reach in order to increase *Center* impact. Representatives of each sector will serve on a multiyear advisory board to ensure that *Center for Next Generation Data Literacy* activities are as

---

[18] DPLA Hub Network, https://pro.dp.la/hubs.

4

responsive to community needs as possible and strategically aligned with complementary national efforts. The *Center for Next Generation Data Literacy* will scope all user engagement as inclusively as possible, so that all people regardless of vocation, education, cultural background, or geographic location can benefit from *Center* efforts.

**Activities**

**Year 1 - Launch, Convene, and Produce**

In the first year of activity Internet Archive will launch the *Center for Next Generation Data Literacy*. An advisory board will be formed and Internet Archive will use *Center* resources to hire an inaugural director of the *Center* and a coordinator. *Center* staff will convene stakeholder groups with representatives from organizations that Internet Archive has established relationships with like the Electronic Frontier Foundation, American Library Association, and Association of Research Libraries as well as representatives identified by the advisory board and Director. The Director will launch all four Regional Data Privacy Coalitions.

- Deliverables
    - Hold **advisory board and stakeholder privacy symposium** at Internet Archive that gathers and synthesizes primary challenges and opportunities in addressing individual data and internet privacy challenges.
    - Produce and publicly **release stakeholder-informed *Center* strategic roadmap and policy paper**. The roadmap and policy paper will be released openly on archive.org, promoted by strategic partners, and distilled into pieces with local news outlets and national news outlets such as Time, Wired, Ars Technica to encourage broader public engagement.
    - *Center* staff present on *Center* roadmap and policy paper virtually and in-person at relevant symposiums and conferences (e.g, Association for Rural and Small Libraries, Digital Library Federation, International Association of Privacy Professionals, PrivacyCon, American Library Association).
    - *Center* staff launch **4 Regional Data Privacy Coalitions** (West, Midwest, South, East).
    - *Center* staff **begin producing privacy training materials** in partnership with national privacy and education partners that support in-person and virtual training. Training modules will be recorded in order to support asynchronous training. Training materials will be vetted by community representatives prior to release.

**Year 2 - Deliver, Support, Partner**

During year 2 *Center* staff continue producing and refining privacy training materials, and support a coalition of hundreds of libraries and allied organizations in the delivery of these materials for benefit of diverse local communities in rural and metropolitan areas throughout the United States. *Center* staff form partnerships and begin implement a nonprofit funding sustainability model that sustains the *Center* post-launch.

- Deliverables

    - In partnership with Regional Data Privacy Coalitions, deliver **125-150** free privacy workshops and events focused on cultivating privacy skills. At least **2500-3000** individuals will have participated in in-person or virtual workshops or privacy events. Workshop participants will come from all **50** States. The public will have access to recorded training material modules to increase public reach.
    - *Center* staff **revise privacy training materials** based on community feedback provided by Regional Data Privacy Coalitions.
    - *Center* staff present on *Center* activities at relevant symposiums and conferences (e.g, Association for Rural and Small Libraries, Digital Library Federation, International Association of Privacy Professionals, PrivacyCon, American Library Association).
    - *Center* staff **hold the second national privacy symposium** at a partner organization venue - or where research identifies the greatest need for knowledge and regional diversification**.** The working symposium will inform *Center* strategy and produce a policy position paper that will address a core privacy challenge prioritized by *Center* stakeholders. The policy paper will be released openly on archive.org, promoted by strategic partners, and distilled into pieces with local news outlets and national news outlets such as Time, Wired, Ars Technica to encourage broader public engagement.
    - *Center* staff, in partnership with the advisory board and stakeholders **begins implementing a nonprofit sustainability model** that will sustain the *Center* post-launch funding.

**Year 3 - Deliver, Support, Sustain**

During year 3 *Center* staff will complete iterative development of privacy training materials per community feedback, and continue supporting coalitions representing hundreds of libraries and allied organizations in the delivery of these materials for benefit of diverse local communities in rural and metropolitan areas throughout the United States. Year 3 will have a particular focus on completing implementation of the nonprofit funding sustainability model that will support *Center* operations into the future.

- In partnership with Regional Data Privacy Coalitions, deliver **125-150** free privacy workshops and events. At least **2500-3000** individuals will have participated in in-person or virtual workshops or privacy events. Workshop participants will come from all **50** States. The public will have access to recorded training material modules to increase public reach.
- *Center* staff, **complete implementation of a nonprofit funding sustainability model.**
- *Center* staff **complete iterative development of privacy training materials** based on community feedback provided by Regional Data Privacy Coalitions and stakeholders.
- *Center* staff present on *Center* activities at relevant symposiums and conferences (e.g, Association for Rural and Small Libraries, Digital Library Federation, International Association of Privacy Professionals, PrivacyCon, American Library Association).
- *Center* staff **hold the final national privacy symposium** at the Internet Archive. The final symposium celebrates *Center* successes and produces a roadmap and policy paper for implementing privacy solutions and leveraging the resources of all stakeholders. The roadmap and policy paper will be released openly on archive.org, promoted by strategic partners, and distilled into pieces with local news outlets and national news outlets such as Time, Wired, Ars Technica to encourage broader public engagement.

**Reporting & Evaluation**

*Center* staff will report on project activities and objectives every 6 months to funders. Semiannual reports will cover: **(1)** Progress on activities and objectives **(2)** Lessons Learned **(3)** Challenges encountered, if any **(4)** Links to materials generated by *Center* (e.g., workshop materials, policy papers) **(5)** Links to outreach generated by *Center* (e.g., promotional blog posts, webinars, presentations), and **(6)** Financial Report detailing project spending. Key metrics include: formation of 4 Regional Data Privacy Coalitions, delivery of 250-300 privacy workshops and events, reaching 5000-6000 participants in all 50 States with privacy workshops and events, openly publishing 3 national policy papers, and conducting 6 conference presentations on *Center* activities. On a granular level, performance against metrics is tied to annual periods of performance - year 1, year 2, year 3. In support of *Center* reporting and evaluation, Regional Data Privacy Coalitions will issue quarterly reports to the *Center* on coalition activities, objectives, and spend.

A range of ongoing evaluation methods will be used to strengthen *Center* activities. All privacy education materials will include pre-workshop and post-workshop participant surveys to document participant demographics and assess participant success achieving privacy learning outcomes. Results from surveys in combination with feedback provided by Regional Data Literacy Coalitions will support assessment and ongoing refinement of educational materials. Securing additional feedback on educational materials from privacy and education partners throughout the project will support additional evaluation and ongoing refinement. Policy paper and conference presentation impact will be evaluated based on privacy and education partner feedback, downloads, citations, web traffic, and diversity of communities reached by these deliverables as evidenced by publication and conference venue.

**Budget Rationale**

**Salaries and Wages**

*Director* will serve as the executive leader tasked with administering all *Center* activities. The Director will be responsible for: *Center* strategy; liaising with *Center* advisory board; ensuring coalition activities meet strategic goals; partnership formation; sustainability planning and implementation; finances and reporting. The Director will be recruited immediately after notification of success seeking funding for the *Center*. The Director will dedicate 100% of their time to the *Center*.

**Salary:** 100% of FTE base salary ($110,000 with 6% annual COLA) x 3 years = $350,196
**Benefits:** Calculated at 20% of salary and wages for a total of $70,039
Thomas Padilla, Program Administrator, will recruit the Director and Coordinator of the *Center*. The Program Administrator will manage the Director. The Program Administrator

8

will provide strategic support to the Director, and provide additional administrative oversight to *Center* activities, objectives, and finances. The Program Administrator will dedicate 10% of their time to the *Center*.

**Salary:** 10% of FTE base salary ($143,850) x 3 years = $43,155
**Benefits:** Calculated at 20% of salary and wages for a total of $8631

*Coordinator* will be responsible for coordinating coalition reporting on a quarterly basis, *Center* communications, event planning, meeting coordination, and project managing *Center* privacy training material development. The Coordinator will be recruited immediately after notification of success seeking funding for the *Center*. The Coordinator will dedicate 100% of their time to the *Center*.

**Salary**: 100% of FTE base salary ($75,000 with 6% annual COLA) x3 years = $238,770
**Benefits**: Calculated at 20% of salary and wages for a total of $47,754

**Regional Data Privacy Coalitions**

Regional Data Privacy Coalitions (West, Midwest, South, East) will be established with libraries and allied organizations to support everyday people throughout the United States as they navigate data privacy challenges. Under administration by the *Center*, each Regional Data Privacy Coalition will drive privacy outreach and education efforts in its region through **(1)** stipend disbursement to libraries and allied organizations to hold free public privacy workshops and events that make use of *Center* educational materials **(2)** privacy community building through formal (e.g., committee) and informal structures (e.g., interest groups) to support scaling of privacy awareness, **(3)** coordinated communications that highlight achievements making progress on privacy awareness (e.g., blogs, public events, news releases, interviews, open access articles), and **(4)** sharing of workshop assessment data, lessons learned, and use cases from privacy awareness training and local community engagement that inform iterative refinement of *Center* educational materials and overall strategy.

Regional Data Privacy Coalitions will use *Center* subawards to support staff costs to advance project objectives and outreach costs with remaining funds allocated to stipends awarded to libraries and allied organizations to hold free privacy workshops and events.

**Data Privacy Coalition West Funding:**

- Workshop and event stipends for libraries and allied organizations: $360,000
- Program staffing costs: $84,000
- Program outreach costs: $6,000

- **3 year total $450,000**

**Data Privacy Coalition Midwest Funding**

- Workshop and event stipends for libraries and allied organizations: $360,000
- Program staffing costs: $84,000
- Program outreach costs: $6,000
- **3 year total $450,000**

**Data Privacy Coalition South Funding**

- Workshop and events stipend for libraries and allied organizations: $360,000
- Program staffing costs: $84,000
- Program outreach costs: $6,000
- **3 year total $450,000**

**Data Privacy Coalition East Funding**

- Workshop and event stipends for libraries and allied organizations: $360,000
- Program staffing costs: $84,000
- Program outreach costs: $6,000
- **3 year total $450,000**

**Total cost:** $1,800,000

**National Privacy Symposiums**

The *Center* will hold 3 national privacy symposiums that inform *Center* strategy, support formation of partnerships that help increase impact, and advance efforts that address privacy at the policy level. Funds will be used to cover event space, travel, and participant & staff support.

**Total cost:** $100,000

**Coalition Activities**

Throughout this project, *Center* staff will promote *Center* activities, liaise with Regional Data Privacy Coalitions, and secure strategic partnerships. Funds will cover flights as well as per diem and lodging aligned with standard Federal General Service Administration rates.

**Total cost:** $30,000

**Professional Services**

*Center* staff will secure professional services to support production of high-quality educational materials that advance data privacy - e.g., graphic design, brand identity, translation, accessibility, DEI, multi-media recordings.

**Total cost:** $27,000

**Privacy & Education Partners**

*Center* staff will compensate nationally renowned privacy and education partners for assisting with the creation of the privacy workshop content - authoring open access modules, instructional materials, and assessment strategies for reuse throughout the United States. Partners will be drawn from a range of sectors with demonstrated track record of excellence in this space.

**Total cost:** $60,000

**Indirect**

The total indirect costs for this project are $221,870. This number is calculated as 11% of an indirect cost base of $2,017,000 which is the total direct costs minus salaries and wages.

**Total Project Costs**

We are requesting a total of **$2,997,415** for the *Center for Next Generation Data Literacy.*

**Outcomes**

At the conclusion of its first three years of activity the *Center for Next Generation Data Literacy* will have achieved the following outcomes:

1. Delivery of no less than **250-300** privacy workshops and events. At least **5000-6000** individuals will have participated in in-person or virtual workshops. Workshop participants will come from all **50** States. Additional participants will be reached through availability of recorded training material modules.
2. Production of freely accessible privacy training resources that support libraries and allied organizations in their efforts to increase data and internet privacy awareness in the communities they serve.

11

3. Three annual privacy focused symposiums that inform *Center* as well as national strategy and collective action with respect to data and internet privacy challenges.
4. Three openly accessible privacy policy papers building on each national symposium that guide national responses to privacy challenges. These deliverables will be released openly on archive.org, promoted by strategic partners, and distilled into pieces with local news outlets and national news outlets such as Time, Wired, Ars Technica to encourage broader public engagement.
5. Six conference presentations that promote *Center* activities at relevant symposiums and conferences (e.g, Association for Rural and Small Libraries, Digital Library Federation, International Association of Privacy Professionals, PrivacyCon, American Library Association).
6. Strategic partnerships and implementation of a nonprofit sustainability funding plan that supports ongoing sustainability of *Center* operations post 3-year startup period.

Internet Archive is a convener and internet leader poised to strengthen data and internet privacy awareness for everyday people in communities large and small throughout the United States. As a nonprofit operating and promoting values of sound security controls and public privacy policies for decades, Internet Archive is excited to work with partners all over the United States whose reach is well known in the digital and web community. Launching the *Center for Next Generation Data Literacy* will bring together the strengths of the library community and allied organizations in order to educate and empower individuals to protect their privacy online. Privacy is a human right and Internet Archive is invested in making sure that right is maintained in an ever more complex digital environment.

**ORGANIZATIONAL INFORMATION**

**Date:** October 5, 2023
**Organization::** Internet Archive
**Address:** 300 Funston Avenue, San Francisco, CA 94118
**Email:** donations@archive.org, (415) 561.6767
**Proposal Submission**: Joy Chesbrough, Director of Philanthropy
**Principal Investigator:** Thomas Padilla, Deputy Director Archiving & Data Services

**Internet Archive History**
A passionate advocate for public Internet access and a successful *Internet Hall of Fame* entrepreneur, Brewster Kahle has spent his career intent on a singular focus: providing *Universal Access to All Knowledge*. In 1996, Kahle founded the nonprofit Internet Archive, one of the world's largest digital libraries, serving more than 1.5 million learners around the world each day. For 26 years, the Internet Archive's staff of 160 engineers, archivists, scanners and librarians have been connecting knowledge seekers with the published works of humankind. Today, our main site, *archive.org*, is one of the world's top 300 websites, offering journalists, researchers, students, teachers, gamers, and millions of people access to more than 100 petabytes of data, including 625 billion web pages, 38 million digital books and texts, and millions of audio, video and software items. In 2001, the Internet Archive launched the Wayback Machine, which has grown to be the world's largest, longitudinal public archive of the web.

At the Internet Archive, we believe passionately that access to knowledge is a fundamental human right. The Internet Archive is a special place: a library, not a profit-seeking corporation, so we make our resources available to anyone for free, without ads or tracking, respecting the privacy of every patron. Like the internet itself, the Internet Archive is a critical part of the digital infrastructure, the "pipes and hard drives" through which knowledge flows to partners and people around the world. The Internet Archive works with more than one thousand library and university partners to create a free digital library, accessible to all. If the Internet Archive were to disappear, the public would no longer be able to look back and reference the history of the web. We would all be caught in the perpetual present, "digital dystopia" of our own making.

**Goals & Accomplishments**
The Internet Archive's goal has been about changing the world by preserving cultural artifacts and digitizing materials from around the world. By documenting our cultural history, we are providing information that would otherwise be lost. This is all being accomplished while providing equal access to people from all economic, cultural, educational, and technical backgrounds. The Internet Archive's main goal is to be a repository of knowledge. Please find our annual report highlighting our goals and accomplishments more in detail.

https://online.flippingbook.com/view/1037520727/

**Core Programs & Descriptions**

The Internet Archive has five core programs.

**Wayback Machine**

The Wayback Machine is an invaluable resource for academics, researchers, reporters, students and the public. It serves more than 800 people a day and allows anyone who has access to the Internet the opportunity to view websites that have changed over time. Journalists and fact-checkers use it to research and verify news stories, as well as archived versions of websites when the current version is not available on the Web. Even courts in some countries accept Wayback Machine webpage captures as evidence. The Wayback Machine has been capturing websites and web pages since the beginning of the World-wide Web. Internet Archive teams and bots capture digital information and web pages daily, and the information is stored on private servers.

**Democracy's Library**

The Democracy Library program will allow scholars, journalists, educators, businesses, and the general public the ability to easily access information governments have produced. Free and open access to public information is critical for any functioning democracy. Every citizen should be able to seek knowledge in the public domain without the hassles of paywalls, lace of efficient curation or lost or hidden resources. Compounding the issue, and one this program will solve, is the fact that much of the information governments have produced has never been digitized. The Internet Archive plans to digitize and preserve this information over the next few years and the goal of Democracy's Library will be to catalog and make findable important government documents, starting with those in the U.S and Canada. This will include laws, scientific studies & reports, safety standards, copyright records and much more.

**Open LIbrary**

Not everyone has access to a public or academic library – especially ones with good collections. That's where Internet Archive's Open Library comes in. Open Library began digitizing books in 2005 – and today is home to 7 million books digitized by the Internet Archive, including millions of downloadable public domain works and millions of modern texts available through Controlled Digital Lending. Our growth is continuously accelerating. As is our extensive physical and digital infrastructure. But throughout our growth, privacy remains one of our highest priorities. Which is one reason we build and maintain all our own systems. It allows us to better prepare for the future, but even more importantly, allows us to set our own standards of user privacy—so that third-party services, like AWS, cannot access patron browsing data.

**Community Webs**

The Internet Archive's Community Webs program entrusts the archiving of important resources to our country's most experienced professionals: public community librarians.

Ideally positioned to record events impacting their communities, the public librarians with whom we partner are committed to preserving their local history. This includes the actual voices of those most socially, economically, and politically at risk—voices and information that will ultimately frame history. The Community Webs program is allowing the voices of marginalized groups to be read and heard on the Internet.

**Canadian Data Center**
The Canadian Data Center is a secure and sustainable back-up for the entire Archive. Our goal is to continue providing access to knowledge for decades to come, and this project ensures we can and will. This Data Center stores everything in our Archive – as a back-up. It's a full, second live copy preserved outside the US - which ensures our data cannot be compromised by threats to a single system or location. Creating decentralization is part of our mission to provide a free and open Internet – and we firmly believe that providing Universal Access to All Knowledge includes access outside the United States, not restricted to a single nation or country. The Canadian Data Center also contains a scanning center and an extensive digital storage system which allows us to both digitize materials and house existing data from Canadian research centers, grassroots organizations, and Canadian libraries.

**Charity Navigator**
The Internet Archive has a 2 to 3 Charity Rating and that is only because our conflict of interest policy, tax forms and other documents were not uploaded into the system on time. These documents exist and are slated to be uploaded this year, which will place our rating back to a 4 star rating. What is great is we have 25 out of 25 points for our program expenses,which are regularly evaluated and audited. In addition, we have an audit and oversight committee, and score 20 out of 20 for material diversion of assets and have an independent board of directors. Lastly, we have perfect scores for our fundraising efficiency and working capital.

The Internet Archive has not received a Cy Pres award, and that is why we are deeply grateful and excited at being chosen as a recipient. As a high-performing nonprofit that is indeed making a difference in internet privacy and accessibility, we are ready to improve and educate our stakeholders, partners and the millions of our public users that rely on the Internet Archive to promote internet privacy and safety education..