# Exhibit 16



# Data Privacy *Cy Pres* Application

## Organization Information:

1. **Name of Organization:** National Cyber Security Alliance dba National Cybersecurity Alliance

2. **Founding and History of National Cybersecurity Alliance:**
   Founded in 2001, National Cybersecurity Alliance (NCA) is a nonprofit 501(c)3 organization. Our alliance stands for the safe and secure use of all technology. We encourage everyone to do their part to prevent digital wrongdoing of any kind. We build strong partnerships, educate and inspire all to take action to protect ourselves, our families, organizations and nations. Only together can we realize a more secure, interconnected world.

   In 2004, NCA partnered with the Department of Homeland Security for the first Cyber Security Awareness Month to raise public knowledge of best cyber practices. Over the past twenty years, this campaign has grown from humble beginnings as a grassroots campaign, to one of the most high-profile cyber awareness initiatives in the country. The campaign is championed by over 6,000 individuals and organizations from all 50 states and 120+ countries - reaching an estimated 110,000,000 people. Last year, the campaign was mentioned in over 10,000 articles and broadcasts (3.5 billion global views).

   Data Privacy Day began in the United States and Canada in January 2008 as an extension of the Data Protection Day celebration in Europe and is officially led by NCSA in North America. NCA's goal is to help citizens understand that they have power to manage their data, and to help organizations understand why it is important to respect their users' data. NCA lead's the United States' Data Privacy Day efforts. NCA expanded this initiative to Data Privacy Week in 2021.

In 2010, NCA co-founded and launched STOP. THINK. CONNECT. along with the Anti Phishing Working Group and the US government, including the White House. STOP. THINK. CONNECT. Is a global online safety awareness campaign helping digital citizens stay safe online.

In 2016, NCA launched their CyberSecure My Business program, to help small and medium-sized businesses (SMBs) learn to be safer and more secure online. NCA is excited to launch an overhaul of this program that focuses on specific industry verticals in the coming year.

Since its founding, NCA has published a number of various research reports on security behaviors. In 2020, NCA partnered with CybSafe to craft **Oh Behave!** The Annual Cybersecurity Attitudes and Behaviors Report. This report gathers data on how attitude influences behavior, and consequently, cybersecurity risk.

In 2021, NCA brought on executive director Lisa Plaggemier, a trailblazer in cybersecurity and with her marketing prowess began several new initiatives to position NCA as a well-rounded education and program provider. Under her vision, NCA hosted its first *Convene* Conference, a Security Training and Awareness Conference held twice a year, and has launched *See Yourself in Cyber*, a HBCU Cybersecurity Career Program. NCA has also produced a comedy series called *Kubikle* - a memorable and funny training series with the goal of entertaining and educating audiences.

3. **Organizational Goals:**

Our alliance stands for the safe and secure use of all technology. We encourage everyone to do their part to prevent digital wrongdoing of any kind, with the ultimate goal of realizing a more secure, interconnected world.

**Public awareness:** We aim to raise public awareness about online privacy and educate citizens on how to manage their personal information and keep it secure. We aim to empower individuals and organizations to own their role in protecting their data by implementing stronger security practices.

**Small Business security:** With virtually all business data kept on internet-connected platforms, we aim to train small businesses on best practices and equip them with tools to evaluate their current security measures and identify areas of improvement.

**Cybersecurity workforce development**: As the security workforce shortage shows no sign of being resolved soon, businesses and organizations understand the importance of establishing a pipeline of young graduates to fill these critical jobs in the years ahead. Because many organizations also have initiatives to increase diversity in their workforce, we see a convergence of these two issues and have set a goal to help more minority graduates fill cybersecurity roles.

4. **Description of Organization's Current Programs:**

   **Cybersecurity Awareness Campaigns:** These campaigns include the following:
   - Cybersecurity Awareness Month (CAM) in October
   - Data Privacy Week in January
   - Nasdaq Cybersecurity Summit in October
   - Staysafeonline.org resource library, webinars, educational articles and blog posts.

CAM, now in its 20th year, is recognized as one of the most high-profile cybersecurity education efforts in the country. NCA and CISA have worked together for nearly two decades to coordinate an accessible, easily adaptable messaging campaign for enterprises, governments, and consumers with the mission of ensuring that everyone has the information and tools needed to stay safe and secure online

NCA collaborates with stakeholders from government, industry, academia, and nonprofits to identify solutions to pressing cybersecurity concerns and encourage unified messaging.

NCA's messaging is incorporated into an updated suite of visually appealing and inspiring materials for public awareness campaigns. In coordination with public and private sector partners, NCA produces user-friendly collateral that corresponds to timely issues. Creating a steady cadence and variety of resources is the foundation needed to engage the community. Additionally, StaySafeOnline.org serves as a clearinghouse for materials provided by other partners that work with NCA on a continual basis. Collecting, organizing and disseminating these resources to various groups and stakeholders is an ongoing initiative.

NCA's events have become an integral part of the media engagement strategy. NCA has a strong track record of executing events with leading executives from both public and private sectors to discuss the hottest issues in cyber. This approach, coupled with NCA's trusted reputation, has attracted attendance and reporting by top-tier media including CNBC, Consumer Reports, Bloomberg, Forbes, Market Watch, CNN, and the New York

Post. NCA also mobilizes its online community to tweet, post and blog about these events. To engage diverse geographic areas, NCA will coordinate with trusted community partners to encourage hosting events.

***See Yourself in Cyber*: HBCU Career Program:** *See Yourself in Cyber* events help students increase their interest in cybersecurity career paths, improves their knowledge of what cyber career paths exist and entail, and help them envision themselves in a cyber job. It serves as the beginning of their cybersecurity career pathway and entry into the longer term pipeline.

Since inception, *See Yourself in Cyber* has reached 12 schools across North and South Carolina, Texas, and Alabama, engaging over 1,250 students with diverse exhibitors such as CISA, Dell, Amazon, the FBI, and local law enforcement agencies. With 142 students joining the mentor program, participants are reporting increased interest and confidence in pursuing cyber careers and interview readiness.

Collaborations with Women in CyberSecurity (WiCyS) led to the creation of new chapters in two schools, while the partnership with the OneInTech Foundation has initiated a $20,000 scholarship program for the next school year. The program has attracted local Congressmen, fostering support and participation, leading to positive press coverage, including statements from members of Congress, RSA webinars, and industry panel discussions. This program has recently received significant funding for expansion this coming year.

**CyberSecure My Business:** NCA's CyberSecure My Business (CSMB) program engages small businesses, academia, federal agencies, and SLTTs via virtual workshops and monthly webinars to share best practices and tools for under-resourced organizations. The interactive workshops are non-technical and based on the NIST Cybersecurity Framework 5 Steps of Identify, Protect, Detect, Respond and Recover with content in layman's terms for small- and medium-sized business leaders.

The curriculum will have a modular approach, allowing key elements like case studies and hands-on activities to be customized for specific industry verticals. With the modular agnostic content as a starting point, we will collaborate with corporations, industry associations, and government partners to create the industry-specific materials and ensure the relevance and applicability of the content.

Weekly assignments will focus on actions SMBs can take to better secure their businesses.There will be ongoing follow-up to make sure they've taken action, including

4

encouragement and offering further resources to help. Attendees will also leave with a custom incident response plan.

*In addition to the above programs, NCA also conducts the following activities:*

**Cybersecurity Education and Career Resource Library**

There is a critical shortage of cybersecurity professionals. NCA has compiled free resources on its website focused on fulfilling the mission of diversifying and filling the gap in the cybersecurity careerforce. For cybersecurity professionals of today and tomorrow.

*Convene*: **Security Training and Awareness Conference**

NCA brings together cybersecurity experts, government leaders, industry peers, and cutting-edge exhibitors so that business professionals can elevate their cybersecurity training and awareness programs and learn from experts.

5. **Has your organization ever received a prior cy pres award?**
   No. NCA has not received a prior *cy pres* award.

6. **Has your organization been reviewed or rated by Charity Navigator or similar entity?**
   Yes. NCA's Charity Navigator score is 96%, earning it a Four-Star rating. This means that individuals and organizations can give with confidence. In addition, NCA has a Platinum Seal of Transparency from GuideStar (https://www.guidestar.org/profile/37-1861631)

## Grant Proposal:

7. **Identify the organization's principal investigator or project director.**
   Jennifer Cook - Mrs. Cook has several years of experience creating and managing national awareness campaigns. Mrs. Cook oversees strategies to engage partners and is accountable for the quality and development of surveys and metrics for the campaign. Mrs. Cook creates comprehensive marketing strategies and utilizes social media, traditional media, email and web-based platforms to amplify campaigns and activities. Mrs. Cook frequently works with industry, government and non-profit partners to cross-promote educational cybersecurity materials and form partnerships that are vital to expanding NCA's reach. She also manages NCA's communications in coordination with Crenshaw Communications to react to emerging news and to provide media opportunities

for leadership. She will work on a full-court press for media for each Data Privacy Week campaign with the goal of achieving greater success each year in terms of the reach of key messages. Mrs. Cook will work to ensure media pick-up of new research studies, the development and dissemination of media releases, generating interest and excitement for key events.

8. **Provide a summary of the plan for the program or project request. Include the issue and/or opportunity addressed, goals and objectives, activities, and timeline.**

   **Project Name:** Data Privacy Week Awareness Campaign

   **Issue Addressed:**
   All online activity generates a trail of data. Websites, apps, and services collect data on your behaviors, interests, and purchases. Sometimes, this includes personal data, like Social Security and driver's license numbers. It can even include health data.

   While it's true that individuals cannot control how each byte of data is shared and processed, they are not helpless. In many cases, individuals can control how they share their data with a few simple steps.

   For companies, respecting the privacy of customers, staff, and all other stakeholders is critical for inspiring trust and enhancing reputation. According to the Pew Research Center, 79% of U.S. adults report being concerned about the way their data is being used by companies. Companies need to be open about how they use data and respect individual privacy.

   **Project Summary:** Data Privacy Day began in the United States and Canada in January of 2008. It is an extension of Data Protection Day in Europe, which commemorates the January 28, 1981 signing of Convention 108, the first legally binding international treaty dealing with privacy and data protection. While NCA has expanded Data Privacy Day to a week on its own, program expansion activities would involve working with our board, the Office of the National Cyber Director, and congress to get an official declaration from Congress to declare it Data Privacy Week (DPW).

   Modeled after Cybersecurity Awareness Month (CAM), DPW uses the highly effective "Champions Program". Stakeholders approach NCA year-round, asking for details about the campaign and the Champion's program. NCA develops a comprehensive partner toolkit with creative and engaging ways to engage partners leading up to and during DPW, which includes details on messaging and activities and ways to engage with DPW

6

and host their own events across the country. Sample social media posts, social graphics, a sample employee email, a sample press release, downloadable logos and branding guidelines, infographics, and presentation templates are also included. The use of NCA's materials by supporters creates a coordinated messaging voice from the larger cybersecurity community.

Like CAM, DPW has the potential to saturate audiences with content over the course of a week. As additional funding allows, NCA can put more into advertising and marketing efforts, get more private sector companies involved, and have a year-round presence at privacy conferences. Typically companies have one privacy officer so it can be difficult to get out DPW materials to employees. With additional resources, NCA can build up materials that are employers and consumer friendly into bigger and broader toolkits. These toolkits with ready-made communications can be given to privacy officers to give to their internal communications officers to distribute. NCA would work throughout the year to build more connections with more data privacy contacts.

**Successes:**
In 2023, Data Privacy Week had
- 1,175 total people attend the Data Privacy Week virtual events on LinkedIn Live
- 2,120 registered Champions (a 28% increase from 2022)
    - When surveyed, 90% of Champions said they used NCA's materials in their campaigns
    - Champions came from a variety of sectors including tech (18%), academia (10%), government (10%), finance (8%), nonprofits (8%), and healthcare (4%)
- On Twitter, 38,000 posts from 18,000 users mentioned Data Privacy Week, resulting in 552 million potential impressions
- Data Privacy Week was shared and mentioned by large brands and entities, including Apple, Google Chrome, Intel, WhatsApp, DuckDuckGo, Firefox, the US Department of Homeland Security, the U.S. Secret Service, FEMA, the FCC, Cisco, Microsoft, LinkedIn, the SBA, Gartner and Discovery Education.

**Goals and Objectives:** The goal of DPW is to spread awareness about online privacy. We think data privacy should be a priority both for individuals and organizations. Our goal is twofold: we want to help citizens understand that they have the power to manage their data and we want to help organizations understand why it is important that they respect their users' data.

7

**Project Activities and Timeline:**
- **June - August: Concentrated effort to make contact with privacy officers at companies.**
- **August: Confirm Data Privacy Week theme and messaging.**
- **October - December: Create Data Privacy Week communications and social media schedule, and materials, including a toolkit, social media posts, graphics, and tip sheets. Update web pages.** This creates relevant content on data privacy tips and advice for individuals and businesses to be more informed.
- **October - December: Create robust Data Privacy Week marketing materials specifically for company privacy officers.** This material will be ready to give to their internal communications staff members to disseminate to employees as is.
- **November:** Connect with federal government and congressional contacts to see about getting a Data Privacy Week declaration from congress.
- **November: Launch Data Privacy Week Champions program and materials.** This engages public and private sector organizations and exponentially increases visibility and impact.
- **December: Host Data Privacy Week webinar.** *To encourage partners to get involved*
- **January: Promote Data Privacy Week across all social media platforms.** Average one post a day for a total of 92 posts. Track social media engagement and growth.
- **January**: **Launch digital media campaign** to teach the general public about the importance of data privacy and provide actionable steps to protect data through video, social media and web content.
- **January: Pitch Data Privacy Week to the media**. Identify interview opportunities for leadership.
- **Data Privacy Week: Host Data Privacy Week media-genic event and release press release announcement.** Engage privacy experts and professionals in discussions around important data privacy topics.
- **February: Survey Champions, gather campaign data and results, send reports to partners.**
- **Year-round: Exhibit and/or present at privacy conferences.**

9. **Explain why the organization is approaching the issue and/or opportunity in this way.**
NCA recommends using a holistic strategy to drive privacy and cybersecurity behavior change to the American public and businesses. People and organizations have a broad range of interests, understanding, and maturity regarding privacy. No single message or

8

delivery method resonates with all groups at all maturity levels. An effective strategy that strengthens how individuals can monitor and be proactive with their online data is to deliver messages, tools, and resources to them in easily understood language. Capturing their attention with saturating marketing efforts that reach them where they work, live, learn, or in retirement, is also a must. Corporations also need to be aware of and responsible for their role in data privacy. The messaging to these stakeholders must be engaging and compelling enough to spur action. NCA partners with the public and private sector to execute an accessible, easily adaptable messaging campaign for enterprises, governments, and consumers with the mission of ensuring that individuals have the information and tools needed to protect their privacy all year long, and organizations take strides to protect their user data.

10. **Identify and explain the range of funds required to effectuate the program or project request, on an aggregate and annual basis (if applicable), including how the money will be used.**

    Typical annual expenses for Data Privacy Week as it stands now is $110,000. This topic, however, is just as important to homeland security as NCA's October Cybersecurity Awareness Month Campaign, budgeted at $500,000 a year.

    Increasing Data Privacy Week's budget to $500,000 a year can elevate this campaign into an expansive, high-profile campaign with a similar impact as Cybersecurity Awareness Month.

    This additional funding can expand the reach of this campaign to the general public, involve more private sector companies, and build specialized materials for privacy officers at companies. PSA's, personalized relationship building to foster collaboration and connections between sectors, additional events, and more can be added with additional funding.

    NCA has built the foundation, developed the leadership, and recruited the leadership staff, boast a very engaged and committed board of directors and have a wealth of new ideas. NCA is poised for tremendous growth as the public becomes more concerned and engaged on the topics of data privacy.

    NCA has a past history of success for using extra funding for special creative projects as funds dictate and allow. NCA is happy to brainstorm special data privacy related projects with partners.

**Current expenses:**
a. **Personnel:** This includes portions of salaries for the Director of Marketing and Communications, Director of Partnerships and Special Initiatives, Director of Information Security and Engagement, Content Writer, Artistic Director, Executive Director, and additional support staff to plan, build relationships, create content, and disseminate content. *73% of program budget.*
b. **Consulting and Contract services:** NCA increases the efficacy of the project by contracting for a number of services with outside vendors that bring specific high-level expertise or provide a specific tool or service to deliver high-level awareness efforts and tracking. back office programmatic support, and survey and business development tools. *10% of program budget.*
c. **Advertising and Marketing expenses:** This includes a PR Firm, and Marketing companies and tools, accounting services and advertising optimization, social media listening tools, SEO consultants, advertising. *5% of program budget*
d. **Special events:** These events - in person and virtual generate media buzz and engage privacy experts and professionals in discussions around data privacy topics. *11% of program budget*

11. **Will the money be used to continue an existing project or create a new project?**
Funds will be used to continue and enhance the scope of our existing Data Privacy Week Campaign efforts.

12. **What target population will your organization's project benefit?**
Individual digital consumers, and public and private sector organizations. In 2022, the majority of participants in our champions program came from the tech sector, academia, and government organizations.

# Evaluation:

13. **Will your organization agree to provide a report to the Court and the parties every six months informing the Court and the parties of how any portion of the Settlement Fund allocated to it has been used and how remaining funds will be used?**
Yes. NCA has 20 years of experience managing federal grants and associated fiscal responsibilities and has a proven track record of exceeding grantor expectations. NCA has extensive experience providing funders with thorough reports and updates on program statuses and outcomes. NCA can provide data as needed with the format and metrics that work best for the Court.

14. **Describe how your organization will evaluate the success of the grant on enhancing or promoting the protection of internet privacy.**

    NCA tracks outcomes of Data Privacy efforts through a variety of tools. The post event Champion surveys measure the impact of the campaign elements on partner activities and successes. NCA uses social media listening tools, traditional media monitoring, and web monitoring to track how widely information is being viewed and shared.

    NCA tracks the following metrics to determine the success of Data Privacy Campaign efforts:
    - Event unique viewers
    - Event views
    - # Twitter Chat authors
    - # Twitter Chat tweets
    - # Twitter impressions
    - # Data Privacy Week Champions (individuals and organizations) and year over year growth rate.
    - % of those who use NCA resources in their campaigns or activities
    - Various sectors represented in Champions program
    - Website metrics: Visits and Page Views
    - Twitter: Posts and approximate impressions
    - Notable shares and reposts by prominent individuals and companies
    - NCA asks partners the following questions in a post-campaign survey
        - Has your organization participated in Data Privacy Day or Data Privacy Week prior to 2023?
        - Did you use National Cybersecurity Alliance resources in your Data Privacy Week activities?
        - If so, which resources did you use? (check all that apply)
        - In which ways did your company/organization participate in Data Privacy Week 2023?
        - Tell us about any other activities, successes or results from your campaign.
        - Do you plan to participate in Data Privacy Week next year? How can NCA help you prepare?

15. **Does your organization intend to use the results of the project in any publications, conference papers, and presentations?**

    NCA staff are often panelists at industry events and speakers at various conferences, and can incorporate project results into these speaking engagements. NCA also hosts

11

Convene, a regional conference for cybersecurity professionals, and can share the information through workshops or panel discussions.

NCA works with a public relations firm to generate year-round press coverage. Recently, NCA issued a *See Yourself in Cyber* press release including statements from Members of Congress supporting the program. Direct press outreach has yielded multiple positive articles about the program, including an RSA webinar, panel discussions at industry events, and other positive publicity.

## Organization Contact Information:

National Cybersecurity Alliance
1333 New Hampshire Ave, Floor 2, Washington, DC 20036 (physical)
717 Coliseum Dr NW, Winston-Salem, NC 27106 (mailing)
[www.staysafeonline.org](www.staysafeonline.org)
EIN: 37-1861631

Lisa Plaggemier
Executive Director
[lisap@staysafeonline.org](lisap@staysafeonline.org)
512-350-5403

Jennifer Cook
Senior Director of Marketing
jennifer@staysafeonline.org