# Exhibit 17



# Proposal to *In re Google Location History Litigation* Cy Pres Fund

### October 3rd, 2023

---

## Table of Contents

| | |
|---|---|
| **About the Information Law Institute at the NYU School of Law** | **2** |
| Current ILI Programs | 2 |
| Privacy Research Group | 2 |
| ILI Fellowship Program | 3 |
| Conferences and Workshops | 4 |
| Founding and History of ILI | 4 |
| Prior Cy Pres Awards | 5 |
| **Grant Proposal** | **5** |
| Principal Investigators | 6 |
| Summary of Plan | 6 |
| Two ILI Fellows with Synergistic Expertise | 6 |
| Two Workshops | 7 |
| Timeline | 8 |
| Funding Needs | 9 |
| Who Will Benefit | 9 |
| Evaluation | 10 |
| Public-Facing Outputs | 10 |
| **Appendix: Curriculum Vitae of Principal Investigators** | **11** |

# About the Information Law Institute at the NYU School of Law

NYU's Information Law Institute (ILI) is an interdisciplinary academic center for the study of law, policy, and digital technology. The ILI pursues its mission in three primary ways: i) convening weekly meetings of the Privacy Research Group, an interdisciplinary community of students, postdoctoral researchers, faculty, industry professionals and others; ii) supporting and mentoring a multidisciplinary group of postgraduate ILI Fellows; and iii) organizing substantive conferences and workshops to explore important issues in information law and policy. By focusing its efforts in this way, the ILI leverages a small budget to have a significant impact on training future leaders in privacy and digital information research, education, policymaking and advocacy.  More detail about the ILI and its  recent activities and personnel is available here: https://www.law.nyu.edu/centers/ili.

The ILI has not been separately reviewed by Charity Navigator, but New York University overall received a score of 86%. The ILI has extremely low administrative costs because it has no paid director and only supports a small portion of a law school admin's salary. The vast majority of the ILI's funding goes to support the research of ILI Fellows and ILI conferences and events. The ILI has received funding from various sources, including grants from the National Science Foundation and various private foundations and unrestricted gifts from Microsoft Corporation. While funding is sometimes granted for investigation of particular issues, the ILI's research is otherwise conducted independently, without funder influence or direction.

## Current ILI Programs

### Privacy Research Group

Weekly Privacy Research Group meetings revolve around presentation and discussion of members' ongoing research and relevant current events. PRG meetings draw about 45 attendees from a variety of disciplines including law students, PhD and JSD students, postdoctoral fellows, visiting global researchers, industry professionals and others. Membership is open to anyone who is interested, but members must commit to attending regularly and participating by making presentations, reporting on current privacy-related news and events, engaging in discussion of other members' presentations and so forth. These simple mutual participation requirements create a community atmosphere that is highly conducive to productive interdisciplinary conversation. Participation has held steady (and even grown) during a transition to remote — and now hybrid — format because of the pandemic. We have decided to continue in hybrid format, in part because the remote option has allowed PRG community to expand both nationally and internationally, while remaining rooted primarily at NYU. PRG membership is a particularly important opportunity for students. It offers exposure to interdisciplinary

research and a pathway to mentorship and collaborative relationships with faculty and postgraduate researchers. PRG Student Fellows and other students often have the opportunity to work on summer research projects with ILI researchers and sometimes to co-author publications. A list of recent PRG presentation abstracts is available here: https://www.law.nyu.edu/centers/ili/privacy_research_group

## ILI Fellowship Program

ILI Fellows produce cutting- edge independent research during two-year paid postgraduate fellowships in an interdisciplinary setting and then apply their interdisciplinary perspective and research skills in academia, non-profit groups and the corporate world. ILI Fellows also anchor the Privacy Research Group and participate in weekly Fellows Meetings of about a dozen researchers, including selected JSD students, researchers affiliated with other NYU centers, and visiting global faculty and doctoral students. Fellows Group meetings provide an opportunity for more intensive discussion of members' research projects. ILI Fellowship training not only prepares fellows for successful interdisciplinary careers, but also creates a community of researchers and advocates who continue to collaborate, both informally and formally, after fellows leave the ILI.

Since 2011, the ILI has hosted 35 postgraduate fellows with graduate degrees in more than fifteen disciplines. Of this group, 23 are currently in tenured or tenure-track academic positions, 3 work in full-time policy-related positions, 3 work in industry or at law firms, three are currently ILI Fellows and three are in other academic positions (postdoctoral researcher, visiting assistant professor, etc.) All 35 ILI Fellows and former fellows (and many others who attended PRG or ILI Fellows meetings) remain active in the areas of privacy, AI and/or information law and policy.

ILI Fellows pursue self-selected research projects in the general areas of privacy, AI and information law and policy. Some current and recent topics include:

- Theoretical and empirical investigations of the efficacy of data breach notification laws

- Theoretical and empirical studies of online misinformation

- Empirical studies of online privacy policies

- Tradeoffs between privacy, fairness and accuracy in machine learning

- Privacy and the efficacy of contact tracing apps

- Knowledge commons perspective on privacy as governance of information flows

- Fiduciary duties as a model for regulating internet intermediaries

- Financial regulation as a potential model for privacy regulation

- How companies dodge sectoral privacy regulation and whether omnibus regulation is the answer

- Economic and social power dynamics (including market power and antitrust) associated with digital platforms

- Explanation and predictive algorithms

- Trade secrecy and algorithmic decision-making

- Potential approaches to privacy remedies and governance

Information about current and former ILI Fellows and affiliates is available here:
https://www.law.nyu.edu/centers/ili/people

### Conferences and Workshops

The ILI regularly hosts conferences and workshops on current privacy-related topics. After taking a pandemic-related break, ILI hosted the Northeast Privacy Scholars Conference during Fall 2022. In 2023, we have hosted a conference on Tackling Digital Market Power: Antimonopoly and Regional Regulatory Action and a Roundtable on Large Language Models, Law and Policy. We will host a symposium on children's online privacy this October. Previous conference topics have included: Cybersecurity and Digital Supply Chains, Trade Secrets and Algorithmic Systems, Face Recognition (with NYU's Policing Project), Governing Privacy in Knowledge Commons, Economics and Data Science in Conversation About Algorithms, Privacy Localism, Algorithms and Explanations.

More details about past ILI events is available here: https://www.law.nyu.edu/centers/ili/events.

## Founding and History of ILI

The ILI was founded as a research institute at NYU School of Law in 2000. It coalesced into its current form as a hub of privacy and information policy research, education, discussion and debate through the leadership of former ILI Director Helen Nissenbaum (now director of Cornell Tech's Digital Life Initiative) and current ILI Director Katherine Strandburg.

## Prior *Cy Pres* Awards

The ILI has used prior *cy pres* awards to support the research of ILI Fellows and to fund conferences and events on topics related to consumer privacy. We have been a *cy pres* recipient (or proposed recipient) in the following cases:

- Lundy v. Meta, 3:18-cv-06793-JD, N.D. Ca. (proposed recipient pending final approval)
- Fraley v. Facebook, CV 11-0126 LHK, N.D. Ca. ($501K received in 2017)
- Digital Trust Foundation (Fund designated in Lane v. Facebook, 5:08-cv-03845, N.D. Ca.) ($125K received in 2015)
- In re Netflix Privacy Litigation, 5:11-cv-00379, N.D. Ca, ($331K received in 2014)

# Grant Proposal

We propose to use *cy pres* funds to support the core programs of the ILI by offering two two-year ILI Fellowships to postdoctoral researchers who submit outstanding proposals to conduct research on personal data privacy online, and by organizing two workshops to convene privacy experts at NYU. In particular, we hope to seek one fellow with a technical degree (e.g., computer science, data science, information science) and one with a degree in law, policy or related fields, who would complement each other's expertise while working on independent and, potentially, collaborative projects.

We propose to leave the specific topic of research open at this point for two reasons. First, given that issues of privacy and digital technology evolve extremely rapidly while it is hard to predict the timing of an eventual *cy pres* award realistically, we believe that soliciting research proposals from prospective fellows will give us the opportunity to aim our efforts at the most timely and important research questions. Second, allowing candidates to propose research directions will help us to attract (and evaluate) the best candidates with the most interesting, relevant and complementary research interests. Of course, those project directions will be honed in light of feedback from the principal investigators and other members of the ILI community.

We are particularly excited about offering this combination of fellowship opportunities in light of the ILI's addition of Prof. Sunoo Park, newly hired member of the Computer Science Department at the NYU Courant Institute of Mathematical Sciences, to the ILI's affiliated faculty roster. Professor Park, who also holds a J.D. degree, will serve as co-principal investigator alongside ILI Faculty Director Katherine Strandburg on this project, providing invaluable mentoring support for both fellows. Given the ILI's longstanding commitment to interdisciplinary research that addresses issues at the intersection of technology and law, and considering the inherently interdisciplinary nature of the

5

privacy harms central to the *In re Google Location History* litigation, we believe this collaboration between principal investigators across the School of Law and the Computer Science department at NYU will best position us to conduct research that sheds light on and improves the protection of personal data online, taking into account the full range of legal and technological mechanisms that may be available today and in the future.

## Principal Investigators

Alfred Engelberg Professor of Law Katherine J. Strandburg is the Faculty Director of the Information Law Institute. Prof. Strandburg specializes in the law and policy of information privacy, algorithmic decisionmaking, knowledge commons governance, and innovation, focusing on the interplay between social behavior and technological change. She has authored amicus briefs to the Supreme Court and federal appellate courts on these issues. Prof. Strandburg graduated with high honors from the University of Chicago Law School and served as a law clerk to the Honorable Richard D. Cudahy of the U.S. Court of Appeals for the Seventh Circuit. Prior to her legal career, she was a physicist at Argonne National Laboratory, having received her Ph.D. from Cornell University and conducted postdoctoral research at Carnegie Mellon.

Prof. Sunoo Park is an Assistant Professor in Computer Science at the NYU Courant Institute of Mathematical Sciences, Affiliated Interdisciplinary Faculty at the NYU School of Law, and a Faculty Affiliate at the Information Law Institute. Prof. Park's legal scholarship is in technology law and policy, with a particular interest in the security, privacy, and transparency of digital technologies. In computer science, she does research in cryptography, privacy technologies, and computer security. She received her J.D. at Harvard Law School, her Ph.D. in computer science at the Massachusetts Institute of Technology, and her B.A. in computer science at the University of Cambridge.

Curriculum vitae for both principal investigators are attached at the end of this proposal.

## Summary of Plan

### Two ILI Fellows with Synergistic Expertise

We propose to offer two ILI Fellowships to postdoctoral researchers who submit outstanding proposals to conduct original academic research on personal data privacy online. Fellowships would be offered for an initial one-year term, with the opportunity (and in most circumstances expectation) for a one-year extension. Our experience suggests that two years is ordinarily an optimal time frame for a fellowship; it is long enough to complete a significant project and to create a trade record for seeking an appropriate "next" position—often, in our experience, a faculty position where the fellow builds upon

and broadens their fellowship research, while also teaching and mentoring students interested in privacy and other topics in technology policy. We would solicit submissions through a public posting on the ILI website as well as through social media outreach and professional networks that reach junior scholars in privacy and related areas. Ideally, in order to promote diverse and multidisciplinary approaches to the challenges of protecting personal data online, as well as to promote cross-disciplinary dialogue on these topics, we would seek one researcher with a background in law, policy, or related fields, and another researcher with a background in computer science, information science, or related fields. We would, however, be flexible about the disciplinary backgrounds of the two fellows depending on the strengths of the submissions that we receive.

Our call for proposals would describe the ILI and its programs and the goals of these particular fellowship positions. We would ask each applicant to provide a cover letter, a research proposal, a CV and transcripts, and at least one relevant publication or dissertation chapter. In evaluating applications, we will take into consideration the applicants' research interests and potential, communication skills, and any previous experience in public interest or charitable work. In light of the context of this litigation, we will favor strong proposals that address issues of importance to the class by, for example, focusing on location privacy specifically, addressing specific communities adversely impacted by a lack of protection of their personal data online, and/or including a public communication or outreach component. We will also consider the timeliness and urgency of the problems tackled: as also noted above, this aspect cannot be predicted in advance, and this is a reason that we favor an open-ended solicitation of proposals upon award of funding.

Taking all of the above into account, we will form a short list of at least three strong candidates to interview for each position.  After identifying the strongest two candidates, we will make offers.  If a fellowship offer is declined, we may extend an offer to another shortlisted candidate, or we may postpone the fellowship by a year.

## Two Workshops

We would also propose to organize two workshops at NYU convening appropriate academic, policy and industry experts. These workshops would focus on topics and themes that are i) significant to Internet users and ii) relevant to the fellows' research projects. We would anticipate that the funded ILI Fellows would be significantly involved in organizing these workshops, both because they will be developing expertise on the topics and because organizing a workshop will provide useful experience and networking opportunities for the fellows. We will expect the Fellows, perhaps with the assistance of PRG Student Fellows, to produce a summary write-up of each workshop, focusing on and summarizing policy-relevant aspects, for posting on the ILI website.

7

As an additional outreach and educational contribution, we would encourage the funded ILI Fellows to give at least one guest lecture in a graduate or undergraduate class related to their research area.

**Timeline**

As outlined below, our timeline would begin in the summer/fall after we receive the funding, in order to support fellowships that are synchronized with the academic calendar and hiring seasons. The hiring schedule may need to be adjusted depending on whether competitive candidates have other constraints (e.g., job offers) that we feel justify adjustments. Depending on the strength of applications and the circumstances of the applicants in a given year, we may also decide to postpone one or both of the fellowship positions to the following academic year.

- *Summer/Fall after funding is received (year X):* Publish and disseminate Call for Proposals, asking potential fellows to submit their research proposals and other materials.

- *The following January (year X+1):* Deadline for proposals to be submitted. Profs. Strandburg and Park will then review the applications over the following month and decide on a short list of candidates with the most competitive proposals.

- *The following February (year X+1):* Profs. Strandburg and Park will contact shortlisted candidates to arrange interviews, which will take place during February (probably by Zoom). Once interviews are complete, Profs. Strandburg and Park will meet to finalize the selection of candidates, and then send fellowship offers to the selected candidates.

- *The following August (year X+1):* Fellowships begin. Fellows will be encouraged to give a guest lecture in a class related to their research during the first academic year.

- *The following year (year X+2):* Each fellow organizes a conference or workshop on a topic related to their research, that will take place sometime in the calendar year after they start their fellowships. If the fellows' interests align sufficiently, they may co-organize either a single larger conference or two workshops.

- *The following summer (year X+3):* Each fellow writes a short essay to be posted on the ILI website, aimed at a broad (non-legal, non-technical) audience, which summarizes work they have done during their fellowship and the problems that their work studies or addresses.

- *The following August (year X+3):* Fellowships end.

## Funding Needs

We anticipate the following funding needs for the fellowships, workshops, and other support needed to effectively conduct and disseminate the research projects funded. We would use the funding towards new fellowships within the existing ILI Fellowship Program, and towards supporting new projects proposed by the fellows themselves in their fellowship applications. If the fellows' projects overlap with existing ILI projects, the funds may be used in a way that benefits existing projects, as long as the primary purpose of the use of funds is to support the fellows' new projects.

- Salary of $85K/yr plus benefits for two two-year fellowships:$222,700

- Administrative support costs for fellows: $22,270

- Two 2-day workshops ($50,000 each) including meals and travel expenses for approx. 50 participants, AV, administrative support : $100,000

- Other incidental costs (e.g., for travel, equipment, experiments, interviews, hiring student research assistants, etc.) incurred by the fellows or other ILI personnel in connection with the projects: $60,000

- TOTAL: $404,970

## Who Will Benefit

Our projects will benefit Internet users whose privacy is affected by the activities of tech companies, as well as policymakers and the public more broadly: our primary expected outputs will be research publications and conference presentations that disseminate new insights about the current state of protection of personal data online and/or suggest new legal, policy, or technological approaches towards better protecting personal data online. Our Fellows' guest lectures would also benefit (undergraduate or graduate) students taking classes related to technology law/policy or privacy, who would gain additional awareness of the problems of data privacy online, and gain exposure to a cutting-edge research perspective on our Fellows' focus areas. A more specific and complete description of beneficiaries will depend on the particular research projects that our funded Fellows conduct. Because of the pace of change in this arena, and our commitment to supporting original research by outstanding junior scholars that we select for our fellowships, we believe that it is wiser to wait to determine the most effective use of research funds until the time of the award.

## Evaluation

If awarded funding for this proposal, we agree to provide a report to the Court and the parties every six months informing the Court and the parties of how the allocated funding has been used up to the time of reporting, and how we plan to use the remaining funds. We will evaluate the success of the grant in terms of outcomes of the research and workshops in terms of publications, policy proposals and policy outcomes, as well as in terms of our success in training privacy researchers who go on to work in this arena.

## Public-Facing Outputs

Publications and presentations are, of course, a primary output of any academic research institution. We would expect our Fellows to publish their research output in relevant scholarly venues. Fellows are encouraged to publish preprints whenever possible in open access forums such as Arxiv and SSRN. We also expect Fellows to present their research results at appropriate academic conferences such as the Privacy Law Scholars Conference and, where possible, in policy forums such as the Federal Trade Commission's PrivacyCon (see, for example, https://www.ftc.gov/news-events/events/2024/03/privacycon-2024). In addition, as mentioned above, we would require fellows supported by *cy pres* funds to create summary write-ups of their work and of the workshops for posting on the ILI website.

**Appendix: Curriculum Vitae of Principal Investigators**

# Sunoo Park J.D., Ph.D.

60 Fifth Avenue, Office 316, New York, NY 10011   ·   (+1) 510-292-1138   ·   sunoo.park@nyu.edu

| | |
|---|---|
| **Current Position** | **NEW YORK UNIVERSITY,** Assistant Professor, September 2023–<br>· **NYU Courant Institute of Mathematical Sciences,** Assistant Professor<br>· **NYU School of Law,** Affiliated Interdisciplinary Faculty |
| **Education** | **HARVARD LAW SCHOOL,** J.D., June 2021<br>Study abroad:  INSTITUT D'ÉTUDES POLITIQUES DE PARIS (SCIENCES PO),<br>Paris, France (Spring 2020)<br>Other:  Pro Bono Certificate (over 1000 hours of pro bono service) |
| | **MIT,** Ph.D., Computer Science, June 2018<br>Advisor:  **Shafi Goldwasser**<br>Dissertation:  *Cryptography for Societal Benefit*<br>Affiliations:  MIT <u>Computer Science & Artificial Intelligence Laboratory</u> (primary)<br>MIT <u>Internet Policy Research Initiative</u><br>MIT <u>Media Lab</u>, Digital Currency Initiative |
| | **MIT,** S.M., Computer Science, June 2015<br>Advisor:  **Shafi Goldwasser**<br>Dissertation:  *On Time and Order In Multi-Party Computation* |
| | **UNIVERSITY OF CAMBRIDGE** (Trinity College)**,** B.A., Computer Science, June 2013<br>Advisor:  **Ross Anderson**<br>Dissertation:  *Secure Practical Image Steganography* (Highly Commended)<br>Other:  President of C.U. Computing & Technology Society, 2011–13 |
| **Interest Areas** | Technology law, security, cryptography, privacy, transparency. |
| **Bar Admission** | Member of the New York State Bar. |
| **Experience** | **COLUMBIA UNIVERSITY & COLUMBIA LAW SCHOOL,** Postdoctoral Fellow, 2022–23<br>Hosted by Steven Bellovin & Daniel Richman<br>**CORNELL TECH, Digital Life Initiative,** Postdoctoral Fellow, 2021–22<br>Hosted by James Grimmelmann & Helen Nissenbaum<br>**MIT MEDIA LAB, Digital Currency Initiative,** Researcher, 2018–20<br>Hosted by Neha Narula<br>**BERKMAN KLEIN CENTER FOR INTERNET & SOCIETY AT HARVARD UNIVERSITY,**<br>Affiliate, 2017–20<br>**FEDERAL TRADE COMMISSION (FTC), Bureau of Consumer Protection,**<br>**Division of Privacy and Identity Protection (DPIP),** Summer Law Clerk, 2020<br>**KNIGHT FIRST AMENDMENT INSTITUTE,** Summer Legal Intern, 2019<br>**THE NEW YORK TIMES,** Summer Intern, 2017<br>**UCLA,** Visiting Ph.D. Student, 2016<br>**SIMONS INSTITUTE FOR THE THEORY OF COMPUTING,** Visiting Ph.D. Student, 2015<br>**WEIZMANN INSTITUTE OF SCIENCE,** Visiting Ph.D. Student, 2015<br>**MICROSOFT RESEARCH NEW ENGLAND,** Summer Ph.D. Intern, 2014 |
| **Publications (Law)** | <u>The Right To Vote Securely</u><br>Sunoo Park<br>In: the UNIVERSITY OF COLORADO LAW REVIEW (forthcoming 2023).<br><u>A Researcher's Guide to Legal Risks of Security Research</u> (associated blog post)<br>Sunoo Park and Kendra Albert<br>Jointly published by:  the **Cyberlaw Clinic at Harvard Law School** &<br>the **Electronic Frontier Foundation (EFF)**, 2020.<br><u>Compelled Decryption and the Fifth Amendment: Exploring the Technical Boundaries</u><br>Aloni Cohen and Sunoo Park<br>In: 32 HARVARD JOURNAL OF LAW & TECHNOLOGY 169 (2018). |

**Publications (Computer Science)**

**[click title to view]**

## Cryptography, Trust, and Privacy: It's Complicated

Ero Balsa, Helen Nissenbaum, & Sunoo Park
In: **ACM Symposium on Computer Science and Law (CSLAW) 2022.**

## KeyForge: Non-Attributable Email from Forward-Forgeable Signatures

*Michael Specter, Sunoo Park, & Matthew Green
In: **USENIX Security Symposium 2021.**

## Going From Bad to Worse: From Internet Voting to Blockchain Voting

*Sunoo Park, Michael Specter, Neha Narula, & Ronald L. Rivest
In: **Journal of Cybersecurity, 2021.**

## Fully Deniable Interactive Encryption

Ran Canetti, Sunoo Park, & Oxana Poburinnaya
In: **IACR International Cryptology Conference (CRYPTO) 2020.**

## Data Structures Meet Cryptography: 3SUM with Preprocessing

Alexander Golovnev, Siyao Guo, Thibaut Horel, Sunoo Park & Vinod Vaikuntanathan
In: **Symposium on Theory of Computing (STOC) 2020.**

## It Wasn't Me! Repudiability and Claimability of Ring SIgnatures

Sunoo Park and Adam Sealfon
In: **IACR International Cryptology Conference (CRYPTO) 2019.**

## How To Subvert Backdoored Encryption: Security Against Adversaries That Decrypt

Thibaut Horel, Sunoo Park, Silas Richelson, & Vinod Vaikuntanathan
In: **Innovations in Theoretical Computer Science (ITCS) 2019.**

## Practical Accountability of Secret Processes

*Jonathan Frankle, Sunoo Park, Daniel Shaar, Shafi Goldwasser, & Daniel J. Weitzner
In: **USENIX Security Symposium 2018.**

## Static-Memory-Hard Functions and Modeling the Cost of Space vs. Time

Thaddeus Dryja, Quanquan C. Liu, & Sunoo Park
In: **IACR Theory of Cryptography Conference (TCC) 2018.**

## SpaceMint: A Cryptocurrency Based on Proofs of Space

*Sunoo Park, Albert Kwon, Georg Fuchsbauer, Peter Gaži, Joël Alwen, & Krzysztof Pietrzak
In: **Financial Cryptography 2018.**

## Proactive Secure Multiparty Computation Against a Dishonest Majority

Karim Eldefrawy, Rafail Ostrovsky, Sunoo Park, & Moti Yung
In: **Security and Cryptography for Networks (SCN) 2018.**

## Public Accountability vs. Secret Laws: Can They Coexist?

Shafi Goldwasser and Sunoo Park
In: **Workshop on Privacy in the Electronic Society (WPES)**
**at the ACM Conference on Computer and Communications Security (CCS) 2017.**

## Towards Secure Quadratic Voting

Sunoo Park and Ronald L. Rivest
In: **Public Choice 2017.**

## How To Incentivize Data-Driven Collaboration Among Competing Parties

Pablo Daniel Azar, Shafi Goldwasser, & Sunoo Park
In: **Innovations in Theoretical Computer Science (ITCS) 2016.**

## Adaptively Secure Coin-Flipping, Revisited

Shafi Goldwasser, Yael Tauman Talai, & Sunoo Park
In: **Int'l Colloquium on Automata, Languages, and Programming (ICALP) 2015.**

## Cryptographically Blinded Games: Leveraging Players' Limitations for Equilibria & Profit

Pavel Hubáček and Sunoo Park
In: **ACM Conference on Economics and Computation (EC) 2014.**

*In computer science, conferences and symposia are peer reviewed, and they are the primary publication outlets. In law, journals are the primary publication outlets. Certain subfields order authors alphabetically; others order primarily by contribution. Here, author order is alphabetical except where asterisked.*

| | |
|---|---|
| **Manuscripts** | <u>A Systematization of Voter Registration System Security</u><br>Jack Cable, Andrés Fábrega, Sunoo Park, & Michael Specter<br>In submission.<br><u>Scan, Shuffle, Rescan: Two-Prover Election Audits</u><br>Douglas W. Jones, Sunoo Park, Ronald L. Rivest, & Adam Sealfon<br>In submission.<br><u>The Superlinearity Problem in Post-Quantum Blockchains</u><br>Sunoo Park & Nicholas Spooner<br>In submission. |
| **Honors & Awards** | **Computing Innovation Fellowship**, Computing Research Association & Computing Co<br>**Berkman Klein Fellowship**, Berkman Klein Center at Harvard University, 2017–18<br>**Akamai Presidential Fellowship**, MIT, 2013–14<br>**Deputy Leader of UK Team**, International Olympiad in Informatics (IOI) 2011<br>**UK Team Member**, International Olympiad in Informatics (IOI) 2010 |
| **Teaching & Advising Experience** | **Guest lecture**, at Columbia Law School on *Cybersecurity* (2022).<br>**Guest lecture**, at Cornell Tech on *Information Privacy & the 4th Amendment* (2022).<br>**Co-advisor** (with Prof. Ronald Rivest), MIT M.Eng. student *Andrés Fabrega* (2021–22).<br>**Co-instructor**, MIT graduate class on *Advanced Cryptography* (2016).<br>**Teaching assistant**, MIT graduate class on *Cryptography* (2016). |
| **Academic Service** | • **Program committee member for:**<br>  • IEEE Security & Privacy ("Oakland") 2022 & 2023<br>  • IEEE Security & Privacy 2022 & 2023 — Research Ethics Committee<br>  • Neural Information Processing Systems (NeurIPS) 2022 — Ethics Committee<br>  • ACM Symposium on Computer Science and Law (CSLAW) 2022<br>  • ACM Conference on Fairness, Accountability, and Transparency (FAccT) 2021<br>  • Journal of Cryptoeconomic Systems 2020<br>  • IACR Theory of Cryptography Conference (TCC) 2020<br>• **Co-organizer** of **Workshop on Encryption, Surveillance, & Transparency**<br>  held at Johns Hopkins University, August 2018. |
| **Selected Invited Talks** | **The Right To Vote Securely**<br>At: Digital Life Initiative Seminar, ***Cornell Tech***, 2022<br>  Math & Democracy Seminar, ***NYU Center for Data Science***, 2022 (upcoming)<br>**Public Accountability of Secret Processes (Inspired By ECPA and FISA)**<br>At: Future of Encryption Committee, ***National Academies of Sciences, Engineering, and Medicine***, 2020<br>**The Power of Repudiation: Ring Signatures & Non-Attributable Email**<br>At: BU Security Seminar, ***Boston University***, 2019<br>  MIT Digital Currency Initiative, ***MIT Media Lab***, 2019<br>**Elections, Blockchains, and Maybe Catastrophes**<br>At: Program on Proofs, Consensus, and Decentralizing Society, ***Simons Institute for the Theory of Computing, UC Berkeley***, 2019 |
| **Short Writing** | • <u>On Sovereignty in Cyberspace</u>, *Berkman Klein Center Collection*, March 2018<br>• <u>Decentralize all the things?</u>, *MIT Media Lab Digital Currency Initiative*, August 2017<br>• <u>Theory of Blockchains</u>, *MIT Media Lab Digital Currency Initiative*, December 2016 |
| **Other** | • Attended **Summer School on EU Policy Making** at the Brussels School of Governance, Institute for European Studies in July 2023.<br>• Coauthored 2 cryptography puzzles in **The Boston Globe** in 2017 (links <u>here</u>).<br>• **Languages:** English (native); French, Italian, Spanish (intermediate).<br>• **Citizenship:** UK & USA. |

**KATHERINE J. STRANDBURG**
**New York University School of Law**
**40 Washington Square South, New York, NY 10012**

### EMPLOYMENT

**New York University School of Law,** *Alfred Engelberg Professor of Law,* 2013-, *Professor,* 2009-13, *Visiting Associate Professor,* 2007-08
    *Faculty Director, Information Law Institute,* 2016-
    *Faculty Co-Director, Engelberg Center on Innovation Law and Policy,* 2009-,

**Fordham University School of Law,** *Visiting Professor,* Fall Semester 2008

**University of Illinois College of Law,** *Visiting Associate Professor,* Fall Semester 2005

**DePaul University College of Law,** *Professor,* 2008-09, *Associate Professor,* 2005-08 *Assistant Professor,* 2002-05, Outstanding Achievement in Scholarship, 2004

**Mulroy Scandaglia Marrinson Ryan,** *Associate,* 2001-02

**Jenner & Block,** *Associate,* 1996-2001

**Judge Richard Cudahy, United States Court of Appeals Seventh Circuit,** *Law Clerk,* 1995-96

**Northwestern University,** *Visiting Professor, Department of Physics,* 1990-92
Recipient of Visiting Professorships for Women grant from the National Science Foundation

**Argonne National Laboratory,** *Condensed Matter Theory Group,* 1987-92
Conducted scientific research using computer simulation techniques

**Carnegie-Mellon University,** *Postdoctoral Research Associate, Physics,* 1984-87

### EDUCATION

**University of Chicago Law School,** *J.D., with high honors,* **1995**
Order of the Coif; Edwin F. Mandel Award for Exceptional Contributions to the Clinical Program
Olin Foundation Scholarship for Law and Economics; Law School Scholarship

**DePaul University College of Law, 1992**
College of Law Scholarship; American Jurisprudence Awards – Contracts, Legal Writing

**Cornell University,** *Ph.D., Physics,* **1984**
Thesis topic:  Computer simulations of statistical mechanical models; National Science Foundation
Graduate Fellowship

**Stanford University,** *B.S., Physics, with distinction,* **1979**
*Phi Beta Kappa*; David S. Levine Award for Excellence in Physics

### BAR ADMISSIONS

Supreme Court of the United States, Federal Circuit, Seventh Circuit, Northern District of Illinois, Illinois, U.S. Patent & Trademark Office

**RESEARCH GRANTS**

Co-PI (with Joshua Epstein, Erez Hatna, Michael Tschantz and Sebastian Benthall), *DASS: Agent Based Modeling at the Boundary of Law and Software*, NSF Grant # 2131532, $545,000 (2021-24)


Co-PI (with Brett M. Frischmann, Michael J. Madison and Madelyn Sanfilippo), *RCN:  The Governing Knowledge Commons Research Coordination Network*, NSF Grant #2017495, $350,000 (2020-23)

Mentor and Co-PI for Sebastian Benthall, NSF Postdoctoral Fellowship, Heterogeneous Agent Modeling of the Personal Data Economy, NSF Grant #2015301 (2021-23)

**BOOKS**

Madelyn Sanfilippo, Brett M. Frischmann and Katherine J. Strandburg, eds., GOVERNING PRIVACY AS COMMONS (Cambridge University Press 2021)

Katherine J. Strandburg, Brett M. Frischmann and Michael J. Madison, eds., GOVERNING MEDICAL KNOWLEDGE COMMONS (Cambridge University Press 2017) (Introduction & Chapter 1 available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3053025

Brett M. Frischmann, Michael J. Madison, and Katherine J. Strandburg, eds., GOVERNING KNOWLEDGE COMMONS (Oxford University Press 2014) (Introduction & Chapter 1available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2490622

Rochelle C. Dreyfuss and Katherine J. Strandburg, eds., THE LAW AND THEORY OF TRADE SECRECY (Edward Elgar 2011)

Katherine J. Strandburg and Daniela Raicu, eds., PRIVACY AND TECHNOLOGIES OF IDENTITY:  A CROSS-DISCIPLINARY CONVERSATION (Springer 2005)

**ARTICLES AND BOOK CHAPTERS**

Ignacio Cofone and Katherine J. Strandburg, *Unjustifiable Algorithmic Opacity* (in preparation)

Ashley Gorham, Helen Nissenbaum, Madelyn Sanfilippo, Katherine J. Strandburg, and Mark Verstraete, *Legitimacy in Context* (in preparation)

Salome Viljoen, Helen Nissenbaum and Katherine J. Strandburg, *The Great Regulatory Dodge* (forthcoming Harvard JOLT 2024)

Sebastian Benthall, Erez Hatna, Joshua M. Epstein and Katherine J. Strandburg, *Privacy and Contact Tracing Efficacy,* J. R. SOC. INTERFACE 19:20220369, https://doi.org/10.1098/rsif.2022.0369 (peer reviewed)

Sebastian Benthall, Michael Carl Tschantz, Erez Hatna, Joshua M. Epstein and Katherine J. Strandburg, *At the Boundary of Law and Software: Toward Regulatory Design with Agent-Based Modeling*, PROCEEDINGS OF THE 1ST WORKSHOP ON AGENT-BASED MODELLING AND POLICY-MAKING (AMPM 2021), http://ceur-ws.org/Vol-3182/  (peer reviewed)

Michael J. Madison, Brett M. Frischmann, Madelyn R. Sanfilippo, and Katherine J. Strandburg, *Too Much of a Good Thing? A Governing Knowledge Commons Review of Abundance in Context,* 7 FRONTIERS IN RESEARCH METRICS AND ANALYTICS 959505 (2022). DOI: 10.3389/frma.2022.959505. (peer reviewed)

Eli Siems, Nicholas Vincent and Katherine J. Strandburg, *Trade Secrecy and Innovation in Forensic Technology,* 73 HASTINGS LAW JOURNAL 773 (2022)

Madelyn Sanfilippo and Katherine J. Strandburg, *Participatory Privacy: How Privacy Governs Community Boundaries and Inclusion in Online Social Movements*, 10 JOURNAL OF SOCIAL MEDIA IN SOCIETY, VOL. 2 (2021) (peer reviewed)

Sebastian Benthall and Katherine J. Strandburg, *Agent-Based Modeling as a Legal Theory Tool*, FRONTIERS IN PHYSICS, RESEARCH TOPIC: THE PHYSICS OF THE LAW: LEGAL SYSTEMS THROUGH THE PRISM OF COMPLEXITY SCIENCE (June 21, 2021) https://doi.org/10.3389/fphy.2021.666386 (peer reviewed)

Katherine J. Strandburg, *Adjudicating with Inscrutable Decision Rules*, *in* MACHINES WE TRUST: PERSPECTIVES ON DEPENDABLE AI (Teresa Scantamburlo and Marcello Pelillo, eds., MIT Press 2021)

John Nay and Katherine J. Strandburg, *Generalizability:  Machine Learning and Humans-in-the-Loop*, RESEARCH HANDBOOK ON BIG DATA LAW (R. Vogl, ed., Edward Elgar 2021)

Madelyn Sanfilippo and Katherine J. Strandburg, *Public Facebook Groups for Political Activism* in GOVERNING PRIVACY AS COMMONS, M. Sanfilippo, K.J. Strandburg  and B.M. Frischmann, eds; Cambridge University Press, 2021)

James Dempsey, Chris Jay Hoofnagle, Ira Rubinstein and Katherine J. Strandburg, Breaking the Privacy Gridlock: A Broader Look at Remedies, https://ssrn.com/abstract=3839711, (white paper summarized at Lawfare (April 7, 2021)

Yafit Lev-Aretz and Katherine J. Strandburg, *Privacy Regulation and Innovation Policy,* 22 YALE J.L. & TECH. 256 (2020)

Yafit Lev-Aretz and Katherine J. Strandburg, *Regulation and Innovation:  Approaching Market Failure from Both Sides*, 38 YALE J. REG. BULLETIN 1 (2020)

Ignacio Cofone and Katherine J. Strandburg, *Strategic Games and Algorithmic Secrecy*, 64 MCGILL L. J. 623 (2019) (reprinted in c102 Sup. Ct. L. Rev. 39 (2021) in association with Cofone's receipt of the 2021 Canadian Institute for the Administration of Justice's Research Fellowship)

Katherine J. Strandburg, *Rulemaking and Inscrutable Automated Decision Tools*, 119 COLUMBIA L. REV. 1851 (2019)

Madelyn Sanfilippo and Katherine J. Strandburg, *Privacy Governing Knowledge in Public Facebook Groups for Political Activism,* 24 INFORMATION, COMMUNICATION AND SOCIETY 960-977, DOI: 10.1080/1369118X.2019.1668458. (May 19, 2021) (online publication 2019) (peer reviewed)

Madeline Byrd and Katherine J. Strandburg, *CDA 230 for a Smart Internet,* 88 FORDHAM L. REV. 405 (2019)

Michael J. Madison, Brett M. Frischmann and Katherine J. Strandburg, *Knowledge Commons*, in ROUTLEDGE HANDBOOK OF THE STUDY OF THE COMMONS (Blake Hudson et al., eds.), Ch. 7 (2019)

Michael J. Madison, Katherine J. Strandburg and Brett M. Frischmann, *Knowledge Commons*, in RESEARCH HANDBOOK ON THE ECONOMICS OF INTELLECTUAL PROPERTY LAW (VOL. II – ANALYTICAL METHODS) (Peter Menell & David Schwartz, eds.), Ch. 30, pp. 656-76 (Edward Elgar Publishing 2019*)*

R. Boyd, P.J. Richerson, R. Meinzen-Dick, T. De Moor, M.O. Jackson, K.M. Gjerde, H. Harden-Davies, B.M. Frischmann, M.J. Madison, K.J. Strandburg, A.R. McLean, C. Dye, *Tragedy Revisited*, 362 SCIENCE 1236 (2018)

Katherine J. Strandburg, *Users, Patents and Innovation Policy*, THE OXFORD HANDBOOK OF INTELLECTUAL PROPERTY LAW (Rochelle C. Dreyfuss & Justine Pila, eds., Oxford University Press 2018)

Madelyn Rose Sanfilippo, Brett M. Frischmann, and Katherine J. Strandburg, *Privacy as Commons: Case Evaluation through the Governing Knowledge Commons Framework*, 8 JOURNAL OF INFORMATION POLICY 116 (2018) (peer-reviewed)

Katherine J. Strandburg and Brett M. Frischmann, *The North American Mitochondrial Disease Consortium: A Developing Knowledge Commons*, in Katherine J. Strandburg, Brett M. Frischmann and Michael J. Madison, eds., GOVERNING MEDICAL KNOWLEDGE COMMONS, pp. 348-389 : (Cambridge University Press 2017), doi:10.1017/9781316544587.016

Katherine J. Strandburg and Stefan Bechtold, *The Consortium of Eosinophilic Gastrointestinal Disease Researchers (CEGIR): An Emerging Knowledge Commons* in Katherine J. Strandburg, Brett M. Frischmann and Michael J. Madison, eds., GOVERNING MEDICAL KNOWLEDGE COMMONS, pp. 390-420 (Cambridge University Press 2017), doi:10.1017/9781316544587.017

Katherine J. Strandburg, Brett M. Frischmann, & Michael J. Madison, *Governing Knowledge Commons: An Appraisal*, in Katherine J. Strandburg, Brett M. Frischmann, & Michael J. Madison, eds., GOVERNING MEDICAL KNOWLEDGE COMMONS, pp. 421-430 (Cambridge University Press 2017), doi:10.1017/9781316544587.018

Katherine J. Strandburg, Brett M. Frischmann, & Michael J. Madison, *The Knowledge Commons Framework*, in Katherine J. Strandburg, Brett M. Frischmann, & Michael J. Madison, eds., GOVERNING MEDICAL KNOWLEDGE COMMONS, pp. 9-18 (Cambridge University Press 2017), doi:10.1017/9781316544587.002

B.R. Jasny, N. Wigginton, M. McNutt, Tania Bubela, S. Buck, Robert Cook-Deegan, T. Gardner, B. Hanson, C. Hustad, V. Kiermer, D. Lazer, A. Lupia, A. Manrai, L. McConnell, K. Noonan, E. Phimister, Brenda M. Simon, Katherine J. Strandburg, Z. Summers, D. Watts, *Fostering Reproducibility in Industry-Academia Research*, 357 SCIENCE 759 (2017).

*Derogatory to Professional Character? Physician Innovation and Patents as Boundary-Spanning Mechanisms* in CREATIVITY WITHOUT LAW: CHALLENGING THE ASSUMPTIONS OF INTELLECTUAL PROPERTY, Ch. 3, pp. 63-87 (K. Darling and A. Perzanowski, eds.) (NYU Press 2017)

Katherine J. Strandburg, *Intellectual Property at the Boundary* in REVOLUTIONIZING INNOVATION: USERS, COMMUNITIES AND OPEN INNOVATION (Dietmar Harhoff and Karim Lakhani, eds.), Ch. 12, pp. 63-87 (MIT Press 2016)

Katherine J. Strandburg, *Membership Lists, Metadata, and Freedom of Association's Specificity Requirement*, Symposium on NSA Surveillance:  Issues of Security, Privacy, and Civil Liberty, 10 ISJLP 327 (2014)

Katherine J. Strandburg, *Monitoring, Datafication and Consent: Legal Approaches to Privacy in the Big Data Context* in PRIVACY, BIG DATA AND THE PUBLIC GOOD:  FRAMEWORKS FOR ENGAGEMENT (J. Lane, V. Stodden, S. Bender and H. Nissenbaum, eds.), Ch. 1, pp. 5-43 (Cambridge University Press 2014)

Mark McKenna and Katherine J. Strandburg, *Progress and Competition in Design*, Symposium on Design Patents in the Modern World, 17 STANFORD TECH. L. REV. 1 (2013)

Brett M. Frischmann, Michael J. Madison and Katherine J. Strandburg, *Governing Knowledge Commons*, in GOVERNING KNOWLEDGE COMMONS (B. Frischmann, M. Madison, and K. Strandburg, eds.), Ch. 1 (Oxford University Press 2014)

Brett M. Frischmann, Michael J. Madison and Katherine J. Strandburg, *Conclusion*, in GOVERNING KNOWLEDGE COMMONS (B. Frischmann, M. Madison, and K. Strandburg, eds.), Ch. 15 (Oxford University Press 2014)

Katherine J. Strandburg, Brett M. Frischmann and Can Cui, *The Rare Disease Clinical Research Network and the Urea Cycle Disorders Consortium  as a Nested Knowledge Commons* in GOVERNING KNOWLEDGE COMMONS (B. Frischmann, M. Madison, and K. Strandburg, eds.), Ch. 5 (Oxford University Press 2014)

Katherine J. Strandburg, *Legal But Unacceptable:  Pallin v. Singer and Physician Patenting Norms,* in INTELLECTUAL PROPERTY AT THE EDGE: THE CONTESTED CONTOURS OF IP (R. Dreyfuss and J. Ginsburg, eds.), Ch. 15, pp. 321-342 (Cambridge University Press 2014)

Katherine J. Strandburg, *Free Fall: The Online Market's Consumer Preference Disconnect*, Frontiers of Consumer Protection, 2013 U. CHI. L. FORUM 95

Katherine J. Strandburg, *Much Ado about Preemption*, 50 HOUSTON L. REV. 563 (2013)

Péter Érdi, Kinga Makovi, Zoltán Somogyvári, Katherine J. Strandburg, Jan Tobochnik, Péter Volf, László Zalányi *Prediction of Emerging Technologies Based on Analysis of the U.S. Patent Citation Network*, 95 SCIENTOMETRICS 225-242 (April 2013) (DOI) 10.1007/s11192-012-0796-4

Katherine J. Strandburg, *Rounding the Corner on Trade Dress:  A Tribute to the Jurisprudence of Judge Richard D. Cudahy*, 29 YALE J. ON REG. 387 (2012)

Michael J. Madison, Brett M. Frischmann and Katherine J. Strandburg, *Constructing Commons in the Cultural Environment*, in THE WEALTH OF THE COMMONS:  A WORLD BEYOND MARKET AND STATE (Silke Helfrich and David Bollier, eds.) (2012)

Katherine J. Strandburg, *Patent Fair Use 2.0*, 2 UC IRVINE L. REV. 266 (2011)

Katherine J. Strandburg, *Home, Home on the Web:  The Fourth Amendment and Technosocial Change*, 70 MD. L. REV.  614 (2011)

Katherine J. Strandburg, *Comments on Designing the Microbial Research Commons: Digital Knowledge Resources* in NRC Board on Research Data and Information, DESIGNING THE MICROBIAL RESEARCH COMMONS:  PROCEEDINGS OF AN INTERNATIONAL SYMPOSIUM, Paul F Uhlir, ed. (2011)

Michael J. Madison, Brett M. Frischmann and Katherine J. Strandburg, *Constructing Commons in the Cultural Environment*, 95 CORNELL L. REV. 657 (2010) (lead article in special edition with commentary)

Michael J. Madison, Brett M. Frischmann and Katherine J. Strandburg, *Reply: The Complexity of Commons*, 95 CORNELL L. REV. 839 (2010)

Katherine J. Strandburg, *Norms and the Sharing of Research Materials and Tacit Knowledge* in WORKING WITHIN THE BOUNDARIES OF INTELLECTUAL PROPERTY (Rochelle C. Dreyfuss, Harry First, and Diane L. Zimmerman eds.), Ch. 4 (Oxford University Press 2010)

G Csárdi, KJ Strandburg, L Zalányi, J Tobochnik and P Érdi, *Estimating the Dynamics of Kernel-Based Evolving Networks*, in UNIFYING THEMES IN COMPLEX SYSTEMS, Minai A., Braha D., Bar-Yam Y. (eds.), pp. 90-97 (Springer 2010), https://doi.org/10.1007/978-3-540-85081-6_12

Katherine J. Strandburg, *User Innovator Community Norms at the Boundary Between Academic and Industrial Research*, 77 FORDHAM L. REV. 2237 (2009)

Katherine J. Strandburg, Gábor Csárdi, László Zalányi, Jan Tobochnik and Péter Érdi, *Patent Citation Networks Revisited:  Signs of a Twenty-First Century Change*, 87 NORTH CAROLINA L. REV. 1657 (2009)

Katherine J. Strandburg, *Evolving Innovation Paradigms and the Global Intellectual Property Regime*, 41 CONN. L. REV. 861 (2009)

Michael J. Madison, Brett M. Frischmann and Katherine J. Strandburg, *The University as Constructed Cultural Commons*, 30 WASH. U.  J. LAW & POLICY 365 (2009)

Katherine J. Strandburg, *Accommodating User Innovation in the International Intellectual Property Regime: A Global Administrative Law Approach*, 2009 ACTA JURIDICA 283 (2009)

Katherine J. Strandburg, *Freedom of Association in a Networked World:  First Amendment Regulation of Relational Surveillance*, 49 B. C. L. REV. 741 (2008)

Katherine J. Strandburg, *What If There Were a Business Method User Exemption to Patent Infringement?*, 2008 MICH. ST. L. REV. 245

Michael J. Meurer and Katherine J. Strandburg, *Patent Carrots and Sticks:  An Economic Model of Nonobviousness*, 12 LEWIS & CLARK L. REV. 549 (2008)

Katherine J. Strandburg, *Users as Innovators: Implications for Patent Doctrine*, 79 U. COLO. L. REV. 467 (2008)

G. Csárdi, K.J. Strandburg, J. Tobochnik, and P. Érdi *The Inverse Problem of Evolving Networks — with Application to Social Nets,* in HANDBOOK OF LARGE-SCALE RANDOM NETWORKS (B. Bollobás, R. Kozma, and D. Miklós, eds.), pp. 409-443 (Springer-Verlag 2008)

Katherine J. Strandburg, *Surveillance of Emergent Associations:  Freedom of Association in a Network Society*, in DIGITAL PRIVACY: THEORY, TECHNOLOGIES AND PRACTICES (Alessandro Acquisti, Sabrina De Capitani di Vimercati, Stefanos Gritzalis and Costas Lambrinoudakis, eds.), pp. 435-458 (Auerbach 2007)

Gabor Csárdi, Katherine J. Strandburg, László Zalányi, Jan Tobochnik and Peter Érdi, *Modeling Innovation by a Kinetic Description of the Patent Citation System*, 374 PHYSICA A 783-793 (2007)

Katherine J. Strandburg, Gábor Csárdi, László Zalányi, Jan Tobochnik and Péter Érdi, *Law and the Science of Networks:  An Overview and an Application to the "Patent Explosion*, 21 BERKELEY TECH. L. J. 1293-1362 (2006)

Katherine J. Strandburg, *The Research Exemption to Patent Infringement:  The Delicate Balance Between Current and Future Technical Progress*, in INTELLECTUAL PROPERTY AND INFORMATION WEALTH (Peter Yu, ed.), Ch. 4 (2006)

Katherine J. Strandburg, *Privacy, Rationality, and Temptation:  A Theory of Willpower Norms*, 57 RUTGERS L. REV. 1237 (2005)

Katherine J. Strandburg, *Social Norms, Self Control, and Privacy in the Online World*, in PRIVACY AND TECHNOLOGIES OF IDENTITY:  A CROSS-DISCIPLINARY CONVERSATION (Katherine J. Strandburg and Daniela Raicu, eds.), Ch. 3, pp. 31-54 (2005)

Katherine J. Strandburg, *Curiosity-Driven Research and University Technology Transfer*, in UNIVERSITY ENTREPRENEURSHIP AND TECHNOLOGY TRANSFER: PROCESS, DESIGN, AND INTELLECTUAL PROPERTY, ADVANCES IN THE STUDY OF ENTREPRENEURSHIP, INNOVATION, AND ECONOMIC GROWTH : VOL. 16, (Gary D. Libecap, ed.), pp. 93-122 (2005)

Katherine J. Strandburg, *What Does The Public Get? Experimental Use and the Patent Bargain*, 2004 WISC. L. REV. 81Katherine J. Strandburg, *Deterrence and the Conviction of Innocents*, 35 CONN. L. REV. 1321 (2003)

Katherine J. Strandburg, *Official Notice of Changed Country Conditions in Asylum Adjudication: Lessons from International Refugee Law*, 11 GEORGETOWN IMMIGR. L. J. 45 (1996)

List of physics publications from 1983-1992 is attached; physics research also reported in the New York Times, Scientific American, Nature, and Science

## ONLINE PUBLICATIONS

Katherine J. Strandburg, *Who's in the Club?:  A Response to Oliar and Sprigman*, 94 VIRGINIA L. REV. IN BRIEF 1 (2009)

Katherine J. Strandburg, *Cross-Licensing and Injunctions - the Interplay Between Big Business, Small Business, and Non-Practicing Inventors: A Panel Discussion,* 19 FORDHAM INTELL. PROP. MEDIA & ENT. L.J. 925 (2009) (co-panelists Lisa M. Ferri,, John M. Griem, Jr. and Jonathan Putnam)

Katherine J. Strandburg, *Debate, The Obviousness Requirement in the Patent Law*, 155 U. PENN. L. REV. PENNUmbra 96 (2006)

## **SCHOLARLY PRESENTATIONS**

Invited Lecturer, *Privacy as Knowledge Commons Governance*, EOAR (Enabling Openness in Australian Stem Cell Research) Seminar, February 28, 2023

Invited Lecturer, *Explainability*, AI and Law Bridge Program, Association for the Advancement of Artificial Intelligence, Washington, DC, February 8, 2023

Invited Lecturer, *Justifying Automated Decisionmaking Systems*, Algorithms // A Brave New World? Series, University of Frankfurt, January 25, 2023

Program Committee and Commentator, Northeast Privacy Scholars Conference, NYU, November 11, 2022

Panelist, *Big Data Consumer Class Actions: A Problem in Need of a Solution or a Solution in Need of a Problem?* ABA Class Actions and Mass Torts Regional CLE Program, Chicago, IL , June 17, 2022

Program Committee and Moderator, Open and User Innovation Conference, June 21-22, 2022

Invited Participant, Penn Symposium on Innovation and Criminal Justice, January 28, 2022

Commentator, ABA Next Generation of Antitrust, Data Privacy and Data Protection Scholars, NYU, January 28, 2022

Moderator, The Next Wave of Corporate Enforcement, NYU, November 5, 2021

Panelist, Scoping Tech Accountability, Power and Accountability in Tech, UCLA, November 5, 2021

Co-Organizer, Beyond Facial Recognition: Our Biometric Future, NYU, October 5-6, 2021

Program Committee and Co-Author, Open and User Innovation Conference, June 21-22, 2021

IASC Knowledge Commons Conference, June 9-11, 2021

Privacy Law Scholars Conference, June 3-4, 2021

Faculty Workshop, Duke Law School, November 18, 2020

The Physics of the Law: Legal Systems Through the Prism of Complexity Science, November 12-13, 2020

Algorithm Design, Law, and Policy Virtual Kick-Off, Simons Institute, July 20 -21, 2020

Workshop on Frameworks for Integrative Data Systems (FIDES) and Foundations of Responsible Data Science (FORDS), March 25-26, 2020

2020 Social Innovation Symposium, NYU, February 28, 2020

2020 Next Generation of Antitrust, Data Privacy and Data Protection Scholars Conference, NYU School of Law, January 31, 2020

Penn Law and Innovation Symposium, University of Pennsylvania Law School, January 24, 2020

Mind Bytes 2019: Research Computing Symposium and Expo, University of Chicago, November 5, 2019

Law, Economics and Politics Colloquium, NYU School of Law, September 3, 2019

Workshop on the Ostrom Workshop, University of Indiana, Bloomington, June 22, 2019

Privacy Law Scholars Conference, UC Berkeley, May 30-31, 2019

Common Law for the Age of AI Symposium, Columbia Law School, April 5, 2019

Innovation Policy Colloquium, NYU School of Law, April 4, 2019

Seminar and Academic Roundtable, Microsoft Corporation, March 21-22, 2019

Seminar, Wharton Legal Studies & Business Ethics Department, March 14, 2019

Ohio State University Faculty Workshop, February 21, 2019

Privacy and Economics Workshop, University of Arizona, December 7, 2018

Artificial Intelligence in a Democratic Society, Panel on Automation in Daily Life (moderator), Trade Secrecy and Algorithmic Systems, NYU Center on Civil Justice, November 16-17, 2018

Programming Governance / Governing Programming: Regulatory Challenges on the Edge of Technology, McGill University Faculty of Law, November 4, 2018

Workshop on Privacy as Commons Governance, Villanova School of Law, October 12-13, 2018

Legal Implications of the Platform Economy, Zicklin School of Business, Baruch College, CUNY, October 3, 2018

Panel:  Privacy v. Benefit:  The Trade-off between Consumer Privacy and the Benefits Provided through Big Data, NYU JLI/ILB Conference, October 2, 2018

Workshop on Collective Behavior, Social Media, and Systemic Risk, Princeton University Friday-Saturday, August 17-18, 2018

Privacy Law Scholars Conference, George Washington University School of Law, May 30-31, 2018 (two co-authored presentations)

Workshop on Algorithmic Discrimination, University of Oxford Faculty of Law, April 24, 2018

Seminar @ Cornell Tech, Cornell Tech-NYC, February 12, 2018

Keynote Speaker, 2nd TILEC Conference on "Competition, Standardization, and Innovation", Tilburg University, Netherlands, December 18-19, 2017

Workshop on Technical Applications of Contextual Integrity**,** Center for Information Technology Policy, Princeton University, December 11, 2017

Commentator, After the Digital Tornado**,** The Wharton School, University of Pennsylvania, November 17-18, 2017

Governing Medical Commons Book Presentation**,** New York University School of Law, October 26, 2017

Seminar, Max Planck Institute for Software Systems**,** Saarbruecken, Germany, July 6, 2017

Fifteenth Annual Open and User Innovation Conference, University of Innsbruck, Austria, July 9-13, 2017

Privacy Law Scholars Conference**,** UC Berkeley Boalt School of Law, June 1-2, 2017 (three co-authored presentations)

Commentator, Design 2 Conference**,** New York University School of Law, May 11, 2017

Algorithms and Explanations, Information Law Institute, New York University School of Law, April 27-28, 2017

Distinguished Lecture Series: Users, Patents and Innovation Policy, Center for Intellectual Property Center for Intellectual Property Law and Innovation, Indiana University McKinney School of Law, Indianapolis, IN, April 10, 2017

Commentator, International Intellectual Property Roundtable, New York University School of Law, New York, NY, April 7-8, 2017

Predictive Analytics, Law and Policy:  Mapping the Terrain, Ohio State University Moritz College of Law, Columbus, OH, March 24, 2017

Commentator, Patent Scholars Roundtable II, sponsored by Vanderbilt Law School, Atlanta, GA, February 3, 2017

Commentator, Seventh Annual Tri-State Region IP Workshop, NYU School of Law, New York, NY, January 13, 2017

IEEE Workshop on The Human Use of Machine Learning, European Centre for Living Technology, Venice, Italy, December 16, 2016

Bridges II: The Law-STEM Alliance & Next Generation Innovation, Northwestern Pritzker School of Law, Friday, October 28, 2016

Privacy Law Scholars Conference, George Washington University, June 2-3, 2016

Gruter Institute Conference on Innovation in Institutions, Squaw Valley, CA, May 23-27, 2016

Commentator, Patent Scholars Roundtable I, sponsored by Vanderbilt Law School, Atlanta, GA, February 12, 2016

Colloquium in Legal, Political, and Social Philosophy, NYU School of Law, New York, NY, November 19, 2015

IP Scholars Conference, DePaul University College of Law, Chicago, IL, August 6-7, 2015

Symposium on Access to Data in the Cloud, New York University School of Law, May 26-27, 2015 (Co-organizer)

Commentator, American Law and Economics Association Annual Meeting, Columbia University Law School, May 15, 2015

IP Theory Colloquium, An Institutional Approach to Patentable Subject Matter, Loyola Law School, Los Angeles, April 13, 2015

109th Annual American Society of International Law Meeting, The Right to Privacy in the Digital Age, Washington, DC, Apr. 8-11, 2015

Intellectual Property and the Public Domain – Results and Perspectives, Beyreuth University, Bayreuth, Germany, Feb. 6-7, 2015

3D Printing and Beyond Seminar:  Emerging IP Issues with 3D Printing and Additive Manufacturing, Cardozo Law School, Feb.  2, 2015

Commentator, Tri-State Region IP Workshop, New York University School of Law, January 9, 2015

Third Annual Patent Colloquium, University of Toronto Faculty of Law, November 21, 2014

Empirical IP Research Conference, New York University School of Law, October 24-25, 2014 (Co-organizer)

Commentator, MSU Junior Scholars in Intellectual Property Workshop, MSU Law, October 17-18, 2014

Blouin Creative Leadership Summit: Business Innovation – Rethinking Organizational Design and Culture, New York, NY, September 23-24, 2014

2nd Thematic Conference on Knowledge Commons:  Governing Pooled Knowledge Resources, International Association for the Study of the Commons, New York University School of Law, September 5-6, 2014 (Co-organizer)

Personalized Medicine and Intellectual Property Conference, Boston University School of Law, August 25, 2014

12th Annual Open and User Innovation Workshop, Harvard Business School, July 28-30, 2014

Workshop on the Ostrom Workshop – WOW 5, University of Indiana, June 18-21, 2014

Workshop on Medical User Innovation and Medical Knowledge Commons, New York University School of Law, May 15-17, 2014 (organizer)

Smart Law for Smart Cities, Fordham Law School, February 27-28, 2014

Patents 101:  Eligibility from Computer Code to Genetic Code, Vanderbilt Law School, January 24, 2014

Thomson Reuters Speaker Series, Information Society Project, Yale Law School, November 14, 2013

Expectations and Guarantees: Privacy vs. 1st Amendment Roundtable, Drones & Aerial Robotics Conference, New York University School of Law, October 11-13, 2013

Open and User Innovation Workshop, University of Brighton, Brighton, UK, July 15-17, 2013

Faculty Workshop, Hebrew University Faculty of Law, June 12, 2013

Law and Technology Seminar, Hebrew University Faculty of Law, June 6, 2013

Design Patents in the Modern World Conference, Stanford Law School, April 6, 2013 (with Mark McKenna)

Faculty Workshop, Suffolk University School of Law, January 24, 2013

Program of the Intellectual Property Section, AALS Annual Meeting, New Orleans, January 6, 2013

Frontiers of Consumer Protection Symposium, University of Chicago Legal Forum, November 2, 2012

Ostrom Workshop in Political Theory and Policy Analysis, Indiana University, October 1, 2012 (with Brett Frischmann)

IP in Motion, 7th Annual Conference of the EPIP Association, University of Leuven, Belgium, September 27-28, 2012

Seminar, Católica Lisbon School of Business & Economics, Lisbon, Portugal, September 24, 2012

Global Thematic Conference on the Knowledge Commons, International Association for the Study of the Commons, Université Catholique de Louvain, Louvain-la-Neuve, Belgium, September 12-14, 2012

Open and User Innovation Workshop, Harvard Business School July 30-August 1, 2012

Privacy Law Scholars Conference, George Washington University School of Law, June 7-8, 2012 (commentator)

Houston Law Center Institute for Intellectual Property & Information Law Conference, Santa Fe, New Mexico, June 2012

Gruter Institute Annual Conference on Innovation, Growth, and Human Behavior, Squaw Valley, California, May 21-22, 2012

PatCon, Boston College Law School, May 11, 2012

Anonymity and Identity in the Information Age, Cardozo Law School, April 4, 2012 (commentator)

IP at the Edge Workshop, Columbia Law School, April 13, 2012

NYU/Princeton Conference on Mobile and Location Privacy, NYU School of Law, April 12, 2012 (co-organizer)

Faculty Workshop, Washington University School of Law, April 11, 2012

13th Congress of the European Intellectual Property Institutes Network, Max Planck Institute, Munich, Germany, February 2-5, 2012

Faculty Workshop, Seton Hall Law School, October 24, 2011

Convening Cultural Commons, New York University School of Law, September 23-24, 2011 (co-organizer and presenter)

Privacy Law Scholars Conference, UC Berkeley, June 2-3, 2011 (commentator)

Panelist, The Many Forms of Commons: Regulation and Incentivization of Creativity on the Margins of IP, Law and Society Association Annual Meeting, San Francisco, California, June 4, 2011

Gruter Institute Annual Conference on Innovation, Growth, and Human Behavior, Squaw Valley, California, May 25-27, 2011

Platforms and Power Roundtable, New York University School of Law, May 6, 2011 (co-organizer)

Some Modest Proposals 4.0: A Conference About Pouring Academic Ideas into Legislative Bottles, Cardozo Law School, April 8, 2011

Symposium on Mobile Devices, Location Technologies and Shifting Values, Fordham University School of Law, March 25, 2011

IP Speaker Series, Cardozo Law School, March 2, 2011

Patent Unrest Symposium, Vanderbilt University Law School, February 24, 2011

Second Annual Research Roundtable on Empirical Studies of Patent Litigation, Northwestern University School of Law, November 18-19, 2010

38th Research Conference on Communication, Information and Internet Policy (TPRC),  George Mason University School of Law, October 1-2, 2010 (program committee)

Patent Scope Revisited, Indiana University Maurer School of Law, September 23-24, 2010

Edward D. Manzo Scholar, DePaul University College of Law, September 1, 2010

Open and User Innovation Workshop, MIT Sloan School of Management, August 2-4, 2010 (collaborative work with Christiana Iyasere, Harold Demonaco, and Eric von Hippel presented by Christiana Iyasere)

IP Workshop: Communication of Technical Knowledge, Boston University School of Law, June 17-18, 2010

Privacy Law Scholars Conference, George Washington University School of Law, June 3-4, 2010 (commentator)

User and Open Innovation:  How Should Intellectual Property Law Respond? NYU Engelberg Center on Innovation Law and Policy and UC Berkeley Center for Law & Technology, St. Helena, CA, May 28-29, 2010 (co-organizer)

Workshop on Computational Political Science and Legal Studies, Center for Complex Systems Studies, Kalamazoo College, March 5, 2010

Access to Knowledge 4, Yale Law School, February 11-13, 2010

Bend or Break:  Tailoring the Patent System to Promote Innovation, UC Irvine School of Law, January 22, 2010

Research Roundtable on Empirical Studies of Patent Litigation, Searle Center on Law, Regulation, and Economic Growth, Northwestern Law, November 12-13, 2009 (commentator)

Workshop & Lecture Series on the Law & Economics of Intellectual Property, ETH Zurich, October 27-28, 2009

Research Roundtable on Laws of Creation: Property Rights in The World of Ideas, Searle Center on Law, Regulation, and Economic Growth, Northwestern Law, October 22-23, 2009 (participant)

Cyberlaw 2.0: Legal Challenges of an Evolving Internet, DePaul University College of Law, October 15-16, 2009 (commentator)

Workshop on Federal Privacy Legislation, NYU School of Law, October 2, 2009 (co-organizer)

37th Research Conference on Communication, Information and Internet Policy (TPRC),  George Mason University School of Law, September 25-27, 2009 (program committee)

Workshop on Intellectual Property Law and Open & User Innovation, MIT Sloan School of Management, May 18-19, 2009 (presenter and co-organizer)

Enough is Enough!: Ceilings on Intellectual Property Rights, New York University School of Law, May 1-2, 2009

Faculty Workshop, University of Southern California School of Law, April 20, 2009

Junior Scholars in IP 2009, Michigan State University College of Law, March 26-28, 2009 (commentator)

Workshop on Trade Secrecy, NYU Engelberg Center, February 20-21, 2009 (co-organizer)

Wharton Business School Impact Conference: Information Security Best Practices 2009, January 29-30, 2009

Wharton Business School Impact Conference: Modeling Social Network Data, January 28-29, 2009

Faculty Workshop, University of Minnesota Law School, December 10, 2008

Faculty Workshop, George Washington University School of Law, November 20, 2008

Faculty Workshop, Fordham University School of Law, November 6, 2008

Yale Information Society Project Fall Speaker Series, November 4, 2008

Fordham Law Review Symposium: When Worlds Collide:  Intellectual Property Laws at the Interface Between Systems of Knowledge Creation, Fordham University School of Law, October 31-November 1, 2008 (presenter and co-organizer)

North Carolina Law Review Symposium, October 24-25, 2008

36th Research Conference on Communication, Information and Internet Policy, George Mason University School of Law, September 26 – 28, 2008

Intellectual Property Scholars Conference, Stanford University, August 7-8, 2008

User and Open Innovation Workshop, Harvard Business School, August 4-6, 2008

International Association for the Study of Commons Conference, Cheltenham, England, July 14-18, 2008 (co-author of peer-reviewed paper with Brett Frischmann and Michael Madison)

Privacy Law Scholars Conference, George Washington University Law School, June 12-13, 2008 (commentator)

Conference on Education, Culture and the Knowledge Economy, University of Toronto, Canada, June 6, 2008

Conference on Science and Technology Studies and Intellectual Property Law, St. Helena, CA, March 9-10, 2009

Workshop on IP Without IP, Radcliffe Institute for Advanced Study, May 2-3, 2008

Granular and Multiphase Flows Colloquium, New Jersey Institute of Technology, April 28, 2008

Information Technology and Society Colloquium, New York University, April 25, 2008

Annual Conference on Intellectual Property Law and Policy, Fordham University, March 27-28, 2008, remarks published at 19 FORDHAM INTELL. PROP. MEDIA & ENT. L.J. 925 (2009)

NYU-Capetown Workshop on Global Administrative Law, University of Capetown, South Africa, March 18-20, 2008

Ignoring the Norm:  A Way to Deal with Unacceptable Norms in Science?, Centre for Intellectual Property Rights, Catholic University of Leuven, Belgium, March 7, 2008 (keynote lecturer)

Advanced Patent Law Seminar, Temple University School of Law, March 4, 2008

Faculty Workshop, New York University School of Law, February 4, 2008

Conference on Empirical Legal Studies, New York University Law School, November 8-9, 2007 (commentator)

Lewis and Clark Business Law Forum:  Nonobviousness -- the Shape of Things to Come, Lewis and Clark Law School, October 5-6, 2007

Intellectual Property Scholars Conference, DePaul University College of Law, August 9-10, 2007

User Innovation Conference 2007, Copenhagen Business School, Copenhagen, Denmark, June 27-28, 2007

Research Seminar: Law, Society and Technology, Haifa University, June 14, 2007

Working Within the Boundaries of Intellectual Property, Conference of the NYU Engelberg Center on Innovation Law and Policy, La Pietra, Italy, June 5-6, 2007

What Ifs and Other Alternative Intellectual Property and Cyberlaw Stories, Michigan State University, March 30-31, 2007

March Meeting, American Physical Society, March 5-9, 2007 (with Jan Tobochnik, Gábor Csárdi, László Zalányi, Péter Érdi)

Networks Seminar, University of Michigan, February 22, 2007

Intellectual Property Colloquium, University of Michigan Law School, February 21, 2007

Modest Proposals IP/IT 3.0, Benjamin N. Cardozo School of Law, February 20, 2007 (commentator)

Faculty Workshop, Northwestern University Law School, February 15, 2007

Faculty Workshop, Santa Clara University Law School, February 2, 2007

Faculty Workshop, Fordham University School of Law, January 30, 2007

Information Security Economics Workshop, Center for Discrete Mathematics and Theoretical Computer Science, Rutgers University, January 18-19, 2007

Faculty Workshop, Emory Law School, December 15, 2006

Symposium on Patent Policy in the Supreme Court and Congress, Santa Clara University High Tech Law Institute and Berkeley Center for Law and Technology, October 27, 2006

Intellectual Property Scholars Conference, Boalt Hall School of Law, University of California, Berkeley, August 10-11, 2006

AALS Workshop on Intellectual Property Law, Panel on the Politics of Patent Reform, Vancouver, Canada, June 14-16, 2006

AALS Workshop on Intellectual Property Law, Discussion Session on the Fourth Amendment and Privacy, Vancouver, Canada, June 14-16, 2006 (moderator)

NetSci 2006 International Workshop on Network Science, Indiana University, May 22-25, 2006

Princeton University-Microsoft Intellectual Property Conference, Princeton University, May 18-20, 2006

Innovation Policy Colloquium, New York University College of Law, March 30, 2006

Law and Economics Workshop, Boston University College of Law, March 20, 2006

7th Annual CIPLIT® Symposium: Patents and Progress: Reflections in the Midst of Change, March 15-16, 2007 (co-organizer)

March Meeting American Physical Society, March 16, 2006 (with Jan Tobochnik, Gábor Csárdi, László Zalányi, Péter Érdi,)

Law in the Age of Networks:  Implications of Network Science for Legal Analysis Symposium, University of Illinois College of Law, March 10, 2006 (presenter and organizer)

Colloquium on Technology, Innovation, and Intellectual Property Policy, University of Arizona Law School, November 14, 2005

Faculty Workshop, University of Illinois College of Law, October 19, 2005

Symposium on Innovation and its Discontents: Patents and Innovation Policy in the 21st Century, John Marshall Law School, October 14, 2005

Midwest Law and Economics Association, October 14-15, 2005

2005 Technology Transfer Society (T2S) Meeting, Kauffman Foundation, September 28-30, 2005 (with Patrick L. Jones)

IP Scholars Conference, Cardozo Law School, August 11-12, 2005

Panel on Patents and Their Sociolegal Futures, Law and Society Association, June 2-5, 2005

W(h)ither the Middleman:  The Role and Future of Intermediaries in the Information Age, Michigan State University Law School, April 7-9, 2005

Faculty Workshop, Loyola Law School Los Angeles, March 28, 2005

March Meeting, American Physical Society, March 21-25, 2005 (with Gábor Csárdi, Jan Tobochnik, László Zalányi, and Péter Érdi)

Modest Proposals IP/IT 2.0, Benjamin N. Cardozo School of Law, February 24-25, 2005 (commentator)

Colloquium on University Technology Transfer and Entrepreneurship, Karl Eller Center, University of Arizona, January 20-23, 2005

Symposium on Complexity and Advanced Analytics Applied to Business, Government and Public Policy, University of Michigan-Dearborn Center for Study of Complex Systems, October 23, 2004 (with Gábor Csárdi, Jan Tobochnik, Péter Érdi)

Intellectual Property Speaker Series, Benjamin N. Cardozo School of Law, October 21, 2004

Symposium on Privacy and Identity:  The Promise and Perils of a Technological Age, DePaul University College of Law and School of Computer Science, Telecommunications, and Information Systems, October 14-15, 2004 (presenter and co-organizer)

Works in Progress in Intellectual Property Law Conference, Boston University, September 10-11, 2004

Intellectual Property Scholars Conference, DePaul University College of Law, August 2-3, 2004

Privacy, Information, and Speech Panel, Law and Society Association, May 27-30, 2004

Henry R. Luce Lecturer on Networks, Laws, Actors, Center for Complex Systems Studies, Kalamazoo College, May 19, 2004

Some Modest Proposals:  A Conference About Pouring Academic Ideas into Legislative Bottles, Benjamin N. Cardozo School of Law, March 14-15, 2004

Intellectual Property & Communications Law and Policy Scholars Roundtable, Michigan State University DCL College of Law, February 20-21, 2004

Works-in-Progress Intellectual Property Colloquium, Tulane Law School, October 17-18, 2003

### AMICUS BRIEFS, POLICY ENGAGEMENT AND SERVICE

New York Area Working Group on Trade Secrecy and Forensic Technology (ongoing)

Advisory Board, Patient Innovation (ongoing)

Program Committee, Northeast Privacy Scholars Workshop (ongoing)

Presenter, Privacy Regulation and Innovation Policy, California Courts of Appeal Judicial Education, December 7, 2021

Panelist, Artificial Intelligence (AI) and the Law: Ethical Considerations and Its Impact on the Future of the Practice of Law, New York County Lawyers Association CLE, May 12, 2021

Panelist, Advancing Commercialization from Federal Labs, National Academies of Science, Engineering and Medicine, March 2, 2020

Program Committee, ACM Conference on Fairness, Accountability, and Transparency (2017, 2018)

Panelist, 2016 IP Institute, Cravath, Swaine and Moore, November 29, 2018

Co-Organizer (with Hila Lifshitz-Assaf), 2018 Open and User Innovation Conference, August 6-8, 2018

Co-Convenor (with Ignacio Cofone and John Nay), Economics and Data Science in Conversation about Algorithms Roundtable, NYU School of Law, June 11, 2018

Panelist, Powering Change:  Women in Innovation and Creativity, World Intellectual Property Day, Licensing Executives Society, April 25, 2018

Presenter, INGRES Zurich IP Retreat 2017 "The Hindsight Bias in Patent Law", September 8-9, 2017

Panelist, A Road-Map to Transform the Structure and Accessible Use of Data for High Impact Program Management, Policy Development, and Scholarship, National Press Club, Washington, DC, January 23, 2017

Panelist, IV Arnold Workshop on Reproducibility and Transparency in Research, AAAS, Washington, DC, October 24, 2016

Panelist, Policing and Accountability in the Digital Age, Brennan Center for Justice and Policing Project, NYU School of Law, New York, NY, September 15, 2016

Retreat on Cybersecurity, NYU, New York, NY, September 11, 2016

Tyranny of the Algorithm?  Predictive Analytics & Human Rights, Bernstein Institute for Human Rights, New York, NY, March 21-22, 2016

National and International Intellectual Property Practices and Policies: Assessing the Impact of Political, Economic and Technological Pressures, National Academies of Sciences, Washington, DC, December 11, 2015

4th Annual Privacy Law Salon: Policymaker Roundtable, George Washington University School of Law, Washington, DC, September 10-11, 2015

Workshop on Privacy for the Intelligence Community:  Emerging Technologies, Academic and Industry Research and Best Practices, National Academies of Sciences, Washington, DC, July 21-22, 2015

Public Meeting on Executive Order 12333, Panel on First and Fourth Amendment Implications of EO 12333 Activities:  The Impact of New Technologies, National Constitution Center, Philadelphia, PA, May 13, 2015

Panel on Cloud Data Access:  A Transnational Perspective, New York University School of Law, Mar. 13, 2015

MIT Innovation Lab, Sloan School of Management, Cambridge, MA, November 13-14, 2014

Principal Author, Law Professor Amicus Brief, *In re National Security Letter*, Nos. 13-15957 &  13-16731, Ninth Circuit Court of Appeals, April 14, 2014

MIT Innovation Lab, Sloan School of Management, Cambridge, MA, November 4-5, 2013

Gene and Diagnostic Patents at the Interface between Industry, Academia, and Medical Practice, Patenting in the Life Sciences Symposium, Cold Spring Harbor Laboratory, March 10-13, 2013

Counsel of Record, Amicus Brief on the Merits on behalf of the American College of Medical Genetics et al., *Mayo Collaborative Services v. Prometheus Laboratories, Inc.*, No. 10-1150, Supreme Court of the United States, September 9, 2011

Counsel of Record, Amicus Brief on Petition for Certiorari on behalf of the American College of Medical Genetics et al., *Mayo Collaborative Services v. Prometheus Laboratories, Inc.*, No. 09-490, Supreme Court of the United States, April 20, 2011

Consumer Federation of America Cloud Computing Retreat, New York University School of Law, June 21-22, 2010 (participant), (Retreat report available at  www.consumerfed.org/pdfs/Cloud-report-2010.pdf

Designing the Microbial Research Commons: An International Symposium, National Academy of Sciences, Washington, DC, October 8-9, 2009

Counsel of Record, Amicus Brief on behalf of the American Medical Association et al., *Bilski v. Kappos*, No. 08-964, Supreme Court of the United States, October 2, 2009

Co-Author, Amicus Brief on Petition for Certiorari on behalf of AARP, Patients Not Patents, and the Public Patent Foundation, *Apotex, Inc. v. Sanofi-Synthelabo*, No. 09-117, Supreme Court of the United States, August 27, 2009

Counsel of Record, Amicus Brief on behalf of the American College of Medical Genetics et al., *Prometheus Laboratories, Inc. v. Mayo Collaborative Services*, No. 2008-1403, Federal Circuit Court of Appeals, April 6, 2009

Chair and Chair-Elect, AALS Section on Intellectual Property Law, 2009-10 (successful proposal for Mid-Year Meeting of the Intellectual Property, Internet and Computer Law, and Biolaw Sections in 2012)

Current Issues in Patentable Subject Matter, Connecticut Intellectual Property Law Association, May 14, 2008

Lesson Author, Patent Law, Center for Computer-Assisted Legal Instruction (2007-08)

Patent Law After *KSR v. Teleflex*:  Are Your Patents Still Valid?, ABA-CLE Teleconference, May 31, 2007

*KSR v. Teleflex*: Obviousness: On Point, Obfuscated, Outdated or Out of Hand, AIPLA Spring Meeting, Boston, MA, May 9-11, 2007

Current and Future Trends in Patent Law Symposium, Suffolk University Law School, April 20, 2007

Topics in Cyberlaw, Intellectual Property Law Ass'n of Chicago, January 24, 2007

Recent Developments in Intellectual Property Law - A Global Perspective, Association of Patent Law Firms, September 21, 2006

Principal Co-Author, Law Professor Amicus Brief on the Merits, *KSR International Co. v. Teleflex, Inc.*, No. 04-1350, Supreme Court of the United States ((with Joseph Miller), August 22, 2006

Seventh Annual Institute on Privacy Law: New Developments & Compliance Issues in a Security Conscious World, Practicing Law Institute, July 17-18, 2006 (faculty member, chapter in textbook co-authored with Douglas Burda)

Current Issues in Cyberlaw, McAndrews, Held, and Malloy, Chicago, April 13, 2006

*Use of Patented Subject Matter in Research*, Lab to Market:  Building Sound Patent Practices, University of Buffalo, May 17, 2005

Principal Co-Author, Law Professor Amicus Brief on Petition for Certiorari, *KSR International Co. v. Teleflex, Inc.*, No. 04-1350, Supreme Court of the United States (with Robert Brauneis), May 12, 2005

Counsel of Record, Law Professor Amicus Brief, *Merck KGaA v. Integra Lifesciences I, Ltd et al.*, No. 03-1237, Supreme Court of the United States (with Rochelle Cooper Dreyfuss, John F. Duffy, Arti K. Rai), February 22, 2005

Katherine J. Strandburg, *Restating the Obvious:  The Federal Circuit Has Gone Too Far with Its Standard for Finding Nonobviousness*, 3 IP LAW & BUSINESS 34 (October 28, 2005)

Privacy Task Force, Chicago Bar Association, Summer 2005.

Panel on Implications of Federal Circuit Knorr-Bremse En Banc Decision, Intellectual Property Law Association of Chicago, October 28, 2004

Working Group on Developing a Research Exemption to Intellectual Property Protections, American Association for the Advancement of Science, October 2004

Amicus Committee, Federal Circuit Bar Association, June 2003 –April 2013

*The Internet - A Great Frontier for Free Speech or Orwellian Control over the Marketplace of Ideas?*, We the People:  The State of the First Amendment in 2004, KAM Isaiah Israel Congregation, Chicago, February 27-29, 2004

*Is Patenting Business Methods Patently Absurd?*, IP Law Week, Northwestern University Law School, April 15, 2003

Cyber-Liberties:  How Much Government Surveillance is Too Much?, Northwestern University Law School, January 29, 2003

Trademark Trial Advocacy Workshop, International Trademark Association, July 2000

### APPENDIX:  SCIENTIFIC PUBLICATIONS (1983-1992)

BOND-ORIENTATIONAL ORDER IN CONDENSED MATTER PHYSICS
Springer-Verlag (New York, 1992). K.J. Strandburg, editor.

**Monte Carlo simulations of the Curie temperature of ultrathin ferromagnetic films.**
K.J. Strandburg, D.W. Hall, C. Liu, S.D. Bader
Physical Review B 46, 10818-10821

**Phase transitions in dilute, locally connected neural networks**
K.J. Strandburg, M.A. Peshkin, D.F. Boyd, C. Chambers and B. O'Keefe
Physical Review A 45, 6135-6138 (1992)

**First-order melting transition of the hard-disk system**
J. Lee and K.J. Strandburg
Physical Review B 46, 10818-10821 (1992)

**Roughening of two-dimensional quasicrystals:  A study on the Penrose tiling**
A. Garg, M. Shin and K.J. Strandburg
Physical Review B 46, 769-786 (1992)

**Critical fields of Josephson-coupled superconducting multilayers**
J. Garner, M. Spanbauer, R. Benedek, K.J. Strandburg, S. Wright and P. Plassman
Physical Review B 45, 7973-7983 (1992)

**Entropic predictions for cellular networks**
M.A. Peshkin, K.J. Strandburg and N. Rivier
Physical Review Letters 67, 1803-1806 (1991)

**Quasicrystals and Aperiodic Tilings**
K.J. Strandburg
Computers in Physics (Sep./Oct. 1991)

**Entropy of a three-dimensional random-tiling quasicrystal**
K.J. Strandburg
Physical Review B 44, 4644-4646 (1991)

**Random-tiling quasicrystal**
K.J. Strandburg
Physical Review B 41, 2469-2478 (1990)

**Thermodynamic behavior of a Penrose-tiling quasicrystal**
K.J. Strandburg and P.R. Dressel
Physical Review B 41, 2469-2478 (1990)

**Phason elasticity in entropic quasicrystals**
K.J. Strandburg, L. Tang and M.V. Jaric
Physical Review Letters 63, 314-317 (1989)

**Two-dimensional melting**
K.J. Strandburg
Reviews of Modern Physics 60, 161 (1988)

**Why the Brazil nuts are on top:  Size segregation of particulate matter by shaking**
A. Rosato, K.J. Strandburg, F. Prinz and R.H. Swendsen
Physical Review Letters 58, 1038-1040 (1987)

**Monte Carlo renormalization-group study of the discrete Gaussian model**
K.J. Strandburg
Physical Review B 35, 7161-7163 (1987)

**Quasicrystal equilibrium state**
M. Widom, K.J. Strandburg and R.H. Swendsen
Physical Review Letters 58, 706-709 (1987)

**Crossover from a hexatic phase to a single first-order transition in a Laplacian roughening model for two-dimensional melting**
K.J. Strandburg
Physical Review B 34, 3536-3539 (1986)

**Comment on "Two-dimensional pressure of 4He monolayers:  First-order melting of the incommensurate solid"**
K.J. Strandburg, R.M. Suter, N.J. Colella, P.M. Horn, S.A. Solla, R.J. Birgeneau, S.G.J. Mochrie, K.L. D'Amico and D.E. Moncton
Physical Review Letters 55, 2226 (1985)

**Bond-angular order in two-dimensional Lennard-Jones and hard-disk systems**
K.J. Strandburg, J.A. Zollweg, and G.V. Chester
Physical Review B 30, 2755 (1984)

**Monte Carlo studies of a Laplacian roughening model for two-dimensional melting**
K.J. Strandburg, S.A. Solla, and G.V. Chester
Physical Review B 28, 2717 (1983)