| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Melissa Gardner (SBN 289096)<br>mgardner@lchb.com<br>Michael Levin-Gesundheit (SBN 292930)<br>mlevin@lchb.com<br>Michael K. Sheen (SBN 288284)<br>msheen@lchb.com<br>Jallé H. Dafa (SBN 290637)<br>jdafa@lchb.com<br>John D. Maher (SBN 316157)<br>jmaher@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand (*pro hac vice*)<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592<br><br>*Interim Co-Lead Class Counsel* | AHDOOT & WOLFSON, PC<br>Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Bradley K. King (SBN 274399)<br>bking@ahdootwolfson.com<br>Henry J. Kelston (*pro hac vice*)<br>hkelston@ahdootwolfson.com<br>Deborah De Villa (SBN 312564)<br>ddevilla@ahdootwolfson.com<br>2600 West Olive Avenue, Suite 500<br>Burbank, California 91505<br>Tel: 310.474.9111<br>Fax: 310.474.8585<br><br>*Interim Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>**EXHIBIT A TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT – JOINT CY PRES ALLOCATION PROPOSAL**<br><br>Dept: Courtroom 4 - 5th Floor<br>Judge: Hon. Edward J. Davila<br>Date: April 18, 2024<br>Time: 9:00 A.M. |

EXHIBIT A TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT –
JOINT CY PRES ALLOCATION PROPOSAL
Case No. 5:18-cv-05062-EJD

2627511

In accordance with Paragraph 41.3 of the Settlement Agreement, the Parties identify for the Court the following proposed percentages of the Net Settlement Fund to be distributed to each Proposed Cy Pres Recipient:

| Organization Name | Joint Proposal | Estimated Award[1] |
|---|---|---|
| Berkman Klein Center for Internet & Society at Harvard | 4% | $1,500,000 |
| MIT Internet Policy Research Initiative | 4% | $1,500,000 |
| New York University's Information Law Institute | 1% | $404,790 |
| Yale Law School's Information Society Project | 4% | $1,500,000 |
| Fordham University Center on Law and Information Policy | 2% | $800,000 |
| Center on Privacy & Technology at Georgetown Law | 4% | $1,500,000 |
| UCLA Institute for Technology, Law & Policy | 4% | $1,500,000 |
| The Markup | 7% | $3,000,000 |
| Internet Archive | 5% | $2,000,000 |
| ACLU Speech, Privacy, and Technology Project | 14% | $6,000,000 |
| ACLU of N. Cal. Tech. & Civil Liberties Program | 4% | $1,800,000 |
| Center for Democracy & Technology | 6% | $2,500,000 |
| ConnectSafely | 1% | $350,000 |
| Electronic Frontier Foundation | 14% | $6,000,000 |
| FPF Education & Innovation Foundation | 4% | $1,500,000 |
| Free Press | 4% | $1,500,000 |
| Privacy Rights Clearinghouse | 1% | $350,000 |
| Data & Society Research Institute | 4% | $1,500,000 |
| National Cybersecurity Alliance | 1% | $350,000 |
| Electronic Privacy Information Center (EPIC) | 4% | $1,500,000 |
| Rose Foundation | 13% | $5,589,243 |
| | | |
| **Total:** | **100%** | **$42,644,033** |

---

[1] The Parties' joint proposal is presented in terms of a percentage of the Net Settlement Fund to be awarded to each recipient because the Parties cannot know the total amount of the Net Settlement Fund to be distributed until the Court rules on Plaintiffs request for attorneys' fees, litigation expenses, service awards, and settlement-administrator expenses. The estimated awards listed here assume that the Court will grant Plaintiffs' requests in the exact amounts requested, and are offered for illustrative purposes only.

Dated: March 25, 2024

Respectfully submitted,

By: */s/ Tina Wolfson*
**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Henry J. Kelston (pro hac vice)
hkelston@ahdootwolfson.com
Deborah De Villa (SBN 312564)
ddevilla@ahdootwolfson.com

2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310.474.9111
Fax: 310.474.8585

Dated: March 25, 2024

By: */s/ Michael W. Sobol*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Melissa Gardner (SBN 289096)
mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
mlevin@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Jallé H. Dafa (SBN 290637)
jdafa@lchb.com
John D. Maher (SBN 316157)
jmaher@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Nicholas Diamand (pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Interim Co-Lead Class Counsel*

2
EXHIBIT A TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT –
JOINT CY PRES ALLOCATION PROPOSAL
Case No. 5:18-cv-05062-EJD

2627511