UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD<br><br>[PROPOSED] JUDGMENT<br><br>Dept:   Courtroom 4 - 5th Floor<br>Judge:  Hon. Edward J. Davila<br><br>Date Filed: November 2, 2018 |

On May 3, 2024, the Court granted Plaintiffs' Motions for Final Approval of Class Action Settlement, for Attorneys' Fees and Expenses, and for Class Representative Service Awards. Judgment is entered in this matter, and in each of the related actions (*Patacsil v. Google, Inc.*, Case No. 3:18-cv-05062; *Lombardo v. Google, Inc.*, Case No. 3:18-cv-05288-LB; *Ali v. Google Inc.*, Case No. 5:18-cv-06262-SVK; *Lee, et al. v. Google, Inc. et al.*, Case No. 5:18-cv-06416-NC; *Jack v. Google, Inc.*, Case No. 5:18-cv-06652-NC; *Kaufman v. Google LLC, et al.*, Case No. 5:18-cv-06685). The Clerk shall close these files.

**IT IS SO ORDERED.**

Dated:  May 3, 2024

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT COURT JUDGE