Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors John Andren, Matthew Lilley, and Joseph S. St. John*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: GOOGLE LOCATION HISTORY LITIGATION | Case No. 5:18-cv-05062-EJD |
| | **NOTICE OF APPEAL OF JOHN ANDREN, MATTHEW LILLEY, AND JOSEPH S. ST. JOHN** |
| JOHN ANDREN, MATTHEW LILLEY, and JOSEPH S. ST. JOHN, | |
| Objectors. | |

This filing gives notice that objecting class members John Andren, Matthew Lilley, and Joseph S. St. John appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment (Dkt. 368), entered on May 6, 2024; the Order Granting Final Settlement Approval, Granting Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. 367), entered on May 3, 2024; and all opinions and orders that merge in the final judgment.

A Representation Statement follows this notice as Ninth Circuit Rule 3-2(b) instructs.

Dated: May 20, 2024                     Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors John Andren,*
*Matthew Lilley, and Joseph S. St. John*

**REPRESENTATION STATEMENT**

The undersigned represents Objector-Appellants John Andren, Matthew Lilley, and Joseph S. St. John and no other party. As Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) require, Objectors-Appellants submit this Representation Statement. The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number (where available), and e-mail, where appropriate.

Plaintiff-appellees Napoleon Patacsil, Michael Childs, and Noe Gamboa are represented by:

Michael W. Sobol
    msobol@lchb.com
Melissa Gardner (SBN 289096)
    mgardner@lchb.com
Michael Levin-Gesundheit (SBN 292930)
    mlevin@lchb.com
Michael K. Sheen (SBN 288284)
    msheen@lchb.com
Jallé H. Dafa (SBN 290637)
    jdafa@lchb.com
John D. Maher (SBN 316157)
    jmaher@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
Fax: (415) 956-1008

Tina Wolfson
    twolfson@ahdootwolfson.com
Theodore Maya
    tmaya@ahdootwolfson.com
Bradley K. King
    bking@ahdootwolfson.com
Henry J. Kelston
    hkelston@ahdootwolfson.com
Deborah De Villa
    ddevilla@ahdootwolfson.com
Ahdoot & Wolfson PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310.474.9111
Fax: 310.474.8585

Nicholas Diamand
    ndiamand@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592

Defendant-appellee Google LLC is represented by:

> Benjamin Berkowitz
>     bberkowitz@keker.com
> Thomas E. Gorman
>     tgorman@keker.com
> Nicholas D. Marais
>     nmarais@keker.com
> Christopher S. Sun
>     csun@keker.com
> Christina Lee
>     clee@keker.com
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415.391.5400
> Facsimile: 415.397.7188

Dated: May 20, 2024         Respectfully submitted,

/s/ Theodore H. Frank
Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objectors John Andren,
Matthew Lilley, and Joseph S. St. John*

<u>PROOF OF SERVICE</u>

I hereby certify that on this day I electronically filed this Objection using the CM/ECF filing system thus effecting service of such filing on all ECF registered attorneys in this case.

DATED this 20th day of May, 2024.

*/s/ Theodore H. Frank*
Theodore H. Frank
