
Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

MAY 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-3387 |
| Originating Case Number: | 5:18-cv-05062-EJD |
| Short Title: | Patacsil, et al. v. Google LLC, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            24-3387
Originating Case Number:  5:18-cv-05062-EJD

Case Title:               Patacsil, et al. v. Google LLC, et al.

**Monday, June 3, 2024**
| | |
|---|---|
| John Andren | Mediation Questionnaire due |
| Matthew Lilley | Mediation Questionnaire due |
| Joseph S. St. John | Mediation Questionnaire due |

**Friday, June 7, 2024**
| | |
|---|---|
| John Andren | Appeal Transcript Order Due |
| Matthew Lilley | Appeal Transcript Order Due |
| Joseph S. St. John | Appeal Transcript Order Due |

**Monday, July 8, 2024**
| | |
|---|---|
| John Andren | Appeal Transcript Due |
| Matthew Lilley | Appeal Transcript Due |
| Joseph S. St. John | Appeal Transcript Due |

**Wednesday, August 14, 2024**
| | |
|---|---|
| John Andren | Appeal Opening Brief Due |
| Matthew Lilley | Appeal Opening Brief Due |
| Joseph S. St. John | Appeal Opening Brief Due |

**Monday, September 16, 2024**

| | |
|---|---|
| Napoleon Patacsil | Appeal Answering Brief Due |
| George Jack | Appeal Answering Brief Due |
| Mark Carson | Appeal Answering Brief Due |
| Najat Oshana | Appeal Answering Brief Due |
| Richard Dixon | Appeal Answering Brief Due |
| Aichi Ali | Appeal Answering Brief Due |
| Domenic Lombardo | Appeal Answering Brief Due |
| Ronnie Kaufman | Appeal Answering Brief Due |
| Leslie Lee | Appeal Answering Brief Due |
| Stacy Smedley | Appeal Answering Brief Due |
| Michael Childs | Appeal Answering Brief Due |
| Noe Gamboa | Appeal Answering Brief Due |
| Google LLC | Appeal Answering Brief Due |
| XXVI Holdings Inc | Appeal Answering Brief Due |
| Alphabet Inc. | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**