UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE: GOOGLE LOCATION HISTORY LITIGATION
------------------------------

NAPOLEON PATACSIL, individually, and on behalf of other persons similarly situated, et al.;

Plaintiffs - Appellees,

JOHN ANDREN, et al.;

Objectors - Appellants,

v.

GOOGLE LLC, et al.;

Defendants - Appellees.

No. 24-3387

D.C. No.
5:18-cv-05062-EJD

Northern District of California,
San Jose

MANDATE

The judgment of this Court, entered August 26, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT